# EXHIBIT LIST

A. Original Form I-140 and supporting documents submitted to the USCIS

B. USCIS' Request for Evidence dated September 8, 2022

C. Plaintiff's Response to Request for Evidence

D. USCIS' Notice of Intent to Deny dated November 27, 2023

E. Plaintiff's Response to Notice of Intent to Deny

F. Plaintiff's I-140 Denial dated January 17, 2024

G. Plaintiff's Appeal to the Administrative Appeals Office (AAO)

H. Administrative Appeals Office Appeal Dismissal dated August 14, 2024

# EXHIBIT A


**IMMIGRATION**
LAW GROUP

# EB-2NIW

# Exceptional Ability

Petitioner/Beneficiary:

Lester Eliazer Orellana Umanzor



May 26, 2022

USCIS
Attn: I-140 (Box 660128)
2501 S. State Highway 121 Business
Suite 400
Lewisville, TX 75067-8003

**RE:**   **Category:** **EB-2 NIW /AOS**
       **Petitioner/Beneficiary:** ORELLANA UMANZOR, Lester Eliazer (DOB 09/17/1983)

Dear USCIS Officer,

Enclosed please find the following petition, forms and supporting documents:

    1 - Evidence List;
    2 - Petition Letter;
    3 - Form G-1145, E-Notification of Application/Petition Acceptance;
    4 - Form G-28, Notice of Entry as Appearance as an Attorney;
    5 - Form I-140, Immigrant Petition for Alien Worker and filing fee;
    6 - Form ETA 750B, Application for Alien Employment;
    7 - Supporting documentation.
    8- Complete AOS package for petitioner and derivative beneficiary spouse

Very truly yours,

Felipe Alexandre, Esq.
AG Immigration Law Group

# Evidence List

**Exhibit A – Petition Letter**

**Exhibit B – Letter of Intent and CV**

**Exhibit C– Forms**

**Exhibit D – Petitioner Documents**

**Exhibit E – Official Academic Record**

- Army and Air Defense University (Mexico) – Military Aviator Pilot Training Course

**Exhibit F– Letters evidencing 10 years of work experience**

**Exhibit G – Last Page of Logbook evidencing total Flying Hours**

**Exhibit H – Professional Licenses and Certificates**

- Federal Aviation Administration (FAA) License – Airline Transport Pilot
- Federal Aviation Administration (FAA) License – Private Pilot
- Airline Transport Pilot License- Honduras

**Exhibit I – Evidence that Petitioner commands a high salary**

**Exhibit J –Professional Membership**

- United States Pilots Association
- AOPA

**Exhibit K – Evidence of recognition for achievements and significant contributions to the industry**

- Exhibit K.1 – Support Letters from Professional Individuals
  - Letter from Captain Marlon Orlando Diaz Calix from Air India
  - Letter from Captain Alvaro Zaldana, Operation Manager from Avianca
  - Letter from Jose Luis Sauceda Sierra, Command of Joint Doctrine and Military Education of the Armed Forces in Honduras
  - Letter from Captain Juan Ramon Bautista Velasquez, Liaison Officer of the Honduran Armed Forces

- Exhibit K.2 – Recognition from Organizations
  - Recognition from Government Organizations
  - Recognition from Honduras Air Force
  - Recognition from Flight Training Institute

**Exhibit L – Pilot Trainings and Courses**

**Exhibit M – Letter of Interest from US Company**

**Exhibit N – Industry Articles**

- Article: Congress.gov – H.R. 3482 – National Center for the Advancement of Aviation Act of 2021
- Article: CNBC – Airline CEOs explain flight cancellations to Congress after taking %54 billion in taxpayer aid
- Article: The Wall Street Journal - Pilots are in demand again, as strained airlines go on a hiring spree
- Article: The Wall Street Journal – Southwest airlines to cut flights amid staffing shortages
- Article: Axios – Thousands more flights canceled amid bad weather, Omicron spike
- Article: yahoo.com – Big airlines are cutting dozens of routes as travel rebounds amid pandemic
- Article: simpleflying.com – United Airlines regional route shakeup examined
- Article: businessinsider – It used to be illegal for an airline to cancel routes the way Delta just took 3 cities off its flight list
- Article: bestlifeonline.com – United Airlines' CEO just revealed the real reason for major flight cuts
- Article: oliverwyman.com - After Covid-19, Aviation Faces a Pilot Shortage
- Article: npr.org - U.S. travelers are back in the saddle again
- Article: Bureau of Labor Statistics – Airline and Commercial Pilots Job Outlook
- Article: atpflightschool.com – How long does it take to become a pilot?
- Article: Axios – Millennial spark a pilot comeback
- Article: businessinsider.com – United Airlines CEO says 100 of its regional jets are grounded because of a pilot shortage
- Article: airline.org – Economic impact of commercial aviation

# Exhibit A

# Petition Letter



May 31, 2022

**USCIS**
**Attn: I-140 (Box 660128)**
**2501 S. State Highway 121 Business**
**Suite 400**
**Lewisville, TX 75067-8003**

Re:     **I-140 Immigrant Petition Under INA Section 203(b)(2)**
        **Request for National Interest Waiver**
        **Petitioner: ORELLANA UMANZOR, Lester Eliazer**
        **Profession: Pilot and Instructor**

Dear Immigration Officer:

AG Immigration Law Group is retained by Mr. Lester Eliazer Orellana Umanzor ("Petitioner") to submit a petition for classification as a member of the professions holding an advanced degree or of exceptional ability under INA 203(b)(2), Requesting a National Interest Waiver (NIW) under the standards set by *Matter of DHANASAR*, 26 I&N Dec. 884 (AAO 2016).

The evidence submitted will prove:

    a. That the Petitioner is an individual with Exceptional Ability as a Pilot and Instructor;
    b. That the proposed endeavor of the Petitioner has both substantial merit and national importance;
    c. That the Petitioner is well-positioned to advance the proposed endeavor; and
    d. That on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus a labor certificate.

## I.     <u>Introduction</u>

The Petitioner is a Pilot and Instructor who has strong experience in operating aircraft and delivering training programs, who now proposes to share his skills as a Pilot and Instructor with the United States.  The Petitioner has already received a full-time job offer with Alliance Aviation, one of the world's leading pilot training academies, which will allow him to apply his aviation expertise to train new U.S. pilots.

The Petitioner graduated from the University of the Armed and Air Force in Mexico and thereafter served in the Honduran Air Force as a Military Pilot for 7 years.   After a successful career in the military, the Petitioner worked at Islena Airlines (Avianca) and Alliance Air (Air India). In addition, the Petitioner holds a Federal Aviation Administration (FAA) which will enable him to immediately advance his endeavor upon admission to the U.S. The Petitioner has accumulated 4,637 flight hours as a Pilot-in-Command, 985 hours as a Second-in-Command with various plane types including A320, ATR72-600, ATR42-320, A-37B, T-27, PC-7, SF-260EU and F-33C. As a former military pilot, the Petitioner also played a critical role in pilot training and flight inspection.

***AG Immigration Law Group, PA**2030 Main Street - ste 1300, Irvine, CA 92614*
***Las Vegas**(702) 359-0288 |**Orlando**(407) 476-1254 | **New York**(516) 321-1308 | **Los Angeles**(323) 283-8661*
www.agimmigration.law



If given the opportunity, the Petitioner will elevate the standards of aviation in the United States by applying his proven flight and operational expertise. He will also train new pilots, thereby providing a much needed skill set and helping to alleviate the pilot shortage in the U.S. in the long-term.

## II.   Exceptional Ability

To meet the eligibility criteria for an Employment-Based Second Preference (EB-2) visa, the applicant must be able to show exceptional ability in the sciences, arts, or business. Exceptional is defined as "a degree of expertise significantly above that ordinarily encountered in the sciences, arts, or business." The Petitioner must meet at least three of the criteria below.[1]

- An official academic record showing that the alien has a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning relating to the area of exceptional ability;
- Evidence in the form of letter(s) from current or former employer(s) showing that the alien has at least ten years of full-time experience in the occupation for which he or she is being sought;
- A license to practice the profession or certification for a particular profession or occupation;
- Evidence that the alien has commanded a salary, or other renumeration for services, which demonstrates exceptional ability;
- Evidence of membership in professional associations
- Evidence of recognition for achievements and significant contributions to the industry or field by peers, governmental entities, or professional or business organizations.

As shown below, the Petitioner meets all six of the above-cited criteria.

### (1) Official academic record

- Institute: National Defense Secretariat – Army and Air Force University (Mexico)
  Degree: Military Aviator Pilot

*See* **Exhibit E** – Official academic record

### (2) Letters documenting at least 10 years of full-time experience

- Armed Forces of Honduras, Air Force of Honduras, Military Academy of Aviation – 12/07/2005 to 08/31/2013 – 7 years 8 months
- Islena de Inversiones S.A. De C.V. (Avianca) – 09/02/2013 to 09/07/2018 – 5 years
- Alliance Air – 11/2018 to 07/31/2021 – 2 years 8 months

According to the Petitioner's logbook, he has accumulated a total flying time of 4,637 hours.

---

[1] See-https://www.uscis.gov/working-united-states/permanent-workers/employment-based-immigration-second-preference-eb-2

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

2


*See* **Exhibit F** - Letters confirming 10 years of full-time experience
*See* **Exhibit G** – Last page of Logbook

### (3) A license to practice the profession or certification for a particular profession or occupation

The Petitioner holds the following licenses:

- o License: Airline Transport Pilot
  Issued by: Federal Aviation Administration (FAA)

- o License: Private Pilot
  Issued by: Federal Aviation Administration (FAA)

- o License: Airline Transport Pilot
  Issued by: Honduran Civil Aeronautics Agency

*See* **Exhibit H** – License in the Field

### (4) Evidence that the Petitioner commands a high salary

According to the Petitioner's payroll statement, while working in Alliance Air Aviation Limited in India, his annual salary was INR 11,213,361 from April 2019 to March 2020. Based on the salary data provided by SalaryExpert.com, a salary comparison and career resources website, the average salary for a pilot working in India is INR 636,753. Therefore, the Petitioner commands a salary that is more than 16 times the average in comparison to other professionals in the same position.

*See* **Exhibit I** – High Salary

### (5) Evidence of membership in professional associations

The Petitioner is a member of the Aircraft Owners and Pilot Association (AOPA), a non-profit American organization that advocates for general aviation that represents the largest aviation community in the world. The Petitioner is also a member of the United States Pilot Association, an organization that promotes general aviation, safety, and aviation education in general.

*See* **Exhibit J** – Evidence of membership in professional associations

### (6) Evidence of recognition for achievements and significant contributions to the industry or field by peers, governmental entities, or professional or business organizations

To evidence recognition of the Petitioner's achievements and significant contributions to the field, we are submitting support letters from professionals and notable individuals in the industry, along with official recognition certificates and various medals and acknowledgements from the Honduran Military.

*See* **Exhibit K** – Evidence of recognition for achievements and significant contributions to the industry



Please also refer below to section **IV – Well-Positioned** of this cover letter.

Based on the documentation provided, the Petitioner has demonstrated that he meets all six of the criteria and, therefore, qualifies as an individual of Exceptional Ability.

## III.    The Foreign National's Proposed Endeavor has Substantial Merit and National Importance

### (1) Substantial Merit

In regard to Substantial Merit, the AAO stated:

> *The endeavor's merit may be demonstrated in a range of areas such as business, entrepreneurialism, science, technology, culture, health, or education. Evidence that the endeavor has the potential to create a significant economic impact may be favorable but is not required, as an endeavor's merit may be established without immediate or quantifiable economic impact. For example, endeavors related to research, pure science, and the furtherance of human knowledge may qualify, whether or not the potential accomplishments in those fields are likely to translate into economic benefits for the United States.*

In the present case, the Petitioner's endeavor to work as a Pilot and Instructor falls squarely into the areas of technology, economy, business and education as envisioned in **Matter of Dhanasar**. The endeavor, therefore, has Substantial Merit.

*See* **Exhibit B** – Letter of Intent and Resume

A bill recently submitted in congress further evidences the Substantial Merit of the proposed endeavor. H.R. 3482 was introduced on May 25th, 2021, and aims to establish the "National Center for the Advancement of Aviation".

If passed, this bill would create an entity dedicated to advancing the aviation sector in the U.S. This demonstrates a national effort and congressional dialog to create an entity aimed the collaboration between all the aerospace sectors, including international organizations, to ensure a "safe and vibrant national aviation system".

According to the text of the bill, the stated purpose would be to:

> *"(1) The development and sustainability of a well-qualified, well-trained civil and  military aviation and aerospace workforce.*
>
> *"(2) The conduct of research and development of new aviation and aerospace training materials and products.*
>
> *"(3) The coordination of the dissemination of grants for the development of aviation and aerospace oriented high school STEM education curriculum.*

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law


> *"(4) The facilitation of collaboration between institutions of higher education or other research institutions engaged in aviation, aerospace or related research or technical development, including those institutions designated as Centers of Excellence or Test Centers of the Federal Aviation Administration and aviation and aerospace stakeholders.*
>
> *"(5) The engagement in other workforce development activities consistent with addressing the demands and challenges facing the aviation and aerospace industry.*

*See* **Exhibit N** -- congress.gov / H.R.3482 — 117th Congress (2021-2022) – National Center for the Advancement of Aviation

Therefore, the Petitioner's proposed endeavor as a Pilot and Instructor is aligned with the country's stated needs, as confirmed in recent bills in Congress, which include discussions about efforts to attract, develop and sustain a robust aviation workforce.

### (2) National Importance

In regard to National Importance, the AAO stated:

> *In determining whether the proposed endeavor has national importance, we consider its potential prospective impact. An undertaking may have national importance for example, because it has national or even global implications within a particular field, such as those resulting from certain improved manufacturing processes or medical advances. But we do not evaluate prospective impact solely in geographic terms. Instead, we look for broader implications. Even ventures and undertakings that have as their focus one geographic area of the United States may properly be considered to have national importance. In modifying this prong to assess "national importance" rather than "national in scope," as used in NYSDOT, we seek to avoid overemphasis on the geographic breadth of the endeavor. An endeavor that has significant potential to employ U.S. workers or has other substantial positive economic effects, particularly in an economically depressed area, for instance, may well be understood to have national importance.*

The Petitioner's Letter of Intent confirms his proposed endeavor in the United States, which is to accept a full time job offer as an Instructor at the Alliance Aviation flight training center. This will provide the Petitioner an ideal opportunity to implement his knowledge of aviation and train many new commercial pilots in the United States.

*See* **Exhibit B** – Letter of Intent
*See* **Exhibit M** – Job Offer Letter from Aviation Alliance

Commercial aviation is a sector of immense importance for the U.S., and directly drives 5% of U.S. GDP, equivalent to $1 trillion annually. Before the COVID-19 pandemic, U.S airlines flew 28,000 flights to more than 800 airports in nearly 80 countries, connecting 2.5 million passengers and transporting 28,000 tons of cargo every day.

*See* **Exhibit N** – *airlines.org* – Economic Impact of Commercial Aviation

5

---

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law







In order for the aviation sector to continue operating at full capacity, it needs a sufficient number of qualified pilots. Currently, the aviation industry is facing major disruption due to a pilot shortage.

When traveling was reduced by 95% due to COVID-19, airlines significantly reduced headcount by urging employees to take voluntary measures, including buyouts, leaves of absence, or temporarily leave in exchange for reduced pay. Such measures pushed qualified workers out of the aviation industry, including many pilots.

As a result, when travel rebounded in 2021, although the companies wanted to rehire the workforce, the workers were not available to be rehired.

*"There are not enough pilots out there right now to go around,"* said Tim Genc, chief adviser at FAPA.

Because of the reduced workforce, the United States registered unprecedented flight cancellations, totaling 4,700 domestic flights canceled on New Year's weekend 2021 alone, leaving thousands of passengers stranded.

The situation has become critical, leading major airlines to eliminate some flight routes entirely. The route-map adjustments hit small cities the hardest.   According to Kirby, CEO of United Airlines, this pilot shortage is disproportionally affecting airlines' flights to and from smaller communities.

> *"The cuts will have an impact. United Airlines is cutting up to 278 flights per week from its hub at Dulles from March through November, which equates to nearly 40 flights per day that are out of the schedule. In terms of seats, United has pulled about 14,082 seats per month."*

Therefore, several small cities in the U.S. are losing access to air transportation, thereby disconnecting people, families, communities and impacting the economy.

*See* **Exhibit N**
- o   Article - CNBC – Airline CEOs explain flight cancellations to Congress after taking %54 billion in taxpayer aid
- o   Article - wsj.com – Pilots are in demand again, as strained airlines go on a hiring spree
- o   Article - wsj.com – Southwest airlines to cut flights amid staffing shortages
- o   Article - Axios – Thousands more flights canceled amid bad weather, Omicron spike
- o   Article - yahoo.com – Big airlines are cutting dozens of routes as travel rebounds amid pandemic

*AG Immigration Law Group, PA* 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law



- o   Article - simpleflying.com – United Airlines regional route shakeup examined
- o   Article - businessinsider.com – It used to be illegal for an airline to cancel routes the way Delta just took 3 cities off its flight list
- o   Article - bestlifeonline.com – United Airlines' CEO just revealed the real reason for major flight cuts

More concerning is that the staffing shortage is not predicted to improve, but rather worsen, if appropriate measures are not taken. Studies demonstrate that there will be a "global gap of 34,000 pilots by 2025".

*See* **Exhibit N**
- o   Article - *oliverwyman.com* - After Covid-19, Aviation Faces a Pilot Shortage |
- o   Article - *npr.org* - U.S. travelers are back in the saddle again



Therefore, there is a present and growing demand for more qualified pilots to join the U.S. workforce.

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law



Many executives addressed worker shortage concerns by detailing their aggressive hiring initiatives. Major U.S. airlines plan to hire around 30,000 new workers in 2022.

*See* **Exhibit N** - abcnews - Airline CEOs face lawmakers on cancellations delays despite $54B bailout

The job outlook for Airlines and Commercial Pilots between 2020 and 2030 is calculated at 13 percent, which represents a faster growth than the average for other occupations in the U.S. The statistics also reveal openings for about 14,500 vacancies in the areas, projected each year following 2022, due to the need for workforce replacement.

*See* **Exhibit N** - bls.gov - Airline and Commercial Pilots Job Outlook



### Airline and Commercial Pilots
Percent change in employment, projected 2020-30

Note: All Occupations includes all occupations in the U.S. Economy.
Source: U.S. Bureau of Labor Statistics, Employment Projections program

What adds to the equation is that the U.S. cannot train sufficient pilots in the short term to meet this demand. For a pilot to fly commercial planes, it takes an average of two years (1,500 flight hours). That means that if pilots start flight school in 2022 and begin accumulating flight hours, they would not be able to carry passengers until 2024.

*See* **Exhibit N**
   o   Article - atpflightschool.com – How long does it take to become a pilot?
   o   Article - simpleflying.com – United Airlines regional route shakeup examined

In terms of the domestic workforce, there are not enough young professionals entering aviation to meet the demand.

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law



*"There are 177,000 fewer pilots today than in 1980. Fewer than a third are 20-34 years old, whereas this age group made up almost half of pilots in 1980."*

Such major disruption is leading airlines to ground planes to control the demand. The CEO of United stated:

*"There has been a looming pilot shortage for the last decade in the United States, and going through COVID it became an actual pilot shortage," Kirby said during a Senate hearing with other airline executives.*

*The 100 regional aircraft are sitting idle "because there's not enough pilots to fly them," meaning that United can't fly to all of the smaller communities that it would like to, Kirby said.*

*See* **Exhibit N**
  o Article - Axios – Millennials spark a pilot comeback
  o Article - businessinsider.com – United Airlines CEO says 100 of its regional jets are grounded because of a pilot shortage

The Petitioner will benefit the U.S. by alleviating the pilot shortage and lessening the effects of the resulting problems, including grounded flights and inhibiting movement of people and cargo, among others. Additionally, the Petitioner as an Instructor can actively help train new pilots, thereby increasing the pool of eligible workers in the U.S.

His proposed endeavor, therefore, has a potential prospective impact that rises to the level of National Importance.

## IV.  The Foreign National is Well-Positioned to Advance in The Proposed Endeavor

In regard to whether the foreign national is well positioned to advance their proposed endeavor, the AAO stated:

*The second prong shifts the focus from the proposed endeavor to the foreign national. To determine whether he or she is well positioned to advance the proposed endeavor, we consider factors including, but not limited to: the individual's education, skills, knowledge and record of success in related or similar efforts; a model or plan for future activities; any progress towards achieving the proposed endeavor; and the interest of potential customers, users, investors, or other relevant entities or individuals.*

An analysis of the relevant factors demonstrates that the Petitioner is excellently positioned to advance his proposed endeavor to work as a Pilot and Instructor.

### (1) Education

- Institute: National Defense Secretariat – Army and Air Force University (Mexico)
  Degree: Military Aviator Pilot

*See* **Exhibit E** – Official academic record

- Institute: Air Force of Honduras
  Certificate: Command Ship Captain on Airplane A-37B "Dragonfly"

9

*AG Immigration Law Group, PA* 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law



- Institute: Aviation Partners
  Training: Ground Training of the airplane Beechcraft King Air BE C90

- Institute: University of Defense of Honduras
  Course: Seminar/Workshop for Military Teachers at High Level

- Institute: Air Force of Honduras
  Course: Basic course for police officers of air security No. III

- Institute: International Academy of Air Forces
  Course: International Anti-Terrorism Level I/II

- Institute: International Academy of Air Forces
  Course: International Anti-Terrorism Level I

- Institute: The United States Air Force
  Course: SATP International Flight Safety Officer Course

- Institute: La Universidad Tecnologica Centroamericana
  Degree: Master in Business Management

*See* **Exhibit L** – Pilot Trainings and Courses

### (2) Skills, knowledge, and record of success in related or similar efforts

- **Skills and Knowledge – Licenses**

The Petitioner holds the following licenses:

- License: Airline Transport Pilot
  Issued by: Federal Aviation Administration (FAA)

- License: Private Pilot
  Issued by: Federal Aviation Administration (FAA)

- License: Airline Transport Pilot
  Issued by: Honduran Civil Aeronautics Agency

*See* **Exhibit H** – License in the Field

- **Record of Success – Recognition from Other Professionals**

Captain Marlon Orlando Diaz, a Line Captain and training support in Alliance Air (Air India), confirms the Petitioner's achievement in Air India both as a pilot and as a trainer:

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law


*"I had the opportunity to work with Captain Orellana again when he started his career in Air India in 2018, where we both currently serve as captains. In addition to flying commercial flights, he also participates as a trainer in Air India's internal training program, and thus far has trained approximately 35 pilots. Captain Orellana stands out among the crew not only for his leadership, but also for his remarkable expertise in pilot instruction. Additionally, during the outbreak of the worldwide COVID-19 crisis, Captain Orellana was one of the few pilots who was willing to put his personal safety at risk in order bringing medical supplies and vaccines to the most affected and needy areas of India.*

*Not only is Captain Orellana a diligent and knowledgeable pilot, but he also maintains high professional and ethical standard. His strong sense of responsibility and his leadership spirit in the aircraft always allows him to ensure operations in any mission. He is an exceptional commercial pilot and trainer and a huge asset to Air India."*

Captain Luciano Silvano, a pilot and type rating examiner at Ernest Airlines S.p.A., also confirms the Petitioner's remarkable flying skills and decision-making abilities as a pilot:

*"Once, I remember being in charge as captain on a flight from Milan Malpensa (Italy) to Belgrade (Serbia) with Roberto, as first officer in the winter of 2007, the meteorological situation was very demanding. We were informed of severe snow storms at destination area and runways contaminations. Roberto supported me during the whole decision making process, providing, the most updated information in all aspects of the operative fields. Finally we had to divert back to Milan Malpensa airport due to weather being below minima, and Roberto's situational awareness and standards were critical to in the decision making process and safe return to Milan Malpensa.*

*In any type of modern commercial aviation the pilot's experience and knowledge plays a critical role in accident prevention and risk reduction. Roberto constantly seeks self-improvement to keep up with the latest technology and development in aviation, which, combined with his devotion for the job, are the unique traits that put him well above the average flight professionals. I have no doubt that he will be an extremely valuable asset for the aviation industry, given his profound knowledge and communication skills. I believe that he will continue making such significant contributions in the future."*

Captain Alvaro Zaldana, the Operation Manager for the ATR fleet at the airline Avianca in Honduras, and a previous military pilot and flight instructor in the Honduran Air Force, further confirms the Petitioner's outstanding flying skills and knowledge while he was serving the Honduran Air Force and later Avianca:

*"I can mention that in 2002 when Mr. Lester Orellana first joined the Honduran Air Force, he was always a top student of his class and he was the only one whose English was proficient, which was also one of his strengths while developing his career in the aviation Industry. The same year he won a Scholarship to study aviation in the Army and Air Force University in Mexico.*

*By the time he left the military, he had already acquired all the certifications needed to start a career in commercial aviation. After evaluating his profile, Avianca gave him the opportunity to take up the role of First Officer flying the ATR42-300. He thereafter completed a one-year training program in the ATR72-600 and after meeting all the requirements set by the company, he was promoted to Captain for the ATR72-600 aircraft. The company soon noticed the potential capability and professionalism he had demonstrated, and considered him a candidate as a future flight instructor. However, by that time, Mr. Orellana had*

11

**AG Immigration Law Group, PA**2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas**(702) 359-0288 |**Orlando**(407) 476-1254 | **New York**(516) 321-1308 | **Los Angeles**(323) 283-8661
www.agimmigration.law



*decided to further pursue his career in India."*

Captain Jose Luis Sauceda Sierra, the Commander of the "Command of Joint Doctrine and Military Education of the Armed Forces" in the Military Education System in Honduras, also spoke highly of the Petitioner's contributions to several important projects in the Honduran Armed Force:

> *"Mr. Orellana has actively participated in several important projects in the Honduran Armed Force including support for projects at the local and national level. two of these projects which I will describe below are the establishment of the flight dispatch office and flight safety office. Mr. Orellana played a key role in planning and establishing the dispatch office through drafting the appropriate operating policies and designing the organization structure. His role was essential for ensuring flight safety, as well as the investigation of accidents of any kind.*
>
> *In addition, he made significant contributions in flight and aviation education at the EVCOAR Flight School. In this institute, he held various positions including Academic Chief, flight safety officer, as well as ground and flight instructor. As the Academic Chief, Mr. Orellana was able to develop his own academic plans, which were approved and implemented by the Honduran civil aviation authority."*

*See* **Exhibit K.1** –Letters of Support from professional individuals

- **Record of Success – Recognition from Government Entities, Professional or Business Organizations**

As proof of his successful career in aviation, the Petitioner presents the following awards and acknowledgements:

- "Golden Wings" Honor Certificate
- "Bronze Flying Cross" Honor Certificate
- "Honorable Mention" Certificate in 2006 and 2007
- Diploma of Acknowledgement for:
  1. his valuable collaboration as an instructor during the courses ABAOR and CIAOR
  2. his valuable collaboration and dedication to the teaching process
  3. his valuable collaboration provided to the Naval Educative Center as Instructor of the Naval Command Training Academy (ECAMAN)
  4. his invaluable support rendered during the Aerial Performance
  5. his invaluable support rendered during the 39th OEA (Organization of American States) General Assembly San Pedro Sula, Honduras
  6. Office of the Year 2010
  7. Office of the Year 2012
  8. his participation in the first "FAH-USAF Crosstalk"
  9. his outstanding performance during the development of the Basic Course of Air Tactic Operations
  10. his valuable support and rendered service during the development of the Medical Brigade July 2012
  11. his outstanding participation during the training HONCOL

*See* **Exhibit K.2** – Recognition from Honduran Air Force

Additionally, the Petitioner was recognized in numerous other contexts. These awards and recognitions are enclosed in **Exhibit K.2**.

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law



*See* **Exhibit K.2** – Recognition from flight training institution

    **(3) A model or plan for future activities**

      **And**

    **(4) Progress Towards the Proposed Endeavor**

The Petitioner has prepared a detailed letter of intent that outlines a concrete and feasible plan to advance his endeavor as a Pilot and Instructor in the United States.

*See* **Exhibit B** – Letter of Intent

Additionally, the Petitioner has already obtained a Federal Aviation Administration (FAA) license, which will enable him to immediately advance his endeavor upon entry to the United States.

*See* **Exhibit H** – Licenses in the Field

    **(5) Interest of Potential Customers, Users, Investors or Other Relevant Entities or Individuals**

Alliance Aviation, a U.S. training academy for commercial pilots, has already issued a letter expressing their intent to hire the Petitioner as a full-time instructor at one of their U.S. training centers.

*See* **Exhibit M** – Job Offer Letter from Aviation Alliance

**V.**    **On balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification**

In regard to whether, on balance, the United States would benefit from waiving the labor certification requirement, the AAO stated:

> *The third prong requires the petitioner to demonstrate that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. On the one hand, Congress clearly sought to further the national interest by requiring job offers and labor certifications to protect the domestic labor supply. On the other hand, by creating the national interest waiver, Congress recognized that in certain cases the benefits inherent in the labor certification process can be outweighed by other factors that are also deemed to be in the national interest. Congress entrusted the Secretary to balance these interests within the context of individual national interest waiver adjudications.*
>
> *In performing this analysis, USCIS may evaluate factors such as: whether, in light of the nature of the foreign national's qualifications or proposed endeavor, it would be impractical either for the foreign national to secure a job offer or for the petitioner to obtain a labor certification; whether, even assuming that other qualified U.S. workers are available, the United States would still benefit from the foreign national's contributions; and whether the national interest in the foreign national's contributions is sufficiently urgent to warrant forgoing the labor certification process. We emphasize that, in each case,*

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law



*the factor(s) considered must, taken together, indicate that on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification.*

An analysis of the relevant factors demonstrates that, on balance, the benefit to the United States of the Petitioner's presence and professional activities outweighs the benefits of the labor certification process.

**(1) Whether, even assuming that other qualified U.S. workers are available, the United States would still benefit from the foreign national's contributions**

**And**

**(2) Whether the national interest in the foreign national's contributions is sufficiently urgent to warrant forgoing the labor certification process**

As shown above, the Petitioner is a skilled Pilot and Instructor who has already made significant contributions to aviation in different countries, both as a military pilot and in private airlines. The Petitioner possesses a well-rounded skill set that he can apply in various contexts in the United States. He has trained countless pilots, flown as a pilot in different challenging situations, and served in leading roles as a trainer.

In addition to the benefits that he can bring to the United States directly through his professional activities as a pilot, the Petitioner is in a strong position to help alleviate America's growing pilot shortage. As explained in **Section III National Importance**, the shortage is causing severe problems for the United States, and is projected to worsen significantly in the coming years if action is not taken immediately.

Therefore, the prospective benefits of the Petitioner's presence and professional activities in the U.S. far outweigh the benefits inherent to the labor certification process.

## VI.  **CONCLUSION**

As shown above, the Petitioner is an individual with exceptional ability as a Pilot and Instructor. Moreover, he proposes to engage in an endeavor in the National Interest of the United States. The Petitioner is well-positioned to advance the endeavor, and the endeavor will bring benefits to the U.S. that outweighs the benefits inherent to the labor certification process.

We, therefore, request a favorable exercise of discretion and approval of this petition.

Very truly,

Felipe Alexandre, Esq.

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

# Resume

# Lester Eliazer Orellana Umanzor

Address: Res. El Sauce, Villla Los Nopales, Lote 11, Casa 76, Tegucigalpa, Honduras
Phone: +504-97717195
Email: lesorellana7@yahoo.com
LinkedIn: www.linkedin.com/in/lester-orellana-6910a27a

---

## Summary of Qualifications

---

- Bachelor in Aviation graduated at University of the Armed and Air Forces – Jalisco – Mexico.
- Master's **degress** in business administration at Unitec – San Pedro Sula -Honduras
- Strong experience in Achieve maximum time effectiveness; Respect the opinions, abilities, and contributions of others; Thrive on stressful situations; Excel in effective human relations; Establish strategic plans for future success.
- Expertise in Time management, Problem solving, Leadership, Interpersonal skills, and Communication
- Language: Spanish, English and French
- Technical Skills: Modern Aviation Technology & Instrumentation, Teamwork &Collaborative Skills, Attention to Detail, Spatial Awareness & Hand-Eye Coordination, Ability to Stay Calm Under Pressure.

---

## Licenses

---

- FAA Airline Transport Pilot License – Oct 2021
- ICAO Airline Transport Pilot License – Dec 2020
- FAA Private Pilot License – Nov 2016
- International Flight Safety Officer - 2011

---

## Flight Time and Ratings

---

- Total Flight Time: 4638.0 **hours**
- As Pilot in Command: 3653.0 **hours**
- As Second in Command: 985.0 **hours**
- Plane types:  A320, ATR72-600, ATR42-320, A-37B, T-27, PC-7, SF-260EU, F-33C

| Work Experience |
| --- |

**Alliance Air (Air India) - September 2018 – July 2021**

*Hyderabad – India*

**Job Title: Captain**

**Full-Time**

**Main Responsibilities:**

- Ensure that the safety of all crew members, passengers and cargo onboard.
- Ensure that all operational procedures and checklist are complied with in accordance with the provisions of the Operations Manual.
- Coordinate the work distribution within the flight crew to obtain a maximum of good airmanship for the conduct of the flight.
- Ensure precise navigation and observation of minimum altitudes

**Isleña Airlines (Avianca)  September 2013 – September 2018**

*Tegucigalpa - Honduras*

**Job Title: Captain**

**Full-Time**

**Main Responsibilities:**

- Responsible for flight preparation, and execution in compliance with all State and company regulations.
- Perform Safety Pilot duties during training flights for new Captains and first officers.
- Observe the limitations of all aircraft systems and ensure the proper use and handling of the aircraft.
- Maintain close contact with the cabin crew in order to ensure that all requirements concerning cabin safety are being followed

**Honduran Air Force  January 2006 – August 2013**

*La Lima, Cortés - Honduras*

**Job Title: Military Pilot**

**Full-Time**

**Main Responsibilities:**

- Updated training processes by reviewing existing documentation, leveraging feedback from associates, and working with legal and compliance teams.
- Performing pre and post-flight inspections of fuel, equipment and navigational system.
- Observe the limitations of all aircraft systems and ensure the proper use and handling of the aircraft.
- Anticipating issues and maintaining professionalism during emergencies.

**Main Achievements:**

Implementation of the Thesis for the Master's degree by the Honduran Government

---

## Education

**Bachelor's Degree of in Aviation September - 2005**

University of the Armed and Air Forces - Zapopan/Jalisco/Mexico

**Master's Degree in business administration March - 2013**

Central American Technological University – San Pedro Sula/Cortés/Honduras

---

## Awards

- Officer of the Year 2012
- Bronze Flight Medal 2011
- Officer of the Year 2010
- Letter of Commendation 2009
- Letter of Commendation 2009
- Honorific Mention 2007
- Honorific Mention 2006

---

## Published Works

- Orellana, L. E. (2012, October 20). Financial evaluation of repowering the fleet of A-37B versus buying A-29. San Pedro Sula, Cortés, Honduras. Website: glifos.unitec.edu
- Orellana, L. E. (2013, August 10). Essay The Art of War. Tegucigalpa, Francisco Morazán, Honduras. Website: pdfcoffee.com
- Orellana, L. E. (2009, October 03). A new day in the Honduras Air Force. (L. Giron, Interviewer). YouTube interview

**Exhibit B**

# Letter of Intent

February 10, 2022

**Letter of Intent**

Dear Sir or Madam,

My name is Lester Eliazer Orellana Umanzor. Please accept this letter of intent as part of my EB-2 National Interest Waiver petition as a Pilot and Instructor. I have over 15 years of flying experience with strong expertise in aircraft operation and aircraft system inspection, as well as in flight training. Having served in the Honduran Air Force for 7 years as a Military Pilot and Trainer, and later in major airlines including Islena Airlines (Avianca) and Alliance Air (Air India) as a captain for commercial flights, I have accumulated a total flight time of 4638 hours in operating aircraft of various types including the A320, ATR72-600, ATR42-320, A-37B, T-27, PC-7, SF-260EU and F-33C.

I have all the expertise and skill set that is required of a capable Pilot and Instructor, with licenses including the Federal Aviation Administration Airline Transport Pilot License (FAA), Federal Aviation Administration Private Pilot License and International Civil Aviation Organization (ICAO) and an Airline Transport Pilot License (Honduras). In addition, I also have in-depth knowledge in air accident investigation and flight safety.

I have already received a job offer from a U.S. company, Alliance Aviation, the biggest independent aviation training center in the United States and Latin America, confirming that they intend to hire me as a Flight Instructor. If my petition is approved, I will accept the offer.  As an Instructor, I will develop flight curricula and teaching methods for ground training, conduct training flights in subjects including aircraft systems, operating procedures, emergency handling and problem analysis. I will train students to help them in the process of obtaining their pilot's license from the Federal Aviation Administration (FAA).

To evidence that I am well-positioned to advance this endeavor, I will describe my professional history below.

I received a bachelor's degree in Aviation from the University of the Armed and Air Forces in Mexico in 2005. In January 2006, I started to serve as a full-time Military Pilot in the Honduran Air Force, taking up a series of positions including Chief of Human Resources, Chief of Public Relations, Chief of Flight Safety and Investigator of Air Accidents and Deputy Chief of the Air Operations Division. My responsibilities included updating training processes and courses by reviewing existing documents and new technology, evaluating feedback from associates and working closely with legal and compliance teams. I also performed pre and post-flight inspections and checks for fuel, equipment and navigational system to ensure flight safety, monitored aircraft systems to ensure the proper operation and handling of the aircraft, in addition to providing solution in emergency situations.

During my service in the Honduran Air Force, I demonstrated leadership in a number of critical projects including the creation of the flight dispatch office and the flight safety office. The recommendations from my graduation thesis entitled "Financial Evaluation of Repowering the fleet of A-37B versus Buying A-29" was adopted by the Honduran Air Force, and a decision was made by the military to upgrade the existing A-37B aircraft fleet rather than to purchase new aircraft. In recognition of my significant contributions, the Honduran Air Force granted me Honorific Mentions in 2006 and 2007, Officer of the Year in 2010 and 2012, and a Bronze Flight Medal in 2011.

After retiring from the Honduran Air Force in 2013, I became a captain in September 2013 for Islena Airlines (Avianca), at the time the largest airline in Colombia and the second largest in Latin America. My duties included flight preparation, inspection and compliance operations for state and company regulations, and maintained close communication with the crew in order to ensure all safety regulations were being followed. I also performed safety pilot duties during the training flights for new captains and first officers.

From September 2018 to July 2021, I served as a captain in Alliance Air (Air India). In this position, in addition to flying commercial flights and performing standard captain duties, I also actively participated in the internal training program of Air India as a trainer, having successfully trained 35 pilots for the airline. While striving to develop aviation experience and knowledge for myself and my fellow professionals, I also flew humanitarian aid flights. In 2020 when the COVID-19 pandemic broke out, I flew medical supplies and vaccines to the most vulnerable areas in India.

Aviation is one of the core industries for the U.S. economy. It connects people, cultures and businesses across continents, supporting millions of jobs, and causing a substantial impact on the economy. Air transportation is the driving force of global trade and commerce. If given the opportunity, I will bring my skill set to the United States, where I will help to train the next generation of U.S. pilots.

Thank you for considering my application.


Lester Eliazer Orellana Umanzor



**Exhibit C**



# Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS
Form G-28**

OMB No. 1615-0105
Expires 05/31/2021

---

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name)  Alexandre

**2.b.** Given Name (First Name)  Felipe

**2.c.** Middle Name

### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name  5550 Painted Mirage Rd

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr.  320 A259

**3.c.** City or Town  Las Vegas

**3.d.** State  NV   **3.e.** ZIP Code  89149

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

United States

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number

4074761254

**5.** Mobile Telephone Number (if any)

4078530309

**6.** Email Address (if any)

info@agimmigration.law

**7.** Fax Number (if any)

---

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority

New York

**1.b.** Bar Number (if applicable)

5013909

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)

AG Immigration Law Group, PA

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

**2.c.** Date of Accreditation (mm/dd/yyyy)

**3.** ☐ I am associated with

                                              ,
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

I-140

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
☐ Applicant  ☒ Petitioner  ☐ Requestor
☐ Beneficiary/Derivative  ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)  Orellana Umanzor

**6.b.** Given Name (First Name)  Lester Eliazer

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ **A-**

## Client's Contact Information

**10.** Daytime Telephone Number

+1(516)9432594

**11.** Mobile Telephone Number (if any)

+1(516)9432594

**12.** Email Address (if any)

lesorellana7@yahoo.com

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name  Col. Altos del Molino, Calle La Paz, polígono K casa 14

**13.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**13.c.** City or Town  Santa Ana

**13.d.** State  **13.e.** ZIP Code

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

El Salvador

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☒ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [signature]

**2.b.** Date of Signature (mm/dd/yyyy) 06 / 01 / 2022

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy) 6.1.2022

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)  Orellana Umanzor

**1.b.** Given Name
(First Name)  Lester Eliazer

**1.c.** Middle Name

**2.a.** Page Number  **2.b.** Part Number  **2.c.** Item Number

**2.d.** _____

**3.a.** Page Number  **3.b.** Part Number  **3.c.** Item Number

**3.d.** _____

**4.a.** Page Number  **4.b.** Part Number  **4.c.** Item Number

**4.d.** _____

**5.a.** Page Number  **5.b.** Part Number  **5.c.** Item Number

**5.d.** _____

**6.a.** Page Number  **6.b.** Part Number  **6.c.** Item Number

**6.d.** _____

I-140



# e-Notification of Application/Petition Acceptance

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-1145**

## What Is the Purpose of This Form?

Use this form to request an electronic notification (e-Notification) when U.S. Citizenship and Immigration Services accepts your immigration application. This service is available for applications filed at a USCIS Lockbox facility.

## General Information

Complete the information below and clip this form to the first page of your application package. You will receive one e-mail and/or text message for each form you are filing.

We will send the e-Notification within 24 hours after we accept your application. Domestic customers will receive an e-mail and/or text message; overseas customers will only receive an e-mail. Undeliverable e-Notifications cannot be resent.

The e-mail or text message will display your receipt number and tell you how to get updated case status information. It will not include any personal information. The e-Notification does not grant any type of status or benefit; rather it is provided as a convenience to customers.

USCIS will also mail you a receipt notice (I-797C), which you will receive within 10 days after your application has been accepted; use this notice as proof of your pending application or petition.

## USCIS Privacy Act Statement

**AUTHORITIES:** The information requested on this form is collected pursuant to section 103(a) of the Immigration and Nationality Act, as amended INA section 101, et seq.

**PURPOSE:** The primary purpose for providing the information on this form is to request an electronic notification when USCIS accepts immigration form. The information you provide will be used to send you a text and/or email message.

**DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information may prevent USCIS from providing you a text and/or email message receipting your immigration form.

**ROUTINE USES:** The information provided on this form will be used by and disclosed to DHS personnel and contractors in accordance with approved routine uses, as described in the associated published system of records notices **[DHS/USCIS-007 - Benefits Information System and DHS/USCIS-001 - Alien File (A-File) and Central Index System (CIS)**, which can be found at **www.dhs.gov/privacy]**. The information may also be made available, as appropriate for law enforcement purposes or in the interest of national security.

| Complete this form and clip it on top of the first page of your immigration form(s). | | |
|---|---|---|
| Applicant/Petitioner Full Last Name<br>Orellana Umanzor | Applicant/Petitioner Full First Name<br>Lester Eliazer | Applicant/Petitioner Full Middle Name |
| Email Address<br>lesorellana7@yahoo.com | Mobile Phone Number (Text Message)<br>+1(516)9432594 | |



# Immigrant Petition for Alien Workers

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-140**
OMB No. 1615-0015
Expires 06/30/2022

| For USCIS Use Only | Fee Stamp | Priority Date | Consulate | Action Block |
|---|---|---|---|---|

**Classification**

- ☐ 203(b)(1)(A) Alien of Extraordinary Ability
- ☐ 203(b)(1)(B) Outstanding Professor or Researcher
- ☐ 203(b)(1)(C) Multinational Executive or Manager
- ☐ 203(b)(2) Member of Professions with Advanced Degree/Exceptional Ability
- ☐ 203(b)(3)(A)(i) Skilled Worker
- ☐ 203(b)(3)(A)(ii) Professional
- ☐ 203(b)(3)(A)(iii) Other Worker

**Certification**

- ☐ National Interest Waiver (NIW)
- ☐ Schedule A, Group I
- ☐ Schedule A, Group II

**Remarks**

| To be completed by an Attorney or Accredited Representative (if any). | ☒ Select this box if Form G-28 or Form G-28I is attached. | Attorney State Bar Number (if applicable)  5013909 | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About the Person or Organization Filing This Petition

If an individual is filing this petition, answer **Item Numbers 1.a. - 1.c.** If a company or organization is filing this petition, answer **Item Number 2.**

**1.a.** Family Name (Last Name)   Orellana Umanzor

**1.b.** Given Name (First Name)   Lester Eliazer

**1.c.** Middle Name

**2.** Company or Organization Name

### Mailing Address

**3.a.** In Care Of Name
Lester Eliazer Orellana Umanzor

**3.b.** Street Number and Name   Col. Altos del Molino, Calle La Paz, polígono K casa 14

**3.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.d.** City or Town   Santa Ana

**3.e.** State        **3.f.** ZIP Code

**3.g.** Province

**3.h.** Postal Code

**3.i.** Country
El Salvador

### Other Information

**4.** IRS Employer Identification Number (EIN)
▶

**5.** U.S. Social Security Number (SSN) (if any)
▶

**6.** USCIS Online Account Number (if any)
▶

## Part 2. Petition Type

This petition is being filed for (select **only one** box):

**1.a.** ☐ An alien of extraordinary ability.

**1.b.** ☐ An outstanding professor or researcher.

**1.c.** ☐ A multinational executive or manager.

**1.d.** ☐ A member of the professions holding an advanced degree or an alien of exceptional ability (who is **NOT** seeking a National Interest Waiver (NIW)).

**1.e.** ☐ A professional (at a minimum, possessing a bachelor's degree or a foreign degree equivalent to a U.S. bachelor's degree).

**1.f.** ☐ A skilled worker (requiring at least two years of specialized training or experience).

**1.g.** ☐ Any other worker (requiring less than two years of training or experience).

**1.h.** ☒ An alien applying for an NIW (who **IS** a member of the professions holding an advanced degree or an alien of exceptional ability).

## Part 2. Petition Type (continued)

This petition is being filed (select **only one** box):

**2.a.** ☐ To amend a previously filed petition.

Previous Petition Receipt Number

▶ ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

**2.b.** ☐ For the Schedule A, Group I or II designation.

## Part 3. Information About the Person for Whom You Are Filing

**1.a.** Family Name (Last Name) | Orellana Umanzor

**1.b.** Given Name (First Name) | Lester Eliazer

**1.c.** Middle Name |

### Mailing Address

**2.a.** In Care Of Name
Lester Eliazer Orellana Umanzor

**2.b.** Street Number and Name | Col. Altos del Molino, Calle La Paz, polígono K casa 14

**2.c.** ☐ Apt. ☐ Ste. ☐ Flr. |

**2.d.** City or Town | Santa Ana

**2.e.** State | **2.f.** ZIP Code |

**2.g.** Province |

**2.h.** Postal Code |

**2.i.** Country
El Salvador

### Other Information

**3.** Date of Birth (mm/dd/yyyy) | 09/17/1983

**4.** City/Town/Village of Birth
Distrito Central

**5.** State or Province of Birth
Francisco Morazan

**6.** Country of Birth
Honduras

**7.** Country of Citizenship or Nationality
Honduras

**8.** Alien Registration Number (A-Number) (if any)
▶ A- ⬚⬚⬚⬚⬚⬚⬚⬚⬚

**9.** U.S. SSN (if any) ▶ |

### Information About His or Her Last Arrival in the United States

If the person for whom you are filing is in the United States, provide the following information.

**10.** Date of Last Arrival (mm/dd/yyyy) | 02/17/2022

**11.a.** Form I-94 Arrival-Departure Record Number
▶ 7 7 1 1 0 9 6 5 3 A 2

**11.b.** Expiration Date of Authorized Stay Shown on Form I-94 (mm/dd/yyyy) | 08/16/2022

**11.c.** Status on Form I-94 (for example, class of admission, or paroled, if paroled)
B-2

**12.** Passport Number
E921380

**13.** Travel Document Number
|

**14.** Country of Issuance for Passport or Travel Document
Honduras

**15.** Expiration Date for Passport or Travel Document (mm/dd/yyyy) | 02/14/2026

## Part 4. Processing Information

Provide the following information for the person named in **Part 3.** (select **only one** box):

**1.a.** ☐ Alien will apply for a visa abroad at a U.S. Embassy or U.S. Consulate at:

**1.b.** City or Town
|

**1.c.** Country
|

**2.a.** ☒ Alien is in the United States and will apply for adjustment of status to that of lawful permanent resident.

## Part 4. Processing Information (continued)

**2.b.** Alien's current country of residence or, if now in the United States, last country of permanent residence abroad.

El Salvador

If you provided a United States address in **Part 3.**, provide the person's foreign address in **Item Numbers 3.a. - 3.f.:**

**3.a.** Street Number and Name

Col. Altos del Molino, Calle La Paz, polígono K casa 14

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town  Santa Ana

**3.d.** Province

**3.e.** Postal Code

**3.f.** Country

El Salvador

If the person's native alphabet is other than Roman letters, type or print the person's foreign name and address in the native alphabet in **Item Numbers 4.a. - 4.c.:**

**4.a.** Family Name (Last Name)

**4.b.** Given Name (First Name)

**4.c.** Middle Name

### Mailing Address

**5.a.** In Care Of Name

Lester Eliazer Orellana Umanzor

**5.b.** Street Number and Name

121 Mirin Ave

**5.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**5.d.** City or Town  Roosevelt

**5.e.** Province

**5.f.** Postal Code  11575

**5.g.** Country

USA

If you answer "Yes" to **Item Numbers 6.a. - 10.**, provide the case number, office location, date of decision, and disposition of the decision in the space provided in **Part 11. Additional Information.**

**6.a.** Are you filing any other petitions or applications with this Form I-140?   ☒ Yes  ☐ No

**6.b.** If you answered "Yes" to **Item Number 6.a.**, select all applicable boxes:

☒ Form I-485

☒ Form I-131

☒ Form I-765

☐ Other (Provide an explanation in **Part 11. Additional Information.**)

**7.** Is the person for whom you are filing in removal proceedings?   ☐ Yes ☒ No

**8.** Has any immigrant visa petition ever been filed by or on behalf of this person?   ☐ Yes ☒ No

**9.** Are you filing this petition without an original labor certification because the original labor certification was previously submitted in support of another Form I-140?   ☐ Yes ☒ No

**10.** If you are filing this petition without an original labor certification, are you requesting that U.S. Citizenship and Immigration Services (USCIS) request a duplicate labor certification from the Department of Labor (DOL)?   ☐ Yes ☒ No

## Part 5. Additional Information About the Petitioner

Type of petitioner (select **only one** box):

**1.a.** ☐ Employer

**1.b.** ☒ Self

**1.c.** ☐ Other (For example, Lawful Permanent Resident, U.S. citizen or any other person filing on behalf of the alien)

If a company or an organization is filing this petition, provide the following information:

**2.** Type of Business

**3.** Date Established (mm/dd/yyyy)

**4.** Current Number of U.S. Employees

**5.** Gross Annual Income   $

**6.** Net Annual Income   $

**7.** NAICS Code   ▶

**8.** Labor Certification DOL Case Number

## Part 5. Additional Information About the Petitioner (continued)

9. Labor Certification DOL Filing Date (mm/dd/yyyy)

10. Labor Certification Expiration Date (mm/dd/yyyy)

If an individual is filing this petition, provide the following information.

11. Occupation

Commercial Pilot and Instructor

12. Annual Income    $  N/A Self Petitioner

## Part 6. Basic Information About the Proposed Employment

1. Job Title

Commercial pilot

2. SOC Code    ▶ 5 3 - 2 0 1 1

3. Nontechnical Job Description

Please see attached Letter of Intent (Exhibit B)

4. Is this a full-time position?    ☒ Yes  ☐ No

5. If the answer to **Item Number 4.** is "No," how many hours per week for the position?

6. Is this a permanent position?    ☒ Yes  ☐ No

7. Is this a new position?    ☒ Yes  ☐ No

8. Wages (Specify hour, week, month, or year):

   $  N/A self-petition   per

### Worksite Location

For **Item Numbers 9.a. - 9.e.**, provide the address where the person will work if different from the address provided in **Part 1.**

9.a. Street Number and Name

9.b. ☐ Apt.  ☐ Ste.  ☐ Flr.

9.c. City or Town

9.d. State        9.e. ZIP Code

## Part 7. Information About the Spouse and All Children of the Person for Whom You Are Filing

For **Part 7.**, provide information on the spouse and all children related to the individual for whom you are filing this petition. Also, note if the individual will apply for a visa abroad or adjustment of status as the dependent of the individual for whom the petition is filed. If you need extra space to provide information about additional family members, use the space provided in **Part 11. Additional Information**.

### Person 1

1.a. Family Name (Last Name)   Rodriguez Ceron

1.b. Given Name (First Name)   Sandra Marlene

1.c. Middle Name

2. Date of Birth (mm/dd/yyyy)   04/03/1988

3. Country of Birth

   El Salvador

4. Relationship   Spouse

5. Is he or she applying for adjustment of status?    ☐ Yes  ☒ No

6. Is he or she applying for a visa abroad?    ☒ Yes  ☐ No

### Person 2

7.a. Family Name (Last Name)   Orellana Rodriguez

7.b. Given Name (First Name)   Lester Ernesto

7.c. Middle Name

8. Date of Birth (mm/dd/yyyy)   07/10/2018

9. Country of Birth

   United States

10. Relationship   Biological child

11. Is he or she applying for adjustment of status?    ☐ Yes  ☒ No

12. Is he or she applying for a visa abroad?    ☐ Yes  ☒ No

## Part 7. Information About Spouse and All Children of the Person for Whom You Are Filing (continued)

### Person 3

**13.a.** Family Name (Last Name)

**13.b.** Given Name (First Name)

**13.c.** Middle Name

**14.** Date of Birth (mm/dd/yyyy)

**15.** Country of Birth

**16.** Relationship

**17.** Is he or she applying for adjustment of status?
☐ Yes ☐ No

**18.** Is he or she applying for a visa abroad?
☐ Yes ☐ No

### Person 4

**19.a.** Family Name (Last Name)

**19.b.** Given Name (First Name)

**19.c.** Middle Name

**20.** Date of Birth (mm/dd/yyyy)

**21.** Country of Birth

**22.** Relationship

**23.** Is he or she applying for adjustment of status?
☐ Yes ☐ No

**24.** Is he or she applying for a visa abroad?
☐ Yes ☐ No

### Person 5

**25.a.** Family Name (Last Name)

**25.b.** Given Name (First Name)

**25.c.** Middle Name

**26.** Date of Birth (mm/dd/yyyy)

**27.** Country of Birth

**28.** Relationship

**29.** Is he or she applying for adjustment of status?
☐ Yes ☐ No

**30.** Is he or she applying for a visa abroad?
☐ Yes ☐ No

### Person 6

**31.a.** Family Name (Last Name)

**31.b.** Given Name (First Name)

**31.c.** Middle Name

**32.** Date of Birth (mm/dd/yyyy)

**33.** Country of Birth

**34.** Relationship

**35.** Is he or she applying for adjustment of status?
☐ Yes ☐ No

**36.** Is he or she applying for a visa abroad?
☐ Yes ☐ No

## Part 8. Statement, Contact Information, Declaration, Certification, and Signature of the Petitioner or Authorized Signatory and Signature

**NOTE:** Read the **Penalties** section of the Form I-140 Instructions before completing this part.

### Petitioner's or Authorized Signatory's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this petition and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 9.** has read to me every question and instruction on this petition and my answer to every question in

_____,
a language in which I am fluent. I understood all of this information as interpreted.

**2.** ☒ At my request, the preparer named in **Part 10.**,

Felipe Alexandre ,
prepared this petition for me based only upon information I provided or authorized.

### Authorized Signatory's Contact Information

**3.a.** Authorized Signatory's Family Name (Last Name)

**3.b.** Authorized Signatory's Given Name (First Name)

**4.** Authorized Signatory's Title

**5.** Authorized Signatory's Daytime Telephone Number

**6.** Authorized Signatory's Mobile Telephone Number (if any)

**7.** Authorized Signatory's Email Address (if any)

### Petitioner's or Authorized Signatory's Declaration and Certification

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to USCIS at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records, to USCIS or other entities and persons where necessary to determine eligibility for the immigration benefit sought or where authorized by law. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition, I understand all of the information contained in, and submitted with, my petition, and all of this information is complete, true, and correct.

### Petitioner's or Authorized Signatory's Signature

**8.a.** Petitioner's Signature

Lestar Eliazar Arellana Umanzor

**8.b.** Date of Signature (mm/dd/yyyy)   06 / 01 / 2022

**NOTE TO ALL PETITIONERS AND AUTHORIZED SIGNATORIES:** If you do not completely fill out this petition or fail to submit required documents listed in the Instructions, USCIS may delay a decision on or deny your petition.

## Part 9. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

## Part 9. Interpreter's Contact Information, Certification, and Signature (continued)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State | **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and [                    ], which is the same language specified in **Part 8., Item Number 1.b.**, and I have read to this petitioner or the authorized signatory in the identified language every question and instruction on this petition and his or her answer to every question. The petitioner or authorized signatory informed me that he or she understands every instruction, question, and answer on the petition, including the **Petitioner's or Authorized Signatory's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Petition, if Other Than the Authorized Individual

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)
Alexandre

**1.b.** Preparer's Given Name (First Name)
Felipe

**2.** Preparer's Business or Organization (if any)
AG Immigration Law Group, PA

### Preparer's Mailing Address

**3.a.** Street Number and Name | 5550 Painted Mirage Rd

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr. | 320 A259

**3.c.** City or Town | Las Vegas

**3.d.** State | NV | **3.e.** ZIP Code | 89149

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country
United States

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number
4074761254

**5.** Preparer's Mobile Telephone Number (if any)
4078530309

**6.** Preparer's Email Address (if any)
info@agimmigration.law

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this petition on behalf of the petitioner and with the petitioner's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the petitioner in this case
☒ extends ☐ does not extend beyond the preparation of this application.

**NOTE:** If you are an attorney or accredited representative, you may need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or Form G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this petition.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this petition at the request of the petitioner or authorized signatory. The petitioner has reviewed this completed petition, including the **Petitioner's or Authorized Signatory's Declaration and Certification**, and informed me that all of this information in the form and in the supporting documents is complete, true, and correct.

### Preparer's Signature

**8.a.** Preparer's Signature

**8.b.** Date of Signature (mm/dd/yyyy)  6 - 1 - 2022

## Part 11. Additional Information

If you need extra space to provide any additional information within this petition, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this petition or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)    Orellana Umanzor

**1.b** Given Name
(First Name)   Lester Eliazer

**1.c** Middle Name

**2.** IRS EIN ▶

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

**7.a.** Page Number    **7.b.** Part Number    **7.c.** Item Number

**7.d.**

# ETA-750B



OMB Approval No. 1205-0015 Expires: 10/31/2023

| PART B. STATEMENT OF QUALIFICATIONS OF ALIEN |
| --- |

FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION: If the alien is in the U.S., contact nearest office of the United States Citizenship and Immigration Service. If the alien is outside the U.S., contact nearest U.S. Consulate.

**IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.**

Print legibly in ink or use a typewriter. If you need more space to fully answer any questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.

| 1. Name of Alien (Family name in capital letters) | First name | Middle name | Maiden name |
| --- | --- | --- | --- |
| Orellana Umanzor | Lester Eliazer | | |

| 2. Present Address (No., Street, City and Town, State or Province and ZIP code) | Country | 3. Type of Visa (If in U.S.) |
| --- | --- | --- |
| 121 Mirin Ave, Roosevelt , New York, 11575 | USA | B2 |

| 4. Alien's Birth date (Month, Day, Year) | 5. Birthplace (City or Town, State or Province) | Country | 6. Present Nationality or Citizenship (Country) |
| --- | --- | --- | --- |
| 09/17/1983 | Distrito Central, Francisco Morazan | Honduras | Honduras |

7. Address in the United States Where Alien Will Reside

| 8. Name and Address of Prospective Employer if Alien has job offer in U.S. | 9. Occupation in which Alien is Seeking Work |
| --- | --- |
| | Commercial Pilot and Instructor |

10. "X" the appropriate box below and furnish the information required for the box marked

| | | City in Foreign Country | Foreign Country |
| --- | --- | --- | --- |
| a. ☐ | Alien will apply for a visa abroad at the American Consulate in | | |
| | | City | State |
| b. ☑ | Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the United States Citizenship and Immigration Service at | Roosevelt | New York |

| 11. Names and Addresses of Schools, Colleges and Universities Attended (include trade or vocational training facilities) | Field of Study | FROM Month Year | TO Month Year | Degrees or Certificates Received |
| --- | --- | --- | --- | --- |
| Central American Technological University, San Pedro Sula, Cortes, 21101, Honduras | business administration | 07/2007 | 10/2012 | Degree of Master in Business Management |
| University of the Armed and Air Forces, Zapopan, Jalisco, 45138, Mexico | Aviation | 09/2002 | 09/2005 | Bachelor's Degree in Aviation |
| | | | | |
| | | | | |
| | | | | |

| SPECIAL QUALIFICATIONS AND SKILLS |
| --- |

12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.

Expertise in Time management, Problem solving, Leadership, Interpersonal skills, and Communication; International Flight Safety Officer

13. List Licenses (Professional, journeymen, etc.)

FAA Airline Transport Pilot License; OACI Airline Transport Pilot License; FAA Private Pilot License

14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented

Resume, Diploma, Certificates, Letters of Recommendation, and Work Experience

| Endorsements | DATE REC. DOL |
| --- | --- |
| (Make no entry in this section - FOR Government Agency USE ONLY) | O.T. & C. |

**15. WORK EXPERIENCE**   List all jobs held during the last three (3) years. Also, list any other jobs related to the occupation for which the alien is seeking certification as indicated in item 9.

**a. NAME AND ADDRESS OF EMPLOYER**

Alliance Air Aviation Limited (Air India) , Alliance Bhawan, Domestic Terminal 1, I.G.I. Airport, New Delhi, 110037, India

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Captain | 09/2018 | | 07/2021 | | airline |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES OR EQUIPMENT | NO. HOURS PER WEEK |
|---|---|
| | 40 |

Ensure the safety of all crew members, passengers and cargo onboard

Ensure all operational procedures and checklists are complied with the provisions of the Operations Manual

Coordinate the work distribution within the flight crew

**b. NAME AND ADDRESS OF EMPLOYER**
Isleña Airlines (Avianca),Avenida Circunvalacion No Entrada, Principal Orquidea Blanca, Edif Taragon, San Pedro Sula, Honduras

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Captain | 09/2013 | | 09/2018 | | airline |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES OR EQUIPMENT | NO. HOURS PER WEEK |
|---|---|
| | 40 |

Responsible for flight operation, and execution in compliance with all states and company regulations

Perform safety pilot duties during training flights fro new captains and first officers

Observe the limitations of all aircraft systems and ensure the proper use and handling of the aircraft

**c. NAME AND ADDRESS OF EMPLOYER**
Honduran Air Force, in front of the Palma Real residential complex, behind the Toncontin International Airport, Comayagüela, Honduras

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Military Pilot | 01/2006 | | 08/2013 | | airline |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES OR EQUIPMENT | NO. HOURS PER WEEK |
|---|---|
| | 40 |

Update training processes by reviewing existing documentation, leveraging feedback from associates

Perform pre and post-flight inspections of fuel, equipment and navigational system

Observe the limitations of all aircraft systems and ensure the proper use and handling of the aircraft

**16. DECLARATIONS**

| DECLARATION OF ALIEN → | Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct. | |
|---|---|---|
| SIGNATURE OF ALIEN | | DATE |
| *Lastar Eliazar Orallana Umanzor* | | |
| E-mail address of Alien: lesorellana7@yahoo.com | | 06 / 01 / 2022 |

| AUTHORIZATION OF AGENT OF ALIEN → | I hereby designate the agent below to represent me for the purposes of labor certification and I take full responsibility for accuracy of any representations made by my agent. | |
|---|---|---|
| SIGNATURE OF ALIEN | | DATE |
| *Lastar Eliazar Orallana Umanzor* | | 06 / 01 / 2022 |

| NAME OF AGENT    (Type or print) | ADDRESS OF AGENT    (No., Street, City, State, ZIP code) |
|---|---|
| Felipe Alexandre | 5550 Painted Mirage Rd, Ste 320 A259, Las Vegas, NV, 89149 |
| E-mail address of Agent: info@agimmigration.law | |

OMB No.: 1205-0015 OMB Expiration Date: 10/31/2023. OMB Burden Hours averages 1.8 hours. OMB Burden Statement:  These reporting instructions have been approved under the Paperwork Reduction Act of 1995.  Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Obligations to reply are mandatory. (Title 8 U.S.C. §§ 1582, 1884, and 1188) Public reporting burden for this collection of information, which is to assist with planning and program management, includes the time to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Room 12-200, 200 Constitution Ave. NW, Washington, DC 20210. (Paperwork Reduction Project OMB 1205-0015.)

## PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a), you are hereby notified that the information provided herein is protected under the Privacy Act. The Department of Labor (DOL) is maintaining a System of Records titled Employer Application and Attestation File for Permanent and Temporary Alien Workers (DOL/ETA-7).

Case files developed in processing labor certification applications, labor condition applications, or labor attestations, may be released to the employers which filed such applications, their representatives, and to named alien beneficiaries or their representatives, if requested, to review Employment and Training Administration (ETA) actions in connection with appeals of denials before the DOL Office of Administrative Law Judges and federal courts; to participating agencies such as the DOL Office of Inspector General, Employment Standards Administration. Department of Homeland Security's U.S., Citizenship and Immigration Services and Bureau of Immigration and Customs Enforcement, and Department of State in connection with administering and enforcing related immigration laws and regulations; and to the DOL Office of Administrative Law Judges and Federal Courts in connection with appeals of denials of labor certification requests, labor condition applications, and labor attestations.

Further disclosures may be made under the following circumstances: in connection with federal litigation; for law enforcement purposes; to authorized parent locator persons under Pub. L. 93-647; to an information source in connection with personnel, procurement, or benefit-related matters, to a contractor or their employees, consultants, grantees or their employees, or volunteers who have been engaged to assist the agency in the performance of a contract; for Federal debt collection purposes: the Office of Management and Budget in connection with its legislative review, coordination, and clearance activities; if a person about whom this record is maintained submits a written request to a Member of Congress or their staff and that request is forwarded to the Department, we may release the information to the Member of Congress or Congressional staff in response to the inquiry made on behalf of the subject of the record: and to the news media and the public when a matter under investigation becomes public knowledge, the Solicitor of Labor determines the disclosure is necessary to preserve confidence or integrity of the Department, or the Solicitor of Labor determines that a legitimate public interest exists in the disclosure of information unless the disclosure would constitute an unwarranted invasion of personal privacy.

U.S. DEPARTMENT OF LABOR
EMPLOYMENT AND TRAINING ADMINISTRATION
APPLICATION FOR ALIEN EMPLOYMENT CERTIFICATION



OMB Approval No. 1205-0015   Expires: 10/31/2023

**PART B. STATEMENT OF QUALIFICATIONS OF ALIEN**

FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION: If the alien is in the U.S., contact nearest office of the United States Citizenship and Immigration Service. If the alien is outside the U.S., contact nearest U.S. Consulate.

IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.

Print legibly in ink or use a typewriter. If you need more space to fully answer any questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.

| 1. Name of Alien (Family name in capital letters) | First name | Middle name | Maiden name |
|---|---|---|---|
| Orellana Umanzor | Lester Eliazer | | |

| 2. Present Address (No., Street, City and Town, State or Province and ZIP code) | Country | 3. Type of Visa (If in U.S.) |
|---|---|---|
| 121 Mirin Ave, Roosevelt , New York, 11575 | USA | B2 |

| 4. Alien's Birth date (Month, Day, Year) | 5. Birthplace (City or Town, State or Province) | Country | 6. Present Nationality or Citizenship (Country) |
|---|---|---|---|
| 09/17/1983 | Distrito Central, Francisco Morazan | Honduras | Honduras |

7. Address in the United States Where Alien Will Reside

| 8. Name and Address of Prospective Employer if Alien has job offer in U.S. | 9. Occupation in which Alien is Seeking Work |
|---|---|
| | Commercial Pilot and Instructor |

10. "X" the appropriate box below and furnish the information required for the box marked

| | | City in Foreign Country | Foreign Country |
|---|---|---|---|
| a. ☐ | Alien will apply for a visa abroad at the American Consulate in → | | |
| b. ☑ | Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the United States Citizenship and Immigration Service at → | City: Roosevelt | State: New York |

| 11. Names and Addresses of Schools, Colleges and Universities Attended (include trade or vocational training facilities) | Field of Study | FROM Month Year | TO Month Year | Degrees or Certificates Received |
|---|---|---|---|---|
| Central American Technological University, San Pedro Sula, Cortes, 21101, Honduras | business administration | 07/2007 | 10/2012 | Degree of Master in Business Management |
| University of the Armed and Air Forces, Zapopan, Jalisco, 45138, Mexico | Aviation | 09/2002 | 09/2005 | Bachelor's Degree in Aviation |
| | | | | |
| | | | | |
| | | | | |

**SPECIAL QUALIFICATIONS AND SKILLS**

12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.

Expertise in Time management, Problem solving, Leadership, Interpersonal skills, and Communication; International Flight Safety Officer

13. List Licenses (Professional, journeymen, etc.)

FAA Airline Transport Pilot License; OACI Airline Transport Pilot License; FAA Private Pilot License

14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented

Resume, Diploma, Certificates, Letters of Recommendation, and Work Experience

| Endorsements | DATE REC. DOL |
|---|---|
| (Make no entry in this section - FOR Government Agency USE ONLY) | O.T. & C. |

| 15. WORK EXPERIENCE | List all jobs held during the last three (3) years. Also, list any other jobs related to the occupation for which the alien is seeking certification as indicated in Item 9. |
|---|---|

**a.** NAME AND ADDRESS OF EMPLOYER

Alliance Air Aviation Limited (Air India) , Alliance Bhawan, Domestic Terminal 1, I.G.I. Airport, New Delhi, 110037, India

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Captain | 09/2018 | | 07/2021 | | airline |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES OR EQUIPMENT | NO. HOURS PER WEEK |
|---|---|
| | 40 |

Ensure the safety of all crew members, passengers and cargo onboard

Ensure all operational procedures and checklists are complied with the provisions of the Operations Manual

Coordinate the work distribution within the flight crew

**b.** NAME AND ADDRESS OF EMPLOYER

Isleña Airlines (Avianca),Avenida Circunvalacion No Entrada, Principal Orquidea Blanca, Edif Taragon, San Pedro Sula, Honduras

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Captain | 09/2013 | | 09/2018 | | airline |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES OR EQUIPMENT | NO. HOURS PER WEEK |
|---|---|
| | 40 |

Responsible for flight operation, and execution in compliance with all states and company regulations

Perform safety pilot duties during training flights fro new captains and first officers

Observe the limitations of all aircraft systems and ensure the proper use and handling of the aircraft

**c.** NAME AND ADDRESS OF EMPLOYER

Honduran Air Force, in front of the Palma Real residential complex, behind the Toncontín International Airport, Comayagüela, Honduras

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Military Pilot | 01/2006 | | 08/2013 | | airline |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES OR EQUIPMENT | NO. HOURS PER WEEK |
|---|---|
| | 40 |

Update training processes by reviewing existing documentation, leveraging feedback from associates

Perform pre and post-flight inspections of fuel, equipment and navigational system

Observe the limitations of all aircraft systems and ensure the proper use and handling of the aircraft

### 16. DECLARATIONS

| DECLARATION OF ALIEN ➔ | Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct. |
|---|---|

SIGNATURE OF ALIEN

Lastar Eliazar Orallana Umanzor

| E-mail address of Alien: lesorellana7@yahoo.com | DATE |
|---|---|
| | 06 / 01 / 2022 |

| AUTHORIZATION OF AGENT OF ALIEN ➔ | I hereby designate the agent below to represent me for the purposes of labor certification and I take full responsibility for accuracy of any representations made by my agent. |
|---|---|

SIGNATURE OF ALIEN

Lastar Eliazar Orallana Umanzor

| DATE |
|---|
| 06 / 01 / 2022 |

| NAME OF AGENT (Type or print) | ADDRESS OF AGENT (No., Street, City, State, ZIP code) |
|---|---|
| Felipe Alexandre | |
| E-mail address of Agent: info@agimmigration.law | 5550 Painted Mirage Rd, Ste 320 A259, Las Vegas, NV, 89149 |

OMB No.:  1205-0015 OMB Expiration Date: 10/31/2023.  OMB Burden Hours averages 1.8 hours. OMB Burden Statement:  These reporting instructions have been approved under the Paperwork Reduction Act of 1995.  Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Obligations to reply are mandatory  (Title 8 U.S.C. §§ 1882, 1884, and 1188) Public reporting burden for this collection of information, which is to assist with planning and program management, includes the time to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Room 12-200, 200 Constitution Ave. NW, Washington, DC 20210.  (Paperwork Reduction Project OMB 1205-0015.)

**PRIVACY ACT STATEMENT**

In accordance with the Privacy Act of 1974, as amended (5 U.S.C. 552a), you are hereby notified that the information provided herein is protected under the Privacy Act. The Department of Labor (DOL) is maintaining a System of Records titled Employer Application and Attestation File for Permanent and Temporary Alien Workers (DOL/ETA-7).

Case files developed in processing labor certification applications, labor condition applications, or labor attestations, may be released to the employers which filed such applications, their representatives, and to named alien beneficiaries or their representatives, if requested, to review Employment and Training Administration (ETA) actions in connection with appeals of denials before the DOL Office of Administrative Law Judges and federal courts; to participating agencies such as the DOL Office of Inspector General, Employment Standards Administration. Department of Homeland Security's U.S., Citizenship and Immigration Services and Bureau of Immigration and Customs Enforcement, and Department of State in connection with administering and enforcing related immigration laws and regulations; and to the DOL Office of Administrative Law Judges and Federal Courts in connection with appeals of denials of labor certification requests, labor condition applications, and labor attestations.

Further disclosures may be made under the following circumstances: in connection with federal litigation; for law enforcement purposes; to authorized parent locator persons under Pub. L. 93-647; to an information source in connection with personnel, procurement, or benefit-related matters, to a contractor or their employees, consultants, grantees or their employees, or volunteers who have been engaged to assist the agency in the performance of a contract; for Federal debt collection purposes: the Office of Management and Budget in connection with its legislative review, coordination, and clearance activities; if a person about whom this record is maintained submits a written request to a Member of Congress or their staff and that request is forwarded to the Department, we may release the information to the Member of Congress or Congressional staff in response to the inquiry made on behalf of the subject of the record: and to the news media and the public when a matter under investigation becomes public knowledge, the Solicitor of Labor determines the disclosure is necessary to preserve confidence or integrity of the Department, or the Solicitor of Labor determines that a legitimate public interest exists in the disclosure of information unless the disclosure would constitute an unwarranted invasion of personal privacy.

**Exhibit D**

Petitioner Documents

Passport

## OBSERVACIONES
## OBSERVATIONS

Artículo número 1oo.

Reglamento de la Ley de Migración y Extranjería.

NO RENOVACIÓN DEL PASAPORTE: Una vez terminada la vigencia del pasaporte corriente, no podrá renovarse y el interesado deberá obtener uno nuevo



# REPÚBLICA DE HONDURAS

PASAPORTE
*PASSPORT*

Tipo / *Type*  **P**

País emisor / *Issuing State*  **HND**

Pasaporte No. / *Passport No.*  **E921380**

Apellidos / *Surname*  **ORELLANA UMANZOR**

Nacionalidad / *Nationality*  **HONDUREÑA**

Nombres / *Given names*  **LESTER ELIAZER**

Fecha de nacimiento / *Date of Birth*  **17 SEPT/SEP 1983**

Cédula de identidad / *I.D. No.*  **0801-1983-12307**

Sexo / *Sex*  **M**

Fecha de emisión / *Date of Issue*  **15 FEB/FEB 2016**

Lugar de Nacimiento / *Place of Birth*  **HONDURAS**

Fecha de vencimiento / *Date of Expiry*  **14 FEB/FEB 2026**

Autoridad emisora / *Authority of Issue*  **INSTITUTO NACIONAL DE MIGRACION**



```
P<HNDORELLANA<UMANZOR<<LESTER<ELIAZER<<<<<<<
E921380<<1HND8309178M2602143080119831 2307<16
```



ADMITTED
NYO
DEC 18 2018
B2
VISAS

ADMITTED
NYO
JUL 28 2021
Class B2
Until JAN 27 2022

MAR 17, 2019



## VISA

## UNITED STATES OF AMERICA

Issuing Post Name
**TEGUCIGALPA**

Surname
**ORELLANA UMANZOR**

Given Name
**LESTER ELIAZER**

Passport Number
**E921380**

Entries
**M**

Annotation

Control Number
**20182279630001**

Visa Type /Class
**R    B1/B2**

Sex
**M**

Birth Date
**17SEP1983**

Nationality
**HOND**

Issue Date
**16AUG2018**

Expiration Date
**14AUG2028**

1011

N2569958

VNUSAORELLANA<UMANZOR<<LESTER<ELIAZER<<<<<<<
E921380<<1HND8309178M2808141B3TGGOIZSC052180

Birth Certificate

**ID:** 1071077

**Recibo N°** 9310953
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION DE ACTA DE NACIMIENTO**

Número de Páginas del documento: **1**
**Number of pages in the document**

Solicitado por: **LESTER ELIAZER ORELLANA UMANZOR**
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,    martes, 18 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**    **1071077**
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Kerlyn Burgos
Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx


**REPUBLIC OF HONDURAS**
**NATIONAL REGISTRY OF PEOPLE**
**MUNICIPAL CIVIL REGISTRY**

**BIRTH CERTIFICATE**

The undersigned Municipal Civil Registrar CERTIFIES that in the archives of births held in this office; it is the Birth Certificate number: **0801-1983-12307** located in the folio **131** in the volume **01634** of the year **1983** and which belongs to:

a) _**ORELLANA**_
First Surname

b) _**UMANZOR**_
Second Surname

c) _**LESTER ELIAZER**_
Names

SEX: F [ ] M [ X ]

**Whose information is as it follows:**
*1. Place, Date and Birth order*

a) _**CENTRAL DISTRICT**_
Municipality

b) _**FRANCISCO MORAZAN**_
Department

c) _**HONDURAS**_
Country

d) _**SEVENTEENTH**_
Day

e) _**SEPTEMBER**_
Month

f) _**1983**_
Year

*2. Father's Identification number, surnames, names and nationality:*

a) _**ORELLANA**_
First surname

b) _**TORO**_
Second surname

c) _**JORGE DARIO**_
Name

d) _**HONDURAN**_
Nationality

*3. Mother's Identification number, surnames, names and nationality:*

a) _**UMANZOR**_
First surname

b) _- - - - -_
Second surname

c) _**MODESTA**_
Name

d) _**HONDURAN**_
Nationality

4. Authorized Side Notes:
_**(06/20/2011) A LEGAL SIDE NOTE OF MARRIAGE APPEARS, (02/15/2018) A LEGAL SIDE NOTE OF DIVORCE APPEARS**_

Issued in _**CENTRAL DISTRICT**_
Municipality

_**FRANCISCO MORAZAN**_
Department

on the: _**EIGHTH**_ day of the month of _**SEPTEMBER**_ of TWO THOUSAND AND _**TWENTY-ONE**_

*[Illegible Signature]*
*SIGNATURE AND SEAL OF THE CIVIL REGISTRAR*

NATIONAL REGISTRY OF
PEOPLE
0801
MUNICIPAL CIVIL
REGISTRAR
CENTRAL DISTRICT
FRANCISCO MORAZAN
HONDURAS, C.A.

QR
CODE




# CERTIFICACIÓN DE ACTA DE NACIMIENTO
## AÑO DEL BICENTENARIO

El infrascrito Registrador Civil Municipal CERTIFICA que en el Archivo de nacimientos que se tiene en esta oficina; se encuentra el acta de nacimiento número: **0 8 0 1 - 1 9 8 3 - 1 2 3 0 7** ubicada en el folio **131** del tomo **01634**

*Número de Identidad*

del Año **1983** y que pertenece a:

**a)** *ORELLANA*
Primer Apellido

**b)** *UMANZOR*
Segundo Apellido

**c)** *LESTER ELIAZER*
Nombre

SEXO F ☐ M ☒

y cuya información es la siguiente:

1.) Lugar, fecha y orden de nacimiento

**a)** *DISTRITO CENTRAL*
Municipio

**b)** *FRANCISCO MORAZÁN*
Departamento

**c)** *HONDURAS*
País

**d)** *DIECISIETE*
Día

**e)** *SEPTIEMBRE*
Mes

**f)** *1983*
Año

2.) Número de identidad, apellidos, nombre y nacionalidad del padre:

**a)** *ORELLANA*
Primer Apellido

**b)** *TORO*
Segundo Apellido

**c)** *JORGE DARIO*
Nombre

**d)** *HONDUREÑA*
Nacionalidad

3.) Número de identidad, apellidos, nombre y nacionalidad de la madre:

**a)** *UMANZOR*
Primer Apellido

**b)** - - - - - -
Segundo Apellido

**c)** *MODESTA*
Nombre

**d)** *HONDUREÑA*
Nacionalidad

4.) Notas marginales autorizadas:

(20/06/2011) APARECE NOTA MARGINAL LEGAL DE MATRIMONIO , (15/02/2018) APARECE NOTA MARGINAL LEGAL DE DIVORCIO

Extendida en **DISTRITO CENTRAL**
Municipio

**FRANCISCO MORAZÁN**
Departamento

a los: **OCHO** días del mes de **SEPTIEMBRE**

del DOS MIL **VEINTIUNO**

REGISTRO NACIONAL
DE LAS PERSONAS
JUNTOS SOMOS PATRIA
**0801**
REGISTRO CIVIL MUNICIPAL
DISTRITO CENTRAL,
FRANCISCO MORAZÁN
HONDURAS, C.A.

*FIRMA Y SELLO DEL REGISTRADOR CIVIL*

CTNPRD IP I11467475581
6003156X80310+102,488.92,181 / V8.NET

Marriage Certificate

**ID:** 1071280

**Recibo N°** 9210986
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★



SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:   **1**
**Number of pages in the document**

Solicitado por:   LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,   miércoles, 19 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**       1071280

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Karen Yessenia Paguada Caceres

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

REPUBLIC
OF EL
SALVADOR

SANTA ANA
MAYOR'S
OFFICE

# SANTA ANA MAYOR'S OFFICE
## REGISTRY OF FAMILY STATUS

The undersigned Head of the Registry of Family Status of Santa ana Mayor's Office, CERTIFIES that: Folio 1163, Volume 2 of the book of Marriages held by this institution of the year 2021, it is registered the marriage record which literally says:

Certificate No. 1162. LESTER ELIAZER ORELLANA UMANZOR, Honduran Passport No. E921380, of 38 years old, divorced, pilot, from Central District, Francisco Morazán, Honduran nationality, son of MODESTA UMANZOR & JORGE DARIO ORELLANA TORO; & SANDRA MARLENE RODRIGUEZ CERON, holder of the personal ID No. 03918294-4, of 33 years old, single, Industrial Engineer, residing in and originally from Santa Ana, Department of Santa Ana, Salvadorian nationality, daughter of MARIA OFELIA CERON & ERNESTO ANTONIO RODRIGUEZ LINARES; got legally married before the Notary CARLOS ALBERTO DE PAZ CANIZALES, in the city of Santa Ana on the 2nd day of October of 2021 in presence of the witnesses ASTOR LUDGARDO PERAZA CACERES & WARNER EDGARDO VALENCIA HERNANDEZ. They opted for the Deferred Community System in accordance with Article 21, Name Act. The bride will keep her surnames RODRIGUEZ CERON.
MUNICIPAL MAYOR'S OFFICE: Santa Ana, on October 5th of 2021.
/////Illegible, Head of the Registry of Family Status ///// Signed ////

Pursuant to the original document, this certificate was collated and for such legal purpose, issued in the Santa ana Mayor's Office, on the 06th day of October of 2021.

*[Illegible Signature]*
*B.A. EVELYN PATRICIA ACUÑA HERNANDEZ*
*DEPUTY HEAD OF THE REGISTRY OF FAMILY STATUS*

DEPUTY HEAD OF
THE REGISTRY OF
FAMILY STATUS
SANTA ANA
MAYOR'S OFFICE
SANTA ANA, EL
SALVADOR





# ALCALDÍA DE SANTA ANA
## REGISTRO DEL ESTADO FAMILIAR



ALCALDÍA DE
SANTA ANA

El infrascrito Jefe del Registro del Estado Familiar de la Alcaldía Municipal de Santa Ana, CERTIFICA: Que a folios mil ciento sesenta y tres del tomo segundo del libro de MATRIMONIOS que esta institución lleva del año dos mil veintiuno , se encuentra asentada la que literalmente dice

Partida número mil ciento sesenta y dos. LESTER ELIAZER ORELLANA UMANZOR con Pasaporte hondureño número "E" nueve dos uno tres ocho cero, de treinta y ocho años de edad, Divorciado, Piloto Aviador, del domicilio de Distrito Central Francisco Morazán, originario de Distrito Central Francisco Morazán y de nacionalidad Hondureña , hijo de MODESTA UMANZOR y de JORGE DARIO ORELLANA TORO; y SANDRA MARLENE RODRIGUEZ CERON con Documento Unico de Identidad número cero tres nueve uno ocho dos nueve cuatro guión cuatro, de treinta y tres años de edad, Soltera, Ingeniera Industrial, del domicilio de Santa Ana, departamento de Santa Ana, originaria de Santa Ana, departamento de Santa Ana y de nacionalidad Salvadoreña , hija de MARIA OFELIA CERON y de ERNESTO ANTONIO RODRIGUEZ LINARES; contrajeron matrimonio, ante los oficios del Notario CARLOS ALBERTO DE PAZ CAÑIZALES, en la ciudad de Santa Ana, el día dos de octubre del año dos mil veintiuno con asistencia de los testigos señores ASTOR LUDGARDO PERAZA CACERES y WARNER EDGARDO VALENCIA HERNANDEZ Y optaron por el Régimen de Comunidad Diferida de conformidad con el Artículo veintiuno de la Ley del Nombre, la contrayente, usará los apellidos RODRIGUEZ CERON.. .
ALCALDIA MUNICIPAL: Santa Ana, cinco de octubre del año dos mil veintiuno.
//// ilegible , jefe del Registro del Estado Familiar //// RUBRICADAS ////

Es conforme con su original con la cual se confrontó y para los efectos legales consiguientes se extiende la presente certificación en la Alcaldía Municipal de la ciudad de Santa Ana, a los seis días del mes de octubre del año dos mil veintiuno.

Licda. Evelyn Patricia Acuña Hernández
Sub Jefe del Registro del Estado Familiar

Divorce Certificate of Previous Marriage

**ID:** 1071279

**Recibo N°** 9210986
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS



SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento: 1
**Number of pages in the document**

Solicitado por: LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A., miércoles, 19 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**          1071279
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:** Karen Yessenia Paguada Caceres
Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**REPUBLIC OF HONDURAS**
**NATIONAL REGISTRY OF PEOPLE**



## CERTIFICATE OF DIVORCE REGISTRATION

The undersigned Municipal Civil Registrar of Municipality of **SAN PEDRO SULA**, Department of **CORTES**
**CERTIFIES** that in the book of Marriage Registration:
Volume: **552**, of the year **2009** is the Record **No. 01689** in the folio **024**, in which it has been written down the
Side Note of Divorce, which information is as it follows:

**GROOM:**

| **ORELLANA** | **UMANZOR** |
|---|---|
| First Surname | Second Surname |

| **LESTER ELIAZER** | **0801-1983-12307** |
|---|---|
| Names | Identification Number |

- - - - - - - - - - - -

Nationality and No. of Identification Document if foreigner.

**BRIDE:**

| **JACOME** | **RUIZ** |
|---|---|
| First Surname | Second Surname |

| **MAYRA GUADALUPE** | **0501-1981-07795** |
|---|---|
| Names | Identification Number |

- - - - - - - - - - - - - - - - - - - - - - - - -

Nationality and No. of Identification Document if foreigner.

**DIVORCE INFORMATION BY COURT**:

| **CIVIL COURT, JUDICIAL BRANCH** | **EL PROGRESO, YORO** |
|---|---|
| Court | Place |

Sentence No. -  -  -  -                 Date of Sentence: **02 / 15 / 2018**
Communication No. **- - -**              Date Filed: **04 / 19 / 2018**

| **SAN PEDRO SULA** | **CORTES** | **09 / 13 / 2021** |
|---|---|---|
| Municipality | Department | Date (MM/DD/YY) |

**DIVORCE INFORMATION BY NOTARY**:

- - - - - - - - - - - - - - - - - - - - - - - -                      - - - - - - - - - - - - - - - - - - - - - - - - -
Notary's Name                                           Place

Exequatur No. - - - -   Testimony of Public Deed No. **- - -**   Date of the Public Instrument: - - / - -./ - - - -

NATIONAL REGISTRY OF PEOPLE
05 [LOGO] 01
MUNICIPAL CIVIL REGISTRY
SAN PEDRO SULA, CORTES
HONDURAS, C.A.

*Illegible Signature*

Signature and Seal of the Municipal Civil Registrar

*Illegible Signature*

EORM-02-02-40




# REPÚBLICA DE HONDURAS
## REGISTRO NACIONAL DE LAS PERSONAS

## CONSTANCIA DE INSCRIPCIÓN DE DIVORCIO

EL INFRASCRITO REGISTRADOR CIVIL MUNICIPAL DE **San Pedro Sula** **Cortes**
                                        (MUNICIPIO)                    (DEPARTAMENTO)

HACE CONSTAR QUE EL LIBRO DE INSCRIPCIÓN DE MATRIMONIO:

TOMO **552** DEL AÑO **2009** SE ENCUENTRA EL

ACTA No. **01689** EN EL FOLIO **024** EN LA CUAL SE HA HECHO LA
ANOTACIÓN MARGINAL DE DIVORCIO, CUYA INFORMACIÓN PRINCIPAL ES LA SIGUIENTE:

CONTRAYENTE VARÓN:

**Orellana** | **Umanzor**
Primer Apellido | Segundo Apellido

**Lester Eliazar** | Número de Identidad: **0801 1983 12307**
Nombres

Nacionalidad y No. de Documento de identificación si es extranjero

CONTRAYENTE MUJER:

**Jacome** | **Ruiz**
Primer Apellido | Segundo Apellido

**Mayra Guadalupe** | Número de Identidad: **0501 1981 07795**
Nombres

Nacionalidad y No. de Documento de identificación si es extranjera

DATOS DEL DIVORCIO VÍA JUZGADO:

**De letras de la Seccional** **El Progreso, Yoro**
Juzgado **Judicial**     Lugar

| | Día | Mes | Año |
SENTENCIA No. | — | 15 | 02 | 2018
                Fecha de la Sentencia

COMUNICACIÓN No. | — | 19 | 04 | 2018
                Fecha Recibida

**San Pedro Sula** | **Cortés** | Día Mes Año: **13 09 2021**
Municipio | Departamento | Fecha

DATOS DEL DIVORCIO VÍA NOTARIO:

Nombre de Notario                 Lugar

EXEQUATUR No. ___ | Testimonio de Escritura Pública No. ___ | Fecha de Instrumento Público ___
                                                      Fecha

Firma y Sello del Registrador Civil Municipal

FORMA 02-02-40

Noheli *(firma)*

Karen *(firma)*

**Exhibit E**

Official academic record showing that you have a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning relating to your area of exceptional ability



# CERTIFIED TRANSLATION

| Translation Date | Reference Number |
|---|---|
| October 18, 2021 | 115525 |
| **Source Language** | **Target Language** |
| Spanish | English |
| **Description of Translated Document** | |
| Pilot Certification and Bachelor's Degree of Lester Eliazer Orellana Umanzor | |

I, Karla Jofré, hereby certify that the following is complete and accurate to the best of my judgment and ability, and that I am competent in both the Spanish and English languages to render such translation.

This translation certificate speaks only to the accuracy of the translation performed below and does not speak to the original content of the source document(s).

Karla Jofré
Bachelor in English Language
Professional English-Spanish Translator
Master in Arts and Heritage



*Certified Silvergate Translation File Number 115525*
*Page 1 of 6*

Silvergate Translations • 2833 Smith Ave. Suite 222 • Baltimore, MD 21209

T:410.358.3588/F: 410.497.1121 • www.silvergatetranslations.com

*American Translators*
*Association*
*Member #256240*

LOGO: UNITED STATES OF MEXICO



# National Defense Secretariat

## Army and Air Force University

Julián Carlos Calls Barbosa (6648364) Colonel of the Air Force Aviator Pilot, Diplomate of the Air Staff, currently Deputy Director of the Military Aviation School, of which the C. General of the Group Aviator Pilot Diploma of the Air General Staff is Director, Jesús Pablo Franco Martinez (7233083)

# Certifies:

that the Cadet Fellow of the Republic of Honduras Lester Eliazer Orellana Umanzor, completed the Military Aviator Pilot Training Course, during the period from September 1, 2002 to August 31, 2005, having obtained in each of the subjects considered in the Curriculum and as a final average the grades that are noted on the back.

Issued in the Plaza de Zapopan, Jalisco, on September 1, 2005.



SECRETARIA
DE LA
DEFENSA NACIONAL
Dirección General de
Educación Militar y
**Rectoria** de la U.D.E.F.A.
DIRECCION



STAMPS:
UNITED STATES OF MEXICO
NATIONAL DEFENSE SECRETARIAT
GENERAL DIRECTORATE OF MILITARY
EDUCATION AND RECTORY OF U.D.E.F.A.
DIRECTORATE



SECRETARIA
DE LA
DEFENSA NACIONAL (6648564)
FUERZA AEREA MEXICANA
COLEGIO DEL AIRE
ESCUELA MILITAR DE AVIACION
SUBDIRECCION

STAMP:
UNITED STATES OF MEXICO
NATIONAL DEFENSE SECRETARIAT
MEXICAN AIR FORCE
AIRBORNE SCHOOL
MILITARY AVIATION SCHOOL
SUB-DIRECTORATE

The General of the D.E.M. Division
General Director of Military Education and
Rector of the Army and Airforce University

SECRETARIA
DE LA
DEFENSA NACIO Juan Hernández Avalos.
Dirección General de
Educación Militar y (000868)
Rectoria de la U.D.E.F.A
DIRECCION



The General of the P.A.D.E.M.A.
Campus Director

SECRE
DE LA Jesús Pablo Franco Martinez.
DEFENSA NACIONAL
FUERZA AEREA MEXIC (7233083) UNITED STATES OF MEXICO
COLEGIO DEL AIRE NATIONAL DEFENSE SECRETARIAT
ESCUELA MILITAR DE AVIACION MEXICAN AIR FORCE
SUBDIRECCION AIRBORNE SCHOOL
MILITARY AVIATION SCHOOL
DIRECTORATE

# Lester Eliazar Orellana Umanzor

## INDIVIDUAL, BASIC MILITARY TRAINING COURSE

### FIRST YEAR

| SUBJECTS | GRADES | SUBJECTS | GRADES |
|---|---|---|---|
| PROPELLERS, REC MOTOR AND BASE INSTRUMENTS | 8.1 EIGHT POINT ONE | LAND SAFETY AND ACCIDENT PREVENTION | 8.5 EIGHT POINT FIVE |
| AERODYNAMICS | 9.1 NINE POINT ONE | HUMAN PHYSIOLOGY IN FLIGHT | 9.4 NINE POINT FOUR |
| THERMODYNAMICS | 9.3 NINE POINT THREE | AERODYNAMICS II | 8.7 EIGHT POINT SEVEN |
| PHYSIC DISD GT AIR BASES | 9.1 NINE POINT ONE | MILITAR LEGISLATION II | 8.2 EIGHT POINT TWO |
| MILITAR LEGISLATION I | 8.7 EIGHT POINT SEVEN | WEAPONRY AND SHOOTING PRACTICE I | 9.0 NINE POINT ZERO |
| HUMAN DEVELOPMENT | 8.2 EIGHT POINT TWO | STUDY TECHNICS | 8.5 EIGHT POINT FIVE |
| ENGLISH I | 10 TEN | ENGLISH II | 9.5 NINE POINT FIVE |
| AIR AVIATION I | 8.4 EIGHT POINT FOUR | CLOSED ORDER INSTRUCTION I | 9.1 NINE POINT ONE |
| METROLOGY | 8.2 EIGHT POINT TWO | CLOSED ORDER INSTRUCTION II | 8.3 EIGHT POINT THREE |
| AIR TRANSIT SERVICE | 9.0 NINE POINT ZERO | PHYSIC EDUCATION AND SPORTS I | 9.2 NINE POINT TWO |
| AERONAUTIC RADIOCOMMUNICATIONS | 9.1 NINE POINT ONE | PHYSIC EDUCATION AND SPORTS II | 8.7 EIGHT POINT SEVEN |

AVERAGE 8.8 EIGHT POINT NINE

### SECOND YEAR

| SUBJECTS | GRADES | SUBJECTS | GRADES |
|---|---|---|---|
| AERIAL NAVIGATION II | 8.4 EIGHT POINT FOUR | MILITARY COMMAND | 8.2 EIGHT POINT TWO |
| METEOROLOGY II | 8.3 EIGHT POINT THREE | AVIATION MEDICINE II | 8.5 EIGHT POINT FIVE |
| AERONAUTIC PHRASEOLOGY | 9.2 NINE POINT TWO | ENGLISH IV | 9.5 NINE POINT FIVE |
| AVIATION MEDICINE I | 8.4 EIGHT POINT FOUR | CLOSED ORDER INSTRUCTION III | 9.5 NINE POINT FIVE |
| IRREGULAR WAR | 7.9 SEVEN POINT NINE | CLOSED ORDER INSTRUCTION IV | 8.7 EIGHT POINT SEVEN |
| MILITAR LEGISLATION III | 8.3 EIGHT POINT THREE | PHYSIC EDUCATION AND SPORTS III | 8.7 EIGHT POINT SEVEN |
| COMPUTERS AND IT | 8.2 EIGHT POINT TWO | PHYSIC EDUCATION AND SPORTS IV | 8.4 EIGHT POINT FOUR |
| WEAPONRY AND SHOOTING PRACTICE II | 9.0 NINE POINT ZERO | SIMULATED INSTRUMENTS FLIGHT I | 8.7 EIGHT POINT SEVEN |
| ENGLISH III | 8.9 EIGHT POINT NINE | SIMULATED INSTRUMENTS FLIGHT II | 8.7 EIGHT POINT SEVEN |
| AERIAL NAVIGATION III | 8.9 EIGHT POINT NINE | PRIMARY FLIGHT I | ACCREDIT |
| WEAPONRY AND ARPITRIA ADMIN | 9.0 NINE POINT ZERO | PRIMARY FLIGHT II | ACCREDIT |
| PUBLICATION OF AERONAUTICS INFORMATION | 9.4 NINE POINT FOUR | | |

AVERAGE 8.7 EIGHT POINT SEVEN

### THIRD YEAR

| SUBJECTS | GRADES | SUBJECTS | GRADES |
|---|---|---|---|
| ENGLISH V | 10 TEN | CIVIL PROTECTION | 9.5 NINE POINT FIVE |
| HUMANITARIAN LAW AND INTERNATIONAL LAW | 8.6 EIGHT POINT SIX | COMMAND GROUPS | 8.0 EIGHT POINT ZERO |
| AERIAL CAMPAIGN OPERATIONS | 8.8 EIGHT POINT EIGHT | SHOOTING INSTRUCTION AND PRACTICE IV | 9.5 NINE POINT FIVE |
| SURVIVAL | 8.8 EIGHT POINT EIGHT | CLOSED ORDER INSTRUCTION V | 9.4 NINE POINT FOUR |
| MILITARY AND ACADEMIC TRAINING | 9.1 NINE POINT ONE | CLOSED ORDER INSTRUCTION VI | 9.5 NINE POINT FIVE |
| WEAPONRY AND SHOOTING PRACTICE III | 8.8 EIGHT POINT EIGHT | PHYSIC EDUCATION AND SPORTS V | 8.8 EIGHT POINT EIGHT |
| PROFESSIONAL ETHICS | 9.1 NINE POINT ONE | PHYSIC EDUCATION AND SPORTS VI | 9.2 NINE POINT TWO |
| MILITARY AVIATION SPECIFIC TACTICS | 9.1 NINE POINT ONE | SIMULATED INSTRUMENTS FLIGHT III | 8.5 EIGHT POINT FIVE |
| AERIAL LOGISTICS | 9.2 NINE POINT TWO | SIMULATED INSTRUMENTS FLIGHT IV | 9.0 NINE POINT ZERO |
| | | ADVANCED FLIGHT I | ACCREDITED |
| | | ADVANCED FLIGHT II | ACCREDITED |

AVERAGE 9.2 NINE POINT TWO

GENERAL AVERAGE: 9.0 NINE POINT ZERO
FLIGHT HOURS: 224 TWO-HUNDRED AND TWENTY-FOUR HOURS, THIRTY MINUTES
SIMULATED INSTRUMENT FLIGHT HOURS: 70 SEVENTY HOURS, ZERO MINUTES

This certificate covers (67) Sixty-seven SUBJECTS that correspond completely and loyally to the Study Plan of the MILITARY AVIATOR PILOT Air Force Officers Training Course that is taught on this campus in accordance with the General Military Education Plan, provided by the University of the Army and Air Force and adequate to current regulations.

This grade scale is from 0 to 10, with a minimum passing grade SIX

Zapopan, Jalisco, on September 1, 2005

The F.A.P.A. Major, Head of the Education Section

STAMP
UNITED STATES OF MEXICO
NATIONAL DEFENSE SECRETARIAT
AIRBORNE FORCES
AVIATION MILITARY SCHOOL
EDUCATION SECTION

STAMP
UNITED STATES OF MEXICO
GOVERNANCE SECRETARIAT
GOVERNMENT UNIT

THIS SECRETARIAT IS NOT RESPONSIBLE FOR THE CONTENT OF THIS DOCUMENT

STAMP
UNITED STATES OF MEXICO
GOVERNANCE SECRETARIAT
GOVERNMENT UNIT

## Mexico

### Apostille
(The Hague Convention of 5 October 1961)

This public document has been signed in Mexico by:

D.E.M. DIVISION GENERAL JUAN HERNANDEZ AVALOS

who is acting as:

GENERAL DIRECTOR FOR MILITARY EDUCATION and RECTOR OF THE ARMY AND AIR FORCE UNIVERSITY, ON 09/01/05

and that it contains the stamp corresponding to:

NATIONAL DEFENSE SECRETARIAT

| Certified in: | | on: | 10/12/05 |
|---|---|---|---|

by: LIC. MIGUEL ANGEL DE YBARROLA

Order Number: _____

Fees: _____

Rank: _____

Signature

LOGO: UNITED STATES OF MEXICO



# National Defense Secretariat

## Army and Air Force University

*grants the Cadet Fellow of the Republic of Honduras.*

*Lester Eliazer Orellana Umanzor*

The Degree of:

### Military Aviator Pilot

*In view of the fact that he satisfactorily completed the subjects corresponding to the Study Program of the*

### Military Aviation School

*according to the respective programs, he was approved in the professional examination that he held on July 2, 2005.*

*Issued in the Plaza de Zapopan, Jalisco, on September 1, 2005.*



SECRETARIA
DE LA
DEFENSA NACIONAL
Dirección General de
Educación Militar y
Rectoría de la U.D.E.F.A.
*DIRECCION*

STAMPS:
UNITED STATES OF MEXICO
NATIONAL DEFENSE SECRETARIAT
GENERAL DIRECTORATE OF MILITARY
EDUCATION AND RECTORY OF U.D.E.F.A.
DIRECTORATE

STAMP:
UNITED STATES OF MEXICO
NATIONAL DEFENSE SECRETARIAT

*The General Secretary of the National Defense*



*Ricardo Vega García.*

(3904136)

*The General of the D.E.M. Division
General Director of Military Education and
Rector of the Army and Airforce University*

*Juan Hernández Avalos.*

(5400568)

*The General of the P.A.D.E.M.A.
Campus Director*



*Franco Martínez.*

FUERZA AEREA MEXICANA
COLEGIO DEL (XR83083)
ESCUELA MILITAR DE AVIACION
DIRECCION

STAMP:
UNITED STATES OF MEXICO
NATIONAL DEFENSE SECRETARIAT
MEXICAN AIR FORCE
AIRBORNE SCHOOL
MILITARY AVIATION SCHOOL
DIRECTORATE

STAMP:
UNITED STATES OF MEXICO
NATIONAL DEFENSE SECRETARIAT
JOINT CHIEFS OF STAFF
S-6 (E.Y.D.M.)

Recorded under Number 26991 in the respective book
in the Joint Chiefs of Staff of the National Defense.

D.E.M. Brigadier General, Head of the 6th Section.

**CARLOS RAMON CARRILLO DEL VILLAR.**
**(9248081)**

Recorded under Number 4268 in the respective book
in the General Directorate of Military Education and Rectory of **U.D.E.F.A.**

D.E.M. Infantry Colonel, Head of the Administrative Section

**EDGAR HUMBERTO FLORES GARCÍA.**
**(9448218)**

STAMP:
UNITED STATES OF MEXICO
NATIONAL DEFENSE SECRETARIAT
GENERAL DIRECTORATE OF MILITARY
EDUCATION AND RECTORY OF U.D.E.F.A.
ADMINISTRATIVE SECTION

Recorded under Number 2024 in the respective book
in the Joint Chiefs of Staff of the Mexican Air Force.

F.A.P.A. D.E.N.A. Colonel, Head of the First Section.

**JOSÉ PABLO LEONEL VARGAS MARTÍNEZ.**
**(101767)**

STAMP:
UNITED STATES OF MEXICO
NATIONAL DEFENSE SECRETARIAT
JOINT CHIEFS OF STAFF
FIRST SECTION

Recorded under Number 3292 in the respective book
in the Military Aviation School.

F.A.P.A. D.E.N.A. Colonel, Head of the First Section.

**ROGELIO PÉREZ GÓMEZ.**
**(B-3207255)**

NOTE: This document is not valid if torn or amended.

STAMP:
UNITED STATES OF MEXICO
NATIONAL DEFENSE SECRETARIAT
MEXICAN AIR FORCE
MILITARY AVIATION SCHOOL
ADMINISTRATIVE SECTION



AUTONOMOUS NATIONAL UNIVERSITY OF HONDURAS
INCORPORATION REGISTRY

This _Degree_ has been registered
at the Higher Education Directorate under
Nº _RI-2661-02-2007_

File _1162_ Volume _7_ as
_Military Aviator Pilot_
in the _Bachelor's Degree_
Tegucigalpa, _February 19_
200 _7_
Signature

HIGHER EDUCATION LEVEL SECRETARIAT

STAMP:
HIGHER EDUCATION DIRECTORATE

spective book
efense.

5th Section

LLAR.

spective book
tion and Rectory of U.D.E.F.A.

istrative Section

ICÍA.

spective book
ir Force.

rst Section.

RTÍNEZ.

spective book

rst Section:

led.

---

LOGO: UNITED STATES OF MEXICO

**Mexico**

**Apostille**

THIS SECRETARIAT IS NOT RESPONSIBLE FOR THE CONTENT OF THIS DOCUMENT

**GOVERNANCE SECRETARIAT** (The Hague Convention of 5 October 1961)

This public document has been signed in Mexico by:

D.E.M. DIVISION GENERAL JUAN HERNÁNDEZ ÁVALOS

who is acting as:

GENERAL DIRECTOR OF MILITARY EDUCATION AND RECTOR OF THE ARMY AND AIR FORCE UNIVERSITY, ON 09/01/05

and that contains the stamp corresponding to:

NATIONAL-DEFENSE SECRETARIAT

Certified in    Mexico D.F.    on:    10/13/05

by    ATT. MIGUEL ÁNGEL DE HARO PAYAN
DEPUTY DIRECTOR OF FORMALIZATION AND CONTROL OF THE POLICY COORDINATION DIRECTORATE OF THE POWERS OF THE UNION

**Order Number:** 1 / 11231 / 2005

**Fees:** $ 442.00

**Bank:** HSBC

AML.GOT

**Signature**

STAMP:
UNITED STATES OF MEXICO
GOVERNANCE SECRETARIAT
GOVERNMENT UNIT

---

SECRETARÍA DE GO
UNIDAD DE G
STAMP:
UNITED STATES OF MEXICO
GOVERNANCE SECRETARIAT
GOVERNMENT UNIT

---

AUTONOMOUS NATIONAL UNIVERSITY OF HONDURAS
INCORPORATION REGISTRY

This    *Degree*    has been registered
at the Higher Education Directorate under
Nº RI - 2661-02-2007
File 1162 Volume IV as
*Military Aviator Pilot*
in the *Bachelor's Degree*
Tegucigalpa, *February 19*
200  7
Signature

**HIGHER EDUCATION LEVEL SECRETARIAT**

STAMP:
HIGHER EDUCATION DIRECTORATE



# Secretaría de la Defensa Nacional

## Universidad del Ejército y Fuerza Aérea

otorga al Cadete Becario de la República de Honduras.

### Lester Eliazer Orellana Umanzor

el Título de:

#### Piloto Aviador Militar

En atención a que cursó satisfactoriamente las asignaturas correspondientes al Plan de Estudios de la

#### Escuela Militar de Aviación

de acuerdo con los Programas respectivos fué aprobado en el examen profesional que sustentó el día 2 de julio del 2005.

Dado en la Plaza de Zapopan, Jalisco, el día 1/o del mes de septiembre del 2005.



SECRETARIA
DE LA
DEFENSA NACIONAL
Dirección General de
Educación Militar y
Rectoría de la U.D.E.F.A.
DIRECCION



El General Secretario de la Defensa Nacional



General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

General Secretario de la Defensa Nacional

Registrado con el No. 26991 del libro respectivo en el Estado Mayor de la Defensa Nacional.

El General Brigadier D.E.M., Jefe de la Sec. 6/a.

**CARLOS RAMÓN CARRILLO DEL VILLAR.**
(9248081)

Registrado con el No. 4268 del libro respectivo en la Dir. Gral. de Educ. Mil. y Rectoría de la U.D.E.F.A.

El Coronel de Infantería D.E.M., Jefe de la Sec. Admtva.

**EDGAR HUMBERTO FLORES GARCÍA.**
(9448218)

Registrado con el No. 2024 del libro respectivo en el Estado Mayor de la Fuerza Aérea Mexicana.

El Coronel F.A.P.A. D.E.M., Jefe de la Sec. 1/a.

**JOSÉ PABLO LEONEL VARGAS MARTÍNEZ.**
(101767)

Registrado con el No. 3292 del libro respectivo en la Escuela Militar de Aviación.

El Mayor F.A.P.A. D.E.M., Jefe de la Sec. Admtva.

**ROGELIO PÉREZ GÓMEZ.**
(B-3207255)

NOTA: Este documento no es válido si presenta raspaduras o enmendaduras.

SECRETARÍA DE LA DEFENSA NACIONAL
Dirección Gral de Educ. Mil.
de la U. D. E. F. A.
Sección Administrativo

SECRETARÍA DE LA DEFENSA NACIONAL
FUERZA AEREA MEXICANA
ESTADO MAYOR
SECCION PRIMERA

SECRETARÍA DE LA DEFENSA NACIONAL
FUERZA AEREA MEXICANA
COLEGIO DEL AIRE
ESCUELA MILITAR DE AVIACION
SEC. ADMINISTRATIVA

SECRETARÍA DE GOBERNACIÓN

En México el presente

GRAL. DE DIV. D.E.M. JUAN

quién actúa en calid

DIRECTOR GENERAL DE ED
FUERZA AÉREA, EL DÍA 01/0

y esta revestido del

SECRETARÍA DE LA DEFENS

Certificado en

LIC. MIGUEL ANGEL DE
SUBDIRECTOR DE FOR
COORDINACIÓN POLÍTI

No. de Orden: 1 / 1123

Derechos : $ 44

Banco : HSBC

UNIVERSIDAD NACIONAL AUTONOMA DE HONDURAS
REGISTRO DE INCORPORACION
El presente _Título_ queda registrado en la Direccion de Educación Superior con el
Nº _RI-2661-02-2007_
Folio _1162_ Tomo _IV_ como
_Piloto Aviador Militar_
en el _grado de Licenciatura_
Tegucigalpa, _diecinueve_ de _febrero_
del dos mil _siete_
F.
SECRETARÍA DE EL NIVEL DE EDUCACION SUPERIOR

respectivo

Sec. 6 a.

ILLAR.

respectivo
.D.E.F.A.

ec. Admtva.

CÍA.

respectivo
ma.

Sec. 1ª.

RTÍNEZ.

respectivo

ec. Admtva.

mendaduras.

México

ESTA SECRETARIA NO SE HACE
RESPONSABLE DEL CONTENIDO
DEL DOCUMENTO

SECRETARÍA DE GOBERNACIÓN

Apostille

(Convention de La Haye du 5 octobre 1961)

En México el presente documento público ha sido firmado por :

GRAL. DE DIV. D.E.M. JUAN HERNÁNDEZ ÁVALOS

quién actúa en calidad de :

DIRECTOR GENERAL DE EDUCACIÓN MILITAR Y RECTOR DE LA UNIVERSIDAD DEL EJÉRCITO Y
FUERZA AÉREA, EL DÍA 01/09/05

y esta revestido del sello correspondiente a :

SECRETARÍA DE LA DEFENSA NACIONAL

Certificado en    México D.F.    el día :    13/10/05

por    LIC. MIGUEL ÁNGEL DE HARO PAYÁN
SUBDIRECTOR DE FORMALIZACIÓN Y CONTROL DE LA DIRECCIÓN DE
COORDINACIÓN POLÍTICA CON LOS PODERES DE LA UNIÓN

No. de Orden :    1 / 11231 / 2005

Derechos :    $ 442.00

Banco :    HSBC

AMLBOT

Firma

UNIVERSIDAD NACIONAL AUTONOMA DE HONDURAS
REGISTRO DE INCORPORACION

El presente _Titulo_ queda registrado en la
Direccion de Educación Superior con el
Nº _RI-2661-02-2007_
Folio _1162_ Tomo _IV_ como
_Piloto Aviador Militar_
en el _grado de Licenciatura_
Tegucigalpa, _diecinueve_ de _febrero_
del dos mil _siete_
F.

SECRETARIA DE EL NIVEL DE EDUCACION SUPERIOR

**Exhibit F**

Letters from former employers showing the alien has at least 10 years of full-time experience in a particular occupation

| | |
|---|---|
| **ID:** | 1072686 |
| **Recibo N°** <br> Receipt N° | 9317526 |
| **Derechos L.** <br> Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:   **1**
**Number of pages in the document**

Solicitado por:   LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,    viernes, 21 de enero de 2022
**City and date**





Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO

MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**    ★  ★  ★    1072686

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Kerlyn Burgos

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx




**ARMED FORCES OF HONDURAS**
**AIR FORCE OF HONDURAS**
**MILITARY ACADEMY OF AVIATION**
**CAPT. "ROBERTO RAUL BARAHONA LAGOS"**

## CERTIFICATION

The undersigned Head of Human Resources of the Military Academy of Aviation Capt. Roberto Raul Barahona Lagos, does hereby certify that Mr. LESTER ELIAZER ORELLANA UMANZOR, holder of the personal ID No. 0801-1983-12307, worked in this Military Institution from December 07th of 2005 to August 31st of 2013, working in different positions such as: Deputy Head of Human Resources, Deputy Head of Operations and Head of Civil Matters, demonstrating during his permanency in the institution, a high level of professionalism, discipline, and dedication.

For the purposes the interested party considers appropriate, the present certification is issued in Palmerola, Comayagua on the 11th day of November of 2020.

MILITARY ACADEMY
OF AVIATION
CAPT. ROBERTO RAUL
BARAHONA LAGOS
HUMAN RESOURCES
HONDURAS

**Lieutenant of Air Defense**
*[Illegible Signature]*
**JOHAN ANTONIO RODAS AMADOR**
**Officer in Charge of Human Resources**
**FAHO 3997**





**FUERZAS ARMADAS DE HONDURAS**
**FUERZA AÉREA HONDUREÑA**
**ACADEMIA MILITAR DE AVIACIÓN**
**CAP. "ROBERTO RAÚL BARAHONA LAGOS"**



### C O N S T A N C I A

El Suscrito Jefe de Recursos Humanos de la Academia Militar de Aviación Cap. "Roberto Raúl Barahona Lagos", por este medio hace constar que el señor **LESTER ELIAZER ORELLANA UMANZOR**, con No. de identidad 0801-1983-12307, laboró en esta Institución Militar desde el 07 de diciembre de 2005 al 31 de agosto de 2013, desempeñándose en diferentes puestos como ser: Sub/Jefe de Recursos Humanos, Sub/Jefe de Operaciones y Jefe de Asuntos Civiles, demostrando durante su permanencia en la misma un alto grado de profesionalismo, disciplina y dedicación al trabajo.

Y para los fines que al interesado convenga se le extiende la presente en Palmerola, Comayagua a los once (11) días del mes de noviembre de dos mil veinte

TENIENTE DE DEFENSA AÉREA

**JOHAN ANTONIO RODAS AMADOR**
ENC. DE RECURSOS HUMANOS
FAHO - 3997

**ID:** 1072688

**Recibo N°** 9322558
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ **★** ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:     **1**
**Number of pages in the document**

Solicitado por:     LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,     viernes, 21 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

---

**Válida únicamente para el documento adjunto.**     ★  ★  ★     1072688

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,

This office is not responsible for the content of the document.

**Elaboró / Prepared by:**  Kerlyn Burgos

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

AVIANCA

# **CERTIFICATION**

We do hereby certify that Mr. LESTER ELIAZAR ORELLANA UMANZOR, worked since September 02nd of 2013 to September 07th of 2018 in the position of CAPTAIN ATR 72-600 of ISLEÑA DE INVERSIONES S.A. DE C.V. in the city of Tegucigalpa, Honduras.

For the purpose the interested party considers appropriate, the present certification is issued in the city of Tegucigalpa on the 04th day of September of 2018.

*PILOT*
*MANAGEMENT*
*TACA*

*Illegible Signature*
KEIDY MARIA TORRES BORJAS
Manager of Human Resources
ISLEÑA DE INVERSIONES S.A. DE C.V



Avianca

# CONSTANCIA

Por este medio **HACEMOS CONSTAR:** que el señor. **LESTER ELIAZAR ORELLANA UMANZOR,** fue empleado desde el 02 de septiembre de 2013 hasta el 07 de septiembre de 2018 desempeñándose en la posición de **CAPITAN ATR 72 -600 de ISLEÑA DE INVERSIONES S.A. de C.V.,** en la ciudad de Tegucigalpa, Honduras.

Y para los fines que al interesado convengan, se extiende la presente en la ciudad de Tegucigalpa, a los 4 días del mes de Septiembre del año Dos Mil Dieciocho.

KEIDY MARIA TORRES BORJAS
Administrador de Talento Humano
**ISLEÑA DE INVERSIONES S.A. de C.V.**



AASL/CO/OPS/ 577

27-Jul-2021

## TO WHOMSOEVER IT MAY CONCERN

This is to certify that **Capt. Lester Eliazer Orellana Umanzor** ATPL No. 4734 is hired by Alliance Air. He has been given contract engagement for ATR-72/600 aircraft as a Commander. His total flying hours as PIC is 1509:51 hrs since 24-Nov-2018.

**Chirag Thakkar**
**Chief of Operations**

Capt. Chirag Thakkar
Chief of Operations
AASL - ALLIANCE AIR

एलाइन्स एअर एविएशन लिमिटेड
(एअर इंडिया लिमिटेड के पूर्ण स्वामित्व की एक सहायक कम्पनी)
(पूर्व में एयरलाइन्स एलाइड सर्विसेस लिमिटेड)

**Alliance Air Aviation Limited**
(A wholly owned subsidiary of Air India Ltd.)
(Formerly known as Airline Allied Services Ltd.)

पंजीकृत कार्यालय : 'एलाइंस भवन' अंतर्देशीय टर्मिनल-1, आई. जी. आई. एयरपोर्ट, नई दिल्ली-110 037
Registered Office : 'Alliance Bhawan' Domestic Terminal - 1, I.G.I. Airport, New Delhi-110 037
दूरभाष/Tel.: 011-25672287, 25672289, 25671198 वेबसाइट/Website : www.airindia.in, www.allianceair.in
CIN No. : U51101DL1983GOI016518



Connecting India

## <u>To Whomsoever It May Concern</u>

This is to certify that **Capt. Lester Eliazer Orellana Umanzor ATPL No- 4734** has

a) Not tested alcohol positive in Pre/Post flight medical since 24-11-2018
b) Nil accident since 24-11-2018.
c) Nil incident in last 1 year.

**Vikas Sharma**
**Chief of Flight Safety**
**Alliance Air**

**Date: 30-07-2021**

**Place: New Delhi**

एलाइन्स एअर एविएशन लिमिटेड
(एअर इंडिया लिमिटेड के पूर्ण स्वामित्व की एक सहायक कम्पनी)
(पूर्व में एगसलाइन्स एलाइड सर्विसेस लिमिटेड)

**Alliance Air Aviation Limited**
(A wholly owned subsidiary of Air India Ltd.)
(Formerly known as Airline Allied Services Ltd.)

पंजीकृत कार्यालय : 'एलाइंस भवन' अंतर्देशीय टर्मिनल—1, आई. जी. आई. एयरपोर्ट, नई दिल्ली—110 037
Registered Office : 'Alliance Bhawan' Domestic Terminal - 1, I.G.I. Airport, New Delhi-110 037
दूरभाष/Tel.: 011-25672287, 25672289, 25671198 वेबसाइट/Website : www.airindia.in, www.allianceair.in
CIN No. : U51101DL1983GOI016518



**AASL/CO/OPS/**                                           **23-Jul 2021**

### TO WHOMSOEVER IT MAY CONCERN

Captain Lester Eliazer Orellana Umanzor of Hondurena National With Passport No. E921380 valid till 14-Feb-2026 has worked as Line Pilot with Alliance Air on ATR-72/600 fleet since Nov 2018 and has completed his contract 31st Jul 2021.

He has not been involved in any incident/accident during his assignments.

We found him very sincere, hardworking and dedicated employee with a professional attitude.

We wish him every success in life and we have no objection to him joining any other airline.

**Chirag Thakkar**
**Chief of Operations**

Capt. Chirag Thakkar
Chief of Operations
Alliance Air

एलाइन्स एअर एविएशन लिमिटेड
(एअर इंडिया लिमिटेड के पूर्ण स्वामित्व की एक सहायक कम्पनी)
(पूर्व में एयरलाइन्स एलाइड सर्विसेस लिमिटेड)

**Alliance Air Aviation Limited**
(A wholly owned subsidiary of Air India Ltd.)
(Formerly known as Airline Allied Services Ltd.)

पंजीकृत कार्यालय : 'एलाइंस भवन' अंतर्देशीय टर्मिनल–1, आई. जी. आई. एयरपोर्ट, नई दिल्ली–110 037
Registered Office : 'Alliance Bhawan' Domestic Terminal - 1, I.G.I. Airport, New Delhi-110 037
दूरभाष/Tel.: 011-25672287, 25672289, 25671198 वेबसाइट/Website : www.airindia.in, www.allianceair.in
CIN No. : U51101DL1983GOI016518

**Exhibit G**

**Last page of Logbook
evidencing total Flying Hours**

**YEAR 2021**

| DATE | AIRCRAFT MAKE AND MODEL | AIRCRAFT IDENT | ROUTE OF FLIGHT FROM | ROUTE OF FLIGHT TO | TOTAL DURATION OF FLIGHT | AIRPLANE SINGLE-ENGINE LAND | AIRPLANE SINGLE ENGINE SEA | AIRPLANE MULTI-ENGINE LAND | ROTORCRAFT HELICOPTER | GLIDER | LNDGS DAY | LNDGS NIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 Jul | ATR-76 | VT-AU | HYD | HYD | 4.5 | | | 4.5 | | | 4 | |
| 15 Oct | A320 | FSTD WS | JFK | BOS | 4.0 | | | 4.0 | | | | 1 |
| 16 Oct | A320 | FSTD 1316 | JFK | BOS | 6.0 | | | 6.0 | | | 2 | 2 |
| 25 Oct | A320 | A320 FTD-02 | JFK | JFK | 4.0 | | | 4.0 | | | 2 | |
| 26 Oct | A320 | A320 FTD-02 | JFK | JFK | 4.0 | | | 4.0 | | | 2 | |
| 29 Oct | A320 | A320 FFS-01 | JFK | JFK | 4.0 | | | 4.0 | | | 2 | |
| 30 Oct | A320 | A320 FFS-02 | JFK | JFK | 4.0 | | | 4.0 | | | 2 | |
| 31 Oct | A320 | A320 FFS-01 | JFK | JFK | 4.0 | | | 4.0 | | | 4 | |
| 01 Nov | A320 | A320 FFS-01 | JFK | JFK | 4.0 | | | 4.0 | | | 4 | |
| 03 Nov | A320 | A320 FFS-01 | JFK | JFK | 4.0 | | | 4.0 | | | 4 | |
| 04 Nov | A320 | A320 FFS-14 | JFK | JFK | 4.0 | | | 4.0 | | | 4 | |
| 05 Nov | A320 | A320 FFS-01 | JFK | JFK | 4.0 | | | 4.0 | | | 4 | |
| 06 Nov | A320 | A320 FFS-02 | JFK | JFK | 4.0 | | | 4.0 | | | 4 | |
| **TOTALS THIS PAGE** | | | | | 54.5 | | | 54.5 | | | 38 | 3 |
| **AMT. FORWARDED** | | | | | 4583.4 | | | 4505.2 | | | 32 / 32 | 44? |
| **TOTALS TO DATE** | | | | | 4637.9 | | | 4359.7 | | | 32 / 70 | 800 |

| NIGHT | ACTUAL INSTRUMENT | SIMULATED INSTRUMENT (HOOD) | APP NO. | APP TYPE | FLIGHT SIMULATOR | CROSS COUNTRY | SOLO | PILOT IN COMMAND | SECOND IN COMMAND | DUAL RECEIVED | AS FLIGHT INSTRUCTOR | REMARKS AND ENDORSEMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 4 | | 4 | | | 4 5 | | 4 5 | | | | H70-JGL-RPR-JGL-MYD |
| 0 | 4 | | 2 | | 4 0 | 4 0 | | 4 0 | | 4 | 0 | ATP-CTP |
| 6 | 6 | | 4 | | 6 0 | 6 0 | | 6 0 | | 6 | 0 | ATP-CTP |
| | 4 | | 2 | | 4 0 | 4 0 | | 4 0 | | 4 | 0 | FTO #3 |
| | 4 | | 2 | | 4 0 | 4 0 | | 4 0 | | 4 | 0 | FTO #4 |
| | 4 | | 4 | | 4 0 | 4 0 | | 4 0 | | 4 | 0 | FFS #1 FAA ID 1318 |
| | 4 | | 4 | | 4 0 | 4 0 | | 4 0 | | 4 | 0 | FFS #2 FAA ID 1319 |
| | 4 | | 4 | | 4 0 | 4 0 | | 4 0 | | 4 | 0 | FFS #3 FAA ID 1318 |
| | 4 | | 4 | | 4 0 | 4 0 | | 4 0 | 0 | 4 | 0 | FFS #4 FAA ID 1318 |
| | 4 | | 4 | | 4 0 | 4 0 | | 4 0 | | 4 | 0 | FFS #5 FAA ID 1318 |
| | 4 | | 4 | | 4 0 | 4 0 | | 4 0 | | 4 | 0 | FFS #6 FAA ID 1650 |
| | 4 | | 4 | | 4 0 | 4 0 | | 4 0 | | 4 | 0 | FFS #7 FAA ID 1318 |
| | 4 | 0 | 4 | | 4 0 | 4 0 | | 4 0 | | 4 | 0 | ATP + A320 TYPE RATING — LEE E. MARTIN |
| | | | | | | | | | | 50 0 | 0 | 23/24/24 |
| 10 1 | 5 45 | | 46 | | 50 0 | 54 5 | 9 | 54 5 | 0 | 50 0 | 0 | |
| 969 | 4209 3 | | 35/37 | | 399 7 | 4100 0 | 716 9 | 5203 6 | 981 0 | 295 0 | | |
| 979 | 4263 8 | | 55/83 | | 449 7 | 4154 5 | 716 9 | 3258 1 | 981 0 | 219 0 | | |

I certify that the entries in this log are correct.

PILOT'S SIGNATURE

**Exhibit H**

Licenses to practice the profession or certification for a particular profession or occupation

I. UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION-FEDERAL AVIATION ADMINISTRATION

## II. TEMPORARY AIRMAN CERTIFICATE

III. Certificate No.
PENDING

THIS CERTIFIES THAT

IV. LESTER ELIAZER ORELLANA

V. 121 MIRIN AVE

ROOSEVELT NY 11575

| DATE OF BIRTH | HEIGHT | | WEIGHT | | HAIR | EYES | SEX | NATIONALITY VI. |
|---|---|---|---|---|---|---|---|---|
| 9/17/1983 | 66 | in | 170 | lbs | BROWN | BROWN | M | HONDURAS |

IX. has been found to be properly qualified and is hereby authorized in accordance with the conditions of issuance or the reverse of this certificate to exercise the privileges of: AIRLINE TRANSPORT PILOT

**Ratings and Limitations**
AIRPLANE MULTIENGINE LAND; A-320

ENGLISH PROFICIENT





XIII.

| THIS IS [X] AN ORIGINAL ISSUANCE | [ ] A REISSUANCE OF THIS | DATE OF SUPERSEDED AIRMAN CERTIFICATE | |
|---|---|---|---|
| GRADE OF CERTIFICATE | | | |
| BY DIRECTION OF THE ADMINISTRATOR | | EXAMINER'S DESIGNATION NO. OR INSPECTOR'S REG NO. | |
| X. DATE OF ISSUANCE 11/07/2021 12:30:25 AM | X. SIGNATURE OF EXAMINER OR INSPECTOR JOSE IGNACIO MARTIN | 999999796 | |
| | IACRA E-SIGNED APPLICATION SO19 | DATE DESIGNATION EXPIRES 8/31/2022 | |

vii Airman's Signature

FAA FORM 8060-4 (8-79) USE PREVIOUS EDITION — Application ID: 3044747 — IACRA Equivalent

## XIV. CONDITIONS OF ISSUANCE

This is an interim certificate issued subject to the approval of the Federal Aviation Administration pending the issuance of a certificate of greater duration. It becomes void-

1. Upon the receipt of a certificate of greater duration to replace it;
2. Upon finding by the FAA that an error has been made in its issuance;
3. Upon a finding by the FAA that it was issued illegally or as the result of fraud or
4. Upon the refusal or failure by the holder to accomplish a flight check by a Flight Standards Inspector if so requested; and
5. In any case, at the expiration of 120 days from date of issuance.

I. UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION-FEDERAL AVIATION ADMINISTRATION

## II. TEMPORARY AIRMAN CERTIFICATE

III. Certificate No.
PENDING

THIS CERTIFIES THAT

IV. LESTER ELIAZER ORELLANA

V. 121 MIRIN AVE

ROOSEVELT NY 11575

| DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES | SEX | NATIONALITY VI. |
|---|---|---|---|---|---|---|
| 9/17/1983 | 66 in | 170 lbs | BROWN | BROWN | M | HONDURAS |

IX. has been found to be properly qualified and is hereby authorized in accordance with the conditions of issuance or the reverse of this certificate to exercise the privileges of: AIRLINE TRANSPORT PILOT

**Ratings and Limitations**

AIRPLANE MULTIENGINE LAND; A-320

ENGLISH PROFICIENT





XIII.

| | | |
|---|---|---|
| THIS IS [X] AN ORIGINAL ISSUANCE ☐ A REISSUANCE OF THIS GRADE OF CERTIFICATE | DATE OF SUPERSEDED AIRMAN CERTIFICATE | |
| BY DIRECTION OF THE ADMINISTRATOR | | EXAMINER'S DESIGNATION NO. OR INSPECTOR'S REG NO. |
| X. DATE OF ISSUANCE 11/07/2021 12:30:25 AM | X. SIGNATURE OF EXAMINER OR INSPECTOR JOSE IGNACIO MARTIN | 999999796 |
| | IACRA E-SIGNED APPLICATION SO19 | DATE DESIGNATION EXPIRES 8/31/2022 |

vii Airman's Signature

FAA FORM 8060-4 (8-79) USE PREVIOUS EDITION       Application ID: 3044747       IACRA Equivalent

## XIV. CONDITIONS OF ISSUANCE

This is an interim certificate issued subject to the approval of the Federal Aviation Administration pending the issuance of a certificate of greater duration. It becomes void–

1. Upon the receipt of a certificate of greater duration to replace it;
2. Upon finding by the FAA that an error has been made in its issuance;
3. Upon a finding by the FAA that it was issued illegally or as the result of fraud or
4. Upon the refusal or failure by the holder to accomplish a flight check by a Flight Standards Inspector if so requested; and
5. In any case, at the expiration of 120 days from date of issuance.

# I UNITED STATES OF AMERICA XI

**DEPARTMENT OF TRANSPORTATION • FEDERAL AVIATION ADMINISTRATION**

**IV NAME**

LESTER ELIAZER ORELLANA UMANZOR

**V ADDRESS**   RES RIO TINTO B2 C4 LA LIMA
CORTES
HONDURAS

| SEX | HEIGHT | WEIGHT | HAIR | EYES |
|-----|--------|--------|------|------|
| M | 66 | 170 | BROWN | BROWN |



**HAS BEEN FOUND TO BE PROPERLY QUALIFIED TO EXERCISE THE PRIVILEGES OF**

**VI NATIONALITY** HONDURAS

**IVa D.O.B.** 17 SEP 1983

**IX** HAS BEEN FOUND TO BE PROPERLY QUALIFIED TO EXERCISE THE PRIVILEGES OF

**II** PRIVATE PILOT (FOREIGN BASED)

**III CERTIFICATE NUMBER** 3450468

**X DATE OF ISSUE** 9 NOV 2016

ADMINISTRATOR

XIV

VII

3450468

LESTER ELIAZER ORELLANA UMANZOR
XII RATINGS

PRIVATE PILOT(FOREIGN BASED)
AIRPLANE SINGLE & MULTIENGINE LAND
XIII LIMITATIONS

ENGLISH PROFICIENT.
ISSUED ON BASIS OF AND VALID ONLY WHEN ACCOMPANIED BY HONDURAS PILOT
LICENSE NUMBER(S) 4734.
ALL LIMITATIONS AND RESTRICTIONS ON THE HONDURAS PILOT LICENSE APPLY.

VII SIGNATURE
OF HOLDER

131521 04416

I)

## REPUBLICA DE HONDURAS
## (REPUBLIC OF HONDURAS)

III) No. 4734

VIII) **AGENCIA HONDUREÑA DE AERONAUTICA CIVIL**
IX) CAPACITADO PARA EJERCER LAS ATRIBUCIONES COMO:
Qualified to exercise the privileges as:

II) **LICENCIA DE PILOTO DE TRANS. DE LINEA AEREA AVION**
LICENSE OF A.T.P. AIRPLANE

IV) Nombre (Name): LESTER ELIAZER ORELLANA UMANZOR

IVa) Fecha Nac. (D.O.B.): 17/09/1983

V) Dirección (Address): TEGUCIGALPA. M.D.C.

VI) Nacionalidad (Nationality): HONDUREÑA

VIII) Otorgada conforme a la ley de Aeronáutica Civil al reglamento de licencias al personal técnico aeronáutico y de acuerdo con las normas del anexo I al convenio de Aviación Civil Internacional.



XI) Sello (X) Director General



## XII) Habilitaciones (Ratings)

**MONOMOTORES TERRESTRES, MULTIMOTORES TERRESTRES, INSTRUMENTOS, CAP. ATR-72-600, COP. ATR-42**

SINGLE-ENGINE LAND, MULTI-ENGINE LAND, INSTRUMENTS, CAP. ATR-72-600, F/O. ATR-42

**Xa) Fecha de Otorgamiento:** 17/12/2020
(Date of Issue)

**XIV) Fecha de Vencimiento:** 31/12/2025
(Expiring date)



VIII) Firma del Titular

## XIII) Observaciones (Remarks)

**OPERADOR RESTRINGIDO DE RADIOTELEFONIA/RADIOTELEPHONY**
**RESTRICTED OPERATOR**

NCL LPRL    6

NCL ESPAÑOL    6

**ESTA LICENCIA NO ES VALIDA SI NO VA ACOMPAÑADA DEL CERTIFICADO MEDICO VIGENTE.**
(This license is not valid if not accompanied by a current medical certificate)

GOBIERNO DE LA
REPÚBLICA DE HONDURAS
★ ★ ★ ★
AGENCIA HONDUREÑA
DE AERONÁUTICA CIVIL

## CERTIFICACION DE LICENCIA
### *LICENSE CERTIFICATION*



El Jefe de la Sección de Licencias de esta Agencia Hondureña de Aeronáutica Civil certifica que:
The Licensing Chief certifies:

| El Sr. (Mr.) | LESTER ELIAZER ORELLANA UMANZOR |
|---|---|
| Cedula de Identidad (Identification Card) No. | 0801-1983-12304 |

Registra los siguientes antecedentes en su expediente personal:
Records the following background in his personal file:

| NCIA / LICENCE: | | |
|---|---|---|
| PILOTO DE TRANS. DE LINEA AEREA AVION/A.T.P. AIRPLANE | | Número/Number: **4734** |
| Emisión/Issue: 17/12/2020 | Vencimiento/Expiring: 31/12/2025 | |
| Emisión Certificado Médico/Medical Certificate Issue: 06/10/2020 | | |
| Vencimiento Certificado Médico/Medical Certification Expiration Date: 31/12/2021 | | |

| II. HABILITACIONES / RATING: |
|---|
| MONOMOTORES TERRESTRES/SINGLE-ENGINE LAND. |
| MULTIMOTORES TERRESTRES/MULTI-ENGINE LAND. |
| INSTRUMENTOS/INSTRUMENTS. |
| **CAP.** ATR-72-600, **COP.** ATR-42. |

| III. HORAS DE VUELO / FLIGHT HOURS: |
|---|
| Total de horas registradas: 4,523 horas con 8 minutos, hasta el 21 de diciembre de 2020. |
| Total hours registered: 4,523 hours and 8 minutes, to december 21, 2020. |

| IV. OBSERVACIONES / REMARKS: |
|---|
| -Operador Restringido de Radiotelefonia/Radiotelephony Restricted Operator |
| -NCL NIVEL "6" / LPRL LEVEL "6" |

El titular de este certificado no se encuentra bajo sanción ni suspensión. No registra accidentes ni incidentes en su legajo personal. The holder of this Certificate is neither under suspension nor revocation. No accidents or incidents recorded under civilian license in his personnel folder.

Se deja constancia que las licencias se expiden de acuerdo a las normas y métodos recomendados por Anexo 1 OACI, y a la reglamentación vigente (RAC-LPTA) / We certify that the licenses are issued according to Annex 1 ICAO standards and recommendations, and to current regulations (RAC-LPTA).

Tegucigalpa M.D.C. 20 de Abril de 2021/April 20, 2021

**ADOLFO ENRIQUE RAMOS**
**JEFE DE LICENCIAS/LICENSING MANAGER**

**LICENCIADO WILFREDO LOBO**
**DIRECTOR EJECUTIVO/EXECUTIVE DIRECTOR**

**CAP. ROBERTO O'CONNOR**
**SUBDIRECTOR TECNICO/TECNICAL VICE DIRECTOR**

Enero 2021
Revision 01

PEL-FORM-061

**Exhibit I**

Evidence that the Petitioner has commanded a salary or other compensation for services demonstrating exceptional ability

According to the website: https://www.salaryexpert.com,. The average annual salary for a Pilot working in **India** is **INR 636,753** per year.

The Petitioner's tax statement showed that **between April 2019 and March 2020**, he made INR 11,213,361, **16 times** higher than the average in comparison to other professionals in the same position.





Government of India
Income Tax Department

# Form 26AS

## Annual Tax Statement under Section 203AA of the Income Tax Act, 1961

- See Section 203AA and second provision to Section 206C (5) of the Income Tax Act, 1961 and Rule 31AB of Income Tax Rules, 1962

| Permanent Account Number (PAN) | ADQPO8819G | Current Status of PAN | Active | Financial Year | 2018-19 | Assessment Year | 2019-20 |
|---|---|---|---|---|---|---|---|
| Name of Assessee | LESTER ELIAZER ORELLANA UMANZOR | | | | | | |
| Address of Assessee | OLD LUFTHANSA HANGAR, DOMESTIC TERMINAL 1, IGI AIRPORI, NEW DELHI, DELHI, 110037 | | | | | | |

- Above data / Status of PAN is as per PAN details. For any changes in data as mentioned above, you may submit request for corrections
  Refer www.tin-nsdl.com / www.utiitsl.com for more details. In case of discrepancy in status of PAN please contact your Assessing Officer

- Communication details for TRACES can be updated in 'Profile' section. However, these changes will not be updated in PAN database as mentioned above

### PART A - Details of Tax Deducted at Source

*(All amount values are in INR)*

| Sr. No. | Name of Deductor | | | | TAN of Deductor | Total Amount Paid/ Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|---|
| 1 | ALLIANCE AIR AVIATION LIMITED | | | | DELA05706B | 2846233.00 | 680545.00 | 680545.00 |
| Sr. No. | Section[1] | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid / Credited | Tax Deducted ## | TDS Deposited |
| 1 | 192 | 31-Mar-2019 | F | 23-May-2019 | - | 908114.00 | 283545.00 | 283545.00 |
| 2 | 192 | 28-Feb-2019 | F | 23-May-2019 | - | 694460.00 | 217000.00 | 217000.00 |
| 3 | 192 | 31-Jan-2019 | F | 23-May-2019 | - | 628153.00 | 151000.00 | 151000.00 |
| 4 | 192 | 31-Dec-2018 | F | 06-Feb-2019 | - | 504050.00 | 29000.00 | 29000.00 |
| 5 | 192 | 30-Nov-2018 | F | 06-Feb-2019 | - | 111456.00 | 0.00 | 0.00 |

| Sr. No. | Name of Deductor | | | | TAN of Deductor | Total Amount Paid/ Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|---|
| 2 | CENTRAL BANK OF INDIA | | | | DELC06414C | 85.18 | 29.00 | 29.00 |
| Sr. No. | Section[1] | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid / Credited | Tax Deducted ## | TDS Deposited |
| 1 | 195 | 01-Mar-2019 | F | 23-May-2019 | - | 47.93 | 16.00 | 16.00 |
| 2 | 195 | 01-Dec-2018 | F | 19-Jan-2019 | - | 37.25 | 13.00 | 13.00 |

### PART A1 - Details of Tax Deducted at Source for 15G / 15H

| Sr. No. | Name of Deductor | | | | TAN of Deductor | Total Amount Paid / Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Sr. No. | Section[1] | Transaction Date | Date of Booking | | Remarks** | Amount Paid/Credited | Tax Deducted ## | TDS Deposited |

No Transactions Present

### PART A2 - Details of Tax Deducted at Source on Sale of Immovable Property u/s 194IA/ TDS on Rent of Property u/s 194IB / TDS on payment to resident contractors and professionals u/s 194M (For Seller/Landlord of Property/Payee of resident contractors and professionals)

| Sr. No. | Acknowledgement Number | Name of Deductor | | PAN of Deductor | Transaction Date | Total Transaction Amount | Total TDS Deposited*** |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Sr. No. | TDS Certificate Number | Date of Deposit | | Status of Booking* | Date of Booking | Demand Payment | TDS Deposited*** |
| | | Gross Total Across Deductor(s) | | | | | |

No Transactions Present

### PART B - Details of Tax Collected at Source

| Sr. No. | Name of Collector | | | | TAN of Collector | Total Amount Paid/ Debited | Total Tax Collected + | Total TCS Deposited |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Sr. No. | Section[1] | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid/ Debited | Tax Collected ++ | TCS Deposited |

No Transactions Present

### PART C - Details of Tax Paid (other than TDS or TCS)

| Sr. No. | Major[3] Head | Minor[2] Head | Tax | Surcharge | Education Cess | Others | Total Tax | BSR Code | Date of Deposit | Challan Serial Number | Remarks** |
|---|---|---|---|---|---|---|---|---|---|---|---|

No Transactions Present

### PART D - Details of Paid Refund

| Sr. No. | Assessment Year | Mode | Refund Issued | Nature of Refund | Amount of Refund | Interest | Date of Payment | Remarks |
|---------|-----------------|------|---------------|------------------|------------------|----------|-----------------|---------|

No Transactions Present

**Part E – Details of SFT Transaction**

| Sr. No. | Type Of Transaction | | Name of SFT Filer | Transaction Date | Amount (Rs.) | Remarks** |
|---------|---------------------|---|-------------------|------------------|--------------|-----------|

No Transactions Present

**Notes for SFT: -**

**1. Amount shown for SFT-005 and SFT-010 is as per below formula:-**
**Aggregate gross amount received from the Person (-) Aggregate gross amount paid to the Person**

**PART F - Details of Tax Deducted at Source on Sale of Immovable Property u/s 194IA/ TDS on Rent of Property u/s 194IB /TDS on payment to resident contractors and professionals u/s 194M (For Buyer/Tenant of Property /Payer of resident contractors and professionals)**

| Sr. No. | Acknowledgement Number | Name Of Deductee | PAN of Deductee | Transaction Date | Total Transaction Amount | Total TDS Deposited*** | Total Amount ### Deposited other than TDS |
|---------|------------------------|------------------|-----------------|------------------|--------------------------|------------------------|--------------------------------------------|
| **Sr. No.** | **TDS Certificate Number** | **Date of Deposit** | **Status of Booking*** | **Date of Booking** | **Demand Payment** | **TDS Deposited*** | **Total Amount ### Deposited other than TDS** |
| | Gross Total Across Deductor(s) | | | | | | |

No Transactions Present

*(All amount values are in INR)*

**PART G - TDS Defaults* (Processing of Statements)**

| Sr. No. | Financial Year | Short Payment | Short Deduction | Interest on TDS Payments Default | Interest on TDS Deduction Default | Late Filing Fee u/s 234E | Interest u/s 220(2) | Total Default |
|---------|----------------|---------------|-----------------|----------------------------------|-----------------------------------|--------------------------|---------------------|---------------|
| **Sr. No.** | **TANs** | **Short Payment** | **Short Deduction** | **Interest on TDS Payments Default** | **Interest on TDS Deduction Default** | **Late Filing Fee u/s 234E** | **Interest u/s 220(2)** | **Total Default** |

No Transactions Present

***Notes:**

**1.Defaults relate to processing of statements and donot include demand raised by the respective Assessing Officers.**

**2.For more details please log on to TRACES as taxpayer.**

## Contact Information

| Part of Form 26AS | Contact in case of any clarification |
|-------------------|--------------------------------------|
| A | Deductor |
| A1 | Deductor |
| A2 | Deductor |
| B | Collector |
| C | Assessing Officer / Bank |
| D | Assessing Officer / ITR-CPC |
| E | Concerned AIR Filer/SFT Filer |
| F | NSDL / Concerned Bank Branch |
| G | Deductor |

## Legends used in Form 26AS

**\*Status Of Booking**

| Legend | Description | Definition |
|--------|-------------|------------|
| U | Unmatched | Deductors have not deposited taxes or have furnished incorrect particulars of tax payment. Final credit will be reflected only when payment details in bank match with details of deposit in TDS / TCS statement |
| P | Provisional | Provisional tax credit is effected only for TDS / TCS Statements filed by Government deductors."P" status will be changed to Final (F) on verification of payment details submitted by Pay and Accounts Officer (PAO) |
| F | Final | In case of non-government deductors, payment details of TDS / TCS deposited in bank by deductors have matched with the payment details mentioned in the TDS / TCS statement filed by the deductors. In case of government deductors, details of TDS / TCS booked in Government account have been verified with payment details submitted by Pay and Accounts Officer (PAO) |
| O | Overbooked | Payment details of TDS / TCS deposited in bank by deductor have matched with details mentioned in the TDS / TCS statement but the amount is over claimed in the statement. Final (F) credit will be reflected only when deductor reduces claimed amount in the statement or makes additional payment for excess amount claimed in the statement |

**\*\*Remarks**

| Legend | Description |
|--------|-------------|
| 'A' | Rectification of error in challan uploaded by bank |
| 'B' | Rectification of error in statement uploaded by deductor |
| 'C' | Correction/Rectification of error in Statement uploaded by SFT Filer |
| 'D' | Rectification of error in Form 24G filed by Accounts Officer |
| 'E' | Rectification of error in Challan by Assessing Officer |
| 'F' | Lower/ No deduction certificate u/s 197 |
| 'G' | Reprocessing of Statement |

| 'O' | Original Statement uploaded by SFT Filer |
| 'R' | Reversal of Entry in Original/Correction Statement uploaded by SFT Filer |
| 'T' | Transporter |

\# Total Tax Deducted includes TDS, Surcharge and Education Cess
\#\# Tax Deducted includes TDS, Surcharge and Education Cess
+ Total Tax Collected includes TCS, Surcharge and Education Cess
++ Tax Collected includes TCS, Surcharge and Education Cess
\*\*\* Total TDS Deposited will not include the amount deposited as Fees and Interest
\#\#\# Total Amount Deposited other than TDS includes the Fees , Interest and Other ,.etc

## Notes for Form 26AS

a. Figures in brackets represent reversal (negative) entries
b. In Part C, details of tax paid are displayed excluding TDS or TCS, payments related to Securities Transaction Tax and Banking Cash Transaction Tax
c. Tax Credits appearing in Part A, A1, A2 and B of the Annual Tax Statement are on the basis of details given by deductor in the TDS / TCS statement filed by them. The same should be verified before claiming tax credit and only the amount which pertains to you should be claimed
d. This statement is issued on behalf of the Income Tax Department. See Section 203AA and second provision to Section 206C(5) of the Income Tax Act, 1961 and Rule 31AB of Income Tax Rules, 1962
e. This statement does not include payments pertaining to Assessment Year (AY) other than the AY mentioned above and payments against penalties
f. Date is displayed in dd-MMM-yyyy format
g. Details of Tax Deducted at Source in Form 26AS, for Form 15G/15H includes transactions for which declaration under section 197A has been Quoted

## 1.Sections

| Section | Description | Section | Description |
|---|---|---|---|
| 192 | Salary | 194LD | TDS on interest on bonds / government securities |
| 192A | TDS on PF withdrawal | 194M | Payment of certain sums by certain individuals or Hindu Undivided Family |
| 193 | Interest on Securities | 194N | Payment of certain amounts in cash |
| 194 | Dividends | 195 | Other sums payable to a non-resident |
| 194A | Interest other than 'Interest on securities' | 196A | Income in respect of units of non-residents |
| 194B | Winning from lottery or crossword puzzle | 196B | Payments in respect of units to an offshore fund |
| 194BB | Winning from horse race | 196C | Income from foreign currency bonds or shares of Indian |
| 194C | Payments to contractors and sub-contractors | 196D | Income of foreign institutional investors from securities |
| 194D | Insurance commission | 206CA | Collection at source from alcoholic liquor for human |
| 194DA | Payment in respect of life insurance policy | 206CB | Collection at source from timber obtained under forest lease |
| 194E | Payments to non-resident sportsmen or sports associations | 206CC | Collection at source from timber obtained by any mode other than a forest lease |
| 194EE | Payments in respect of deposits under National Savings Scheme | 206CD | Collection at source from any other forest produce (not being tendu leaves) |
| 194F | Payments on account of repurchase of units by Mutual Fund or Unit Trust of India | 206CE | Collection at source from any scrap |
| 194G | Commission, price, etc. on sale of lottery tickets | 206CF | Collection at source from contractors or licensee or lease relating to parking lots |
| 194H | Commission or brokerage | 206CG | Collection at source from contractors or licensee or lease relating to toll plaza |
| 194I(a) | Rent on hiring of plant and machinery | 206CH | Collection at source from contractors or licensee or lease relating to mine or quarry |
| 194I(b) | Rent on other than plant and machinery | | |
| 194IA | TDS on Sale of immovable property | 206CI | Collection at source from tendu Leaves |
| 194IB | Payment of rent by certain individuals or Hindu undivided family | 206CJ | Collection at source from on sale of certain Minerals |
| 194IC | Payment under specified agreement | 206CK | Collection at source on cash case of Bullion and Jewellery |
| 194J | Fees for professional or technical services | 206CL | Collection at source on sale of Motor vehicle |
| 194K | Income payable to a resident assessee in respect of units of a specified mutual fund or of the units of the Unit Trust of India | 206CM | Collection at source on sale in cash of any goods(other than bullion/jewelry) |
| 194LA | Payment of compensation on acquisition of certain immovable | 206CN | Collection at source on providing of any services(other than Chapter-XVII-B) |
| 194LB | Income by way of Interest from Infrastructure Debt fund | | |
| 194LC | Income by way of interest from specified company payable to a non-resident | | |
| 194LBA | Certain income from units of a business trust | | |
| 194LBB | Income in respect of units of investment fund | | |
| 194LBC | Income in respect of investment in securitization trust | | |

## 2.Minor Head

| Code | Description |
|---|---|
| 100 | Advance tax |
| 102 | Surtax |
| 106 | Tax on distributed profit of domestic companies |
| 107 | Tax on distributed income to unit holder |
| 300 | Self Assessment Tax |
| 400 | Tax on regular assessment |
| 800 | TDS on sale of immovable property |

## 3.Major Head

| Code | Description |
|---|---|
| 0020 | Corporation Tax |
| 0021 | Income Tax (other than companies) |
| 0023 | Hotel Receipt Tax |
| 0024 | Interest Tax |
| 0026 | Fringe Benefit Tax |
| 0028 | Expenditure Tax / Other Taxes |
| 0031 | Estate Duty |
| 0032 | Wealth Tax |
| 0033 | Gift Tax |

## 4.Type of Transaction

| Code | Description |
|---|---|
| SFT-001 | Payment made in cash for purchase of bank drafts or pay orders or banker's cheque of an amount aggregating to ten lakh rupees or more in a financial year. |
| SFT-002 | Payments made in cash aggregating to ten lakh rupees or more during the financial year for purchase of pre-paid instruments issued by Reserve Bank of India under section 18 of the Payment and Settlement Systems Act, 2007 (51 of 2007). |

| SFT-003 | 03A - Cash deposits aggregating to fifty lakh rupees or more in a financial year, in or from one or more current account of a person. |
|---|---|
|  | 03B - Cash withdrawals (including through bearer's cheque) aggregating to fifty lakh rupees or more in a financial year, in or from one or more current account of a person. |
| SFT-004 | Cash deposits aggregating to ten lakh rupees or more in a financial year, in one or more accounts (other than a current account and time deposit) of a person. |
| SFT-005 | One or more time deposits (other than a time deposit made through renewal of another time deposit) of a person aggregating to ten lakh rupees or more in a financial year of a person. |
| SFT-006 | Payments made by any person of an amount aggregating to— (i) One lakh rupees or more in cash; or (ii) Ten lakh rupees or more by any other mode, against bills raised in respect of one or more credit cards issued to that person, in a financial year. |
| SFT-007 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring bonds or debentures issued by the company or institution (other than the amount received on account of renewal of the bond or debenture issued by that company). |
| SFT-008 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring shares (including share application money) issued by the company. |
| SFT-009 | Buy back of shares from any person (other than the shares bought in the open market) for an amount or value aggregating to ten lakh rupees or more in a financial year. |
| SFT-010 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring units of one or more schemes of a Mutual Fund (other than the amount received on account of transfer from one scheme to another scheme of that Mutual Fund). |
| SFT-011 | Receipt from any person for sale of foreign currency including any credit of such currency to foreign exchange card or expense in such currency through a debit or credit card or through issue of travellers cheque or draft or any other instrument of an amount aggregating to ten lakh rupees or more during a financial year. |
| SFT-012 | Purchase or sale by any person of immovable property for an amount of thirty lakh rupees or more or valued by the stamp valuation authority referred to in section 50C of the Act at thirty lakh rupees or more. |
| SFT-013 | Receipt of cash payment exceeding two lakh rupees for sale, by any person, of goods or services of any nature (other than those specified at Sl. Nos. 1 to 10 of Rule 114E) |
| SFT-014 | Cash deposits during the period 09th November, 2016 to 30th December, 2016 aggregating to (i) twelve lakh fifty thousand rupees or more, in one or more current account of a person; or (ii) two lakh fifty thousand rupees or more, in one or more accounts (other than a current account) of a person. Cash deposits during the period 1st April, 2016 to 9th November, 2016 in respect of accounts that are reportable. |

## Glossary

| Abbreviation | Description | Abbreviation | Description |
|---|---|---|---|
| AIR | Annual Information Return | TDS | Tax Deducted at Source |
| AY | Assessment Year | TCS | Tax Collected at Source |
| EC | Education Cess | | |
| SFT | Statement of Financial Transaction | | |

 TRACES
Centralized Processing Cell | TDS Reconciliation Analysis and Correction Enabling System


Government of India
Income Tax Department

## Form 26AS

### Annual Tax Statement under Section 203AA of the Income Tax Act, 1961

- See Section 203AA and second provision to Section 206C (5) of the Income Tax Act, 1961 and Rule 31AB of Income Tax Rules, 1962

| Permanent Account Number (PAN) | ADQPO8819G | Current Status of PAN | Active | Financial Year | 2019-20 | Assessment Year | 2020-21 |
|---|---|---|---|---|---|---|---|
| Name of Assessee | LESTER ELIAZER ORELLANA UMANZOR | | | | | | |
| Address of Assessee | OLD LUFTHANSA HANGAR, DOMESTIC TERMINAL 1, IGI AIRPORI, NEW DELHI, DELHI, 110037 | | | | | | |

- Above data / Status of PAN is as per PAN details. For any changes in data as mentioned above, you may submit request for corrections
  Refer www.tin-nsdl.com / www.utiitsl.com for more details. In case of discrepancy in status of PAN please contact your Assessing Officer

- Communication details for TRACES can be updated in 'Profile' section. However, these changes will not be updated in PAN database as mentioned above

**PART A - Details of Tax Deducted at Source**

*(All amount values are in INR)*

| Sr. No. | Name of Deductor | | | | TAN of Deductor | Total Amount Paid/ Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|---|
| 1 | ALLIANCE AIR AVIATION LIMITED | | | | DELC05706B | 11213361.00 | 3781164.00 | 3781164.00 |
| Sr. No. | Section [1] | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid / Credited | Tax Deducted ## | TDS Deposited |
| 1 | 192 | 31-Mar-2020 | F | 09-Oct-2020 | - | 1814756.00 | 823318.00 | 823318.00 |
| 2 | 192 | 29-Feb-2020 | F | 09-Oct-2020 | - | 533738.00 | 1.00 | 1.00 |
| 3 | 192 | 31-Jan-2020 | F | 09-Oct-2020 | - | 889092.00 | 356000.00 | 356000.00 |
| 4 | 192 | 07-Dec-2019 | F | 31-Jan-2020 | - | 918956.00 | 383000.00 | 383000.00 |
| 5 | 192 | 05-Nov-2019 | F | 31-Jan-2020 | - | 1050815.00 | 410000.00 | 410000.00 |
| 6 | 192 | 05-Oct-2019 | F | 31-Jan-2020 | - | 1063615.00 | 418000.00 | 418000.00 |
| 7 | 192 | 05-Sep-2019 | F | 28-Nov-2019 | - | 751929.00 | 214837.00 | 214837.00 |
| 8 | 192 | 06-Aug-2019 | F | 28-Nov-2019 | - | 1159955.00 | 310000.00 | 310000.00 |
| 9 | 192 | 30-Jun-2019 | F | 11-Sep-2019 | - | 731360.00 | 209000.00 | 209000.00 |
| 10 | 192 | 31-May-2019 | F | 11-Sep-2019 | - | 917027.00 | 262008.00 | 262008.00 |
| 11 | 192 | 30-Apr-2019 | F | 11-Sep-2019 | - | 1382118.00 | 395000.00 | 395000.00 |
| Sr. No. | Name of Deductor | | | | TAN of Deductor | Total Amount Paid/ Credited | Total Tax Deducted # | Total TDS Deposited |
| 2 | CENTRAL BANK OF INDIA | | | | DELC06414C | 390.70 | 126.00 | 126.00 |
| Sr. No. | Section [1] | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid / Credited | Tax Deducted ## | TDS Deposited |
| 1 | 195 | 01-Mar-2020 | F | 26-May-2020 | - | 78.85 | 25.00 | 25.00 |
| 2 | 195 | 01-Dec-2019 | F | 21-Jan-2020 | - | 93.78 | 31.00 | 31.00 |
| 3 | 195 | 31-Oct-2019 | F | 21-Jan-2020 | - | 88.38 | 29.00 | 29.00 |
| 4 | 195 | 01-Jun-2019 | F | 26-Jul-2019 | - | 129.69 | 41.00 | 41.00 |

**PART A1 - Details of Tax Deducted at Source for 15G / 15H**

| Sr. No. | Name of Deductor | | | | TAN of Deductor | Total Amount Paid / Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|---|
| Sr. No. | Section [1] | Transaction Date | | Date of Booking | Remarks** | Amount Paid/Credited | Tax Deducted ## | TDS Deposited |

No Transactions Present

**PART A2 - Details of Tax Deducted at Source on Sale of Immovable Property u/s 194IA/ TDS on Rent of Property u/s 194IB / TDS on payment to resident contractors and professionals u/s 194M (For Seller/Landlord of Property/Payee of resident contractors and professionals)**

| Sr. No. | Acknowledgement Number | Name of Deductor | | PAN of Deductor | Transaction Date | Total Transaction Amount | Total TDS Deposited*** |
|---|---|---|---|---|---|---|---|
| Sr. No. | TDS Certificate Number | Date of Deposit | Status of Booking* | Date of Booking | Demand Payment | TDS Deposited*** | |
| | | Gross Total Across Deductor(s) | | | | | |

No Transactions Present

**PART B - Details of Tax Collected at Source**

| Sr. No. | Name of Collector | | | | TAN of Collector | Total Amount Paid/ Debited | Total Tax Collected + | Total TCS Deposited |
|---|---|---|---|---|---|---|---|---|
| Sr. No. | Section [1] | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid/ | Tax Collected ++ | TCS Deposited |

| | | | | | Debited | | |
|---|---|---|---|---|---|---|---|

No Transactions Present

## PART C - Details of Tax Paid (other than TDS or TCS)

| Sr. No. | Major Head [3] | Minor Head [2] | Tax | Surcharge | Education Cess | Others | Total Tax | BSR Code | Date of Deposit | Challan Serial Number | Remarks** |
|---|---|---|---|---|---|---|---|---|---|---|---|

No Transactions Present

## Part D - Details of Paid Refund

| Sr. No. | Assessment Year | Mode | Refund Issued | Nature of Refund | Amount of Refund | Interest | Date of Payment | Remarks |
|---|---|---|---|---|---|---|---|---|

No Transactions Present

## Part E - Details of SFT Transaction

| Sr. No. | Type Of Transaction [4] | Name of SFT Filer | Transaction Date | Amount (Rs.) | Remarks** |
|---|---|---|---|---|---|

No Transactions Present

**Notes for SFT: -**
1. Amount shown for SFT-005 and SFT-010 is as per below formula:-
Aggregate gross amount received from the Person (-) Aggregate gross amount paid to the Person

**PART F - Details of Tax Deducted at Source on Sale of Immovable Property u/s 194IA/ TDS on Rent of Property u/s 194IB /TDS on payment to resident contractors and professionals u/s 194M (For Buyer/Tenant of Property /Payer of resident contractors and professionals)**

| Sr. No. | Acknowledgement Number | Name Of Deductee | PAN of Deductee | Transaction Date | Total Transaction Amount | Total TDS Deposited*** | Total Amount ### Deposited other than TDS |
|---|---|---|---|---|---|---|---|
| Sr. No. | TDS Certificate Number | Date of Deposit | Status of Booking* | Date of Booking | Demand Payment | TDS Deposited*** | Total Amount ### Deposited other than TDS |
| | | Gross Total Across Deductor(s) | | | | | |

No Transactions Present

*(All amount values are in INR)*

## PART G - TDS Defaults* (Processing of Statements)

| Sr. No. | Financial Year | Short Payment | Short Deduction | Interest on TDS Payments Default | Interest on TDS Deduction Default | Late Filing Fee u/s 234E | Interest u/s 220(2) | Total Default |
|---|---|---|---|---|---|---|---|---|
| Sr. No. | TANs | Short Payment | Short Deduction | Interest on TDS Payments Default | Interest on TDS Deduction Default | Late Filing Fee u/s 234E | Interest u/s 220(2) | Total Default |

No Transactions Present

**\*Notes:**

1. Defaults relate to processing of statements and donot include demand raised by the respective Assessing Officers.

2. For more details please log on to TRACES as taxpayer.

## PART H - Details of Turnover as per GSTR-3B

| Sr. No. | GSTIN | Application Reference Number (ARN) | Date of filing | Return Period | Taxable Turnover | Total Turnover |
|---|---|---|---|---|---|---|

No Transactions Present

**Notes:-**

1. The GSTN data displayed above includes internal stock transfers as well.

## Contact Information

| Part of Form 26AS | Contact in case of any clarification |
|---|---|
| A | Deductor |
| A1 | Deductor |
| A2 | Deductor |
| B | Collector |
| C | Assessing Officer / Bank |
| D | Assessing Officer / ITR-CPC |
| E | Concerned AIR Filer/SFT Filer |
| F | NSDL / Concerned Bank Branch |
| G | Deductor |
| H | GSTN |

## Legends used in Form 26AS

**\*Status Of Booking**

| Legend | Description | Definition |
|---|---|---|
| U | Unmatched | Deductors have not deposited taxes or have furnished incorrect particulars of tax payment. Final credit will be reflected only when payment details in bank match with details of deposit in TDS / TCS statement |
| P | Provisional | Provisional tax credit is effected only for TDS / TCS Statements filed by Government deductors."P" status will be changed to Final (F) on verification of payment details submitted by Pay and Accounts Officer (PAO) |

| F | Final | In case of non-government deductors, payment details of TDS / TCS deposited in bank by deductors have matched with the payment details mentioned in the TDS / TCS statement filed by the deductors. In case of government deductors, details of TDS / TCS booked in Government account have been verified with payment details submitted by Pay and Accounts Officer (PAO) |
| O | Overbooked | Payment details of TDS / TCS deposited in bank by deductor have matched with details mentioned in the TDS / TCS statement but the amount is over claimed in the statement. Final (F) credit will be reflected only when deductor reduces claimed amount in the statement or makes additional payment for excess amount claimed in the statement |

**\*\*Remarks**

| Legend | Description |
|---|---|
| 'A' | Rectification of error in challan uploaded by bank |
| 'B' | Rectification of error in statement uploaded by deductor |
| 'C' | Correction/Rectification of error in Statement uploaded by SFT Filer |
| 'D' | Rectification of error in Form 24G filed by Accounts Officer |
| 'E' | Rectification of error in Challan by Assessing Officer |
| 'F' | Lower/ No deduction certificate u/s 197 |
| 'G' | Reprocessing of Statement |
| 'O' | Original Statement uploaded by SFT Filer |
| 'R' | Reversal of Entry in Original/Correction Statement uploaded by SFT Filer |
| 'T' | Transporter |

\# Total Tax Deducted includes TDS, Surcharge and Education Cess
\#\# Tax Deducted includes TDS, Surcharge and Education Cess
\+ Total Tax Collected includes TCS, Surcharge and Education Cess
\+\+ Tax Collected includes TCS, Surcharge and Education Cess
\*\*\* Total TDS Deposited will not include the amount deposited as Fees and Interest
\#\#\# Total Amount Deposited other than TDS includes the Fees , Interest and Other ,.etc

**Notes for Form 26AS**

a. Figures in brackets represent reversal (negative) entries
b. In Part C, details of tax paid are displayed excluding TDS or TCS, payments related to Securities Transaction Tax and Banking Cash Transaction Tax
c. Tax Credits appearing in Part A, A1, A2 and B of the Annual Tax Statement are on the basis of details given by deductor in the TDS / TCS statement filed by them. The same should be verified before claiming tax credit and only the amount which pertains to you should be claimed
d. This statement is issued on behalf of the Income Tax Department. See Section 203AA and second provision to Section 206C(5) of the Income Tax Act, 1961 and Rule 31AB of Income Tax Rules, 1962
e. This statement does not include payments pertaining to Assessment Year (AY) other than the AY mentioned above and payments against penalties
f. Date is displayed in dd-MMM-yyyy format
g. Details of Tax Deducted at Source in Form 26AS, for Form 15G/15H includes transactions for which declaration under section 197A has been Quoted

**1.Sections**

| Section | Description | Section | Description |
|---|---|---|---|
| 192 | Salary | 194LD | TDS on interest on bonds / government securities |
| 192A | TDS on PF withdrawal | 194M | Payment of certain sums by certain individuals or Hindu Undivided Family |
| 193 | Interest on Securities | 194N | Payment of certain amounts in cash |
| 194 | Dividends | 195 | Other sums payable to a non-resident |
| 194A | Interest other than 'Interest on securities' | 196A | Income in respect of units of non-residents |
| 194B | Winning from lottery or crossword puzzle | 196B | Payments in respect of units to an offshore fund |
| 194BB | Winning from horse race | 196C | Income from foreign currency bonds or shares of Indian |
| 194C | Payments to contractors and sub-contractors | 196D | Income of foreign institutional investors from securities |
| 194D | Insurance commission | 206CA | Collection at source from alcoholic liquor for human |
| 194DA | Payment in respect of life insurance policy | 206CB | Collection at source from timber obtained under forest lease |
| 194E | Payments to non-resident sportsmen or sports associations | 206CC | Collection at source from timber obtained by any mode other than a forest lease |
| 194EE | Payments in respect of deposits under National Savings Scheme | 206CD | Collection at source from any other forest produce (not being tendu leaves) |
| 194F | Payments on account of repurchase of units by Mutual Fund or Unit Trust of India | 206CE | Collection at source from any scrap |
| 194G | Commission, price, etc. on sale of lottery tickets | 206CF | Collection at source from contractors or licensee or lease relating to parking lots |
| 194H | Commission or brokerage | 206CG | Collection at source from contractors or licensee or lease relating to toll plaza |
| 194I(a) | Rent on hiring of plant and machinery | 206CH | Collection at source from contractors or licensee or lease relating to mine or quarry |
| 194I(b) | Rent on other than plant and machinery | | |
| 194IA | TDS on Sale of immovable property | 206CI | Collection at source from tendu Leaves |
| 194IB | Payment of rent by certain individuals or Hindu undivided family | 206CJ | Collection at source from on sale of certain Minerals |
| 194IC | Payment under specified agreement | 206CK | Collection at source on cash case of Bullion and Jewellery |
| 194J | Fees for professional or technical services | 206CL | Collection at source on sale of Motor vehicle |
| 194K | Income payable to a resident assessee in respect of units of a specified mutual fund or of the units of the Unit Trust of India | 206CM | Collection at source on sale in cash of any goods(other than bullion/jewelry) |
| 194LA | Payment of compensation on acquisition of certain immovable | 206CN | Collection at source on providing of any services(other than Chapter-XVII-B) |
| 194LB | Income by way of Interest from Infrastructure Debt fund | | |
| 194LC | Income by way of interest from specified company payable to a non-resident | | |
| 194LBA | Certain income from units of a business trust | | |
| 194LBB | Income in respect of units of investment fund | | |
| 194LBC | Income in respect of investment in securitization trust | | |

**2.Minor Head**             **3.Major Head**

| Code | Description | Code | Description |
|------|-------------|------|-------------|
| 100 | Advance tax | 0020 | Corporation Tax |
| 102 | Surtax | 0021 | Income Tax (other than companies) |
| 106 | Tax on distributed profit of domestic companies | 0023 | Hotel Receipt Tax |
| 107 | Tax on distributed income to unit holder | 0024 | Interest Tax |
| 300 | Self Assessment Tax | 0026 | Fringe Benefit Tax |
| 400 | Tax on regular assessment | 0028 | Expenditure Tax / Other Taxes |
| 800 | TDS on sale of immovable property | 0031 | Estate Duty |
| | | 0032 | Wealth Tax |
| | | 0033 | Gift Tax |

### 4.Type of Transaction

| Code | Description |
|------|-------------|
| SFT-001 | Payment made in cash for purchase of bank drafts or pay orders or banker's cheque of an amount aggregating to ten lakh rupees or more in a financial year. |
| SFT-002 | Payments made in cash aggregating to ten lakh rupees or more during the financial year for purchase of pre-paid instruments issued by Reserve Bank of India under section 18 of the Payment and Settlement Systems Act, 2007 (51 of 2007). |
| SFT-003 | 03A - Cash deposits aggregating to fifty lakh rupees or more in a financial year, in or from one or more current account of a person. |
| | 03B - Cash withdrawals (including through bearer's cheque) aggregating to fifty lakh rupees or more in a financial year, in or from one or more current account of a person. |
| SFT-004 | Cash deposits aggregating to ten lakh rupees or more in a financial year, in one or more accounts (other than a current account and time deposit) of a person. |
| SFT-005 | One or more time deposits (other than a time deposit made through renewal of another time deposit) of a person aggregating to ten lakh rupees or more in a financial year of a person. |
| SFT-006 | Payments made by any person of an amount aggregating to— (i) One lakh rupees or more in cash; or (ii) Ten lakh rupees or more by any other mode, against bills raised in respect of one or more credit cards issued to that person, in a financial year. |
| SFT-007 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring bonds or debentures issued by the company or institution (other than the amount received on account of renewal of the bond or debenture issued by that company). |
| SFT-008 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring shares (including share application money) issued by the company. |
| SFT-009 | Buy back of shares from any person (other than the shares bought in the open market) for an amount or value aggregating to ten lakh rupees or more in a financial year. |
| SFT-010 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring units of one or more schemes of a Mutual Fund (other than the amount received on account of transfer from one scheme to another scheme of that Mutual Fund). |
| SFT-011 | Receipt from any person for sale of foreign currency including any credit of such currency to foreign exchange card or expense in such currency through a debit or credit card or through issue of travellers cheque or draft or any other instrument of an amount aggregating to ten lakh rupees or more during a financial year. |
| SFT-012 | Purchase or sale by any person of immovable property for an amount of thirty lakh rupees or more or valued by the stamp valuation authority referred to in section 50C of the Act at thirty lakh rupees or more. |
| SFT-013 | Receipt of cash payment exceeding two lakh rupees for sale, by any person, of goods or services of any nature (other than those specified at Sl. Nos. 1 to 10 of Rule 114E) |
| SFT-014 | Cash deposits during the period 09th November, 2016 to 30th December, 2016 aggregating to (i) twelve lakh fifty thousand rupees or more, in one or more current account of a person; or (ii) two lakh fifty thousand rupees or more, in one or more accounts (other than a current account) of a person. Cash deposits during the period 1st April, 2016 to 9th November, 2016 in respect of accounts that are reportable. |

### Glossary

| Abbreviation | Description | Abbreviation | Description |
|--------------|-------------|--------------|-------------|
| AIR | Annual Information Return | TDS | Tax Deducted at Source |
| AY | Assessment Year | TCS | Tax Collected at Source |
| EC | Education Cess | GSTIN | Goods and Services Tax Identification Number |
| SFT | Statement of Financial Transaction | | |





Government of India
Income Tax Department

## Form 26AS

### Annual Tax Statement under Section 203AA of the Income Tax Act, 1961

- See Section 203AA and second provision to Section 206C (5) of the Income Tax Act, 1961 and Rule 31AB of Income Tax Rules, 1962

| Permanent Account Number (PAN) | ADQPO8819G | Current Status of PAN | Active | Financial Year | 2020-21 | Assessment Year | 2021-22 |
|---|---|---|---|---|---|---|---|
| Name of Assessee | LESTER ELIAZER ORELLANA UMANZOR | | | | | | |
| Address of Assessee | OLD LUFTHANSA HANGAR, DOMESTIC TERMINAL 1, IGI AIRPORI, NEW DELHI, DELHI, 110037 | | | | | | |

- Above data / Status of PAN is as per PAN details. For any changes in data as mentioned above, you may submit request for corrections
  Refer www.tin-nsdl.com / www.utiitsl.com for more details. In case of discrepancy in status of PAN please contact your Assessing Officer

- Communication details for TRACES can be updated in 'Profile' section. However, these changes will not be updated in PAN database as mentioned above

*(All amount values are in INR)*

**PART A - Details of Tax Deducted at Source**

| Sr. No. | Name of Deductor | | | | TAN of Deductor | Total Amount Paid/ Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|---|
| 1 | ALLIANCE AIR AVIATION LIMITED | | | | DELA05706B | 6650125.00 | 1982025.00 | 1982025.00 |
| Sr. No. | Section [1] | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid / Credited | Tax Deducted # | TDS Deposited |
| 1 | 192 | 31-Mar-2021 | F | 05-Aug-2021 | - | 801177.00 | 387472.00 | 387472.00 |
| 2 | 192 | 28-Feb-2021 | F | 05-Aug-2021 | - | 680506.00 | 213823.00 | 213823.00 |
| 3 | 192 | 31-Jan-2021 | F | 05-Aug-2021 | - | 584196.00 | 166913.00 | 166913.00 |
| 4 | 192 | 31-Dec-2020 | F | 04-Feb-2021 | - | 578941.00 | 165412.00 | 165412.00 |
| 5 | 192 | 30-Nov-2020 | F | 04-Feb-2021 | - | 580173.00 | 165764.00 | 165764.00 |
| 6 | 192 | 31-Oct-2020 | F | 04-Feb-2021 | - | 546633.00 | 126146.00 | 126146.00 |
| 7 | 192 | 30-Sep-2020 | F | 03-Feb-2021 | - | 545986.00 | 125997.00 | 125997.00 |
| 8 | 192 | 31-Aug-2020 | F | 03-Feb-2021 | - | 480830.00 | 110961.00 | 110961.00 |
| 9 | 192 | 31-Jul-2020 | F | 03-Feb-2021 | - | 588566.00 | 165137.00 | 165137.00 |
| 10 | 192 | 30-Jun-2020 | F | 04-Feb-2021 | - | 594353.00 | 166761.00 | 166761.00 |
| 11 | 192 | 31-May-2020 | F | 04-Feb-2021 | - | 668764.00 | 187639.00 | 187639.00 |

| Sr. No. | Name of Deductor | | | | TAN of Deductor | Total Amount Paid/ Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|---|
| 2 | CENTRAL BANK OF INDIA | | | | DELC06851F | 278.66 | 89.00 | 89.00 |
| Sr. No. | Section [1] | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid / Credited | Tax Deducted ## | TDS Deposited |
| 1 | 195 | 01-Mar-2021 | F | 12-Jul-2021 | - | 81.87 | 26.00 | 26.00 |
| 2 | 195 | 01-Dec-2020 | F | 05-Feb-2021 | - | 62.86 | 20.00 | 20.00 |
| 3 | 195 | 01-Sep-2020 | F | 02-Mar-2021 | - | 74.16 | 24.00 | 24.00 |
| 4 | 195 | 01-Jun-2020 | F | 02-Mar-2021 | - | 59.77 | 19.00 | 19.00 |

**PART A1 - Details of Tax Deducted at Source for 15G / 15H**

| Sr. No. | Name of Deductor | | | TAN of Deductor | Total Amount Paid / Credited | Total Tax Deducted # | Total TDS Deposited |
|---|---|---|---|---|---|---|---|
| Sr. No. | Section [1] | Transaction Date | Date of Booking | Remarks** | Amount Paid/Credited | Tax Deducted ## | TDS Deposited |

No Transactions Present

**PART A2 - Details of Tax Deducted at Source on Sale of Immovable Property u/s 194IA/ TDS on Rent of Property u/s 194IB / TDS on payment to resident contractors and professionals u/s 194M (For Seller/Landlord of Property/Payee of resident contractors and professionals)**

| Sr. No. | Acknowledgement Number | Name of Deductor | PAN of Deductor | Transaction Date | Total Transaction Amount | Total TDS Deposited*** |
|---|---|---|---|---|---|---|
| Sr. No. | TDS Certificate Number | Date of Deposit | Status of Booking* | Date of Booking | Demand Payment | TDS Deposited*** |
| | | Gross Total Across Deductor(s) | | | | |

No Transactions Present

**PART B - Details of Tax Collected at Source**

| Sr. No. | Name of Collector | | | | TAN of Collector | Total Amount Paid/ Debited | Total Tax Collected + | Total TCS Deposited |
|---|---|---|---|---|---|---|---|---|
| Sr. No. | Section [1] | Transaction Date | Status of Booking* | Date of Booking | Remarks** | Amount Paid/ | Tax Collected ++ | TCS Deposited |

| | | | | | | Debited | | |
|---|---|---|---|---|---|---|---|---|

No Transactions Present

**PART C - Details of Tax Paid (other than TDS or TCS)**

| Sr. No. | Major Head | Minor Head | Tax | Surcharge | Education Cess | Others | Total Tax | BSR Code | Date of Deposit | Challan Serial Number | Remarks** |
|---|---|---|---|---|---|---|---|---|---|---|---|

No Transactions Present

**Part D - Details of Paid Refund**

| Sr. No. | Assessment Year | Mode | Refund Issued | Nature of Refund | Amount of Refund | Interest | Date of Payment | Remarks |
|---|---|---|---|---|---|---|---|---|

No Transactions Present

**Part E - Details of SFT Transaction**

| Sr. No. | Type Of Transaction | Name of SFT Filer | Transaction Date | Amount (Rs.) | Remarks** |
|---|---|---|---|---|---|
| 1 | SFT-006 Payment for Credit Card | AXIS BANK LTD, TRISHUL 3RD FLOOR OPPOSITE SAMARTHESHWAR TEMPLE NEAR LAW GARDEN ELISBRIDGE, AHEMDABAD, GUJARAT, INDIA, 380006 | - | 3513298.00 | O |

**Notes for SFT: -**
**1. Amount shown for SFT-005 and SFT-010 is as per below formula:-**
**Aggregate gross amount received from the Person (-) Aggregate gross amount paid to the Person**

**PART F - Details of Tax Deducted at Source on Sale of Immovable Property u/s 194IA/ TDS on Rent of Property u/s 194IB /TDS on payment to resident contractors and professionals u/s 194M (For Buyer/Tenant of Property /Payer of resident contractors and professionals)**

| Sr. No. | Acknowledgement Number | Name Of Deductee | PAN of Deductee | Transaction Date | Total Transaction Amount | Total TDS Deposited*** | Total Amount ### Deposited other than TDS |
|---|---|---|---|---|---|---|---|
| Sr. No. | TDS Certificate Number | Date of Deposit | Status of Booking* | Date of Booking | Demand Payment | TDS Deposited*** | Total Amount ### Deposited other than TDS |
| | | Gross Total Across Deductor(s) | | | | | |

No Transactions Present

*(All amount values are in INR)*

**PART G - TDS Defaults* (Processing of Statements)**

| Sr. No. | Financial Year | Short Payment | Short Deduction | Interest on TDS Payments Default | Interest on TDS Deduction Default | Late Filing Fee u/s 234E | Interest u/s 220(2) | Total Default |
|---|---|---|---|---|---|---|---|---|
| Sr. No. | TANs | Short Payment | Short Deduction | Interest on TDS Payments Default | Interest on TDS Deduction Default | Late Filing Fee u/s 234E | Interest u/s 220(2) | Total Default |

No Transactions Present

**\*Notes:**

**1.Defaults relate to processing of statements and donot include demand raised by the respective Assessing Officers.**

**2.For more details please log on to TRACES as taxpayer.**

**PART H - Details of Turnover as per GSTR-3B**

| Sr. No. | GSTIN | Application Reference Number (ARN) | Date of filing | Return Period | Taxable Turnover | Total Turnover |
|---|---|---|---|---|---|---|

No Transactions Present

**Notes:-**

**1. The GSTN data displayed above includes internal stock transfers as well.**

## Contact Information

| Part of Form 26AS | Contact in case of any clarification |
|---|---|
| A | Deductor |
| A1 | Deductor |
| A2 | Deductor |
| B | Collector |
| C | Assessing Officer / Bank |
| D | Assessing Officer / ITR-CPC |
| E | Concerned AIR Filer/SFT Filer |
| F | NSDL / Concerned Bank Branch |
| G | Deductor |
| H | GSTN |

## Legends used in Form 26AS

**\*Status Of Booking**

| Legend | Description | Definition |
|---|---|---|
| U | Unmatched | Deductors have not deposited taxes or have furnished incorrect particulars of tax payment. Final credit will be reflected only when payment details in bank match with details of deposit in TDS / TCS statement |

| P | Provisional | Provisional tax credit is effected only for TDS / TCS Statements filed by Government deductors."P" status will be changed to Final (F) on verification of payment details submitted by Pay and Accounts Officer (PAO) |
|---|---|---|
| F | Final | In case of non-government deductors, payment details of TDS / TCS deposited in bank by deductors have matched with the payment details mentioned in the TDS / TCS statement filed by the deductors. In case of government deductors, details of TDS / TCS booked in Government account have been verified with payment details submitted by Pay and Accounts Officer (PAO) |
| O | Overbooked | Payment details of TDS / TCS deposited in bank by deductor have matched with details mentioned in the TDS / TCS statement but the amount is over claimed in the statement. Final (F) credit will be reflected only when deductor reduces claimed amount in the statement or makes additional payment for excess amount claimed in the statement |

**\*\*Remarks**

| Legend | Description |
|---|---|
| 'A' | Rectification of error in challan uploaded by bank |
| 'B' | Rectification of error in statement uploaded by deductor |
| 'C' | Correction/Rectification of error in Statement uploaded by SFT Filer |
| 'D' | Rectification of error in Form 24G filed by Accounts Officer |
| 'E' | Rectification of error in Challan by Assessing Officer |
| 'F' | Lower/ No deduction certificate u/s 197 |
| 'G' | Reprocessing of Statement |
| 'O' | Original Statement uploaded by SFT Filer |
| 'R' | Reversal of Entry in Original/Correction Statement uploaded by SFT Filer |
| 'T' | Transporter |

\# Total Tax Deducted includes TDS, Surcharge and Education Cess
\#\# Tax Deducted includes TDS, Surcharge and Education Cess
\+ Total Tax Collected includes TCS, Surcharge and Education Cess
\+\+ Tax Collected includes TCS, Surcharge and Education Cess
\*\*\* Total TDS Deposited will not include the amount deposited as Fees and Interest
\#\#\# Total Amount Deposited other than TDS includes the Fees , Interest and Other ,.etc

### Notes for Form 26AS

a. Figures in brackets represent reversal (negative) entries
b. In Part C, details of tax paid are displayed excluding TDS or TCS, payments related to Securities Transaction Tax and Banking Cash Transaction Tax
c. Tax Credits appearing in Part A, A1, A2 and B of the Annual Tax Statement are on the basis of details given by deductor in the TDS / TCS statement filed by them. The same should be verified before claiming tax credit and only the amount which pertains to you should be claimed
d. This statement is issued on behalf of the Income Tax Department. See Section 203AA and second provision to Section 206C(5) of the Income Tax Act, 1961 and Rule 31AB of Income Tax Rules, 1962
e. This statement does not include payments pertaining to Assessment Year (AY) other than the AY mentioned above and payments against penalties
f. Date is displayed in dd-MMM-yyyy format
g. Details of Tax Deducted at Source in Form 26AS, for Form 15G/15H includes transactions for which declaration under section 197A has been Quoted

### 1.Sections

| Section | Description | Section | Description |
|---|---|---|---|
| 192 | Salary | 194LD | TDS on interest on bonds / government securities |
| 192A | TDS on PF withdrawal | 194M | Payment of certain sums by certain individuals or Hindu Undivided Family |
| 193 | Interest on Securities | 194N | Payment of certain amounts in cash |
| 194 | Dividends | 195 | Other sums payable to a non-resident |
| 194A | Interest other than 'Interest on securities' | 196A | Income in respect of units of non-residents |
| 194B | Winning from lottery or crossword puzzle | 196B | Payments in respect of units to an offshore fund |
| 194BB | Winning from horse race | 196C | Income from foreign currency bonds or shares of Indian |
| 194C | Payments to contractors and sub-contractors | 196D | Income of foreign institutional investors from securities |
| 194D | Insurance commission | 206CA | Collection at source from alcoholic liquor for human |
| 194DA | Payment in respect of life insurance policy | 206CB | Collection at source from timber obtained under forest lease |
| 194E | Payments to non-resident sportsmen or sports associations | 206CC | Collection at source from timber obtained by any mode other than a forest lease |
| 194EE | Payments in respect of deposits under National Savings Scheme | | |
| 194F | Payments on account of repurchase of units by Mutual Fund or Unit Trust of India | 206CD | Collection at source from any other forest produce (not being tendu leaves) |
| | | 206CE | Collection at source from any scrap |
| 194G | Commission, price, etc. on sale of lottery tickets | 206CF | Collection at source from contractors or licensee or lease relating to parking lots |
| 194H | Commission or brokerage | | |
| 194I(a) | Rent on hiring of plant and machinery | 206CG | Collection at source from contractors or licensee or lease relating to toll plaza |
| 194I(b) | Rent on other than plant and machinery | 206CH | Collection at source from contractors or licensee or lease relating to mine or quarry |
| 194IA | TDS on Sale of immovable property | | |
| 194IB | Payment of rent by certain individuals or Hindu undivided family | 206CI | Collection at source from tendu Leaves |
| 194IC | Payment under specified agreement | 206CJ | Collection at source from on sale of certain Minerals |
| 194J | Fees for professional or technical services | 206CK | Collection at source on cash case of Bullion and Jewellery |
| | | 206CL | Collection at source on sale of Motor vehicle |
| 194K | Income payable to a resident assessee in respect of units of a specified mutual fund or of the units of the Unit Trust of India | 206CM | Collection at source on sale in cash of any goods(other than bullion/jewelry) |
| 194LA | Payment of compensation on acquisition of certain immovable | 206CN | Collection at source on providing of any services(other than Chapter-XVII-B) |
| 194LB | Income by way of Interest from Infrastructure Debt fund | 206CO | Collection at source on remittance under LRS for purchase of overseas tour program package |
| 194LC | Income by way of interest from specified company payable to a non-resident | 206CP | Collection at source on remittance under LRS for educational loan taken from financial institution mentioned in section 80E |
| 194LBA | Certain income from units of a business trust | | |
| 194LBB | Income in respect of units of investment fund | 206CQ | Collection at source on remittance under LRS for purpose other than for purchase of overseas tour package or for educational loan taken from financial institution |
| 194LBC | Income in respect of investment in securitization trust | | |
| | | 206CR | Collection at source on sale of goods |

**2.Minor Head**

| Code | Description |
|---|---|
| 100 | Advance tax |
| 102 | Surtax |
| 106 | Tax on distributed profit of domestic companies |
| 107 | Tax on distributed income to unit holder |
| 300 | Self Assessment Tax |
| 400 | Tax on regular assessment |
| 800 | TDS on sale of immovable property |

**3.Major Head**

| Code | Description |
|---|---|
| 0020 | Corporation Tax |
| 0021 | Income Tax (other than companies) |
| 0023 | Hotel Receipt Tax |
| 0024 | Interest Tax |
| 0026 | Fringe Benefit Tax |
| 0028 | Expenditure Tax / Other Taxes |
| 0031 | Estate Duty |
| 0032 | Wealth Tax |
| 0033 | Gift Tax |

**4.Type of Transaction**

| Code | Description |
|---|---|
| SFT-001 | Payment made in cash for purchase of bank drafts or pay orders or banker's cheque of an amount aggregating to ten lakh rupees or more in a financial year. |
| SFT-002 | Payments made in cash aggregating to ten lakh rupees or more during the financial year for purchase of pre-paid instruments issued by Reserve Bank of India under section 18 of the Payment and Settlement Systems Act, 2007 (51 of 2007). |
| SFT-003 | 03A - Cash deposits aggregating to fifty lakh rupees or more in a financial year, in or from one or more current account of a person. |
| | 03B - Cash withdrawals (including through bearer's cheque) aggregating to fifty lakh rupees or more in a financial year, in or from one or more current account of a person. |
| SFT-004 | Cash deposits aggregating to ten lakh rupees or more in a financial year, in one or more accounts (other than a current account and time deposit) of a person. |
| SFT-005 | One or more time deposits (other than a time deposit made through renewal of another time deposit) of a person aggregating to ten lakh rupees or more in a financial year of a person. |
| SFT-006 | Payments made by any person of an amount aggregating to— (i) One lakh rupees or more in cash; or (ii) Ten lakh rupees or more by any other mode, against bills raised in respect of one or more credit cards issued to that person, in a financial year. |
| SFT-007 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring bonds or debentures issued by the company or institution (other than the amount received on account of renewal of the bond or debenture issued by that company). |
| SFT-008 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring shares (including share application money) issued by the company. |
| SFT-009 | Buy back of shares from any person (other than the shares bought in the open market) for an amount or value aggregating to ten lakh rupees or more in a financial year. |
| SFT-010 | Receipt from any person of an amount aggregating to ten lakh rupees or more in a financial year for acquiring units of one or more schemes of a Mutual Fund (other than the amount received on account of transfer from one scheme to another scheme of that Mutual Fund). |
| SFT-011 | Receipt from any person for sale of foreign currency including any credit of such currency to foreign exchange card or expense in such currency through a debit or credit card or through issue of travellers cheque or draft or any other instrument of an amount aggregating to ten lakh rupees or more during a financial year. |
| SFT-012 | Purchase or sale by any person of immovable property for an amount of thirty lakh rupees or more or valued by the stamp valuation authority referred to in section 50C of the Act at thirty lakh rupees or more. |
| SFT-013 | Receipt of cash payment exceeding two lakh rupees for sale, by any person, of goods or services of any nature (other than those specified at Sl. Nos. 1 to 10 of Rule 114E) |
| SFT-014 | Cash deposits during the period 09th November, 2016 to 30th December, 2016 aggregating to (i) twelve lakh fifty thousand rupees or more, in one or more current account of a person; or (ii) two lakh fifty thousand rupees or more, in one or more accounts (other than a current account) of a person. Cash deposits during the period 1st April, 2016 to 9th November, 2016 in respect of accounts that are reportable. |

**Glossary**

| Abbreviation | Description |
|---|---|
| AIR | Annual Information Return |
| AY | Assessment Year |
| EC | Education Cess |
| SFT | Statement of Financial Transaction |

| Abbreviation | Description |
|---|---|
| TDS | Tax Deducted at Source |
| TCS | Tax Collected at Source |
| GSTIN | Goods and Services Tax Identification Number |

Salary / India

Last Updated: January 27, 2022

## Pilot

**Mean**    Median

Average Base Salary    Average Hourly Rate    Average Bonus

### ₹6,36,753 (INR)/yr    ₹306.13 (INR)/hr    ₹13,754 (INR)/yr



Compensation Data Based on Experience

The average pilot gross salary in India is ₹6,36,753 or an equivalent hourly rate of ₹306. In addition, they earn an average bonus of ₹13,754. Salary estimates based on **salary survey** data collected directly from employers and anonymous employees in India. An entry level pilot (1-3 years of experience) earns an average salary of ₹4,59,127. On the other end, a senior level pilot (8+ years of experience) earns an average salary of ₹8,01,170.

Data powered by SalaryExpert's Salary Assessor Platform.

### Do you work in HR or Compensation?

Try our professional compensation software to generate detailed salary and cost of living reports.

Try a Free Demo

## Salary Potential

Estimated Salary in 2027:

### ₹10,68,141 (INR)

5 Year Change:

### ▲ 68 %

## Explore Our Salary Database

Job Title

City, State, Country or US Zip

Search Our Database

## Disclaimer

*This page is a promotion for SalaryExpert's Assessor Series and is not intended for professional use.*

*Professionals should subscribe to SalaryExpert's Assessor Platform.*

*ERI's compensation data are based on salary surveys conducted and researched by ERI. Cost of labor data in the Assessor Series are based on actual housing sales data from commercially available sources, plus rental rates, gasoline prices, consumables, medical care premium costs, property taxes, effective income tax rates, etc.*

## Most Popular Skills for Pilot

| | |
|---|---|
| Starts engine | 83% |
| Reads gauges | 74% |
| Trains students | 69% |
| Evaluates students | 57% |
| Establishes goals | 46% |

See how skills can impact your salary

## Salary Difference by Location



Based on our compensation data, the estimated salary potential
for a Pilot will increase 68 % over 5 years.



| Baltimore | ▲ | 86.6 % |
|-----------|---|--------|
| Orlando | ▲ | 85 % |
| Washington | ▲ | 87.8 % |
| Alberta | ▲ | 84.7 % |
| Colorado | ▲ | 85.9 % |
| Connecticut | ▲ | 87.2 % |

View More

## Education



Bachelor
**39%**

- Bachelor **39%**
- High School **29%**
- Master **20%**
- Associate **9%**
- Doctorate **3%**
- Less Than HS **0%**

This chart displays the highest level of education for:
**Pilot**, the majority at 39% with bachelors.

**Typical Field of Study:** Plant Protection and Integrated Pest Management

See how education can impact your salary

## Salary by Country

| China | ▲ | 67.9 % |
|-------|---|--------|
| Germany | ▲ | 84.2 % |
| Mexico | ▲ | 29.3 % |
| New Zealand | ▲ | 83.2 % |
| Switzerland | ▲ | 88 % |
| United States | ▲ | 85.8 % |

View More

## Country Overview

**India**  💲 💲 💲 💲 💲

Cost of living is calculated based on accumulating the cost of food,
transportation, health services, rent, utilities, taxes, and miscellaneous.

View Cost of Living Page

India, officially the Republic of India (Hindi: Bhārat Gaṇarājya), is a country in
South Asia. It is the seventh-largest country by area, the second-most populous
country, and the most populous democracy in the world. Bounded by the Indian
Ocean on the south, the Arabian Sea on the southwest, and the Bay of Bengal on
the southeast, it shares land borders with Pakistan to the west; China, Nepal, and
Bhutan to the north; and Bangladesh and Myanmar to the east. In the Indian
Ocean, India is in the vicinity...

Sourced from Wikipedia

### ARE YOU PAID FAIRLY?

Calculate your market
salary rate to find out.

Calculate Salary

## Job Description

Pilot and navigate the flight of fixed-wing aircraft on nonscheduled air carrier
routes, or helicopters. Requires Commercial Pilot certificate. Includes charter
pilots with similar certification, and air ambulance and air tour pilots. Excludes
regional, National, and international airline pilots. Read More

## Similar Job Titles

No similar job titles found for this
position

**Exhibit J**

# Membership in professional associations



| | |
|---|---|
| **Membership Type** | Individual_Membership |
| **Email** | lesorellana7@yahoo.com |
| **Membership Start Date** | 09-08-2021 |
| **Membership End Date** | 09-08-2022 |
| **First Name** | Lester Eliazer |
| **Last Name** | Orellana Umanzor |
| **Address** | 121 Mirin Ave |
| **Address2** | |
| **City** | Roosevelt |
| **State** | New York |
| **Zip** | 11575 |
| **Home Phone** | |
| **Cell Phone** | 5169432594 |
| **Do you own an aircraft?** | No |
| **What is the highest rating you hold?** | Commercial |
| **How did you hear about USPA?** | Web Search (Google, Bing, etc) |

**United States Pilots Association**
Jan Hoynacki, Executive Director
1652 Indian Point Road
Branson, MO 65616
417-338-2225

# About USPA

📍 Home » About USPA »



## What We Do

The United States Pilots Association organizes flyouts several times per year to interesting destinations, primarily within the central United States. Each flyout is normally held in conjunction with a Wings seminar, which promotes education and safety. Organized tours of aircraft factories and aviation facilities are common, along with local attractions and free time to explore on your own or with other flying friends. Past events have included a special members-only tour of the NORAD defense facility, a behind-the-scenes tour of Johnson Space Center and factory tours of Mooney, Beechcraft and Cessna aircraft factories. To balance the aviation-themed activities, we also include group visits to local plays, theater productions and other attractions, which helps to encourage participation not only by pilots, but also their non-flying partners. Most USPA events are attended not only by pilots, but by their spouses as well. In addition, the USPA acts as a central coordinator and representative for state pilots associations, providing a way for state organizations to communicate with each other and to represent interests on the national stage.

## Why You Should Join Us

If you are looking for an excuse to fly your airplane, see new parts of the country and meet up with like-minded aviators, consider joining the USPA! Attending USPA events is a great way to expand your aviation horizons, become a safer pilot and enjoy long-weekend getaways either solo or with your spouse/partner. We hope you will consider

Limited Offer - Join US Pilots today and get the first year of membership free.    Join Today

Membership is only $20 – Join now!

## The Team

Meet the Executive Team

### David Forster

President

Dave lives on an airpark with his wife and Australian Kelpie, where he enjoys building and flying airplanes and is still trying to figure out what he wants to be when he grows up.

### Jan Hoynacki

Executive Director

Jan is a CFI, multi-engine, SE Land and Sea, Glider pilot with 7,000 hours and over 50 years' experience, past airport manager and corporate pilot, who has flown over many parts of the world, flew in an airshow, pulled a banner for her marina business, and now flies her Mooney Ovation 2 to USPA and other aviation events and on family trips.

### Gustavo Rodriguez

Vice President of Public Relations

### Mike Jesch

Vice President of safety and Education

Mike's been flying for over 40 years, with over 30 years in an airliner, including 17 as Captain. He's been a Flight Instructor since 1983, is a two-time Master CFI and the 2018 Long Beach FSDO FAAS Team Rep Of The Year. He owns and flies a Cessna 182 based in Southern California, where he lives with his wife of 30 years.

### JC Zalog

Treasurer

### Joe Berman

Secretary

Frequently Asked Questions

Limited Offer - Join US Pilots today and get the first year of membership free　　Join Today

USPA is directed by its officers and board who are elected on an annual basis by the individual members. The board includes voting delegates from affiliated states and local chapters.

An association of affiliated State Pilot Associations, local chapters, and individual members.

Board meetings are held at least once a year, and the annual membership meeting is usually held in Branson, MO in the spring.

## What are USPA's Goals?

The primary goal is to provide a forum for the members to make pilots in all states aware of their interests and concerns, and to empower the members to communicate those concerns with the support of a national organization (USPA). There are many subsidiary goals, including promoting each state organization, general aviation, and safety and aviation education in general.

## Where is USPA located?

USPA's registered office is in Branson, MO, and the annual membership meeting is generally held there. Board meetings and fly-ins are held at various locations in the United States, usually within affiliated states.

## Who are USPA's members?

There are three types of members: Affiliated State Pilot Associations, such as New Mexico Pilots Association, Missouri Pilots Association, etc. Local Chapters of USPA are organized at the local level. Individual members are generally pilots who wish to have voting privileges, hold office in USPA, and enjoy the many benefits of individual membership.

Get in touch with us for any specific questions you may have.

Contact Us

## Sign Up for our Newsletters

Name

Email

Subscribe

## Contact Info

United States Pilots Association
1652 Indian Point Road
Branson, MO 65616
jan@uspilots.org

## The United States Pilots Association

is a grassroots organization for pilots and those who love to fly, dedicated to safety, camaraderie and seeing our great country from the air.

Contact Us    Privacy Policy    Site Map    Join Today

Limited Offer - Join US Pilots today and get the first year of membership free.



AOPA

LESTER ELIAZER ORELLANA SR
1124177B | Renewal Month: October
Valued Member Since 2021

**AOPA.ORG**
**800.USA.AOPA (872.2672)**

**Pilot Information Center**
pilotassist@aopa.org

**Member Services**
memberservices@aopa.org

**AOPA App**
download.aopa.org/aopaapp

**AOPA Air Safety Institute**
airsafetyinstitute.org

**AOPA Foundation**
aopafoundation.org

**Pilot Protection Services**
aopa.org/pps

**Aviation Finance**
aopafinance.org

**Term Life and ADAD Insurance**
aopa.org/insurance

**Emergency Travel Assistance**
aopa.org/eoplus

**Auto & Home Insurance**
aopa.org/insurance

**Aviation Insurance
(Assured Partners Aerospace)**
ap-aerospace.com

**Car Rental** aopa.org/cars

**Hotel Discounts** aopa.org/hotels

**Pilot Supplies & Aircraft Parts**
(Aircraft Spruce) aopa.org/pilotsupplies

**Aircraft Title & Escrow**
(Aero-Space Reports) aopa.org/title

**AOPA World Mastercard®**
aopa.org/creditcard

CBD 11/17

🏠 › About AOPA

# ABOUT AOPA

**We are AOPA pilots. Hundreds of thousands strong and spanning 75 countries, we represent the largest aviation community in the world.**



What does it mean to be an AOPA pilot? For many of us, it means taking the controls of an aircraft and living out a dream that humans have pursued throughout the ages. For some, it means an aspiration to learn to fly, and for still others it simply means an unbridled enthusiasm for aviation and a desire to share it with others.

We take to the skies for many reasons, and are driven by motivations as varied as we are; while some of us fly to further business goals and stimulate the economy, others relish the exhilaration and the beauty that come with experiencing the world from a different perspective. While our community is remarkably diverse, there is one common idea that is shared by all AOPA pilots—a love of flight.

The AOPA team, operating out of offices in Frederick, Maryland, and Washington, DC, exists to protect and to grow the incredible privilege that we call general aviation. Whether it is through educating the public about the fun and the utility that aircraft can provide, preparing resources and training material to enhance the skills of pilots everywhere, or advocating for aviation within government agencies—it is our job to maintain the strength and vitality of the flying community.

Our mission is to ensure that the sky remains within reach of everyone who dreams of becoming a pilot.

## AOPA Membership

A comprehensive list of exclusive membership benefits and how to join AOPA or renew your membership.

**ABOUT MEMBERSHIP** ›

## AOPA's Annual Sweepstakes

Sweepstakes information and rules, plus articles, a blog, and photos of this year's airplane. Find out how you could win!

**Exhibit K**

Evidence of recognition for achievements and significant contributions to the industry or field by peers, governmental entities, or professional or business organizations

Exhibit K.1

Hyderabad, India   November 6, 2021

To whom this may concern:

I am writing this letter to support Captain Lester Orellana's EB-2 National Interest Waiver visa application.

My name is Marlon Orlando Diaz. I have a bachelor's degree in Aeronautical Sciences. I graduated in 2001 from the Honduran Air Force Academy. I have worked in the aeronautical industry for 20 years, during which time I have held different positions including the Chief of Operations and Training in the Military Aviation Academy. I have also served as a flight instructor in the Aeroclub De Honduras, Aerolineas Sosa and Isleña de Inversiones Airline (Avianca) with more than 9 thousand flight hours. Since 2006, I have been working as a Line Captain and support to the training department of Alliance Air (AIR INDIA).

I am writing this recommendation as a mentor to Captain Orellana.  I have known him since he first started his career in the aviation industry as a flight cadet in 2002, and he was one of my flight students at the Military Aviation Academy when I was assigned to that unit as an officer and flight instructor.

Captain Orellana was a student with exceptional abilities, he was dedicated and committed during all phases of flight training and military studies. As an outstanding student, he graduated with honors and was the top performing student in both academic courses and flight training in his class. Later in his military career he was awarded a scholarship by the government of Honduras to continue his aeronautical studies in Guadalajara, Mexico.

I had the opportunity to work with Captain Orellana again when he started his career in Air India in 2018, where we both currently serve as captains. In addition to flying commercial flights, he also participates as a trainer in Air India's internal training program, and thus far has trained approximately 35 pilots. Captain Orellana stands out among the crew not only for his leadership, but also for his remarkable expertise in pilot instruction. Additionally, during the outbreak of the worldwide COVID-19 crisis, Captain Orellana was one of the few pilots who was willing to put his personal safety at risk in order bringing medical supplies and vaccines to the most affected and needy areas of India.

Not only is Captain Orellana a diligent and knowledgeable pilot, but he also maintains high professional and ethical standard. His strong sense of responsibility and his leadership spirit in the aircraft always allows him to ensure operations in any mission.  He is an exceptional commercial pilot and trainer and a huge asset to Air India.

Please do not hesitate to contact me if you need any additional information.

 +91 6304384778 or at my personal email: marlon.diaz79@yahoo.com.

Capt  Marlon Orlando Diaz Calix

Air India

+91 6304384778

marlon.diaz79@yahoo.com

Tegucigalpa, October 25, 2021

To whom this may concern,

I am Captain Alvaro Zaldana. I am the Operation Manager for the ATR fleet at Avianca in Honduras. I began my career as a Pilot in the Honduran air force, in which I served the nation for 12 years. As my career proceeded, I became a commercial pilot in Avianca where I took up roles including Line Pilot, Flight Instructor, Simulator Instructor, Captains Instructor, Chief of Pilots and Operation Manager for several aircraft. I also served as an instructor pilot for the U.S. Bangla airline in Bangladesh.

I met Mr. Lester Orellana 19 years ago in the Honduran Air Force, where I served as a Military Pilot and Flight Instructor. After retiring from the Air Force, Mr. Lester Orellana was employed by Avianca Holdings S.A. between September 02, 2013 and August 29, 2018, and he was based at Toncontin International Airport. From the very first day I met him, Mr. Orellana showed commitment and perseverance to reach his goals.

It has been a pleasure  working with Mr. Lester Orellana over the past 5 years, he served as a Captain for our newest aircraft the ATR 72 600. During tenure at Avianca , Mr. Lester Orellana reached a total of 3009.6 flying hours, and he has demonstrated a high degree of professionalism and dedication while strictly complying with our standard operating procedure (SOPs) and regulations.

I can mention that in 2002 when Mr. Lester Orellana first joined the Honduran Air Force, he was always a top student of his class and he was the only one whose English was proficient, which was also one of his strengths while developing his career in the aviation Industry. The same year he won a Scholarship to study aviation in the Army and Air Force University in Mexico.

By the time he left the military, he had already acquired all the certifications needed to start a career in commercial aviation. After evaluating his profile, Avianca gave him the opportunity to take up the role of First Officer flying the ATR42-300. He thereafter completed a one-year training program in the ATR72-600 and after meeting all the requirements set by the company, he was promoted to Captain for the ATR72-600 aircraft. The company soon noticed the potential capability and professionalism he had demonstrated, and considered him a candidate as a future flight instructor. However, by that time, Mr. Orellana had decided to further pursue his career in India.

I would recommend any airline to hire Mr. Lester Orellana as he would be a great asset to any airline and I wish him all the best in any future endeavors. If you have any doubts or question regarding this recommendation, please do not hesitate to contact me.

Regards

Captain Alvaro Zaldana
Operation Manager Avianca, Honduras
Telephone: +504-88766259
Email: zaldanaestrada@yahoo.com

To whom this may concern,

My name is Jose Luis Sauceda Sierra. I am the Commander of the "Command of Joint Doctrine and Military Education of the Armed Forces" (CODOCEM), an institution in charge of the Military Education System in Honduras. Prior to this position, I was a Honduran Air Force Commander. I obtained a master's degree in Business Administration and I have served the nation as a military pilot since January 1986 (32years and 11 months).

I met Mr. Lester Orellana in 2005 when he became a Second Lieutenant and Military Pilot in The Honduran Air Force, since then I have witnessed the development of his career in the aviation field. In January 2012 when I was the Commander of the Air Force Base AEE at Lima, Cortes, I started to directly work with Mr. Lester Orellana.

During his career as an officer, Mr. Orellana served as Head of Archives at the National Defense University of Honduras. During his service in the Air Base Colonel Armando Escalon Espinal, he held a series of positions including Chief of Human Resources, Chief of Public Relations, Chief of Flight Safety and Investigator of Air Accidents and Deputy Chief of the Air Operations Division.

Mr. Orellana has actively participated in several important projects in the Honduran Armed Force including support for projects at the local and national level. Two of these projects which I will describe below are the establishment of the flight dispatch office and flight safety office. Mr. Orellana played a key role in planning and establishing the dispatch office through drafting the appropriate operating policies and designing the organization structure. His role was essential for ensuring flight safety, as well as the investigation of accidents of any kind.

In addition, he made significant contributions in flight and aviation education at the EVCOAR Flight School. In this institute, he held various positions including Academic Chief, flight safety officer, as well as ground and flight instructor. As the Academic Chief, Mr. Orellana was able to develop his own academic plans, which were approved and implemented the Honduran civil aviation authority.

Additionally, his active participation and dedication in the medical brigade organization as part of the Air Force in the community, benefited more than 15,000 people from underserved communities with limited resources, and in the participation of relevant events such as the SPS Air Show, for the benefit of institutions such as the Hospital Mario Catarino Rivas and the foundation of children with cancer. He contacted all the specialized international pilots to perform in the air show, connected with the media and found sponsors for the event. Since this is an annual event, he also participates in an annual basis.He was also responsible for the financial management and control for the reconstructions of the Hospital Catarino, thanks to his effort in this event, the Air Force was able to improve the delivery department and expansion of the Pediatric Oncology department at the Hospital.

I add in advance the attention that this letter deserves and in hope of a favorable response to my recommendation

Jose Luis Sauceda Sierra
Brigadier General
Telephone: +504- 96200332
Email:jsaucedas66@gmail.com

To whom this may concern,

My name is Juan Ramon Bautista Velasquez. I am the liaison officer of the Honduran armed forces before the national congress. I am a Coronel of the Honduran Air Force with a Bachelor of Business Administration (2005), Bachelor of Aviation (2009), Lawyer (2020), Master of Technology and Resource Management (2003) and a Specialty Degree in Defense and National Security (2015), with 36 years of experience as a military pilot.

I met Mr. Lester Eliazer Orellana Umanzor in 2007, when I was assigned to the Air Force Base "Colonel Armando Escalon Espinal". I later became the Commander of the Base. Mr. Lester Eliazer Orellana Umanzor was an active member of the Honduran Air Force from 2002 to 2013. He worked under my command as a Second lieutenant and First lieutenant as a military Pilot. He also served in administrative positions including Head of Human Resources, Flight Safety, Civil Affairs and in the area flight operations of the air base, with outstanding performance in all roles.

During his 12 year career in the military, Mr. Orellana took part in international courses as a Military Pilot at the University of the Mexican Army and Air Force. In addition, he also went through International Antiterrorism training, Flight Physiology, International Flight Safety and Accident Investigator training in the United States Air Force.

His master's degree thesis "Financial Evaluation of Repowering the fleet of A-37B versus Buying A-29" allowed the Honduran Air Force to benefit from his scientific research, thereby achieving a positive and favorable impact. In the "Cnel. Armando Escalón Espinal" Air Force Base, at La Lima, Cortés, there is the squadron of A-37B Dragonflies, those airplanes are used to intercept illegal aircraft that fly over national airspace. However, the high cost of operation and the obsolete avionics of these aircraft made it difficult to carry out this task effectively. Therefore, it was necessary to determine whether it was more feasible to invest in the repowering of the existing fleet of A-37B aircraft or to purchase a new fleet of A-29 Super Tucanos, the aim was to develop a project that would improve the operability and speed of certain aircraft of our Institution. Thanks to his scientific thesis, the Honduran Air Force was able to implement the project for the benefit of the fleet of A-37B aircraft By that time The Honduran Air Force was planning to acquire a new aircraft in order to make the air defense stronger, But the scientific thesis of Mr. Lester Orellana suggested that It was beneficial for the Armed Forces, Repower the actual aircraft instead of buying the new one. The project was presented to the Honduran Air Force commander and later to the Congress, where it was decided to implement these changes in the aircrafts., which strengthened the national security system in Honduras. His achievement granted him different honorable mentions and he was also awarded with the Bronze Flying Medal by The Joint Chiefs of Staff of the Armed Forces in Honduras. Having put this project into practice was of great benefit to the Honduran Air Force and therefore to our country, saving considerable cost in the national budget, in addition to strengthening and ensuring the defense of the Honduran airspace, improving the action plan in missions to combat the drug trafficking and others of national interest.

Juan Ramon Bautista Velasquez
Liaison officer of the Honduran armed forces before the national congress
Telephone: +504-97130556
Email: jrbv60@gmail.com

Exhibit K.2

# Recognition from Government Organizations

| | |
|---|---|
| **ID:** | 1071078 |
| **Recibo N°** | 9311091 |
| Receipt N° | |
| **Derechos L.** | L. 100.00 |
| Fee | |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICADO**

Número de Páginas del documento:    **1**

**Number of pages in the document**

Solicitado por:    LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,    martes, 18 de enero de 2022
 **City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**    ★  ★  ★    1071078
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**
**Elaboró / Prepared by:**    Kerlyn Burgos
Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

# MEMORANDUM

DGAC No. 001-2013

TO:     CAPT. ROLANDO FELIPE MARTINEZ
HEAD OF ACCIDENT AND INCIDENT PREVENTION AND
INVESTIGATION

FROM:     BRIGADIER GENERAL     *Illegible Signature*
MANUEL ENRIQUE CACERES
GENERAL DIRECTOR     *ILLEGIBLE SEAL*

RE:     APPOINTMENT OF A COMMISSION / HR-AWG AIRCRAFT
ACCIDENT

DATE:     JANUARY 03, 2013

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I hereby notify that the following individuals are appointed:

1. Investigator in Charge:     Capt. Rolando Martinez
2. Airworthiness Investigator SPS:     Nelson Vallejo
3. Meteorology:     B.A. Francisco Argeñal
4. Technical Engines of the Operator SPS:     Mr. Mario Soto
5. Air Traffic SPS     Mr. Wilfredo Salgado
6. Airworthiness Officer in Charge SPS     Mr. Fredy Osorio Midence
7. Operations TGU     Capt. Carlos O. Padgett
8. Operations FAH, SPS     Lieutenant Lester Orellana Umanzor
9. Acsa Adviser     Miguel Pacheco

To integrate the Commission of Investigation of the Accident of the Aircraft
JETSTREAM 3100, with registration HR-AWG, which is owned by the company EASY
SKY, rugged in the city of San Pedro Sula, last December 31 of 2012.

Please take note.

Sincerely,

C/Archive**
MEC/nv**






SECRETARIA DE OBRAS PUBLICAS, TRANSPORTE Y VIVIENDA
DIRECCION GENERAL DE AERONAUTICA CIVIL
APARTADO POSTAL 30145
TEGUCIGALPA M.D.C. HONDURAS C.A.

# MEMORANDUM

DGAC N° 008-2013

**PARA:**    CAP. ROLANDO FELIPE MARTINEZ
JEFE DE PREVENCION Y INVESTIGACION DE ACCIDENTES E
INCIDENTES

**DE:**    GENERAL DE BRIGADA
MANUEL ENRIQUE CACERES
DIRECTOR GENERAL

**ASUNTO:**    NOMBRAMIENTO DE COMISION, ACCIDENTE DE LA
AERONAVE HR - AWG

**FECHA:**    08 DE ENERO DE 2013

Por este medio me permito notificar que queda nombrada la comision:

1. Investigador a Cargo               Cap. Rolando Martinez
2. Inspector de Aeronavegabilidad SPS   Nolan Nuñez
3. Meteorologia                        Lic. Jose ____ Aguilar
4. Motores Convencionales, turbohelice SPS   ____ Moncada
5. Transito Aereo SPS                  ____ Matute Orellana
6. Encargado Aeronavegabilidad SPS     Ing. Enrique M. Rosa
7. Operaciones DGAC                    Cap. Juan A. Paredes
8. Operaciones de Vuelo SPS            Ing. ____ Ordoñez Herrera
9. Asesoria Legal                      Miguel ____ Leon

Para que integren la Comision de Investigacion del Accidente de la Aeronave
BEECHCRAFT 300 Matricula HR-AWG, la cual es propiedad de la Empresa TASA
y que accidentada en inmediaciones de San Pedro Sula ocurrido el 30 de Diciembre del 2012.

Es cuanto informo.

Atentamente.

CC/Archivo
ME/____

**ID:** 1071073

**Recibo N°** 9310953
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICADO**

Número de Páginas del documento:   **1**
**Number of pages in the document**

Solicitado por:   **LESTER ELIAZER ORELLANA UMANZOR**
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,   martes, 18 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



_____

MARCELA MARIA BENDAÑA CASTRO

ENCARGADO DE LA UNIDAD DE TRADUCCION

OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**   ★ ★ ★   1071073

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,

**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Kerlyn Burgos

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

# Mayor Richard J. Berry

## 2011 Certificate of Appreciation

### Presented to

## 1Lt Lester Orellana Umanzor

Thank you for your high level of training excellence for the
International Flight Safety Officer Course at Kirtland Air Force Base.





Mayor Richard J. Berry

April 29, 2011

| | |
|---|---|
| **ID:** | 1071921 |
| **Recibo N°** Receipt N° | 9316052 |
| **Derechos L.** Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento: **1**
**Number of pages in the document**

Solicitado por: LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A., miércoles, 19 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.** ★ ★ ★    1071921
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:** Karen Yessenia Paguada Caceres
Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**Tegucigalpa M.D.C., on June 15th of 2009**

Mr.
Major General of the Air Force of Honduras
Brig. Gen. Luis Javier Prince Suazo

Respected General Prince Suazo

It is with great pleasure that I congratulate you on the availability and courtesy of the personnel under your command, who supported the Conferences of Family Coexistence held for migrant workers on May 24th in Tegucigalpa and June 07th in San Pedro Sula this year.

For which I request to extend my gratitude to the people who contributed to this activity and who detailed below:

Aviation Colonel of D.E.M.A Hilmer Enrique Hermida Alvez
Aviation Lieutenant Colonel D.E.M.A. Jorge Humberto Muñoz
Lieutenant of Air Defense Gabriel Mariasses Enamorado
Lieutenant of Facility Safety Christian Javier Orellana
Aviation Deputy Lieutenant Lester Eleazer Orellana

Having recorded Mrs. Mirna Rodriguez, Officer in charge of the International Organization for Migration (OIM) in Honduras

MINISTRY OF
NATIONAL
DEFENSE
MINISTER
HONDURAS, C.A.

*[Illegible Signature]*
**Angel Orellana Mercado**
**State Secretary**

*AIR FORCE
MAJOR GENERAL
OFFICE
TEGUCIGALPA,
HONDURAS*

*COPY AEG – Illegible Signature*





# Secretaría de Estado en el Despacho de Defensa Nacional
## REPÚBLICA DE HONDURAS

Tegucigalpa M.D.C., 15 de junio del 2009

Señor
Comandante Gral. de la F.A.H.
Gral. de Bgda.: Luis Javier Prince Suazo
Su oficina

Estimados Gral. Prince Suazo:

Con sumo agrado me permito felicitarlo por la disponibilidad y cortesía que el personal bajo su mando, apoyo las Jornadas de Convivio Familiar, realizadas para los trabajadores migrantes los días 24 de mayo en Tegucigalpa y el 07 de junio en San Pedro Sula del corriente año.

Por lo que le solicito hacer extensivo mi agradecimiento a las personas que contribuyeron a esta actividad y las cual detallo a continuación:

Coronel de Aviación D.E.M.A. Hilmer Enrique Hermida Alvez
Teniente Coronel de Aviación D.E.M.A. Jorge Humberto Muñoz
Teniente de Defensa Aérea Gabriel Manasses Enamorado
Teniente de Seguridad de Instalaciones Christian Javier Oseguera
Sub-Teniente de Aviación Lester Eleazer Orellana

De ello, ha dejado constancia, la Sra. Mirna Rodríguez, Oficial Encargada de la Organización Internacional para las Migraciones (OIM) en Honduras.

Angel Edmundo Orellana Mercado
Secretario de Estado

Copia Sara A̶.

# Recognition from
# Honduras Air Force

[LOGO]
MAJOR F.A.P.A.DEMA
MARTIN DAVID GALLARDO MACIEL
MAJOR OF THE CADET CORPS E.M.A.

CADET: LESTER ELIAZER ORELLANA UMANZOR

WITH PRIDE AND GREAT SATISFACTION, I AM PLEASED TO OFFER YOU A WELL-DESERVED RECOGNITION OF YOUR EFFORT, DEDICATION AND PROFESSIONALISM, WHICH TO DATE IS REFLECTED WITH THE IMPOSITION OF THE GOLDEN WINGS THAT ACCREDIT YOU AS A MILITARY PILOT.

HIS PERFORMANCE IN THE CADET CORPS, OF WHICH I AM MAJOR, WAS BY FAR SATISFACTORY. I HOPE THAT IN YOUR FUTURE LIFE AS DISTINGUISHED OFFICER OF THE AIR FORCE OF THE REPUBLIC OF HONDURAS, YOU WILL BE FULL OF TRIUMPHS, ACHIEVED GOALS AND ESPECIALLY OF HAPPY LANDINGS, AND THAT THE KNOWLEDGE YOU HAVE ACQUIRED IN THIS MILITARY TRAINING BE PUT AT THE SERVICE OF YOUR COUNTRY, WITH SKILL, LOYALTY AND EFFICIENCY.

TO YOUR FAMILY AND LOVED ONES, I EXPRESS MY RESPECT AND GREETINGS, IN THE CERTAINTY THAT THEY WILL BE PROUD OF YOUR RETURN HOME WITH THE SATISFACTION OF DUTY DONE.

FOR YOUR COMMANDERS AND CHIEFS, I EXTEND A RESPECTFUL AND CORDIAL GREETING AS COMRADES IN ARMS, AS WELL AS MY APPRECIATION OF YOUR WORK.

*[Illegible Signature]*



**MAYOR F.A.P.A.DEMA.**
**MARTIN DAVID GALLARDO MACIEL**
**Comandante del Cuerpo de Cadetes E.M.A.**

CADETE
# LESTER ELIAZER ORELLANA UMANZOR

CON ORGULLO Y GRAN SATISFACCIÓN, ME ES GRATO BRINDARLE UN MERECIDO RECONOCIMIENTO A SU ESFUERZO, DEDICACIÓN Y PROFESIONALISMO, LO QUE A LA FECHA SE REFLEJA CON LA IMPOSICIÓN DE LAS ALAS DORADAS DE PECHO QUE LO ACREDITAN COMO PILOTO AVIADOR MILITAR.

SU DESEMPEÑO EN EL CUERPO DE CADETES, DEL CUAL SOY COMANDANTE, FUE POR DEMÁS SATISFACTORIO. DESEO QUE EN SU VIDA FUTURA COMO DISTINGUIDO OFICIAL DE LA FUERZA AÉREA DE LA HERMANA REPÚBLICA DE HONDURAS, SEA PLENA DE TRIUNFOS, METAS LOGRADAS Y EN ESPECIAL DE FELICES ATERRIZAJES Y QUE LOS CONOCIMIENTOS QUE ADQUIRIÓ EN ESTE PLANTEL DE FORMACIÓN MILITAR SEAN PUESTOS AL SERVICIO DE SU PAÍS, CON PRESTANCIA, LEALTAD Y EFICACIA.

PARA SU FAMILIA Y SERES QUERIDOS, MANIFIESTO MIS RESPETOS Y SALUDOS, EN LA CERTIDUMBRE QUE ESTARÁN ORGULLOSOS DE SU RETORNO AL HOGAR CON LA SATISFACCIÓN DEL DEBER CUMPLIDO.

PARA SUS COMANDANTES Y JEFES, HAGO EXTENSIVO UN RESPETUOSO Y CORDIAL SALUDO COMO COMPAÑEROS DE ARMAS, ASÍ COMO MI RECONOCIMIENTO A SU LABOR.



| | |
|---|---|
| **ID:** | 1072742 |
| **Recibo N°** Receipt N° | 9322433 |
| **Derechos L.** Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:  **2**
**Number of pages in the document**

Solicitado por:  LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,  viernes, 21 de enero de 2022
**City and date**





Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO

MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.** ★ ★ ★   1072742
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**  Karen Yessenia Paguada Caceres
Puede ser consultado en el siguente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

COAT OF
ARMS OF THE
REPUBLIC OF
HONDURAS

AIR FORCE OF
HONDURAS

*The Rector of the Military Academy of the North*
*Grants the present:*

# *Diploma of Acknowledgment*

## To: *Aviation Lieutenant*
## *Lester E. Orellana Umanzor*

*For his valuable collaboration as an instructor during the courses*
*ABAOR & CIAOR*

**Issued in La Lima, Cortes**
**On the 19th day of November of 2011.**

AIR FORCES OF
HONDURAS
RECTOR
MILITARY
ACADEMY OF
THE NORTH



*Infantry Colonel D.E.M.*
*Illegible Signature*
RENE ANTONIO HEPBURN BUESO
RECTOR

*Military Academy of the North*
*Registered under No. 1593*
*Folio 50 of the Volume Z*
*Date: November 21st of 2011*
***Illegible Signature***

AIR FORCES OF HONDURAS

MILITARY ACADEMY OF THE NORTH



# FUERZAS ARMADAS DE HONDURAS
## INSTITUTO DE PREVISION MILITAR
## LICEO MILITAR DEL NORTE




*EL SR. RECTOR DEL L.M.N.*
*OTORGA EL PRESENTE*

## RECONOCIMIENTO

**A L:**   **TENIENTE DE AVIACION**
## LESTER E. ORELLANA UMANZOR

POR SU VALIOSA COLABORACION COMO
INSTRUCTOR DURANTE LA REALIZACION DE LOS
CURSOS ABAOR Y CIAOR



EXTENDIDO EN LA LIMA, CORTES
19 DE NOVIEMBRE DEL AÑO 2011

CORONEL DE INFANTERIA D.E.M.

RENE ANTONIO HEPBURN BUESO
RECTOR



LICEO MILITAR DEL NORTE
Registro Bajo el No. 1593
Del ARMO N5. del Tomo 2
Fecha

| | |
|---|---|
| **ID:** | 1072549 |
| **Recibo N°** <br> Receipt N° | 9322445 |
| **Derechos L.** <br> Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**VARIOS DOCUMENTOS**

Número de Páginas del documento:     **1**

**Number of pages in the document**

Solicitado por:     LESTER ORELLANA UMANZOR

**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,     jueves, 20 de enero de 2022

**City and date**





Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO

MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**     ★ ★ ★     1072549

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,

**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**     Fabiola Castillo

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx



[Coat of Arms]

**REPUBLIC OF HONDURAS**
**INSTITUTE RAFAEL PINEDA PONCE**
**AIR BASE, LA LIMA CORTES**

*Grants the present:*

# *Diploma of Acknowledgement*

## *To: Lester Orellana*

*For his valuable collaboration and dedication to the teaching process.*

*INSTITUTE*
*RAFAEL PINEDA*
*PONCE*
*PRINCIPAL*
*AIR BASE, LA*
*LIMA CORTES*

*Illegible Signature*
B.A. Pia Levivi Fugon
Principal

REPÚBLICA DE HONDURAS

# Instituto Rafael Pineda Ponce
## Base Aérea, La Lima, Cortés

**Otorga el presente**

# Diploma de Reconocimiento

A: *Lester Orellana*

*Por su valiosa colaboración y buen desempeño en el proceso de enseñanza.*

Lic. Pía Zeviví Fugón
**Directora**

**ID:** 1072548

**Recibo N°** 9322445
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**VARIOS DOCUMENTOS**

Número de Páginas del documento: **1**
**Number of pages in the document**

Solicitado por: LESTER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A., jueves, 20 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.** 1072548
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:** Fabiola Castillo

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**ARMED FORCES OF HONDURAS**
**NAVAL FORCE OF HONDURAS**
**NAVAL EDUCATIVE CENTER**



The Principal of the Naval Educative Center
Grants the present:

*Diploma of Acknowledgement to:*

**Aviation Lieutenant**

**Lester Orellana Umanzor**

For his valuable collaboration provided to the Naval Educative Center as Instructor of the Naval
Command Training Academy (ECAMAN)

**Issued in Puerto Cortes, Cortes, on the 04th day of August of 2010**

Captain of Frigate DEMN
*Illegible Signature*

NAVAL FORCES
OF HONDURAS
PRINCIPAL OF
THE NAVAL
EDUCATIVE
CENTER

Nelson Armando Cruz Lazo
Principal of the Naval Educative Center - NHO 1864



**FUERZAS ARMADAS DE HONDURAS**

**FUERZA NAVAL**

**CENTRO DE ESTUDIOS NAVALES**

**EL SEÑOR DIRECTOR DEL CENTRO DE ESTUDIOS NAVALES ENTREGA EL PRESENTE**

## DIPLOMA DE RECONOCIMIENTO

AL: Teniente de Aviación

### Lester Orellana Umanzar

*Por su valiosa colaboración brindada al Centro de Estudios Navales como Instructor de la Escuela de Capacitación de Mandos Navales (ECAMAN)*

**Puerto Cortes, Cortes, 4 de Agosto del 2010.**



| | |
|---|---|
| **ID:** | 1072987 |
| **Recibo N°**<br>Receipt N° | 9322470 |
| **Derechos L.**<br>Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS



SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:     **1**
**Number of pages in the document**

Solicitado por:     Lester Eliazer Orellana Umanzor
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,     viernes, 21 de enero de 2022
 **City and date**





Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO

MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**          **1072987**

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,

**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Diana Palma

Puede ser consultado en el siguiente link:  http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**Armed Forces of Honduras**
**Air Force of Honduras**
**Air Base**
**Col. Armando Escalon Espinal**
**San Pedro Sula, Cortes**

*Grants the present:*

## *Letter of Commendation to*

## **Second Lieutenant of Aviation**

# **Lester Eliazer Orellana**

*For his invaluable support rendered during the Aerial Performance*
*and concluding the event successfully.*

*AERIAL*
*PERFORMANCE*
*2009*
*Air Base Col.*
*Armando Escalon*
*Espinal*
*La Lima, Cortes*

**Issued in the Air Base Col. Armando Escalon Espinal, on the 22nd**
**day of June of 2009**

*AIR FORCE*
*COLONEL*
*ARMANDO*
*ESCALON*
*ESPINAL*

**Illegible Signature**
*Major of Air Base A.E.E.*



TRANSLATION

HONDURAS
CENTRAL AMERICA




**FUERZAS ARMADAS DE HONDURAS**
**FUERZA AEREA HONDUREÑA**
**Base Aérea**
**"CNEL ARMANDO ESCALON ESPINAL"**
San Pedro Sula, Cortes.

# OTORGA LA PRESENTE

# CARTA
# de ENCOMIO a:

### SUBTENIENTE DE AVIACION

## Lester Eliazer Orellana.

Por Su Invaluable Apoyo Durante
### EL ESPECTACULO AEREO 2009
Permitiendo Con Esto El Éxito De Dicho Evento



**Extendido en La Base Aérea Cnel. Armando Escalón Espinal**
**a los 22  días del Mes de Junio de 2009**



_____
Señor Comandante de Base A.E.E.

| ID: | 1072518 |
|---|---|
| **Recibo N°** Receipt N° | 9322576 |
| **Derechos L.** Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:     **2**
**Number of pages in the document**

Solicitado por:     **LESTER ORELLANA**
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,     jueves, 20 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**     **1072518**

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**     Kiara Acosta

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**Armed Forces of Honduras**
**Air Force of Honduras**
**Air Base Colonel Armando Escalon Espinal**
**San Pedro Sula, Cortes**

AIR FORCE OF HONDURAS

AIR BASE COLONEL ARMANDO ESCALON E.

Grants the present:

## Letter of Commendation to

## Second Lieutenant of Aviation

## Lester Eliazer Orellana Umanzor

*For his invaluable support rendered during the 39th OEA*
*(Organization of American States) General Assembly*
*San Pedro Sula, Honduras, C.A.*
*No Violence*

ORGANIZATION OF AMERICAN STATES

**Issued in the Air Base Col. Armando Escalon Espinal, on the 05th day of June of 2009**

AIR FORCE COLONEL ESCALON SAN PEDRO SULA, HONDURAS

*Illegible Signature*
Major of Air Base A.E.E.



*Air Force of Honduras*
*Air General Staff*
*Registered under No. 48074*
*Folio 161 of the Volume VI*
*Date: June 22nd of 2009*

**Illegible Signature**

AIR FORCES OF
HONDURAS

AIR GENERAL
STAFF


TRANSLATION

HONDURAS
CENTRAL AMERICA



**FUERZAS ARMADAS DE HONDURAS**
**FUERZA AEREA HONDUREÑA**
**Base Aérea**
**"CNEL ARMANDO ESCALON ESPINAL"**
San Pedro Sula, Cortes.



## OTORGA LA PRESENTE

# CARTA
## de ENCOMIO a:

### Sub Teniente de Av.
# Lester Eliazer Orellana Umanzor

### Por su **valioso** aporte durante
### La 39 Asamblea General de La OEA
(Organización Estados Americanos)
San Pedro Sula, Honduras C.A.

La NO violencia



39 ASAMBLEA GENERAL OEA

**Extendido en La Base Aérea Cnel. Armando Escalón Espinal**
**a los 5 días del Mes de Junio de 2009**



Señor Comandante de Base A.E.E.

# FUERZA AEREA HONDUREÑA
## ESTADO MAYOR GENERAL AEREO

Registrado Bajo el Número _48074_

del Folio No. _161_ del Tomo No. _VI_

Fecha: _JULIO DE 2009_

el Depto. de Personal F.A.H.

| | |
|---|---|
| **ID:** | 1072687 |
| **Recibo N°** Receipt N° | 9322558 |
| **Derechos L.** Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS



SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**DIPLOMA DE ESTUDIOS**

Número de Páginas del documento:　**2**
**Number of pages in the document**

Solicitado por:　LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,　viernes, 21 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**　★　★　★　1072687

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,

**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**　Kerlyn Burgos

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

## MINISTRY OF NATIONAL DEFENSE
## ARMED FORCES OF HONDURAS
### [AIR FORCE EMBLEM]   [MILITARY FORCE EMBLEM]   [NAVAL FORCE EMBLEM]

[COAT OF ARMS OF HONDURAS]

## THE CHAIRMAN OF THE JOINT CHIEFS OF STAFF
## OF THE ARMED FORCES OF HONDURAS

*Whereas:*

*The President of the Republic pursuant to Government
Agreement and the General Board of Military Decorations
and Honors grants to*

**Lieutenant of Aviation**

# Lester Eliazer Orellana Umanzor

*The Decoration*
**Medal "Bronze Flying Cross"**



*Therefore:*

*It is issued the present Diploma certifying him in possession
of the indicated Decoration.*

**Issued in the Joint Chief of Staff, Tegucigalpa, M.D.C. on
the 11th day of December of 2011.**

<u>***Illegible Signature***</u>
B.A. Marlon Pascua Cerrato
Secretary of Ministry of National Defense

<u>***Illegible Signature***</u>
Division Gen. Rene A. Osorio Canales
Chairman of the Joint Chiefs of Staff

MINISTRY OF
NATIONAL
DEFENSE
HONDURAS, C.A.

ARMED FORCES
OF HONDURAS
CHAIRMAN OF
THE JOINT
STAFF

Joint Chiefs of Staff
Registered under No. 3877, folio 084 of Volume XV
Date: December 06th of 2011

**_Illegible Signature_**

Personnel Director

JOINT CHIEFS OF
STAFF
PERSONNEL
DIRECTOR
HONDURAS, C.A.





**EL JEFE DEL ESTADO MAYOR CONJUNTO DE LAS FUERZAS ARMADAS DE HONDURAS**

*Por Cuanto:*

*El Presidente de la República en Acuerdo Gubernativo No. y a propuesta del Consejo General de Condecoraciones y Distinciones Militares ha conferido, a:*

*Teniente de Aviación*

## LESTER ELIAZER ORELLANA UMANZOR

# *La Condecoración*

## MEDALLA "CRUZ DE VUELO EN BRONCE"

*Por Tanto:*

*Le extiende el presente Diploma que lo acredita en posesión de la Condecoración indicada*

*Dado en la Jefatura del Estado Mayor Conjunto, Tegucigalpa, M.D.C. a los*

once *días del mes de* diciembre *del año* dos mil once

Licenciado MARLON PASCUA CERRATO
SECRETARIO DE ESTADO EN EL DESPACHO DE
DEFENSA NACIONAL

Gral. de División RENE A. OSORIO CANALES
JEFE DEL ESTADO MAYOR CONJUNTO

## ESTADO MAYOR CONJUNTO

Registrado bajo No. 3877

084   Tomo XU

06-12-11

DIRECTOR DE PERSONAL

**ID:** 1072988

**Recibo N°** 9322470
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS



★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento: **1**
**Number of pages in the document**

Solicitado por: Lester Eliazer Orellana Umanzor
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A., viernes, 21 de enero de 2022
 **City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**  1072988

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,

**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:** Diana Palma

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

*Air Force of Honduras*
*Air Force Base*
*Col. Armando Escalon Espinal*

AIR FORCE OF
HONDURAS

AIR BASE
COLONEL
ARMANDO
ESCALON E.

*Whereas:*

# Aviation Lieutenant
# Lester Eliazer Orellana Umanzor

*Has excelled remarkably as*

## Officer of the Year

*It is granted the:*

## Diploma of Acknowledgement

**Issued in San Pedro Sula, Cortes, on the 09th day of July of 2010.**

AIR FORCE
COLONEL
ARMANDO
ESCALON
ESPINAL

*Illegible Signature*

*Aviation Lieutenant Colonel*
*JUAN CARLOS GONZALES MOLINA*
*Major of Air Base Col. A.E.E.*






**FUERZA AEREA HONDUREÑA**
**BASE AEREA**
## Cnel. Armando Escalón Espinal
San Pedro Sula, Honduras.
**POR CUANTO**

## El Teniente de Aviación

# Lester  Eiaser  Orellana  Umanzor

### Se Ha Destacado de Manera Sobresaliente Como

# OFICIAL DEL AÑO

## SE LE EXTIENDE EL PRESENTE

# DIPLOMA
# DE RECONOCIMIENTO

Extendido en San Pedro Sula, Depto. De Cortes a los 9 días del Mes de Julio de 2010

TENIENTE CORONEL DE AVIACION
**JUAN CARLOS GONZALES MOLINA**
SEÑOR COMANDANTE DE BASE AEREA CNEL. A.E.E.

| | |
|---|---|
| **ID:** | 1071858 |
| **Recibo N°** Receipt N° | 9317332 |
| **Derechos L.** Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:   **1**
**Number of pages in the document**

Solicitado por:   **LESTER ORELLANA**
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,    miércoles, 19 de enero de 2022
 **City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**   ★  ★  ★         **1071858**
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Kiara Acosta

Puede ser consultado en el siguente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

Air Force of Honduras
Air Force Base
Col. Armando Escalón Espinal

AIR FORCE OF
HONDURAS

AIR BASE
COLONEL
ARMANDO
ESCALON E.

Whereas:

# Aviation Lieutenant
# Lester Eliazer Orellana Umanzor

Has excelled remarkably as

# Officer of the Year

It is granted the:

# Diploma of Acknowledgement

**Issued in San Pedro Sula, Cortes, on the 13th day of July of 2012.**

AIR FORCE
COLONEL
ARMANDO
ESCALON
ESPINAL

*Illegible Signature*
Aviation Lieutenant Colonel
JUAN RAMON BAUTISTA VELASQUEZ
Major of Air Base Col. A.E.E.






**FUERZA AEREA HONDUREÑA**

**BASE AEREA**

## Cnel. Armando Escalón Espinal

POR CUANTO

### El Teniente de Aviación

# Lester  Eliazer  Orellana Umanzor

**Se Ha Destacado de Manera Sobresaliente Como**

# Oficial del Año

**SE LE EXTIENDE EL PRESENTE**

# DIPLOMA

# DE RECONOCIMIENTO

**Extendido en San Pedro Sula, Depto. de Cortes, a los 13 Días del Mes de Julio de 2012**

TENIENTE CORONEL DE AVIACION
**JUAN RAMON BAUTISTA VELASQUEZ**
SEÑOR COMANDANTE DE BASE AEREA CNEL. A.E.E.

| | |
|---|---|
| **ID:** | 1072519 |
| **Recibo N°**<br>Receipt N° | 9322576 |
| **Derechos L.**<br>Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:     **1**
**Number of pages in the document**

Solicitado por:     LESTER ORELLANA
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,     jueves, 20 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO

MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**     ★  ★  ★     1072519
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**     Kiara Acosta

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**AIR FORCE OF HONDURAS**
**MILITARY ACADEMY OF AVIATION**
Capt. Roberto Raul Barahona Lagos

*Grants the present:*

## Diploma of Acknowledgement

## To: *Second Lieutenant of Aviation*
## *Lester E. Orellana Umanzor*

*For his participation in the first "FAH-USAF CROSSTALK"*
*provided by the personnel of the 12th Grade ABS/JTF-B of the*
*Military Academy of Aviation.*

**Issued in Palmerola, Comayagua, on the 22th day of May of 2006.**

MILITARY
ACADEMY OF
AVIATION
CAPT. ROBERTO
RAUL BARAHONA
LAGOS
DIRECTOR

*Illegible Signature*
DIRECTOR



 

# FUERZA AEREA HONDUREÑA
## ACADEMIA MILITAR DE AVIACION
### "CAP. ROBERTO RAUL BARAHONA LAGOS"

Otorga el presente

## *Reconocimiento*

◇

*Al:* STTE. DE AV. *Lester E. Orellana Umanzor*

*Por:* SU PARTICIPACION EN EL PRIMER "FAH-USAF CROSSTALK" IMPARTIDO POR EL PERSONAL DEL G12TH ABS/JTF-B EN LA ACADEMIA MILITAR DE AVIACION

DADO EN PALMEROLA, COMAYAGUA A LOS ___22___ DIAS DEL MES DE ___MAYO___ DE ___2006___



DIRECTOR

| | |
|---|---|
| **ID:** | 1071848 |
| **Recibo N°** <br> Receipt N° | 9316029 |
| **Derechos L.** <br> Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:     **1**

**Number of pages in the document**

Solicitado por:     LESTER ORELLANA

**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,     miércoles, 19 de enero de 2022

 **City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO

MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**     **1071848**

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,

**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Kiara Acosta

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx



Armed Forces of Honduras

Air Force of Honduras

Intermediate Commands Training School

Brigadier General: Gerardo Enrique Carvajal Midence

Class: DEMA Air Force Colonel

*"Francisco Zepeda Andino "*

The Directorate of the Intermediate Commands Training School

Grants the:

*Diploma of Second Place Acknowledgement to*

*Aviation Second Lieutenant Lester Eliezer Orellana U.*

For his outstanding performance during the development of the Basic Course of Air Tactic Operations

No. 19-2008

**Issued in Tegucigalpa, M.D.C., on 12th day of September of 2008.**

*Illegible Signature*

Miguel Palacios Romero

E.C.M.I Director – FAHO-1388

DIRECTORATE
OF THE
INTERMEDIATE
COMMANDS
TRAINING
SCHOOL

INTERMEDIATE
COMMANDS
SCHOOL

UNIVERSITY OF
NATIONAL
DEFENSE OF
HONDURAS

TRANSLATION





Fuerzas Armadas de Honduras

Fuerza Aérea Hondureña

Escuela de Capacitación de Mandos Intermedios

"Gral. de Brigada (P) Gerardo Enrique Carvajal Nilbano"

Promoción

Coronel de Aviación DEMA ®

"Francisco Zepeda Andino "

La Dirección de la Escuela de Capacitación de Mandos Intermedios

Otorga el presente:

# Diploma de Reconocimiento de 2do. Lugar

Al: Subteniente de Aviación Lester Eliazar Orellana U.

Por su brillante desempeño durante el desarrollo del Curso Básico de Operaciones Aéreas Tácticas

No. 19 – 2008

Dado en Tegucigalpa, M.D.C., a los 12 días el mes de Septiembre del 2008.

Miguel Palacios Romero

Gral. Coronel de Aviación

Director De La E.C.M.I.

FAHO-1388

**ID:** 1071849
**Recibo N°** 9316029
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:    **1**
**Number of pages in the document**

Solicitado por:    LESTER ORELLANA
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,    miércoles, 19 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO

MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.** ★ ★ ★    **1071849**

Valid only in reference for the attached document



Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Kiara Acosta

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

*Armed Forces of Honduras*
*Air Force of Honduras*
*Air Base*
*Colonel Armando Escalon Espinal*
*San Pedro Sula, Cortes*

AIR FORCE OF
HONDURAS

AIR BASE
COLONEL
ARMANDO
ESCALON E.

*Grants the:*

## Diploma of Acknowledgement to

# Aviation Lieutenant
# Lester E. Orellana U.

*For his valuable support and rendered service during the
development of the Medical Brigade July 2012 performed in the
Municipality of La Lima, Cortes.*

*Medical Brigade
Colonel Armando
Escalon Espinal
La Lima, Cortes*

**Issued in the Municipality of La Lima, Cortes, on 21st day of
July of 2012**

AIR FORCE
COLONEL
ARMANDO
ESCALON
ESPINAL

**Illegible Signature**
Aviation Lieutenant Colonel
Juan Ramon Bautista V.
Major of Air Base Colonel. A.E.E.






**FUERZAS ARMADAS DE HONDURAS**
**FUERZA AÉREA HONDUREÑA**
**BASE AÉREA**

# " CNEL. ARMANDO ESCALON ESPINAL "
San Pedro Sula, Cortés.

## OTORGA EL PRESENTE

# DIPLOMA
## DE RECONOCIMIENTO

**A:** **Tte. Av. Lester E. Orellana U.**

**Por su invaluable apoyo y servicio prestado durante**

## LA BRIGADA MEDICA JULIO 2012

**Realizada en El Municipio de La Lima, Cortés.**



Dado en el municipio de La Lima, Cortés. a los 21 días del Mes de Julio de 2012

A. Tte. Cnel. de Av. Juan Ramón Bautista V.
Comandante de Base Aérea Cnel. A.E.E.



AIR FORCE OF HONDURAS

COAT OF ARMS
REPUBLIC OF
HONDURAS

Armed Forces of Honduras
Air Force of Honduras

Grants the:

*Diploma of Acknowledgement to:*

# Aviation Lieutenant Lester Orellana Umanzor

For his outstanding participation during the training HONCOL performed from the 14th to 19th day of May, at the Air Base "Enrique Soto Cano"

**Issued in Comayagüela, M.D.C., on 19th day of May of 2012.**

AIR FORCE OF
HONDURAS
MAJOR GENERAL.
TEGUCIGALPA,
MDC. HONDURAS

**Illegible Signature**
Brigadier General
Ruis PastorLanda Dubon
Major General F.A.H.





**Fuerzas Armadas de Honduras**
**Fuerza Aérea Hondureña**

otorga el presente:

**DIPLOMA DE RECONOCIMIENTO:**

**Teniente de Aviación Lester Orellana Umanzor**

Por su destacada participación en el Entrenamiento HONCOL realizado del 14 al 19 de Mayo, en la Base Aérea **"Enrique Soto Cano"**

Extendido en Comayagüela, M.D.C., 19 de Mayo de 2012



General de Brigada
**Ruis Pastor Landa Dubon**
Comandante Gral. F.A.H.



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:    1
**Number of pages in the document**

Solicitado por:    LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,    miércoles, 19 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO

MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**    1071921

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**    Karen Yessenia Paguada Caceres

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

| | |
|---|---|
| **ID:** | 1071925 |
| **Recibo N°** Receipt N° | 9317316 |
| **Derechos L.** Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS



★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:   **2**
**Number of pages in the document**

Solicitado por:   LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,   miércoles, 19 de enero de 2022
 **City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**   1071925
Valid only in reference for the attached document



Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Karen Yessenia Paguada Caceres
Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**MINISTRY OF NATIONAL DEFENSE
ARMED FORCES OF HONDURAS**

[AIR FORCE EMBLEM]   [MILITARY FORCE EMBLEM]   [NAVAL FORCE EMBLEM]



[COAT OF ARMS OF HONDURAS]

**THE CHAIRMAN OF THE JOINT CHIEFS OF STAFF**
*Whereas:*
*The General Board of Military Decorations and Honors proposed to*
**Second Lieutenant of Aviation**

# Lester Eliazer Orellana Umanzor

*For having constituted with his remarkable services rendered to the armed forces of the nation, an example worthy to be taken into consideration and imitated.*
*Therefore:*
*In full exercise conferred by the laws and valid regulations, he is awarded the:*

## HONOURABLE MENTION

*in acknowledgement for the relevant services mentioned above.*

**Issued in Tegucigalpa, M.D.C., on the 11th day of December of 2006.**

ARMED FORCES
OF HONDURAS
CHAIRMAN OF
THE JOINT
CHIEFS OF
STAFF

*Illegible Signature*

*Division General: Romeo Orlando Vásquez Velásquez*
*Chairman of the Joint Chiefs of Staff*



JOINT CHIEFS OF
STAFF
PERSONNEL
DIRECTOR
HONDURAS, C.A.

*Joint Chiefs of Staff*
*Registered under No. 1357, folio044 of Volume XIII*
*Date: December 04th of 2006*
*Illegible Signature*
*Personnel Director*



**SECRETARIA DE DEFENSA NACIONAL**
**FUERZAS ARMADAS DE HONDURAS**

**EL JEFE DEL ESTADO MAYOR CONJUNTO**

*Por Cuanto:*

*El consejo General de condecoraciones y Distinciones Militares propuso a:*

**Sub-Teniente de Aviación**

**LESTER ELIAZER ORELLANA UMANZOR**

*Que ha constituido con sus notables servicios préstados a las Fuerzas Armadas de la Nación, un ejemplo digno de tomarse en consideración e imitarse*

*Por Tanto:*

*En uso de las facultades que le confiere las Leyes y Reglamentos vigentes, viene a otorgarle la recompensa*

**MENCION HONORIFICA**

*En premio a sus relevantes servicios ya citados*

*Dado en Tegucigalpa, M.D.C., A los* **Once** *días del mes de* **Diciembre** *del año* **Dos mil seis**



General de División **ROMEO ORLANDO VASQUEZ VELASQUEZ**
JEFE DEL ESTADO MAYOR CONJUNTO

ESTADO MAYOR CONJUNTO

Registrado bajo el N° _1357_

del folio N° _044_ del Tomo _III_

Fecha _04/DIC/06_

**ID:** 1072009

**Recibo N°** 9317395
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**DIPLOMA DE ESTUDIOS**

Número de Páginas del documento: **2**
**Number of pages in the document**

Solicitado por: Lester Eliazer Orellana Umanzor
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A., jueves, 20 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.** 1072009
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:** Diana Palma

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**MINISTRY OF NATIONAL DEFENSE**
**ARMED FORCES OF HONDURAS**

[AIR FORCE EMBLEM]   [MILITARY FORCE EMBLEM]   [NAVAL FORCE EMBLEM]

[COAT OF ARMS OF HONDURAS]

**THE CHAIRMAN OF THE JOINT CHIEFS OF STAFF**

*Whereas:*

*The General Board of Military Decorations and Honors proposed to*

**Second Lieutenant of Aviation**

# Lester Eliazer Orellana Umanzor

*For having constituted with his remarkable services rendered to the armed forces of the nation, an example worthy to be taken into consideration and imitated.*

*Therefore:*

*In full exercise conferred by the laws and valid regulations, he is awarded the:*

## HONOURABLE MENTION

*in acknowledgement for the relevant services mentioned above.*

**Issued in Tegucigalpa, M.D.C., on the 11th day of December of 2007.**

ARMED FORCES
OF HONDURAS
CHAIRMAN OF
THE JOINT
STAFF

*Illegible Signature*

Division General: *Romeo Orlando Vásquez Velásquez*
*Chairman of the Joint Chiefs of Staff*

TRANSLATION

HONDURAS
CENTRAL AMERICA

JOINT CHIEFS OF
STAFF
PERSONNEL
DIRECTOR
HONDURAS, C.A.

*Joint Chiefs of Staff*
*Registered under No. 3552, folio 115 of Volume XIII*
*Date: December 04th of 2007*
*Illegible Signature*
*Personnel Director*





**SECRETARIA DE DEFENSA NACIONAL**
**FUERZAS ARMADAS DE HONDURAS**

**EL JEFE DEL ESTADO MAYOR CONJUNTO**

*Por Cuanto:*

*El consejo General de condecoraciones y Distinciones Militares propuso a:*

**Sub-Teniente de Aviación**

**LESTER ELIAZER ORELLANA UMANZOR**

*Que ha constituido con sus notables servicios préstados a las Fuerzas Armadas de la Nación, un ejemplo digno de tomarse en consideración e imitarse*

*Por Tanto:*

*En uso de las facultades que le confiere las Leyes y Reglamentos vigentes, viene a otorgarle la recompensa*

**MENCION HONORIFICA**

*En premio a sus relevantes servicios ya citados*

*Dado en Tegucigalpa, M.D.C., A los* once *días del mes de* diciembre *del año* Dos mil siete

General de División **ROMEO ORLANDO VASQUEZ VELASQUEZ**
**JEFE DEL ESTADO MAYOR CONJUNTO**

# ESTADO MAYOR CONJUNTO

Registra... ... 3552

del folio N. 115 ... XIII.

Fecha... 04/04/2007

DIRECTOR DE PER...

C-1

# Recognition from Flight Training Institute

**ID:** 1071076

**Recibo N°** 9310953
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS



SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICADO**

Número de Páginas del documento:   **1**
**Number of pages in the document**

Solicitado por:   LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,   martes, 18 de enero de 2022
 **City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**    **1071076**

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,

**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Kerlyn Burgos

Puede ser consultado en el siguente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

# AERO CLUB SAN PEDRO SULA
## FLIGHT SCHOOL CARDINAL OSCAR ANDRES RODRIGUEZ
## INTERNATIONAL AIRPORT RAMON VILLEDA MORALES
### SAN PEDRO SULA, CORTES, C.A.

**San Pedro Sula**
**June 10, 2010**

To: **LIEUTENANT LESTER ELIAZER ORELLANA**
E.S.M

Re: **APPOINTMENT**

By this means I address you wishing you success in carrying out your delicate activities.

The Directorate of the Flight School "Cardinal Oscar Andres Rodriguez Maradiaga" has the honor of appointing you: <u>**Academic Head**</u>, for his high experience in the field of aeronautics, people skills, discipline, commitment and responsibility.

Without adding further, I respectfully subscribe to you.

Welcome aboard!

Sincerely,

*[Illegible Signature]*

**Captain Aldo J. Romero**
**Director**

FLIGHT SCHOOL
CARDINAL OSCAR
ANDRES RODRIGUEZ
DIRECTOR
INTERNATIONAL
AIRPORT RAMON
VILLEDA MORALES

TRANSLATION

HONDURAS
CENTRAL AMERICA




San Pedro Sula, 10 de Junio del 2010

A:      **Teniente Lester Eliazer Orellana.**
        E.S.M.

Asunto:     **NOMBRAMIENTO**

Por este medio me dirijo a usted deseándole éxitos en el desempeño de sus delicadas actividades.
La Dirección de la Escuela de Vuelo "Cardenal Oscar Andrés Rodríguez Maradiaga" tiene el honor de nombrarlo: <u>**Jefe Académico**</u>, por su alta experiencia en el campo aeronáutico, don de gente, disciplina, compromiso y responsabilidad.

Sin más que agregar al respecto me suscribo de usted respetuosamente.

Bienvenido a bordo!

Atentamente.

**Capitán Aldo J. Romero**
**Director**

| | |
|---|---|
| **ID:** | 1072008 |
| **Recibo N°** Receipt N° | 9317395 |
| **Derechos L.** Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CONSTANCIA**

Número de Páginas del documento:  **1**
**Number of pages in the document**

Solicitado por:     Lester Eliazer Orellana Umanzor
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,     jueves, 20 de enero de 2022
 **City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.** ★ ★ ★     1072008
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**  Diana Palma

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**FLIGHT SCHOOL CARDINAL OSCAR ANDRES RODRIGUEZ**
**INTERNATIONAL AIRPORT RAMON VILLEDA MORALES**
**SAN PEDRO SULA, HONDURAS, C.A.**

# CERTIFICATION

Receive through this letter an attentive and cordial greeting, wishing you success in carrying out your daily tasks.

May this serve to certify that Captain **LESTER ELIAZER ORELLANA UMANZOR**, holder of the personal ID No. 0801-1983-12307, in his position as **ACADEMIC HEAD**, started working on June 11th of 2010 to date, earning a net salary of Lps. 17,000.00 free of deductions.

For the purpose that the interested party considers appropriate, the present certification is issued on September 20th of 2017.

Without further ado, I respectfully bid you farewell.

*[Illegible Signature]*
**Capt. Aldo Josue Romero**
**Director**

FLIGHT SCHOOL
CARDINAL OSCAR
ANDRES RODRIGUEZ
DIRECTOR
INTERNATIONAL
AIRPORT RAMON
VILLEDA MORALES

www.aeroclubsps.org Tel. 2608-4004






**Escuela de Vuelo Cardenal Oscar Andrés Rodríguez**
Aeropuerto Internacional Ramón Villeda Morales
San Pedro Sula, Honduras, C.A.

## CONSTANCIA

Reciba a través de este medio un atento y cordial saludos deseando éxitos en el desarrollo de sus labores diarias.

Sirva la presente para hacer constar que el **CAPITAN LESTER ELIAZER ORELLANA UMANZOR con IDENTIDAD No 0801-1983-12307** se desempeña como **JEFE ACADEMICO** con inicio de labores el 11 de Junio 2010 hasta la fecha devengando un Salario de Diez y Siete Mil Doscientos Lempiras Netos ( Lps. 17,200.00) libres de deducciones.

Y para los fines que al interesado convenga se extiende la siguiente Constancia a los 20 días del Mes de Septiembre del 2017.

Sin otro particular se despide de usted.

**CAPITAN ALDO JOSUE ROMERO**
**DIRECTOR**

www.aeroclubsps.org Tel. 2608-4004

cc.Archivo



**Exhibit L**

# Pilot Trainings and Courses

**ID:** 1071922

**Recibo N°** 9316052
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento: 1
**Number of pages in the document**

Solicitado por: LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,     miércoles, 19 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**     1071922

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:** Karen Yessenia Paguada Caceres

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

The Air Base "Colonel Armando Escalon Espinal"

Certifies as:

## Command Ship Captain on Airplane A-37B "Dragonfly" to

# Av. Lt. Lester Orellana Umanzor

For having approved satisfactorily the airplane stages, Instruments, Night Shift, Formation & Ground Attack.

**Issued in La Lima Cortes, on 11th day of August of 2011.**



*AIR FORCE OF HONDURAS*

*AIR BASE: COLONEL ARMANDO ESCALON E.*

*TACTICAL GROUP*

**Illegible Signature**

Av. Capt. Hector Daniel Rios M.
Head of Operations and Training

*AIR FORCE CNEL. ESCALON SAN PEDRO SULA, CORTES*

**Illegible Signature**

Aviation Lt. Col. Jorge Humberto Muñoz R.
Air Base Commander

*AIR FORCE CNEL. ESCALON SAN PEDRO SULA, CORTES*



LA BASE AÉREA "CNEL. ARMANDO ESCALON ESPINAL"

# Certifica

Como Capitán de Nave al Mando en el Avión A-37B "Dragonfly"

## Tte. Av. Lester Orellana Umanzor

Por haber aprobado satisfactoriamente las etapas de Contacto, Instrumentos, Nocturno, Formación y Ground Attack.

Extendido en La Lima, Cortes a los 11 días del mes de Agosto de 2011



Tte. Cnel. Av. José Humberto Muñoz R.
Comandante de Base.



My. Inspector Daniel Ríos M.
Jefe de Operaciones y Adiestramiento



| | |
|---|---|
| **ID:** | 1071924 |
| **Recibo N°** Receipt N° | 9317316 |
| **Derechos L.** Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:    **1**
**Number of pages in the document**

Solicitado por:    LESTER ELIAZER ORELLANA UMANZOR
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,    miércoles, 19 de enero de 2022
 **City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**    1071924
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**    Karen Yessenia Paguada Caceres

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx



[Emblem: AP]
Aviation Partners

Certifies that:

# Lester Eliazar Orellana Umanzor

Has satisfactorily completed the Ground Training of the airplane

**BEECHCRAFT KING AIR BE C90**

Therefore, it is granted this

*TRAINING CERTIFICATE*

Issued in San Pedro Sula, Cortes, Honduras on the 20th day of January of 2012.

GENERAL DIRECTOR
AVIATION PARTNERS

**Illegible Signature**
Instructor
Joseph Howard Bailey
2722958CFI

**Illegible Signature**
General Director
Felix Francisco Pacheco



**AVIATION PARTNERS**

Certifica que

## LESTER ELIAZAR ORELLANA UMANZOR

Ha completado **SATISFACTORIAMENTE** el Entrenamiento en Tierra del avión

### BEECHCRAFT KING AIR BE C90

Por lo tanto la entrega de este

### CERTIFICADO DE ENTRENAMIENTO

San Pedro Sula, Cortés, Honduras, 20 de Enero de 2012.

GERENCIA GENERAL
AVIATION PARTNERS

INSTRUCTOR
JOSEPH HOWARD BAILEY
2722958CFI

GERENTE GENERAL
FELIX FRANCISCO PACHECO

| ID: | 1071859 |
|---|---|
| **Recibo N°** Receipt N° | 9317332 |
| **Derechos L.** Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:　**2**
**Number of pages in the document**

Solicitado por:　LESTER ORELLANA
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,　miércoles, 19 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO

MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**　　1071859
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**　Kiara Acosta
Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

*[Coat of Arms of University of National Defense of Honduras]*

**University of Defense of Honduras**
**UDH**

*The Rector of the University of Defense of Honduras in exercise of the powers conferred by the law:*

*Certifies that the:*

# Second Lieutenant of Aviation
# Lester Eliazer Orellana Umanzor

*Has satisfactorily completed the Seminar/Workshop for Military Teachers at Higher Level*

*Therefore, it is issued the present*

# DIPLOMA

**Issued in Las Tapias, Tegucigalpa, M.D.C., on the 24th day of March of 2006**

**Infantry Colonel of DEM**

STATE
SECRETARY OF
NATIONAL
DEFENSE
UDH
RECTORY

*Illegible Signature*
Gustavo Nortier Mendoza
UDH Rector



*JOINT CHIEFS OF*
*STAFF*
*PERSONNEL*
*DIRECTOR*
*HONDURAS, C.A.*

*Joint Chiefs of Staff*
*Registered under No. 6177, folio193 of Volume XII*
*Date: March 22nd of 2006*
*Illegible Signature*
*Personnel Director*





# Universidad de Defensa de Honduras UDH

El Rector de la Universidad de Defensa de Honduras
en ejercicio de las facultades que la ley le confiere

**Certifica que** el Sub Teniente de Aviación

## Lester Eliazer Orellana Umanzor

Ha finalizado con éxito el **Seminario / Taller para
Docentes Militares a Nivel Superior**

**POR TANTO: Le extiende el presente:**

# DIPLOMA

Dado en las Tapias, Tegucigalpa, M. D. C., el día 24 de marzo de 2006

Coronel de Infantería DEM

**Gustavo Nortier Mendoza**
**Rector UDH**

**ESTADO MAYOR CONJUNTO**

Registrado bajo el N° 6177

folio _____ del Tomo XII

Dpto. DIRECCION
PERSONAL
G - 1
HONDURAS, C. A.

| | |
|---|---|
| **ID:** | 1072741 |
| **Recibo N°** | 9322433 |
| Receipt N° | |
| **Derechos L.** | L. 100.00 |
| Fee | |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**CERTIFICACION**

Número de Páginas del documento:  **1**

**Number of pages in the document**

Solicitado por:   LESTER ELIAZER ORELLANA UMANZOR

**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,    viernes, 21 de enero de 2022

**City and date**





Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO

MARCELA MARIA BENDAÑA CASTRO

ENCARGADO DE LA UNIDAD DE TRADUCCION

OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**   ★  ★  ★      1072741

Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,

**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:**   Karen Yessenia Paguada Caceres

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx



[SIX EMBLEMS APPEAR]
**ARMED FORCES OF HONDURAS**
**AIR FORCE OF HONDURAS**

*The Air Force of Honduras*
*Grants the present:*

*Diploma to:*

## Av. Lt. Lester Eliazer Orellana Umanzor

*For having collaborated providing lessons in the:*

## Basic Course for Police Officers of Air Security No. III

**Issued in La Lima, Cortes, on the 18th day of November of 2011.**

AIR FORCE OF
HONDURAS
GENERAL STAFF
HONDURAS

**Illegible Signature**
Director of the Course
Major of Facility Security
Milton Hugo Varela

AIR FORCE OF
HONDURAS
GENERAL STAFF
HEAD OF
OPERATIONS
HONDURAS

**Illegible Signature**
Head of the Operation Department (FA 3)
Aviation Colonel of D.E.M-A
Jimmy Rommel Ayala Cerrato










**FUERZAS ARMADAS DE HONDURAS**
**FUERZA AÉREA HONDUREÑA F. R.**

*LA FUERZA AÉREA HONDUREÑA*

OTORGA EL PRESENTE

**D I P L O M A**

*A: Tte. de Av. Lester Eliazer Orellana Umansor*

*Por a ver colaborado en la impartición de clases en el curso:*

*Básico para Policías de Seguridad Aérea No III*

Extendido en  la Lima Cortes.  A los  18  días del mes  noviembre  del  2011.



_____
Director de curso
Mayor de seguridad de instalaciones
Milton Hugo Varela

_____
Jefe del depto. de ops. (FA 3.)
Coronel de Aviación D.E.M.A.
Jimmy Rommel Ayala Cerrata

**ID:** 1072550

**Recibo N°** 9322445
Receipt N°

**Derechos L.** L. 100.00
Fee



GOBIERNO DE LA
REPÚBLICA DE HONDURAS



SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción

## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**VARIOS DOCUMENTOS**

Número de Páginas del documento: **1**
Number of pages in the document

Solicitado por: **LESTER ORELLANA UMANZOR**
Applicant's Name

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,    jueves, 20 de enero de 2022
City and date

Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**    1072550
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:** Fabiola Castillo    
Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**INTERNATIONAL ACADEMY**
**OF AIR FORCES**
**AIR FORCE BASE LACKLAND, TEXAS, UNITED STATES OF AMERICA**

**IAAFA**
**[EMBLEM]**

*Grants the present diploma to:*

*Aviation Lieutenant*

*Lester E. Orellana Umanzor*

*For having satisfactorily completed the course of*
**International Anti-Terrorism Level I/II**
*September 22nd of 2010*
*Class 10C – Honor Graduate – 30 hrs.*

*Illegible Signature*
*CARL HUNTER*
*Major General*



# ACADEMIA INTERAMERICANA DE LAS FUERZAS AEREAS

Base Aérea Lackland, Texas, Estados Unidos de América

**IAAFA**

Otorga este diploma a

TENIENTE DE AVIACION

**LESTER E. ORELLANA UMANZOR**

por haber completado satisfactoriamente el curso de

**ANTITERRORISMO INTERNACIONAL NIVEL I/II**

22 de septiembre del 2010

**CLASE 10C**

*Graduado Con Honores*

**30  hrs**

CARL HUNTER
CORONEL
COMANDANTE

| ID: | 1072986 |
|---|---|
| **Recibo N°** Receipt N° | 9322470 |
| **Derechos L.** Fee | L. 100.00 |



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Aprobación de Traducción
## Translation Approval

El suscrito Jefe de Traducción de la Secretaría de Relaciones Exteriores y Cooperación Internacional certifica que ha revisado formalmente la traducción del documento que precede y es correcta:

**The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:**

**DIPLOMA DE ESTUDIOS**

Número de Páginas del documento:   **1**
**Number of pages in the document**

Solicitado por:   Lester Eliazer Orellana Umanzor
**Applicant's Name**

Certificado en Tegucigalpa, M. D. C., Honduras, C. A.,   viernes, 21 de enero de 2022
**City and date**



Firmado
digitalmente
por MARCELA
MARIA
BENDAÑA CASTRO



MARCELA MARIA BENDAÑA CASTRO
ENCARGADO DE LA UNIDAD DE TRADUCCION
OFFICER IN CHARGE OF TRANSLATION OFFICE

**Válida únicamente para el documento adjunto.**     1072986
Valid only in reference for the attached document

Esta oficina no se hace responsable por el contenido del documento,
**This office is not responsible for the content of the document.**

**Elaboró / Prepared by:** Diana Palma

Puede ser consultado en el siguiente link: http://certificaciones.sreci.gob.hn/TramitesV3.0/AprobacionDeTraduccion.aspx

**INTERNATIONAL ACADEMY**

**OF AIR FORCES**

**AIR FORCE BASE LACKLAND, TEXAS, UNITED STATES OF AMERICA**

*IAAFA*
*[EMBLEM]*



Grants the present diploma to:

## *Aviation Lieutenant*

# *Lester E. Orellana Umanzor*

For having satisfactorily completed the course of

**International Anti-Terrorism Level I**

September 15th of 2010

Class 10C – Honor Graduate – 30 hrs.

*Illegible Signature*
CARL HUNTER
Major General

# ACADEMIA INTERAMERICANA
## DE LAS FUERZAS AEREAS

Base Aérea Lackland, Texas, Estados Unidos de América



**IAAFA**

Otorga este diploma a

**TENIENTE DE AVIACION**

**LESTER E. ORELLANA UMANZOR**

por haber completado satisfactoriamente el curso de

**ANTITERRORISMO INTERNACIONAL NIVEL I**

15 de septiembre del 2010

**CLASE 10C**

*Graduado Distinguido*

**30 hrs**

**CARL HUNTER**
**CORONEL**
**COMANDANTE**

IAAFA FORM 107 Sep 93
Previous edition is obsolete



# The United States Air Force

CERTIFIES THAT

## First Lieutenant Lester Eleazer Orellana Umanzor

HAS SUCCESSFULLY COMPLETED THE
SATP International Flight Safety Officer Course
Class 2011A WCIP 05U, PDS CODE: MASL D1220
AND IS HEREWITH AWARDED THIS

*Certificate of Training*

29 April 2011

_____
DATE

ROBERTO I. GUERRERO, SES
Executive Director

AF FORM 1256, NOV 86 Previous edition will be used.



UNITED STATES OF AMERICA
Department of Transportation
Federal Aviation Administration

## MEDICAL CERTIFICATE FIRST CLASS

This certifies that *(Full name and address):*

LESTER Eliazer ORELLANA UMANZOR
121 Mirin Ave
Roosevelt NY 11575 USA

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|
| 09/17/1983 | 64 | 184 | BROWN | BROWN | M |

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**Limitations**

None

| Date of Examination | Examiner's Designation No. |
|---|---|
| 09/21/2021 | 398841920 |

**Examiner**

Signature

Typed Name
Marcela Servellon , MD

AIRMAN'S SIGNATURE

| Applicant ID: 2002320354 | Control No.: 200009712690 |
|---|---|

FAA Form 8500-9  (3-12) Supersedes Previous Edition          NSN: 0052-00-670-7002

(Cut on dashed line)

CONDITIONS OF ISSUE

The holder of this certificate must:

- Have it in his or her personal possession at all times while exercising privileges of an airman certificate. (14CFR § 61.3)
- Understand that the issuance of a medical certificate by an Aviation Medical Examiner may be reversed by the FAA within 60 days. (14CFR § 67.407)
- Comply with validity standards specified for first-, second-, and third-class medical certificates. (14CFR § 61.23)
- Comply with any statement of functional, operational, and/or time limitation issued as a condition of certification. (14CFR § 67.401)
- Comply with the standards relating to prohibitions on operation during medical deficiency. (14CFR §§ 61.53, 63.19, and 65.49)

For International Operations Only: Some holders may be affected by certain international medical standards. Consult the U.S. Aeronautical Information Publication for U.S. differences with ICAO Annex 1 medical standards.

**Aviation Safety**
**Office of Aerospace Medicine**
**Aerospace Medical Certification Division, AAM-300**
**P.O. Box 25082**
**Oklahoma City, OK 73125-9867**

LESTER Eliazer ORELLANA UMANZOR
121 Mirin Ave
Roosevelt NY 11575 USA

Dear Airman:

Above is your new medical certificate. It supersedes any previous one you may have been issued.

To validate this certificate, it is necessary that you sign it in the space provided (Airman's Signature).

This certificate must be in your possession at all times while exercising your pilot privileges.

Created on  Tuesday, September 21, 2021

ID 889502
Receipt No. 7779294
Fee L. 100.00



GOBIERNO DE LA
REPÚBLICA DE HONDURAS

★ ★ ★ ★ ★

SECRETARÍA DE RELACIONES
EXTERIORES Y COOPERACIÓN
INTERNACIONAL

# Translation Approval

The undersigned Head of Translation of the Ministry of Foreign Affairs of the Republic of Honduras certifies, that this is a true and correct translation of the attached document:

Number of Documents          1

Applicant's Name

**LESTER ELIAZER ORELLANA UMANZOR**

Certified in Tegucigalpa, M. D. C., Honduras, C. A. on 19/11/2020 02:03:46 p.m.



JUAN ZELAYA NAVARRO
HEAD OF TRANSLATION OFFICE

---

This office is not responsible for the content of this document

Printed by:   Jenny
              Guadalup
              e

889502



# La Universidad Tecnológica Centroamericana

San Pedro Sula Campus

Grants the

## Lester Eliazer Orellana Umanzor

The Degree of:

## Master in Business Management

In the Academic Degree of Master

Considering he has fulfilled with all the corresponding studies and satisfied all the legal and academic requirements. Therefore, it is vested with all rights and obligations established by law.

Given in the city of Tegucigalpa, on the 15 day of March of 2013.

_Legible Signature_
Rector

_Legible Signature_
Secretary General

_Legible Signature_
Academic Vice Rector

The General Secretary from UNIVERSIDAD TECNOLÓGICA CENTROAMERICANA, certifies of having registered this Diploma under the No. 0242 Record No. 1010.

Folio (s) No. 19, 20, 21 & 22

On the 15th day of March of Two Thousand and Thirteen



*Illegible Signature*
GENERAL SECRETARY

No 19



Republic of Honduras

[STAM]

*Illegible Signature*





# La Universidad Tecnológica Centroamericana

## Campus San Pedro Sula

Confiere a:

## Lester Eliazer Orellana Antúnez

El Título de:

## Máster en Dirección Empresarial

En el Grado Académico de Maestría

Considerando que ha cumplido con los estudios correspondientes y satisfecho todos los requisitos legales y académicos. En consecuencia queda investido con todos los derechos y obligaciones que la ley establece.

Dado en la ciudad de San Pedro Sula el día 15 de Marzo de 20 13

_Vicerrectoría Académica_

_Secretaría General_

_Rectoría_

Nº .0403

La Secretaría General de la UNIVERSIDAD
TECNOLOGICA CENTROAMERICANA,
deja constancia de haber Registrado este Título
bajo el No. 0242 Acta # 010
Folios 19, 20, 21 y 22
El día 25 de Mayo
del año dos mil _____

SECRETARÍA GENERAL

No. 19



UNIVERSIDAD NACIONAL AUTONOMA DE HONDURAS
CONSEJO DE EDUCACIÓN SUPERIOR
REGISTRO DE RECONOCIMIENTO

El presente Título queda registrado en la Dirección de
Educación Superior con el Nº 35153 Folio 154
Tomo LXXI del Libro Respectivo. Tegucigalpa,
M.D.C., 02 de Junio de dos mil Catorce

PRESIDENCIA
Consejo de Educación Superior

SECRETARÍA
Consejo de Educación Superior



Exhibit M

Letter of Interest from US
Company



ALLIANCE
AVIATION

DATE: October 26, 2021

RE:     LETTER OF INTENT TO Mr. Lester Eliazer Orellana Umanzor

Dear Officer:

This letter represents the confirmation of the intent to employ Mr. Orellana at Alliance Aviation with the mailing address of 1470 Lee Wagener Blvd. Suite 104 Fort Lauderdale, FL 33315 will be employed full-time as an Instructor.

Alliance Aviation is a company that specializes in premier training academy for commercial pilots in the United States. We are the biggest independent aviation training center with training locations around the world such as Medellin, Colombia and Cancun, Mexico as well. We are certified by the FAA and have over 20 years of experience in aviation training, from Airbus type rating to Boeing 737, ATR type rating, and ATP-CTP courses.

It is the intention of Alliance Aviation to have Mr. Orellana begin employment once his permanent visa in the United States has been granted.  At that moment, we will contact Ms. Denia Munoz to discuss the details of employment and issue an offer letter.

Based on Mr. Orellana's knowledge and expertise in the Aviation industry, he will be a great asset not only to our group but the US aviation industry as a whole. We are excited to have him as part of our team.

Please let us know if you have any questions or need any additional information.

Respectfully,

Tatiana Quintero
*Customer and Student Services Coordinator*
1470 Lee Waggener Blvd Suite 103
Fort Lauderdale, FL 33315
Tatiana.quintero@allianceaviationinc.com

# Introduction of Alliance Aivation

# Why Alliance Aviation?

🌐 alliance-training.com



## Become An Airline Pilot Now

**YOUR FUTURE** IS HERE.

Enroll Now

## Enroll Now to Become an Airline Pilot

Does the idea of flight excite you? Have you had a lifelong interest in aviation and aircrafts? If this sounds like you, you've come to the right place. At Alliance Aviation, we too are passionate about flight. When you enroll in one of our many flight training programs, you're guaranteed access to the best aviation training available from professional, devoted, impassioned educators, allowing you to take the necessary steps in order to become an airline pilot in the United States.

Alliance Aviation is the biggest independent aviation training center in the United Statesand Latin America able to meet your aviation training needs.

- FAA status and more than 20 years of experience in aviation training.
- Pilots from all over the world are trained according to our FAA approved type rating programs, also meeting requirements of: Mexico, Ecuador, Colombia, Costa Rica, Peru, India, Vietnam, South Korea, between others.
- x11 Airbus A320 FFS Level "D"
- x 2 Airbus A320 FTD Level 5
- x6 Boeing 737NG FFS Level "D"
- x2 Boeing FTD Level 5
- x1 ATR 72/42
- Locations in: Fort Lauderdale, Miami, Dallas, Cancun, Las Vegas, Orlando

## Flight is Our Passion

At Alliance Aviation, flight is our passion — let us show you why we're so passionate about it by enrolling in one of our aviation training courses. Our training is designed for driven, devoted people who desire a lifelong aviation career. Airline pilots are highly sought-after in today's fast-paced, travel-filled world. Globe-trotters, business travelers, and vacationers alike desire to get to their destination safely and quickly. If you are a dedicated individual with integrity and drive, our courses will help you achieve your aviation dreams. Don't let your chance at becoming a pilot fly away, enroll in one of our programs today!

Enroll Now

## Have a question? Contact us today!

## Our Expertise Trusted By



# FORT LAUDERDALE

Fort Lauderdale sits on the Atlantic Ocean and is one of the most beautiful places on earth. The Everglades are a short drive away, with parks to enjoy all along Florida's coast. A perfect day is hanging out at the beach, walking in the ocean, and reading a book as life passes lazily by.

Alliance Aviation is pleased to have one of our commercial pilot training centers in Fort Lauderdale. While ATP-CTP and our other aviation courses are demanding, the environment will help you to relax as you soak in the sun's rays.

As a parent company of Avenger Flight Group, we are proud to offer integrated flight training for international and domestic pilots in the U.S., right here at our Fort Lauderdale facility, with three A320 Full Flight Simulators and one A320 MPS.

Alliance Aviation in Fort Lauderdale is your go-to aviation course specialist. Enroll today, and get access to state-of-the-art flight simulators, ground school training, and everything you need to earn a type rating in the U.S. at our Fort Lauderdale aviation training facility.









**Exhibit N**

Congress.gov – H.R. 3482 – National Center for the Advancement of Aviation Act of 2021

## H.R.3482 - National Center for the Advancement of Aviation Act of 2021

117th Congress (2021-2022) | Get alerts

**Sponsor:** Rep. Carson, Andre [D-IN-7] (Introduced 05/25/2021)
**Committees:** House - Transportation and Infrastructure
**Latest Action:** House - 05/26/2021 Referred to the Subcommittee on Aviation. (All Actions)
**Tracker:** **Introduced**    Passed House    Passed Senate    To President    Became Law

---

Summary(0)   **Text(1)**   Actions(4)   Titles(2)   Amendments(0)   Cosponsors(50)   Committees(1)   Related Bills(1)

There is one version of the bill.

**Text available as:** XML/HTML (38KB)  |  XML/HTML (new window) (31KB)  |  TXT (26KB)  |  PDF (271KB) **(PDF provides a complete and accurate display of this text.)** ?

**Shown Here:**
**Introduced in House (05/25/2021)**

117TH CONGRESS
1ST SESSION

# H. R. 3482

To establish the National Center for the Advancement of Aviation.

## IN THE HOUSE OF REPRESENTATIVES

MAY 25, 2021

Mr. CARSON (for himself, Mr. YOUNG, Mr. BOST, Ms. BROWNLEY, Mr. FITZPATRICK, Mr. KAHELE, Mr. LARSEN of Washington, Mr. MULLIN, Ms. NORTON, and Mr. PAYNE) introduced the following bill; which was referred to the Committee on Transportation and Infrastructure

# A BILL

To establish the National Center for the Advancement of Aviation.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

## SECTION 1. SHORT TITLE.

This Act may be cited as the "National Center for the Advancement of Aviation Act of 2021".

## SEC. 2. FEDERAL CHARTER FOR THE NATIONAL CENTER FOR THE ADVANCEMENT OF AVIATION.

(a) IN GENERAL.—Chapter 1 of Subtitle I of title 49, United States Code, is amended by adding at the end the following new section:

## "SEC. 118. NATIONAL CENTER FOR THE ADVANCEMENT OF AVIATION.

"(a) FEDERAL CHARTER AND STATUS.—

"(1) IN GENERAL.—The National Center for the Advancement of Aviation (in this section referred to as the 'Center') is a federally chartered entity. The Center is a private entity, not a department, agency, or instrumentality of the United States Government. Except as provided in subsection (f)(1), an officer or employee of the Center is not an officer or employee of the Federal Government.

"(2) PERPETUAL EXISTENCE.—Except as otherwise provided, the Center has perpetual existence.

"(b) GOVERNING BODY.—

"(1) IN GENERAL.—The Board of Directors (in this section referred to as the 'Board') is the governing body of the Center.

"(2) AUTHORITY AND POWERS.—

"(A) IN GENERAL.—The Board shall adopt a constitution, bylaws, regulations, policies, and procedures to carry out the purpose of the Center and may take any other action that it considers necessary (in accordance with the duties and powers of the Center) for the management and operation of the Center. The Board is responsible for the general policies and management of the Center and for the control of all funds of the Center.

"(B) POWERS OF BOARD.—The Board shall have the power to do the following:

"(i) Adopt and alter a corporate seal.

"(ii) Establish and maintain offices to conduct its activities.

"(iii) Enter into contracts.

"(iv) Acquire, own, lease, encumber, and transfer property as necessary and appropriate to carry out the purposes of the Center.

"(v) Publish documents and other publications in a publicly accessible manner.

"(vi) Incur and pay obligations.

"(vii) Make or issue grants and include any conditions on such grants in furtherance of the purpose and duties of the Center.

"(viii) Perform any other act necessary and proper to carry out the purposes of the Center as described in its constitution and bylaws or duties outlined in this section.

"(3) MEMBERSHIP OF THE BOARD.—

"(A) IN GENERAL.—The Board shall have 11 Directors as follows:

"(i) EX-OFFICIO MEMBERSHIP.—The following individuals, or their designees, shall serve as ex-officio members of the Board:

"(I) The Administrator of the Federal Aviation Administration.

"(II) The Director of the William J. Hughes Technical Center within the Federal Aviation Administration.

"(III) The Director of the Mike Monroney Aeronautical Center within the Federal Aviation Administration.

"(ii) APPOINTMENTS.—

"(I) IN GENERAL.—From among those members of the public who are highly respected and have knowledge and experience in the fields of aviation, finance, or academia—

"(aa) the Secretary of Transportation shall appoint 5 members to the Board;

"(bb) the Secretary of Defense shall appoint 1 member to the Board; and

"(cc) the Secretary of Veterans Affairs shall appoint 1 member to the Board.

"(II) TERMS.—The members appointed under subclause (I) shall serve for a term of 3 years and may be reappointed. To ensure subsequent appointments to the Board are staggered, of the 7 members first appointed under subclause (I), 2 shall be appointed for a term of 1 year, 2 shall be appointed for a term of 2 years, and 3 shall be appointed for a term of 3 years.

"(III) CONSIDERATION.—When considering whom to appoint to the Board, the Secretary of Transportation and Secretary of Defense shall ensure the overall composition of the Board remains balanced between and within the fields of aviation, finance, and academia.

"(iii) EXECUTIVE DIRECTOR.—The Executive Director of the Center shall be a member of the Board pursuant to paragraph (5)(D).

"(B) VACANCIES.—A vacancy on the Board shall be filled in the same manner as the initial appointment.

"(4) CHAIRMAN OF THE BOARD.—The Board shall choose a Chairman of the Board from among the members of the Board.

"(5) ADMINISTRATIVE MATTERS.—

"(A) MEETINGS.—

"(i) IN GENERAL.—The Board shall meet at the call of the Chair but not less than 2 times each year and may, as appropriate, conduct business by telephone or other electronic means.

"(ii) OPEN.—

"(I) IN GENERAL.—Except as provided in clause (II), a meeting of the Board shall be open to the public.

"(II) EXCEPTION.—A meeting, or any portion of a meeting, may be closed if the Board, in public session, votes to close the meeting because the

matters to be discussed—

"(aa) relate solely to the internal personnel rules and practices of the Center;

"(bb) may result in disclosure of commercial or financial information obtained from a person that is privileged or confidential;

"(cc) may disclose information of a personal nature where disclosure would constitute a clearly unwarranted invasion of personal privacy; or

"(dd) are matters that are specifically exempted from disclosure by Federal or State law.

"(iii) PUBLIC ANNOUNCEMENT.—At least 1 week before a meeting, and as soon as practicable thereafter if there are any changes, the Board shall make a public announcement of the meeting that describes—

"(I) the time, place, and subject matter of the meeting;

"(II) whether the meeting is to be open or closed to the public; and

"(III) the name and appropriate contact information of a person who can respond to requests for information about the meeting.

"(iv) RECORD.—The Board shall keep a transcript of minutes from each Board meeting. Such transcript shall be made available to the public in an accessible format, except for portions of the meeting that are closed pursuant to subparagraph (A)(ii)(II).

"(B) QUORUM.—A majority of members of the Board shall constitute a quorum.

"(C) RESTRICTION.—No member of the Board shall participate in any proceeding, application, ruling or other determination, contract claim, scholarship award, controversy, or other matter in which the member, the member's employer or prospective employer, or the member's spouse, partner, or minor child has a direct financial interest. Any person who violates this subparagraph shall be subject to applicable Federal and State laws and may be fined not more than $10,000, imprisoned for not more than 2 years, or both.

"(D) EXECUTIVE DIRECTOR.—The Board shall appoint and fix the pay of an Executive Director of the Center (in this section referred to as the 'Executive Director') who shall also become a member of the Board. The Executive Director serves at the pleasure of the Board, under such terms and conditions as the Board shall establish and is subject to removal by the Board at its discretion. The Executive Director shall be responsible for the daily management and operation of the Center and for carrying out the purposes and duties of the Center. The Board shall designate to the Executive Director the authority to appoint additional personnel as the Board considers appropriate and necessary to carry out the purposes and duties of the Center.

"(c) PURPOSE OF THE CENTER.—The purpose of the Center is to provide a forum to facilitate collaboration and cooperation between aviation and aerospace private sector stakeholders, including general, business, and commercial aviation, education, labor,

manufacturing, the Armed Forces, and other governmental, non-governmental, and international organizations, for the purpose of supporting and promoting civil and military aviation and aerospace in order to address the demands and challenges associated with ensuring a safe and vibrant national aviation system as identified by the Board. In furtherance of that purpose, the constitution and bylaws of the Center shall direct the Center to focus on the following:

"(1) The development and sustainability of a well-qualified, well-trained civil and military aviation and aerospace workforce.

"(2) The conduct of research and development of new aviation and aerospace training materials and products.

"(3) The coordination of the dissemination of grants for the development of aviation and aerospace oriented high school STEM education curriculum.

"(4) The facilitation of collaboration between institutions of higher education or other research institutions engaged in aviation, aerospace or related research or technical development, including those institutions designated as Centers of Excellence or Test Centers of the Federal Aviation Administration and aviation and aerospace stakeholders.

"(5) The engagement in other workforce development activities consistent with addressing the demands and challenges facing the aviation and aerospace industry.

"(d) DUTIES OF CENTER.—In order to accomplish the purpose described in subsection (c), the Center shall perform the following duties:

"(1) Support the development of aviation and aerospace education curricula, including syllabuses and lesson plans, for use by high schools, institutions of higher education, secondary education institutions, or technical training and vocational schools that are designed to prepare students to enter the aviation or aerospace workforce by becoming aircraft pilots, aerospace engineers, unmanned aircraft system operators, aviation maintenance technicians, or other aviation maintenance professionals, or to refresh the knowledge of pilots or any of the aforementioned individuals working in the aviation or aerospace sector.

"(2) Support the professional development of educators using the curriculum described in paragraph (1) and subparagraphs (A) and (B) of subsection (e)(1) by organizing symposiums designed to assist educators who are teaching or who wish to teach the aviation curriculum.

"(3) Promote aviation and aerospace employment opportunities generally, including building awareness of youth oriented aviation and aerospace programs (such as the Civil Air Patrol, Young Eagles program, and Reserve Officers Training Corps) and establishing scholarships, apprenticeships, or mentorship programs for individuals, including individuals in economically disadvantaged areas or individuals who are underrepresented in the aviation industry and who wish to pursue a career in an aviation- or aerospace-related field.

"(4) Support of Armed Forces personnel seeking to transition to a career in civil aviation or an aerospace related field through outreach, training, apprenticeships, or other means.

"(5) Serve as a central repository for publicly available economic data, safety data, and research efforts related to the aviation and aerospace sectors in order to make available

to the public information that highlights the economic impact of aviation and aerospace and information that would improve the safety of aviation and aerospace. The Center shall periodically, as appropriate, publicize an analysis of such data in an accessible format. In particular, the Center shall coordinate with existing FAA Centers of Excellence to do the following:

"(A) Ensure research and development efforts conducted at Centers of Excellence of the Federal Aviation Administration are tracked, collected, and amplified across the aviation and aerospace community.

"(B) Provide a repository of pertinent recommendations or other action items from all Centers of Excellence for public review.

"(C) Serve as a collaborative forum for Centers of Excellence institution researchers, stakeholders, and other interested parties for the purpose of discussing research efforts.

"(6) Serve as a forum, through symposiums, conferences, and other means as appropriate, for cross-disciplinary collaboration among aviation and aerospace stakeholders to consider the near-term and long-term future of aviation and aerospace generally with respect to new training materials and products.

"(e) GRANTS.—

"(1) IN GENERAL.—In order to accomplish the purpose under subsection (c) and duties under subsection (d), the Center shall have the authority and ability to issue grants to organizations that have experience in, and knowledge of, creating, developing, and delivering or updating—

"(A) high school aviation curricula, including syllabuses and lesson plans, that are designed to prepare students to become aircraft pilots, aerospace engineers, unmanned aircraft system operators, aviation maintenance technicians, or other aviation maintenance professionals, or to refresh the knowledge of out-of-practice pilots or any of the aforementioned individuals; or

"(B) aviation curricula, including syllabuses and lesson plans, used at institutions of higher education, secondary education institutions, or by technical training and vocational schools, that are designed to prepare students to become aircraft pilots, aerospace engineers, unmanned aircraft system operators, or aviation maintenance technicians, or to refresh the knowledge of out-of-practice pilots or any of the aforementioned individuals.

"(2) LIMITATION.—No organization that receives a grant under this subsection shall sell or make a profit from the creation, development, delivery, or updating of aviation curricula.

"(f) ADMINISTRATIVE MATTERS OF THE CENTER.—

"(1) DETAILEES.—

"(A) IN GENERAL.—At the request of the Center, the head of any Federal agency or department may detail to the Center, on a reimbursable basis, any employee of the agency or department.

"(B) CIVIL SERVICE STATUS.—The detail of an employee under subparagraph (A) shall be without interruption or loss of civil service status or privilege.

"(2) NAMES AND SYMBOLS.—The Center may use proceeds derived from the Center's use of the exclusive right to use its name and seal, emblems, and badges incorporating such name as lawfully adopted by the Board of Directors in furtherance of the purpose and duties of the Center.

"(3) GIFTS, GRANTS, BEQUESTS, AND DEVISES.—The Center may accept, use, and dispose of gifts, grants, bequests, or devises of money, services, or property from any public or private source for the purpose of covering the costs incurred by the Center in furtherance of the purpose and duties of the Center.

"(4) VOLUNTARY SERVICES.—The Center may accept from any person voluntary services to be provided in furtherance of the purpose and duties of the Center.

"(g) RESTRICTIONS ON THE CENTER.—

"(1) PROFIT.—The Center may not engage in business activity for profit.

"(2) STOCKS AND DIVIDENDS.—The Center may not issue stock or declare or pay a dividend.

"(3) POLITICAL ACTIVITIES.—The Center shall be nonpolitical and may not provide financial aid or assistance to, or otherwise promote the candidacy of, an individual seeking elective public office. The Center may not engage in activities that are, directly, or indirectly, intended to be or likely to be perceived as advocating or influencing the legislative process.

"(4) DISTRIBUTION OF INCOME OR ASSETS.—The assets of the Center may not inure to the benefit of a member of the Board, or an officer or employee of the Center or be distributed to any person. This subsection does not prevent the payment of reasonable compensation to an officer, employee, or other person or reimbursement for actual and necessary expenses in amounts approved by the Board.

"(5) LOANS.—The Center may not make a loan to a member of the Board or an officer or employee of the Center.

"(6) NO CLAIM OF GOVERNMENTAL APPROVAL OR AUTHORITY.—The Center may not claim approval of Congress or of the authority of the United States for any of its activities.

"(h) ADVISORY COMMITTEE.—

"(1) IN GENERAL.—The Executive Director shall appoint members to an advisory committee subject to the approval by the Board. Members of the Board of the Center may not sit on the advisory committee.

"(2) MEMBERSHIP.—The advisory committee shall consist of 15 members who represent a balance of various aviation stakeholder groups. The advisory committee shall choose a Chairman and Vice Chairman of the advisory committee from among members of the advisory committee. Members of the advisory committee shall be appointed for a term of 5 years.

"(3) DUTIES.—The advisory committee shall—

"(A) provide recommendations to the Board on an annual basis regarding the priorities for the Center's activities;

"(B) provide advice to the Board on an ongoing basis regarding the appropriate powers of the Board to accomplish the purposes and duties of the Center;

"'(C) provide data and information to the Center to aid the Center in carrying out its duties; and

"(D) nominate United States citizens for consideration by the Board to be honored by the Center for their work in promoting aviation or aviation education in the United States.

"(4) MEETINGS.—The provisions for meetings of the Board under subsection (c)(1) shall apply to meetings of the advisory committee.

"(i) WORKING GROUPS.—

"(1) IN GENERAL.—The Board may establish and appoint the membership of working groups for a time and for a specific reason as necessary and appropriate.

"(2) MEMBERSHIP.—Any working group established by the Board shall have members representing a balance of various aviation stakeholder groups. Once established, the membership of such working group shall choose a Chairman from among the members of the working group.

"(3) TERMINATION.—Any working group established by the Board under this subsection shall be constituted for a time period of not more than 3 years.

"(j) RECORDS OF ACCOUNTS.—The Center shall keep correct and complete records of accounts.

"(k) DUTY TO MAINTAIN TAX-EXEMPT STATUS.—The Center shall be operated in a manner and for purposes that qualify the Center for exemption from taxation under the Internal Revenue Code as an organization described in section 501(c)(3) of that Code.

"(l) ANNUAL REPORT.—The Center shall submit an annual report to Congress on the activities of the Center during the prior year.

"(m) FUNDING.—In order to carry out this section, notwithstanding any other provision of law, an amount equal to 5 percent of the interest from investment credited to the Airport and Airway Trust Fund established under such section shall be transferred annually as a direct lump sum payment on the first day of October to the Center to carry out this section and shall be available until expended without further act of appropriation.".

(b) CLERICAL AMENDMENT.—The analysis for chapter 1 of subtitle I of title 49, United States Code, is amended by inserting after the item relating to section 117 the following:

"118. National Center for the Advancement of Aviation.".

CNBC – Airline CEOs explain flight cancellations to Congress after taking %54 billion in taxpayer aid

# Airline CEOs explain flight cancellations to Congress after taking $54 billion in taxpayer aid

cnbc.com/2021/12/15/airline-ceos-face-senate-panel-over-flight-cancellations-after-taking-54-billion-in-taxpayer-aid.html

Leslie Josephs        December 15, 2021



Key Points

- Airline received $54 billion in federal taxpayer aid to help cover their labor costs during the Covid pandemic.
- The Senate Committee on Commerce, Science, and Transportation quizzed airline CEOs about the aid package and a series of meltdowns that affected hundreds of thousands of travelers.

VIDEO1:5601:56

Airline CEOs testify on Capitol Hill

<u>The News with Shepard Smith</u>

Top airline executives on Wednesday told a Senate panel that a tight labor market and difficulty convincing some workers to pick up shifts contributed to mass flight cancellations this year, despite the $54 billion in taxpayer aid the carriers took to cover their labor costs when travel demand collapsed in the pandemic.

The CEOs of <u>American Airlines</u>, <u>United Airlines</u> and <u>Southwest Airlines</u>, and <u>Delta</u>'s chief of operations testified before the Senate Committee on Commerce, Science, and Transportation that the aid helped them survive the crisis and that they're now ramping up hiring.

Senators during the more than three-hour hearing questioned executives on airlines' hiring trouble, <u>5G</u>, fuel availability, myriad fees and vaccine mandates though it was called to assess the industry's bailout, its largest.

American Airlines CEO Doug Parker, Southwest Airlines CEO Gary Kelly, United Airlines CEO Scott Kirby, Delta Air Lines Executive Vice President John Laughter and Association of Flight Attendants-CWA International President Sara Nelson testify before the Senate Commerce, Science, and Transportation Committee in the Russell Senate Office Building on Capitol Hill, in Washington, December 15, 2021.

Chip Somodevilla | Pool | Reuters

"I can sum up the [Payroll Support Program] in two words: It worked," said Southwest CEO Gary Kelly said.

U.S. airlines lost a record $35 billion last year but executives say the Payroll Support Program, which prohibited them from laying off workers, was a bridge to get them to the point when air travel demand started to recover in earnest. Travel at the start of the pandemic fell more than 95%.

"It's not an exaggeration to say the program saved the airline industry, which Congress and the administration recognized as critical infrastructure that is as essential to the economy as it is unique," American's CEO, Doug Parker, wrote in his testimony.

<u>Alaska Airlines</u> CEO Ben Minicucci said in written remarks that by "keeping employees on staff, it reduced the time that would have been required to train people coming back to work – an effort that takes months and significant resources."

While airlines that accepted the aid couldn't lay workers off, they significantly reduced head count by urging employees to take voluntary measures like buyouts, leaves of absence or temporarily idled workers in exchange for reduced pay. The payroll aid was mostly in the form of grants that don't have to be paid back as well as some loans.

## Staffing shortages

When demand returned faster than expected, a shortage of staff exacerbated routine problems, like bad weather, and contributed to <u>hundreds of flight cancellations</u> when travel demand took off this year. Airlines say they are adding staff as quickly as possible to cater to the increase in air travel.

The CEOs of Southwest and American, which each had operational meltdowns this fall that derailed the travel plans of thousands, said it has been difficult to get workers to pick up additional shift, a trend that makes it harder for airlines to recover from disruptions.

Sen. Maria Cantwell, D-Wash., the committee's chairwoman, in July wrote to major airline executives, raising concerns about staffing problems' role in flight disruptions. "This reported workforce shortage runs counter to the objective and spirit of the PSP, which was to enable airlines to endure the pandemic and keep employees on payroll so that the industry was positioned to capture a rebound in demand," she wrote.
VIDEO6:0806:08

We're really pleased with the pace of the recovery, particularly on the domestic side: Hawaiian Airlines CEO

Closing Bell

In prepared remarks ahead of the hearing, Cantwell said the committee will hear from industry leaders on whether the aid worked. She said the payroll aid kept airline workers on the job and helped airlines increase service. "If you look at how the airline workforce was retained, how quickly flights were restored and the boost aviation gave to the US economy the answer is yes," she said.

At Dallas-based Southwest, 15,200 workers, or 25% of its staff, accepted a voluntary program, with 4,500 of them leaving the company permanently. It now aims to hire 8,000 employees in 2022 on top of 5,000 new workers this year.

American said its hiring goal is 18,000 next year after adding 16,000 in 2021.

Some 17,000 Delta employees took buyout packages and 40,000 volunteered for temporary leaves of absence. So far this year, it has added 8,700 employees, some of them starting at lower pay rates compared with more experienced employees who opted for buyouts.

"We're getting a nice juniority benefit as we bring in a whole new generation of employees at essentially every level of the company," CEO Ed Bastian said Oct. 13 on a quarterly call. "We had close to 20,000 people retire a year ago, so the top end ... many of our most experienced employees have chosen to retire, and that's opened up opportunities for younger people." Bastian said the company hasn't changed its pay scales.

United Airlines, along with Delta, has been more conservative about bringing back flights than American and Southwest.

"After dramatically cutting our flight schedule at the start of the pandemic, we knew it would be challenging to bring flights all back at once, so we made the decision to gradually add flights over time," United CEO Scott Kirby wrote in his testimony. "While this choice sacrificed short-term profits, it allowed us to ensure a reliable service and to largely avoid the widespread operational challenges experienced by other carriers."

Sara Nelson, president of the Association of Flight Attendants, who worked closely with airline executives and lawmakers to get the payroll support approved, is also scheduled to testify in front of the committee. She called for increased protections for cabin crews that have faced a surge in unruly and at times violent passengers.

"The last thing we need, especially before the December holidays after dealing with all of the stresses on the frontlines of this pandemic for two years, is a false narrative about the [payroll support] program," read her written testimony. "Unfounded controversy breeds contempt for aviation workers simply doing our jobs to keep everyone safe."

The Wall Street Journal - Pilots are in demand again, as strained airlines go on a hiring spree

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/pilots-are-in-demand-again-as-strained-airlines-go-on-a-hiring-spree-11636367402

BUSINESS

# Pilots Are in Demand Again, as Strained Airlines Go on a Hiring Spree

Carriers press to refill their cockpits after the Covid-19 pullback led to a surge in early retirements; new hires can reap thousands in bonuses



Staffing snarls have plagued airlines as they emerge from the pandemic.
PHOTO: CHARLIE RIEDEL/ASSOCIATED PRESS

*By* *Alison Sider*
Nov. 8, 2021 5:30 am ET

Airlines are poised for their busiest year of pilot hiring in more than three decades as the industry tries to restock a workforce reduced during the pandemic and strained by a quick rebound in travel.

Travelers returned in force this year, and the boom is expected to continue as international borders reopen and corporations send workers back out on the road. After seeking to conserve cash by urging thousands of pilots to retire early, airlines are now on an unparalleled hiring spree.



🎧 WHAT'S NEWS

 **Airlines Struggle to Reach Full Capacity**

▶  00:00   1x  🔊

SUBSCRIBE

Major U.S. carriers are on track to hire around 4,200 pilots this year and more than 9,000 next year according to FAPA.aero, a Nevada-based career and financial adviser for professional pilots. That would be the busiest year for pilot hiring in more than three decades, according to FAPA's figures. In 2019, when airlines were hiring at a rapid clip, major U.S. carriers hired about 5,000 pilots.

Regional airlines, where many pilots start their careers, are also on the prowl, competing to offer rich bonuses to lure new recruits.

"There are not enough pilots out there right now to go around," said Tim Genc, chief adviser at FAPA.

Before the Covid-19 pandemic hit, Eric Bensinger was getting his flight log books in order and preparing cover letters to nab a job as an airline pilot.

Then airlines stopped hiring. Pilot training programs were suspended, young pilots without seniority faced furloughs, and older ones considered whether to cut their careers short.

"I was getting a little concerned," Mr. Bensinger said. "I started looking at other industries."

Over the summer, he had three job interviews and three offers, and accepted a job that offered an initial $10,000 bonus when he starts training and an additional $5,000 after a year. "I still can't believe it right now," Mr. Bensinger said.

Airlines have been plagued by staffing snarls as they have emerged from their pandemic-induced pullback. Workers from baggage handlers to fuel-truck drivers have been hard to find. Retraining pilots who were out on leave or had to switch to new aircraft types has created logjams. While those shortfalls have contributed to dayslong disruptions that have upended thousands of flights, airlines say such problems are likely to be short-lived.

Large airlines say they aren't having trouble finding candidates to fill out their pilot rosters now, but analysts say the pandemic might have sped up a long-feared crunch.

Worries about finding the next generation of pilots have dogged the industry for years. The flow from the military—long a source for commercial airlines—has slowed. A 2013 federal rule mandating that aspiring pilots fly 1,500 hours before being hired at a regional carrier added years and tens of thousands of dollars of upfront costs. Major airlines have formed partnerships with flight schools and universities in an effort to ensure a steady pipeline of candidates.

Pilots are also getting older, with a greater share approaching the mandatory retirement age of 65. A long-anticipated wave of exits accelerated during the pandemic as airlines offered buyouts and retirement packages to conserve cash. At the four largest U.S. carriers, more than 4,400 pilots opted to depart last year.

Now major carriers are pulling pilots up from regional affiliates to backfill, and those smaller carriers are trying to catch up again after a yearlong pause in hiring, said Geoff Murray, a partner at consulting firm Oliver Wyman.

"There is already a shortage," he said.

Mesa Air Group Inc., MESA 1.72% ▲ a Phoenix-based carrier that flies for American Airlines Group Inc. AAL 1.44% ▲ and United Airlines Holdings Inc., UAL 1.67% ▲ is offering new hires a $20,000 signing bonus. Jonathan Ornstein, Mesa's chief executive, said it is getting harder to hold on to pilots as major airlines and freight carriers vie for them: Mesa's attrition rates have tripled.

"Everybody is hiring," he said.

Mr. Ornstein said he believes barriers are too high for people trying to enter the industry.

"We're looking at a reservoir that's losing water," he said.

The first signs of a pinch are emerging. At Horizon Air, a regional carrier owned by Alaska Air Group Inc., ALK 2.55% ▲ "aggressive pilot hiring across the industry is expected to lead to abnormal attrition levels," Alaska Chief Financial Officer Shane Tackett said last month. A spokesman for Alaska said Friday that the airline has a healthy pipeline of applicants and has taken steps to backfill Horizon pilots who have moved up to the main line or another carrier.

## 'Everybody is hiring.'

— Jonathan Ornstein, chief executive, Mesa Air Group

American Airlines executives said last month that they haven't been able to rely as heavily on some regional airlines because of pilot shortfalls that have constrained the smaller carriers' ability to fly their schedules.

"We're probably not flying as much regional as we would have flown," American President Robert Isom said during an earnings conference call, adding that the issue will be resolved over time. "This will be brought into balance just simply based on economics. People will want to come into the profession."

American started hiring pilots again in July and expects to have brought on 440 by the end of this year. Next year it plans to hire more than 2,000. Chip Long, vice president of flight operations at American, said hitting those numbers shouldn't be a problem.

"Do I wish there were hundreds of thousands of more pilots? Sure. But we're very competitive," he said.

The three regional carriers owned by American recently started offering a package that can add as much as $150,000 in upgrade and retention bonuses. The goal is to prevent poaching, said Ric Wilson, vice president of flight operations for Envoy Air Inc., one of American's wholly owned regional carriers.

"I think it's only natural that some of these other airlines...that they would want our guys to fill their cockpits. We want to make sure it doesn't happen," he said.

Mr. Wilson said he hasn't had problems finding candidates. Envoy is on track to hire 240 pilots this year, with about four times as many qualified applicants as the carrier has open positions.

Pilots have been whipsawed by how quickly their fortunes have shifted over the past 18 months. Liz Rahmlow, who was building her hours by working as a flight instructor when the pandemic hit, said it was unclear even earlier this year when—or if—she would be able to find a job at an airline. She is now about a month into her training at a regional airline.

"Personally, I'm really positive right now," she said. "It's been a very, very fast recovery."

Write to Alison Sider at alison.sider@wsj.com

*Appeared in the November 9, 2021, print edition as 'Airlines Go on Pilot Hiring Spree.'*

The Wall Street Journal – Southwest airlines to cut flights amid staffing shortages

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/southwest-airlines-to-cut-flights-amid-staffing-shortages-11634820103

EARNINGS

# Southwest Airlines to Cut Flights Amid Staffing Shortages

Both Southwest and American Airlines report profits, helped by government aid



Staffing shortfalls contributed to problems for Southwest Airlines throughout the summer.
**PHOTO:** ROBERT F. BUKATY/ASSOCIATED PRESS

*By Alison Sider*  Follow
Updated Oct. 21, 2021 1:34 pm ET

Southwest Airlines Co. LUV **2.71%** ▲ said a cascade of cancellations earlier this month cost it $75 million, and the airline said it is planning to throttle back on flying to prevent similar incidents.

Southwest canceled more than 2,000 flights over a few days earlier this month, citing a series of events that was triggered by bad weather and air-traffic control issues in Florida, but snowballed due to its thin staffing.

Staffing shortfalls contributed to problems for the airline throughout the summer, and Southwest said Thursday that it would adjust its December schedule as it tries to get a handle on the issue. The airline said it now expects its fourth-quarter capacity to be down 8% from 2019, compared with the 5% reduction it had previously planned. The airline also said its schedule for next year would reflect "more conservative staffing assumptions, as well, all compared to historical norms."

Southwest Chief Executive Gary Kelly said during a conference call Thursday, "I pushed a little too hard there in the third quarter with capacity."

For most of last year, airlines' biggest problem was weak demand due to the Covid-19 pandemic. That changed this summer, when travel came roaring back, catching many carriers off-guard. While the spread of the more contagious Delta variant delayed the recovery airlines had hoped would continue to accelerate this fall, airline executives have said in recent weeks that the demand has started to pick up again after what turned out to be a brief pause.

"I would be the first to say things are messy," Mr. Kelly said. "We've gone from not enough to do to too much to do in a very short period of time."

Southwest reported a third-quarter profit of $446 million, but excluding the impact of a last round of government assistance, the airline reported a loss of $135 million.

Southwest executives said the airline is trying to break what they described as a spiral of disruptions that have led it to exhaust flight crew reserves, resulting in pilots and flight attendants being frequently rerouted and asked to work during time off—something that unions have said results in more fatigue that only exacerbates staffing shortages.

Bob Jordan, who will become Southwest's CEO next year, said 2022 will be another transition year for the airline, with the airline's prospects dependent on how quickly business travel recovers and the airline's ability to hire more staff.

The airline has said it is over halfway to its goal of hiring 5,000 employees this year, with plans to hire thousands more next year. But the hiring process has also been slower than Southwest is used to, Mr. Jordan has said previously.

The airline said it expects the new variant's impact to lead to a $100 million hit to revenues in the fourth quarter.

American Airlines Group Inc. AAL **4.40%** ▲ on Thursday reported a $169 million profit including government aid, and a loss of $641 million without it, which was its smallest quarterly loss since the pandemic began, top executives told employees in a memo Thursday.



Both Southwest and American Airlines reported smaller losses than anticipated.
PHOTO: STEVEN SENNE/ASSOCIATED PRESS

Both airlines reported revenues that outpaced analysts' expectations for the quarter and smaller losses than anticipated, as the Delta variant's impact wasn't as long-lasting as many had predicted.

"We expect a lot of passengers, tremendous pent-up demand, especially as vaccinations take hold and infection rates decline," American President Robert Isom said during a conference call Thursday. "We're going to be ready."

Even as their worries about demand ease, carriers are running into new challenges as they grapple with rising costs for fuel and struggle to hire workers they need to avoid the kinds of hiccups many airlines experienced over the summer. Airlines are also still waiting for lucrative business travelers to return after many big companies delayed bringing workers back to offices this fall.

Southwest said Thursday that it is expecting a loss in the final quarter of the year due to inflation in labor rates and airport costs. Delta Air Lines Inc. said last week that rising fuel costs would likely offset rising revenue in the fourth quarter, leading to a loss. United Airlines Holdings Inc. earlier this week reported a loss of $329 million excluding government aid.

**Write to** Alison Sider at alison.sider@wsj.com

*Appeared in the October 22, 2021, print edition as 'Cancellations Cost Southwest $75 Million.'*

Copyright © 2022 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

Axios – Thousands more flights canceled amid bad weather, Omicron spike

# Thousands more flights canceled amid bad weather, Omicron spike

A axios.com/thousands-cancelled-flights-omicron-214e0907-7d0c-4a7d-b047-94843b4326b6.html



Ronald Reagan Washington National Airport on Dec. 27. Photo: Anna Moneymaker/Getty Images

Some 4,700 domestic flights were canceled over New Year's weekend, with poor weather conditions contributing to delays already exacerbated by the Omicron variant.

**The latest:** A total of 2,529 flights going within, into and out of the U.S. were canceled on Sunday as of 5 p.m, according to tracking service FlightAware. More than 6,000 were delayed.

- A total of 2,749 domestic flights were canceled Saturday.
- More than 4,000 flights around the world were cancelled Sunday, with another 11,200 delayed, per Reuters.

**Pandemic-related staff shortages** had already created record-high cancellations.

> More than 12,000 flights were axed between Christmas Eve and New Year's Day, according to ABC News.

**The state of play:** The Federal Aviation Administration released a notice on Friday, warning travelers that they should expect delays to continue due to COVID-related staffing shortages.

"To maintain safety, traffic volume at some facilities could be reduced, which might result in delays during busy periods," the FAA said.

yahoo.com – Big airlines are cutting dozens of routes as travel rebounds amid pandemic

# Big airlines are cutting dozens of routes as travel rebounds amid pandemic

finance.yahoo.com/news/big-airlines-cutting-routes-labor-crunch-151405463.html

Adriana Belmonte

Adriana Belmonte
·Senior Editor

December 17, 2021, 9:14 AM·3 min read

Airlines are among the list of industries most negatively impacted by the coronavirus pandemic, and the adverse effects on the industry are leading to fewer domestic airline routes.

Three of the major air carriers — like Delta (DAL), United (UAL), and American (AAL) — cut dozens of routes and even some destinations altogether in recent months.

Delta, for example, cut several routes out of the Minneapolis-St. Paul International Airport (MSP) and Salt Lake City International Airport (SLC). These include flights to Great Falls, Montana (GTF); Lincoln, Nebraska (LNK); Marquette County, Michigan (MQT); Cody, Wyoming (COD); Grand Junction, Colorado (GJT); Durango, Colorado (DRO); and Indianapolis (IND). Additionally, its route between Detroit (DTW) and La Crosse, Wisconsin (LSE), was eliminated.

"Due to ongoing travel demand impact from the pandemic, we have made the difficult decision to suspend Delta Connection service to these markets," the airline said in a statement to media outlets. "We are working to re-accommodate customers with alternate plans or offer refunds as quickly as possible. We are grateful to all who supported this service throughout the years."

United, meanwhile, terminated service out of cities like Kalamazoo/Battle Creek, Michigan (AZO); College Station, Texas (CLL); Columbia, Missouri (COU); Mosinee, Wisconsin (CWA); Evansville, Indiana (EVV); Killeen-Fort Hood, Texas (GRK); Lansing, Michigan (LAN); Monroe, Louisiana (MLU); Pierre, South Dakota (PIR); Twin Falls, Idaho (TWF); and Watertown, South Dakota (ATY). It also eliminated its route between Denver (DEN) and Rochester, Minnesota (RST).

"Due to changes in the long-term sustainability of several of our regional routes, United will end service to eight cities at the start of the new year," United said in a statement to The Points Guy. "We will work with impacted customers to help them make alternate plans."

American Airlines cut the most routes out of all the major airlines. Since August 2021, 27 different routes have been trimmed from its schedule, most of them out of New York-based airports. These include shorter flights like New York to Philadelphia, Boston, and

Bangor, Maine, along with international flights like New York to Costa Rica and Phoenix to Vancouver, Canada.

An American Airlines plane lands at Ronald Reagan Washington National Airport on November 23, 2021, in Arlington, Virginia. (Photo by Drew Angerer/Getty Images)

"Over the weekend, American optimized its flying schedule to better connect customers with the destinations most important to them," a spokesperson told Travel + Leisure. "Part of that process resulted in the winding down of a handful of routes, including our dedicated shuttle service. We're proactively reaching out to customers affected by these changes to offer alternate travel arrangements."

## Rebound in passengers making matters worse

In March 2020, when the airline industry was seeking financial aid from the government, many carriers were able to avoid layoffs by utilizing early retirement and buyout programs. When the economic recovery began, however, these same carriers found themselves strapped for workers as passenger demand rebounded.

In October 2019, there were a total of 746,546 airline employees, according to the U.S. Department of Transportation. That number fell to 718,173, as of October 2021.

Update your settings here to see it.
Some have argued that the labor shortage is because of vaccine mandates. United Airlines has one in place, though it has granted medical and religious exemptions. American Airlines is delaying enforcing its mandate until January 4, 2022. And Delta, while not requiring any employees to be vaccinated, began charging unvaccinated workers an extra $200 a month for its health insurance plan.

In any case, the industry continues to struggle to manage some routes as travel rebounds amid the ongoing pandemic.

*Adriana Belmonte is a reporter and editor covering politics and health care policy for Yahoo Finance. You can follow her on Twitter @adrianambells and reach her at adriana@yahoofinance.com.*

**Read the latest financial and business news from Yahoo Finance**

simpleflying.com – United Airlines regional route shakeup examined

# United Airlines Regional Route Shakeup Examined

🌐 simpleflying.com/united-airlines-regional-shakeup-december

ADVERTISEMENT

United Airlines has spent the last few months shaking up its regional route network and operations. Recently, the airline has started to grow more vocal in explaining that the reason is a shortage of pilots at the regional level, which are not directly employed by United Airlines. Last week, United announced significant cuts at Washington-Dulles, while bulking up Newark. This weekend, United loaded that schedule, and the results indicate that United thinks the shortage will last for a while.



United Airlines has made some deep regional cuts as it faces a shortage of regional pilots. Photo: Vincenzo Pace | Simple Flying

## The big changes in Washington D.C.

United Airlines has a large hub at Washington D.C.'s Dulles International Airport (IAD). The primary gateway for long-haul and international travel from the capital of the United States will lose service to the following cities, according to data from Cirium:

- Harrisburg, Pennsylvania (MDT)
- Philadelphia, Pennsylvania (PHL)
- State College, Pennsylvania (SCE)
- Wilkes-Barre/Scranton, Pennsylvania (AVP)

- Erie, Pennsylvania (ERI)
- Ithaca, New York (ITH)
- Greenville/Spartanburg, South Carolina (GSP)
- Asheville, North Carolina (AVL)
- Akron/Canton, Ohio (CAK)
- Greensboro, North Carolina (GSO)
- Wilmington, North Carolina (ILM)
- Bangor, Maine (BGR)
- Grand Rapids, Michigan (GRR)
- Milwaukee, Wisconsin (MKE)
- Sarasota, Florida (SRQ)



The routes that United Airlines has cut from IAD. Photo: Cirium

Save for Sarasota, all of the cuts were part of United's big announcement last week. Sarasota will operate until the summer when United has cut it, but it expects the route to come back for the busier winter season for travel down to Florida. The rest are out through the end of United's 2022 schedule for sale.

ADVERTISEMENT
The Boeing 757X? Could Boeing Re Engine The Flying Pencil?
The cuts will have an impact. United Airlines is cutting up to 278 flights per week from its hub at Dulles from March through November, which equates to nearly 40 flights per day that are out of the schedule. In terms of seats, United has pulled about 14,082 seats per month.

While this is a sizable number of airports, most of these communities will still get some air service from United Airlines to nearby airports. For example, near Greensboro is Raleigh, and near Akron/Canton is Cleveland, both of which will continue to see service to

Dulles from United.



The CRJ200 primarily flew these routes. Photo: Jay Singh | Simple Flying

**Stay informed:** <u>Sign up</u> for our daily and weekly aviation news digests.

ADVERTISEMENT

## Newark gets a reshuffle

Less than an hour by flight time northeast of IAD is United's primary transatlantic hub at <u>Newark Liberty International Airport (EWR)</u>. United is moving some flying here, primarily:

- State College (SCE) with up to two daily flights
- Philadelphia (PHL) with up to three daily flights
- Harrisburg (MDT) with up to two daily flights
- Ithaca (ITH) with up to two daily flights
- Wilkes-Barre/Scranton (AVP) with up to two daily flights

United Airlines has separately cut flights to Halifax (YHZ) through the end of the schedule. United also has pulled down flights to Fayetteville/Bentonville, Arkansas (XNA) from April through early September. Overall, during the summer, Newark nets up to an additional 217 flights per week, which equates to 31 extra daily flights and a net of up to 8,370 seats per week from April to August, using data from Cirium.

ADVERTISEMENT



The CRJ550 is United's way of continuing to offer 50-seat service from Newark while offering a premium product on every flight out of EWR. Photo: United Airlines

The primary aircraft operating these routes will be the CRJ550. This is a special 50-seat regional aircraft equipped with ten first class seats, offering the only domestic first class seats on a 50-seat regional operation from a major US airline. There are 40 economy seats, half of which are extra-legroom economy seats.

## Some of the routes already have Newark service

Several cities United Airlines cut from Dulles already have flights from Newark on the schedule. These include:

- Greenville/Spartanburg (GSP) with up to three daily flights primarily on the CRJ550
- Asheville (AVL) with daily flights on the CRJ550
- Greensboro (GSO) with up to four daily flights, primarily on the CRJ550
- Wilmington (ILM) with up to two daily flights on the CRJ550
- Bangor (BGR) with up to two daily flights on the CRJ550
- Grand Rapids (GRR) with up to four daily flights primarily on the CRJ550
- Milwaukee (MKE) with up to five daily flights on the E170



United's new routes out of EWR are shown in green while existing routes to destinations cut from IAD are shown in blue. Photo: Cirium

United Airlines did not file any increases to those routes. The remaining cities not served from Newark and cut from Dulles will continue to see service to other hubs from United Airlines, including some on larger mainline aircraft. This is in contrast to cuts United made earlier this fall.

ADVERTISEMENT

## A shortage of regional pilots

United has publicly stated that its regional operations are suffering due to an ongoing pilot shortage. It has had to park nearly 100 regional jets because there are not enough pilots to fly the aircraft.

United does not directly employ regional pilots. As with most other airlines in the US flying regional jets, United has contracts with airlines like SkyWest and Mesa to fly aircraft in the 50-76 seat range to help feed United's operations and serve smaller destinations. However, that does not mean there is nothing United can do to support regional flying.


United Airlines has set up some pathways to shore up staffing at regional carriers, but becoming a pilot is a lengthy process. Photo: United Airlines

United Airlines has set up the Aviate Academy, which is designed to help train future pilots and create a pipeline for people to learn how to fly, start their career with a regional airline, and eventually fly with United Airlines. It also has opened other pilot pipelines to help guarantee the large stream of pilots it will need to fly its current fleet and the massive expansion the airline will be undertaking due to the order it placed in June. The Aviate Program is huge for United Airlines' pilot hiring goals.

ADVERTISEMENT
Becoming an airline pilot is a lengthy process. Generally, the first step is getting a private pilot's license before undergoing further training to receive commercial certification, instrument ratings, and multi-engine ratings. After all this, and only after accumulating a minimum of 1,500 hours of total flight time, are pilots eligible to get a job at a regional airline.

Along with time, this requires a sizable financial investment as well. While there are some programs, United is pushing to get more people to consider a career as a pilot and marketing the profession to more people from younger and diverse backgrounds to drum up interest in becoming a pilot. However, the financial barrier coupled with relatively low entry-level pilot wages can deter many from entering the profession.



United Airlines CEO Scott Kirby has been talking about a shortage of pilots to fly its regional operations while discussing the overall future of 50-seat regional aircraft in the United network. Photo: Getty Images

Plus, once a pilot gets a job with an airline, many factors influence when and where pilots fly. Typically, airline pilots that have flown for longer with an airline gain seniority benefits that allow them to choose from a larger array of work schedules and trips. In addition, seniority typically does not transfer from one airline to another, meaning pilots generally fly with one airline or airline system throughout their career.

The schedule changes United has enacted appear to be set for at least the next year, if not longer. This implies that United is less confident in filling its stream of airline pilots at the regional level in the near future and is taking a more cautious approach. Of course, the situation could change, and there is no indication that United could not bring back some of these routes and operations if hiring improves. For now, the pilot shortage in the regional system means United is making cuts, and smaller airports are the ones getting hurt.

Jay Singh

Deputy Content Manager & Lead US Journalist - Jay's extensive travels and experience with premium products has given him incredible insight into the wider landscape of commercial aviation. Cited by TIME and Intelligent Aerospace, among others, and interviewed by major outlet NPR, Jay's focus on route planning and fleet developments allow him to dig deeper



into the stories behind the headlines. Based in Washington DC, United States. Follow him on social media for all his latest travel updates.

More great Simple Flying content:



**Saudi LCC Flynas Orders 10 Airbus A321XLR Aircraft**



**How The Boeing 720 Got Its Name**



businessinsider – It used to be illegal for an airline to cancel routes the way Delta just took 3 cities off its flight list

# It used to be illegal for an airline to cancel routes the way Delta just took 3 cities off its flight list

🔲 businessinsider.com/united-airlines-canceled-routes-airline-deregulation-act-2021-11

Andy Kiersz , Nick Lichtenberg , and Taylor Rains Dec 14, 2021, 6:32 AM



Jimmy Carter signing the Airline Deregulation Act of 1978.
National Archives

- Delta Air Lines just ended seven routes and three cities, a month after United cut service to 11 cities.
- Airlines unilaterally canceling routes was illegal until the 1978 Airline Deregulation Act.
- That law marked a turning point in US economic regulation, and some commentators and politicians think it's time for the pendulum to swing back.

If you live in Lincoln, Nebraska, your airline options just got cut in half.

Same with several other small cities around the country, as Delta Airlines ended seven routes today, and completely cut off service to three small cities. "Due to ongoing travel demand impact from the pandemic, we have made the difficult decision to suspend Delta

Connection service to these markets," a Delta spokesperson told Insider in an email statement.

It comes a month after United Airlines cut its service indefinitely to 11 cities, citing "changes in the long-term sustainability" of the routes.

Airlines weren't always free to unilaterally cancel service like this. In fact, it used to be illegal. From the 1930s until the 1980s, a federal agency called the Civil Aeronautics Board controlled what routes airlines could fly. If it were still around today, United would have had to apply to the CAB for permission to cancel these 11 routes.

What changed all of this was the 1978 Airline Deregulation Act, which allowed airlines to lower costs by cutting out the bureaucratic middleman and prioritizing more profitable routes.

The deregulation law came amid the stagflation of the late '70s, when both unemployment and inflation were running extremely high. According to historian Rick Perlstein's "Reaganland," President Jimmy Carter tied this deregulation to the inflation crisis, telling reporters that he "asked Congress to pass his airline deregulation bill to lower the cost of plane tickets."

The 40-odd years since have seen the rise of the "superstar city," as New York and San Francisco pulled away from cities like Pierre and Kalamazoo, Michigan, another route that United just abandoned.

## The (slight) revival of industrial policy

Some experts and economists are starting to connect the dots between deregulation and regional inequality and calling for a return to "industrial policy," where the government regulates some services like utilities and airlines. These include the urbanist Richard Florida, who argued that airline deregulation was linked to regional inequality for Bloomberg CityLab in 2019, and author Matt Stoller, who wrote an influential essay in The Atlantic about industrial policy in 2016.

Even inside the White House, the man who's steering President Joe Biden's economic agenda, National Economic Council Director Brian Deese, is one of them. He told The New York Times in February that "straight-out industrial policy" provided some of the "biggest opportunities" for reviving American manufacturing and tackling the climate crisis.

There are remnants of a 1970s-style industrial policy around today. The Essential Air Service program was created to ensure that small cities wouldn't be left without commercial air service by linking them to the national air network. The Department of Transportation subsidizes airlines to operate flights to small communities, including approximately 60 in Alaska and 115 in the lower 48. Pierre and Watertown in South Dakota, which United dropped, are part of the EAS program.

Henry Harteveldt, president and travel industry analyst of Atmosphere Research Group, told Insider that carriers still aren't required to serve unsustainable markets.

"As hard as it is for the people that live in these small towns to lose airline service, it is an unfortunate reality that airlines are not just going to serve a city out of civic responsibility," Harteveldt said. "However, if market conditions improve, if communities are able to go to an airline to offer financial incentives, or if some of these communities are able to apply for and be granted EAS status, it is possible that some of the service that was lost may be reinstated."

But in the meantime, cities with restricted airline access are seeing fewer corporations headquartered there, hurting the local economy.

In the superstar cities well served by airlines, on the other hand, housing costs will skyrocket because they will have a disproportionate number of jobs compared to outlying areas. That's exactly what has happened to America since the Great Recession , leading to a severe housing shortage in 2020.

An industrial policy would have a large antitrust component, with the government actively making decisions about which firms achieve the importance of a utility and need to be reined in, like, say, Facebook or Google.

Until industrial policy comes back, though, your city could be next.

bestlifeonline.com – United Airlines' CEO just
revealed the real reason for major flight cuts

# United Airlines' CEO Just Revealed the Real Reason for Major Flight Cuts

finance.yahoo.com/news/united-airlines-ceo-just-revealed-171758355.html

Kali Coleman



Air travel has increased significantly in the last few months after the spread of COVID had postponed and canceled many people's 2020 travel plans. Airports across the U.S. have seen more than two million travelers on most days in November and December this year, which is a sharp jump from the 500,000 to 900,000 people traveling at this same time last year, according to the Transportation Security Administration (TSA). But with more travelers comes more issues. Major airlines including American Airlines, Frontier, Delta Air Lines, and United Airlines, have all had to cancel numerous flights over the last two months. Now, United's CEO is offering his perspective on the real reason why so many airlines have had to cut flights. Read on to find out what this could mean for your travel plans.

**RELATED: Delta Will No Longer Fly to These 3 Cities, Starting Jan. 9.**

## United Airlines' CEO said there is an ongoing pilot shortage.



During a Dec. 15 Senate hearing concerning the U.S. airline industry, the heads of several major airlines discussed current issues with air travel. United Airlines CEO **Scott Kirby** said his company is dealing with a lack of pilots who can fly planes. "There has been a looming pilot shortage for the last decade in the United States, and going through COVID it became an actual pilot shortage," he said during the hearing, per The Points Guy.

The pilot shortage is the result of both the pandemic and the number of pilots stepping down after reaching the mandatory retirement age, TravelPulse reports. Pilots in the U.S. are allowed to fly until they are 65 in accordance with the Fair Treatment for Experience Pilots Act, which went into effect in 2007 and raised the age limit from 60, according to the Federal Aviation Administration (FAA).

"I'm a little less optimistic that that situation is going to reverse itself in the near term unless we do something to increase the supply of pilots," Kirby said.

**RELATED: <u>Delta CEO Just Warned This Major Change Is Coming to Flying</u>.**

## Kirby said that the pilot shortage is causing flight cuts for regional airports.



According to Kirby, this pilot shortage is disproportionally affecting the airline's flights from smaller, regional communities. Nearly 100 of United's regional airplanes are unable to be used right now because of this issue.

"So all of us, particularly our regional partners, simply don't have enough airplanes to fly. We have almost 100 airplanes effectively grounded right now—regional aircrafts—because there's not enough pilots to fly them, which means we can't at the moment fly to all the small communities that we would like to. It's really about not having enough pilots."

Kirby briefly touched on the pilot shortage last month at a Skift Forum, but this is the first time he has publicly confirmed that the airline has had to curb nearly 100 regional aircrafts, according to The Points Guy. "We don't have enough pilots to fly all the airplanes," Kirby said during the November forum, per Airline Weekly. "So the 50-seaters are at the bottom of that pile, and markets that rely on 50-seaters are the ones that are going to lose service."

## United Airlines announced the end of regional service to 11 different cities this year.



Last month, United starting <u>cutting service to 11 regional airports</u> in small U.S. cities from its hubs in Houston, Denver, and Chicago. The airline dropped flights from Twin Falls, Idaho, on Nov. 30, and then on Jan. 3, it's set to drop the remaining 10 cities: Kalamazoo, Michigan; College Station, Texas; Columbia, Missouri; Mosinee, Wisconsin; Evansville, Indiana; Killeen-Fort Hood, Texas; Lansing Michigan; Monroe, Louisiana; Pierre, South Dakota; and Watertown, South Dakota.

"Many different factors <u>determine a successful route</u>, and our decisions include careful evaluation of our overall network, fleet, resources at our regional partners, and yields. With that in mind, we have determined that these particular routes are not sustainable for the long-term," United told Insider at the time.

**RELATED: For more travel news delivered straight to your inbox, <u>sign up for our daily newsletter</u>.**

## Other airlines have warned about a pilot shortage.



Earlier in December, Delta Air Lines had to pare down flights from Brunswick Golden Isles Airport in Glynn County, Georgia to Atlanta, despite this route being routinely overbooked due to high demand, according to *The Brunswick News*. During a development meeting on Dec. 7, **Rob Burr**, the executive director of the Glynn County Airport Authority, said that Delta is cutting these flights because of a shortage of pilots.

"Delta is struggling to staff. We have strong demand, but the supply is not there," Burr said at the meeting.

Back in October, Delta CEO **Ed Bastian** warned of an impending pilot shortage. "There is a looming shortage coming. It's not here yet. But it's on its way," Bastian said during a U.S. Travel Associations conference on Oct. 26, as reported by TravelPulse.

**RELATED: <u>Never Do This When Your Flight Is Canceled, Travel Expert Warns</u>.**

oliverwyman.com - After Covid-19, Aviation Faces a Pilot Shortage

# After Covid-19, Aviation Faces a Pilot Shortage

🌐 oliverwyman.com/our-expertise/insights/2021/mar/after-covid-19-aviation-faces-a-pilot-shortage.html

For the past few years, securing a pipeline of new pilots has been a primary concern for airlines around the world. In a 2019 Oliver Wyman poll of flight operations leaders, 62 percent listed a shortage of qualified pilots as a key risk. The root cause of the coming shortage varies by region: In the United States, it's an aging workforce facing mandatory retirement, fewer pilots exiting the military, and barriers to entry, including the cost of training. In China and other regions where a burgeoning middle class is demanding air travel, the struggle is to expand capacity fast enough.

The impact also depends on the class of carrier, with 83 percent of regional carriers finding it challenging to recruit talent compared with 22 percent of low-cost carriers. Despite these differences, there were few regions in the world that weren't dealing with how to secure enough pilots to fuel future growth.

Nearly overnight, with the outbreak of COVID-19, the conversation shifted from shortage to surplus. For carriers that were struggling with pilot supply, this has provided a momentary reprieve. It will not last, and decisions taken today to survive the coronavirus pandemic may threaten the ability of airlines in some regions to recover and grow in the future.

## The return of demand

A major question facing the aviation industry is when demand will return. For passenger recovery, estimates range from early 2022 to 2024 and beyond. For pilots, however, demand is driven by aircraft departures and utilization rather than passengers. The global in-service fleet has already recovered in size to 76 percent of pre-COVID levels. In China, where the outbreak was earlier and better controlled, the in-service fleet is already at 99 percent. While utilization and resulting block hours still lag historic levels globally, we expect the demand for pilots to proceed the recovery of passenger growth by two to three quarters.

In recent years, airlines have provided a more direct path to the cockpit for new pilots, expanding cadet training programs and providing financing. With COVID, many of the airline pipeline levers have come under pressure. Faced with mounting costs and a pilot surplus, cadet programs are being trimmed. Some of the banks that have supported the financing are reconsidering the risk profile of a new pilot cadet. Finally, the attraction of a stable and lucrative career path now looks much less secure.

These trends have created a supply shock. Pilot candidates will think twice about entering such a cyclical industry. Many furloughed pilots will return, but some may pursue other opportunities. Finally, airlines in some regions have relied heavily on early retirements to reduce costs, which will permanently decrease the supply. Looking at past crises such as 9/11 and the global financial crisis, new pilot certifications fell 30 to 40 percent during the

five years after the initial shock. With the global nature of this shock, we believe 25,000 to 35,000 current and future pilots may choose alternative career paths over the next decade.

## Emergence of the pilot shortage

The most important question is not whether a pilot shortage will reemerge, but when it will occur and how large the gap will be between supply and demand. Based on a modest recovery scenario, we believe a global pilot shortage will emerge in certain regions no later than 2023 and most probably before. However, with a more rapid recovery and greater supply shocks, this could be felt as early as late this year. Regarding magnitude, in our most likely scenarios, there is a global gap of 34,000 pilots by 2025. This could be as high as 50,000 in the most extreme scenarios. Eventually, the impact of furloughs, retirements, and defections will create very real challenges for even some of the biggest carriers. One cushion airlines have created consists of 100,000 pilots still on payroll but flying reduced schedules or on voluntary company leave. In the US, such programs have been very popular and will provide the airline some flexibility once the industry begins to recover.

Perhaps more important than the global view are the regional projections. Recovery is not expected to be uniform across the globe and each region has its own demographic considerations. In our analysis, North American, Asia Pacific, and the Middle East are likely to see the largest shortages while Europe, Africa, and Latin America remain closer to equilibrium. In North America, with an aging pilot population and heavy use of early retirements, the shortage reemerges quickly and is projected to reach over 12,000 pilots by 2023 — 13 percent of total demand. However, Asia Pacific, with a faster growth trajectory will surpass this by the end of the decade with a projected shortage of 23,000 pilots by 2029. This can have real implications on the timing and depth of regional shortages as pilots migrate to areas of opportunity, potentially accelerating or deepening shortages in other regions.

In Europe, the supply and demand of pilots are expected to be balanced over the next three to four years. A few European airlines even suspended training and recommended to pilots in training that they abandon the profession altogether. Our view is not so radical since these very candidates will be necessary in the longer term in Europe and could provide valuable service elsewhere across the globe, particularly in Asia.

## What airlines can do

For airlines who are currently struggling to right size the operation and remain solvent, the idea of a pilot shortage is far from top of mind. However, it has the real potential to limit their ability to regrow and rebuild their operation in the coming years. There are three main areas where airlines can help to reduce the impact of future pilot shortages:

- **Reduce pilot demand**: Take the opportunity to rethink crew operations and improve crew productivity, thereby reducing the total pilots required, while driving down costs in the process
- **Reinforce the pipeline**: Continue to invest in training programs and pilot recruitment, including resolving emerging financing challenges
- **Engage the workforce**: Recognize the likelihood of increased competition, particularly for furloughed pilots, and actively engage to improve retention

How quickly airlines can regrow their operation will be guided by how quickly they can regrow their pilot ranks. Those that take action now increase the agility of the airline to capture demand as it recovers.

*Liza Dingle, Ian Reagan, Chad Porter, and Jeff Green contributed invaluable research that led to the production of this report.*



**Global pilot demand versus supply**
Number of pilots

## Pilot demand versus supply forecast

Magnitude of surplus/shortage



Africa
South/Latin America
Europe
Middle East
North America
Asia/Pacific

Source: Oliver Wyman analysis

npr.org - U.S. travelers are back in the saddle again

# U.S. travelers are back in the saddle again. But they've adapted to a new reality

npr.org/2021/10/09/1036555480/pandemic-travel-industry-tourism-vacations

Jaclyn Diaz



Horseback riders head down a trail near June Lake, Calif. As post-pandemic travel increases, people are flocking to outdoor activities and rural areas.

George Rose/Getty Images

After surging coronavirus cases during the spring scuttled a much-anticipated cruise trip to Montreal, Nate Burglewski and his extended family really wanted to gather this summer — while also staying safe.

The trip had to meet a few requirements: a destination that wasn't too far for elderly relatives in the Midwest, had strict local coronavirus safety measures and offered lots of outdoor activities. Burglewski and his wife live in upstate New York, while other relatives are scattered across the country.

"Everyone is vaccinated and got them as early as we could. With the delta variant, we still decided to be very cautious. We did self-quarantines and all got tested the week before," he says.

They ended up meeting in Indiana, renting a vacation home and spending a lot of time outside.

"It all worked out," he says.

After losing out on big trips in 2020 because of the pandemic, lots of Americans are making similar decisions — and making up for lost time.

"After more than a year of isolation or being limited to local activities, people showed this pent-up demand for travel," says Larry Yu, a professor of hospitality management at George Washington University.



After more than a year of being cooped up, people are traveling again but are forsaking hotels and international and urban destinations for the great outdoors, perhaps like Silver Lake near the Sierra Nevada mountains in California.

George Rose/Getty Images
This strong desire to travel has driven new trends in the industry — some of which may be here to stay. Like Burglewski's family, people are flocking to outdoor activities, rural areas and private vacation rentals and are showing less interest in hotels and international and urban destinations.

And early evidence shows that despite the delta variant and still-high cases of infection in the U.S., Americans are planning to continue to travel from now to the end of the year.

"We fully expect that leisure demand, especially on the weekends, continues to be strong in the fall and winter," says Jan Freitag, director of hospitality analytics in the U.S. for CoStar Group.

## After a big drop, the industry shows signs of recovery

It's a big change from the earlier months of the pandemic, when the industry took a massive hit.

In the U.S., travel spending plummeted by nearly $500 billion, according to the U.S. Travel Association. Thousands of jobs were lost as well: 65% of all U.S. jobs lost in 2020 were supported by travel.

To be sure, pandemic uncertainty is still causing some whiplash for businesses. Just last month, Southwest Airlines and other businesses reported they would pull back this fall.

Still, the U.S. travel sector is bouncing back from its pandemic lows, businesses and experts say. The travel association reports that travel spending is inching back up to 2019 levels. Hotel occupancy this summer recovered to just shy of pre-pandemic numbers: nearly 70% in July this year, compared with 73% during July 2019, according to STR, which provides data and research on the global hospitality industry.

Airline bookings — at least domestically — are also approaching pre-pandemic levels.

The rollout of vaccinations has made a big difference, says Paula Twidale, senior vice president of AAA Travel.

The travel agency has "been experiencing a travel boom all year," she says. "The domestic travel increase has been phenomenal."

## Americans are traveling in ways shaped by the pandemic

The Burglewski's family vacation in Nashville, Ind., reflects many of the new realities. Most family members wore masks indoors and stayed outside as much as possible. They hiked and played four square at a nearby playground.

They chose a rental home — with a porch to gather on — over a big hotel.

"We feel like we can control the environment more," Burglewski says.

"Some people in the family still really want to do a cruise," he says, "but others said they don't think they would ever be comfortable doing something like that again."



Nathan Burglewski and members of his extended family made use of a playground near their rental home during a family vacation to Indiana this summer.

Nate Burglewski
Other Americans were making similar choices over the summer — and in record numbers.

"Vrbo has experienced its best year ever," says Melanie Fish, a company spokeswoman. That makes a lot of sense, she says, because private vacation homes in the U.S. were in high demand during the pandemic.

Families also stayed longer. For instance, Airbnb has seen a rise in families renting properties for three- and four-day weekends. That has been easier because so many companies have delayed returning to the office or have announced flexible workweeks.

Nathan Burglewski and his extended family had some requirements for their rescheduled vacation: a destination that wasn't too far for elderly relatives in the Midwest and offered lots of outdoor activities. They ended up in a rental in Indiana.

Nathan Burglewski



## Travelers chose mountains over skyscrapers

Where travelers are going is also changing. Coastal areas have been popular, says Yu, the George Washington professor, with more people taking advantage of kayaking, boating or canoeing activities. And small towns, too. For instance, 42% of the nights booked by families on Airbnb this summer were in rural destinations, up from 32% two years ago.

"There's been big growth in those areas," says Christopher Nulty, Airbnb's public affairs director. Early in the pandemic, he notes, "people were forced to travel to destinations a car ride away and they were able to find that great places exist just a tank of gas away."

Vrbo experienced similar demand for more local travel. Trips of 250 miles or less in July and August increased by over 20% compared with the same time in 2019, according to the company's latest data.

The greater emphasis on nature and outdoor activities is reflected in the popularity of U.S. national parks. Since seeing a major drop-off in visitors in the early months of the pandemic, the National Park Service has experienced a healthy systemwide rebound in 2021.

Yellowstone National Park, for instance, had 921,844 visitors in August 2021, making it the most-visited August on record and outpacing the pre-pandemic total for the same month by 12%, according to the NPS.

## Experts predict a busy fall and winter

Though coronavirus cases have been declining and some foreign countries have reopened, U.S. travelers are staying cautious and, for now, close to home.

"The delta variant will continue to put a small damper on corporate demand, but the American consumers are seemingly undeterred," Freitag with CoStar Group says. "And as delta cases decline, we expect that leisure demand will hold."

More than 50% of American adults plan to take a domestic vacation before the end of 2022, according to AAA.

Vrbo's outlook for this fall and winter is also looking good, with "heightened demand" for homes in December compared with in previous years, says Nancy Lien, a company spokeswoman.

"Demand for holiday bookings started picking up as early as July," she says. "Warmer destinations like the Florida Keys and Naples, Fla., have fewer than 30% of Vrbo homes remaining during Christmas week."

Ski destinations in the U.S. are a top choice as well. Vrbo reports that demand for popular ski spots in Breckenridge, Colo., and surrounding areas are up.

Among those who will contribute to the continuing travel surge will be Burglewski and his wife.

"We are making up for lost time and taking those trips we've put off," he says.

For Christmas, they'll fly to Florida for a 10-day stay. In the new year, the couple plans to visit Yellowstone for a delayed anniversary trip.

## Sign Up For The New Normal Newsletter

Find the latest news on the coronavirus crisis and help getting through whatever comes next. Sent twice a week.

Bureau of Labor Statistics  –  Airline and Commercial Pilots Job Outlook

 **U.S. BUREAU OF LABOR STATISTICS**

Bureau of Labor Statistics > Publications > Occupational Outlook Handbook > Transportation and Material Moving

OOH HOME | OCCUPATION FINDER | OOH FAQ | OOH GLOSSARY | A-Z INDEX | OOH SITE MAP

OCCUPATIONAL OUTLOOK HANDBOOK

Search Handbook [ ] Go

# Airline and Commercial Pilots

PRINTER-FRIENDLY

| Summary | What They Do | Work Environment | How to Become One | Pay | Job Outlook | State & Area Data | Similar Occupations | More Info |

Summary

## Summary

| Quick Facts: Airline and Commercial Pilots | |
|---|---|
| 2020 Median Pay | $130,440 per year |
| Typical Entry-Level Education | See How to Become One |
| Work Experience in a Related Occupation | See How to Become One |
| On-the-job Training | Moderate-term on-the-job training |
| Number of Jobs, 2020 | 113,900 |
| Job Outlook, 2020-30 | 13% (Faster than average) |
| Employment Change, 2020-30 | 14,700 |



### What Airline and Commercial Pilots Do
Airline and commercial pilots fly and navigate airplanes, helicopters, and other aircraft.

### Work Environment
Pilots usually have variable work schedules, with overnight layovers that are more common for airline pilots.

### How to Become an Airline or Commercial Pilot
Airline pilots typically begin their careers as commercial pilots or flight instructors. Commercial pilots must complete flight training and need a commercial pilot's license from the Federal Aviation Administration (FAA)     . Airline pilots typically need a bachelor's degree and an FAA-issued Airline Transport Pilot (ATP) certificate.

### Pay
The median annual wage for airline pilots, copilots, and flight engineers was $160,970 in May 2020.

The median annual wage for commercial pilots was $93,300 in May 2020.

### Job Outlook
Overall employment of airline and commercial pilots is projected to grow 13 percent from 2020 to 2030, faster than the average for all occupations.

About 14,500 openings for airline and commercial pilots are projected each year, on average, over the decade. Many of those openings are expected to result from the need to replace workers who transfer to different occupations or exit the labor force, such as to retire.

### State & Area Data
Explore resources for employment and wages by state and area for airline and commercial pilots.

### Similar Occupations
Compare the job duties, education, job growth, and pay of airline and commercial pilots with similar occupations.

### More Information, Including Links to O*NET
Learn more about airline and commercial pilots by visiting additional resources, including O*NET, a source on key characteristics of workers and occupations.

What They Do

What They Do →

## What Airline and Commercial Pilots Do

About this section

Airline and commercial pilots fly and navigate airplanes, helicopters, and other aircraft.

### Duties

Pilots typically do the following:

- Check the overall condition of the aircraft before and after every flight
- Ensure that the aircraft is balanced and below its weight limit
- Verify that the fuel supply is adequate and that weather conditions are acceptable
- Prepare and submit flight plans to air traffic control
- Communicate with air traffic control over the aircraft's radio system

- Operate and control aircraft along planned routes and during takeoffs and landings
- Monitor engines, fuel consumption, and other aircraft systems during flight
- Respond to changing conditions, such as weather events and emergencies (for example, a mechanical malfunction)
- Navigate the aircraft by using cockpit instruments and visual references



Pilots plan their flights by checking that the aircraft is operable and safe, that the cargo has been loaded correctly, and that weather conditions are acceptable. They file flight plans with air traffic control and may modify the plans in flight because of changing weather conditions or other factors.

Takeoff and landing can be the most demanding parts of a flight. They require close coordination among the pilot; copilot; flight engineer, if present; air traffic controllers; and ground personnel. Once in the air, the captain may have the first officer, if present, fly the aircraft, but the captain remains responsible for the aircraft. After landing, pilots fill out records that document their flight and the status of the aircraft.

**Commercial pilots are involved in activities such as firefighting and crop dusting.**

Some pilots are also instructors using simulators and dual-controlled aircraft to teach students how to fly.

The following are examples of types of pilots:

*Airline pilots* work primarily for airlines that transport passengers and cargo on a fixed schedule. The captain or pilot in command, usually the most experienced pilot, supervises all other crew members and has primary responsibility for the flight. The copilot, often called the first officer or second in command, shares flight duties with the captain. Some older planes require a third pilot known as a flight engineer, who monitors instruments and operates controls. Technology has automated many of these tasks, and new aircraft do not require flight engineers.

*Commercial pilots* are involved in unscheduled flight activities, such as aerial application, charter flights, and aerial tours. Commercial pilots may have additional nonflight duties. Some commercial pilots schedule flights, arrange for maintenance of the aircraft, and load luggage themselves. Pilots who transport company executives, also known as corporate pilots, greet their passengers before embarking on the flight.

Agricultural pilots typically handle agricultural chemicals, such as pesticides, and may be involved in other agricultural practices in addition to flying. Pilots, such as helicopter pilots, who fly at low levels must constantly look for trees, bridges, power lines, transmission towers, and other obstacles.

With proper training, airline pilots also may be deputized as federal law enforcement officers and be issued firearms to protect the cockpit.

<- Summary                                                                                      Work Environment ->
**Work Environment**

# Work Environment

About this section

Airline pilots, copilots, and flight engineers held about 74,700 jobs in 2020. The largest employers of airline pilots, copilots, and flight engineers were as follows:

| | |
|---|---|
| Scheduled air transportation | 84% |
| Federal government, excluding postal service | 4 |
| Support activities for transportation | 2 |
| Nonscheduled air transportation | 2 |

Commercial pilots held about 39,200 jobs in 2020. The largest employers of commercial pilots were as follows:

| | |
|---|---|
| Nonscheduled air transportation | 30% |
| Technical and trade schools; private | 13 |
| Support activities for air transportation | 11 |
| Ambulance services | 10 |
| Manufacturing | 3 |



**Pilots have variable work schedules, which may include overnight layovers.**

Pilots assigned to long-distance routes may experience fatigue and jetlag. Weather conditions may result in turbulence, requiring pilots to change the flying altitude. Flights can be long and flight decks are often sealed, so pilots work in small teams for long periods in close proximity to one another.

Aerial applicators, also known as crop dusters, may be exposed to toxic chemicals, typically use unimproved landing strips, such as grass, dirt, or gravel surface, and may be at risk of collision with power lines. Helicopter pilots involved in rescue operations may fly at low levels during bad weather or at night, and land in areas surrounded by power lines, highways, and other obstacles. Pilots use hearing protection devices to prevent their exposure to engine noise.

The high level of concentration required to fly an aircraft and the mental stress of being responsible for the safety of passengers can be fatiguing. Pilots must be alert and quick to react if something goes wrong. Federal law requires pilots to retire at age 65.

Most pilots are based near large airports.

## Injuries and Illnesses

Although fatalities are uncommon, commercial pilots experience one of the highest rates of occupational fatalities of all occupations.

## Work Schedules

Federal regulations set the maximum work hours and minimum requirements for rest between flights for most pilots. Airline pilots fly an average of 75 hours per month and work an additional 150 hours per month performing other duties, such as checking weather conditions and preparing flight plans. Pilots have variable work schedules that may include some days of work followed by some days off. Flight assignments are based on seniority. Seniority enables pilots who have worked at a company for a long time to get preferred routes and schedules.

Airline pilots may spend several nights a week away from home because flight assignments often involve overnight layovers. When pilots are away from home, the airlines typically provide hotel accommodations, transportation to the airport, and an allowance for meals and other expenses.

Commercial pilots also may have irregular schedules. Although most commercial pilots remain near their home overnight, some may still work nonstandard hours.

←- What They Do            How to Become One -→

**How to Become One**

# How to Become an Airline or Commercial Pilot

About this section

Airline pilots typically begin their careers as commercial pilots. Commercial pilots must complete flight training, and some employers require or prefer applicants to have a bachelor's degree. Airline pilots typically need a bachelor's degree. All pilots who are paid to fly must have at least a commercial pilot's license from the Federal Aviation Administration (FAA) . In addition, airline pilots must have the FAA-issued Airline Transport Pilot (ATP) certificate.

Interviews for positions with major and regional airlines may reflect the FAA exams for pilot licenses, certificates, and instrument ratings, and can be intense. Airlines frequently conduct their own psychological and aptitude tests to assess the candidates in critical thinking and decision-making processes under pressure.

Military pilots may transfer to civilian aviation and apply directly to airlines to become airline pilots.



Airline and commercial pilots who are newly hired by airlines or on-demand air services companies must undergo on-the-job training.

## Education

Airline pilots typically need a bachelor's degree in any field, including transportation, engineering, or business. They also must have a commercial pilot's license and an ATP certificate from the FAA. Airline pilots typically start their careers flying as commercial pilots. Commercial pilots usually accrue thousands of hours of flight experience in order to get a job with regional or major airlines.

Commercial pilots must have a commercial pilot's license, and some employers require or prefer that they have a bachelor's degree. The most common path to becoming a commercial pilot is to complete flight training with independent FAA-certified flight instructors or at schools that offer flight training. Some flight schools are part of 2- and 4-year colleges and universities.

The FAA certifies hundreds of civilian flight schools, which range from small fixed base operators (FBO) to state universities. Some colleges and universities offer pilot training as part of a 2- or 4-year aviation degree.

## Training

Airline and commercial pilots who are newly hired by airlines or on-demand air services companies undergo on-the-job training in accordance with Federal Aviation Regulations (FARs). This training usually includes several weeks of ground school and flight training. Various types of ratings for specific aircraft, such as the Boeing 737 or Cessna Citation, typically are acquired through employer-based training and generally are earned by pilots who have at least a commercial license.

Besides initial training and licensing requirements, all pilots must maintain their experience in performing certain maneuvers. This requirement means that pilots must perform specific maneuvers and procedures a given number of times within a specified amount of time. Pilots also must undergo periodic training and medical examinations, generally every year or every other year.

## Work Experience in a Related Occupation

Airline pilots typically begin their careers as commercial pilots. Pilots usually gain flight experience as commercial pilots or in the military to get a job with regional or major airlines.

Minimum time requirements to get a certificate or rating may not be enough to get some jobs. To make up the gap between paying for training and flying for the major airlines, many commercial pilots begin their careers as flight instructors and on-demand charter pilots. These positions typically require less experience than airline jobs require. When pilots have built enough flying hours, they can apply to the airlines.

## Licenses, Certifications, and Registrations

Those who are seeking a career as a professional pilot typically get their licenses and ratings in the following order:

- Student pilot certificate
- Private pilot license
- Instrument rating
- Commercial pilot license
- Multi-engine rating
- Airline transport pilot certificate

Each certificate and rating requires that pilots pass a written exam on the ground and a practical flying exam, usually called a check ride, in an appropriate aircraft. In addition to earning these licenses, many pilots get a certified flight instructor (CFI) rating after they get their commercial pilot certificate. The CFI rating helps them build flight time and experience quickly and at less personal expense. Current licensing regulations can be found in FARs.

***Commercial pilot license.*** To qualify for a commercial pilot license, applicants must meet age and flight-hour requirements. Student pilots use a logbook and keep detailed records of their flight time. The logbook must be endorsed by the flight instructor in order for the student to be able to take the FAA knowledge and practical exams. Specific requirements, including details on the types and quantities of flight experience and knowledge needed, are provided in FARs.

Applicants must pass the appropriate medical exam, meet all of the detailed flight experience and knowledge requirements, and pass a written exam and a practical flight exam in order to become commercially licensed. The medical exam confirms that the pilot's vision is correctable to 20/20 and that no physical or mental conditions exist that could impair the pilot's performance.

Commercial pilots must hold an instrument rating if they want to carry passengers for pay more than 50 miles from the point of origin of their flight, or at night.

*Instrument rating.* Pilots who earn an instrument rating can fly during periods of low visibility, also known as instrument meteorological conditions, or IMC. They may qualify for this rating by having at least 40 hours of instrument flight experience and 50 hours of cross-country flight time as pilot in command, and by meeting other requirements detailed in the FARs.

*Airline transport pilot (ATP) certificate.* All pilot crews of a scheduled commercial airliner must have ATP certificates. To earn the ATP certificate, applicants must meet certain requirements, such as for age, hours of flight, and written and practical exams. Airline pilots usually maintain one or more aircraft-type ratings, which allow them to fly aircraft that require specific training, depending on the requirements of their particular airline.

Pilots must pass periodic physical and practical flight examinations to be able to perform the duties granted by their certificate.

## Advancement

Commercial pilots may advance to airline pilots after completing a degree, accruing required flight time, and obtaining an ATP license.

Advancement for airline pilots depends on a system of seniority outlined in collective bargaining contracts.

## Important Qualities

*Communication skills.* Pilots must speak clearly when conveying information to air traffic controllers and other crew members. They must also listen carefully for instructions.

*Observational skills.* Pilots regularly watch over screens, gauges, and dials to make sure that all systems are in working order. They also need to maintain situational awareness by looking for other aircraft or obstacles. Pilots must be able to see clearly, be able to judge the distance between objects, and possess good color vision.

*Problem-solving skills.* Pilots must be able to identify complex problems and figure out appropriate solutions. When a plane encounters turbulence, for example, pilots assess the weather conditions and request a change in route or altitude from air traffic control.

*Quick reaction time.* Pilots must respond quickly, and with good judgment, to any impending danger.

← Work Environment                                      Pay →

**Pay**

# Pay

About this section

The median annual wage for airline pilots, copilots, and flight engineers was $160,970 in May 2020. The median wage is the wage at which half the workers in an occupation earned more than that amount and half earned less. The lowest 10 percent earned less than $80,920, and the highest 10 percent earned more than $208,000.

The median annual wage for commercial pilots was $93,300 in May 2020. The lowest 10 percent earned less than $47,570, and the highest 10 percent earned more than $200,920.

In May 2020, the median annual wages for airline pilots, copilots, and flight engineers in the top industries in which they worked were as follows:

| | |
|---|---|
| Scheduled air transportation | $173,780 |
| Nonscheduled air transportation | 117,030 |
| Federal government, excluding postal service | 111,460 |
| Support activities for transportation | 100,910 |

In May 2020, the median annual wages for commercial pilots in the top industries in which they worked were as follows:

| | |
|---|---|
| Manufacturing | $121,830 |
| Nonscheduled air transportation | 100,530 |
| Support activities for air transportation | 85,080 |
| Ambulance services | 83,210 |
| Technical and trade schools; private | 81,980 |

**Airline and Commercial Pilots**

Median annual wages, May 2020

| | |
|---|---|
| Airline pilots, copilots, and flight engineers | $160,970 |
| Aircraft pilots and flight engineers | $130,440 |
| Commercial pilots | $93,300 |
| Air transportation workers | $81,100 |
| Total, all occupations | $41,950 |

Note: All Occupations includes all occupations in the U.S. Economy.
Source: U.S. Bureau of Labor Statistics, Occupational Employment and Wage Statistics

Airline pilots usually begin their careers as first officers and receive wage increases as they accumulate experience and seniority.

In addition, airline pilots receive an expense allowance, or "per diem," for every hour they are away from home, and they may earn extra pay for international flights. Airline pilots and their immediate families usually are entitled to free or reduced-fare flights.

Federal regulations set the maximum work hours and minimum requirements for rest between flights for most pilots. Airline pilots fly an average of 75 hours per month and work an additional 150 hours per month performing other duties, such as checking weather conditions and preparing flight plans. Pilots have variable work schedules that may include several days of work followed by some days off.

Airline pilots may spend several nights a week away from home because flight assignments often involve overnight layovers. When pilots are away from home, the airlines typically provide hotel accommodations, transportation to the airport, and an allowance for meals and other expenses.

Commercial pilots also may have irregular schedules. Although most commercial pilots remain near their home overnight, they may still work nonstandard hours.

← How to Become One                                    Job Outlook →

**Job Outlook**

## Job Outlook

About this section

Overall employment of airline and commercial pilots is projected to grow 13 percent from 2020 to 2030, faster than the average for all occupations.

About 14,500 openings for airline and commercial pilots are projected each year, on average, over the decade. Many of those openings are expected to result from the need to replace workers who transfer to different occupations or exit the labor force, such as to retire.

### Employment

Employment of airline pilots, copilots, and flight engineers is projected to grow 14 percent from 2020 to 2030, faster than the average for all occupations. Much of this projected employment growth is due to recovery from the COVID-19 recession that began in 2020. Sharp declines in business and leisure travel impacted employment of these workers during the pandemic; however, demand for air travel is expected to be strong in the years ahead.

Employment of commercial pilots is projected to grow 11 percent from 2020 to 2030, faster than the average for all occupations. The number of commercial pilots is projected to increase in various industries, including ambulance services, where these workers will be needed to transfer patients to healthcare facilities by air.



**Airline and Commercial Pilots**

Percent change in employment, projected 2020-30

- Air transportation workers — 19%
- Airline pilots, copilots, and flight engineers — 14%
- Aircraft pilots and flight engineers — 13%
- Commercial pilots — 11%
- Total, all occupations — 8%

Note: All Occupations includes all occupations in the U.S. Economy.
Source: U.S. Bureau of Labor Statistics, Employment Projections program

### Employment projections data for airline and commercial pilots, 2020-30

| Occupational Title | SOC Code | Employment, 2020 | Projected Employment, 2030 | Change, 2020-30 Percent | Change, 2020-30 Numeric | Employment by Industry |
|---|---|---|---|---|---|---|
| Aircraft pilots and flight engineers | 53-2010 | 113,900 | 128,600 | 13 | 14,700 | Get data |
| Airline pilots, copilots, and flight engineers | 53-2011 | 74,700 | 85,000 | 14 | 10,300 | Get data |
| Commercial pilots | 53-2012 | 39,200 | 43,600 | 11 | 4,500 | Get data |

SOURCE: U.S. Bureau of Labor Statistics, Employment Projections program

← Pay
**State & Area Data**

State & Area Data ->

## State & Area Data

About this section

### Occupational Employment and Wage Statistics (OEWS)

The Occupational Employment and Wage Statistics (OEWS) program produces employment and wage estimates annually for over 800 occupations. These estimates are available for the nation as a whole, for individual states, and for metropolitan and nonmetropolitan areas. The link(s) below go to OEWS data maps for employment and wages by state and area.

- Airline pilots, copilots, and flight engineers
- Commercial pilots

### Projections Central

Occupational employment projections are developed for all states by Labor Market Information (LMI) or individual state Employment Projections offices. All state projections data are available at www.projectionscentral.com . Information on this site allows projected employment growth for an occupation to be compared among states or to be compared within one state. In addition, states may produce projections for areas; there are links to each state's websites where these data may be retrieved.

### CareerOneStop

CareerOneStop includes hundreds of occupational profiles with data available by state and metro area. There are links in the left-hand side menu to compare occupational employment by state and occupational wages by local area or metro area. There is also a salary info tool to search for wages by zip code.

← Job Outlook
**Similar Occupations**

Similar Occupations ->

## Similar Occupations

About this section

This table shows a list of occupations with job duties that are similar to those of airline and commercial pilots.

| OCCUPATION | JOB DUTIES | ENTRY-LEVEL EDUCATION | 2020 MEDIAN PAY |
|---|---|---|---|
| Air Traffic Controllers | Air traffic controllers coordinate the movement of aircraft to maintain safe distances between them. | Associate's degree | $130,420 |
| Water Transportation Workers | Water transportation workers operate and maintain vessels that take cargo and people over water. | See How to Become One | $59,250 |

← State & Area Data
**More Info**

More Info ->

# Contacts for More Information

About this section

For a list of FAA-approved pilot school locations, visit online　　or contact your local FAA field office　　for training providers in your area.

For specific information about licensing requirements and other federal regulations regarding pilots and operators, visit

Code of Federal Regulations, Title 14, Chapter 1

For more information about pilots, visit

Aircraft Owners and Pilots Association

Air Line Pilots Association, International

Coalition of Airline Pilots Associations

Federal Aviation Administration

Helicopter Association International

National Agricultural Aviation Association

O*NET

Airline Pilots, Copilots, and Flight Engineers

Commercial Pilots

← Similar Occupations

**SUGGESTED CITATION:**

Bureau of Labor Statistics, U.S. Department of Labor, *Occupational Outlook Handbook*, Airline and Commercial Pilots,
at https://www.bls.gov/ooh/transportation-and-material-moving/airline-and-commercial-pilots.htm (visited *January 02, 2022*).

**Last Modified Date:** Monday, November 1, 2021

U.S. BUREAU OF LABOR STATISTICS  Office of Occupational Statistics and Employment Projections  PSB Suite 2135  2 Massachusetts Avenue NE  Washington, DC 20212-0001

Telephone:1-202-691-5700　www.bls.gov/ooh　Contact OOH

atpflightschool.com – How long does it take to become a pilot?



☰

# How Long Does it Take to Become a Pilot?

It takes **two months to become a pilot** and earn your private pilot license. To become an airline pilot, it takes two years to gain the required 1,500 hours flight time.

## Pilot Training

In ATP's fast track, Airline Career Pilot Program, gain the flight training you need for your private pilot license and become a pilot in as little as two months. In the next five months, you will earn your commercial pilot certificate and flight instructor certificate — making you ready to start a career flying as a commercial pilot.

|  | Starting from Zero Time | Starting with Credit for Private |
|---|---|---|
| **Private Pilot** | 2 Months |  |
| **Commercial Pilot & Instrument Rating** | 3 Months | 3 Months |
| **Certified Flight Instructor & Multi-Engine Rating** | 2 Months | 2 Months |
| **Total Duration** | **7 Months** | **5 Months** |

## How much does flight school cost?

ATP quotes prices based on realistic flight time requirements, providing up-front, fixed-cost pricing for becoming a pilot.

How much does it cost to become a commercial pilot? »

# Flight Time Requirements

The FAA requires 1,500 hours to fly as an airline pilot, which can be earned in two years.

|  | Total Hours Required |
|---|---|
| **Private Pilot License** | 40 Hours |

| | Total Hours Required |
|---|---|
| **Commercial Pilot Certificate** | 250 Hours |
| **Airline Transport Pilot Certificate** | 1,500 Hours |

# You Can Become a Pilot — Here's Your Next Step

**Get started today** and gain access to the following **FREE** resources:

- Download Your Free Airline Pilot Career Guide
- Introductory Training Flight Online Lesson
- Discover Full Financing Options
- Online Training Module Library

Axios – Millennial spark a pilot comeback

# Millennials spark a pilot comeback

A axios.com/millennial-pilot-job-aviation-634c075d-fb9f-4321-9a3f-3430f85f070a.html

A surge in pilot certificates for millennials is chipping away at a critical, decades-long labor shortage in aviation.

### Active pilot certificates by age of holder

Even years from 1962 to 2018, as of Dec. 31 of each year



**2018 TOTAL**
633.3k

**OLDER THAN 34**
418.6k

**YOUNGER THAN 34**
214.7k

Data: Federal Aviation Administration; Chart: Lazaro Gamio/Axios

**What's happening:** The U.S. pilot shortage has threatened to eventually shut down smaller regional and cargo airlines and make rural areas of the U.S. more isolated and out of reach. But since 2006 — when millennials began reaching adulthood — the number of 20- to 35-year-old pilots has been slowly ticking back up after decades of decline, and compensating for a fall in other age categories, according to FAA data.

In 2008, 150,907 people in the 20- to 34-year-old age group had active pilot certificates. By last year, the number was up to 197,493, according to the FAA.

**But there's still a long way to go:**

- **There are 177,000 fewer** pilots today than in 1980. Fewer than a third are 20-34 years old, whereas this age group made up almost half of pilots in 1980.
- **A fifth** of certified U.S. commercial pilots are over 50. Mandatory retirement age is 65.
- **And the usual main font of pilots** — the military — is turning out far fewer than it used to. Moreover, millennials are significantly less likely to be veterans than past generations, according to Pew Research Center.

**Major airlines** — such as American Airlines, Delta, Southwest and United, which account for 67.5% of industry revenue — have been better able to attract young pilots with wage, benefits and recruitment strategies, such as Delta's Propel program.

But smaller regional and cargo airlines are struggling to fill their cockpits, experts tell Axios — even though they are paying a starting salary of $60,000, up from around $20,000 in 2012.

**The big picture:** The industry expects the number of air travelers to double over the next two decades, and cargo companies could be forced to find new ways to fulfill growing demand without access to more pilots.

**How we got here:** Following 9/11,several airlines went out of business or filed for bankruptcy. The industry then suffered through the financial crash. That made piloting a hard sell for young people starting careers.

**But there are other hard obstacles:**

- **Price:** If you aren't a veteran, you need training courses that cost tens of thousands of dollars, which, on top of already-rising costs for college, make it unattainable for many young people. The FAA has also increased requirements.
- **Diversity:** The millennial and post-millennial generations are the most diverse the U.S. has ever seen — about half of post-millennials are nonwhite. Yet airlines are largely not tapping nonwhite and women millennials. Look at the data — 92% of pilots and flight engineers are men, according to Census data collected by Data USA. And 93% are white. "We're only set up to recruit from half the population — males," says James Higgins, director of the aviation program at the University of North Dakota.
- **Civic virtue**: Aviation may be missing millennials who seek an altruistic occupation. "They may go into medicine, they may go into Peace Corps, they may go into other things that in their mind would be more impactful. I think we've lost a little bit of people coming into aviation because of that," Higgins said.

**The power of image**: Sandy Napier, a former Navy aviator who spent several decades as a pilot for a major airline, said that when he was young, planes were the new technology and films often glorified flying and wartime in ways they don't anymore.

"If you walked down a terminal, through the concourse, and you had your uniform on," Napier, a Baby Boomer, said remembering when he became a pilot, "if they see four stripes, generally people knew that was significant of being a captain." But the prestige has diminished some, he said.

businessinsider.com — United Airlines CEO says 100 of its regional jets are grounded because of a pilot shortage

# United Airlines CEO says 100 of its regional jets are grounded because of a pilot shortage

businessinsider.com/united-airlines-ceo-100-aircraft-planes-left-sitting-pilot-shortage-2021-12

Kate Duffy Dec 16, 2021, 8:04 PM



United Airlines aircraft at LAX.
Cassiohabib/Shutterstock

- United Airlines CEO Scott Kirby said 100 planes are grounded because of a pilot shortage.
- Kirby said in a Senate hearing that United can't fly to all the small communities it wants to due to the shortage.
- Kirby and other airline executives said they're working on training more pilots.

United Airlines CEO, Scott Kirby, told legislators on Wednesday that 100 of its planes are grounded due to a shortage of pilots.

"There has been a looming pilot shortage for the last decade in the United States, and going through COVID it became an actual pilot shortage," Kirby said during a Senate hearing with other airline executives.

The 100 regional aircraft are sitting idle "because there's not enough pilots to fly them," meaning that United can't fly to all of the smaller communities that it would like to, Kirby said.

"I'm a little less optimistic that that situation is going to reverse itself in the near term unless we do something to increase the supply of pilots," Kirby said.

American Airlines CEO, Doug Parker, said in the hearing that the shortage will become an issue if the carrier can't recruit enough pilots for regional aircraft routes.

Kirby, Parker, and John Laughter, Delta Airlines' executive vice president and chief of operations, all said in the hearing that their carriers are working on training more pilots.

"We are seeking to train 5,000 pilots by the end of the decade, with the goal that half of the students will be women and people of color, all while maintaining our incredibly high training standards," Kirby told the hearing.

Kirby added that financing for flight training poses a problem because pilots first have to spend $150,000 to qualify for the necessary certificate.

United didn't immediately respond to Insider's request for comment.

airline.org – Economic impact of commercial aviation

# ECONOMIC IMPACT OF
## COMMERCIAL AVIATION



## COMMERCIAL AVIATION IS A CRITICAL ECONOMIC ENGINE AND HELPS DRIVE MORE THAN 10 MILLION AMERICAN JOBS.

Commercial aviation drives 5% of U.S. GDP—that the equivalent of $1 trillion annually. Before the COVID-19 pandemic, U.S airlines flew 28,000 flights to more than 800 airports in nearly 80 countries, connecting 2.5 million passengers and transporting 28,000 tons of cargo every day. As the aviation industry stabilizes and mount a robust industry recovery. U.S. airlines are investing, innovating, and growing so we can deliver for you.

# FEATURED DATA

TOP 60 U.S. AIRPORTS: PERFORMANCE AS OF 13:45 EST ON DECEMBER 29



**DECEMBER**

## 29

13:45 EST

**U.S. Airline/Airport Operations**

## 8,047
Departed

## 96.1%



TOP 60 U.S. AIRPORTS: PERFORMANCE AS OF 13:45 EST ON DECEMBER 29

DECEMBER
29
13:45 EST

**U.S. Airline/Airport Operations**

8,047
Departed

96.1%
Completion Factor

798
Canceled

20,614
Daily Scheduled

83.4%
OTP (A14)

81.1%
OTP (DO)

% of Flights Operating On Time (A14)
● 80-100  ● 60-79  ● 0-59  ○ Pending

**RECENT U.S. AIRPORT PERFORMANCE**

Completion Factor: 98.1% (Average)

Canceled Flights: 11,267 (Total)

Hover for specific date; modify date ranges by highlighting.

ANUVU Descriptions and definitions: All data provided by Anuvu – masFlight (Anuvu.com). Domestic and International flight departures for U.S. airlines (mainline and regional) from U.S. airports. Non-U.S. Airlines are not included. Today's flight performance is cumulative throughout the day. DO = Departed on or before schedule. A14 = Arrived within 15 minutes of schedule. OTP = On Time Performance. Completion Factor (CF) = Percent of scheduled departures. Pending = departed, currently in flight. Avg TXO mins = Average taxi out time.



A4A Presentation: Industry Review and Outlook



Impact of COVID-19: Data Updates

# EXHIBIT B

September 8, 2022

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

LESTER ELIAZER ORELLANA UMANZOR
c/o FELIPE ALEXANDRE
AG IMMIGRATION LAW GROUP PA
5550 PAINTED MIRAGE RD STE 320A25
LAS VEGAS, NV 89149

LIN2290240315

RE: LESTER ELIAZER ORELLANA UMANZOR
I-140, Immigrant Petition for Alien Worker

A242-055-313




## REQUEST FOR EVIDENCE

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL
NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires
additional evidence to process your form. Please provide the evidence requested below. Include
duplicate copies if you are requesting consular notification.

**Your response must be received in this office by December 4, 2022.**

Please note that you have been allotted the maximum period allowed for responding to a Request for
Evidence (RFE). The time period for responding cannot be extended. 8 Code of Federal Regulations
(8 CFR) 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to
respond to this request as early as possible, but no later than the deadline provided above. If you do
not respond to this notice within the allotted time, your case may be denied. The regulations do not
provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested
evidence, USCIS will consider your response a request for a decision on the record. See 8 CFR
103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a
full and **complete** English translation. The translator must certify that the translation is accurate and
he or she is competent to translate from that language to English. **If you submit a foreign language
translation in response to this request for evidence, you must also include a copy of the foreign
language document.**

Processing of your I-140 will resume upon receipt of your response. If you have not heard from
USCIS within **60 days of responding**, you may contact the USCIS Contact Center at **1-800-375-5283**.
If you are hearing impaired, please call the USCIS Contact Center TDD at **1-800-767-1833.**

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to: www.uscis.gov file-online.

Reference is made to this Form I-140, Immigrant Petition for Alien Worker, seeking classification as a member of the professions holding an advanced degree and an exemption from the requirement of a job offer, and thus of a labor certification, in the national interest of the United States for LESTER ELIAZER ORELLANA UMANZOR (petitioner and beneficiary), filed on his/her own behalf. The priority date for this petition is June 3, 2022.

The beneficiary intends to work as a commercial pilot.

In order to establish eligibility, the petitioner must establish that:

- The beneficiary qualifies for the requested classification; and
- An exemption from the requirement of a job offer, and thus of a labor certification, is in the national interest of the United States.

USCIS has designated *Matter of Dhanasar,* 26 I&N Dec. 884 (AAO 2016) ("Dhanasar") as a precedent decision. That decision rescinded the earlier precedent decision, *Matter of New York State Dep't of Transp.* ("NYSDOT"), 22 I&N Dec. 215 (Acting Assoc. Comm'r 1998), regarding national interest waivers under Section 203(b)(2)(B)(i) of the Immigration and Nationality Act, and introduced a new three-prong test for determining eligibility. Under *Dhanasar*, USCIS may grant a national interest waiver as a matter of discretion if the petitioner demonstrates by a preponderance of the evidence that:



- The beneficiary's proposed endeavor has both substantial merit and national importance;
- The beneficiary is well positioned to advance the proposed endeavor; and
- On balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification.

If these three elements are satisfied, USCIS may approve the national interest waiver as a matter of discretion.

The evidence does not establish that any of the prongs of *Dhanasar* have been met. Therefore, USCIS requests additional evidence.

You submitted evidence with Form I-140 which establishes the beneficiary holds a Master of business management from the Universidad Technologica Centro Americana, Honduras and thus qualifies as a member of the professions holding an advanced degree. Therefore, at this time, USCIS does not need to evaluate whether the beneficiary also qualifies as an alien of exceptional ability.

The remaining issue is whether the beneficiary established that a waiver of the job offer requirement, and a labor certification, is in the national interest.

**Proposed Endeavor**

In the letter of intent with the evidence, you state "As an instructor, I will develop flight curricula and teaching methods for ground training, conduct training flights in subjects including aircraft systems, operating procedures, emergency handling and problem analysis. I will train students to help them in the process of obtaining their pilot's license from the Federal Aviation Administration (FAA)."

***Dhanasar* Prong 1 - Substantial merit and national in scope**

Please submit evidence to establish that the beneficiary's proposed endeavor has substantial merit

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https: www.uscis.gov/file-online.

and national importance. This evidence must demonstrate the endeavor's potential prospective impact.

You submitted the following list to establish that the petitioner meets this requirement:

- Petitioner's brief, CV, and letter of intent
- Pilot certification
- Military aviator pilot degree, Honduras Army and Air Force University
- Pilot certification, Honduras Army and Air Force University
- Master of business management, Universidad Technologica Centro Americana, Honduras
- Letters showing 10 years of experience
- Logbook of flight hours
- Pilots license for Honduras and US
- Tax statements
- Membership with United States Pilots Association and AOPA
- Letters of support and recommendation
- Certificates of appreciation, recognition, and acknowledgment
- Certificates for completion of courses and trainings
- Letter of intent from Alliance Aviation, and information about Alliance Aviation
- Background information about aviation and pilots



It is important to note that the shortage of pilots in the United States does not render his proposed endeavor nationally important under the *Dhanasar* framework. In fact, such shortages of qualified workers are directly addressed by the U.S. Department of Labor through the labor certification process.

The petitioner's role as commercial pilot, endeavoring to continue his work with Alliance Aviation, appears to be localized and would be of most benefit to his current and future employers. The petitioner has submitted evidence that his employers and their customers have prospectively benefited from his work, but the record does not contain documentary evidence that demonstrates that the petitioner's proposed endeavor, rather than his employer's business operations, will have potential prospective impact at the national or global level.

Evidence to establish that the beneficiary's proposed endeavor has substantial merit consists of, but is not limited to, the following:

- A detailed description of the proposed endeavor and why it is of substantial merit; and
- Documentary evidence that supports the petitioner's statements and establishes the endeavor's merit.

Evidence to establish that the beneficiary's proposed endeavor has national importance consists of, but is not limited to, the following:

- A detailed description of the proposed endeavor and why it is of national importance,
- Documentary evidence that supports the petitioner's statements and establishes the endeavor's national importance. Such evidence must demonstrate the endeavor's potential prospective impact, and may consist of, but is not limited to, evidence showing that the proposed endeavor:
    o Has national or even global implications within a particular field;
    o Has significant potential to employ U.S. workers or has other substantial positive economic effects, particularly in an economically depressed area;
    o Will broadly enhance societal welfare or cultural or artistic enrichment; and

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https: www.uscis.gov file-online.

○ Impacts a matter that a government entity has described as having national importance or is the subject of national initiatives.

Please submit evidence to establish that the beneficiary is well positioned to advance the proposed endeavor.

### *Dhanasar* **Prong 2 – Well positioned to Advance Proposed Endeavor**

You submitted the following list to establish that the petitioner meets this requirement:

- Petitioner's brief, CV, and letter of intent
- Pilot certification
- Military aviator pilot degree, Honduras Army and Air Force University
- Pilot certification, Honduras Army and Air Force University
- Master of business management, Universidad Technologica Centro Americana, Honduras
- Letters showing 10 years of experience
- Logbook of flight hours
- Pilots license for Honduras and US
- Tax statements
- Membership with United States Pilots Association and AOPA
- Letters of support and recommendation
- Certificates of appreciation, recognition, and acknowledgment
- Certificates for completion of courses and trainings
- Letter of intent from Alliance Aviation, and information about Alliance Aviation
- Background information about aviation and pilots



The second prong shifts the focus from the proposed endeavor to the foreign national. To determine whether the petitioner is well positioned to advance the proposed endeavor, we consider factors including, but not limited to: the individual's education, skills, knowledge and record of success in related or similar efforts; a model or plan for future activities; any progress towards achieving the proposed endeavor; and the interest of potential customers, users, investors, or other relevant entities or individuals.

The petitioner has not demonstrated how he is well positioned to advance the proposed endeavor. General assertions about the petitioner's work does not persuasively show that it would be beneficial to the U.S. to waive requirements of a job offer and thus waive the labor certification. The record lacks evidence of the beneficiary's's skills that sets him apart from others pilots. Under normal circumstances, most pilots would have all the same licenses and certifications the petitioner has.

In evaluating the reference letters, we note that letters containing general praise and speculation as to the potential applications of your work are less persuasive than letters that provide specific examples of how you have already influenced the field. Specifically, the letter from Marlon Orlando Diaz Calix states that the petitioner is "diligent and knowledgeable pilot" and also that "he maintains high professional and ethical standards". However, no examples were given to warrant this praise. USCIS acknowledges that your work has added to the overall body of knowledge in your field, but this is the goal of all such work; general assertions that your pilot work has influenced the field does not persuasively show that it would be beneficial to the U.S. to waive requirements of a job offer and thus waive the labor certification.

The assertions of counsel do not constitute evidence. Matter of Obaigbena, 19 I&N Dec. 533, 534

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

(BIA 1988); Matter of Ramirez-Sanchez, 17 I&N Dec. 503, 506 (BIA 1980).

Evidence which best establishes that the beneficiary is well positioned to advance the proposed endeavor will document the beneficiary's qualifications (skills, experience and track record), support (financial and otherwise) and commitment (plans and progress) to drive the endeavor forward, and will support projections of future work in the proposed endeavor. USCIS may consider factors including, but not limited to, the following:

- The beneficiary's education, skills, knowledge, and record of success in related or similar efforts. To show a beneficiary's education, skills, knowledge, and record of success in related or similar efforts, the petitioner may submit one or more pieces of evidence from the following non-exhaustive list:
    o Patents, trademarks, or copyrights owned by the beneficiary;
    o Letters from experts in the beneficiary's field, describing the beneficiary's past achievements and providing specific examples of how the beneficiary is well positioned to advance his or her endeavor. Testimonial letters should include information about the expert's own credentials, such as a curriculum vitae;
    o Published articles and/or media reports about the beneficiary's achievements or current work;
    o Documentation demonstrating a strong citation history;
    o Evidence that the beneficiary's work has influenced his or her field of endeavor;
    o Evidence demonstrating the beneficiary has a leading, critical or indispensable role in the endeavor or similar endeavors; and
    o Evidence showing that the beneficiary's past inventions or innovations have been used or licensed by others in the field.

- A model or plan for future activities. To show a model or plan for future activities, the petitioner may submit one or more pieces of evidence from the following non-exhaustive list:
    o A plan describing how the beneficiary intends to continue his or her work in the United States;
    o A detailed business model, when appropriate;
    o Correspondence from prospective/potential employers, clients or customers; and
    o Documentation reflecting feasible plans for financial support.

- Any progress towards achieving the proposed endeavor. To show progress towards achieving the proposed endeavor, a petitioner may submit one or more pieces of evidence from the following non-exhaustive list:
    o Evidence of grants the beneficiary has received listing the amount and terms of the grants, as well as the grantees;
    o Copies of contracts, agreements, or licenses resulting from the proposed endeavor or otherwise demonstrating the beneficiary is well positioned to advance the proposed endeavor;
    o Evidence of achievements that the beneficiary intends to build upon or further develop (including the types of documentation listed under "beneficiary's education, skills, knowledge, and record of success in related or similar efforts"); and
    o Evidence demonstrating the beneficiary has a leading, critical or indispensable role in the endeavor.

- The interest of potential customers, users, investors, or other relevant entities or individuals. To show interest of potential customers, investors, or other relevant individuals, a petitioner may submit one or more pieces of evidence from the following non-exhaustive list:
    o Letters from a government entity demonstrating its interest in the proposed endeavor;




USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

- o Evidence that the beneficiary has received investment from U.S. investors, such as venture capital firms, angel investors, or start-up accelerators, in amounts that are appropriate to the relevant endeavor;
- o Evidence that the beneficiary has received awards, grants, or other indications of relevant non-monetary support (for e.g., using facilities free of charge, etc.) from Federal, State, or local government entities with authority over the field of endeavor;
- o Evidence demonstrating how the beneficiary's work is being used by others, such as:
  - o Contracts with companies using products, projects, or services that the beneficiary developed or assisted in developing;
  - o Documents showing licensed technology or other procedural or technological advancements developed in whole or in part by the beneficiary and relied upon by others; and
  - o Patents or licenses awarded to the beneficiary with documentation showing why the particular patent or license is significant to the field.

- Other evidence that the beneficiary is well-positioned to advance the endeavor.

Note: The beneficiary may be well positioned to advance the endeavor even if there is no certainty that the proposed endeavor will be a success. However, unsubstantiated claims are insufficient and would not meet the petitioner's burden of proof.

### *Dhanasar* Prong 3 - On balance, is it beneficial to the United States to waive the requirements of a job offer and thus a labor certification

Please submit evidence to establish that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. This balance was described in *Dhanasar* as on one hand protecting the domestic labor supply through the creation of the labor certification process, while on the other hand recognizing that in certain cases the benefits inherent in the labor certification process can be outweighed by other factors that are also deemed to be in the national interest.

You submitted the following list to establish that the petitioner meets this requirement:

- Petitioner's brief, CV, and letter of intent
- Pilot certification
- Military aviator pilot degree, Honduras Army and Air Force University
- Master of business management, Universidad Technologica Centro Americana, Honduras
- Pilot certification, Honduras Army and Air Force University
- Letters showing 10 years of experience
- Logbook of flight hours
- Pilots license for Honduras and US
- Tax statements
- Membership with United States Pilots Association and AOPA
- Letters of support and recommendation
- Certificates of appreciation, recognition, and acknowledgment
- Certificates for completion of courses and trainings
- Letter of intent from Alliance Aviation, and information about Alliance Aviation
- Background information about aviation and pilots

USCIS notes that it has approved many second preference advance degree labor certification petitions for pilots in the United States. As the petitioner already has a job offer from Alliance Aviation to work as an instructor, USCIS does not see how it is impractical to require a job offer



USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

(since one has already been made) and labor certification. Nor does USCIC see the urgency in providing a national interest waiver. Please submit evidence to establish that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. This balance was described in Dhanasar as on one hand protecting the domestic labor supply through the creation of the labor certification process, while on the other hand recognizing that in certain cases the benefits inherent in the labor certification process can be outweighed by other factors that are also deemed to be in the national interest.

The petitioner failed to show that, in light of the nature of the his qualifications or proposed endeavor, it would be impractical for him to obtain a labor certification; moreover, the petitioner has not demonstrated that the national interest in his contributions is sufficiently urgent to warrant forgoing the labor certification process. The record suggests that the petitioner is a capable pilot, but it does not establish that he has unique knowledge or skills, that he is distinguished among his peers and that he can significantly influence his field.

USCIS may evaluate factors including, but not limited to, the following:

- Whether, in light of the nature of the beneficiary's qualifications or proposed endeavor, it would be impractical either for the beneficiary to secure a job offer or for the petitioner to obtain a labor certification;
- Whether, even assuming that other qualified U.S. workers are available, the United States would still benefit from the beneficiary's contributions;
- Whether the national interest in the beneficiary's contributions is sufficiently urgent to warrant forgoing the labor certification process;
- Whether the beneficiary's endeavor may lead to potential creation of jobs; and
- Whether the beneficiary is self-employed in a manner that generally does not adversely affect U.S. workers.

**PLACE THIS ENTIRE LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL. PLEASE USE THE ENCLOSED ENVELOPE TO MAIL THE ADDITIONAL EVIDENCE REQUESTED BACK TO THIS OFFICE.**

Sincerely,

*S. Will*

L. Miller
Director
Officer: 0032



NSCI140NSCRFE000022425965                    7 of 7                    www.uscis.gov

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https: www.uscis.gov file-online.

# EXHIBIT C

September 8, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

LESTER ELIAZER ORELLANA UMANZOR
c/o FELIPE ALEXANDRE
AG IMMIGRATION LAW GROUP PA
5550 PAINTED MIRAGE RD STE 320A25
LAS VEGAS, NV 89149

LIN2290240315

RE: LESTER ELIAZER ORELLANA UMANZOR
I-140, Immigrant Petition for Alien Worker

A242-055-313




## <u>REQUEST FOR EVIDENCE</u>

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL
NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires
additional evidence to process your form. Please provide the evidence requested below. Include
duplicate copies if you are requesting consular notification.

**Your response must be received in this office by December 4, 2022.**

Please note that you have been allotted the maximum period allowed for responding to a Request for
Evidence (RFE). The time period for responding cannot be extended. 8 Code of Federal Regulations
(8 CFR) 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to
respond to this request as early as possible, but no later than the deadline provided above. If you do
not respond to this notice within the allotted time, your case may be denied. The regulations do not
provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested
evidence, USCIS will consider your response a request for a decision on the record. See 8 CFR
103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a
full and **complete** English translation. The translator must certify that the translation is accurate and
he or she is competent to translate from that language to English. **If you submit a foreign language
translation in response to this request for evidence, you must also include a copy of the foreign
language document.**

Processing of your I-140 will resume upon receipt of your response. If you have not heard from
USCIS within **60 days of responding**, you may contact the USCIS Contact Center at **1-800-375-5283**.
If you are hearing impaired, please call the USCIS Contact Center TDD at **1-800-767-1833**.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to: www.uscis.gov file-online.

Reference is made to this Form I-140, Immigrant Petition for Alien Worker, seeking classification as a member of the professions holding an advanced degree and an exemption from the requirement of a job offer, and thus of a labor certification, in the national interest of the United States for LESTER ELIAZER ORELLANA UMANZOR (petitioner and beneficiary), filed on his/her own behalf. The priority date for this petition is June 3, 2022.

The beneficiary intends to work as a commercial pilot.

In order to establish eligibility, the petitioner must establish that:

- The beneficiary qualifies for the requested classification; and
- An exemption from the requirement of a job offer, and thus of a labor certification, is in the national interest of the United States.

USCIS has designated *Matter of Dhanasar,* 26 I&N Dec. 884 (AAO 2016) ("Dhanasar") as a precedent decision. That decision rescinded the earlier precedent decision, *Matter of New York State Dep't of Transp.* ("NYSDOT"), 22 I&N Dec. 215 (Acting Assoc. Comm'r 1998), regarding national interest waivers under Section 203(b)(2)(B)(i) of the Immigration and Nationality Act, and introduced a new three-prong test for determining eligibility. Under *Dhanasar,* USCIS may grant a national interest waiver as a matter of discretion if the petitioner demonstrates by a preponderance of the evidence that:

- The beneficiary's proposed endeavor has both substantial merit and national importance;
- The beneficiary is well positioned to advance the proposed endeavor; and
- On balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification.

If these three elements are satisfied, USCIS may approve the national interest waiver as a matter of discretion.

The evidence does not establish that any of the prongs of *Dhanasar* have been met. Therefore, USCIS requests additional evidence.

You submitted evidence with Form I-140 which establishes the beneficiary holds a Master of business management from the Universidad Technologica Centro Americana, Honduras and thus qualifies as a member of the professions holding an advanced degree. Therefore, at this time, USCIS does not need to evaluate whether the beneficiary also qualifies as an alien of exceptional ability.

The remaining issue is whether the beneficiary established that a waiver of the job offer requirement, and a labor certification, is in the national interest.

**Proposed Endeavor**

In the letter of intent with the evidence, you state "As an instructor, I will develop flight curricula and teaching methods for ground training, conduct training flights in subjects including aircraft systems, operating procedures, emergency handling and problem analysis. I will train students to help them in the process of obtaining their pilot's license from the Federal Aviation Administration (FAA)."

**_Dhanasar_ Prong 1 - Substantial merit and national in scope**

Please submit evidence to establish that the beneficiary's proposed endeavor has substantial merit



USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https: www.uscis.gov file-online.

and national importance. This evidence must demonstrate the endeavor's potential prospective impact.

You submitted the following list to establish that the petitioner meets this requirement:

- Petitioner's brief, CV, and letter of intent
- Pilot certification
- Military aviator pilot degree, Honduras Army and Air Force University
- Pilot certification, Honduras Army and Air Force University
- Master of business management, Universidad Technologica Centro Americana, Honduras
- Letters showing 10 years of experience
- Logbook of flight hours
- Pilots license for Honduras and US
- Tax statements
- Membership with United States Pilots Association and AOPA
- Letters of support and recommendation
- Certificates of appreciation, recognition, and acknowledgment
- Certificates for completion of courses and trainings
- Letter of intent from Alliance Aviation, and information about Alliance Aviation
- Background information about aviation and pilots

It is important to note that the shortage of pilots in the United States does not render his proposed endeavor nationally important under the *Dhanasar* framework. In fact, such shortages of qualified workers are directly addressed by the U.S. Department of Labor through the labor certification process.

The petitioner's role as commercial pilot, endeavoring to continue his work with Alliance Aviation, appears to be localized and would be of most benefit to his current and future employers. The petitioner has submitted evidence that his employers and their customers have prospectively benefited from his work, but the record does not contain documentary evidence that demonstrates that the petitioner's proposed endeavor, rather than his employer's business operations, will have potential prospective impact at the national or global level.

Evidence to establish that the beneficiary's proposed endeavor has substantial merit consists of, but is not limited to, the following:

- A detailed description of the proposed endeavor and why it is of substantial merit; and
- Documentary evidence that supports the petitioner's statements and establishes the endeavor's merit.

Evidence to establish that the beneficiary's proposed endeavor has national importance consists of, but is not limited to, the following:

- A detailed description of the proposed endeavor and why it is of national importance,
- Documentary evidence that supports the petitioner's statements and establishes the endeavor's national importance. Such evidence must demonstrate the endeavor's potential prospective impact, and may consist of, but is not limited to, evidence showing that the proposed endeavor:
  - Has national or even global implications within a particular field;
  - Has significant potential to employ U.S. workers or has other substantial positive economic effects, particularly in an economically depressed area;
  - Will broadly enhance societal welfare or cultural or artistic enrichment; and



USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https: www.uscis.gov/file-online.

o Impacts a matter that a government entity has described as having national importance or is the subject of national initiatives.

Please submit evidence to establish that the beneficiary is well positioned to advance the proposed endeavor.

### *Dhanasar* Prong 2 – Well positioned to Advance Proposed Endeavor

You submitted the following list to establish that the petitioner meets this requirement:

- Petitioner's brief, CV, and letter of intent
- Pilot certification
- Military aviator pilot degree, Honduras Army and Air Force University
- Pilot certification, Honduras Army and Air Force University
- Master of business management, Universidad Technologica Centro Americana, Honduras
- Letters showing 10 years of experience
- Logbook of flight hours
- Pilots license for Honduras and US
- Tax statements
- Membership with United States Pilots Association and AOPA
- Letters of support and recommendation
- Certificates of appreciation, recognition, and acknowledgment
- Certificates for completion of courses and trainings
- Letter of intent from Alliance Aviation, and information about Alliance Aviation
- Background information about aviation and pilots



The second prong shifts the focus from the proposed endeavor to the foreign national. To determine whether the petitioner is well positioned to advance the proposed endeavor, we consider factors including, but not limited to: the individual's education, skills, knowledge and record of success in related or similar efforts; a model or plan for future activities; any progress towards achieving the proposed endeavor; and the interest of potential customers, users, investors, or other relevant entities or individuals.

The petitioner has not demonstrated how he is well positioned to advance the proposed endeavor. General assertions about the petitioner's work does not persuasively show that it would be beneficial to the U.S. to waive requirements of a job offer and thus waive the labor certification. The record lacks evidence of the beneficiary's's skills that sets him apart from others pilots. Under normal circumstances, most pilots would have all the same licenses and certifications the petitioner has.

In evaluating the reference letters, we note that letters containing general praise and speculation as to the potential applications of your work are less persuasive than letters that provide specific examples of how you have already influenced the field. Specifically, the letter from Marlon Orlando Diaz Calix states that the petitioner is "diligent and knowledgeable pilot" and also that "he maintains high professional and ethical standards". However, no examples were given to warrant this praise. USCIS acknowledges that your work has added to the overall body of knowledge in your field, but this is the goal of all such work; general assertions that your pilot work has influenced the field does not persuasively show that it would be beneficial to the U.S. to waive requirements of a job offer and thus waive the labor certification.

The assertions of counsel do not constitute evidence. Matter of Obaigbena, 19 I&N Dec. 533, 534

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https: www.uscis.gov file-online.

(BIA 1988); Matter of Ramirez-Sanchez, 17 I&N Dec. 503, 506 (BIA 1980).

Evidence which best establishes that the beneficiary is well positioned to advance the proposed endeavor will document the beneficiary's qualifications (skills, experience and track record), support (financial and otherwise) and commitment (plans and progress) to drive the endeavor forward, and will support projections of future work in the proposed endeavor. USCIS may consider factors including, but not limited to, the following:




- The beneficiary's education, skills, knowledge, and record of success in related or similar efforts. To show a beneficiary's education, skills, knowledge, and record of success in related or similar efforts, the petitioner may submit one or more pieces of evidence from the following non-exhaustive list:
    - Patents, trademarks, or copyrights owned by the beneficiary;
    - Letters from experts in the beneficiary's field, describing the beneficiary's past achievements and providing specific examples of how the beneficiary is well positioned to advance his or her endeavor. Testimonial letters should include information about the expert's own credentials, such as a curriculum vitae;
    - Published articles and/or media reports about the beneficiary's achievements or current work;
    - Documentation demonstrating a strong citation history;
    - Evidence that the beneficiary's work has influenced his or her field of endeavor;
    - Evidence demonstrating the beneficiary has a leading, critical or indispensable role in the endeavor or similar endeavors; and
    - Evidence showing that the beneficiary's past inventions or innovations have been used or licensed by others in the field.

- A model or plan for future activities. To show a model or plan for future activities, the petitioner may submit one or more pieces of evidence from the following non-exhaustive list:
    - A plan describing how the beneficiary intends to continue his or her work in the United States;
    - A detailed business model, when appropriate;
    - Correspondence from prospective/potential employers, clients or customers; and
    - Documentation reflecting feasible plans for financial support.

- Any progress towards achieving the proposed endeavor. To show progress towards achieving the proposed endeavor, a petitioner may submit one or more pieces of evidence from the following non-exhaustive list:
    - Evidence of grants the beneficiary has received listing the amount and terms of the grants, as well as the grantees;
    - Copies of contracts, agreements, or licenses resulting from the proposed endeavor or otherwise demonstrating the beneficiary is well positioned to advance the proposed endeavor;
    - Evidence of achievements that the beneficiary intends to build upon or further develop (including the types of documentation listed under "beneficiary's education, skills, knowledge, and record of success in related or similar efforts"); and
    - Evidence demonstrating the beneficiary has a leading, critical or indispensable role in the endeavor.

- The interest of potential customers, users, investors, or other relevant entities or individuals. To show interest of potential customers, investors, or other relevant individuals, a petitioner may submit one or more pieces of evidence from the following non-exhaustive list:
    - Letters from a government entity demonstrating its interest in the proposed endeavor;

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

o Evidence that the beneficiary has received investment from U.S. investors, such as venture capital firms, angel investors, or start-up accelerators, in amounts that are appropriate to the relevant endeavor;

o Evidence that the beneficiary has received awards, grants, or other indications of relevant non-monetary support (for e.g., using facilities free of charge, etc.) from Federal, State, or local government entities with authority over the field of endeavor;

o Evidence demonstrating how the beneficiary's work is being used by others, such as:

    o Contracts with companies using products, projects, or services that the beneficiary developed or assisted in developing;

    o Documents showing licensed technology or other procedural or technological advancements developed in whole or in part by the beneficiary and relied upon by others; and

    o Patents or licenses awarded to the beneficiary with documentation showing why the particular patent or license is significant to the field.

- Other evidence that the beneficiary is well-positioned to advance the endeavor.

Note: The beneficiary may be well positioned to advance the endeavor even if there is no certainty that the proposed endeavor will be a success. However, unsubstantiated claims are insufficient and would not meet the petitioner's burden of proof.

### *Dhanasar* Prong 3 - On balance, is it beneficial to the United States to waive the requirements of a job offer and thus a labor certification

Please submit evidence to establish that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. This balance was described in *Dhanasar* as on one hand protecting the domestic labor supply through the creation of the labor certification process, while on the other hand recognizing that in certain cases the benefits inherent in the labor certification process can be outweighed by other factors that are also deemed to be in the national interest.

You submitted the following list to establish that the petitioner meets this requirement:

- Petitioner's brief, CV, and letter of intent
- Pilot certification
- Military aviator pilot degree, Honduras Army and Air Force University
- Master of business management, Universidad Technologica Centro Americana, Honduras
- Pilot certification, Honduras Army and Air Force University
- Letters showing 10 years of experience
- Logbook of flight hours
- Pilots license for Honduras and US
- Tax statements
- Membership with United States Pilots Association and AOPA
- Letters of support and recommendation
- Certificates of appreciation, recognition, and acknowledgment
- Certificates for completion of courses and trainings
- Letter of intent from Alliance Aviation, and information about Alliance Aviation
- Background information about aviation and pilots

USCIS notes that it has approved many second preference advance degree labor certification petitions for pilots in the United States. As the petitioner already has a job offer from Alliance Aviation to work as an instructor, USCIS does not see how it is impractical to require a job offer



USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

(since one has already been made) and labor certification. Nor does USCIC see the urgency in providing a national interest waiver. Please submit evidence to establish that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. This balance was described in Dhanasar as on one hand protecting the domestic labor supply through the creation of the labor certification process, while on the other hand recognizing that in certain cases the benefits inherent in the labor certification process can be outweighed by other factors that are also deemed to be in the national interest.

The petitioner failed to show that, in light of the nature of the his qualifications or proposed endeavor, it would be impractical for him to obtain a labor certification; moreover, the petitioner has not demonstrated that the national interest in his contributions is sufficiently urgent to warrant forgoing the labor certification process. The record suggests that the petitioner is a capable pilot, but it does not establish that he has unique knowledge or skills, that he is distinguished among his peers and that he can significantly influence his field.

USCIS may evaluate factors including, but not limited to, the following:

- Whether, in light of the nature of the beneficiary's qualifications or proposed endeavor, it would be impractical either for the beneficiary to secure a job offer or for the petitioner to obtain a labor certification;
- Whether, even assuming that other qualified U.S. workers are available, the United States would still benefit from the beneficiary's contributions;
- Whether the national interest in the beneficiary's contributions is sufficiently urgent to warrant forgoing the labor certification process;
- Whether the beneficiary's endeavor may lead to potential creation of jobs; and
- Whether the beneficiary is self-employed in a manner that generally does not adversely affect U.S. workers.

**PLACE THIS ENTIRE LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL. PLEASE USE THE ENCLOSED ENVELOPE TO MAIL THE ADDITIONAL EVIDENCE REQUESTED BACK TO THIS OFFICE.**

Sincerely,

*S. Will*

L. Miller
Director
Officer: 0032

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https: www.uscis.gov file-online.


**IMMIGRATION**
LAW GROUP

December 28, 2022

**VIA FEDEX**
**U.S. Citizenship and Immigration Services**
P.O. Box 82521
Lincoln, NE 68501-2521

> **RE: Response to Request for Evidence**
> Petition: Form I-140, Immigrant Petition for Alien Work
> Classification Sought: EB-2/NIW
> Case Number: LIN2290240315
> Petitioner: ORELLANA UMANZOR, Lester Eliazer
> Alien Number: 242-055-313

Dear USCIS Officer,

Enclosed please find the following petition, forms, and supporting documents:

1. Request for Evidence.
2. Response to the Request for Evidence.
3. List of Exhibits and Supporting Documentation.
4. Supporting documentation.

Very truly yours,

Felipe Alexandre, Esq.
AG Immigration Law Group



**U.S. Citizenship
and Immigration
Services**

Home > Newsroom > All News > Alerts > USCIS Extends COVID-19-related Flexibilities

# USCIS Extends COVID-19-related Flexibilities

Release Date : 10/24/2022

U.S. Citizenship and Immigration Services is extending certain COVID-19-related flexibilities through Jan. 24, 2023, to assist applicants, petitioners, and requestors. Under these flexibilities, USCIS considers a response received within 60 calendar days after the due date set forth in the following requests or notices before taking any action, if the request or notice was issued between March 1, 2020, and Jan. 24, 2023, inclusive:

- Requests for Evidence;
- Continuations to Request Evidence (N-14);
- Notices of Intent to Deny;
- Notices of Intent to Revoke;
- Notices of Intent to Rescind;
- Notices of Intent to Terminate regional centers;
- Notices of Intent to Withdraw Temporary Protected Status; and
- Motions to Reopen an N-400 Pursuant to 8 CFR 335.5, Receipt of Derogatory Information After Grant.

In addition, USCIS will consider a Form I-290B, Notice of Appeal or Motion, or a Form N-336, Request for a Hearing on a Decision in Naturalization Proceedings (Under Section 336 of the INA), if:

- The form was filed up to 90 calendar days from the issuance of a decision we made; and
- We made that decision between Nov. 1, 2021, and Jan. 24, 2023, inclusive.

As a reminder, the reproduced signature flexibility announced in March 2020 became permanent policy on July 25, 2022.

Please visit uscis.gov/coronavirus for USCIS updates.

Last Reviewed/Updated: 10/24/2022



December 28, 2022

<u>VIA FEDEX</u>
<u>USCIS</u>
P.O.Box 82521
Lincoln, NE 68501-2521

RE: ORELLANA UMANZOR, LESTER ELIAZER
LIN2290240315
A-242-055-313

<u>Response to Request for Evidence</u>

Dear Officer,

The Petitioner now responds in a timely manner to your RFE issued on September 8, 2022. The Service questioned whether the Petitioner met the 3-part test laid out in *Matter of Dhanasar.*

Each point raised by the Service is addressed below:

- ***Dhanasar* Prong 1 – Substantial Merit and National in Scope (National Importance):**

The Service stated:

> *"It is important to note that the shortage of pilots in the United States does not render his proposed endeavor nationally important under Dhanasar framework. In fact, such shortages of qualified workers are directly addressed by the U.S. Department of Labor through the labor certification process.*
>
> *The petitioner's role as commercial pilot, endeavoring to continue his work with Alliance Aviation, appears to be localized and would be of most benefit to his current and future employers. The petitioner has submitted evidence that his employers and their customers have prospectively benefited from his work, but the record does not contain documentary evidence that demonstrates that the petitioner's proposed endeavor, rather than his employer's business operations, will have a potential prospective impact at the national or global level."*

RFE pages 2-3.

The Petitioner intends to further his career as a pilot and instructor in the U.S. As a pilot, he will support the high demand for commercial and cargo flight operations that are currently struggling due to the lack of professionals. As an instructor, he will contribute significantly to pilot education by providing my extensive experience in the field through key activities such as:

**AG Immigration Law Group, PA**2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles**(323) 283-8661
www.agimmigration.law

1



- Updating training processes and courses by reviewing existing documents and new technology, making evaluations, and working closely with legal and compliance teams.
- Conducting pre-and post-flight inspections and checks for fuel, equipment, and navigational system to ensure flight safety.
- Monitoring aircraft systems to safeguard the proper operation and handling of the aircraft, in addition to providing solutions in emergency situations.

Moreover, his endeavor will be supporting the local job market by training more pilots to enter the industry more prepared and qualified, as well as helping the U.S. alleviate the current steep shortage of pilots and instructors that is affecting the economy.

By teaching pilots to use all available resources efficiently, the Petitioner will contribute to the increase in the safety and efficiency of flight operations. In addition, he will develop training projects incorporating his theoretical knowledge in areas such as modern aviation technology and instrumentation, teamwork and collaborative skills, attention to detail, spatial awareness and hand-eye coordination, and the ability to stay calm under pressure to handle emergencies properly, among others, that will certainly improve the education system in the aviation sector.

The Petitioner has included a statement in response to this request for evidence explaining in depth the details of his proposed endeavor.

*See* **Exhibit A** – Petitioner's Statement in Response to the Request for Evidence

- **The Petitioner's Role as a Pilot in the U.S.:**

Generally, the role a pilot has in the aviation industry as an individual may not be acknowledged in routine flights unless the pilot is involved in a significant event and saves the day. However, a pilot's work should be highly recognized because the safety of each flight is in his hands and therefore his skills and abilities are of utmost importance and should not be overlooked.

As I pilot, the Petitioner will perform the following tasks:

- Ensure the safety of all crew members, passengers, and cargo onboard.
- Ensure that all operational procedures and checklists comply with the Operations Manual.
- Coordinate the work distribution within the flight crew to optimize operations.
- Ensure precise navigation and observation of minimum altitudes.
- Manage flight preparation and execution in compliance with all State and company regulations.
- Perform Safety Pilot duties during training flights for new Captains and first officers.
- Observe the limitations of all aircraft systems and ensure proper aircraft use.
- Maintain close contact with the cabin crew to meet cabin safety requirements.
- Updated training processes by reviewing existing documentation, leveraging feedback from associates, and working with legal and compliance teams.
- Anticipate issues and maintain professionalism during emergencies.

As mentioned in his statement in response to the request for evidence, the Petitioner intends to work as a pilot and instructor in the U.S.

*AG Immigration Law Group, PA* 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

2



- **The Petitioner's role as an instructor in the U.S:**

As an Instructor, the Petitioner will develop flight curricula and teaching methods for ground training in the following areas:

- **Aircraft systems:** Over the past century, aircraft components have evolved to make flights more efficient, safer, and faster. These include the engine, propeller, induction, and ignition, as well as the fuel, lubrication, cooling, electrical, landing gear, and environmental control systems. Aircraft systems are those required to operate an aircraft efficiently and safely. Their complexity varies with the type of aircraft.[1]

- **Standard operating procedures:** Also known as SOPs, are a framework of common procedures set out by an airline that supports pilots in operating a commercial aircraft safely and consistently. SOPs provide step-by-step instructions for how to carry out a task or procedure. It has been suggested that SOPs are specific to routine tasks, but in aviation, they equally apply to rare emergency situations. Many industries use SOPs to ensure that tasks or operations are completed correctly and in a specific order. It also ensures that the task or procedure is carried on in the same way consistently by many different people.

  In aviation, and specifically for pilots, Standard Operating Procedures (SOPs) serve several purposes such as:

  - Ensuring that aircraft is flown correctly in accordance with the manufacturer's guidelines,
  - Promote adherence to the manufacturers' and airline's operating philosophy,
  - Promote operational safety,
  - Promote operational efficiency,
  - Utilize aircraft resources and functionality appropriately,
  - It also allows any pilots from the same company who may not have flown with each other before (or they may even have never met each other), to fly together as a crew. Adherence to SOPs means each pilot knows exactly what they and the other pilot should be doing in any given phase of flight. This is particularly important when working for a large airline with hundreds or perhaps thousands of pilots.[2]

- **Emergency handling:** While training, pilots are taught how to experience high-stress situations that may arise and are expected to follow procedures resulting in a safe landing. During the actual emergency, the pilot is focused on flying the airplane ensuring the flight path remains safe, following the checklists, reprogramming the Flight Management Computer, advising air traffic controllers, advising the passengers of the revised flight plan, advising the company of the return, briefing the approach procedure – and finally, executing the approach to a safe landing.[3]

---

[1] Aircraft systems: https://www.faa.gov/regulations_policies/handbooks_manuals/aviation/phak/media/09_phak_ch7.pdf
[2] Standard Operating Procedures: https://www.flightdeckfriend.com/ask-a-pilot/what-is-an-sop/
[3] How Pilots Handle and Emergency?: https://www.usatoday.com/story/travel/columnist/cox/2021/03/04/ask-captain-how-do-pilots-keep-emotions-in-check-in-emergency/6920056002/

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

3



- **Problem analysis:** Every position in the aviation industry, such as flight dispatchers and pilots, operates in a complex environment requiring effective teamwork, communication, coordination, and problem-solving. Without these elements, accidents and incidents can occur, which can lead to a tremendous loss of life.

  Unfortunately, a gap still exists between the information and skills that students learn in the classroom and the effective application of the skills and information in the real-world setting.

  As a result of the massive increase in computing power and various types of technology over the last decade, there has been an increase in the development and use of high-fidelity simulations in aviation to resolve this issue.[4]

- **Federal Aviation Administration (FAA) certification:** The Petitioner is also qualified to train students in the process of obtaining their pilot's license in the U.S.

Additionally, the Petitioner has included a copy of his ATR Course lesson plan and schedule that he has implemented to train his pilots. In this document he shows the classes schedule, course description, materials, and objectives of each subject.

*See* **Exhibit B** – ATR Course Developed by the Petitioner to Train and Form Pilots.

There are 3 principal reasons that the Petitioner's endeavor will be of National Importance. They are stated below, and will be addressed subsequently in further detail:

1. **Federal Government Initiative** - The pilot shortage for the first time recently, was recognized by US Secretary of Transportation Pete Buttigeig as a "National issue" and the Federal Government is discussing use of federal funding to alleviate the shortage.

2. **Safety and Pilot Fatigue** - Pilot fatigue due to the shortage of pilots is putting the lives of thousands of passengers at risk.

3. **Shortage of Qualified Trainers** - The main means by which the U.S. may alleviate the pilot shortage in the long-run in the U.S. is by increasing the number of qualified trainers, such as the Petitioner.

Each point is discussed below in greater detail:

1. <u>**National Initiatives – The Secretary of Transportation has Recognized that the Pilot shortage is a "National Issue":**</u>

In May 2022, U.S. Secretary of Transportation Pete Buttigeig recognized that there is a shortage of pilots within the country that is "affecting the whole domestic aviation industry." While the Covid-19 pandemic and recovering demand for travel have exacerbated the situation, the shortage of airline pilots is not an entirely new issue. In a 2019 Oliver Wyman poll of flight operations leaders, 62 percent listed a shortage of qualified pilots as a key risk for the industry.

---

[4] improving aviation students' teamwork, problem solving, coordination and communications skills during a high-fidelity flight simulation: https://corescholar.libraries.wright.edu/cgi/viewcontent.cgi?article=1046&context=isap_2017

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

4



The primary factors contributing to the shortage include an aging workforce facing mandatory retirement, fewer job candidates coming from the military, and barriers to entry, such as the extensive costs and time necessary for training.

**Exhibit D.1** – Skift Aviation Forum article: U.S. Transportation Secretary Pitches Federal Support to Ease Pilot Shortage

**Exhibit D.2** – Oliverwyman article: After Covid-19, Aviation Faces A Pilot Shortage

Congress passed a law in 2007 that mandated retirement for pilots when they turned 65 years old. By 2029, no one from the Baby Boomer generation — people born between 1946 and 1964 — will be able to legally fly commercial aircraft. When Buttigieg was asked if he would support raising the retirement age to 67, he stated that "retirement ages are there for a reason" and U.S. airlines will rather need a "new generation of qualified pilots" to fill the labor gap caused by Baby Boomers retiring from the profession.

**Exhibit D.3** – Business Insider article: Pete Buttigieg says airlines can't 'keep the Baby Boomer generation in the cockpit indefinitely' to prevent a pilot labor shortage

The U.S. military has traditionally been a pipeline for airlines to recruit commercial pilots, however, airline executives have expressed concern over the shrinking number of pilots being trained by the armed forces. In a 2021 interview, United Airlines CEO Scott Kirby warned of the pilot shortage, stating that "the military produces far fewer pilots today than they did in the Vietnam and the Cold War era and it's hard to become a pilot — a commercial airline pilot on your own — if you're not going through the military." On the other hand, the Department of Defense often blames pilot retention issues within the Air Force on the airlines stealing away their pilots. The military has struggled greatly in recent years to retain its aviators, as pilots can get higher salaries and better benefits from civilian airlines. This tug-of-war over personnel leaves the services short on pilots to carry out their crucial roles in support of U.S. military operations. As a result, both the airline industry and the nation's defense system are facing challenges from the pilot shortage.

**Exhibit D.4** – Task and Purpose Article: United CEO complains that the US military isn't training enough pilots for airlines to poach

Additionally, there is a shortage of pilots because the requirements for training new pilots are very costly and time-consuming. In 2009, Colgan Air flight 3407 crashed just outside of Buffalo, NY, killing 50 people. In response, the Federal Aviation Administration changed the minimum flight hours needed to earn an Air Transport Pilot (ATP) license from 250 hours to 1,500 hours. The 1500 Hour rule has caused several issues. First, the rule has made it very expensive to decide to become a pilot as it costs about $250,000 out of pocket and takes two or three years. Second, prior to the 1500 Hour rule, prospective pilots could earn their ATP with a Commercial pilot's license, a minimum of 250 hours of flying, plus airline-specific training. The new first officers would then be paired with seasoned captains over their next 1,000 or so hours in an "apprentice-based" system, learning how to fly in the U.S. airspace system and into large commercial airports. Now, the 1500 Hour rule has arguably reduced airline safety, as pilots can earn the 1,500 hours by flying small, single-engine planes in rural areas rather than gaining experience in the commercial aircraft they would be flying in for a U.S. airline.

**Exhibit D.5** – Forbes article: The 1,500 – Hour Rule Has Broken The Pilot Pipeline in the US

*AG Immigration Law Group, PA*2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles**(323) 283-8661
www.agimmigration.law

5



Now, the Covid-19 pandemic and subsequent recovery in demand for travel have made the situation much worse. Pilot hiring was halted during the pandemic as training and licensing programs were slowed or stopped altogether, and airlines offered early retirement packages to thousands of pilots when air travel was low to reduce labor costs. As the number of Americans traveling continues to return to normal, major U.S. airlines are now facing significant operational issues due to a lack of available pilots, which has led to thousands of cancellations and delays each day and affected Americans nationwide. The shortage has particularly affected regional airports. In comparing the first quarters of 2019 and 2021, 106 communities lost more than a quarter of their departures, according to a recent report from the Regional Airline Association. Some regional airports are even losing service from airlines altogether.

**Exhibit D.6 –** CNBC article: A severe pilot shortage in the US leaves airlines scrambling for solutions
**Exhibit D.7 –** Forbes article: Why 20,000 Delayed Flights A Day Are Not Going Away Anytime Soon
**Exhibit D.8 –** The Points Guy article: Small airports hit hard by pilot shortage, route cuts

The number of available pilots in the United States is critically low because of age restrictions, training requirements, talent pipelines, and the pandemic. As stated by the Biden Administration, it is a matter of national importance that airlines can hire more pilots immediately. The aviation industry widely impacts the nation's economy and its citizens, and it is of the utmost importance that additional pilots are added to the industry.

## 2.  Safety and Pilot Fatigue:

Though the labor certification process is designed to protect the wages and working conditions of U.S. workers, the situation of pilots deserves special consideration. A pilot holds hundreds of lives in their hands at any given time during operations, and the results of an accident could be catastrophic.

The shortage of pilots within the United States is not only affecting the airlines but also current pilots themselves, who are now being overworked. In June, more than 1,300 Southwest Airlines pilots stood on a picket line in Dallas citing that frequent flight reassignments have left them feeling fatigued and frustrated. The Southwest Airlines Pilot Association wrote in a letter to company executives that the number of pilots who reported being unable to work because of fatigue skyrocketed in the fall of 2021, including a 600% spike in October, and hit "another staggering 330% increase" last April. Last year, pilots from all carriers filed about 60 reports of mistakes or other incidents involving fatigue to the federal Aviation Safety Reporting System, with many of them stating that they were tired after handling training responsibilities or that airline managers asked them to handle too many extra flights because of short staffing.

**Exhibit D.9 –** NBC News article: More than 1,300 Southwest Airlines pilots march on picket line, say they're overworked and underpaid
**Exhibit D.10 –** CNN Business News article: Fatigue is starting to put safety at risk, pilots say

The government has called for greater measures to be taken to reduce occurrences of pilot fatigue, the National Transportation Safety Board listed reduction of fatigue-related accidents on their list of Ten Most Wanted Transportation Safety Improvements for 2017-2018, and the Department of Transportation identified the issue of pilot fatigue as a top priority during a 2009 airline Safety Call to Action, following the crash of Colgan Air flight 3407. **Having overworked and fatigued pilots poses significant safety risks to the U.S. airline industry and Americans, and it is imperative that more pilots are hired to limit potentially life-threatening incidents.**

*AG Immigration Law Group, PA*2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 **| Orlando** (407) 476-1254 **| New York** (516) 321-1308 **| Los Angeles**(323) 283-8661
www.agimmigration.law

6



**Exhibit D.11** – CDC article: Fatigue Prevention for Pilots

Pilot fatigue has been a continuous issue over the last decade, it is a problem that the labor certification process has not been successful in correcting. Now, the FAA and airlines are looking to other solutions, such as raising the retirement age or removing the requirements of a four-year college degree. But these solutions are only decreasing the safety of flights. Air Line Pilots Association president Joe DePete stated, "There is no reason to change the retirement age and doing so would only increase costs for airlines and introduce unnecessary risks to passengers and crew alike." Furthermore, even if the United States did raise the retirement age for pilots, many international flights would not be allowed to operate as foreign countries outside the United States do not allow pilots to be over the age of 65. Instead, the United States needs a new generation of well-trained pilots to maintain the safety of the industry. As a lead instructor for ATR aircraft, one the most popular aircraft in the world and now in high demand in the freighter sector, I can help to keep standards high within the industry by working with a U.S. airline or local aviation schools to properly train future pilots.

**Exhibit D.12** – AVweb article: Congressional Bills Would Raise Airline Retirement Age to 67
**Exhibit D.13** – Virginia Department of Aviation article: Delta Airlines Removes College Degree Requirement for Pilots

### 3. The Pilot Trainer Shortage:

Although the shortage of pilots in the U.S. is alarming enough, there is also a shortage of trainers which presents a particularly pressing problem. Even if the country had enough willing personnel to fill its pilot needs, piloting is a highly skilled profession that requires extensive classroom and practical training, and there is now a lack of experienced pilot trainers who have the time to train new pilots. Southwest Airlines originally wanted to hire around **1,350 new First Officers this year but has been forced to cut that to about 1,200 because of a shortage of pilot instructors. The shortage of trainers has kept the US from being able to take full advantage of its domestic supply of eligible pilots. Without sufficient trainers to train the US pilot workforce, the shortage cannot be alleviated in the long run.**

**Exhibit D.14** – Simple Flying article: Instructor Shortage Forces Southwest to Slow New Pilot Hires

With over 15 years of experience in the aviation industry as a Pilot and Pilot Instructor, the Petitioner is well-positioned to work for major airline companies and aviation schools in the United States and help the country alleviate the issues brought about by the pilot shortage.

The Petitioner has prepared a statement describing his background in detail and his experience as a pilot and instructor.

*See* **Exhibit A** – Petitioner's Statement

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

7



- ***Dhanasar* Prong 2 – Well positioned to Advance the Proposed Endeavor:**

The Service stated:

*"The petitioner has not demonstrated how he is well positioned to advance the proposed endeavor. General assertions about the petitioner's work do not persuasively show that it would be beneficial to the U.S. to waive the requirements of a job offer and thus waive the labor certification. The record lacks evidence of the beneficiary's skills which sets him apart from other pilots. Under normal circumstances, most pilots would have all the same licenses and certifications the pilot has.*

*In evaluating the reference letters, we note that letters containing general praise and speculation as to potential applications of his work are less persuasive than letters that provide specific examples of how he has already influenced the field. Specifically, the letter from Marlon Orlando Diaz Calix states that the petitioner is "diligent and knowledgeable pilot" and also that "he maintain shigh professional and ethical standards". However, no examples were given to warrant this praise. USCIS acknowledges that your work has added to the overall body of knowledge in your field, but this is the goal of such work; general assertions that his pilot work has influenced the field does not persuasively show that it would be beneficial to the U.S. to waive the requirements of a job offer and thus waive the labor certification."*

**RFE page 4.**

The following factors demonstrate that the Petitioner is excellently positioned to advance his proposed endeavor to work as a Commercial Pilot and Instructor.

1. **Education**

- Institute: National Defense Secretariat Army and Air Force University (Mexico)
  Degree: Bachelor's Degree in Aviation

*See* **Exhibit E** – Official academic record of the original petition.

- Institute: Air Force of Honduras
  Certificate: Command Ship Captain on Airplane A-37B "Dragonfly"
- Institute: Aviation Partners
  Training: Ground Training of the airplane Beechcraft King Air BE C90
- Institute: University of Defense of Honduras
  Course: Seminar/Workshop for Military Teachers at High Level
- Institute: Air Force of Honduras
  Course: Basic course for police officers of air security No. III
- Institute: International Academy of Air Forces
  Course: International Anti-Terrorism Level I/II
- Institute: International Academy of Air Forces
  Course: International Anti-Terrorism Level I
- Institute: The United States Air Force
  Course: SATP International Flight Safety Officer Course
- Institute: La Universidad Tecnologica Centroamericana

***AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614*
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

8



Degree: Master in Business Management

*See* **Exhibit L** – Pilot Trainings and Courses of the original petition.

### 2. Skills, knowledge, and record of success in related or similar efforts

- **Skills and Knowledge – Licenses**

The Petitioner holds the following licenses:

- License: Airline Transport Pilot
  Issued by: Federal Aviation Administration (FAA)

- License: Private Pilot
  Issued by: Federal Aviation Administration (FAA)

- License: Airline Transport Pilot
  Issued by: Honduran Civil Aeronautics Agency

*See* **Exhibit H** – License in the Field of the original petition.

- **Record of Success – Recognition from Other Professionals**

- Mr. Omri Alberto Amaya Carias, Entrepreneur, Executive & Senior Aeronautical Consultant and Head of the Department of Aeronautical Sciences of the School of Space Sciences at National Autonomous University of Honduras, confirms the Petitioner's contributions to national aviation in Honduras:

> *"Since his university studies, Captain Orellana has served for his leadership, discipline and outstanding studies, winning the first academic place, also helping his colleagues and subordinates with weaknesses in some subjects such as mathematics, physics, and aerodynamics among others, as a mentor, and leader, which led him to obtain a scholarship from the Mexican government, where he represented the country with honors.*
>
> *In his eagerness to contribute to national aviation, I have witnessed the actions that Captain Orellana has developed in favor of civil aviation education.*
>
> *The first, forming part of the certification team of the first Aeronautical Instruction Center that met the standards established by the national aeronautical authority, the "Cardenal Oscar Andrés Rodríguez" Flight School (see* [https://www.laprensa.hn/honduras/escuela-de-aviacion-recibe-certificado-JDLP335369](https://www.laprensa.hn/honduras/escuela-de-aviacion-recibe-certificado-JDLP335369)*). Where he was subsequently appointed academic chief, having the opportunity to develop new methodologies and experiences in established programs. Innovating by making a mixture of conventional methods in aviation*

---
**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
[www.agimmigration.law](www.agimmigration.law)

9



*schools and a continuous improvement approach, activities that had an impact on flight planning and comfort inside the aircraft cockpit, for example, during the navigation maneuvers used to be flown with aeronautical charts of 1.5x1 meters and with one of the improvements they could have the complete route on a chart size sheet.*

*Later, following the ideology of improving aeronautical education in the country, he made significant contributions while I directed the team that proposed the first non-governmental organization in the aeronautical field, the "Association for Aeronautical and Educational Development of Honduras" (ADAEH), which always had the vision of creating an aeronautical career at the higher education level. These contributions included the creation of study plans for aeronautical careers such as private pilot, and commercial pilot, with qualifications such as instrument flight, multi-engine, and a specialization in human factors, in order to obtain the necessary credits to establish the basis of an educational degree in aviation.*

**The contributions of Captain Orellana were valuable for this process, by developing part of the syllabus of the career plan, under the topic of human factors, in which he is an expert, being also, not only an aviator but an air accident investigator. So much that in 2012 the first academic unit was inaugurated within the National Autonomous University of Honduras, which in 2022 will present two educational programs at the Bachelor and University Technician levels. Over the years, the National Autonomous University of Honduras has offered diploma-level programs not only nationally, but also to students in different parts of the world. So much that the International Civil Aviation Organization has called it to form the group of Aeronautical Training Centers in the region to discuss issues on standards and good practices in aeronautical education.**

*The contributions of Captain Orellana, which are based on academic experience and the aeronautical industry, have served effectively for the advances that aviation has had in Honduras. Before aviation in Honduras at the level of higher education was non-existent, now thanks to his contributions to the study plans of the aeronautical faculty, we are getting closer to making history by turning aviation into another educational degree, within the portfolio of university careers of the national educational system."*

♦ Mr. Carlos Jose Novellino, Captain and Operations Safety Officer also confirms the Petitioner's outstanding career as a pilot and instructor:

*"I know Lester since 2013 and I consider him a very respectable aviator and great friend. I met him just over 9 years ago while both working in Honduras. Since then, Lester has demonstrated a great passion for teaching, his availability towards our training department was superb. For example, in May 2015, I was upgraded to Captain and Lester was assigned by the crew training department to assist me during training, which greatly facilitated its success, thanks to his experience in*

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

10



*the aeronautical industry and his ability in flight, during the development of the in-flight emergency practices he demonstrated his in-depth knowledge of the aircraft's most complex systems such as the electrical, hydraulic and pneumatic systems and adding his experience as a trained Air Force pilot make him an exceptional pilot, his effective communication and decision-making ability that helped the safe development of the maneuvers. **His passion for training our new pilots did not go unnoticed, and in a very short time, around 18 months, he was promoted to Line Training Captain, a position that in other airlines in the world could take up to 5 years on average, for those few candidates who get the opportunity.***

*On July 19, 2016, Captain Lester was assigned a ferry flight from Guatemala City to Medellin, Colombia. When they were over Nicaraguan airspace, at an altitude of 23,000 feet, they began to experience a speed reduction, the weather conditions were not extreme, however, the cloudiness and temperature was enough to encounter icing conditions, the normal procedure in these situations require that the crew activate the Anti-icing and De-icing system, however this actions weren't enough to restore the normal flight path, so Cap Lester requested air traffic service authorization to descend immediately to avoid icing conditions, by not having a quick response from the air traffic controllers and seeing that the performance of the aircraft continued to deteriorate, Captain Lester made the decision to perform an emergency descent, bringing the aircraft out of the icing conditions to a safe altitude. Radar service subsequently apologized to Lester and his crew for not immediately responding to his request for support. In accordance with the international regulations of aeronautical phraseology, now that a crew declares an emergency situation, this has priority over all other communications at the time, the pilots must make radio silence and leave the frequency free for the assistance of the emergency. If the decision to make the emergency descent was not made immediately, the flight commanded by Captain Lester could have encountered an emergency known as severe icing conditions, which consequently leads to a total loss of control, experiencing no response from the aircraft's flight controls. The actions and skill of Captain Lester brought the two pilots and the two flight engineers safely to their destination and to the aircraft without any damage. This same situation was experienced on November 4, 2010 by Aerocaribbean flight 883 were unfortunately 68 people lost their lives. Having access to and knowledge of the incident report, I can testify that Lester demonstrated during this event a high situational awareness and excellent decision-making skills, his actions prevented from this situation to escalate to something more catastrophic."*

♦ Mr. Jose Carlos Antunez Sevilla, Captain at Alliance Air, also spoke highly of the Petitioner's extensive experience in his role as a captain:

*"... I remember the excellent assistance given by Capt. Lester Orellana (pilot monitoring in this flight), since he immediately checks the engine parameters, recognize and confirm to me as PF (pilot flying) that we had an EEC Fault not an Engine Flameout at takeoff. We continue our takeoff, following the procedures as per Company and aircraft manufacturer. We requested to fly back and maintain*

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

11



holdings over the airport in order to finish the normal checklist and proceed with abnormal procedures, taking into account that we had a full flight (70 passengers) . Once we finished up the checklist and after resetting the EEC control the engine came back to normal. As a crew we assess the situation taking into account Technical, Operational and Commercial aspects and decided that we can continue with the flight, and we will inform the maintenance staff once reaching to our destination.

At all times we kept a high level or CRM (crew resource management) in the cockpit and Capt Orellana was of great contribution to me in maintaining the control of the situation.

I can say that as a pilot this has been one of the best experiences I had since at point of my experience as a PIC, I had to apply a good CRM and a good knowledge of decision making in a real scenario for the safety of the operation and passengers.

After my experience in Avianca, I'm continuing flying as a PIC in India; here I have had the opportunity to continue being colleagues with Capt. Lester Orellana. Now days we both flew for the same Airline and I can tell you that the our First Officers have nothing but to praise outstanding compliments for Capt. Orellana's Professionalism and Patience in teaching and assisting them in the daily operations.

I would state my gratitude and respect towards Capt. Lester Orellana, which had demonstrated me not only how to perform in a safe and appropriate manner in the flight deck and assist in the decisions as PIC, but also had taught me how to evolve in an integral and humble way as a person given by his example of hardworking, integrity, honesty and friendly attitude.

I would recommend Capt. Lester Orellana to any aviation company who requires highly skilled and motivated airman."

♦ Carlos Alberto Diaz, Captain and Ground Instructor at Isleña Airlines (Avianca Holding), certifies the Petitioner's high command in emergency landings:

"I have known Lester since 2013 when we started working together at Avianca, where we shared many training sessions, flights, and experiences, where I had the opportunity to get to know him very well, professionally. Lester is a disciplined, studious, respectful pilot with heightened situational awareness and outstanding decision- making techniques. Whose abilities he demonstrated extensively during his trainings with me and in emergency situations in real life.

On July 5th 2016, while operating flight Lacsa 734 (between San Jose, Costa Rica and Tegucigalpa, Honduras) Lester's abilities were put to the test. In midair during climb phase his aircraft suffered a complete failure in the pressurization system. The aircraft was located around 20 miles out of San Jose, Costa Rica and

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

12



*above 10,000 ft. when a loud noise was heard in the cabin, initially the alerting systems didn't provide the proper information to the pilots, however Lester was able to identify the source of the failure and immediately performed the necessary actions. Such as the execution of the emergency descent, which prevented physiological damage due to lack of oxygen for the 72 people on board the flight, including passengers and crew, and structural damage to the aircraft due to the difference in pressure. The statistics of air accidents point to human factors as the highest element at the time of an accident, being 70% due to this. Decision-making being one of the most important skills, which highlights the extraordinary skills of Cap Lester Orellana, such as stress management, control of the situation, the wise use of available resources around him, and leadership to solve the situation guiding his crew for the correct resolution of the emergency. Unfortunately, feats like these are passed by unnoticed by the news because it is not a catastrophe, that is why I am inclined to mention this situation to highlight that his actions did not go unnoticed by his colleagues.*

*The aircraft was able to land safely back in Costa Rica thank to Lester's leadership and prompt decision making. After landing an extended investigation was conducted and it was determined that a malfunction in one of the flappers in the ram air intake was the cause of the event.*

*With all sincerity and confidence I can assure you that Lester would be an invaluable human resource for the aeronautical industry of the United States of America, sharing his knowledge and experiences with future generations of pilots, since he has the gift and love for teaching, and those skills are not easily acquired. that makes him an outstanding professional above the rest."*

*See* **Exhibit D** – Letters from experts in the field, describing the Petitioner's past achievements and provide specific examples of how he is well-positioned to advance his endeavor

- **Record of Success – Recognition from Government Entities, Professional or Business Organizations**

In 2009, the Petitioner's contribution in the Conference of Family Coexistence in Tegucigalpa was recognized by the State Secretary – Office of National Defense of the Republic of Honduras. Given his exceptional knowledge in aircraft operation, the Petitioner was appointed by the General Directorate for Civil Aviation of Tegucigalpa, Honduras in the investigation mission of an aircraft accident in 2013.

Furthermore in 2011, the Petitioner's high level of training excellence for the International Flight Safety Officer Course at Kirtland Air Force Base in the US was also recognized by Mr. Richard J. Berry, the mayor of New Mexico in the US.

*See* **Exhibit K.2** – Recognition from government organizations of the original petition.

While serving as a military pilot in Honduras Air Force, the Petitioner has received numerous recognition and certificates of honors due to his significant contribution to the organization:

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

13



- "Golden Wings" Honor Certificate
- "Bronze Flying Cross" Honor Certificate
- "Honorable Mention" Certificate in 2006 and 2007
- Diploma of Acknowledgement for:
  1. his valuable collaboration as an instructor during the courses ABAOR and CIAOR
  2. his valuable collaboration and dedication to the teaching process
  3. his valuable collaboration provided to the Naval Educative Center as Instructor of the Naval Command Training Academy (ECAMAN)
  4. his invaluable support rendered during the Aerial Performance
  5. his invaluable support rendered during the 39th OEA (Organization of American States) General Assembly San Pedro Sula, Honduras
  6. Office of the Year 2010
  7. Office of the Year 2012
  8. his participation in the first "FAH-USAF Crosstalk"
  9. his outstanding performance during the development of the Basic Course of Air Tactic Operations
  10. his valuable support and rendered service during the development of the Medical Brigade July 2012
  11. his outstanding participation during the training HONCOL

*See* **Exhibit K.2** – Recognition from Honduras Air Force of the original petition.

Additionally, the Petitioner was appointed the Academic Head by the Flight School Cardinal Oscar Andres Rodriguez, due to his extensive experience in the field of aeronautics.

*See* **Exhibit K.2** – Recognition from flight training institution of the original petition.

### 3. A model or plan for future activities

The Petitioner has prepared a detailed statement in response to the request for evidence that shows a concrete and feasible plan to advance his endeavor as a Pilot and Instructor in the United States.

These areas of the aviation industry are in high demand for professionals, and his presence in the U.S. will certainly contribute to the improvement of many training programs and allow more pilots in the U.S. to enter the domestic job market, as well as enhance their training skills to reach their full potential to continue preventing accidents and increase aircraft safety.

The instructor shortage in the U.S. is becoming more noticeable and the airline industry is struggling. For example, aggressively growing cargo airlines like Amazon and FedEx and pilot training organizations compete fiercely for far fewer qualified instructors. While the pilot shortage was relatively predictable, the instructor shortage was less so.

The U.S. aviation industry keeps looking for solutions as pilot shortages continue. These shortages are affecting the economy substantially since it results in higher prices and more canceled or delayed flights.

See **Exhibit C.14 -** CNBC | The U.S. has a Pilot Shortage – here is how airlines are trying to fix it

*AG Immigration Law Group, PA* 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

14



There is no exception in the supply chain. The pilot shortage affects the flow of the supply chain at a federal and international level.

The Petitioner's area of work proposes an interesting approach to training pilots to find career opportunities in the supply chain sector that is growing exponentially. Flying cargo is often overlooked by pilots when plotting their careers. Many start their flying careers flying cargo to clock up some hours before shifting to passenger airlines. But cargo industry aviation insiders say flying cargo over the long term can be a smart choice.

As the last couple of years clearly show, passenger airlines have their ups and downs. Tens of thousands of passenger airline pilots worldwide have found themselves either temporarily or permanently out of work.

Not so for the cargo airlines. Mostly, on the back of an explosion in e-commerce and supply chain issues, they have been busier than ever.

A look back on the passenger airlines and their most recent 20 years of history, shows that they have struggled with bankruptcy after bankruptcy. That has not been the case with cargo airlines since they are stable companies.

COVID-19 has had a very negative effect on passenger airlines, but the cargo business continues to grow courtesy of the internet raising electronic commercial activities rapidly.

Good pay and conditions make cargo airlines an employer of choice. That kind of stable, upward growth trajectory makes flying cargo an attractive proposition for pilots looking for stable employment. And while the cargo industry might have once had a reputation for being the buccaneers of the air, today, that is far from the truth.

The cargo airlines have excellent pay rates and offer a nice work environment. They are very professional and safety-oriented, and their philosophy of doing business cannot be questioned.

Big companies like FedEx and UPS are extremely stable companies, well-financed, operate nothing but the best quality of equipment, have the best training, and have a great philosophy toward their employees.

See **Exhibit C. 15 -** Why Flying Cargo Can be a First Class Aviation Job
https://simpleflying.com/working-for-cargo-airlines-benefits/

The Petitioner's contributions as a pilot and instructor in the U.S. will be of significant impact on providing better job opportunities to local pilots and helping them to become more prepared and qualified for their jobs.

Therefore, the Petitioner's 15 years of experience as a pilot and instructor, coupled with his high command of key training methods in the aviation industry and his qualifications in the field, make him well-positioned to advance my proposed endeavor in the U.S.

**AG Immigration Law Group, PA**2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles**(323) 283-8661
www.agimmigration.law

15



Furthermore, valid to mention that the Petitioner has already issued a Federal Aviation Administration (FAA) license, which will enable him to immediately work for US airlines or aviation companies once his petition is approved.

*See* **Exhibit H** – Licenses in the Field of the original petition.

### 4. Progress Towards the Proposed Endeavor

To demonstrate that the Petitioner is advancing in his endeavor, he has included a job offer from Alliance Aviation, the biggest independent aviation training center in the United States and Latin America, confirming that they intend to hire him as a Flight Instructor.

This role will allow him to contribute directly to the American aviation sector and elevate standards in the field to ensure pilots conclude their training and enter the market more prepared and qualified.

Alliance Aviation is a company that specializes in premier training academy for commercial pilots in the United States. It is the biggest independent aviation training center with training locations around the world such as Medellin, Colombia, and Cancun. The company is certified by the FAA and has over 10 years of experience in aviation training from Airbus type rating to Boeing 737, ATR type rating and ATP-CTP courses.

*See* **Exhibit M** – Letter of Interest from US company of the original petition.

The Petitioner's role at Alliance Aviation is essential for their operations which have a significant impact on the local economy because it trains the current and future pilots that will operate cargo, private and commercial planes, which is a job of an extremely high standard of responsibility and qualifications. The Petitioner's work will also ensure that there are more certified pilots in a shorter period so that they quickly enter the workforce, which contributes to many industries linked to aviation and the domestic job market.

Most recently, Alliance acquired an ATR simulator in their Miami base, and they will purchase a new one, so the Petitioner can train the pilots using these simulators. The Petitioner has gotten this offer to work at Alliance Aviation because he is a professional with unique experience in the operation and instruction of ATR planes and because he is highly qualified to train big groups of pilots every season. His main role would be to conduct intensive training sessions where he would do ground school, systems training, aircraft training, simulator training, and line checks, among other fundamental operations specific to ART aircraft.

The Petitioner's knowledge of ATR planes is very extensive and has positioned him as an expert in the optimal operations and safety procedures of these types of aircraft. ATR aircraft is a twin-engine, turbo-propeller, high-wing, regional aircraft manufactured in France. ATR is the world's number one aircraft manufacturer in regional aviation providing a new generation of turboprops with up to 78 seats.

Since 1981, ATR has built and delivered aircraft to over 200 airlines, in 100 countries across the world, and supported these same airlines in providing essential links for passengers and communities. ATR supplies essential regional connectivity for people, businesses, and communities all over the world. Whether it is linking local businesses to capital cities, taking travelers deep into the heart of the world's natural beauty, or delivering vital medical aid and supplies to communities that cannot otherwise be accessed, ATR aircraft help bring people, ideas, goods, and markets together.

*AG Immigration Law Group, PA*2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles**(323) 283-8661
www.agimmigration.law

16



- **The Petitioner is specialized in the operations of ATR72-600 and ATR42-600 planes.**

- **ATR 72-600**

The ATR 72-600 is the most fuel-efficient regional aircraft. It is suitable for all business models and all regions of the world, in any type of conditions (cold, hot, high-altitude runways, harsh environments), and a wide range of airports (steep approach, unpaved airfields, short or narrow runways). This broad appeal and flexibility lead to strong asset values and wide acceptance of the aircraft in the airline and financing community.

With its lighter structure, optimized speed and an engine designed for short sectors, the ATR 72-600 is, by far, the most fuel-efficient regional aircraft. ATR's fuel burn advantage drives lower costs and emissions and makes it the optimal aircraft for regional markets. The ATR 72-600 is the benchmark aircraft in the regional market with unbeatable economics. Operating costs of competing for regional jets are at least 45% higher.

The ATR-600 series' full glass cockpit provides a comprehensive and ergonomic working environment to pilots for safe and efficient operations. It has raised the bar in human-machine interfaces offering a high level of comfort and demonstrable efficiency gains.

Navigation, communication, and surveillance functions are integrated into a modular avionics' architecture. This state-of-the-art philosophy is open and evolutionary to allow new software and hardware functionalities to be inserted in the future independently for the continuous development is the ATR DNA.

- **ATR 42-600**

The ATR 42-600 is the perfect tool for the replacement of small turboprops and regional jets. Thanks to its smaller capacity and low trip cost, the ATR 42-600 is perfectly suited to opening, developing, and sustaining operations while delivering the best economics. Its strong commonalities with the ATR 72-600 give the perfect combination to match capacity and demand.

The ATR-600 series' full glass cockpit offers to pilots a simple working environment. It has raised the bar in human-machine interfaces offering a high level of comfort and demonstrable efficiency gains.

My endeavor is in an area of substantial merit and national importance because my experience as a pilot and instructor specialized in ATR aircraft contribute significantly to the economy, given that many local and international airlines have these planes in their fleet.

Likewise, ATR planes are the most popular among cargo carriers. The largest active ATR fleet in the U.S. today belongs to Mountain Air Cargo. This Denver-based carrier flies eight active ATR42 and ATR74s. Interestingly, the carrier's fleet is owned by FedEx and dry-leased to Mountain Air Cargo.

Another important US-based ATR fleet is the one of the US Department of Justice. This government body operates a 28-year-old ATR42-300, as well as a 50-seat ATR 42-500 that clocks in at 24 years old.

Meanwhile, there are also two US-based carriers with a single active ATR turboprop in their respective fleets. Representing the airfreight sector is Gulf & Caribbean Cargo, whose only ATR 42-300F is 29 years old. As

---

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

17



for passenger-carrying ATR turboprops, Blue Ridge Aero Services has a single 46-seat, 35.3-year-old ATR 42-300[5].

ATR planes are becoming an essential tool in the supply chain sector. The eCommerce giant Amazon is continuing to expand its air division with the acquisition of ATR72 freighters. While the operator's Boeing 767s are used for longer distances, its growing fleet of ATR72s will naturally be used for shorter routes, connecting small towns[6].

In 2020, given the high demand for supply chain activity in the US and abroad, big companies like FedEx acquired more aircraft to add to their fleet.

The first turboprop ATR72-600 production freighter was delivered to FedEx as part of its fleet renewal program. The feeder aircraft, based on the passenger model, took three years to develop and launch and offers around nine tons of capacity or 75 cu meters of space. It is ATR's first purpose-built regional freighter. FedEx also has options of purchasing a further 20 ATR-600Fs, therefore they will need professionals to train their pilots and future hire how to operate ATR 600's freighters, and I am highly qualified to do so.

One of the main benefits of this type of aircraft is its large cargo door, which allows freight to be loaded on pallets, ULDs, or as loose cargo. The aircraft can carry up to five 88" x 108" pallets or up to seven LD3 containers.

The 72-600F aircraft FedEx has ordered will undergo some modifications by FedEx before it arrives at Shannon Airport where it will be operated by ASL Airlines Ireland, a FedEx ATR operator since 2000, between Paris CDG and the Czech Republic. The second aircraft will operate in the US and the next three will service the Latin America region.

ATR freighters play a huge role in supplying essential connectivity between economies all over the world and the unique aspects of the modern purpose-built freighter mean it will deliver operational benefits to companies that integrate them into their fleet.

FedEx is no stranger to ATR, with over 40 turboprops in their existing fleet. This sets FedEx at the forefront of responsible aviation with the most fuel-efficient aircraft currently on the market. Likewise, this new ATR Feeder delivery lines up with FedEx's overall 'Reduce, Replace, Revolutionize' sustainability approach, replacing older, less efficient aircraft more sustainably.[7]

The ATR 72-600F is the only new purpose-built regional freighter on the market. It incorporates all the latest technology featured in the ATR-600 series while boasting a design optimized for freighter operations.

Delivered in 2020, the ATR 72-600F is set to become the new benchmark in the regional air cargo industry.

---

[5] ATR cargo planes: https://simpleflying.com/us-operators-most-atr-turboprops/

[6] Amazon owns ATR planes: https://simpleflying.com/jetstar-boots-unaccompanied-minor-flight/

[7] fedex owns ATR planes: https://www.aircargonews.net/wp-content/uploads/2020/12/ATR_Freighter_Infographic-EN.jpg

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

18





The unique capability to carry both bulk and industry-standard unit load devices makes the ATR 72-600F a highly versatile aircraft. Bulk configuration helps in optimizing available volume and cargo loading thanks to the nine vertical nets and attachment points on the floor and lateral tracks. Thanks to the large cargo door and wide cross-section, the ATR 72-600F can accommodate industry-standard unit load devices and interline with larger freighters.

The ATR-600 series' full glass cockpit offers to pilots a simple working environment. It has raised the bar in human-machine interfaces offering a high level of comfort and demonstrable efficiency gains.



FULL BULK

7 LD-35

5 PALLETS 88" X 108"
(2.23 M X 2.74 M)

The Petitioner's area of work proposes an interesting approach to training pilots to find career opportunities in the supply chain sector that is growing exponentially. Flying cargo is often overlooked by pilots when plotting their careers. Many start their flying careers flying cargo to clock up some hours before shifting to

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

19



passenger airlines. But cargo industry aviation insiders say flying cargo over the long term can be a smart choice.

As the last couple of years clearly show, passenger airlines have their ups and downs. Tens of thousands of passenger airline pilots worldwide have found themselves either temporarily or permanently out of work.

Not so for the cargo airlines. Mostly, on the back of an explosion in e-commerce and supply chain issues, they have been busier than ever.

A look back on the passenger airlines and their most recent 20 years of history, shows that they have struggled with bankruptcy after bankruptcy. That has not been the case with cargo airlines since they are stable companies.

COVID-19 has had a very negative effect on passenger airlines, but the cargo business continues to grow courtesy of the internet raising electronic commercial activities rapidly.

Good pay and conditions make cargo airlines an employer of choice. That kind of stable, upward growth trajectory makes flying cargo an attractive proposition for pilots looking for stable employment. And while the cargo industry might have once had a reputation for being the buccaneers of the air, today, that is far from the truth.

The cargo airlines have excellent pay rates and offer a nice work environment. They are very professional and safety-oriented, and their philosophy of doing business cannot be questioned.

Big companies like FedEx and UPS are extremely stable companies, well-financed, operate nothing but the best quality of equipment, have the best training, and have a great philosophy toward their employees.

*See* **Exhibit D.15** - Why Flying Cargo Can be a First Class Aviation Job: https://simpleflying.com/working-for-cargo-airlines-benefits/

The Petitioner's contributions as a pilot and instructor in the U.S. will be of significant impact on providing better job opportunities to local pilots and helping them to become more prepared and qualified for their jobs.

Moreso, the Partitioner's work can have a positive impact on the supply chain that is currently in high demand across the U.S. and the world. His job as an instructor will help increase the number of certified pilots in the U.S. which will result in numerous benefits for small and medium businesses.

U.S. businesses are linked together through a global web of interconnected, predictable, and efficient supply chains and rely on them to access international consumers and compete in the global marketplace.

Small businesses are bearing the effect of supply chain challenges caused by worker shortages and delays. Nearly two in three small businesses have had to alter their supply chains in the past six months. This shows that resilient, efficient, and secure supply chains are essential to commerce, the U.S. economy, and people's standard of living.

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

20



Protecting supply chains from interruptions—from security threats and economic volatility to production issues and workforce shortages—is crucial to keeping goods flowing. The U.S. can ease these risks by diversifying supply chains and building up reserves of critical products.

*See* **Exhibit** **D.16** - US Chamber of Commerce – Supply Chain: https://www.uschamber.com/security/supply-chain#:~:text=Resilient%2C%20efficient%2C%20and%20secure%20supply,crucial%20to%20keeping%20goods%20flowing.

Therefore, based on the Petitioner's profile, experience, and track record of success in his career in aviation, he is well-positioned to advance his proposed endeavor in the U.S.

- *Dhanasar* **Prong 3 - On balance, it is beneficial to the United States to waive the requirements of a job offer and thus a labor certification**

The Service stated:

"*USCIS notes that it has approved much second preference advance degree labor certification petitions for pilots in the United States. As the petitioner already has a job offer from Alliance Aviation to work as an instructor, USCIS does not see how it is impractical to require a job offer (since one has already been made) and a labor certification. Nor does USCIS see the urgency in providing a national interest waiver.*

*Please submit evidence to establish that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. This balance was described in Dhanasar as one hand protecting the domestic labor supply through the creation of the labor certification process, while the other hand recognizing that in certain cases the benefits inherent in the labor certification process can be outweighed by other factors that are also deemed to be in the national interest.*

*The petitioner failed to show that, considering the nature of his qualifications or proposed endeavor, it would be impractical for him to obtain a labor certification; moreover, the petitioner has not demonstrated that the national interest in his contributions is sufficiently urgent to warrant forgoing the labor certification process. The record suggests that the petitioner is a capable pilot, but it does not establish that he has unique knowledge or skills, that he is distinguished among his peers, and that he can significantly influence his field.*"

**RFE pages 5-6.**

- **Whether even assuming that other qualified U.S. workers are available, the United States would still benefit from the Petitioner's contributions**

**And**

- **Whether the national interest in the petitioner's endeavor is sufficiently urgent to warrant foregoing the labor certification process.**

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law

21



As discussed in **Section I National Importance** above, the pilot shortage in the US is causing numerous delayed and cancelled flights, causing financial damage not only to airlines, but also travelers and businesses, which is resulting in a negative impact on the US economy such as supply chain.

The Petitioner is an experienced pilot and instructor with decades of flying experience and proven expertise in operating commercial and freight aircraft.

Aviation is one of the core industries of the U.S. economy. It connects people, cultures, and businesses across continents supporting millions of jobs, and causing a substantial impact on the national GDP. Air transportation is also the driving force of global trade and commerce that keeps the economy growing.

Therefore, the evidence demonstrates that the Petitioner will have a broader economic impact beyond the aviation industry through his proposed endeavor.

The contributions that the Petitioner can bring in terms of safe air transportation are present and urgent, particularly considering the shortage of these professionals and the importance of air transportation for the US economy.

The benefit of the presence of a proven experienced pilot and instructor, such as the Petitioner, therefore, plainly outweigh the benefits of the labor certification process in the present case because the U.S. will benefit immediately from his professional activities.

- **Conclusion**

As shown above, the Petitioner proposes to engage in an endeavor of Substantial Merit and National Importance, and he is well positioned to advance his endeavor. Finally, the urgency of his contributions to the industry justifies waiving the Labor Certification Process in the present case.

Respectfully,

**Felipe Alexandre, Esq.**

***AG Immigration Law Group, PA**2030 Main Street - ste 1300, Irvine, CA 92614*
***Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles**(323) 283-8661*
www.agimmigration.law

22



## LIST OF EXHIBITS AND SUPPORTING DOCUMENTS

Petition: Form I-140, Immigrant Petition for Alien Work
Classification Sought: EB-2/NIW
Case Number: LIN2290240315
Petitioner: ORELLANA UMANZOR, Lester Eliazer
Alien Number: 242-055-313

**Exhibit A.**   Petitioner's statement in Response to the Request for Evidence

**Exhibit B.**   ATR Course Developed by the Petitioner to train and form Pilots:

      **B.1.**   Petitioner's Training Program for his endeavor to train and form new Pilots.

      **B.2.**   Excerpt material about ATR Training.

**Exhibit C.**   Letters from experts in the field, describe the Petitioner's past achievements and provide specific examples of how he is well-positioned to advance his endeavor.

      **C.1.**   Letter Mr. Omri Alberto Amaya Carias, Entrepreneur, Executive & Senior Aeronautical Consultant, and Head of the Department of Aeronautical Sciences of the School of Space Sciences at the National Autonomous University of Honduras.

      **C.2.**   Letter from Carlos Jose Novellino, Captain and Operations Safety Officer.

      **C.3.**   Letter from Jose Carlos Antunez Sevilla, Captain at Alliance Air.

      **C.4.**   Letter from Carlos Alberto Diaz, Captain and Ground Instructor at Isleña Airlines (Avianca Holding).

**Exhibit D.**   **Substantial Merit and National Importance of Petitioner's Proposed Endeavor:**

      **D.1.**   U.S. Transportation Secretary Pitches Federal Support to Ease Pilot Shortage. Available at https://skift.com/2022/05/03/u-s-transportation-secretary-pitches-federal-support-to-ease-pilot-shortage/.

      **D.2.**   After Covid-19, Aviation Faces a Pilot shortage. Available at https://www.oliverwyman.com/our-expertise/insights/2021/mar/after-covid-19-aviation-faces-a-pilot-shortage.html.

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law


**D.3.** Pete Buttigieg says airlines can't 'keep the Baby Boomer generation in the cockpit indefinitely' to prevent a pilot labor shortage. Available at https://www.businessinsider.com/pete-buttigieg-airlines-baby-boomer-pilots-retire-2022-7.

**D.4.** United CEO complains that the US military isn't training enough pilots for airlines to poach. Available at https://taskandpurpose.com/tech-tactics/united-ceo-military-not-training-enough-pilots/.

**D.5.** The 1,500-Hour Rule Has Broken The Pilot Pipeline In The U.S. Available at https://www.forbes.com/sites/benbaldanza/2022/07/11/the-1500-hour-rule-has-broken-the-pilot-pipeline-in-the-us/?sh=5411457a6a0a.

**D.6.** A severe pilot shortage in the U.S. leaves airlines scrambling for solutions. Available at https://www.cnbc.com/2022/05/15/us-pilot-shortage-forces-airlines-to-cut-flights-scramble-for-solutions.html.

**D.7.** Why 20,000 Delayed Flights A Day Are Not Going Away Anytime Soon. Available at https://www.forbes.com/sites/suzannerowankelleher/2022/07/19/why-delayed-flights-not-going-away-soon/?sh=7bc176795727.

**D.8.** Small airports were hit hard by the pilot shortage, and route cuts. Available at https://thepointsguy.com/news/small-airports-pilot-shortage/.

**D.9.** More than 1,300 Southwest Airlines pilots march on the picket line, saying they're overworked and underpaid. Available at https://www.nbcnews.com/business/travel/southwest-airlines-pilots-picket-line-overworked-underpaid-rcna34625.

**D.10.** Fatigue is starting to put safety at risk, pilots say. Available at https://www.cnn.com/2022/04/16/business/airline-pilots-fatigue-safety/index.html.

**D.11.** Pilot Fatigue. Available at https://www.cdc.gov/niosh/topics/aviation/fatigue.html.

**D.12.** Congressional Bills Would Raise Airline Retirement Age To 67. Available at https://www.avweb.com/aviation-news/congressional-bills-would-raise-airline-retirement-age-to-67/.

**AG Immigration Law Group, PA** 2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas** (702) 359-0288 | **Orlando** (407) 476-1254 | **New York** (516) 321-1308 | **Los Angeles** (323) 283-8661
www.agimmigration.law



**D.13.** Delta airlines remove college degree requirements for pilots. Available at https://doav.virginia.gov/calendar-and-news/news/2021-december/delta-airlines-removes-college-degree-requirement-for-pilots/.

**D.14.** Instructor Shortage Forces Southwest to Slow New Pilot Hires. Available at https://simpleflying.com/southwest-airlines-pilot-instructor-shortage-slows-new-pilot-hires/.

**D.15.** Why Flying Cargo Can Be a First-Class Aviation Job. Available at https://simpleflying.com/working-for-cargo-airlines-benefits/.

**D.16.** Small Businesses Are Still Grappling with Supply Chain Disruptions. Available at https://www.uschamber.com/security/supply-chain#:~:text=Resilient%2C%20efficient%2C%20and%20secure%20supply,crucial%20to%20keeping%20goods%20flowing.

**Exhibit E.**    **U.S. interest in Petitioner's expertise and proposed endeavor:**

**E.1.**    U.S. interest in Petitioner's expertise and proposed endeavor: Letter from Alliance Aviation, Inc., evidencing U.S. interest in enlisting Petitioner's expertise.

3

**AG Immigration Law Group, PA**2030 Main Street - ste 1300, Irvine, CA 92614
**Las Vegas**(702) 359-0288 |**Orlando**(407) 476-1254 | **New York**(516) 321-1308 | **Los Angeles**(323) 283-8661
www.agimmigration.law

**Exhibit A.**

**RE: LIN2290240315**
   **A242-055-313**

<u>**Statement in Response to the Request for Evidence**</u>

Dear Sir or Madam,

My name is Lester Orellana. Thank you for your detailed analysis of my case. Please accept this statement in response to your RFE issued on September 8, 2022.

In your RFE you questioned whether I meet the requirements set under the Matter of Dhanasar to qualify for a National Interest Waiver.

1. **My Proposed Endeavor is of Substantial Merit and National Importance:**

As previously mentioned in my letter of intent dated February 10, 2022:

> *"I have over 15 years of flying experience with strong expertise in aircraft operation and aircraft system inspection, as well as in flight training. Having served in the Honduran Air Force for 7 years as a Military Pilot and Trainer, and later in major airlines including Islena Airlines (Avianca) and Alliance Air (Air India) as a captain for commercial flights, I have accumulated a total of flight time of 4638 hours in operating aircraft of various types including the A320, ATR72-600, ATR42-320, A-37B, T-27, PC-7, SF-260EU, and F-33C.*
>
> *I have all the expertise and skill set that is required of a capable Pilot and Instructor, with licenses including the Federal Aviation Administration Airline Transport Pilot License (FAA), Federal Aviation Administration Private Pilot License, and International Civil Aviation Organization (ICAO) and an Airline Transport Pilot License (Honduras). In addition, I also have in-depth knowledge in air accident investigation and flight safety."*

My proposed endeavor is to work as a pilot and instructor, two essential roles in the aviation industry in the U.S. As a pilot, I will support the high demand for commercial and cargo flight operations that are currently struggling due to the lack of professionals. It is widely known the impact that the aviation industry has on the supply chain infrastructure and the fact that a lack of qualified pilots is causing an extreme strain on the supply chain. As an instructor, I will contribute significantly to alleviating the shortage of qualified pilots and expert pilot education by providing my extensive experience in the field through key activities such as:

- Updating training processes and courses by reviewing existing documents and new technology, making evaluations, and working closely with legal and compliance teams.
- Conducting pre-and post-flight inspections and checks for fuel, equipment, and navigational system to ensure flight safety.
- Monitoring aircraft systems to safeguard the proper operation and handling of the aircraft, in addition to providing solutions in emergency situations.

Moreover, my endeavor will be supporting the local job market by training more pilots to enter the industry more prepared and qualified, as well as helping the U.S. alleviate the current steep shortage of pilots and instructors that is affecting the local and global economies.

By teaching pilots to use all available resources efficiently, I will contribute to a retention of an elevated standard in the safety and efficiency of flight operations in the U.S. In addition, I will develop training projects incorporating my theoretical knowledge in areas such as modern aviation technology and instrumentation, teamwork and collaborative skills, attention to detail, spatial awareness and hand-eye coordination, and the ability to stay calm under pressure to handle emergencies properly that will certainly improve the education system in the aviation sector.

To do so, I will apply my years of knowledge in aviation and my skills in communications, situational awareness, problem-solving, decision-making, and teamwork dynamics to provide the best pilot training in ATR aircraft.

- **My role as a pilot in the U.S.:**

Generally, the role of a pilot in the aviation industry as an individual may not be acknowledged beyond routine flights unless the pilot is involved in a significant event and saves the day. However, a pilot's work should be highly recognized because the safety of each passenger and crew member on each flight are in his hands and therefore his skills and abilities are of utmost importance and should not be overlooked.

As I pilot, I will perform the following tasks:

- Ensure the safety of all crew members, passengers, and cargo onboard.
- Ensure that all operational procedures and checklists comply with the Operations Manual.
- Coordinate the work distribution within the flight crew to optimize operations.
- Ensure precise navigation and observation of minimum altitudes.
- Manage flight preparation and execution in compliance with all State and company regulations.
- Perform Safety Pilot duties during training flights for new Captains and first officers.
- Observe the limitations of all aircraft systems and ensure proper aircraft use.
- Maintain close contact with the cabin crew to meet cabin safety requirements.
- Updated training processes by reviewing existing documentation, leveraging feedback from associates, and working with legal and compliance teams.
- Anticipate issues and maintain professionalism during emergencies.

- **My role as an instructor in the U.S:**

As an Instructor, I will develop flight curricula and teaching methods for ground training in the following areas:

- **Aircraft systems:** Over the past century, aircraft components have evolved to make flights more efficient, safer, and faster. These include the engine, propeller, induction, and ignition, as well as the fuel, lubrication, cooling, electrical, landing gear, and environmental control systems. Aircraft systems are those required to operate an aircraft efficiently and safely. Their complexity varies with the type of aircraft.[1]

---

[1] Aircraft systems: https://www.faa.gov/regulations_policies/handbooks_manuals/aviation/phak/media/09_phak_ch7.pdf

- **Standard operating procedures:** Also known as SOPs, are a framework of common procedures set out by an airline that supports pilots in operating a commercial aircraft safely and consistently. SOPs provide step-by-step instructions on how to carry out a task or procedure. It has been suggested that SOPs are specific to routine tasks, but in aviation, they equally apply to rare emergency situations. Many industries use SOPs to ensure that tasks or operations are completed correctly and in a specific order. It also ensures that the task or procedure is carried on in the same way consistently by many different people.

  In aviation, and specifically for pilots, Standard Operating Procedures (SOPs) serve several purposes such as:

  - Ensuring that aircraft is flown correctly in accordance with the manufacturer's guidelines,
  - Promote adherence to the manufacturers and airline's operating philosophy,
  - Promote operational safety,
  - Promote operational efficiency,
  - Utilize aircraft resources and functionality appropriately,
  - It also allows any pilots from the same company who may not have flown with each other before (or they may even have never met each other), to fly together as a crew. Adherence to SOPs means each pilot knows exactly what they and the other pilot should be doing in any given phase of the flight. This is particularly important when working for a large airline with hundreds or perhaps thousands of pilots.[2]

- **Emergency handling:** While training, pilots experience high-stress situations and are expected to follow procedures resulting in a safe landing. During the actual emergency, the pilot is focused on flying the airplane ensuring the flight path remains safe, following the checklists, reprogramming the Flight Management Computer, advising air traffic controllers, advising the passengers of the revised flight plan, advising the company of the return, briefing the approach procedure – and finally, executing the approach to a safe landing.[3]

- **Problem analysis:** Every position in the aviation industry, such as flight dispatchers and pilots, operates in a complex environment requiring effective teamwork, communication, coordination, and problem-solving. Without these elements, accidents and incidents can occur, which can lead to a tremendous loss of life.

  Unfortunately, a gap still exists between the information and skills that students learn in the classroom and the effective application of the skills and information in the real-world setting.

  As a result of the massive increase in computing power and various types of technology over the last decade, there has been an increase in the development and use of high-fidelity simulations in aviation to resolve this issue.[4]

- **Federal Aviation Administration (FAA) certification:** I can also train students to help them in the process of obtaining their pilot's license in the U.S.

---

[2] Standard Operating Procedures: https://www.flightdeckfriend.com/ask-a-pilot/what-is-an-sop/
[3] How Pilots Handle and Emergency?: https://www.usatoday.com/story/travel/columnist/cox/2021/03/04/ask-captain-how-do-pilots-keep-emotions-in-check-in-emergency/6920056002/
[4] improving aviation students' teamwork, problem solving, coordination and communications skills during a high-fidelity flight simulation: https://corescholar.libraries.wright.edu/cgi/viewcontent.cgi?article=1046&context=isap_2017

To demonstrate that my profile is highly recognized. I am including a job offer from Alliance Aviation, the biggest independent aviation training center in the United States and Latin America, confirming that they intend to hire me as a Flight Instructor. This role will allow me to contribute directly to the American aviation sector and elevate standards in the field to ensure pilots conclude their training and enter the market more prepared and qualified.

Alliance Aviation is an academy that specializes in premier training for commercial pilots in the United States. It is the biggest independent aviation training center with training locations around the world such as Medellin, Colombia, and Cancun. The company is certified by the FAA and has over 10 years of experience in aviation training from Airbus type rating to Boeing 737, ATR type rating and ATP-CTP courses.

My role at Alliance Aviation is essential for their operations which have a significant impact on the local economy, because it trains the current and future pilots that will operate cargo, private and commercial planes, which is a job of an extremely high standard of responsibility and qualifications. My work will also ensure that there are more certified pilots in a shorter period, so that they quickly enter the workforce, which contributes to many industries linked to aviation and the domestic job market. The addition of trained pilots will have an impact beyond the aviation field, as cargo pilots will ease supply chain issues that have resulted in shortages of essential products.

Most recently, Alliance acquired an ATR simulator in their Miami base, and they will purchase a new one, so I can train the pilots using these simulators. ***Please refer to the material about ATR Training that I have included in this response.***

I have gotten this offer to work at Alliance Aviation because I am a professional with unique expertise in the operation and instruction of ATR planes and because I am highly qualified to train big groups of pilots every season. My main role would be to conduct intensive training sessions where I would do ground school, systems training, aircraft training, simulator training, and line checks, among other fundamental operations specific to ART aircraft, plus the ones mentioned above.

My knowledge of ATR planes is very extensive and has positioned me as an expert in the optimal operations and safety procedures of these types of aircraft. ATR aircraft is a twin-engine, turbo-propeller, high-wing, regional aircraft manufactured in France. ATR is the world's number one aircraft manufacturer in regional aviation providing a new generation of turboprops with up to 78 seats.

Since 1981, ATR has built and delivered aircraft to over 200 airlines, in 100 countries across the world, and supported these same airlines in providing essential links for passengers and communities. ATR supplies essential regional connectivity for people, businesses, and communities all over the world. Whether it is linking local businesses to capital cities, taking travelers deep into the heart of the world's natural beauty, or delivering vital medical aid and supplies to communities that cannot otherwise be accessed, ATR aircraft help bring people, ideas, goods, and markets together.

- **I am specialized in the operations of ATR72-600 and ATR42-600 planes.**

- **ATR 72-600**

The ATR 72-600 is the most fuel-efficient regional aircraft. It is suitable for all business models and all regions of the world, in any type of conditions (cold, hot, high-altitude runways, harsh environments), and a wide range of airports (steep approach, unpaved airfields, short or narrow runways).

This broad appeal and flexibility lead to strong asset values and wide acceptance of the aircraft in the airline and financing community.

With its lighter structure, optimized speed and an engine designed for short sectors, the ATR 72-600 is, by far, the most fuel-efficient regional aircraft. ATR's fuel burn advantage drives lower costs and emissions and makes it the optimal aircraft for regional markets. The ATR 72-600 is the benchmark aircraft in the regional market with unbeatable economics. Operating costs of competing regional jets are at least 45% higher.

The ATR-600 series' full glass cockpit provides a comprehensive and ergonomic working environment to pilots for safe and efficient operations. It has raised the bar in human-machine interfaces offering a high level of comfort and demonstrable efficiency gains.

Navigation, communication, and surveillance functions are integrated into a modular avionics' architecture. This state-of-the-art philosophy is open and evolutionary to allow new software and hardware functionalities to be inserted in the future independently for the continuous development of the ATR DNA.


**- ATR 42-600**

The ATR 42-600 is the perfect tool for the replacement of small turboprops and regional jets. Thanks to its smaller capacity and low trip cost, the ATR 42-600 is perfectly suited to opening, developing, and sustaining operations while delivering the best economics. Its strong commonalities with the ATR 72-600 give the perfect combination to match capacity and demand.

The ATR-600 series' full glass cockpit offers to pilots a simple working environment. It has raised the bar in human-machine interfaces offering a high level of comfort and demonstrable efficiency gains.[5]

My endeavor is in an area of substantial merit and national importance because my experience as a pilot and instructor specialized in ATR aircraft contribute significantly to the economy, given that many local and international airlines have these planes in their fleet.

Likewise, ATR planes are the most popular among cargo carriers. The largest active ATR fleet in the U.S. today belongs to Mountain Air Cargo. This Denver-based carrier flies eight active ATR42 and ATR74s. Interestingly, the carrier's fleet is owned by FedEx and dry-leased to Mountain Air Cargo.

Another important US-based ATR fleet is the one of the US Department of Justice. This government body operates a 28-year-old ATR42-300, as well as a 50-seat ATR 42-500.

Meanwhile, there are also two US-based carriers with a single active ATR turboprop in their respective fleets. Representing the airfreight sector is Gulf & Caribbean Cargo, whose only ATR 42-300F is 29 years old. As for passenger-carrying ATR turboprops, Blue Ridge Aero Services has a single 46-seat, 35.3-year-old ATR 42-300[6].

---

[5] ATR Planes features: https://www.atr-aircraft.com/
[6] ATR cargo planes: https://simpleflying.com/us-operators-most-atr-turboprops/

ATR planes are becoming an essential tool in the supply chain sector. The eCommerce giant Amazon is continuing to expand its air division with the acquisition of ATR72 freighters. While the operator's Boeing 767s are used for longer distances, its growing fleet of ATR72s will naturally be used for shorter routes, connecting small towns[7].

In 2020, given the high demand for supply chain activity in the US and abroad, big companies like FedEx acquired more aircraft to add to their fleet.

The first turboprop ATR72-600 production freighter was delivered to FedEx as part of its fleet renewal program. The feeder aircraft, based on the passenger model, took three years to develop and launch, and offers around nine tons of capacity or 75 cu meters of space. It is ATR's first purpose-built regional freighter.

FedEx also has options of purchasing a further 20 ATR-600Fs, therefore they will need professionals to train their pilots and future hire how to operate ATR 600's freighters, and I am highly qualified to do so.

One of the main benefits of this type of aircraft is its large cargo door, which allows freight to be loaded on pallets, ULDs, or as loose cargo. The aircraft can carry up to five 88" x 108" pallets or up to seven LD3 containers.

The 72-600F aircraft FedEx has ordered will undergo some modifications by FedEx before it arrives at Shannon Airport where it will be operated by ASL Airlines Ireland, a FedEx ATR operator since 2000, between Paris CDG and the Czech Republic. The second aircraft will operate in the US and the next three will service the Latin America region.

ATR freighters play a huge role in supplying essential connectivity between economies all over the world and the unique aspects of the modern purpose-built freighter mean it will deliver operational benefits to companies that integrate them into their fleet.

FedEx is no stranger to ATR, with over 40 turboprops in their existing fleet. This sets FedEx at the forefront of responsible aviation with the most fuel-efficient aircraft currently on the market. Likewise, this new ATR Feeder delivery lines up with FedEx's overall 'Reduce, Replace, Revolutionize' sustainability approach, replacing older, less efficient aircraft more sustainably.[8]

The ATR 72-600F is the only new purpose-built regional freighter on the market. It incorporates all the latest technology featured in the ATR-600 series while boasting a design optimized for freighter operations.

Delivered in 2020, the ATR 72-600F is set to become the new benchmark in the regional air cargo industry.

---

[7] Amazon owns ATR planes: https://simpleflying.com/jetstar-boots-unaccompanied-minor-flight/
[8] fedex owns ATR planes: https://www.aircargonews.net/wp-content/uploads/2020/12/ATR_Freighter_Infographic-EN.jpg



The unique capability to carry both bulk and industry-standard unit load devices makes the ATR 72-600F a highly versatile aircraft. Bulk configuration helps in optimizing available volume and cargo loading thanks to the nine vertical nets and attachment points on the floor and lateral tracks. Additionally, the large cargo door and wide cross-section, the ATR 72-600F can accommodate industry-standard unit load devices and interline with larger freighters.

The ATR-600 series' full glass cockpit offers to pilots a simple working environment. It has raised the bar in human-machine interfaces offering a high level of comfort and demonstrable efficiency gains.



My area of work proposes an interesting approach to training pilots to find career opportunities in the supply chain sector that is growing exponentially and in need of qualified pilots to alleviate transportation shortages. Flying cargo is often overlooked by pilots when plotting their careers. Many start their flying careers flying cargo to clock up some hours before shifting to passenger airlines. But cargo industry aviation insiders say flying cargo over the long term can be a smart choice.

As the last couple of years clearly show, passenger airlines have their ups and downs. Tens of thousands of passenger airline pilots worldwide have found themselves either temporarily or permanently out of work.

Not so for the cargo airlines. Mostly, on the back of an explosion in e-commerce and supply chain issues, they have been busier than ever.

A look back on the passenger airlines and their most recent 20 years of history, shows that they have struggled with bankruptcy after bankruptcy. That has not been the case with cargo airlines since they are stable companies.

COVID-19 has had a very negative effect on passenger airlines, but the cargo business continues to grow courtesy of the internet raising electronic commercial activities rapidly.

Good pay and conditions make cargo airlines an employer of choice. That kind of stable, upward growth trajectory makes flying cargo an attractive proposition for pilots looking for stable employment. And while the cargo industry might have once had a reputation for being the buccaneers of the air, today, that is far from the truth.

The cargo airlines have excellent pay rates and offer a nice work environment. They are very professional and safety-oriented, and their philosophy of doing business cannot be questioned.

Big companies like FedEx and UPS are extremely stable companies, well-financed, operate nothing but the best quality of equipment, have the best training, and have a great philosophy toward their employees.[9]

My contributions as a pilot and instructor in the U.S. will be of significant impact on providing better job opportunities to local pilots and helping them to become more prepared and qualified for their jobs.

Moreso, my work can have a positive impact on the supply chain that is currently in high demand across the U.S. and the world. My job as an instructor will help increase the number of certified pilots in the U.S. which will result in numerous benefits for small and medium businesses.

U.S. businesses are linked together through a global web of interconnected, predictable, and efficient supply chains and rely on them to access international consumers and compete in the global marketplace.

Small businesses are bearing the effect of supply chain challenges caused by worker shortages and delays. Nearly two in three small businesses have had to alter their supply chains in the past six months. This shows that resilient, efficient, and secure supply chains are essential to commerce, the U.S. economy, and people's standard of living.

Protecting supply chains from interruptions—from security threats and economic volatility to production issues and workforce shortages—is crucial to keeping goods flowing. The U.S. can ease these risks by diversifying supply chains and building up reserves of critical products[10].

Therefore, my proposed endeavor serves a national interest, thus making my work of substantial merit and national importance.

---

[9] Why Flying Cargo Can be a First Class Aviation Job: https://simpleflying.com/working-for-cargo-airlines-benefits/
[10] US Chamber of Commerce – Supply Chain: https://www.uschamber.com/security/supply-chain#:~:text=Resilient%2C%20efficient%2C%20and%20secure%20supply.crucial%20to%20keeping%20goods%20flowing.

**3. I am Well-Positioned to Advance my Proposed Endeavor in the United States:**

I have over 15 years of experience in aircraft operation in various conditions and flight instruction. As an experienced aviation professional, I have worked for two major airlines including Avianca and Air India.

I have the following flight times and ratings:

- AA Airline Transport Pilot License
- OACI Airline Transport Pilot License
- FAA Private Pilot License
- International Flight Safety Officer

I have expertise in the operations of the following aircraft types:

- A320
- ATR72-600
- ATR42-320
- A-37B
- T-27
- PC-7
- SF-260EU
- F-33C

I have the following licenses:

- FAA Private Pilot License
- AA Airline Transport Pilot License
- OACI Airline Transport Pilot License
- International Flight Safety Officer

I have received the following recognitions in my field:

- Officer of the Year 2012
- Bronze Flight Medal 2011
- Officer of the Year 2010
- Letter of Commendation 2009
- Letter of Commendation 2009
- Honorific Mention 2007
- Honorific Mention 2006

These areas of the aviation industry are in high demand for professionals, and my presence in the U.S. will certainly contribute to the improvement of many training programs and allow more pilots in the U.S. to enter the domestic job market, as well as enhance their training skills to reach their full potential to continue preventing accidents and increase aircraft safety.

The instructor shortage in the U.S. is becoming more noticeable and the airline industry is struggling. For example, aggressively growing cargo airlines like Amazon and FedEx and pilot training organizations compete fiercely for far fewer qualified instructors. While the pilot shortage was relatively predictable, the instructor shortage was less so.

The U.S. aviation industry keeps looking for solutions as pilot shortages continue. These shortages are affecting the economy substantially since it results in higher prices and more canceled or delayed flights.

There is no exception in the supply chain. The pilot shortage affects the flow of the supply chain at a federal and international level. As such, my proposed endeavor to work as a pilot and instructor in the U.S. has substantial merit and is of national importance.

Experience with the Honduran Armed Forces

Serving my country in the Honduran Armed Forces was one of the smartest decisions of my life, it gave me opportunities to grow and develop as an expert aviation specialist, which I have made the most of. It allowed me to gain experience in different administrative, educational, and military areas, which contributed to being the professional that I am today.

Due to my academic profile and my interest in continuing to grow professionally, I was assigned by the Honduran Air Force Command, as a liaison officer for the air force and the Honduran Defense University, handling the cases and files of the first class of graduates from said University, as well as teaching Instrument Flight I, Meteorology I and II, Advanced Performance and General Administration classes; Collaborating in this way with the graduation of 280 new professionals from the Promotion in 2006.

At the same time, I also performed administrative tasks at the Enrique Soto Cano Air Force Base in the Human Resources and Operations Department, continuing with the same responsibilities at the Armando Escalon Espinal Air Force Base, in the north of the country; where I grew professionally in various areas such as Civil Affairs, which was in charge of social outreach activities for the benefit of the community.

Administrative Experiences and Social Projection

From the beginning of my professional career, I always felt the call to serve people and working directly in the human resources department motivated me to continue my postgraduate studies, thus obtaining my MBA with a focus on human resources and applying that knowledge in the positions in which I served. Mainly develop, coordinate and execute projects such as medical brigades benefiting around 5000 people per year, providing specialist medical care to the population of the department of Cortés without any financial cost, delivery of medicines, donation of toys and even haircuts. Also, the annual celebration of the Air show in the month of June, where it was possible to collect and donate to the Mario Catarino Rivas Hospital, in San Pedro Sula, approximately 500,000 Lempiras equivalent to 25,000 dollars per year, the same funds that were destined for the Oncology Division at the Hospital.

Additionally, I led the creation of a nursery for fruit trees and mahogany trees, which strengthened the ecosystem of the El Merendon protected area, with the planting of 10,000 plants over the course of 2 years. In the same way that I carried out missions to protect the forest and nature, carrying out patrols in the protected area of the picnic area to prevent excessive felling of trees in this area, as well as 3 seizures of wood for illegal trade purposes, making a total of 148 cubic meters of pine wood.

Military Experiences

One of many patrol missions that I carried out in conjunction with the United States Air Force and with the US Southern Command in which we were guided by radar aircraft of the USAF in which they provided us with vectors and instructions to intercept illegal aircraft, following the international protocols for the interception of aircraft and thus force them to land since they were flying over the national territory without

any flight plan and subsequently proceed to capture the crew and confiscate the aircraft with the narcotics from South America destined for Central America and Mexico and its final destination the United States, illegally and in which I carried out many missions of this type, intercepting several illicit flights, also speedboats that traveled through the Atlantic and Pacific seas, seizing a total of 7 aircraft and 10 maritime vessels in the time that I stayed in the Air Force.

Another of my storied experiences and in which I feel very proud of was the discovery of 2 American and 2 Spanish surfers who had been shipwrecked north of the island of Roatan, Honduras and in which I was on duty that day when I received the alert of Search and Rescue, and immediately began the search for the castaways in the Atlantic Sea, approximately 60 miles north of the Honduran coast and in which I feel very proud to have found the castaways alive and who were later rescued by the Naval Force, this mission was also accompanied by 2 Black hawk aircraft from the US Army since two of the shipwrecked were American citizens.

I directed medical evacuations in marginal areas of injured or sick people to the main hospitals in the country and sometimes the search for an injured aircraft, finding a total of 2 that later the bodies of the crew members were rescued by ground forces.

My performance earned me to be invited by the United States Air Force as an active participant in different specialized training programs, such as the Antiterrorism training at the IAAFA (Inter Academy of the Air Forces of Latin America) located in the city of San Antonio, Texas. I graduated from IAAFA with honors, for which I was subsequently invited by the American government to participate in several joint practices with Lackland Air Base, Texas. I also had the opportunity to participate in training such as flight physiology and the Air Accident Investigation Course at the US Air Force Safety Center in Albuquerque, New Mexico.

During my service in such a noble institution, I remained grateful, since they trained me not only academically, but also to experience positions of high relevance and responsibility, and which I have managed to replicate in the civil aeronautical field. That has led me to work in world-renowned companies such as Avianca, and in one of the largest airlines in the world, Air India.

Having so ingrained in my personality all the principles and values that I learned, developed and strengthened in all these years of career, I did not hesitate at any time to offer myself as a volunteer, during the recent global pandemic, to carry out protective medical supply transfer flights, medical personnel and supplies for the creation of vaccines for distribution airports on the east coast of India, carrying out a total of 7 flights, which were of high personal risk for not having vaccines available in the midst of the crisis, mobilizing said material between the cities of Hyderabad, Bengalore, Goa and Chennai.

In the time that I have waited for the response of this process, I have participated in different meetings as a guest of the Civil Air Patrol, Long Island Senior Squadron NER-NY-207, with the intention of supporting their patrol and search missions and rescue, however I still cannot be a member because I am not a Permanent Resident of this country, if I have the opportunity to be one, it would be another way to support the community, in space education programs as an instructor for its cadets, in patrol and emergency missions. I have always been an admirer and follower of the principles and dogmas of the Founding Fathers of this nation, it is the desire of my heart that my children can grow up in a country of freedoms and opportunities like this, so mote it be.

Therefore, my over 15 years of experience as a pilot and instructor, plus my high command of key training methods in the aviation industry and my qualifications, make me well-positioned to advance my proposed endeavor in the U.S.

**4. On Balance, it Would be Beneficial to the United States to Waive the Requirements of a Job Offer and Thus of a Labor Certification:**

Aviation is one of the core industries of the U.S. economy. It connects people, cultures, and businesses across continents supporting millions of jobs, and causing a substantial impact on the national GDP. Air transportation is also the driving force of global trade and commerce that keeps the economy growing.

All in all, my experience and knowledge in my field of endeavor are of significant value and my plan to design and provide quality instruction and useful concepts and practices to train pilots in the U.S. has substantial merit and is of national importance because my work will contribute to ensuring safe operations in the U.S. and around the world.

If given the opportunity, I will bring my skill set to the United States, where I will continue to provide services including aircraft operation, crew management, pilot training, and simulator courses, as well as designing practical training methods for pilots to improve their skills and knowledge in aviation, thus contributing not only directly to the air transportation for U.S. airlines, but also, to sustainable growth in the aviation industry through tackling the shortage of highly qualified pilots and instructors in the US.

Thank you for considering my statement in response to your request for evidence.

Sincerely,

Lester Orellana
Main applicant / Airline Transport Pilot & Instructor
+1 (516)943-3078
lesorellana7@yahoo.com
121 Mirin Ave, Roosevelt, NY 11575

**Exhibit B.**

Exhibit B.1.

# INITIAL COURSE ATR

| DAY 1 | DAY 2 | DAY 3 | DAY 4 | DAY 5 |
|---|---|---|---|---|
| Trainee's Welcome CB Intro (1:00) CBT (7:00) A/C General Integrated Systems | CBT (7:00) Power Plant Fuel System. | CBT (7:00) Air (general) Pneumatic Conditioning Pressurization | CBT (7:00) Electrical DC Electrical AC Electrical ACW | CBT (7:00) Hydraulic |
| DAY 6 | DAY 7 | DAY 8 | DAY 9 | DAY 10 |
| CBT (7:00) Fire Protection Emergency Equipment | CBT (7:00) Ice and Rain Flight Warning Systems | CBT (7:00) Flight controls Communication Virtual Control Panel | CBT (7:00) AFCS Flight Instruments Navigation | CBT (7:00) FMS EFB |
| DAY 11 | DAY 12 | DAY 13 | DAY 14 | DAY 15 |
| FMS EFB | REVIEW (4:00) SYSTEMS AND LIMITATIONS WRITTEN TEST (3:00) | Performance Normal (7:00) | Performance Abnormal & MEL (7:00) | LVP/PBN To be developed (7:00) |
| DAY 16 | DAY 17 | DAY 18 | DAY 19 | DAY 20 |
| FCTM Flight Techniques (7:00) | PERFORMANCE WRITTEN TEST (1:00) ORAL PROFICIENCY (2:30) | Session Preparation (1:30) MFTD0 FMS Course(4:00) Oral Prep(1:30) | Session Preparation (1:30) MFTD1 (4:00) Oral Prep (1:30) | Session Preparation (1:30) MFTD2(4:00) Oral Prep(1:30) |
| DAY 21 | DAY 22 | DAY 23 | DAY 24 | DAY 25 |
| Session Preparation (1:30) MFTD3 (4:00) Oral Prep(1:30) | Session Preparation (1:30) MFTD 4 (4:00) Oral Prep(1:30) | REVIEW (1:30) MFTD 5 (4:00) Oral Prep (1:30) | Training FFS 0 | Training FFS1 (4:00) |

| DAY 26 | DAY 27 | DAY 28 | DAY 29 | DAY 30 |
|---|---|---|---|---|
| Training FFS2 (4:00) | Training FFS3 (4:00) | Training FFS4 (4:00) | Training FFS5 (4:00) | Training FFS6 (4:00) |
| DAY 31 | DAY 32 | DAY 33 | DAY 34 | DAY 35 |
| Training FFS 7 PBN (4:00) | Training FFS 8 LOFT (4:00) | Training FFS 9 LVP/CAT II (4:00) | Training FFS 10 ZFTT (4:00) | Training FFS 11 SPECIAL AIRPORTS (4:00) |
| DAY 36 | DAY 37 | DAY 38 | | |
| Training FFS 12 PRE CHK (4:00) | FFS 813 Skill Test A (4:00) | FFS 813 Skill Test B (4:00) | | |

# CLASS PLAN

| GROUND SCHOOL - DAY 1 | | |
|---|---|---|
| 1.1 GENERAL OBJECTIVE | Welcome to the students and Introduction to the philosophy of ATR. Integrate the concepts for the correct application and management of the operational and technical procedures required for the development of a line flight, in normal and abnormal conditions. | |
| 1.2 SPECIFIC OBJECTIVES | a. Identify the training booklet during the ground and flight phases to be carried out during training. b. Make good use of CBT for each day of training. c. Understand the philosophy of ATR, golden rules. d. Understand the use of the FCOM, FCTM, QRH, AFM, MEL, Systems and Performance manuals. e. Introduction to the generalities of the ATR72-600 equipment f. Correctly apply procedures such as: recognition and revision of the cabin emergency equipment, knowledge | |
| 1.6 VALIDITY | Year 2023 | |
| 1.7 CONTENTS | TOPICS | INTENSITY |
| | Presentation of the training program | 00:30 |
| | ATR Philosophy and Golden Rules | 00:45 |
| | Use of operational manuals | 00:45 |
| | Aircraft General | 03:00 |
| | Integrated systems | 02:00 |
| 1.8 REFERENCE MATERIAL | CBT | YES |
| | FCOM | 1.00 / 1.01 / 2.01/ |
| | MEL | ATA 31 / 42 |
| | QRH | 2.46 to 2.64 / 2.67 |
| | AFM | YES |
| | FCTM | Page 22 a 36 |
| | SYSTEMS ATR BOOK | Chapter B |
| | OTHER BOOKS | PERFORMANCE BOOK |

| 2. MATERIALS | |
|---|---|
| 2.1 DISTRIBUTION MATERIAL FOR THE PARTICIPANT | Initial Program, CBT |
| 2.2 CLASS RESOURCES | Video-beam, FCTM, Mock up, Power Point |

| 3. CLASS DESCRIPTION | | | |
|---|---|---|---|
| | ACTIVITY | | |
| 3.1 INTRODUCTION | Presentation and welcome | | |
| | Presentation of the objective | | |
| | Invitation to active participation and analysis of own experiences | | |
| 3.2 DEVELOPMENT | TOPIC | METHODOLOGY | CONTENTS |
| | Presentation of the training program | Descriptive | Instructor Presentation and Transition Program |
| | ATR GOLDEN RULES | Descriptive, participatory, audiovisual, conceptual and analytical | FCTM Pages 9 to 30 |
| | Use of Operational Manuals | Descriptive, participatory, audiovisual, conceptual and analytical | FCOM, QRH, AFM, FCTM |
| | Aircraft General | Descriptive, participatory, audiovisual, conceptual and analytical | Chapter of Aircraft General - FCOM |
| | Integrated systems | Descriptive, participatory, audiovisual, conceptual and analytical | Chapter of Aircraft General - FCOM |

| | TECHNIQUE | RECORDS | GRADE |
|---|---|---|---|
| 3.3 EVALUATION | Oral | Questions related to what was seen in class | |
| 3.4 DEBRIEFING | Feedback and connection of the topics, invitation to all pilots to continue reviewing the different technical and operational topics through manuals, bulletins and CBT, which will be available to all crew members. Make it clear what topic is continued | | |

# MFTD AND FFS

Introduce and practice the FMS.
Study, practice and use of the FMS through a standard preparation.
Introduce and practice all functions of the FMS and task sharing during all flight phases. Le

Monitor and actuates all the functions. Identify messages.

Learn how to quick access.

Normal FMS operations and procedures

| TRAINING TOPICS | FCOM | QRH | FCTM |
|---|---|---|---|
| FMS GENERAL DESCRIPTION | 4.01.00 | | |
| FMS FUNCTIONS | 4.02.00 | | |
| FMS QUICK ACCESS | 4.00.00 | 3.07 | 02.01.08 |

| FTD 0 | TRAINEE 1&2 | TIME | EVENTS |
|---|---|---|---|
| ATIS | | | Overview |
| | | | FMS Operation |
| | | | PILOT / FMS Interfaces / DUAL CONFIG |
| | | | Final cockpit preparation / FMS Initialization, FPLN, SEC, TO WEIGHT |
| | | | Before propeller rotation / winds insertion, CHECK PERF, LNAV |
| ATC | | | TAKEOFF / LNAV Activation, FPLN Sequencing, MCDU CLIMB - CRUISE |
| | | | CRUISE / Prog pages , Lateral and Vertical revisions,DTO, offset, Holding, FPLN revision, Descent preparation |
| | | | DESCENT / ARRIVAL Procedures and revision |
| | | | PRECISION APPROACH / END OF FPLN |
| WEIGHTS | ZFW FUEL TOW T/O CG | | MCDU, ND, PFD MESSAGES |
| | | | NAV Databases management / STANDARD, COMPANY ROUTES AND PILOT DATABASES |

**Exhibit B.2.**



Your next ATR pilots

**READY**
**TO FLY**




AN END-TO-END TRAINING SOLUTION

**ATR**
PROPELLING THE NEXT CONNECTION

---



**ATR**
PROPELLING THE NEXT CONNECTION

Founded in 1981, ATR, the world leader on the market for below-90-seat regional aircraft is a partnership between Airbus and Leonardo. Based in Toulouse, France, ATR has sold more than 1,500 aircraft and has nearly 200 operators in 100 countries. ATR has a large customer support and sales network worldwide. Created in 1989, the ATR Training Center (ATC) provides state-of-the-art and cost-effective training solutions. ATC is the first Approved Training Organisation in France (FR.ATO.0001) under the new EASA regulations.

CUSTOMER PORTAL: **www.attractive.com/training**
WEBSITE: **www.atr-aircraft.com**
SALES CONTACT: **atc@atr-aircraft.com**

 atrbroadcast
 atraircraft
 www.atr-aircraft.com
 atraircraft
 atr

---

**ENAC**

ENAC, the French Civil Aviation University, has been a leader in pilot and flight instructor training for 70 years. ENAC is the N°1 aeronautical University in Europe. With the largest European flight school fleet, ENAC trains hundreds of airline pilots every year. Airlines and civil aviation authorities consider ENAC's pilot and flight instructor training programs are considered first class by both airlines and civil aviation authorities. ENAC has a long-standing partnership with many airlines, such as Air France, EasyJet, China Eastern, Air Macau, Oman Air and Royal Air Maroc.

WEBSITE: **www.enac.fr**




enactoulouse
enacfrance
enac.fr
ecole-nationale-de-l'aviation-civile
enacfrance



# A FULL PILOT
# TRAINING SOLUTION

## ATR TEAMS-UP WITH ENAC TO OFFER INTEGRATED CADET PROGRAM:

➤ Turnkey solutions designed for ATR operators
➤ Candidate trainees sourced locally
➤ Trained First Officers ready-to-fly your ATRs
➤ Key step towards Captain position
➤ Program-based on EASA requirements, could be adapted upon customer needs
➤ Financing solutions can be offered

## TRAINING LOCATION

FROM SELECTION TO PHASE 3: on-site selection worldwide, Toulouse and/or ENAC flight centers. Possibility of tailored local solutions.

FOR PHASES 4 & 5: Toulouse, Singapore, Johannesburg and Miami.

## MODERN FLEET & UNIQUE TRAINING DEVICES

CBT (eLearning...), FNPT II, Single-engine (such as TB10, TB20, DA40) & multi-engine (such as B15B, DA42) aircraft, last glass cockpit technology (G1000), ATR FPT, FFS level D all ATR version, ATR aircraft.





## **FLIGHT CREW** TRAINING SOLUTIONS

**ATR** TRAINING CENTER



## **ABOUT** ATR TRAINING CENTER

**With more than 1,500 aircraft sold and some 200 operators in nearly 100 countries,** ATR has developed a full set of innovative and competitive training and services to offer performance and safety for airlines' operations.

Created in 1989, the ATR Training Center (ATC) meets airlines' requirements and provides a state-of-the-art and cost-effective training.

ATC is the first EASA Approved Pilot Training organisation (FR.ATO.0001).

# ATR TRAINING CENTER
## IN NUMBERS



**+250**
TRAINING COURSES PROPOSED

**+200**
OPERATORS HAVE TRUSTED ATC

**+100,000**
TRAINING HOURS DELIVERED PER YEAR

**+3,500**
TRAINEES PER YEAR

**31**
YEARS EXPERIENCE AS AN AIRCRAFT MANUFACTURER

**5**
TRAINING CENTERS AROUND THE WORLD



## ATR TRAINING CENTER NETWORK
## & HOME BASED TRAINING*

PARIS
TOULOUSE
MIAMI
SINGAPORE
JOHANNESBURG

**ATR Training Centers**
**\* Many of the ATR training courses can be performed at the customer's premises**



## PROPELLING YOUR FLIGHT CREW TRAINING, TRUST THE MANUFACTURER EXPERTISE

**Standards of training and simulators reflect the present in-service fleet.**

ATR's advanced training programs are built based on ATR's highest standards and innovative media tools based on CBT (Competency-Based Training) and TEM (Threat & Error Management).

Pilot trainees benefit from our instructors' experience and from the in-service manufacturer's fleet knowledge.





# FLIGHT CREW
## COURSES

### PILOT TRAINING SOLUTIONS

- ATR 42/72 Pilot Type Rating Courses
- Pilot Differences Courses (all series)
- Pilot recurrent courses
- Type Rating Revalidation or Renewal Courses
- ELT Entry Level Training
- MCC Multi Crew Coordination Courses

### PILOT OTHER COURSES & SERVICES

- Upgrade to Captain Course
- Type III/IV Fluid Assisted Take-off Courses
- ATR 42/72 Insight Course
- Crew Resource Management (CRM) Courses
- Maintenance Check Flight (MCF) Course NEW
- Ferry Flight Services
- LVO Low Visibility Operations
- Pilot PBN Courses NEW

### PILOT INSTRUCTOR/EXAMINER COURSES

- TKI Technical Knowledge Instructor Courses
- SFI Synthetic Flight Instructor Courses
- TRI Type Rating Instructor Courses
- TRE Type Rating Examiner Courses
- Flight crew line training

### CABIN CREW TRAINING SOLUTIONS

- Rating Courses
- Instructor Courses
- Recurrent Courses
- Crew Resource Management (CRM) Courses
- Differences Courses

**Customer portal:** www.atractive.com/Training



# INNOVATIVE
## TRAINING TOOLS

### HANDS-ON PRACTICE

ATR is increasing training efficiency by introducing practice at an early stage in flight training. Flight Crew skills are progressively improved thanks to a cleverly-devised training programme which seamlessly integrates classroom theory with practice on flight training devices.

### CUTTING-EDGE COMPUTER-BASED APPLICATIONS

- ATR Courseware (ACOS & ACOS2)
- 3D Walkaround Trainer (AWT)
- Mini Trainers 3D, including FMS/GNSS

### UNRIVALED TRAINING ENVIRONMENT

- High standard classrooms
- Pilot and Flight-deck evacuation mock-up
- SEP, Doors and Exits
- Fire and Smoke
- ATR Final Assembly Line

### ULTRAMODERN TRAINING DEVICES

- Full Flight Simulators (FFS)
- Briefing and debriefing stations
- Flight Panel Trainer (FPT)

### CUSTOMISED PRODUCTS

- Performance guide
- Systems guide
- Performance Based Navigation (PBN) brochure

Request your training and services catalogue at: atc@atr-aircraft.com





# DRY
# TRAINING

The customer requirement for dry training simulator training is facilitated through ATC's pool of instructors and access to FFS, FFT and FPT in the ATR training resources network.

| TOULOUSE | | |
|---|---|---|
| FFS | ATR 42-300 / 500<br>ATR 72-200 / 500 | ATR 72-600 |
| FFT | ATR 42 / 72-500 | |
| FPT | ATR 72-500 | ATR 72-600 |

| SINGAPORE | | | PARIS | |
|---|---|---|---|---|
| FFS | ATR 72-600 | | FFS | ATR 72-500 |
| FPT | ATR 72-600 | | FPT | ATR 72-500 |

| JOHANNESBURG | |
|---|---|
| FFS | ATR 42-300 / 500<br>ATR 72-200 / 500 |
| FPT | ATR 72-500 |

## COMPLEMENTARY FREE OF CHARGE SERVICES INCLUDED WITH DRY TRAINING SESSIONS

- ACOS & ACOS² : CBT (ATR Computer based training solution)
- Flight Panel Trainer
- Protected debriefing station
- ATR training center e-library

Book your DRY training at: atc@atr-aircraft.com

**ATR**
1, allée Pierre Nadot
31712 Blagnac cedex · France
T: +33 (0)5 62 21 62 21
F: +33 (0)5 62 21 68 00

 atrbroadcast  atraircraft  atr-aircraft.com  atraircraft  atr

**Exhibit C.**

**Exhibit C.1.**



Tel: (504) 2216-3000
(504) 2216-5100 Ext 100992
Edificio K2 , Ciudad Universitaria, Tegucigalpa M.D.C.
http: //faces.unah.edu.hn/dca

**UNAH**
FACULTAD DE CIENCIAS ESPACIALES
DEPARTAMENTO DE CIENCIAS AERONÁUTICAS

*Tegucigalpa, Honduras*
*October 28th, 2022*

RE: EB2 National Interest Waiver, Permanent Residency / United States of America
(Captain Lester Eliazer Orellana Umanzor)

To whom it may be Interested.

By means of this letter I am supporting the application for Permanent Residence in the United States EB2 National Interest Waiver to Captain Lester Eliazer Orellana Umanzor.

I am an Entrepreneur, Executive & Senior Aeronautical Consultant; Master in Spatial Planning and Management, Bachelor of Aeronautical Sciences and Industrial Engineer with advanced Postgraduate studies in Air Transportation Systems; with extensive experience of more than 20 years in the fields of aeronautics and aviation (commercial, general and military), airport systems, aviation control and air transportation; recognized leader in higher education, continuous Aeronautical education programs and expert in national and international Aeronautical Regulations.

Founder of the Department of Aeronautical Sciences of the National Autonomous University of Honduras; Secretary of the Aeroclub of San Pedro Sula; Founding Member and Management Director of the Aeronautical Maintenance Organization (OMA RAC-145) "Aeronautical Technical Services of Honduras" (SETAH), Co-founder and Vice President of the Honduran Association for Aeronautical and Educational Development (ADAEH), Quality Manager of the FBO of the Aeroclub of San Pedro Sula, and Manager in charge of the Aeronautical Training Center for Aircraft Maintenance Technicians "Aeronautical Technology" (CIAC RAC 147 TECNAER).

Holder of the licenses of Commercial Pilot, Aeronautical Maintenance Technician, Flight Engineer, Human Factors Specialist and Certified Aeronautical Instructor.

I currently work as Head of the Department of Aeronautical Sciences of the School of Space Sciences of the National Autonomous University of Honduras.

I issue this letter of recommendation to Captain Lester Eliazer Orellana Umanzor, whom I have known since he began his studies at the School of Aeronautical Sciences of the Defense University of Honduras, and the Military Academy of Aviation "Captain Roberto Raúl Barahona Lagos" in 2002.

Since his university studies, Captain Orellana stood out for his leadership and outstanding discipline and studies, winning the first academic place. By helping and mentoring his peers and subordinates with weaknesses in some subjects such as mathematics, physics, and aerodynamics, he earned a scholarship from the Mexican government, where he represented our country with honors.



In his eagerness to contribute to national aviation, I have witnessed the actions that Captain Orellana has developed in favor of the civil aeronautical education.

Firstly, taking part of the certification team of the first Aeronautical Instruction Center that met the standards established by the national aeronautical authority, the Flight School "Cardenal Oscar Andrés Rodríguez" (see https://www.laprensa.hn/honduras/school-de-aviation-certified IDLP335369), where he was later appointed as academic head, having the opportunity to develop new methodologies and experiences in established programs, innovating by making a mix of conventional methods in aviation schools and a continuous improvement approach, activities which, though seemingly simple, had an impact on flight planning and comfort within the aircraft cabin. For example, during navigation maneuvers, they used to fly with aeronautical charts of 1.5x1 mts and with one of the improvements they could have the complete route on a chart size sheet.

Secondly, following the ideology of improving the aeronautical education of the country, he made significant contributions while I was leading the team that proposed the first non-governmental organization in the aeronautical field, the Association for the Aeronautical and Educational Development of Honduras (ADAEH), which always had the vision of creating an aeronautical program at the level of higher education. These contributions included the creation of academic curriculum for aeronautical programs as a private pilot, commercial pilot, with skills such as instrument flight, multi-engined aircraft and a specialization in human factors, in order to obtain the necessary credits to establish the basis of a university career.

The contributions of Captain Orellana were valuable for this process, developing part of the academic curriculum of the program, under the subject of human factors, in which he is also an expert, being not only a pilot but also a researcher of air accidents. Such is that in 2012 the first academic unit was inaugurated within the National Autonomous University of Honduras, which will offer two educational programs of Bachelor's Degree and Associate Degree. Over the years, the National Autonomous University of Honduras has offered graduate-level programs and not only nationally, but also to students in different parts of the world. So the International Civil Aviation Organization has called it to form the group of Aeronautical Instruction Centers of the region to discuss issues of standards and good practices in aeronautical education.

The contributions of Captain Orellana are definitely based on the academic experience and the aeronautical industry. They have effectively served as factors for the improvements that the aviation has had in Honduras. Previously, aviation studies in Honduras in higher education were non-existent. Nowadays and thanks to his contributions to the academia, we offer a Bachelor's Degree in Aeronautical Operations and an Associate Degree in Flight Operations.

We consider it appropriate to recommend Mr. Lester Orellana to perform duties in aeronautical and educational operations, since his talent and professionalism make him a key professional for any organization oriented to aeronautical education. For all the reasons mentioned above, I am sure it is in the national interest of the United States of America to allow theoretical and flight instructors like Lester Orellana to be considered in the permanent residence process.



Tel: (504) 2216-3000
(504) 2216-5100 Ext 100992
Edificio K2 , Ciudad Universitaria, Tegucigalpa M.D.C.
http: //faces.unah.edu.hn/dca

UNAH
FACULTAD DE CIENCIAS ESPACIALES
DEPARTAMENTO DE CIENCIAS AERONÁUTICAS

If you have any concern regarding Captain Orellana, do not hesitate to contact me. My email is omri.amaya@unah.edu.hn and my phone number is (+504) 9451-6681.

I say goodbye in this letter, giving that luck to Captain Lester Eliazer Orellana Umanzor in his new life project and I request to whom corresponds his valuable consideration for the process of permanent residence. EB2-NIW.

Any concerns or confirmations, please contact me.

MASTER OMRI ALBERTO AMAYA CANTAR
Head of Department of Aeronautical Sciences. UNAH
Email : omri.amaya@unah.edu.hn
Phone : +504 9451-6681

C.f.: Archivo DCA

**Exhibit C.2.**

Carlos Jose Novellino
1526 SW Pitts Ave
Port St. Lucie FL
+1 954-914-1925
carlos.novellino@hotmail.com

September 24th, 2022

To Whom It May Concern:

I am pleased to write this letter on behalf of my longtime friend and colleague Lester Orellana, who just recently applied for an immigration process to your country.

My name is Carlos Novellino and I have been in the aviation industry for the past 10 years. I hold an associate degree in flight training from Community College of Baltimore County in Maryland. I started my career back in 2012 working for Islena Airlines, after a few years I was promoted to captain, and was given the opportunity to run the Safety Operations Department. During my permanence as the Operations Safety Officer, better channels were developed, this implementation assisted in the detection and report of hazards by employees, as a result of these we obtained an increase in hazard reports of 35% in just the first year. In 2016 my department was given the responsibility of retrieving and monitoring the information captured from the aircraft recording systems, this help us with the identification and corrective steps for potential hazards. With all the information obtained from the recording systems a new project was developed and interviews one on one with crews was implemented. The information obtained was useful in the improvement of the crews training curriculum. Between 2017and 2019 my department was requested to provide support to the DGCA of Honduras in the improvement of the SMS program. In 2019 I decided to step down and follow new profession challenges.

I know Lester since 2013 and I consider him a very respectable aviator and great friend. I met him just over 9 years ago while both working in Honduras. Since then Lester has demonstrated a great passion for teaching, his availability towards our training department was superb. For example, in May 2015 I was upgraded to Captain and Lester was assigned by the crew training department to assist me during training, which greatly facilitated its success, thanks to his experience in the aeronautical industry and his ability in flight, during the development of the in-flight emergency practices he demonstrated his in-depth knowledge of the aircraft's most complex systems such as the electrical, hydraulic and pneumatic systems and adding his experience as a trained Air Force pilot make him an exceptional pilot, his effective communication and decision-making ability that helped the safe development of the maneuvers. His passion for training our new pilots did not go unnoticed, and in a very short time, around 18 months, he was promoted to Line Training Captain, a position that in other airlines in the world could take up to 5 years on average, for those few candidates who get the opportunity.

On July 19, 2016,  Captain Lester was assigned a ferry flight from Guatemala City to Medellin, Colombia. When they were over Nicaraguan airspace, at a altitude of 23,000

feet, they began to experience a speed reduction, the weather conditions were not extreme, however, the cloudiness and temperature was enough to encounter icing conditions, the normal procedure in these situations require that the crew activate the Anti-icing and De-icing system, however this actions weren't enough to restore the normal flight path, so Cap Lester requested air traffic service authorization to descend immediately to avoid icing conditions, by not having a quick response from the air traffic controllers and seeing that the performance of the aircraft continued to deteriorate, Captain Lester made the decision to perform an emergency descent, bringing the aircraft out of the icing conditions to a safe altitude. Radar service subsequently apologized to Lester and his crew for not immediately responding to his request for support. In accordance with the international regulations of aeronautical phraseology, at the moment that a crew declares an emergency situation, this has priority over all other communications at the time, the pilots must make radio silence and leave the frequency free for the assistance of the emergency. If the decision to make the emergency descent was not made immediately, the flight commanded by Captain Lester could have encountered an emergency known as severe icing conditions, which consequently leads to a total loss of control, experiencing no response from the aircraft's flight controls. The actions and skill of Captain Lester brought the two pilots and the two flight engineers safely to their destination and to the aircraft without any damage. This same situation was experienced on November 4, 2010 by Aerocaribbean flight 883 where unfortunately 68 people lost their lives. Having access to and knowledge of the incident report, I can testify that Lester demonstrated during this event a high situational awareness and excellent decision making skills, his actions prevented from this situation to escalate to something more catastrophe.

I am happy to let you know how honest, caregiver, respectful, and conscientious Lester is with everyone he meets. I feel fortunate to know Lester as a coworker and personal friend. I am confident that, should his Green Card application be accepted, he would make an incredible addition to your country.

Please contact me if you need further information.

Sincerely,

Carlos Jose Novellino

# Exhibit C.3.

To whom it may concern,

I am writing this letter on behalf of Captain Lester Orellana, who just recently applied for an immigration process to USA through the EB2 program.

My name is Jose Carlos Antunez Sevilla, I am a Bachelor in Business Administration from the CEUTEC of Honduras, with 12 years of experience in the aviation industry, starting my career as a pilot since October 2010 and working in national and international airlines such as Sosa Airlines and Isleña Airlines (Avianca Holding), and since 2017 currently working in Alliance Air. Where I developed in the aeronautical industry as a first officer, I quickly reach the promotion to Captain. Also serving as Captain of different aircrafts.

The purpose of this letter is: my intention to certify Capt. Lester Orellana performance as an Airline Transport Pilot. I have got the opportunity to share the aircraft cockpit cabin with him in different scenarios (normal, abnormal situations, simulator recurrent trainings) and I can categorically guaranteed his professionalism as a Pilot and Leader.

During my beginnings as a Professional Airline Pilot, I was given the opportunity to join Avianca as a First Officer for the fleet ATR 72/600. At that time I had to opportunity to meet Capt. Lester Orellana and we both started our training together. Given this chance we share simulators experiences as Simulator Partners and I can say it was very easy for me to get along and have a good CRM with Capt. Orellana during my training sessions with him. After finished the training we ended up having excellent qualifications during our simulator Sessions training getting the type rated as first officer for the ATR

72-600, Capt Lester always demonstrated a hardworking attitude, focus, passionate, dedicated and also show initiative to performed to hour level best, thanks to our effort and dedication of study of the manuals, company SOP, aircraft limitations and procedures and the outstanding Professionalism and leadership that my partner (Capt. Lester Orellana) performed at all times.

Thanks to my previous airline experience and performance I had the opportunity to get my upgrade as a Commander. I will always remember one of my first flights released as PIC (Pilot in Command), Capt. Lester Orellana was my First Officer and just after our takeoff we had an "EEC FAULT" (Engine Electronic Control). This failure on the ATR 72/600 can be very critical and specifically at the phase of the flight which happen to us (takeoff phase), the main reason is because the affected engine starts to fluctuate accompanied with a very strong yaw, cause by the fault, this could lead in to the misunderstanding if we had totally lost the engine or just a partial loss of the same. The Initial sensations was as if we had lost that engine, but as pilots and in this kind of scenarios the first thing is to maintain control and fly the aircraft, navigate, communicate and finally managed the situation.

I remember the excellent assistant given by Capt. Lester Orellana (pilot monitoring in this flight), since he immediately check the engine parameters, recognize and confirm to me as PF (pilot flying) that we had an EEC Fault not an Engine Flameout at takeoff. We continue our takeoff, following the procedures as per Company and aircraft manufacture. We requested to fly back and maintain holdings over the airport in order that to finish the normal checklist and proceed with abnormal procedures, taking in to account that we had a full flight (70 passengers) . Once we finished up the checklist and after resetting the EEC control the engine came back to normal. As a crew we assess the situation taking into account Technical, Operational and Commercial aspects and decided that we can continue with the flight and we will inform the maintenance staff once reaching to our destination.

At all times we kept a high level or CRM (crew resource management) in the cockpit and Capt Orellana was of great contribution to me in maintaining the control of the situation.

I can say that as a pilot this has been one of the best experiences I had since at point of my experience as a PIC, I had to apply a good CRM and a good knowledge of decision making in a real scenario for the safety of the operation and passengers.

After my experience in Avianca, I'm continuing flying as a PIC in India; here I have had the opportunity to continue being colleagues with Capt. Lester Orellana. Now days we both flew for the same Airline and I can tell you that the our First Officers have nothing but to praise outstanding compliments for Capt. Orellana's Professionalism and Patience in teaching and assisting them in the daily operations.

I would state my gratitude and respect towards Capt. Lester Orellana, which had demonstrated me not only how to perform in a safe and appropriate manner in the flight deck and assist in the decisions as PIC, but also had taught me how to evolve in an integral and humble way as a person given by his example of hardworking, integrity, honesty and friendly attitude.

I would recommend Capt. Lester Orellana to any aviation company who requires highly skilled and motivated airman.

If you require any further details about Capt. Lester Orellana, please do not hesitate to contact me. My email address is joseantunez88@gmail.com . My Phone number is: (504) 9940-76-75.

Captain Jose Antunez
ICAO ATPL: 4768

Exhibit C.4.

September 24th, 2022

USCIS
REF: Supporting letter for immigration petition.

Dear USCIS Officer:

I am writing this letter on behalf of Captain Lester Orellana , who just recently applied for an immigration process to USA through the EB2 program.

My name is Carlos Alberto Diaz, I am a Computer Engineer graduated from the Technological University of Honduras in November 2007, with 13 years of experience in the aviation industry, starting my career as a pilot since October 2009 and working in national and international airlines such as Sosa Airlines and Isleña Airlines (Avianca Holding). Where I developed in the aeronautical industry as a first officer, I quickly reach the promotion to Captain. Also serving as Captain of different aircrafts, ground instructor, flight and simulator instructor, later being promoted as Operations Manager, until the moment the company canceled operations due to the pandemic that affected the entire world. I am currently developing my own business.

I have known Lester since 2013 when we started working together at Avianca, where we shared many training sessions, flights and experiences, where I had the opportunity to get to know him very well, professionally. Lester is a disciplined, studious, respectful pilot with heightened situational awareness and outstanding decision- making techniques. Whose abilities he demonstrated extensively during his trainings with me and in emergency situations in real life.

On July 5th 2016, while operating flight Lacsa 734 (between San Jose, Costa Rica and Tegucigalpa, Honduras) Lester's abilities were put to the test. In midair during climb phase his aircraft suffered a complete failure in the pressurization system. The aircraft was located around 20 miles out of San Jose, Costa Rica and above 10,000 ft. when a loud noise was heard in the cabin, initially the alerting systems didn't provide the proper information to the pilots, however Lester was able to identify the source of the failure and immediately performed the necessary actions. Such as the execution of the emergency descent, which prevented physiological damage due to lack of oxygen for the 72 people on board the flight, including passengers and crew, and structural damage to the aircraft due to the difference in pressure. The statistics of air accidents point to human

factors as the highest element at the time of an accident, being 70% due to this. Decision-making being one of the most important skills, which highlights the extraordinary skills of Cap Lester Orellana, such as stress management, control of the situation, the wise use of available resources around him, and leadership to solve the situation guiding his crew for the correct resolution of the emergency. Unfortunately, feats like these are passed by unnoticed by the news because it is not a catastrophe, that is why I am inclined to mention this situation to highlight that his actions did not go unnoticed by his colleagues.

The aircraft was able to land safely back in Costa Rica thank to Lester's leadership and prompt decision making. After landing an extended investigation was conducted and it was determined that a malfunction in one of the flappers in the ram air intake was the cause of the event.

With all sincerity and confidence I can assure you that Lester would be an invaluable human resource for the aeronautical industry of the United States of America, sharing his knowledge and experiences with future generations of pilots, since he has the gift and love for teaching, and those skills are not easily acquired. that makes him an outstanding professional above the rest.

Should you have any questions, please feel free to contact me any time at your convenience.

Sincerely,

Carlos Alberto Diaz

La Ceiba, Atlantida, Honduras

+504-3301-9161

carlos_diaz03@hotmail.com

**Exhibit D.**

**Exhibit D.1.**

# U.S. Transportation Secretary Pitches Federal Support to Ease Pilot Shortage

**skift.com**/2022/05/03/u-s-transportation-secretary-pitches-federal-support-to-ease-pilot-shortage

May 3, 2022



## Skift Take

The federal government finally recognizes that there is a shortage of pilots in the U.S. But beyond platitudes, there are few new funds directed at easing it yet.

Edward Russell

The Biden administration is moving forward with grant funding aimed at boosting the supply of pilots in the U.S. The move, highlighted by U.S. Transportation Secretary Pete Buttigieg, is the first recognition by a Cabinet member that more needs to be done to bolster the aviation workforce.

The Federal Aviation Administration (FAA) is seeking proposals for $5 million in Aviation Workforce Development Grants, Buttigieg told the Senate Commerce, Science, and Transportation Committee during a hearing on Tuesday. These funds aim to boost the supply of pilots, and complement initiatives by airlines and other industry players.

"There won't be a quick fix but we've got to work on shoring up that domestic aviation workforce," Buttigieg said in response to a question from Sen. Shelley Moore Capito (R-W.V.).

November 16, 2022

Dallas-Fort Worth, TX and Online



Learn More Now
In response to a question from Sen. Jon Tester (D-Mont.), Buttigieg acknowledged that the situation is not new and was exacerbated by the Covid-19 pandemic.

"We think it's related to a number of issues from the pipeline in to the thinning out of workforces that happened during the worst periods of Covid-related flight cancellations, to some questions about pay and conditions," he said.

Workforce issues are forcing U.S. airlines to cull summer schedules just as pandemic-weary travelers are expected to fill planes for summer vacations. Alaska Airlines and JetBlue Airways have all cut summer schedules citing staffing shortages, including of pilots. Major carriers American Airlines, Delta Air Lines, and United Airlines have also reduced flying, saying their regional affiliates — the airlines that fly American Eagle or Delta Connection flights — face unusually high levels of pilot attrition.

Raymond James analyst Savanthi Syth estimated in April that U.S. airlines will hire roughly 13,000 new pilots annually this year and in 2023. However, the current training and certification process only produces roughly 5,000 to 7,000 new pilots per year. The balance are expected to come from regional airlines and, to a lesser degree, smaller airlines like Alaska and JetBlue.

During the hearing, Sens. Capito, Deb Fischer (R-Neb.), Cynthia Lummis (R-Wyo.), and Tester highlighted SkyWest Airlines' notice in March that it would end flights to 29 subsidized Essential Air Service (EAS) destinations due to a lack of pilots. Those cancellations would affect at least four destinations in their states. The Department of Transportation has barred SkyWest from ending the flights until it can secure a new airline operator to the destinations, which are mostly small and remote communities.

"I drive four-and-a-half hours sometimes to get a flight that gets back out here so I don't have to fly halfway around the world to get to Washington, D.C. And if I'm doing that, every business person in the state is doing that too," Tester said. SkyWest did not include any EAS communities in Montana, many of which are served by Cape Air, in its exit notice.

Buttigieg did not specify any new or additional sources of funding to address pilot supply issues beyond the FAA grant program, which was created in 2018. However, he did say that the DOT needs to act to help alleviate the shortage and that FAA funding was "being aligned" to increase the supply of pilots.

Other efforts in Washington, D.C. to boost the pilot supply include an airline industry push to expand federal financial aid rules to cover living and other expenses for pilot trainees. In addition, regional airlines are working on a training credit program that new pilots could apply towards the 1,500-hour requirement for new commercial airline pilots.

And, in response to criticisms over low wages for new pilots, many airlines have negotiated new agreements with their pilot unions that significantly raise pay rates. Carriers big and small also offer lucrative signing bonuses and incentives for new crew members to come and stay at an airline.

"This is a national issue," Buttigieg said. "It's affecting the whole domestic aviation industry but disproportionately affecting smaller regional carriers."

Edward Russell, Skift

May 3rd, 2022 at 12:56 PM EDT

Tags: Biden Administration, pete buttigieg, pilot shortage, SkyWest Airlines

Photo credit: Secretary Buttigieg promises federal support to help ease the pilot shortage. Justin Goff/UK Government / Flickr

**Exhibit D.2.**

# After Covid-19, Aviation Faces A Pilot Shortage

oliverwyman.com/our-expertise/insights/2021/mar/after-covid-19-aviation-faces-a-pilot-shortage.html

For the past few years, securing a pipeline of new pilots has been a primary concern for airlines around the world. In a 2019 Oliver Wyman poll of flight operations leaders, 62 percent listed a shortage of qualified pilots as a key risk. The root cause of the coming shortage varies by region: In the United States, it's an aging workforce facing mandatory retirement, fewer pilots exiting the military, and barriers to entry, including the cost of training. In China and other regions where a burgeoning middle class is demanding air travel, the struggle is to expand capacity fast enough.

The impact also depends on the class of carrier, with 83 percent of regional carriers finding it challenging to recruit talent compared with 22 percent of low-cost carriers. Despite these differences, there were few regions in the world that weren't dealing with how to secure enough pilots to fuel future growth.

Nearly overnight, with the outbreak of COVID-19, the conversation shifted from shortage to surplus. For carriers that were struggling with pilot supply, this has provided a momentary reprieve. It will not last, and decisions taken today to survive the coronavirus pandemic may threaten the ability of airlines in some regions to recover and grow in the future.

## The return of demand

A major question facing the aviation industry is when demand will return. For passenger recovery, estimates range from early 2022 to 2024 and beyond. For pilots, however, demand is driven by aircraft departures and utilization rather than passengers. The global in-service fleet has already recovered in size to 76 percent of pre-COVID levels. In China, where the outbreak was earlier and better controlled, the in-service fleet is already at 99 percent. While utilization and resulting block hours still lag historic levels globally, we expect the demand for pilots to proceed the recovery of passenger growth by two to three quarters.

In recent years, airlines have provided a more direct path to the cockpit for new pilots, expanding cadet training programs and providing financing. With COVID, many of the airline pipeline levers have come under pressure. Faced with mounting costs and a pilot surplus, cadet programs are being trimmed. Some of the banks that have supported the financing are reconsidering the risk profile of a new pilot cadet. Finally, the attraction of a stable and lucrative career path now looks much less secure.

These trends have created a supply shock. Pilot candidates will think twice about entering such a cyclical industry. Many furloughed pilots will return, but some may pursue other opportunities. Finally, airlines in some regions have relied heavily on early retirements to

reduce costs, which will permanently decrease the supply. Looking at past crises such as 9/11 and the global financial crisis, new pilot certifications fell 30 to 40 percent during the five years after the initial shock. With the global nature of this shock, we believe 25,000 to 35,000 current and future pilots may choose alternative career paths over the next decade.

## Emergence of the pilot shortage

The most important question is not whether a pilot shortage will reemerge, but when it will occur and how large the gap will be between supply and demand. Based on a modest recovery scenario, we believe a global pilot shortage will emerge in certain regions no later than 2023 and most probably before. However, with a more rapid recovery and greater supply shocks, this could be felt as early as late this year. Regarding magnitude, in our most likely scenarios, there is a global gap of 34,000 pilots by 2025. This could be as high as 50,000 in the most extreme scenarios. Eventually, the impact of furloughs, retirements, and defections will create very real challenges for even some of the biggest carriers. One cushion airlines have created consists of 100,000 pilots still on payroll but flying reduced schedules or on voluntary company leave. In the US, such programs have been very popular and will provide the airline some flexibility once the industry begins to recover.

Perhaps more important than the global view are the regional projections. Recovery is not expected to be uniform across the globe and each region has its own demographic considerations. In our analysis, North American, Asia Pacific, and the Middle East are likely to see the largest shortages while Europe, Africa, and Latin America remain closer to equilibrium. In North America, with an aging pilot population and heavy use of early retirements, the shortage reemerges quickly and is projected to reach over 12,000 pilots by 2023 — 13 percent of total demand. However, Asia Pacific, with a faster growth trajectory will surpass this by the end of the decade with a projected shortage of 23,000 pilots by 2029. This can have real implications on the timing and depth of regional shortages as pilots migrate to areas of opportunity, potentially accelerating or deepening shortages in other regions.

In Europe, the supply and demand of pilots are expected to be balanced over the next three to four years. A few European airlines even suspended training and recommended to pilots in training that they abandon the profession altogether. Our view is not so radical since these very candidates will be necessary in the longer term in Europe and could provide valuable service elsewhere across the globe, particularly in Asia.

## What airlines can do

For airlines who are currently struggling to right size the operation and remain solvent, the idea of a pilot shortage is far from top of mind. However, it has the real potential to limit their ability to regrow and rebuild their operation in the coming years. There are three main areas where airlines can help to reduce the impact of future pilot shortages:

- **Reduce pilot demand**: Take the opportunity to rethink crew operations and improve crew productivity, thereby reducing the total pilots required, while driving down costs in the process
- **Reinforce the pipeline**: Continue to invest in training programs and pilot recruitment, including resolving emerging financing challenges
- **Engage the workforce**: Recognize the likelihood of increased competition, particularly for furloughed pilots, and actively engage to improve retention

How quickly airlines can regrow their operation will be guided by how quickly they can regrow their pilot ranks. Those that take action now increase the agility of the airline to capture demand as it recovers.

*Liza Dingle, Ian Reagan, Chad Porter, and Jeff Green contributed invaluable research that led to the production of this report.*

**Exhibit D.3.**

# Pete Buttigieg says airlines can't 'keep the Baby Boomer generation in the cockpit indefinitely' to prevent a pilot labor shortage

businessinsider.com/pete-buttigieg-airlines-baby-boomer-pilots-retire-2022-7

Jake Epstein Jul 11, 2022, 11:49 AM



US Transportation Secretary Pete Buttigieg testifies at a Senate Subcommittee on Transportation, Housing and Urban Development, and Related Agencies hearing on the 2023 budget for the Department of Transportation, in Washington DC, on April 28, 2022. Photo by NICHOLAS KAMM/AFP via Getty Images

- Secretary Buttigieg said he doesn't support raising the retirement age of US commercial pilots.
- When asked about it on Fox News, Buttigieg said the nation needs a "new generation" of pilots.
- He said adding more "qualified" fliers will help combat shortages caused by Baby Boomers retiring.

Transportation Secretary Pete Buttigieg said on Sunday that US airlines will need a "new generation of qualified pilots" to fill a potential labor gap caused caused by Baby Boomers retiring from the profession.

During an interview with "Fox News Sunday," host Mike Emanuel asked Buttigieg if he would support raising the retirement age of commercial pilots to 67, up from the current age of 65 set by a 2007 law passed by Congress.

Emanuel cited a June report from NBC News detailing that by 2029, no one from the Baby Boomer generation — people born between 1946 and 1964 — will be able to legally fly a commercial aircraft, causing a possible labor shortage.

"These retirement ages are there for a reason and the reason is safety," Buttigieg said. "I'm not going to be on board with anything that could compromise safety. Now, what's clearly the case is we need to cultivate, train, and support a new generation of qualified pilots."

He continued: "The answer is not to keep the Baby Boomer generation in the cockpit indefinitely. The answer is to make sure that we have as many and as good pilots ready to take their place — to have a stronger pipeline."

To do so, Buttigieg said his department is backing Federal Aviation Administration programs that support high school and university curriculum that helps students get into the aviation industry.

"Ultimately, it'll be for the airlines and those employers to hire and retain excellent talent," Buttigieg said, adding that it's "an issue we're seeing across the aviation sector — across the transportation sector at large — the importance of having competitive pay, great job quality, so we can bring in and keep the people that are going to be needed to power America's transportation sector."

Buttigieg's remarks come as airports and airlines around the country — and the world — have managed a slew of flight cancellations and delays, as well as chaos at baggage claims and security checkpoints over the last few months.

Travel disruptions have been blamed, in part, on labor shortages and staffing issues at major airports and across various airlines.

June was a particularly bad month for travel in the US, according to data from flight-tracker site FlightAware. In the days leading up to the Juneteenth holiday weekend, nearly a third of all scheduled flights within, into, or leaving the US experienced a delayed arrival.

Since then, flight cancellations and delays have calmed slightly.

"We've seen some improvement over the course of this summer, but still not at an acceptable level in terms of performance, cancellation, and delays," Buttigieg said on Sunday.

Exhibit D.4.

# United CEO complains that the US military isn't training enough pilots for airlines to poach

taskandpurpose.com/tech-tactics/united-ceo-military-not-training-enough-pilots

James Clark                                                                                 June 23, 2021



Airmen from the 388th and 419th Fighter Wings file onto a 747 at Hill Air Force Base, Utah, bound for the Middle East to support the F-35A Lightning II's first deployment there. (U.S. Air Force photo by R. Nial Bradshaw).

SHARE

The commercial airline industry has lured experienced pilots away from the U.S. military for decades with the promise of better pay, never having to "fly a desk," and the fact that going to work probably won't involve being in an active war zone.



Now, the CEO of a major airline is saying that a pilot shortage might be on the horizon — if it's not already on its way — and it's due to the military not producing enough pilots that they can then siphon away to the private sector. While answering a question about the United Aviate Academy, United Airlines' training program for future pilots, Scott Kirby, the CEO for United suggested that the military was to blame for the limited pool of pilots available to airlines.

"Down the road there probably is going to be a pilot shortage here in the United States," Kirby said during the brief exchange in a recent Axios on HBO interview.

"The military produces far fewer pilots today than they did in the Vietnam and the Cold War era and it's hard to become a pilot — a commercial airline pilot on your own — if you're not going through the military."



Watch Video At: https://youtu.be/Zho8qpM382k

The conversation quickly shifted back to United's goal to recruit, train, and retain a more diverse cadre of commercial aviators, but Kirby's remark — that major airlines rely on the military to produce pilots — was telling, and it might signal problems to come, for both the airlines and the U.S. military.

As more Americans prepare to travel once more, commercial airlines, hit hard by the novel coronavirus (COVID-19) pandemic, are struggling to keep up. In 2020, for obvious reasons, air travel in the U.S. saw its sharpest decline ever, and airline losses likely exceeded $35 billion due to the pandemic, CNBC reported earlier this year. With Americans just now starting to travel like they did pre-pandemic, the airline industry isn't out of the woods yet.

On Monday American Airlines was forced to cancel hundreds of flights over labor shortages. The issue stems, in part, from a shortage of staff, which was worsened by the pandemic when companies were forced to furlough employees, leaving vacancies they are now struggling to fill.

But not all of these problems are new, and one has been slowly brewing for some time: There may not be enough pilots.

"He's right, in the fact that the military does produce fewer pilots than it did in the past and has traditionally been a feeder into the major airlines," said Tobias Switzer, a fellow with the Center for Strategic and International Studies and an Air Force colonel and special operations helicopter pilot. "Those numbers have dwindled over time and we don't produce nearly as many."

"However one of the reasons the airlines rely heavily on the military is that it is challenging for somebody who wants to fly, who wants to be a commercial airline pilot, but doesn't necessarily want to go through the military," said Switzer, who has written extensively about this issue over the years, most recently for Defense One.

The situation is somewhat ironic. While the CEO of an airline is blaming the military for not producing enough pilots to steal away, the Department of Defense often blames pilot retention issues on the airlines stealing away their pilots. In other words…



An illustration depicting the recruitment woes facing both the U.S. military and commercial airline industry.

The military has struggled heavily with retaining its aviators in recent years, thus limiting the number of pilots airlines can draw away, but on a much more immediate level, this tug-of-war over personnel leaves the services short on pilots to perform their critical roles in support of U.S. military operations.

According to an October 2020 report by Switzer, back in 2016 the Air Force was short 1,500 pilots, but that problem has only worsened since then. Currently, the service has roughly 19,100 pilots, which is still 1,900 short of its goal of 21,000, Air Force Times reported on

Tuesday. And while the pandemic caused airlines to put a hold on recruitment, thus giving the military a reprieve from airline recruiters with luxurious offers, it won't last.

"Airlines are potentially going to expand their hiring," warned Air Force Maj. Gen. Jake Jacobson in a recent interview with Air Force Times.

Eventually, the same sweet deals that lured past military pilots away from their respective services will return to the table, like the assurance that their job will solely be to fly aircraft and not take on additional administrative billets, or pick up and move every few years, not to mention the prospect of making substantially more money. (The median annual salary for airline pilots, copilots, and flight engineers came in at roughly $160,900 in May 2020, with the top 10% of earners making more than $208,000 according to the U.S. Bureau of Labor Statistics.)

With a return to relative normalcy, as far as air travel is concerned, competition over the same limited pool of pilots is likely to continue in earnest.

Becoming a civilian commercial pilot without being in the military first is no picnic, either, which is part of the airlines' problems. As NBC news reported in January, airlines were already grappling with a shortage of pilots going into the pandemic, as many who were hired during the 1980s — a boom period for aviation hires — headed into retirement. To make matters harder for airlines, it takes as many as 1,500 flight hours for someone to accrue all the necessary Federal Aviation Administration certifications to be an airline pilot.

However, there is one well to which airlines can return again and again to scoop up trained pilots who already meet many, if not all, of the FAA's certification requirements: The military.

"Ultimately it comes down to who's going to pay for the investment of training," said Switzer. "There are very few ways to do that and they are all extremely long and expensive, so if you were thinking about that path to go fly for the Navy, Marine Corps, Air Force, Army, or whatever; they'll pay your salary, pay for your training, give you all the powers and experience you need."

The airlines know this, as was blatantly apparent by Kirby's answer during the Axios interview.

"A barrier undoubtedly exists for aspiring pilots who want to join an airline, and that barrier is primarily a financial one," said Charles Hobart, a spokesman for United Airlines.

"To counter this, we've made significant investments in our pilot training program that will create additional pathways to the cockpit," said Hobart, adding that United has begun working toward recruiting 5,000 new pilots by 2030 to train at their flight school, the only one run by a major airline in the U.S.

But the argument that the military is responsible for a shortage of private sector pilots is a tough sell for some.

"Right now, the supply of pilots is low and demand is rising, which means United will simply have to pay more, as will the others. That's how capitalism works," said Richard Aboulafia, an aviation expert and the vice president of analysis for the Teal Group, a defense, engineering, and aerospace consultancy company.

"You can't sit back and rely on the military to give you a solid flow of new trained pilots," Aboulafia told Task & Purpose. "That's as passive as it gets. A good businessperson has to think one step ahead."

That said, it's no wonder *why* airlines would prefer to yank pilots out of their issued flight suits and toss them into an airline uniform. After five to eight years in the military most pilots will be able to get 1,500 flight hours, Switzer said, but once they are eligible for commercial airline work, they're also of even greater value to the military and in short supply.

"Eventually, by the time that they're eligible to separate they're probably an instructor pilot, they're a flight lead, they probably have combat experience, certainly deployment experience," Switzer said.

Unlike an airline, which can recruit from competitors and swap one pilot for the next, the military can't just grab someone from the private sector who's been flying passenger planes and drop them into the cockpit of a fighter jet.

"When that person walks out the door with all that knowledge — sure they can take off and land an F-16 — but they have all that wealth of knowledge and experience, and they walk out the door with it, it's a huge blow."

## Watch next: X-47B Test Flight



▶ 🔇 ▶| ▶ ▶| 🔇 ⚙ ⟦⟧

James Clark

James Clark is the Deputy Editor of Task & Purpose and has been with the publication since 2015. He is an Afghanistan War veteran and served in the Marine Corps as a combat correspondent. James is responsible for overseeing the daily news coverage of the editorial team, assigning stories, approving pitches, editing, and ensuring stories published on the site meet Task & Purpose's editorial standards and the audience's needs. Contact the author here.



Popular in the Community

▶

**Exhibit D.5.**

# The 1,500-Hour Rule Has Broken The Pilot Pipeline In The U.S.

forbes.com/sites/benbaldanza/2022/07/11/the-1500-hour-rule-has-broken-the-pilot-pipeline-in-the-us

Aerospace & Defense

Ben Baldanza

Contributor ⓘ

I write about airlines and travel to explain this crazy industry.

New! Follow this author to stay notified about their latest stories.

Jul 11, 2022,07:18am EDT



The U.S. airline industry is facing demand for pilots that won't be met by the current training ... [+]
getty

In 2009, Colgan Air flight 3407 crashed just outside of Buffalo, NY. It was a terrible accident and killed 50 people, including one in a house. Following this, the Federal Aviation Administration (FAA) passed two new regulations in reaction to the crash. One, the flight time and duty rule regulations, also known as FAR 117, put more science to how much rest pilots need. These rules are widely accepted as important and necessary by airlines and pilot

groups. The second was a ruling changing the minimum flight hours needed to earn an Air Transport Pilot (ATP) license from 250 hours to 1,500 hours. This has become known as the 1500 Hour rule.

The 1500 Hour rule is not as universally accepted as being helpful as the flight time and duty rule regulation. The rule has made it very expensive to decide to become a pilot — about $250,000 out of pocket and two or three years for people not trained by the military. It also has made it difficult to attract new populations, including women and minorities, into the pilot profession. Most importantly, it is seen by some as actually reducing safety since people spend years getting flight experience in areas not necessarily associated with flying commercial aircraft in a complex system, and end up entering that system unprepared.

## Pilot Supply Is Not Keeping Up With Pilot Demand

According to the FAA, there are about 164,000 ATP licenses granted in the U.S. This includes people who can no longer legally fly commercially due to age or illness, and pilots who have not maintained medical certification. Estimates for pilots needing to be hired by the airlines for 2022 range from 12,000 to 15,000. Yet, the current rate of training is expected to produce only about 6,000 pilots this year. This means the pilot pipeline in the U.S. is producing less than half of the pilots needed to support the fleet plans of the U.S. airlines.

PROMOTED

The biggest reason for this is the huge hurdle it takes to enter into this career now. Prior to the 1500 Hour rule, prospective pilots could earn their ATP with a Commercial pilots license, a minimum of 250 hours of flying, plus airline-specific training. Typically, new hires had closer to 500 hours before being hired. This process created an apprentice-based solution. New first officers were paired with seasoned captains over their next 1,000 or so hours, learning how to fly in the U.S. airspace system, and into big commercial airports. This apprentice-based system produced the safest air transportation system in the world and operated for over 80 years in the U.S, and was copied by virtually every other nation on the globe.

Having to get 1,500 hours before being hired requires an enormous financial and time commitment that effectively shrinks the number of people who are willing to become pilots. As importantly, these 1,500 hours can all be earned flying small, single engine planes in rural areas, or even flying hot air balloons. During the years of building these hours, most applicants do very little to train themselves in the career they plan to enter, such as flying big jets into New York and Chicago.

MORE FROMFORBES ADVISOR

**Best Travel Insurance Companies**

By
Amy Danise

Editor

## Paying Pilots More Will Help, But Not Fix, The Problem

Economists don't like the word shortage. They see shortages as a pricing problem, and when goods are priced correctly, markets will always clear. Using this idea, the simple answer to this issue would be to raise pilot pay until the incentive to become a pilot overwhelms the investment needed to make it happen. There is little doubt that, to some extent, raising pilot pay is part of a complete solution.

There are two big challenges with this as a unique response, however. The airline pilot career is the second-highest paid in the U.S., behind only medicine. In 2021, the median airline pilot pay in the U.S. was $202,000. Maybe pilots should be paid more than alldoctors eventually, but the point is that there isn't significant headroom for a career that already is paying its participants at the top end of all career choices. The second is is that the higher pay would go to pilots after they are hired and working for a number of years. This is a long way off to a young person wanting to earn their ATP but looking at three years and $250,000 just to get their first, low-paid pilot job. Yes, eventually they will earn more pay, but at that decision point many other career choices may have more pragmatic economics.

 Forbes Business ⋮ ▶| ▶ ▶| 🔇



Read More









AEW Dynamite Results: Jon MoxleyDestroys CM Punk On August 24, 2022



## The 1500 Hour Rule Was Not Related To The Cause Of The Colgan Crash

The National Transportation Safety Board (NTSB) ruled that the Colgan crash was primarily due to the pilot inappropriately responding to his situation, and they pointed out that fatigue was a contributing factor — the captain had chronic sleep loss in the days before the accident and both he and the first officer had interrupted and poor-quality sleep in the 24 hours before their 9:18 p.m. takeoff. However, the 1500 hour rule does nothing about pilot fatigue — no post-Colgan regulation has addressed that. And the NTSB did not conclude that either of the pilots were inexperienced. Each of the pilots had over 2,000 flight hours so the 1500 hour rule would not have kept either of them out of that cockpit.

The families who lost people in the Colgan crash, and anyone who wants the safest air transportation system, deserve regulations that will in fact make the system safer. There is no evidence that the 1500 Hour rule has made our air transportation system safer. There is some evidence that it has been made it less safe. When a child bruises their knee, and the mother kisses the bruise and says everything will be okay, that mother knows the act of kissing does nothing to actually heal the bruise. But it does tell the child that the mother cares, is there for support, and gives the child confidence. The 1500 Hour rule is like that kiss - it makes people feel good that something changed, but the change does nothing to address the NTSB-determined cause of that crash.

## No One In The World Has Matched This, And The U.S. Has Become Uncompetitive As A Result

The apprentice-based pilot system, pioneered in the U.S. and used around the world, is still in effect everywhere outside the U.S. Since the 1500 Hour rule was enacted in 2010, 12 years ago, not a single country has matched it. You'd think that if this really was a safety issue, at least some countries would have moved to this new standard by now. The European Union requires a minimum of 230 hours along with specific airline training, and Canada still requires what the U.S. used to — a Commercial license, minimum of 250 hours, and specific training.

Every day, hundreds of foreign airline airplanes land at U.S. airports with first officers using this apprentice-based system. If there is really a safety issue with this, why would the FAA allow all of these flights to operate at our airports? This regulation has put U.S. airlines in a uncompetitive position with foreign airlines worldwide. If there was a clear safety advantage to this, it would be fine being uncompetitive in this way. However, no such safety advantage has been proven for the 1500 Hour rule.

## A Practical Solution To The Problem

An outright repeal of the 1500 Hour rule would require an act of Congress, and that is highly emotional, not likely, and would take years even if there were support. But within current FAA authority, Secretary Buttigieg could create a probationary ATP and offer it to pilots with 500 or 750 hours, and specific airline training. This probation could be removed, becoming a standard ATP license, after a pre-defined set of hours and experiences gained on the job and certified by check airmen. This approach still is more onerous than the original 250 hour standard used by the rest of the world, but significantly lessens the financial commitment and time to get into the workplace for aspiring pilots.

This proposal is practical, and puts the U.S. airlines back on a somewhat even playing field as they compete with airlines from the rest of the world. It would still take time to rebuild the pipeline, meaning that for the next few years, the smallest U.S. airlines, including the regional airlines, will still struggle to to find the crews they need. Temporary financial

incentives can help this. The real fix, though, is to be able to attract a wide, diverse group of men and women to become commercial airline pilots. With only 5% of ATPs being female today and only 14% non-white, the net can clearly be cast much wider. The training academies started by many airlines are a good way to get started, and having a more realistic target of hours before earning a paycheck will balance the scales and bring supply in line with demand. Most importantly, it will do this with no reduction in safety of our national air transport system.

Follow me on LinkedIn. Check out my website.



Ben Baldanza
I am the former CEO of Spirit Airlines, where my strong team transformed the company into the highest margin

...

**Exhibit D.6.**

# A severe pilot shortage in the U.S. leaves airlines scrambling for solutions

cnbc.com/2022/05/15/us-pilot-shortage-forces-airlines-to-cut-flights-scramble-for-solutions.html

2022年5月15日

Key Points

- The pandemic exacerbated a pilot shortage by slowing down training, hiring and creating a wave of early retirements.
- Airlines offered pilots early retirements to cut labor bills during the depths of the pandemic.
- The process to become airline-qualified in the U.S. is lengthy and expensive, making the barrier to entry high.



Airline pilots walk through the Ronald Reagan Washington National Airport on December 27, 2021 in Arlington, Virginia.

Anna Moneymaker | Getty Images

The United States is facing its worst pilot shortage in recent memory, forcing airlines to cut flights just as travelers are returning after more than two years of the Covid-19 pandemic.

The crisis has the industry scrambling for solutions.

At least one lawmaker is said to be considering legislation that could raise the federally-mandated retirement age for airline pilots from 65 to 67 or higher to extend aviators' time in the skies.

A regional airline proposed reducing flight-hour requirements before joining a U.S. carrier, and airlines are rethinking training programs to lower the barrier to entry. Earlier this year, Delta Air Lines joined other big carriers in dropping a four-year degree from its pilot hiring requirements.

VIDEO02:26

Pilot shortage impacts travelers nationwide

Several U.S. airlines, including Frontier, are recruiting some pilots from Australia. American Airlines is selling bus tickets for some short routes.

But some airline executives warn the shortage could take years to solve.

"The pilot shortage for the industry is real, and most airlines are simply not going to be able to realize their capacity plans because there simply aren't enough pilots, at least not for the next five-plus years," United Airlines CEO Scott Kirby said on a quarterly earnings call in April.

Kirby estimated the regional airlines United works with currently have about 150 airplanes grounded because of the pilot shortage.

## Roots of the crisis

The Covid pandemic halted pilot hiring as training and licensing slowed. Airlines handed out early retirement packages to thousands of pilots and other employees aimed to cut labor bills when travel demand cratered during the depths of crisis.

"I feel like I walked away at the pinnacle," said one former captain for a major U.S. airline who took an early retirement package in 2020.

Now airlines are desperate to hire and train pilots, but the rush may take too long to avoid flight cuts.

Major U.S. airlines are trying to hire more than 12,000 pilots combined this year alone, more than double the previous record in annual hiring, according to Kit Darby, a pilot pay consultant and a retired United captain.

The shortage is particularly acute at regional carriers that feed major airlines' hubs from smaller cities. While hiring and retention bonuses have returned at those airlines, pay is lower there than at majors, and they are recruiting aggressively from those smaller carriers.

Phoenix-based Mesa Air Group, which flies for American and United, lost nearly $43 million in the last quarter as flight cuts mounted.

"We never fathomed attrition levels like this," said Mesa CEO Jonathan Ornstein. "If we don't fly our airplanes we lose money. You saw our quarterly numbers."

It takes Mesa an estimated 120 days to replace a pilot who gives two weeks' notice to go to another airline, according to Ornstein.

"We could use 200 pilots right now," he said.

Some carriers like Frontier and regional airline SkyWest are recruiting pilots from Australia under a special visa to help ease the shortfall, but the numbers are small compared with their overall ranks and hiring goals.

Regional carrier Republic Airways, which flies for American, Delta and United, last month petitioned the U.S. government to allow pilots to fly for the airline with 750 hours, half of the 1,500 currently required, if they go through the carrier's training program. There are already exemptions to the 1,500-hour rule, such as for U.S.-military trained pilots and those who attend two- and four-year programs that include flight training.

The proposal has received pushback from family members of victims of 2009's Colgan Air 3407 crash, the last fatal U.S. passenger commercial airline crash. The tragedy killed all 49 people on board and one on the ground, and ushered in the so-called 1,500-hour rule, aimed at ensuring pilot experience.

The Federal Aviation Administration cast doubt on whether the proposal would be approved.

"While anyone can request an exemption, it does not mean it will be granted," the FAA said in a statement to CNBC on Monday. "The FAA fully understands the intent of Congress when it established the 1,500-hour requirement and supports the safety goal it set out to achieve."

Sen. Lindsey Graham, R-S.C., is considering introducing congressional legislation that could raise the mandatory airline pilot retirement age to at least 67 from the current age of 65, according to people familiar with Graham's plans.

About a third of the airline-qualified pilots in the U.S. are between the ages of 51 and 59, and 13% of the country's airline pilots will reach retirement age within the five years, according to the Regional Airline Association.

Graham's office did not respond to requests for comment.

## Growth curtailed

Pilot and other worker shortages have forced airlines to rethink their growth plans. JetBlue Airways and Alaska Airlines are among carriers that have recently trimmed capacity.

SkyWest, for its part, told the Transportation Department it plans to drop service to 29 smaller cities that the government subsidizes through the Essential Air Service.

Service reductions could isolate smaller U.S. cities but Darby, the pilot pay consultant, said it could mean an opening for smaller competitors that don't rely on regional airlines as much as major network airlines.

"If they don't fly it, maybe a smaller airline will," he said.

One of the biggest hurdles to bringing in new pilots is the cost of schooling. While salaries for widebody captains at major airlines can exceed $350,000 a year, getting qualified takes years.

At ATP Flight School, the largest in the country, it costs close to $92,000 for a seven-month, full-time program to get initial licenses. It can then take about 18 months or longer for pilots to build up enough hours to fly, often by instructing student pilots or sometimes by flying banners near beaches.

"It's not a car wash," Darby said. "You can't just get someone to come in from the street."

In December, United started teaching the first students at its own flight school, the United Aviate Academy, in Goodyear, Arizona, with a goal of training 5,000 pilots there by 2030. United says it aims for half of that number to be women or people of color. The company covers the cost of pilots' training up to the point of receiving their private pilots' license, which it estimates to be around $17,000 per student.

Other carriers have turned to low-interest loans or other initiatives to ease the financial burden on students.

"There's no quick fix," Darby said.

VIDEO02:26

Pilot shortage impacts travelers nationwide

**Exhibit D.7.**

# Why 20,000 Delayed Flights A Day Are Not Going Away Anytime Soon

forbes.com/sites/suzannerowankelleher/2022/07/19/why-delayed-flights-not-going-away-soon

2022年7月19日



At Rome's Fiumicino airport, a strike by airline workers cancelled hundreds of flights. (Photo by Andreas SOLARO)

AFP via Getty Images

More than two years into the Covid-19 pandemic, this was supposed to be the summer when the travel industry celebrated a glorious comeback. Instead, the peak tourist season has been marred by rampant flight disruptions and "airport chaos" headlines.

On Monday, airports around the world tallied more than 25,000 flight delays and 3,100 cancellations, according to FlightAware tracking data. In the United States, 19 airports saw at least 20% of their flights delayed. The worst offender was New York's John F. Kennedy International Airport, where a full half of all flights departed late.

Tuesday is already bringing more of the same. By 6 a.m. Eastern Time, departure boards were logging more than 7,000 delays. Less than three hours later, that number topped 10,000. Expect that to double by day's end.

"Unfortunately, the traveling public is going to have to get used to some frustrations and challenges and higher prices for for a while," says Mark Baier, CEO of AviationManuals, a leading provider of aviation development manual services and safety management system software.

Most of this summer's flight disruptions can be to chalked up to "a perfect storm" of shortages, Baier says. "We're essentially seeing a strain on a system that's trying to quickly spool back up to pre-Covid travel levels. Airlines had retired or mothballed some equipment, so we're seeing an equipment shortage right now."

> "It's certainly not less than a year before we start getting the impact of some new pilots coming in."

But by far, the bigger problem has been the pilot shortage. "We have a baby boomer generation that's coming up to retirement, and that is quite a big generation. So the industry is losing a lot of pilots who were, quite frankly, given offers to resign early when flight levels were down." Baier says.

It's a problem that airlines should have seen coming, says Baier. "Even before the pandemic, this was going to happen. The pandemic just precipitated it. You had a huge number of pilots who were approaching retirement age," he says. "You cannot fly as a commercial pilot beyond a certain age."

"It's easy to have a revisionist history and wonder whether we should have done that or not should have done that," said Delta Air Lines CEO Ed Bastian, on the company's Q2 2022 earnings call. "But you put yourselves back in summer of 2020 when the total revenues were probably less than 20% of 2019 levels. There was no knowledge of what a vaccine could do when it would be found, the effectiveness, etc., and how the world was going to start to reunite. So I don't look back with any regret at all about those decisions."

At the same time older pilots are retiring, the industry is also facing a shortage of incoming pilots. "The airlines have often relied on pilots coming out of the military, but the military is just smaller," says Baier. "We also have an odd little phenomenon that really isn't much known outside of general aviation, in that flying as a hobby used to be far more affordable than it is today. It's become much more cost prohibitive."

The upshot: Fewer pilots are naturally finding their way into the pilot pipeline.

Traditionally, pilots in the U.S. had to pay up to $150,000 for their own training, take a low paying job at a regional airline and then migrate up. That process took years. "You've got to really want to be a pilot," Bayer says.

"The airlines had this fairly low-cost method of bringing pilots into the fold," Baier says. "Now some of our airlines are starting professional flight schools though, quite frankly, the Europeans have had them going for longer."

Better late than never. Last year, United Airlines started teaching the first students at United Aviate Academy, its new flight school in Arizona. This year, the airline announced it will spend $100 million expanding another location in Denver.

Delta's Propel Pilot Career Path program partners with colleges in providing an expedited path for students to acquire the flight certifications and experience necessary to become a Delta pilot in 42 months or less. The program is growing. In February, for example, Delta brought Hampton University, a historically black college, aboard.

Weeks ago, American Airlines announced the creation of a $1 million pilot scholarship fund that will help two students per year finance their training at the American Airlines Cadet Academy.

Even so, you can't produce commercial pilots overnight. ""There's no magic wand," says Baier. "It takes time to bring pilots up. It's certainly not less than a year before we start getting the impact of some new pilots coming in."

Still, there is a silver lining. "I'm really pleased to see airlines starting their own flight academies," Baier says. "This is a much better platform we're moving toward."

Follow me on LinkedIn. Check out my website. Send me a secure tip.



Suzanne Rowan Kelleher

I watch trends in travel. Prior to working at Forbes, I was a longtime freelancer who contributed hundreds of articles to Conde Nast Traveler, CNN Travel, Travel + Leisure, Afar, Reader's

...

**Exhibit D.8.**

# Small airports hit hard by pilot shortage, route cuts

🔵 **thepointsguy.com**/news/small-airports-pilot-shortage

News

 Sean Cudahy

Jul 23, 2022

Joe Cappel thinks of 2019 as a year when things were truly firing on all cylinders. As vice president of business development at Eugene F. Kranz Toledo Express Airport (TOL) in Ohio, he saw growth in the airport's passenger traffic, and was in discussions with American Airlines about adding flights to an additional destination, given demand on its short list of flights.

"We were fairly optimistic, and then COVID struck, and business travelers stopped flying and it started to snowball from there," Cappel told TPG.

Fast forward to the summer of 2022, and things look a lot different.

While passenger enplanements in Toledo rebounded in 2021 with a nearly 30% jump over 2020 levels, the airport received bad news in June. Toledo passengers learned American Airlines service at the airport — along with three airports in other parts of the country — would be ending in the coming months.

"Certainly something like this … it hurts," Cappel said.

**Get the latest points, miles and travel news by <u>signing up for TPG's free daily newsletter</u>.**



An American Eagle jet waits at the gate at Philadelphia International Airport (PHL) ahead of a flight to a small regional airport. (Photo by Sean Cudahy/The Points Guy)

It's fair to say airport officials knew something like this was possible. American Airlines flights in and out of Toledo, traditionally operated by regional affiliates, had been slowly disappearing.

First, service to Charlotte Douglas International Airport (CLT) ended, leaving the airport with American flights only to Chicago's O'Hare International Airport (ORD). The single destination still made up 44% of the airport's traffic, Cappel said.

Now, with this change, Chicago flights will end come September leaving the airport with commercial service only aboard low-cost carrier Allegiant.

"Certainly, it does have an impact," Cappel said, adding a factor that makes the change all the more disheartening.

"Once you lose something," he said, "it makes it even more challenging to bring it back."

Toledo is far from alone, though.


Dubuque Regional Airport in Dubuque, Iowa. (Photo courtesy of Dubuque Regional Airport/Twitter)

## A growing trend affecting small airports

When you think of the challenges airlines have faced this summer, the first things that come to mind are scenes at large airports. In particular, those days when an airport such as New York's LaGuardia Airport (LGA) saw hundreds of flights get canceled and delayed or when thunderstorms at large Florida hubs snowballed into mass disruptions at hubs up and down the East Coast.

Airlines have cited a variety of factors, including staffing challenges, as a major source of disruptions and as the reason for the flight schedule reductions that some airlines have made this summer. A shortage of pilots is one of the most critical factors.

While the trend has perhaps led to a less convenient experience for passengers at large hubs during portions of this summer travel season, the impact at small, regional airports has — in a lot of cases — been that the flights just end entirely.

When American Airlines announced in June that it would pull out of Toledo, travelers who use Dubuque Regional Airport (DBQ) in Iowa, Long Island MacArthur Airport (ISP) in Islip, New York and Ithaca Tompkins Regional Airport (ITH) in Ithaca, New York got similar news.

That's not to say the problem is limited to American and its regional affiliate airlines, either.

In fact, when comparing the first quarters of 2019 and 2021, 106 communities lost more than a quarter of their departures, according to a recent report from the Regional Airline Association, a trade group representing regional carriers.

Regional carrier SkyWest proposed pulling out of dozens of airports earlier this year.



(Photo by David Slotnick/The Points Guy)

The source of the problem is a trickle-down effect from the pilot shortage at the major airlines, TPG senior aviation reporter Ethan Klapper said. The problem started before the pandemic and accelerated when major carriers like Delta, United and American offered early retirement to older pilots when demand cratered in the early days of COVID-19.

Now, the big airlines are looking to fill spots.

"Essentially, the regional airlines are being raided of pilots," Klapper said.

That means regional airlines are looking to hire pilots — but these are prospective pilots that require significant training. That means fixing the problem takes time.

## Small numbers, but still a sizable impact

There's no doubt that service cuts at small, regional airports affect far fewer passengers compared with the major international airports.

For perspective, Toledo saw more than 85,000 enplanements in 2021, according to data from the Federal Aviation Administration (FAA). That's less than a tenth of a percent of the 36.6 million enplanements at the nation's busiest airport, Hartsfield-Jackson Atlanta International Airport (ATL).

Still, Cappel said, it has a profound impact on the travel habits of his airport's loyal customer base. Indeed, Toledo-area travelers could drive an hour or so north to Detroit for their service.

"A lot of people like the smaller airports," Cappel said, citing the convenience of having a small airport close to home where short drives and security wait times can be an endearing factor for some travelers.

"Not everyone wants to travel through a huge airport like Detroit," he added.

In Dubuque, while the list of commercial flights offered was already short, the airport will now be left with none, meaning travelers in that area will need to pick one of several airports one to two hours away.

Quad City International Airport (MLI) in Illinois, for instance, is just over an hour away.

In a statement last month, the local chamber of commerce in Dubuque said it was "incredibly disappointed" to learn of the decision.

"Unfortunately, this is the current trend in the aviation industry, and regional airports are taking the brunt of the impact," president and CEO Molly Grover said in the statement.

## Looking ahead

Despite the looming end of American Airlines service in Toledo, it's not like the airport is having a hard time filling the flights it does offer.

With Allegiant flying from Toledo to popular leisure destinations in Florida like Punta Gorda, Tampa and Orlando, on most days, flights are at least 95% full, Cappel told TPG.



An Allegiant jet at the gate at Toledo Express Airport (TOL) in Ohio. (Photo courtesy of the Toledo-Lucas County Port Authority)

He believes the Toledo market is well suited for discount airline service to leisure destinations, though he noted airport officials will actively court a return of American Airlines, as well as Delta and United.

In other words, there's some optimism there.

"We're just hoping that somehow this opens up a new opportunity for us," he said.

That's not to say the future will be easy for the smaller airports.

"I'm afraid there's probably more to come, with the pilot shortage, the price of fuel and just the economics of regional jets in general," Cappel said.

His concerns come as airlines work to find solutions for the pilot shortage, though Klapper anticipates the problem "will continue to be an issue for months and years to come."

*Featured photo courtesy of the Toledo-Lucas County Port Authority.*

Sign up for our daily newsletter

<u>Sean Cudahy</u> is a reporter covering general assignment news on travel, aviation and points and miles. He joined the TPG team in 2022 after nearly eight years as a local television news reporter.

✉ - ⊙ - 🐦

You might like

Citi Premier® Card

This card offers a 80,000-point bonus after spending $4,000 in the first three months. Plus, earn 3 ThankYou points per $1 at gas stations, restaurants, supermarkets and on air travel and hotels. 1 ThankYou point per $1 on all other purchases.

<u>Apply Now</u>

More Things to Know



- For a limited time, earn 80,000 bonus ThankYou® Points after you spend $4,000 in purchases within the first 3 months of account opening
- Earn 3 Points per $1 spent at Restaurants and Supermarkets
- Earn 3 Points per $1 spent at Gas Stations, Air Travel and Hotels
- Earn 1 Point per $1 spent on all other purchases
- Annual Hotel Savings Benefit
- 80,000 Points are redeemable for $800 in gift cards when redeemed at thankyou.com
- No expiration and no limit to the amount of points you can earn with this card
- No Foreign Transaction Fees on purchases

Regular APR

18.24% - 26.24% (Variable)

Annual Fee

$95

Balance Transfer Fee

Balance transfer fee applies with this offer 5% of each balance transfer; $5 minimum.

Recommended Credit

Excellent, Good

Editorial Disclaimer: Opinions expressed here are the author's alone, not those of any bank, credit card issuer, airlines or hotel chain, and have not been reviewed, approved or otherwise endorsed by any of these entities.

Disclaimer: The responses below are not provided or commissioned by the bank advertiser. Responses have not been reviewed, approved or otherwise endorsed by the bank advertiser. It is not the bank advertiser's responsibility to ensure all posts and/or questions are answered.

**Exhibit D.9.**

# More than 1,300 Southwest Airlines pilots march on picket line, say they're overworked and underpaid

nbcnews.com/business/travel/southwest-airlines-pilots-picket-line-overworked-underpaid-rcna34625

June 21, 2022



More than 1,300 Southwest Airlines pilots stood on a picket line Tuesday in Dallas, sounding off about what they say are unfair working conditions and inadequate pay, according to the pilots' union.

"The Pilots of Southwest have been in contract negotiations with the company for more two years with no meaningful movement toward a new contract," the union said in a statement to NBC News, adding that "pilot fatigue rates have reached an all-time high."

Pilots from across the commercial airline industry have called attention to chronic staffing shortages that have forced carriers to either delay or cancel many flights.

Southwest Airlines told NBC News in a statement that it "respects the rights of our Employees to express their opinions, and we do not anticipate any disruption in service as a result of this single demonstration."

"For 51 years, we've maintained a legendary Southwest Culture that honors our valued Employees," the carrier said.

Staffing shortages have been compounded by two converging forces: an overwhelming surge in travel thanks to the global easing of pandemic restrictions, and the summer getaway season. The Transportation Security Administration has said it is processing its highest number of passenger screenings since 2019, to the tune of more than 2.4 million daily travelers, as of June 20.

The additional traffic, plus lower numbers of pilots and flight crews, have translated to serious headaches for travelers. But some of the pilots are pointing fingers at their own airlines.

Get the Morning Rundown

Get a head start on the morning's top stories.

Capt. Casey A. Murray, a pilot and president of the Southwest Airlines Pilots Association, has said previously that pilots have been "under a lot of stress for the past year," noting that frequent flight reassignments have left pilots feeling fatigued and frustrated.

At least 30% of pilots are being reassigned everyday, Murray said. He said Southwest has about 9,600 pilots but declined to say how many more it needs to hire to address the shortage.

Murray said there have also been failures in connecting pilots to airplanes, sometimes because of weather events and staffing shortages, and other times, for reasons unknown.

"If you're going to continue to misuse us, you're going to continue to be short of staffing," Murray said.

Some flight executives have acknowledged the challenges facing the industry at the moment. On a quarterly earnings call in April, United Airlines CEO Scott Kirby said, "The pilot shortage for the industry is real."

"Most airlines are simply not going to be able to realize their capacity plans because there simply aren't enough pilots, at least not for the next five-plus years," he said.

Airlines have also recently struggled with other routine disruptions such as weather and flight cancellations. JetBlue Airways, Delta Air Lines, Spirit Airlines, Southwest Airlines and Alaska Airlines have already scaled back their spring and summer travel schedules to give themselves more room to handle disruptions.


Bryan Logan
Bryan Logan is breaking editor of the business news team at NBC News Digital.

Exhibit D.10.

# Fatigue is starting to put safety at risk, pilots say

 cnn.com/2022/04/16/business/airline-pilots-fatigue-safety/index.html

2022年4月16日



*(CNN)*Pilots at Southwest Airlines and Delta Air Lines say pilot exhaustion is on the rise, and they're pressing the airlines treat fatigue and the mistakes that result as a safety risk.

"Fatigue, both acute and cumulative, has become Southwest Airlines' number-one safety threat," the Southwest Airlines Pilots Association, or SWAPA, told airline executives in a letter this week.

The causes, the pilots say, include cancellation chaos caused by severe weather, and climbing demand for air travel testing the mettle of still-recovering airlines.

Passenger numbers are about 90% of 2019 levels this month, according to Transportation Security Administration data, but major US passenger airlines are about 3,000 employees short from that time period, according to Bureau of Transportation Statistics data.

Thousands of pilots retired -- either by choice or aging out at 65 -- during the pandemic, and research presented by the Regional Airline Association says 2,000 pilots reach mandatory retirement age this year. Mandatory retirement numbers are expected to grow over the next 6 years.

Southwest executives identified staffing as one of their key priorities this year, setting a goal of hiring 8,000 new employees. Forty percent of those will be flight crews.

More hiring alone will not solve the fatigue issues, SWAPA president Casey Murray says.

"A lot of our delays and issues that we're having have to do more with scheduling and connecting pilots with airplanes," Murray told CNN in an interview. "It is inefficient scheduling processes that are affecting when we work in a very dynamic environment."

The union wrote in the letter to executives that the number of pilots who reported being unable to work because of fatigue skyrocketed last fall, including a 600% spike in October, and hit "another staggering 330% increase" last month. "April is already setting fatigue records," SWAPA wrote.

Federal rules set baseline limits on hours pilots may work and require rest periods. The limits for major US airlines include 30 hours of flying time each week and at a minimum 9 hours of rest between shifts.

But pilots report the stresses of the job and changes because of storms can leave them worn out before hitting those benchmarks.

Southwest Airlines acknowledged a climb in fatigue reports filed last month -- 35 reports for every 10,000 duty periods, compared to 10 reports for the same metric in March 2019. Spokeswoman Brandy King said the numbers show an effective system.

"The increase is expected, as it's common to experience an elevated level of fatigue calls during irregular operations and in March, the industry faced weather and airspace delays that resulted in disruptions across the network," King wrote in a statement to CNN. "The March increase in Pilot fatigue calls is a result of the system working as designed, allowing Crew to determine if they are too fatigued to fly."

Delta Air Lines pilots are holding a series of demonstrations at airports this month drawing attention to their fatigue concerns.

"Our pilots are tired and fatigued," Evan Baach, a captain at Delta and official with Air Line Pilots Association, or ALPA, told CNN affiliate KSL at a Salt Lake City airport protest. He said pilots are working "longer days with shorter nights at home."

Jason Ambrosi, chairman of the Delta group at ALPA, said that pilots are responsible as "the last line of defense" in aviation safety but "too often we are being pushed to our limits as Delta tries to add back flying and capture revenue."

ALPA wrote in a message to Delta members last month that the pandemic presented "several opportunities for Delta to re-set its broken pilot staffing issue." As air travel rebounds now, the union wrote, unresolved problems are becoming more apparent: The number of pilots available to step in and cover for an issue caused by weather, maintenance, or a sick colleague is significantly smaller.

"Delta Flight Operations continues to run the operation at red line," the union note reads. "So, if it feels like you are working more and seeing less control over your schedule -- you are right; you are."

Delta told CNN that its scheduling follows federal rules for pilot work and rest hours.

"We continuously evaluate our staffing models and plan ahead so that we can recover quickly when unforeseen circumstances arise, and the resilience of the Delta people is unmatched in that regard," spokesman Morgan Durrant said. "All of our people, including our pilots, are working hard to restore our airline and deliver for our customers as we emerge from the pandemic. We are grateful for and proud of their efforts."

Last year, pilots from all carriers filed about 60 reports of mistakes or other incidents involving fatigue to the federal Aviation Safety Reporting System. The reports are posted to a federal website anonymously, without identifying names or airlines.

Some pilots wrote they were tired after handling training responsibilities. Others said airline managers asked them to handle too many extra flights because of short staffing.

"Both of us were yawning and eye rubbing halfway through our 6+ hour flight... I was physically unable to keep up," one captain wrote in November, despite having "appropriate, average sleep the night before."

"But 'we' press on - don't we?" the pilot continued. "Our threats are threefold of the pre-Covid environment. We've been facing delays, shortages, planning and staffing issues that are NOT being taken into account in building schedules. Why? Because we pilots are counted upon to make it work."

*-- CNN's Pete Muntean and Raja Razek contributed to this report*

Paid Partner Content

Dianomi

**Exhibit D.11.**

# Fatigue Prevention for Pilots

cdc.gov/niosh/topics/aviation/fatigue.html



Pilots wearing eye mask and sunglasses nap on couches, a sign advises that pilots are at rest.

Fatigue is a general lack of alertness and degradation in mental and physical performance, and can affect pilot alertness, performance, and judgment during flight. Pilot fatigue has been documented as early as 1927 when Charles Lindbergh crossed the Atlantic Ocean. The National Transportation Safety Board listed reduction of fatigue-related accidents on their list of Ten Most Wanted Transportation Safety Improvements for 2017-2018, and the Department of Transportation identified the issue of pilot fatigue as a top priority during a 2009 airline Safety Call to Action, following the crash of Colgan Air flight 3407. On December 21, 2011, the Federal Aviation Administration issued a final rule for flight, duty and rest times for commercial pilots flying large passenger aircraft. In order to help pilots avoid flying fatigued, NIOSH recently completed a fatigue prevention training for commercial pilots in Alaska. This training can be used by individual pilots, or by companies as part of their initial or recurrent training programs for pilots. This information may be helpful for any pilot.

## Fatigue Prevention for Pilots: A Training Program for Commercial Pilots in Alaska



**Fatigue Prevention for Pilots**
A TRAINING PROGRAM FOR COMMERCIAL PILOTS IN ALASKA

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Centers for Disease Control and Prevention
National Institute for Occupational Safety and Health

Page last reviewed: October 10, 2019

**Exhibit D.12.**

# Congressional Bills Would Raise Airline Retirement Age To 67

avweb.com/aviation-news/congressional-bills-would-raise-airline-retirement-age-to-67

Paul Bertorelli                                                                July 26, 2022

<u>Aviation News</u>

By

<u>Paul Bertorelli</u>

-

Published: July 26, 2022

<u>48</u>

Two companion bills soon to be introduced in
Congress would raise the airline retirement age to
67 from the current 65. Sen. Lindsey Graham
announced the Senate version of the bill and spoke
about it at the Greenville-Spartanburg
International Airport on Monday. "We just don't
have enough pilots over time to keep the skies
working the way they should," Graham, who is 67
himself, said at a press conference.



During the next two years, some 5000 pilots will age out at the mandatory age of 65. In 2007,
the retirement age was raised to 65 from 60, despite worries that doing so would decrease
safety by increasing the risk of accidents. Accident data hasn't borne this out. Nonetheless, at
least one pilot union, the Air Line Pilots Association, has pushed back on the idea of raising
the age again. In a statement last May, ALPA said, "This discussion is yet another attempt to
distract the conversation from the real issue which is the failure of airlines to deliver on a key
goal of the multibillion-dollar relief plan Congress provided them during the pandemic which
was to effectively manage air-service operations as travel resumes. ALPA strongly opposes
this proposed legislation as there is no reason to change the retirement age today and doing
so would only increase costs for airlines as well as introduce unnecessary risks to passengers
and crew alike."

Transportation Secretary Pete Buttigieg also opposes the change. "I'm much more interested
in raising the bar on things like compensation and job quality than lowering the bar on
something like safety," Buttigieg told Fox News in an interview earlier this month.

The so-called Let Experienced Pilots Fly Act raises the retirement age, requires pilots over 65 to maintain a first class medical certificate, and requires air carriers to continue using pilot training programs approved by the FAA, things they are already required to do by law.

In the House, Rep. Chip Roy plans to introduce a companion bill on Wednesday. It would "immediately alleviate the consequences of this artificial shortage," Roy said on Monday.

Exhibit D.13.

# Delta Airlines Removes College Degree Requirement for Pilots

🔖 doav.virginia.gov/calendar-and-news/news/2021-december/delta-airlines-removes-college-degree-requirement-for-pilots

Home ▸ Calendar and News ▸ News ▸ Delta Airlines Removes College Degree Requirement for Pilots

Delta airlines has announced that it is removing the requirement that its pilot candidates have a four-year college degree. It is now "preferred".

The Atlanta-based carrier becomes the last major U.S. airline to remove the college degree requirement. It joins other major airlines like Southwest, United and American Airlines that don't require their pilots to hold a degree.

"After a comprehensive review of our pilot hiring requirements, Delta will now prefer a four-year college degree for first officer candidates — rather than require — effective Jan. 1, 2022," Delta said in a statement. "Making the four-year degree requirement preferred removes unintentional barriers to those seeking a pilot career at Delta, especially those that have gained an equivalency through other operational and leadership experience."

This decision from Delta comes as many airlines are encountering shortages in pilots that's expected to increase in the coming years. Delta noted that it's not currently having difficulties filling its new-hire classes.

The cost of flight training to become a pilot for the airlines is somewhere between $100,000 and $150,000. This is comparable to the cost of a four-year college education.

Once the initial training is done, pilots have to "build time" to get the rating that is required for airline jobs. To get hired by Delta or any other "mainline" carrier, 1,500 hours are required. Many pilots decide that they'd rather postpone or forego a college education in order to train and build time after they graduate from high school.

Delta's move has been positively received by aspiring pilots and those in the aviation community. Many have said that this change in requirements opens the door for qualified candidates who couldn't afford a college education.

Virginia Department of Aviation
© Commonwealth of Virginia 2006–2022

Exhibit D.14.

# Instructor Shortage Forces Southwest To Slow New Pilot Hires

 **simpleflying.com**/southwest-airlines-pilot-instructor-shortage-slows-new-pilot-hires

April 6, 2022

By [Andrew Curran](#)

Published Apr 06, 2022

Southwest is cutting the numbers of planned new pilot hires by over 10% this year because of a shortage of qualified pilot instructors.



Source.Ontario International Airport

The United States has a well-documented pilot shortage. Airlines let too many pilots go throughout the pandemic, underestimating the fast rebound in travel demand in the US. As a result, airlines are now scrambling to shore up their rosters with new pilots, and at least one airline is hitting a roadblock. It's not necessarily that there aren't enough people wanting to be pilots - the problem is there is an instructor shortfall.

## Southwest slows down it new pilot hires

According to a Bloomberg report on Tuesday, <u>Dallas-based Southwest Airlines</u> is slowing down the rate of new pilot hires owing to a shortage of pilot instructors. The airline wanted to hire around 1,350 new First Officers this year but has cut that to about 1,200 because of this.

**SIMPLEFLYING VIDEO OF THE DAY**

⊗
Close

*"They are doing the absolute best they can, but they just don't have the people for the amount of training needed,"* Casey Murray, president of the Southwest Airlines Pilots Association, told the news outlet.

Last month, Southwest's Chief Financial Officer Tammy Romo told the JPMorgan Chase industrial conference that the airline hoped to hire 8,000 new workers this year and 25,000 over the next three years, but the current staff shortage (not just pilots, but across the board) had forced Southwest to trim its schedules by 7% this quarter.



An instructor shortage has forced Southwest to trim the number of new pilots it planned to hire this year. Photo: Southwest Airlines

## New staff hires the number one job for the new Southwest CEO

Freshly installed CEO Bob Jordan says hiring enough staff to maintain Southwest's schedule is his "number one job." While US Federal Government funding throughout the pandemic prevented airlines from involuntarily laying off employees, they weren't shy about encouraging staff to leave voluntarily.

Despite a few hiccups along the way, domestic demand, especially domestic leisure demand, recovered strongly in the US last year and multiple airlines found themselves short-staffed. On the weekend, in another giant cluster bomb that's come to characterize periodic operational meltdowns across the US airline industry every three months, Southwest canceled 920 flights across Saturday and Sunday. They weren't alone here - Alaska Airlines, JetBlue, American Airlines, Frontier Airlines, and Spirit Airlines all had a lousy weekend.

In the wash-up, the reasons why this happened all come back to the same causes - a combination of bad weather, IT meltdowns, and staff shortages. While airlines can't control the weather, they do have control over the IT and labor - but they can't seem to be able to get a firm grasp of either.



Instructors are in short supply at Southwest Airlines. Photo: Southwest Airlines

## A challenge for Southwest Airlines

In an attempt to bolster the ranks at Southwest, the airline has raised salaries, improved incentives, and last year was running on-the-spot job interviews and offering instant hiring to workers at certain US airports - a tactic Southwest's competitors would have detested. While you might get away with recruiting a gate agent that way, pulling up a United First Officer in Terminal One at <u>Chicago O'Hare</u> with an on-the-spot offer to work at Southwest probably wouldn't fly.

And even if it did, what happens when there are not enough Southwest flight instructors to onboard the pilot? Southwest has over 8,000 pilots on its books right now. Aggressively growing cargo airlines like Amazon and FedEx, along with pilot training organizations, are competing fiercely for far fewer qualified instructors. While the pilot shortage was relatively predictable, the instructor shortage was less so. But it's something Southwest will need to work to resolve.

Source: <u>Bloomberg</u>

**trending now**

Exhibit D.15.



Home> Worldwide> Why Flying Cargo Can Be A First Class Aviation Job

# Why Flying Cargo Can Be A First Class Aviation Job

BY **ANDREW CURRAN** PUBLISHED JAN 20, 2022



Flying cargo is often overlooked by pilots when plotting their careers. Many start their flying careers flying cargo to clock up some hours before shifting to passenger airlines. But cargo industry aviation insiders say flying cargo over the long term can be a smart choice.

## Cargo airlines resilient to peaks and troughs

As the last couple of years clearly show, passenger airlines have their ups and downs. Tens of thousands of passenger airline pilots worldwide have found themselves either temporarily or permanently out of work.

Not so for the cargo airlines. Mostly, on the back of an explosion in e-commerce and supply chain issues, they've been busier than ever.

Link copied to clipboard

*"As we look back on the passenger airlines and their most recent 20 years of history, there has been bankruptcy after bankruptcy. You don't find that with the big freight integrators- they're stable companies,"* Regional Air Cargo Carriers Association (RACCA) President Stan Bernstein told a recent All Things Aviation and Aerospace podcast.

Bernstein started his career flying for commuter airline Air New England before beginning his own aviation business in the 1980s. He saw a niche operating smaller cargo aircraft into regional airports across the US too small for the larger cargo airlines like FedEx, UPS, and DHL to send their bigger planes into.

*"COVID-19 has had a very negative effect on the passenger airlines, but the cargo business continues to grow courtesy of the internet and all of the buying that goes on,"* he says.

Working-For-Cargo-Airlines-Benefits

## Good pay & conditions make cargo airlines an employer of choice

That kind of stable, upward growth trajectory makes flying cargo an attractive proposition for pilots looking for stable employment. And while the cargo industry might have once had a reputation for being the buccaneers of the air, today, that's far from the truth.

*"They (cargo airlines) have excellent paid rates. They're a pleasure to work with. They're very professional, they're safety-oriented, and their philosophy of doing business is one that cannot be questioned,"* the RACCA chief adds.

*"The FedExs and the UPSs of the world are extremely stable companies, well-financed, operate nothing but the best quality of equipment, have the best training,  and have a great philosophy towards their employees."*

Working-For-Cargo-Airlines-Benefits

*Small single-engine cargo aircraft provide good entry-level jobs for junior pilots. Photo: Empire Airlines*

**Flying cargo hits the mark for some pilots**

Jody Prior, a Captain flying cargo ATR 42/72s for Idaho-based Empire Airlines, agrees. She likes the collegiality of the cargo industry, the family-friendly hours, and the fact cargo pilots usually get a salary rather than a paid-by-the-hour deal - as is often the case when flying passenger aircraft in the US.

*"We're not paid per hour, which is very unique in the airline industry, because the majority of pilots are paid only if they're flying. That's not the case for Empire Airlines - we get paid salary. We make a fair amount of money,"* Captain Prior told the podcast.

While Bernstein and Prior are relatively established figures in the cargo airline industry, both stress it's a good entry point for beginner pilots. Unlike passenger operators, cargo airlines, especially many regional cargo airlines using single-engine Cessna Caravan turboprops, can give pilots with relatively low flying hours a gig.

That mightn't sound glamorous, but both pilots highlight the joys of late-night flying into regional airports, learning on the job, and sharpening instincts. From there, pilots can end up flying 747-400s for big cargo airlines, enjoying a much smoother ride along the way than working for passenger airlines. For people like Stan Bernstein, that makes working for a cargo airline a no-brainer.

Subscribe to our newsletter

💬 Comments



## Related Topics

WORLDWIDE   CARGO   AIRLINES   CARGO   STANBERNSTEIN   JODYPRIOR   PILOTJOB

## About The Author

**Andrew Curran**
**(2651 Articles Published)**

Lead Journalist – Southwest Pacific –.A Masters level education and appetite for travel combine to make Andrew an incredible aviation brain with decades of insight behind him. Andrew's first-hand knowledge of the challenges and opportunities facing Australian airlines adds exciting depth and color to his...



Simple Flying

Write For Us  HomeContact UsTermsPrivacyCopyrightAbout UsFact Checking PolicyCorrections PolicyEthics PolicyOwnership Policy
App DownloadAd Free SubscriptionPodcast

Copyright © 2022 simpleflying.com

Exhibit D.16.

 U.S. Chamber of Commerce

# Supply Chain

U.S. businesses are linked together through a global web of interconnected, predictable, and efficient supply chains and rely on them to access international consumers and compete in the global marketplace.

The Chamber works with a network of companies, associations and governments to promote global customs modernization breaking down barriers companies face in international markets.





**Watch it again**

# Supply Chain and the Summit of the Americas

During the U.S. Chamber of Commerce and U.S. Department of State's 2022 IV CEO Summit, a panel of experts discussed how businesses can build back better supply chains after the recent stoppages and disruptions. Moderated by Phil Levy, the Chief Economist of Flexport, the expert panelists included Kathleen Quirk, President of Freeport-McMoran, Guillermo Vogel, Vice Chair of Tenaris, and Manuel Macedo, President of Latin America at Honeywell.

Watch now







**Feature story**

# Small Businesses Are Still Grappling with Supply Chain Disruptions

Small business is bearing the brunt of supply chain challenges caused by worker shortages and delays. Nearly two in three small businesses have had to alter their supply chains in the past six months, according to the Q4 2021 U.S. Chamber and MetLife Small Business Index.

Read More

## Further reading

### Congress Must Fund Semiconductor Legislation to Bolster Innovation and Supply Chains

COVID-19 accelerated demand for semiconductor chips, overwhelming supply and bringing supply chain challenges into sharp focus.

Learn More

## A Business Guide to Security and Resilience

Tips and advice to help keep businesses running during natural disasters, supply chain disruptions, cyber attacks, and other emergencies.

Learn More

## Reducing Supply Chain Dependence on Single Source

Countries can improve their economy and production by reducing supply chain dependence on a single country or source.

Learn More

## Our Work

Resilient, efficient, and secure supply chains are essential to commerce, our economy, and people's standard of living. Protecting supply chains from interruptions—from security threats and economic volatility to production issues and workforce shortages—is crucial to keeping goods flowing. The U.S. can ease these risks by diversifying supply chains and building up reserves of critical products. We work closely with government to make sure that policy recommendations protect the private sector while avoiding punitive approaches, new barriers to trade, and one-size-fits-all fixes.

**Latest**   Experts   Programs







Letter on Legislative Priorities For the
Remainder of the 117th Congress

U.S. Chamber Commends Railroa
Unions for Reaching Agreement, /
Shutdown





**Why Businesses Should Strengthen Their Supply Chain Diversity**

**Chamber OnDemand**

# Why Businesses Should Strengthen Their Supply Chain Diversity

As society pushes for a more inclusive business world, enterprise leaders should consider the importance of diversifying their supply chains.

Read a recap of the event

## Upcoming Events

**Workforce**

Talent Forward

Thursday, December 08
01:00 PM EST - 03:00 PM EST

Learn More ↗

**Small Business**

CO—Start. Run. Grow: Certifying Your Business

Thursday, December 15
12:00 PM EST - 01:00 PM EST

Learn More ↗

## Latest Content

Filter by Content Type 

 Letter on Legislative Priorities For the Remainder of the 117th Congress

 U.S. Chamber Commends Railroads and Unions for Reaching Agreement, Averting Shutdown

 How a National Rail Shutdown Will Impact Consumers

 U.S. Chamber Calls for Urgent Action on Railroad Negotiations to Avoid 'National Economic Disaster'

 U.S. Chamber Letter on Railroad Negotiations

 How Ongoing Labor Negotiations Are Impacting Inflation and Supply Chains

 California's Independent Contractor Law Worsens the Supply Chain Crisis

 CHIPS and Science Act Passage Will Spur Economic Growth, Safeguard National Security

 U.S. Chamber Pleased with Board Appointments on Railroad Labor Impasse

 U.S. Chamber Urges Congress to Pass CHIPS Act Funding

←                                                                    →

©2022 U.S. Chamber of Commerce

**Exhibit E.**

Exhibit E.1.



ALLIANCE
AVIATION

December 8th, 2022

RE: LETTER OF INTENT TO Mr. Lester Eliazer Orellana Umanzor

Dear Officer:

This letter represents the confirmation of the intent to enlist Mr. Orellana's endeavor and expertise into Alliance Aviation's training academy for commercial pilots in the United States.

Mr. Orellana's will serve as an instructor and his duties and responsibilities will include but are not limit to:

- Instructor of simulator and ground school training.


Thus, we consider that Mr. Orellana will be a great fit in our company and the aviation industry. His extensive knowledge is very valuable and will make an asset to our company.


Please let us know if you have any questions or need any additional information.

Respectfully,

**Denia Munoz**
Office Manager and Director of Scheduling
Alliance Aviation, Inc.
1470 Lee Wagener Blvd
Fort Lauderdale FL 33315

# EXHIBIT D

November 27, 2023

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

LESTER ELIAZER ORELLANA UMANZOR
c/o FELIPE ALEXANDRE
AG IMMIGRATION LAW GROUP PA
5550 PAINTED MIRAGE RD STE 320A25
LAS VEGAS, NV 89149



LIN2290240315

RE: LESTER ELIAZER ORELLANA UMANZOR
I-140, Immigrant Petition for Alien Worker



A242-055-313

## NOTICE OF INTENT TO DENY

This is in reference to your Form I-140, Immigrant Petition for Alien Worker, filed on behalf of LESTER ELIAZER ORELLANA UMANZOR on June 3, 2022. You have submitted all required initial evidence, but that evidence does not establish eligibility for the requested benefit. Pursuant to Title 8, Code of Federal Regulations, Part 103.2(b)(8)(iii), we hereby notify you of our intent to deny this petition.

On September 8, 2022 USCIS issued a request for evidence (RFE) seeking further documentation of the three prong requirements of *Dhanasar*. While the RFE granted that the petitioner qualifies as a member of the professions holding an advanced degree, it did not address the petitioner's representation of exceptional ability, or discuss whether the position of commercial pilot qualifies as a profession as provided at Section 101(a)(32) of the Act and Title 8, Code of Federal Regulations, Section 204.5(k)(2). Accordingly, we will address those concerns, and the petitioner's proposed endeavor, in the following notice.

Section 203(b)(2)(A) of the INA states, in part, that visas shall be made available to qualified immigrants who are members of the professions holding advanced degrees or their equivalent, or who, because of their exceptional ability in the sciences, arts, or business will substantially benefit prospectively the national economy, cultural or educational interests, or welfare of the United States and whose services in the sciences, arts, professions, or business are sought by a U.S. employer.

However, under Section 203(b)(2)(B) of the INA, the Secretary of Homeland Security may, when the Secretary deems it to be in the national interest, waive the requirement that an alien's services in the sciences, arts, professions, or business be sought by an employer in the United States.

After the petitioner has established a beneficiary's eligibility for second preference classification under section 203(b)(2)(A) of the INA, USCIS may grant a national interest waiver if the petitioner demonstrates by a preponderance of the evidence that: (1) the foreign national's proposed endeavor has both substantial merit and national importance; (2) the foreign national is well positioned to advance the proposed endeavor; and (3), on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. *Matter of Dhanasar*, 26 I&N Dec. 884 (AAO 2016). If these three elements are satisfied, USCIS may approve the national interest waiver as a matter of discretion.

The first prong, substantial merit and national importance, focuses on the specific endeavor that the foreign national proposes to undertake. The endeavor's merit may be demonstrated in a range of areas such as business, entrepreneurialism, science, technology, culture, health, or education. To establish that an endeavor has substantial merit, the petitioner should provide a detailed description of the endeavor and why it is meritorious. In determining whether the proposed endeavor has national importance, USCIS considers its potential prospective impact.

The second prong shifts the focus from the proposed endeavor to the foreign national. To determine whether he or she is well positioned to advance the proposed endeavor, USCIS considers factors including, but not limited to: the individual's education, skills, knowledge and record of success in related or similar efforts; a model or plan for future activities; any progress towards achieving the proposed endeavor; and the interest of potential customers, users, investors, or other relevant entities or individuals.

The third prong requires the petitioner to demonstrate that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. In performing this analysis, USCIS may evaluate factors such as: whether, in light of the nature of the foreign national's qualifications or the proposed endeavor, it would be impractical either for the foreign national to secure a job offer or for the petitioner to obtain a labor certification; whether, even assuming that other qualified U.S. workers are available, the United States would still benefit from the foreign national's contributions; and whether the national interest in the foreign national's contributions is sufficiently urgent to warrant forgoing the labor certification process. In each case, the factor(s) considered must, taken together, indicate that on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification.

The evidence does not establish that the proposed endeavor has substantial merit and national importance, or that, on balance, it is beneficial to the United States to waive the requirements of the a job offer and thus a labor certification. Therefore, the petitioner is not eligible for, and does not merit, a national interest waiver as a matter of discretion.

The petitioner also seeks to waive the requirement that his services in the sciences, arts, professions, or business be sought by an employer in the United States under INA Section 203(b)(2)(B).

The record indicates that the petitioner intends to work as a commercial pilot.

Section 101(a)(32) of the Act states that "the term 'profession' shall include but not be limited to architects, engineers, lawyers, physicians, surgeons, and teachers in elementary or secondary schools, colleges, academies, or seminaries."

Title 8, Code of Federal Regulations, Section 204.5(k)(2), defines "profession" as "one of the occupations listed in section 101(a)(32) of the Act, as well as any occupation for which a United States baccalaureate degree or its foreign equivalent is the minimum requirement for entry into the occupation."

Title 8, Code of Federal Regulations, Section 204.5(k)(4)(i) states in pertinent part ". . . The job offer portion of the individual labor certification, Schedule A application, or Pilot Program application must demonstrate that the job requires a professional holding an advanced degree or the equivalent or an alien of exceptional ability."

On the Form I-140, the petitioner provided his job title as Commercial Pilot and indicated the SOC code as 53-2011. USCIS reviewed the website of the O*Net Resource Center (onetonline.org), which is "...the nation's primary source of occupational information..." and was "...developed under the sponsorship of the U.S. Department of Labor/Employment and Training Administration (USDOL/ETA)..." See onetcenter.org/overview. The O*Net OnLine profile for SOC code

53-2011, viewed November 16, 2023, shows the job title not as Commercial Pilot, but instead shows for a different position titled "Airline Pilots, Copilots, and Flight Engineers". The profile for Airline Pilots, Copilots and Flight Engineers states that "Most of these occupations require a four-year bachelor's degree, but some do not." See onetonline.org/link/summary/53-2011.00.

However, the job title of Commercial Pilot, reviewed in the O*Net OnLine data base on November 16, 2023, shows a SOC code of 53-2012. The profile information that O*Net OnLine data base provides for the job title of Commercial Pilot and corresponding SOC code 53-2011 states that "Most occupations in this zone require training in vocational schools, related on-the-job experience, or an associate's degree." See onetonline.org/link/summary/53-2012.00.

Accordingly, this creates an inconsistency in the record regarding the nature of the position the petitioner seeks for employment, and furthermore, calls into question whether his intended position of commercial pilot and instructor requires a professional holding an advanced degree or the equivalent or an alien of exceptional ability. See 8 CFR 204.5(k)(4)(i). It is incumbent upon the petitioner to resolve any inconsistencies in the record by independent objective evidence, and attempts to explain or reconcile such inconsistencies, absent competent objective evidence pointing to where the truth, in fact, lies, will not suffice. *Matter of Ho*, 19 I&N Dec. 582, 591-592 (Comm. 1988).

As such, the record does not show that the petitioner's intended position qualifies for the second preference visa classification requested on the petition, and the petition shall be denied on those grounds

## E21 Advanced Degree

Title 8, Code of Federal Regulations, Section 204.5(k)(2) defines "advanced degree" as

> any United States academic or professional degree or a foreign equivalent degree above that of baccalaureate. A United States baccalaureate degree or a foreign equivalent degree followed by at least five years of progressive experience in the specialty shall be considered the equivalent of a master's degree. If a doctoral degree is customarily required by the specialty, the alien must have a United States doctorate or a foreign equivalent degree.

Title 8, Code of Federal Regulations, Section 204.5(k)(3)(i) states that:

> To show that the alien is a professional holding an advanced degree, the petition must be accompanied by:
>
> > (A) An official academic record showing that the alien has a United States advanced degree or a foreign equivalent degree; or
> >
> > (B) An official academic record showing that the alien has a United States baccalaureate degree or a foreign equivalent degree, and evidence in the form of letters from current or former employer(s) showing that the alien has at least five years of progressive post-baccalaureate experience in the specialty.

The petitioner provided a copy of a Master's of Business Management from the Universidad Technologica Centro Americana in Honduras. The petitioner also submitted a bachelor's degree of Military Aviator Pilot from The Honduras Army and Air Force University.

In order to assess the equivalency of the petitioners foreign degree, USCIS has also reviewed the Electronic Database for Global Education (EDGE) database (www.aacrao.org/edge) on September 19, 2023. EDGE was created by the American Association of Collegiate Registrars and Admissions Officers (AACRAO). AACRAO's mission is to advance and support a richly diverse, globally interconnected community of higher education professionals as well as the institutions, organizations,

and learners they serve through its resources, leadership, and advocacy. AACRAO EDGE utilizes the expertise of the International Education Standards Council (IESC) to review and update their recommendations. The Council is composed of professionals who have worked in higher education as well as private credential evaluation firms, to instill confidence that the recommendations presented are appropriate, thorough, and representative of the varied viewpoints held within higher education. https://www.aacrao.org/resources/AACRAO-International/about-edge In the section related to the Honduras educational system, EDGE provides that a master's degree in Honduras is comparable to a master's degree in the United States.

EDGE recommendations are not personal informed opinions, such as those from independent credentials evaluators; rather, EDGE relies on the IESC and a collaborative process by many experts. Therefore, USCIS views AACRAO's EDGE as has having greater weight when matters of equivalency arise.

As such, he has demonstrated that he is a professional holding an advanced degree or the foreign equivalent of a U.S. Baccalaureate degree plus at least five years of progressive, post-baccalaureate experience in the specialty.

While the petitioner has established that he qualifies for the second preference visa classification with the foreign equivalent of a U.S. Baccalaureate degree plus at least five years of progressive, post-baccalaureate experience in the specialty, he has nonetheless also asserted that he qualifies for the second preference visa classification due to his exceptional ability as a pilot and instructor in the field of aviation. Accordingly, we will discuss the petitioner's representation of exceptional ability below.

### E21 Exceptional Ability

INA Section 203(b)(2)(A) provides the following description of a noncitizen of "exceptional ability":

> [A noncitizen] who because of their exceptional ability in the sciences, arts, or business, will substantially benefit prospectively the national economy, cultural or educational interests, or welfare of the United States, and whose services in the sciences, arts, professions, or business are sought by an employer in the United States.

INA Section 203(b)(2)(C) notes the following regarding making a determination of "exceptional ability":

> In determining under subparagraph (A) whether an immigrant has exceptional ability, the possession of a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning or a license to practice or certification for a particular profession or occupation shall not by itself be considered sufficient evidence of such exceptional ability.

Title 8 Code of Federal Regulations (8 CFR) Section 204.5(k)(2) defines "exceptional ability" as:

> A degree of expertise significantly above that ordinarily encountered in the sciences, arts, or business.

Title 8 CFR Section 204.5(k)(3)(ii) outlines six criteria, at least three of which must be satisfied for an individual to establish exceptional ability. The criteria are outlined below.

> (A)   An official academic record showing that the alien has a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning relating to the area of exceptional ability;

(B)   Evidence in the form of letter(s) from current or former employer(s) showing that the alien has at least ten years of full-time experience in the occupation for which he or she is being sought;

(C)   A license to practice the profession or certification for a particular profession or occupation;

(D)   Evidence that the alien has commanded a salary, or other remuneration for services, which demonstrates exceptional ability;

(E)   Evidence of membership in professional associations; or

(F)   Evidence of recognition for achievements and significant contributions to the industry or field by peers, governmental entities, or professional or business organizations.

Additionally, 8 CFR Section 204.5(k)(3)(iii) states, "If the above standards do not readily apply to the beneficiary's occupation, the petitioner may submit comparable evidence to establish the beneficiary's eligibility."

In reviewing this petition, USCIS will first consider the evidence in relation to the plain language of the above criteria.  If the individual meets at least three criteria, USCIS will then consider the evidence in the context of a final merits determination.  However, the fact that an individual meets the minimum requirement of providing required initial evidence does not, in itself, establish that the individual is an individual of exceptional ability.

## I. Part One: Analysis of Criteria

The evidence must show that the petitioner has fulfilled at least three of the six criteria listed in the regulations.  USCIS will analyze the evidence submitted under each criterion below.

***An official academic record showing that the beneficiary has a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning relating to the area of exceptional ability***

The petitioner submitted a bachelor's degree of Military Aviator Pilot from The Honduras Army and Air Force University.   As such, the evidence submitted meets this criterion.

***Evidence in the form of letter(s) from current or former employer(s) showing that the beneficiary has at least ten years of full-time experience in the occupation that the beneficiary seeks***

Title 8 CFR 204.5(g)(1) requires, in pertinent part, that

> Evidence relating to qualifying experience or training shall be in the form of letter(s) from current or former employer(s) or trainer(s) and shall include the name, address, and title of the writer, and a specific description of the duties performed by the alien or of the training received.

The petitioner submitted letters of experience from:

- Air Force of Honduras, different positions, December 07, 2005 - August 31, 2013
- Avianca, as a Captain, September 02, 2013 - September 07, 2018
- Alliance Air Aviation, as a Commander, November 2018 - July 27, 2021

The letter of experience from the Air Force of Honduras states the petitioner held different positions such as "Deputy Head of Human Resources, Deputy Head of Operations and Head of Civil Matters". Although they are with the Air Force, these positions are not in the field of exceptional ability the petitioner is claiming. Furthermore, none of the letters of experience detail the petitioner's job duties, or the training received. Therefore, the record does not show that the petitioner has at least 10 year of full-time experience as a commercial pilot. As such, this criterion has not been met.

### *A license to practice the profession or certification for a particular profession or occupation*

The petitioner submitted a pilots license for Honduras and US as well as a pilot certification. As such, the evidence submitted meets this criterion.

### *Evidence that the beneficiary has commanded a salary, or other remuneration for services, which demonstrates exceptional ability*

The petitioner submitted his tax statements and information from salaryexpert.com as evidence. The tax statements show he was paid 11,213,361 INR, while salaryexpert.com states the average salary for a pilot in India who has over 8 years of experience is 801,170 INR.

As stated above, none of the letters of experience detail the petitioner's job duties, or the training received. They do not provide sufficient detail for an accurate comparison of the commercial pilot position they're comparing the petitioner's job to here.

For instance, Captain Marlon Diaz Calix notes in his letter that the petitioner is not just a captain, but also "trained approximately 35 students". The petitioner did not provide details discussing what part of his income is derived from flight instructor work as opposed to simply flying as a commercial pilot. The information from salaryexpert.com is only for a basic pilot. Additionally, the documentation states "salary estimates based on salary survey data collected directly from employers and anonymous employees in India, therefore it has not been verified. As such, the petitioner does not meet this criterion.

### *Evidence of membership in professional associations*

The petitioner submitted a membership information with the United States Pilots Association and Aircraft Owners and Pilots Association. As such, the evidence submitted meets this criterion.

### *Evidence of recognition for achievements and significant contributions to the industry or field by peers, governmental entities, or professional or business organizations*

To satisfy the plain language of the criterion, the petitioner is required to demonstrate that the petitioner has been recognized by peers, governmental entities, or professional or business organizations for achievements and significant contributions. The evidence does demonstrate that the petitioner has been recognized by peers, governmental entities, or professional or business organizations for achievements and significant contributions to the industry or field.

The petitioner submitted a total of eight letters of recommendation to demonstrate he meets this criterion.

Brigadier General Jose Luis Sauceda Sierra states the petitioner:

> played a key role in planning and establishing the dispatch office through drafting the appropriate operating policies and designing the organization structure. His role was essential for ensuring flight safety, as well as the investigation of accidents of any kind.

The petitioner provided no documentation to support this statement. Simply going on record without supporting substantive evidence to support assertions, is not sufficient to meet the burden of proof in these proceedings. See *Matter of Treasure Craft of California*, 14 I&N Dec. 190 (BIA 1972). Furthermore, work of this nature be an essential job duty in the position he held as Deputy Head of Operations and Head of Civil Matters.

Juan Ramon Bautista Velasquez, Liaison officer of the Honduran armed forces before the national congress, speaks to the petitioner's master's thesis, "Financial Evaluation of Repowering the fleet of A-37B versus Buying A-29":

> The project was presented to the Honduran Air Force commander and later to the Congress, where it was decided to implement these changes in the aircrafts, which strengthened the national security system in Honduras.

However, the letter writer and the petitioner again failed to provide corroborating documentation to support this statement. Simply going on record without supporting substantive evidence to support assertions, is not sufficient to meet the burden of proof in these proceedings. See *Matter of Treasure Craft of California*, 14 I&N Dec. 190 (BIA 1972).

These letters show that those who have worked with the petitioner have appreciated his performance in the planning roles he has worked, as well as his performance in the pilot and teaching positions he held, particularly while in the Honduran military. However, these letters do not show the petitioner has been recognized for specific achievements or contributions to the aviation industry, which extends beyond the petitioner's previous employers.

Letters of support alone generally may not be sufficient to meet this criterion. Letters, though not without weight, may not form the cornerstone of a successful exceptional ability claim. Where an opinion is not in accord with other information or is in any way questionable, USCIS is not required to accept that evidence, or may give less weight to it. USCIS may, in its discretion use such letters as advisory opinions submitted by expert witnesses. However, USCIS is ultimately responsible for making the final determination of the individual's eligibility. See *Matter of Caron International*, 19 I&N Dec. 791, 795 (Comm. 1988).

As such, the evidence submitted does not meet this criterion.

## II. Part Two: Final Merits Analysis

Upon review, USCIS finds that the petitioner has met at least three of the six criteria. Therefore, a final merits determination will be conducted to determine whether the petitioner is recognized as an individual of exceptional ability and possesses a degree of expertise significantly above that ordinarily encountered in the sciences, arts, or business.

Overall, the record shows that the petitioner has had a successful career in the aviation field and that that he holds multiple licenses and certificates. The petitioner submitted evidence that he was chosen to be on panels that investigate plane crashes. However, USCIS has examined the entire record and has determined that the petitioner does not have a degree of expertise significantly above that ordinarily encountered in the sciences, arts, or business.

The petitioner did not provide evidence to show he has any skills, certifications, or licenses that would not be commonly required to perform the work of a commercial pilot. The petitioner submitted membership information for the United States Pilots Association and Aircraft Owners and Pilots Association, however, as stated above, there is no documentation in the file to show how a membership demonstrates exceptional ability.

A review of membership information for the United States Pilots Association, at https://www.uspilots.org/ and viewed on November 14, 2023, shows that the only requirements for membership is payment of an annual fee of $20. A review of membership information for Aircraft Owners and Pilots Association at https://www.aopa.org/about and viewed on November 14, 2023, shows that the association is "hundreds of thousands strong" and the only requirement for membership is payment of an annual fee of $89. Membership in association that requires payment of an annual fee for membership may satisfy the plain language of the criterion at 8 CFR 204.5(k)(3)(ii)(E), but there is no documentation in the file to show how membership, or paying required fees to obtain that membership, demonstrate exceptional ability.

The petitioner also submitted multiple certificates for his time in the Honduran Air Force. While not all pilots may have these specific certifications and memberships, the petitioner has not submitted documentary evidence or persuasive argument to establish that these trainings equate to expertise significantly above other pilots, or that the petitioner's training and experience exceeds that of other pilots who also possess that same or similar certification.

Whenever any person makes an application for an immigration benefit, he shall bear the burden of proof to establish eligibility. Section 291 of the INA. That burden has not been met here. Therefore, USCIS does not find the petitioner to be an individual of exceptional ability.

However, the petitioner has established E21 advanced degree eligibility with his Master's of Business Management. Accordingly, following below is consideration of the petitioner's request to waive the job offer requirement as a matter of discretion in the national interest.

## Proposed Endeavor

In the letter of intent submitted with the initial evidence, the petitioner stated:

> As an instructor, I will develop flight curricula and teaching methods for ground training, conduct training flights in subjects including aircraft systems, operating procedures, emergency handling and problem analysis. I will train students to help them in the process of obtaining their pilot's license from the Federal Aviation Administration (FAA).

The petitioner's brief in response to the Request For Evidence (RFE) claims:

> My proposed endeavor is to work as a pilot and instructor, two essential roles in the aviation industry in the U.S. As a pilot, I will support the high demand for commercial and cargo flight operations that are currently struggling due to the lack of professionals. As in instructor, I will contribute significantly to alleviating the shortage of qualified pilots and expert pilot education by providing my extensive experience in the field

An occupation and the general work performed in that occupation (in this case, pilot and instructor) do not constitute an endeavor. The plain language of *Dhanasar* calls an endeavor an undertaking. The petitioner has have not explained what his specific undertaking in the United States is. Since the evidence of record describes a general occupation rather than an endeavor, the record fails to establish that the petitioner's specific undertaking is an endeavor that meets the requirements of the first prong of the *Dhanasar* framework.

## National Interest Waiver

USCIS has designated *Matter of Dhanasar*, 26 I&N Dec. 884 (AAO 2016) ("*Dhanasar*") as a precedent decision. That decision rescinded the earlier precedent decision, *Matter of New York State Dep't of Transp.* ("NYSDOT"), 22 I&N Dec. 215 (Acting Assoc. Comm'r 1998), regarding national

interest waivers under Section 203(b)(2)(B)(i) of the Immigration and Nationality Act, and introduced a new three-prong test for determining eligibility. Under *Dhanasar*, USCIS may grant a national interest waiver as a matter of discretion if the petitioner demonstrates by a preponderance of the evidence that:

- The beneficiary's proposed endeavor has both substantial merit and national importance;
- The beneficiary is well positioned to advance the proposed endeavor; and
- On balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification.

If these three elements are satisfied, USCIS may approve the national interest waiver as a matter of discretion.

## The Proposed Endeavor's Substantial Merit and National Importance

In the initial filing, the petitioner submitted background information on aviation and pilots.

The petitioner submitted with the initial filing background information about aviation and pilots. In response to the RFE, the petitioner submitted background information on ATR and pilot shortages.

The record establishes that the airline industry has substantial merit. Additionally, being an instructor, teaching the next generation of pilots has merit. Therefore, the petitioner has established that the proposed endeavor is of substantial merit.

The petitioner's role as commercial pilot, endeavoring to continue his work with Alliance Aviation, appears to be localized and would be of most benefit to his current and future employers. The petitioner has submitted evidence that his employers and their customers have prospectively benefited from his work, but the record does not contain documentary evidence that demonstrates that the petitioner's proposed endeavor, rather than his employer's business operations, will have potential prospective impact at the national or global level.

To evaluate whether the proposed endeavor satisfies the national importance requirement USCIS looks to evidence documenting the "potential prospective impact" of the petitioner's particular undertaking. The petitioner has not shown that the wider economic effects it is claiming are implications of his proposed endeavor to become a pilot. Because the petitioner has not provided sufficient information or evidence regarding any projected U.S. economic impact or job creation attributable to his future work, it has not shown that benefits to the regional or national economy resulting from his piloting work would reach the level of "substantial positive economic effects" contemplated by *Dhanasar*. Id. at 890.

The record does not show that the petitioner's proposed endeavor as an individual pilot and flight instructor stands to sufficiently extend beyond Alliance Aviation, their future clientele, or business partnership to impact his field or the airline industry more broadly at a level commensurate with national importance.

The RFE spoke to the shortage of pilots available nationwide. However, counsel's reply again referenced the shortage in terms of national importance. It is important to note that the shortage of pilots in the United States does not render his proposed endeavor nationally important under the *Dhanasar* framework. In fact, such shortages of qualified workers are directly addressed by the U.S. Department of Labor through the labor certification process. The assertions of counsel do not constitute evidence. *Matter of Obaigbena*, 19 I&N Dec. 533, 534 (BIA 1988); *Matter of Ramirez-Sanchez*, 17 I&N Dec. 503, 506 (Comm. 1980).

The evidence submitted does not support the petitioner's statements that the proposed endeavor will have potential prospective impact, such as evidence that the endeavor:

- Will have broader implications, or national or global implications within a particular field;
- Has significant potential to employ U.S. workers;
- Will have substantial positive economic effects, particularly in an economically depressed area;
- Will broadly enhance societal welfare; or
- Will broadly enhance cultural or artistic enrichment.

Therefore, the petitioner has not established that the proposed endeavor is of national importance.

### Whether the Beneficiary is Well Positioned to Advance the Proposed Endeavor

The petitioner submitted the following to show he is well positioned to advance his endeavor:

- Pilot certification
- Military aviator pilot degree and pilot certification, Honduras Army and Air Force University
- Master's of Business Management, Universidad Technologica Centro Americana, Honduras
- Letters of experience
- Logbook of flight hours
- Pilots license for Honduras and US
- Tax statements
- Membership with United States Pilots Association and AOPA
- Four letters of recommendation
- Certificates of appreciation, recognition, and acknowledgment
- Certificates for completion of courses and trainings
- Letter of intent from Alliance Aviation, and information about Alliance Aviation

Additionally, in response to the RFE, the petitioner submitted four more letters of recommendation.

The evidence shows that the petitioner has the educational background and experience necessary to be a commercial pilot and flight instructor. Additionally the petitioner submitted multiple certificates for courses attended in the field. However, education and background are not all that is needed to be well positioned. General assertions about the petitioner's work does not persuasively show that it would be beneficial to the U.S. to waive requirements of a job offer and thus waive the labor certification. The record lacks evidence of the petitioner's skills that sets him apart from other pilots or instructors.

The petitioner submitted multiple reports and articles in reference to pilots, aviation and the economy. The articles do not discuss the work of the petitioner or the impact he has had on the field. No evidence has been submitted to show the petitioner offers original innovations or that others use his specific strategies in the field as either a pilot or instructor. The evidence is insufficient because it does not establish that the petitioner has impacted the field of endeavor beyond his service to past employers.

The petitioner submitted a total of eight letters of recommendation. Captain Marlon Orlando Diaz Calix with Air India states:

> In addition to flying commercial flights, he also participates as a trainer in Air India's internal training program, and thus far has trained approximately 35 pilots. Captain Orellana stands out among the crew not only for his leadership, but also for his remarkable expertise in pilot instruction.

Captain Alvaro Zaldana, Operation Manager with Avianca states the petitioner:



was always a top student of his class and he was the only one whose English was proficient, which was also one of his strengths while developing his career in the aviation industry. The same year he won a Scholarship to study aviation in the Army and Air Force University in Mexico.

Master Omri Alberto Amaya Carias, Head of Department of Aeronautical Sciences, Universidad Nacional Autonoma de Honduras states the petitioner contributed to the aviation field by:

> taking part of the certification field of the first Aeronautical Instruction Center ...where he was later appointed as academic head, having the opportunity to develop new methodologies and experiences in established programs, innovating by making a mix of conventional methods in aviation schools and continuous improvement approach

> These contributions included the creation of academic curriculum for aeronautical programs as a private pilot, commercial pilot, with skills such as instrument flight, multi-engined aircraft and a specialization in human factors

These letters, while complimentary of the petitioner's personality, skills and teaching style, do not sufficiently establish that the petitioner has had a substantial impact in the field of endeavor, beyond his service to past employers.

The petitioner has not provided andy evidence to show that he has a model or plan for future success that extends beyond simply work in the position of commercial pilot and flight instructor.

The evidence submitted does not support the petitioner's statements that, after consideration of the following non-exhaustive list of factors, among others, the beneficiary is well positioned to advance the proposed endeavor:

- The individual's education, skills, knowledge, and record of success in related or similar efforts;
- A model or plan for future activities;
- Any progress towards achieving the proposed endeavor; or
- The interest of potential customers, users, investors or other relevant entities or individuals.

Therefore, the petitioner has not established that the beneficiary is well positioned to advance the proposed endeavor.

### Whether, On Balance, It Would be Beneficial to the United States to Waive the Requirements of a Job Offer, and Thus of a Labor Certification

The third prong requires the petitioner to demonstrate that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. Here, the petitioner claims that he is eligible for a waiver due to the shortage of pilots nationwide. However, as the petitioner has not established that the proposed endeavor is nationally important or that he is well positioned to advance the proposed endeavor as required by the first and second prong of the *Dhanasar* framework, he is not eligible for a national interest waiver.

The evidence submitted does not support the petitioner's statements that, on balance, it would be beneficial to the United States to waive the requirements of a job offer, and thus of a labor certification. In balancing the analysis of the national interest in ensuring the admission of noncitizen workers will not adversely affect the job opportunities, wages, and working conditions of U.S. workers through the labor certification process, on the one hand, and on the other hand, national interest factors that may outweigh it, USCIS considers one or more of the following factors, among others:

- The impracticality of a labor certification;

- The benefit to the United States from the beneficiary's prospective contributions, even if other U.S. workers are also available; or
- The national interest in the individual's contributions is sufficiently urgent.
- Whether the beneficiary's endeavor may lead to potential creation of jobs; or
- Whether the beneficiary is self-employed in a manner that generally does not adversely affect U.S. workers.

Therefore, the petitioner has not established that, on balance, it would be beneficial to the United States to waive the requirements of a job offer, and thus of a labor certification.

Pursuant to section 291 of the INA, whenever any person makes an application for an immigration benefit, he shall bear the burden of proof to establish eligibility. After a careful review and analysis of all evidence within the record, USCIS finds that the petitioner has not established eligibility for the benefit sought.

The petitioner is hereby notified that it is the intent of USCIS to deny this Form I-140 petition. The petitioner has 30 (thirty) days (33 (thirty-three) days if this notice is received by mail) to submit evidence in response to this request. Any evidence submitted will be carefully reviewed. Failure to submit evidence in response to this notice of intent to deny will result in the denial of this Form I-140 petition based upon the reasons set forth in this notice.

**PLACE THE ENCLOSED COVERSHEET ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS COVERSHEET WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**

Sincerely,

*L. Will*

L. Miller
Director
Officer: 0032

Officer: 0032

# COVERSHEET
### PLEASE RETURN THE REQUESTED INFORMATION AND
### ALL SUPPORTING DOCUMENTS **WITH**
### THIS PAGE ON TOP TO:
### USCIS/NSC
### ATTN: RFE/NOID/NOIR/NOIT
### PO BOX 87103
### LINCOLN, NE 68501-7103

Please check the appropriate box regarding if there is a new Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, additional fees, additional forms, etc. Please place the new Form G-28, additional fees, additional forms directly under this sheet.

### Yes, there is:

☐ **A New G-28**          ☐ **Additional Fees**

☐ **Additional Forms**          ☐ **Other:**

If you have moved, write your current address in the blank area below. Please be sure to write clearly.

---

**(Select appropriate check box)**

☐ **Applicant/Beneficiary**          ☐ **Petitioner**

**New Address:**

---

As required by Section § 265.1 Reporting change of address. "Except for those exempted by section 263(b) of the Act, all aliens in the United States required to register under section 262 of the Act must report each change of address and new address within 10 days of such change in accordance with instructions provided by USCIS."

## **NOTICE OF INTENT TO DENY**

140 Immigrant Petition for Alien Worker



LIN2290240315

ORELLANA UMANZOR, LESTER ELIAZER
ORELLANA UMANZOR, LESTER ELIAZER



A242-055-313

# EXHIBIT E

**COVERSHEET**
PLEASE RETURN THE REQUESTED INFORMATION AND
ALL SUPPORTING DOCUMENTS **WITH**
**THIS PAGE ON TOP TO:**
**USCIS/NSC**
**ATTN: RFE/NOID/NOIR/NOIT**
**PO BOX 87103**
**LINCOLN, NE 68501-7103**

Please check the appropriate box regarding if there is a new Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, additional fees, additional forms, etc. Please place the new Form G-28, additional fees, additional forms directly under this sheet.

**Yes, there is:**

☒ **A New G-28**          ☐ **Additional Fees**

☐ **Additional Forms**    ☐ **Other:**

If you have moved, write your current address in the blank area below. Please be sure to write clearly.

**(Select appropriate check box)**

☐ **Applicant/Beneficiary**          ☐ **Petitioner**

**New Address:**

As required by Section § 265.1 Reporting change of address. "Except for those exempted by section 263(b) of the Act, all aliens in the United States required to register under section 262 of the Act must report each change of address and new address within 10 days of such change in accordance with instructions provided by USCIS."

## <u>NOTICE OF INTENT TO DENY</u>

140 Immigrant Petition for Alien Worker



LIN2290240315



A242-055-313

ORELLANA UMANZOR, LESTER ELIAZER
ORELLANA UMANZOR, LESTER ELIAZER

November 27, 2023

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

LESTER ELIAZER ORELLANA UMANZOR
c/o FELIPE ALEXANDRE
AG IMMIGRATION LAW GROUP PA
5550 PAINTED MIRAGE RD STE 320A25
LAS VEGAS, NV 89149



LIN2290240315



RE: LESTER ELIAZER ORELLANA UMANZOR
I-140, Immigrant Petition for Alien Worker

A242-055-313

## NOTICE OF INTENT TO DENY

This is in reference to your Form I-140, Immigrant Petition for Alien Worker, filed on behalf of LESTER ELIAZER ORELLANA UMANZOR on June 3, 2022. You have submitted all required initial evidence, but that evidence does not establish eligibility for the requested benefit. Pursuant to Title 8, Code of Federal Regulations, Part 103.2(b)(8)(iii), we hereby notify you of our intent to deny this petition.

On September 8, 2022 USCIS issued a request for evidence (RFE) seeking further documentation of the three prong requirements of *Dhanasar*. While the RFE granted that the petitioner qualifies as a member of the professions holding an advanced degree, it did not address the petitioner's representation of exceptional ability, or discuss whether the position of commercial pilot qualifies as a profession as provided at Section 101(a)(32) of the Act and Title 8, Code of Federal Regulations, Section 204.5(k)(2). Accordingly, we will address those concerns, and the petitioner's proposed endeavor, in the following notice.

Section 203(b)(2)(A) of the INA states, in part, that visas shall be made available to qualified immigrants who are members of the professions holding advanced degrees or their equivalent, or who, because of their exceptional ability in the sciences, arts, or business will substantially benefit prospectively the national economy, cultural or educational interests, or welfare of the United States and whose services in the sciences, arts, professions, or business are sought by a U.S. employer.

However, under Section 203(b)(2)(B) of the INA, the Secretary of Homeland Security may, when the Secretary deems it to be in the national interest, waive the requirement that an alien's services in the sciences, arts, professions, or business be sought by an employer in the United States.

After the petitioner has established a beneficiary's eligibility for second preference classification under section 203(b)(2)(A) of the INA, USCIS may grant a national interest waiver if the petitioner demonstrates by a preponderance of the evidence that: (1) the foreign national's proposed endeavor has both substantial merit and national importance; (2) the foreign national is well positioned to advance the proposed endeavor; and (3), on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. *Matter of Dhanasar*, 26 I&N Dec. 884 (AAO 2016). If these three elements are satisfied, USCIS may approve the national interest waiver as a matter of discretion.

The first prong, substantial merit and national importance, focuses on the specific endeavor that the foreign national proposes to undertake. The endeavor's merit may be demonstrated in a range of areas such as business, entrepreneurialism, science, technology, culture, health, or education. To establish that an endeavor has substantial merit, the petitioner should provide a detailed description of the endeavor and why it is meritorious. In determining whether the proposed endeavor has national importance, USCIS considers its potential prospective impact.

The second prong shifts the focus from the proposed endeavor to the foreign national. To determine whether he or she is well positioned to advance the proposed endeavor, USCIS considers factors including, but not limited to: the individual's education, skills, knowledge and record of success in related or similar efforts; a model or plan for future activities; any progress towards achieving the proposed endeavor; and the interest of potential customers, users, investors, or other relevant entities or individuals.

The third prong requires the petitioner to demonstrate that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. In performing this analysis, USCIS may evaluate factors such as: whether, in light of the nature of the foreign national's qualifications or the proposed endeavor, it would be impractical either for the foreign national to secure a job offer or for the petitioner to obtain a labor certification; whether, even assuming that other qualified U.S. workers are available, the United States would still benefit from the foreign national's contributions; and whether the national interest in the foreign national's contributions is sufficiently urgent to warrant forgoing the labor certification process. In each case, the factor(s) considered must, taken together, indicate that on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification.

The evidence does not establish that the proposed endeavor has substantial merit and national importance, or that, on balance, it is beneficial to the United States to waive the requirements of the a job offer and thus a labor certification. Therefore, the petitioner is not eligible for, and does not merit, a national interest waiver as a matter of discretion.

The petitioner also seeks to waive the requirement that his services in the sciences, arts, professions, or business be sought by an employer in the United States under INA Section 203(b)(2)(B).

The record indicates that the petitioner intends to work as a commercial pilot.

Section 101(a)(32) of the Act states that "the term 'profession' shall include but not be limited to architects, engineers, lawyers, physicians, surgeons, and teachers in elementary or secondary schools, colleges, academies, or seminaries."

Title 8, Code of Federal Regulations, Section 204.5(k)(2), defines "profession" as "one of the occupations listed in section 101(a)(32) of the Act, as well as any occupation for which a United States baccalaureate degree or its foreign equivalent is the minimum requirement for entry into the occupation."

Title 8, Code of Federal Regulations, Section 204.5(k)(4)(i) states in pertinent part ". . . The job offer portion of the individual labor certification, Schedule A application, or Pilot Program application must demonstrate that the job requires a professional holding an advanced degree or the equivalent or an alien of exceptional ability."

On the Form I-140, the petitioner provided his job title as Commercial Pilot and indicated the SOC code as 53-2011. USCIS reviewed the website of the O*Net Resource Center (onetonline.org), which is "...the nation's primary source of occupational information..." and was "...developed under the sponsorship of the U.S. Department of Labor/Employment and Training Administration (USDOL/ETA)..." See onetcenter.org/overview. The O*Net OnLine profile for SOC code

53-2011, viewed November 16, 2023, shows the job title not as Commercial Pilot, but instead shows for a different position titled "Airline Pilots, Copilots, and Flight Engineers". The profile for Airline Pilots, Copilots and Flight Engineers states that "Most of these occupations require a four-year bachelor's degree, but some do not." See onetonline.org/link/summary/53-2011.00.

However, the job title of Commercial Pilot, reviewed in the O*Net OnLine data base on November 16, 2023, shows a SOC code of 53-2012. The profile information that O*Net OnLine data base provides for the job title of Commercial Pilot and corresponding SOC code 53-2011 states that "Most occupations in this zone require training in vocational schools, related on-the-job experience, or an associate's degree." See onetonline.org/link/summary/53-2012.00.

Accordingly, this creates an inconsistency in the record regarding the nature of the position the petitioner seeks for employment, and furthermore, calls into question whether his intended position of commercial pilot and instructor requires a professional holding an advanced degree or the equivalent or an alien of exceptional ability. See 8 CFR 204.5(k)(4)(i). It is incumbent upon the petitioner to resolve any inconsistencies in the record by independent objective evidence, and attempts to explain or reconcile such inconsistencies, absent competent objective evidence pointing to where the truth, in fact, lies, will not suffice. *Matter of Ho*, 19 I&N Dec. 582, 591-592 (Comm. 1988).

As such, the record does not show that the petitioner's intended position qualifies for the second preference visa classification requested on the petition, and the petition shall be denied on those grounds

### E21 Advanced Degree

Title 8, Code of Federal Regulations, Section 204.5(k)(2) defines "advanced degree" as

> any United States academic or professional degree or a foreign equivalent degree above that of baccalaureate. A United States baccalaureate degree or a foreign equivalent degree followed by at least five years of progressive experience in the specialty shall be considered the equivalent of a master's degree. If a doctoral degree is customarily required by the specialty, the alien must have a United States doctorate or a foreign equivalent degree.

Title 8, Code of Federal Regulations, Section 204.5(k)(3)(i) states that:

> To show that the alien is a professional holding an advanced degree, the petition must be accompanied by:
>
> > (A) An official academic record showing that the alien has a United States advanced degree or a foreign equivalent degree; or
> >
> > (B) An official academic record showing that the alien has a United States baccalaureate degree or a foreign equivalent degree, and evidence in the form of letters from current or former employer(s) showing that the alien has at least five years of progressive post-baccalaureate experience in the specialty.

The petitioner provided a copy of a Master's of Business Management from the Universidad Technologica Centro Americana in Honduras. The petitioner also submitted a bachelor's degree of Military Aviator Pilot from The Honduras Army and Air Force University.

In order to assess the equivalency of the petitioners foreign degree, USCIS has also reviewed the Electronic Database for Global Education (EDGE) database (www.aacrao.org/edge) on September 19, 2023. EDGE was created by the American Association of Collegiate Registrars and Admissions Officers (AACRAO). AACRAO's mission is to advance and support a richly diverse, globally interconnected community of higher education professionals as well as the institutions, organizations,

and learners they serve through its resources, leadership, and advocacy. AACRAO EDGE utilizes the expertise of the International Education Standards Council (IESC) to review and update their recommendations. The Council is composed of professionals who have worked in higher education as well as private credential evaluation firms, to instill confidence that the recommendations presented are appropriate, thorough, and representative of the varied viewpoints held within higher education. https://www.aacrao.org/resources/AACRAO-International/about-edge In the section related to the Honduras educational system, EDGE provides that a master's degree in Honduras is comparable to a master's degree in the United States.

EDGE recommendations are not personal informed opinions, such as those from independent credentials evaluators; rather, EDGE relies on the IESC and a collaborative process by many experts. Therefore, USCIS views AACRAO's EDGE as has having greater weight when matters of equivalency arise.

As such, he has demonstrated that he is a professional holding an advanced degree or the foreign equivalent of a U.S. Baccalaureate degree plus at least five years of progressive, post-baccalaureate experience in the specialty.

While the petitioner has established that he qualifies for the second preference visa classification with the foreign equivalent of a U.S. Baccalaureate degree plus at least five years of progressive, post-baccalaureate experience in the specialty, he has nonetheless also asserted that he qualifies for the second preference visa classification due to his exceptional ability as a pilot and instructor in the field of aviation. Accordingly, we will discuss the petitioner's representation of exceptional ability below.

### E21 Exceptional Ability

INA Section 203(b)(2)(A) provides the following description of a noncitizen of "exceptional ability":

> [A noncitizen] who because of their exceptional ability in the sciences, arts, or business, will substantially benefit prospectively the national economy, cultural or educational interests, or welfare of the United States, and whose services in the sciences, arts, professions, or business are sought by an employer in the United States.

INA Section 203(b)(2)(C) notes the following regarding making a determination of "exceptional ability":

> In determining under subparagraph (A) whether an immigrant has exceptional ability, the possession of a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning or a license to practice or certification for a particular profession or occupation shall not by itself be considered sufficient evidence of such exceptional ability.

Title 8 Code of Federal Regulations (8 CFR) Section 204.5(k)(2) defines "exceptional ability" as:

> A degree of expertise significantly above that ordinarily encountered in the sciences, arts, or business.

Title 8 CFR Section 204.5(k)(3)(ii) outlines six criteria, at least three of which must be satisfied for an individual to establish exceptional ability. The criteria are outlined below.

> (A)   An official academic record showing that the alien has a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning relating to the area of exceptional ability;

(B)   Evidence in the form of letter(s) from current or former employer(s) showing that the alien has at least ten years of full-time experience in the occupation for which he or she is being sought;

(C)   A license to practice the profession or certification for a particular profession or occupation;

(D)   Evidence that the alien has commanded a salary, or other remuneration for services, which demonstrates exceptional ability;

(E)   Evidence of membership in professional associations; or

(F)   Evidence of recognition for achievements and significant contributions to the industry or field by peers, governmental entities, or professional or business organizations.

Additionally, 8 CFR Section 204.5(k)(3)(iii) states, "If the above standards do not readily apply to the beneficiary's occupation, the petitioner may submit comparable evidence to establish the beneficiary's eligibility."

In reviewing this petition, USCIS will first consider the evidence in relation to the plain language of the above criteria. If the individual meets at least three criteria, USCIS will then consider the evidence in the context of a final merits determination. However, the fact that an individual meets the minimum requirement of providing required initial evidence does not, in itself, establish that the individual is an individual of exceptional ability.

## 1.  Part One: Analysis of Criteria

The evidence must show that the petitioner has fulfilled at least three of the six criteria listed in the regulations. USCIS will analyze the evidence submitted under each criterion below.

***An official academic record showing that the beneficiary has a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning relating to the area of exceptional ability***

The petitioner submitted a bachelor's degree of Military Aviator Pilot from The Honduras Army and Air Force University.   As such, the evidence submitted meets this criterion.

***Evidence in the form of letter(s) from current or former employer(s) showing that the beneficiary has at least ten years of full-time experience in the occupation that the beneficiary seeks***

Title 8 CFR 204.5(g)(1) requires, in pertinent part, that

Evidence relating to qualifying experience or training shall be in the form of letter(s) from current or former employer(s) or trainer(s) and shall include the name, address, and title of the writer, and a specific description of the duties performed by the alien or of the training received.

The petitioner submitted letters of experience from:

- Air Force of Honduras, different positions, December 07, 2005 - August 31, 2013
- Avianca, as a Captain, September 02, 2013 - September 07, 2018
- Alliance Air Aviation, as a Commander, November 2018 - July 27, 2021

The letter of experience from the Air Force of Honduras states the petitioner held different positions such as "Deputy Head of Human Resources, Deputy Head of Operations and Head of Civil Matters". Although they are with the Air Force, these positions are not in the field of exceptional ability the petitioner is claiming. Furthermore, none of the letters of experience detail the petitioner's job duties, or the training received. Therefore, the record does not show that the petitioner has at least 10 year of full-time experience as a commercial pilot. As such, this criterion has not been met.

### *A license to practice the profession or certification for a particular profession or occupation*

The petitioner submitted a pilots license for Honduras and US as well as a pilot certification. As such, the evidence submitted meets this criterion.

### *Evidence that the beneficiary has commanded a salary, or other remuneration for services, which demonstrates exceptional ability*

The petitioner submitted his tax statements and information from salaryexpert.com as evidence. The tax statements show he was paid 11,213,361 INR, while salaryexpert.com states the average salary for a pilot in India who has over 8 years of experience is 801,170 INR.

As stated above, none of the letters of experience detail the petitioner's job duties, or the training received. They do not provide sufficient detail for an accurate comparison of the commercial pilot position they're comparing the petitioner's job to here.

For instance, Captain Marlon Diaz Calix notes in his letter that the petitioner is not just a captain, but also "trained approximately 35 students". The petitioner did not provide details discussing what part of his income is derived from flight instructor work as opposed to simply flying as a commercial pilot. The information from salaryexpert.com is only for a basic pilot. Additionally, the documentation states "salary estimates based on salary survey data collected directly from employers and anonymous employees in India, therefore it has not been verified. As such, the petitioner does not meet this criterion.

### *Evidence of membership in professional associations*

The petitioner submitted a membership information with the United States Pilots Association and Aircraft Owners and Pilots Association. As such, the evidence submitted meets this criterion.

### *Evidence of recognition for achievements and significant contributions to the industry or field by peers, governmental entities, or professional or business organizations*

To satisfy the plain language of the criterion, the petitioner is required to demonstrate that the petitioner has been recognized by peers, governmental entities, or professional or business organizations for achievements and significant contributions. The evidence does demonstrate that the petitioner has been recognized by peers, governmental entities, or professional or business organizations for achievements and significant contributions to the industry or field.

The petitioner submitted a total of eight letters of recommendation to demonstrate he meets this criterion.

Brigadier General Jose Luis Sauceda Sierra states the petitioner:

> played a key role in planning and establishing the dispatch office through drafting the appropriate operating policies and designing the organization structure. His role was essential for ensuring flight safety, as well as the investigation of accidents of any kind.

The petitioner provided no documentation to support this statement. Simply going on record without supporting substantive evidence to support assertions, is not sufficient to meet the burden of proof in these proceedings. See *Matter of Treasure Craft of California*, 14 I&N Dec. 190 (BIA 1972). Furthermore, work of this nature be an essential job duty in the position he held as Deputy Head of Operations and Head of Civil Matters.

Juan Ramon Bautista Velasquez, Liaison officer of the Honduran armed forces before the national congress, speaks to the petitioner's master's thesis, "Financial Evaluation of Repowering the fleet of A-37B versus Buying A-29":

> The project was presented to the Honduran Air Force commander and later to the Congress, where it was decided to implement these changes in the aircrafts, which strengthened the national security system in Honduras.

However, the letter writer and the petitioner again failed to provide corroborating documentation to support this statement. Simply going on record without supporting substantive evidence to support assertions, is not sufficient to meet the burden of proof in these proceedings. See *Matter of Treasure Craft of California*, 14 I&N Dec. 190 (BIA 1972).

These letters show that those who have worked with the petitioner have appreciated his performance in the planning roles he has worked, as well as his performance in the pilot and teaching positions he held, particularly while in the Honduran military. However, these letters do not show the petitioner has been recognized for specific achievements or contributions to the aviation industry, which extends beyond the petitioner's previous employers.

Letters of support alone generally may not be sufficient to meet this criterion. Letters, though not without weight, may not form the cornerstone of a successful exceptional ability claim. Where an opinion is not in accord with other information or is in any way questionable, USCIS is not required to accept that evidence, or may give less weight to it. USCIS may, in its discretion use such letters as advisory opinions submitted by expert witnesses. However, USCIS is ultimately responsible for making the final determination of the individual's eligibility. See *Matter of Caron International*, 19 I&N Dec. 791, 795 (Comm. 1988).

As such, the evidence submitted does not meet this criterion.

## II. Part Two: Final Merits Analysis

Upon review, USCIS finds that the petitioner has met at least three of the six criteria. Therefore, a final merits determination will be conducted to determine whether the petitioner is recognized as an individual of exceptional ability and possesses a degree of expertise significantly above that ordinarily encountered in the sciences, arts, or business.

Overall, the record shows that the petitioner has had a successful career in the aviation field and that that he holds multiple licenses and certificates. The petitioner submitted evidence that he was chosen to be on panels that investigate plane crashes. However, USCIS has examined the entire record and has determined that the petitioner does not have a degree of expertise significantly above that ordinarily encountered in the sciences, arts, or business.

The petitioner did not provide evidence to show he has any skills, certifications, or licenses that would not be commonly required to perform the work of a commercial pilot. The petitioner submitted membership information for the United States Pilots Association and Aircraft Owners and Pilots Association, however, as stated above, there is no documentation in the file to show how a membership demonstrates exceptional ability.

A review of membership information for the United States Pilots Association, at https://www.uspilots.org/ and viewed on November 14, 2023, shows that the only requirements for membership is payment of an annual fee of $20. A review of membership information for Aircraft Owners and Pilots Association at https://www.aopa.org/about and viewed on November 14, 2023, shows that the association is "hundreds of thousands strong" and the only requirement for membership is payment of an annual fee of $89. Membership in association that requires payment of an annual fee for membership may satisfy the plain language of the criterion at 8 CFR 204.5(k)(3)(ii)(E), but there is no documentation in the file to show how membership, or paying required fees to obtain that membership, demonstrate exceptional ability.

The petitioner also submitted multiple certificates for his time in the Honduran Air Force. While not all pilots may have these specific certifications and memberships, the petitioner has not submitted documentary evidence or persuasive argument to establish that these trainings equate to expertise significantly above other pilots, or that the petitioner's training and experience exceeds that of other pilots who also possess that same or similar certification.

Whenever any person makes an application for an immigration benefit, he shall bear the burden of proof to establish eligibility. Section 291 of the INA. That burden has not been met here. Therefore, USCIS does not find the petitioner to be an individual of exceptional ability.

However, the petitioner has established E21 advanced degree eligibility with his Master's of Business Management. Accordingly, following below is consideration of the petitioner's request to waive the job offer requirement as a matter of discretion in the national interest.

## Proposed Endeavor

In the letter of intent submitted with the initial evidence, the petitioner stated:

> As an instructor, I will develop flight curricula and teaching methods for ground training, conduct training flights in subjects including aircraft systems, operating procedures, emergency handling and problem analysis. I will train students to help them in the process of obtaining their pilot's license from the Federal Aviation Administration (FAA).

The petitioner's brief in response to the Request For Evidence (RFE) claims:

> My proposed endeavor is to work as a pilot and instructor, two essential roles in the aviation industry in the U.S. As a pilot, I will support the high demand for commercial and cargo flight operations that are currently struggling due to the lack of professionals. As in instructor, I will contribute significantly to alleviating the shortage of qualified pilots and expert pilot education by providing my extensive experience in the field

An occupation and the general work performed in that occupation (in this case, pilot and instructor) do not constitute an endeavor. The plain language of *Dhanasar* calls an endeavor an undertaking. The petitioner has have not explained what his specific undertaking in the United States is. Since the evidence of record describes a general occupation rather than an endeavor, the record fails to establish that the petitioner's specific undertaking is an endeavor that meets the requirements of the first prong of the *Dhanasar* framework.

## National Interest Waiver

USCIS has designated *Matter of Dhanasar*, 26 I&N Dec. 884 (AAO 2016) ("*Dhanasar*") as a precedent decision. That decision rescinded the earlier precedent decision, *Matter of New York State Dep't of Transp.* ("NYSDOT"), 22 I&N Dec. 215 (Acting Assoc. Comm'r 1998), regarding national

interest waivers under Section 203(b)(2)(B)(i) of the Immigration and Nationality Act, and introduced a new three-prong test for determining eligibility. Under *Dhanasar*, USCIS may grant a national interest waiver as a matter of discretion if the petitioner demonstrates by a preponderance of the evidence that:

- The beneficiary's proposed endeavor has both substantial merit and national importance;
- The beneficiary is well positioned to advance the proposed endeavor; and
- On balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification.

If these three elements are satisfied, USCIS may approve the national interest waiver as a matter of discretion.

### The Proposed Endeavor's Substantial Merit and National Importance

In the initial filing, the petitioner submitted background information on aviation and pilots.

The petitioner submitted with the initial filing background information about aviation and pilots. In response to the RFE, the petitioner submitted background information on ATR and pilot shortages.

The record establishes that the airline industry has substantial merit. Additionally, being an instructor, teaching the next generation of pilots has merit. Therefore, the petitioner has established that the proposed endeavor is of substantial merit.

The petitioner's role as commercial pilot, endeavoring to continue his work with Alliance Aviation, appears to be localized and would be of most benefit to his current and future employers. The petitioner has submitted evidence that his employers and their customers have prospectively benefited from his work, but the record does not contain documentary evidence that demonstrates that the petitioner's proposed endeavor, rather than his employer's business operations, will have potential prospective impact at the national or global level.

To evaluate whether the proposed endeavor satisfies the national importance requirement USCIS looks to evidence documenting the "potential prospective impact" of the petitioner's particular undertaking. The petitioner has not shown that the wider economic effects it is claiming are implications of his proposed endeavor to become a pilot. Because the petitioner has not provided sufficient information or evidence regarding any projected U.S. economic impact or job creation attributable to his future work, it has not shown that benefits to the regional or national economy resulting from his piloting work would reach the level of "substantial positive economic effects" contemplated by *Dhanasar*. Id. at 890.

The record does not show that the petitioner's proposed endeavor as an individual pilot and flight instructor stands to sufficiently extend beyond Alliance Aviation, their future clientele, or business partnership to impact his field or the airline industry more broadly at a level commensurate with national importance.

The RFE spoke to the shortage of pilots available nationwide. However, counsel's reply again referenced the shortage in terms of national importance. It is important to note that the shortage of pilots in the United States does not render his proposed endeavor nationally important under the *Dhanasar* framework. In fact, such shortages of qualified workers are directly addressed by the U.S. Department of Labor through the labor certification process. The assertions of counsel do not constitute evidence. *Matter of Obaigbena*, 19 I&N Dec. 533, 534 (BIA 1988); *Matter of Ramirez-Sanchez*, 17 I&N Dec. 503, 506 (Comm. 1980).

The evidence submitted does not support the petitioner's statements that the proposed endeavor will have potential prospective impact, such as evidence that the endeavor:

- Will have broader implications, or national or global implications within a particular field;
- Has significant potential to employ U.S. workers;
- Will have substantial positive economic effects, particularly in an economically depressed area;
- Will broadly enhance societal welfare; or
- Will broadly enhance cultural or artistic enrichment.

Therefore, the petitioner has not established that the proposed endeavor is of national importance.

### Whether the Beneficiary is Well Positioned to Advance the Proposed Endeavor

The petitioner submitted the following to show he is well positioned to advance his endeavor:

- Pilot certification
- Military aviator pilot degree and pilot certification, Honduras Army and Air Force University
- Master's of Business Management, Universidad Technologica Centro Americana, Honduras
- Letters of experience
- Logbook of flight hours
- Pilots license for Honduras and US
- Tax statements
- Membership with United States Pilots Association and AOPA
- Four letters of recommendation
- Certificates of appreciation, recognition, and acknowledgment
- Certificates for completion of courses and trainings
- Letter of intent from Alliance Aviation, and information about Alliance Aviation

Additionally, in response to the RFE, the petitioner submitted four more letters of recommendation.

The evidence shows that the petitioner has the educational background and experience necessary to be a commercial pilot and flight instructor. Additionally the petitioner submitted multiple certificates for courses attended in the field. However, education and background are not all that is needed to be well positioned. General assertions about the petitioner's work does not persuasively show that it would be beneficial to the U.S. to waive requirements of a job offer and thus waive the labor certification. The record lacks evidence of the petitioner's skills that sets him apart from other pilots or instructors.

The petitioner submitted multiple reports and articles in reference to pilots, aviation and the economy. The articles do not discuss the work of the petitioner or the impact he has had on the field.
No evidence has been submitted to show the petitioner offers original innovations or that others use his specific strategies in the field as either a pilot or instructor. The evidence is insufficient because it does not establish that the petitioner has impacted the field of endeavor beyond his service to past employers.

The petitioner submitted a total of eight letters of recommendation. Captain Marlon Orlando Diaz Calix with Air India states:

> In addition to flying commercial flights, he also participates as a trainer in Air India's internal training program, and thus far has trained approximately 35 pilots. Captain Orellana stands out among the crew not only for his leadership, but also for his remarkable expertise in pilot instruction.

Captain Alvaro Zaldana, Operation Manager with Avianca states the petitioner:

was always a top student of his class and he was the only one whose English was proficient, which was also one of his strengths while developing his career in the aviation industry. The same year he won a Scholarship to study aviation in the Army and Air Force University in Mexico.

Master Omri Alberto Amaya Carias, Head of Department of Aeronautical Sciences, Universidad Nacional Autonoma de Honduras states the petitioner contributed to the aviation field by:

> taking part of the certification field of the first Aeronautical Instruction Center ...where he was later appointed as academic head, having the opportunity to develop new methodologies and experiences in established programs, innovating by making a mix of conventional methods in aviation schools and continuous improvement approach

> These contributions included the creation of academic curriculum for aeronautical programs as a private pilot, commercial pilot, with skills such as instrument flight, multi-engined aircraft and a specialization in human factors

These letters, while complimentary of the petitioner's personality, skills and teaching style, do not sufficiently establish that the petitioner has had a substantial impact in the field of endeavor, beyond his service to past employers.

The petitioner has not provided andy evidence to show that he has a model or plan for future success that extends beyond simply work in the position of commercial pilot and flight instructor.

The evidence submitted does not support the petitioner's statements that, after consideration of the following non-exhaustive list of factors, among others, the beneficiary is well positioned to advance the proposed endeavor:

- The individual's education, skills, knowledge, and record of success in related or similar efforts;
- A model or plan for future activities;
- Any progress towards achieving the proposed endeavor; or
- The interest of potential customers, users, investors or other relevant entities or individuals.

Therefore, the petitioner has not established that the beneficiary is well positioned to advance the proposed endeavor.

### Whether, On Balance, It Would be Beneficial to the United States to Waive the Requirements of a Job Offer, and Thus of a Labor Certification

The third prong requires the petitioner to demonstrate that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. Here, the petitioner claims that he is eligible for a waiver due to the shortage of pilots nationwide. However, as the petitioner has not established that the proposed endeavor is nationally important or that he is well positioned to advance the proposed endeavor as required by the first and second prong of the *Dhanasar* framework, he is not eligible for a national interest waiver.

The evidence submitted does not support the petitioner's statements that, on balance, it would be beneficial to the United States to waive the requirements of a job offer, and thus of a labor certification. In balancing the analysis of the national interest in ensuring the admission of noncitizen workers will not adversely affect the job opportunities, wages, and working conditions of U.S. workers through the labor certification process, on the one hand, and on the other hand, national interest factors that may outweigh it, USCIS considers one or more of the following factors, among others:

- The impracticality of a labor certification;

- The benefit to the United States from the beneficiary's prospective contributions, even if other U.S. workers are also available; or
- The national interest in the individual's contributions is sufficiently urgent.
- Whether the beneficiary's endeavor may lead to potential creation of jobs; or
- Whether the beneficiary is self-employed in a manner that generally does not adversely affect U.S. workers.

Therefore, the petitioner has not established that, on balance, it would be beneficial to the United States to waive the requirements of a job offer, and thus of a labor certification.

Pursuant to section 291 of the INA, whenever any person makes an application for an immigration benefit, he shall bear the burden of proof to establish eligibility. After a careful review and analysis of all evidence within the record, USCIS finds that the petitioner has not established eligibility for the benefit sought.

The petitioner is hereby notified that it is the intent of USCIS to deny this Form I-140 petition. The petitioner has 30 (thirty) days (33 (thirty-three) days if this notice is received by mail) to submit evidence in response to this request. Any evidence submitted will be carefully reviewed. Failure to submit evidence in response to this notice of intent to deny will result in the denial of this Form I-140 petition based upon the reasons set forth in this notice.

**PLACE THE ENCLOSED COVERSHEET ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS COVERSHEET WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**

Sincerely,

*L. Will*

L. Miller
Director
Officer: 0032

EXHIBIT A



**Notice of Entry of Appearance
as Attorney or Accredited Representative**

Department of Homeland Security

**DHS
Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

   ▶ [ ]

### Name of Attorney or Accredited Representative

2.a. Family Name
(Last Name) **ALEXANDRE**

2.b. Given Name
(First Name) **Felipe**

2.c. Middle Name [ ]

### Address of Attorney or Accredited Representative

3.a. Street Number
and Name **17870 Castleton St**

3.b. ☐ Apt. ☒ Ste. ☐ Flr. **250**

3.c. City or Town **City of Industry**

3.d. State **CA**    3.e. ZIP Code **91748**

3.f. Province [ ]

3.g. Postal Code [ ]

3.h. Country

   **USA**

### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number

   **6265092126**

5. Mobile Telephone Number (if any)

   [ ]

6. Email Address (if any)

   **felipe@alexandrelaw.com**

7. Fax Number (if any)

   [ ]

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

   Licensing Authority

   **New York**

1.b. Bar Number (if applicable)

   **5013909**

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)

   **Alexandre Law Firm**

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

   [ ]

2.c. Date of Accreditation (mm/dd/yyyy)

   [ ]

3. ☐ I am associated with

   [ ] ,

   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

   [ ]

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

`I-140`

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶ `L I N 2 2 9 0 2 4 0 3 1 5`

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant ☒ Petitioner ☐ Requestor
☐ Beneficiary/Derivative ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name) `ORELLANA UMANZOR`

**6.b.** Given Name (First Name) `Lester Eliazer`

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- `2 4 2 0 5 5 3 1 3`

## Client's Contact Information

**10.** Daytime Telephone Number

`5169433078`

**11.** Mobile Telephone Number (if any)

`5169433078`

**12.** Email Address (if any)

`lesorellana7@yahoo.com`

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name `121 Mirin Ave`

**13.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**13.c.** City or Town `Roosevelt`

**13.d.** State `NY` **13.e.** ZIP Code `11575`

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

`USA`

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☒ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☒ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

**2.b.** Date of Signature (mm/dd/yyyy)    12/19/2023

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

**1.b.** Date of Signature (mm/dd/yyyy)    12-19-2023

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)    ORELLANA UMANZOR

**1.b.** Given Name (First Name)    Lester Eliazer

**1.c.** Middle Name

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.**

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**



# Alexandre Law Firm, P.C.

17870 Castleton Street, Suite 250
City of Industry, CA 91748
Phone: 626-509-2126 Fax:
407-370-6970
www.alexandrelaw.com

December 22, 2023
USCIS/NSC
Attn: RFE/NOID/NOIR/NOIT
P.O. BOX 87103
Lincoln, NE 68501-7103

**RE:** **ORELLANA UMANZOR, Lester Eliazer (A # 242-055-313)**

**I-140, Immigrant Petition for Alien Worker (EB-2 NIW)**

**Receipt #LIN2290240315**

**Response to the Notice of Intent to Deny (NOID)**

**Dear Immigration Officer:**

The Petitioner now responds to the NOID issued on November 27, 2023. The Service questioned whether the Petitioner met the three-prong test set by Matter of Dhanasar to be eligible for a national interest waiver.

The Petitioner is an accomplished commercial pilot and instructor with an extensive background in aviation and education. In the Notice of Intent to Deny (NOID), the Service has requested a more detailed endeavor and additional information explaining why the Petitioner is well-positioned to advance the proposed undertaking.

As a seasoned commercial pilot, the Petitioner has accrued substantial expertise in flying various aircraft, ensuring compliance with aviation regulations, and prioritizing passenger safety. This hands-on experience forms the foundation of the proposed endeavor, which aims to contribute significantly to the U.S. aviation industry.

Furthermore, the Petitioner's role as an instructor adds a distinctive dimension to the endeavor. Having trained and mentored aspiring pilots, the Petitioner possesses a nuanced understanding of the challenges faced by individuals entering the aviation profession. This insight will be

1

instrumental in developing initiatives that enhance new pilots' skills and address broader industry concerns.

Each point raised by the Service in its NOID is addressed below:

**NOID Page 3.**

Concerning the discrepancy in the job title and the corresponding Standard Occupational Classification (SOC) code, we acknowledge the variation noted by the officer. As specified in the petition, the intended position is that of a "Commercial Pilot and Instructor," aligning with SOC code 53-2011. However, we understand the officer's observation of a different job title, "Airline Pilots, Copilots, and Flight Engineers," associated with the same SOC code according to O*Net OnLine.

To provide clarification, we would like to emphasize that the role of a Commercial Pilot and Instructor is comprehensive, encompassing responsibilities beyond those explicitly outlined in the job title "Airline Pilots, Copilots, and Flight Engineers." The intended position involves not only the operation of aircraft but also instructional duties, contributing to the training and development of aspiring pilots.

Further research has been conducted, and we draw attention to the O*Net OnLine profile for SOC code 53-2011, which includes both "Commercial Pilots" and "Airline Pilots, Copilots, and Flight Engineers." This broader categorization supports the inclusive nature of the intended position, covering the aspects of commercial piloting and instruction.

In response to the requirement outlined in 8 CFR 204.5(k)(4)(i), we are in the process of compiling additional objective evidence that substantiates the professional qualifications necessary for the intended position. This evidence will include documentation highlighting the training, experience, and educational background essential for a Commercial Pilot and Instructor.

**NOID Page 7.**

Contrary to the statement in the NOID suggesting a lack of evidence demonstrating specific achievements within the aviation industry for the Petitioner, **Exhibit K.2** of the initial petition has been included, showcasing numerous awards recognizing outstanding contributions to the aviation sector. Failing to consider each piece of evidence is a deviation of the Service's duties. As per Scripps Coll. v. Jaddou, 4:23CV3075, at *11 (D. Neb. December 12, 2023), "The unexplained internal inconsistencies reflect that USCIS failed to articulate a satisfactory explanation for its action, including a rational connection between the facts found and the choice made."

**Exhibit K.2** is a comprehensive compilation of the Petitioner's achievements, providing a robust record of accolades within the aviation industry. These awards underline the significant impact and noteworthy contributions made by the Petitioner, refuting the assertion that he has not been recognized for any specific achievement.

A thorough review of **Exhibit K.2** is requested, hoping that it will be considered substantial evidence supporting the Petitioner's exceptional achievements within the aviation industry. The provided information aligns with the regulatory criteria and aims to address the concerns raised in the NOID.

Upon thorough review of the NOID, we appreciate the diligence taken in assessing the petition; however, we would like to bring to your attention some concerns and clarifications regarding the references made to *Matter of Caron International* and *Craft California.*

The NOID cites *Matter of Caron International* to highlight the discretionary authority of the Immigration and Naturalization Service to use statements from universities, professional organizations, or other sources submitted as expert testimony. However, the NOID omits the crucial condition stipulating that the Service may give less weight to such evidence **only** when it is "not in accord with other information or is in any way questionable." It is pivotal to understand why the Petitioner's support letters were considered questionable or contradictory to other information. We submit to the Service that nothing in the letters raise questions as to the reliability of the other evidence submitted but rather further corroborate the evidence in the record. Therefore, in the absence of those factors, the letters need to be given full weight according to current jurisprudence.

Furthermore, the reference to *Craft California* appears to be misplaced in the context of the Petitioner's in this case. *Craft California* involved a petitioner relying solely on statements without additional corroborating evidence. In contrast, the Petitioner of this case has diligently submitted support letters to complement the evidence. While *Craft California* allows the Service to reject statements contradicted by other evidence, it does not establish a basis for systematically devaluing support letters when they align with the broader evidentiary context.

The NOID also suggests that the support letters fail to reflect achievements and contributions to the aviation industry despite their explicit mention in **Exhibit K.2**. This subjective interpretation overlooks the substantial content of the letters and contradicts the principles outlined in Scripps Coll. v. Jaddou, 4:23CV3075, at *9 (D. Neb. December 12, 2023), emphasizing the avoidance of internally inconsistent findings and the consideration of all relevant factors.

In light of these concerns, we kindly request a comprehensive reassessment of the evidence provided, considering the legal standards highlighted above. We firmly believe that the submitted evidence aligns with regulatory criteria and adequately addresses the grounds for the NOID, especially when analyzed under the required Preponderance of the Evidence standard. See USCIS Policy Memorandum 602-0005.1:

> "USCIS officers are reminded that the standard of proof (…) is the "preponderance of the evidence" standard."

## I.     Proposed Endeavor

**NOID Page 8.**

With a commitment to transparency and precision, the Petitioner has redefined the goals and objectives of the endeavor, ensuring a clear and specific outline of the plan. This revised exhibit elucidates the strategic milestones that will be pivotal in successfully executing the proposed venture.

In response to the observation regarding the term "airline industry," Petitioner has refined the language to offer a more nuanced description of the specific sector within the aviation industry targeted by the endeavor. This clarification eliminates ambiguity and aligns more closely with USCIS criteria.

The Petitioner has considered USCIS guidance and incorporated references to industry standards, practices, and pertinent regulations in **Exhibit B**. By doing so, the Petitioner seeks to establish a robust foundation for the substantial merit of the proposed endeavor, showcasing its potential impact and alignment with national interests.

**See Exhibit B**: Petitioner's Professional Plan in response to the Notice of Intent to Deny.

## II.     Prong One: The Proposed Endeavor has Substantial Merit and National Importance

**(1) Substantial Merit**

This Criterion has been met.

**(2) National Importance**

In addressing the assertion that the Petitioner's contributions as an instructor at Alliance Aviation might be deemed too localized, it is crucial to delve into the specifics of his role and the far-reaching impact of his endeavors. Alliance Aviation, a premier aviation training school, attracts aspiring pilots from around the globe. Contrary to the notion of localized impact, the graduates from this institution disperse across national and international aviation sectors, thereby magnifying the influence of the Petitioner's instructional contributions on a global scale.

Considering the argument within the framework of the Dhanasar standard and Labor Certification shortage, the case unfolds as a multifaceted narrative. Beyond the immediate concerns of wait times and flight delays, a pivotal consideration is the escalating demand for experienced Captains in major airlines. The Petitioner's attainment of the prestigious rank of Captain, coupled with a job offer from Delta Air Lines **(see Exhibit K)**, underscores his exceptional standing in the field. The shortage of Captain positions, exemplified by a 50% deficit at United Airlines, accentuates the urgency of expediting the processing of individuals with the Petitioner's caliber and expertise.

The Petitioner's meteoric rise to the rank of Captain in a mere seven years, half the customary time frame, is a compelling testament to his extraordinary skills and experience. This expedited progression, and his diverse background in national projects during his tenure in the Honduran Air Force signifies expertise that significantly surpasses conventional requirements.

Turning to the evidentiary landscape, the Petitioner's Master's Thesis **(see Exhibit N)**, publications, and contributions to national projects substantiate the potential impact of his endeavors. His thesis was used by the government of Honduras to make crucial decisions about the purchase of fleets and which ended up saving the National Budget a considerable amount of money (around four million dollars). His instrumental role in establishing crucial offices on the national level, implementing safety protocols, devising cost-efficient methods for fueling aircraft fleets, and influencing governmental decisions through publications demonstrates a profound capacity to drive positive transformations in aviation practices.

The array of awards and recognitions, notably the Certificate of Recognition by the Mayor at the time of Kirtland, attests to the Petitioner's excellence in education, emphasizing his potential to leave a lasting imprint in the United States. The offer to serve as a flight instructor for Alliance Aviation, the largest independent aviation training center in the U.S., not only marks a personal triumph but also signifies a substantial contribution to the broader aviation community. As Alliance Aviation trains pilots who will eventually serve various carriers globally, the prospective impact encompasses a vast spectrum, benefiting the public, uniting families, and

contributing significantly to the economy and interstate commerce. The vast impact of his contributions therefore will be undoubtedly felt by many outside of the walls of the employer.

In light of this comprehensive evidence, it becomes evident that the Petitioner's contributions transcend local confines and align closely with national interests, thereby warranting the favorable consideration of his petition. The argument for the national importance of his contributions is fortified by references to articles that illuminate key trends and challenges in the aviation industry:

**Exhibit C - Pilots' Reluctance to Assume Captain Roles[1]:** The article from Reuters, titled "Focus: United Airlines grapples with pilots avoiding the captain's chair," dated July 18, 2023, sheds light on the current industry dynamics of experienced pilots avoiding Captain positions. This reluctance is crucial, especially in major airlines such as United, grappling with many Captain positions remaining unfilled. The Petitioner's readiness and exceptional qualifications to step into such roles address this industry-wide challenge, thereby contributing to resolving a systemic issue.

**Exhibit D - Timeline to Attain Captaincy:** The article from flyaeroguard.com, titled "How long does it take to become a Pilot?", outlines the prolonged timeline required for pilots to ascend to the rank of Captain, often spanning 15 years or more. This underscores the significance of experienced individuals like the Petitioner who have achieved the rank of Captain in an expedited time frame. The Petitioner's ability to contribute at the highest levels much sooner than the industry norm is a testament to his exceptional skills and the potential to alleviate the shortage of qualified Captains.

**Exhibit E - Economic Impact of Cancelled Flights:** The reports from AirHelp[2] and itij.com[3] highlight the extensive economic repercussions of flight disruptions. The economic toll, estimated at \$30-34 billion in the USA, underscores the urgency of addressing challenges within the aviation industry to minimize the impact on the economy. The potential reduction in flight disruptions can contribute significantly to economic stability by expediting the placement of highly qualified pilots like Petitioner.

In summary, these articles provide a broader context for the national importance of the Petitioner's contributions, emphasizing how his unique qualifications directly align with industry needs and challenges, ultimately benefiting the aviation sector and the broader U.S. economy.

---

[1] https://www.reuters.com/business/aerospace-defense/united-airlines-grapples-with-pilots-avoiding-captains-chair-2023-07-18/

[2] https://www.airhelp.com/en-int/press/airhelp-report-the-impact-of-flight-disruption-on-the-economy-and-environment/

[3] https://www.itij.com/latest/news/flight-disruption-impact-economy-and-environment

### III. Prong Two: Whether the Beneficiary is Well-Positioned to Advance The Proposed Endeavor

The Petitioner outlines a comprehensive and meticulously crafted professional plan. The Petitioner has acknowledged the challenges facing the aviation sector in the United States and presented a strategic roadmap to navigate and address these challenges. The plan reflects a nuanced understanding of industry dynamics, showcasing the Petitioner's foresight and preparedness to contribute meaningfully.

**See Exhibit B**: Petitioner's Professional Plan in response to the Notice of Intent to Deny.

The series of emails from Delta Air Lines Inc. is more than a mere communication trail; it validates the Petitioner's appeal to industry giants. The correspondence confirms the Petitioner's active engagement in the hiring process and highlights Delta's recognition of the Petitioner's skills and potential. The fact that a prestigious airline like Delta is eager to onboard the Petitioner speaks volumes about their standing in the aviation community.

**See Exhibit K**: E-mails from Delta Air Lines Inc. regarding the Petitioner's hiring process as a pilot (start date 01/16/2024).

The formal letter of intent from Alliance Aviation, the largest independent aviation training center in the U.S., provides a concrete commitment from a key player in the industry. Alliance Aviation's expressed intent to hire the Petitioner for a pivotal role as an instructor emphasizes the Petitioner's expertise and potential to shape the future of aviation training. This exhibit is a tangible endorsement of the Petitioner's capability to contribute significantly to the aviation sector.

**See Exhibit L**: Letter from prospective employer Alliance Aviation, the largest independent aviation training center for commercial pilots in the United States, confirming the company's intent of hiring the Petitioner to play a critical role as an instructor of the company's aviation training program.

Since March 27, 2023, the Petitioner has been working as a First Officer at Spirit Airlines. This experience evidences the Petitioner's progress towards achieving the proposed endeavor.

**See Exhibit M**: Employment letter from Spirit Airlines.

The abstract of the Petitioner's Master Thesis is a scholarly jewel in the collection of exhibits. It showcases the Petitioner's academic prowess and innovative thinking. The focus on creating a

project to fuel aircraft fleets more efficiently demonstrates the Petitioner's commitment to advancing the field through original research and problem-solving. This project was approved by the Honduran National Airforce and by the Honduran Congress, and resulted in the Honduran National Air Force electing to refuel the fleet in accordance to the scientific methods proposed by the Petitioner in his thesis and not by a new fleet of planes. This resulted in massive savings for the national budget and allowed the government to focus the savings on other endeavors, including combating drug trafficking.

This academic achievement strongly indicates the Petitioner's capacity to bring fresh perspectives and solutions to industry challenges.

**See Exhibit N:** Abstract of the Petitioner's Master Thesis which created a project to fuel aircraft fleets more efficiently.

The Petitioner's membership with ALPA is more than a card; it's an entry into a prestigious community of aviation professionals. This exhibit underscores the Petitioner's commitment to ongoing professional development and adherence to industry standards. Being a part of ALPA not only signifies the Petitioner's integration into the broader aviation network but also positions them as someone who aligns with and contributes to the values of the aviation community.

**See Exhibit O:** Petitioner's membership card with Air Line Pilots Association International (ALPA).

The information about ALPA provides crucial context to the significance of the Petitioner's membership. ALPA's role as a leading advocate for pilots' interests, commitment to aviation safety, and reputation as a reputable professional organization reinforces the Petitioner's alignment with industry values. This exhibit further solidifies the Petitioner's credibility and positions them as individuals who respect and uphold industry standards.

**See Exhibit P:** About ALPA

In synthesis, these exhibits collectively and convincingly portray the Petitioner as well-prepared and exceptionally well-positioned to advance the proposed endeavor. The combination of strategic planning, industry recognition, academic achievements, and professional affiliations forms a robust foundation for the Petitioner's anticipated contributions to the U.S. aviation sector.

## IV.    Prong Three: Whether, On balance, it would be beneficial to the United States to waive the Requirement of a Job Offer and Thus of a Labor Certification

The request to waive the requirement of a job offer, including the associated labor certification, rests on the premise that such a waiver would be unequivocally beneficial to the United States. A careful analysis of the Petitioner's profile, achievements, and prospective contributions supports the argument that the waiver would serve the national interest in several key aspects.

The Petitioner brings a wealth of experience and skills acquired over 15 years in the aviation industry. With a proven commercial pilot and instructor track record, the Petitioner's expertise is valuable and exceptional. By waiving the job offer requirement, the United States can immediately harness this wealth of experience, avoiding delays associated with a protracted labor certification process.

The Petitioner's background in the Honduran Air Force, where they set up crucial offices, drafted operating policies, and contributed to flight and aviation education, highlights a commitment to national security. The skills acquired in such a capacity can directly translate into enhancing aviation safety measures in the United States. The nation can benefit from an individual with a history of contributing to national security by expediting the Petitioner's entry.

The current landscape of the aviation industry, as evidenced by articles on pilots avoiding captain positions (**see Exhibit C**) and the prolonged timeline to become a captain (**see Exhibit D**), underscores the need for experienced professionals. The Petitioner's potential position as a Captain and the offer from Delta Air Lines Inc. emphasizes the demand for skilled aviators. By facilitating the Petitioner's swift entry into the workforce, the United States can address pilot shortages, mitigate flight disruptions, and bolster the economy, as illustrated by the economic effects of canceled flights.

The Petitioner's academic achievements, including a Master Thesis that proposed more efficient methods for fueling aircraft fleets (**see Exhibit N**), demonstrate a commitment to advancing the industry. Waiving the job offer requirement enables the United States to benefit from the Petitioner's innovative thinking and contributions to fuel efficiency, aligning with global environmental goals.

The Petitioner's membership with the Air Line Pilots Association International (ALPA) and the acknowledgment from Alliance Aviation (**see Exhibit L**), a prominent training center, signify a strong alignment with industry values and recognition. By waiving the job offer requirement, the United States can integrate the Petitioner seamlessly into the aviation community, leveraging their affiliations for broader industry impact.

In conclusion, a comprehensive review of the Petitioner's profile and potential contributions reveals a compelling case for waiving the job offer requirement. The benefits encompass enhanced national security, improved aviation safety, economic stimulation through addressing pilot shortages, and access to innovative thinking in fuel efficiency. Considering the totality of the Petitioner's qualifications, it becomes evident that such a waiver is beneficial for the continued growth and excellence of the U.S. aviation sector.

## V.    PETITIONER HAS MET THE BURDEN OF PROOF UNDER THE PREPONDERANCE OF THE EVIDENCE

The Petitioner respectfully directs USCIS's attention to the standard of proof in cases involving EB-2 NIW petitions. The review process for I-140 petitions was addressed by the Office of the Director in USCIS Policy Memorandum 602-0005.1, which states on page 4 "USCIS officers are reminded that the standard of proof (...) is the "preponderance of the evidence" standard (...). Thus, if the petitioner submits relevant, probative, and credible evidence that leads USCIS to believe that the claim is "more likely than not" or "probably true", the petitioner has satisfied the standard of proof." The Memo confirms "more likely than not" as "a greater than 50% chance of an occurrence taking place."

The Memo continues and states "If a petitioner provides initial evidence (...) that is probative and credible, USCIS officers should objectively evaluate such initial evidence under a preponderance of the evidence standard to determine whether or not it is acceptable (...). In other words, USCIS officers may not unilaterally impose novel substantive or evidentiary requirements beyond those outlined in the regulations (...)." See also Love Korean Church v. Chertoff, 549 F.3d 749, 758 (9th Cir. 2008).

As such, decisions respecting the approval of immigration petitions are governed by the "preponderance of the evidence" standard. Matter of Soo Hoo, 11 I&N Dec. 151 (BIA 1965). To sustain approval, it "demands only 51% certainty." Ethyl Corp. v. EPA, 541 F.2d 1 (D.C. Cir. 1976), see also National Lime Ass&#39;n v. EPA, 627 F.2d 416 (D.C. Cir. 1980). If there is insufficient evidence to meet the 51% standard, examiners should resolve their doubts by requesting clarifying evidence to allow the petitioner to explain and document its eligibility. 8 C.F.R. §103.2(b)(8). The preponderance standard is not high: "preponderance of the evidence is **rock bottom** at the fact-finding level of civil litigation." Matter of E-M, 20 I. &amp; N. Dec. 77, at 83 (BIA 1989) citing Charlton v. FTC, 543 F.2d 903, 907 (D.C.Cir.1976). The BIA notes the preponderance standard is not actually explained in the law or regulations, but ultimately concludes that "when something is to be established by a preponderance of the evidence, it is sufficient that the proof only establishes that it is probably true." Matter of E-M at 79 -80. (BIA1989) (citations omitted). (Emphasis added.)

We affirm that the evidence submitted and arguments presented on behalf of the Petitioner more than meets this standard and we respectfully request, in the National Interest, that his petition be granted.

## VI.    Conclusion

The Petitioner, a highly accomplished professional in the aviation industry, seeks approval for an endeavor of Substantial Merit and National Importance. With a proven commercial pilot and instructor track record, the Petitioner is well-positioned to contribute significantly to the U.S. aviation sector. The proposed endeavor promises benefits surpassing the traditional labor certification process, including enhanced national security, improved aviation safety, and economic stimulation through addressing pilot shortages. Affiliations with industry organizations further highlight the Petitioner's commitment to industry standards. We respectfully request a favorable exercise of discretion to approve this petition, emphasizing its alignment with national interests and its potential to elevate the U.S. aviation industry.

Should you require any further information, please do not hesitate to get in touch.

Very truly,

Felipe Alexandre, Esq.



# Alexandre Law Firm, P.C.

17870 Castleton Street, Suite 250
City of Industry, CA 91748
Phone: 626-509-2126 Fax:
407-370-6970
www.alexandrelaw.com

## LIST OF EXHIBITS

**Petition:** I-140, Immigration Petition for Alien Worker
**Classification Sought:** EB-2 NIW
**Case Number:** LIN2290240315
**Petitioner:** ORELLANA UMANZOR, Lester Eliazer
**Alien Number:** 242-055-313

**Exhibit A.**   Form G-28

### The proposed endeavor

**Exhibit B.**   Petitioner's Professional Plan in response to the Notice of Intent to Deny

### The proposed endeavor has national importance

**Exhibit C.**   Article "Focus: United Airlines grapples with pilots avoiding the captain's chair" - www.reuters.com

**Exhibit D.**   Article " How long does it take to become a Pilot?" - www.flyaeroguard.com

**Exhibit E.**   Article "AirHelp Report: The impact of flight disruption on the economy and environment" - www.airhelp.com

**Exhibit F.**   Article "Flight disruption: the impact on the economy and environment" - www.itij.com

**Exhibit G.**   Article " North American Aviation Enters 2023 With Too Few Pilots and Mechanics" - www.brinknews.com

**Exhibit H.**   Article " Torrance flight school hopes to help alleviate pilot shortage - by launching new ones" - www.dailybreeze.com

**Exhibit I.**   Article "Economic impact of commercial aviation" - www.airlines.org

**Exhibit J.**   Article "The importance of air transport to the United States" - www.iata.org

1

### The Petitioner is well-positioned to advance the proposed endeavor

**Exhibit K.**   E-mails from Delta Air Lines Inc. regarding the Petitioner's hiring process as a pilot (start date 01/16/2024)

**Exhibit L.**   Letter from prospective employer Alliance Aviation, the largest independent aviation training center for commercial pilots in the United States, confirming the company's intent of hiring the Petitioner to play a critical role as an instructor of the company's aviation training program

**Exhibit M.**   Employment letter from Spirit Airlines

**Exhibit N.**   Abstract of the Petitioner's Master Thesis which created a project to fuel aircraft fleets more efficiently

**Exhibit O.**   Petitioner's membership card with Air Line Pilots Association International (ALPA)

**Exhibit P.**   About ALPA

\*Please refer to Exhibit B

### On balance, it would be beneficial to the United States to waive the requirements of a job offer, and thus of a labor certification

\*Please refer to Exhibits B through P

EXHIBIT B

December 21, 2023

<u>**Letter of Intent**</u>

Dear Officer,

Please accept this letter of intent as part of my EB-2 National Interest Waiver Petition as a Pilot and Instructor. I am Lester Eliazer Orellana Umanzor, a highly experienced aviation professional with over 15 years of experience in the aviation industry. I have demonstrated exceptional proficiency, leadership, and expertise in various facets of aviation, making significant contributions to the field.

I am thrilled to embark on a visionary initiative to revolutionize aviation education in the United States by establishing a world-class aviation training program. Drawing upon my extensive background as a seasoned aviation professional, combining instructional roles and hands-on experience in airline operations, my goal is to address the growing shortage of skilled aviation personnel within the United States, particularly pilots and flight instructors.

*Curriculum Development:* Conduct an in-depth analysis of regulatory requirements and industry standards to create a dynamic, relevant, and cutting-edge training curriculum. Emphasize a holistic approach, encompassing technical knowledge and a deep understanding of human factors, situational awareness, and effective decision-making in aviation.

*State-of-the-Art Training Facilities:* Establish state-of-the-art training facilities featuring the latest simulator technology to provide an immersive and realistic training environment. Incorporate virtual reality (VR) and augmented reality (AR) elements to enhance the learning experience and prepare students for real-world aviation challenges.

*Industry Collaboration:* Form strategic partnerships with major airlines, regulatory bodies, and aviation organizations to ensure the training program aligns with industry needs and expectations. Establish advisory boards with industry experts to provide insights into emerging trends and challenges, ensuring program relevance and responsiveness.

*Emphasis on Human Factors:* Develop specialized modules focused on human factors, including communication skills, stress management, and decision-making, recognizing their pivotal role in aviation safety. Integrate real-world case studies and scenarios to instill a practical understanding of human factors in aviation operations.

*Instructor Training:* Implement a comprehensive instructor training program to equip educators with the latest teaching methodologies, ensuring they can effectively convey complex aviation concepts to diverse student cohorts. Foster a culture of continuous professional development among instructors to stay abreast of advancements in aviation education.

*Career Development Support:* Forge partnerships with airlines to create pathways for graduates into the industry, potentially including mentorship programs, internships, and direct employment opportunities. Establish a career services department to provide guidance on job placement, resume building, and interview preparation.

*Continuous Improvement:* Implement a robust feedback system involving students, instructors, and industry stakeholders to enhance the training program continually. Regularly update the curriculum to incorporate technological advancements, regulatory changes, and industry best practices.

The United States is at a crucial juncture, facing a significant gap in the supply and demand for skilled aviation professionals. This initiative aims to bridge this gap and position the U.S. as a global leader in aviation education, fostering economic growth, job creation, and

maintaining a competitive edge in the rapidly evolving aviation landscape. To realize this endeavor, I plan to initially collaborate with established aviation training centers in the U.S., such as Alliance Aviation Center, in Florida, gaining firsthand insights into the unique challenges and intricacies of the American aviation sector. Concurrently, I will actively seek employment opportunities with leading U.S. airlines, such as Delta Air Lines, where I can contribute to their training department, gaining valuable experience and insights into the industry's dynamics.

By combining practical experience within the U.S. aviation sector with my expertise as an instructor and pilot, I aspire to position myself as a pivotal contributor to the establishment and success of the proposed aviation training program. Through unwavering dedication, collaborative efforts, and a commitment to excellence, I aim to leave an enduring impact on aviation education in the United States.

My envisioned contributions are multifaceted, covering emergency services, operational excellence, education, international collaboration, and technological innovation. I am committed to playing a pivotal role in advancing the U.S. aviation industry, ensuring it remains at the forefront of global aviation standards.

## Potential Impact of My Proposed Aviation Training Program:

In envisioning my aviation training program in the United States, I see a profound impact rippling across various facets of the aviation sector. This endeavor isn't just about fulfilling a personal dream; it's about contributing to the industry, the national workforce, and the broader economy. By addressing the persistent shortage of skilled aviation professionals in the U.S., my program aims to be a transformative force, meeting and exceeding the demands of a rapidly evolving industry.

At its core, my program seeks to redefine aviation education. I plan to infuse it with cutting-edge technologies and modern training methodologies to keep pace with the dynamic nature of aviation and position the U.S. as a global leader. The curriculum's focus on human factors is my commitment to elevating safety standards by producing graduates with a nuanced understanding of the psychological and interpersonal aspects crucial to safe aviation operations.

I'm adamant about providing realistic training environments, leveraging advanced simulators and virtual reality tools. The goal is to produce graduates armed with theoretical knowledge and adept at navigating real-world scenarios. This strategic blend of theory and hands-on experience is my recipe for preparing graduates in a way that surpasses conventional training programs.

Collaboration is key to my strategy. My program aims to be a beacon of industry alignment by forging partnerships with major airlines and regulatory bodies. This facilitates smoother transitions for graduates into the workforce and contributes to the program's global recognition. I envision my graduates, equipped with an internationally competitive skill set, positioning the U.S. as a hub for high-quality aviation education.

Economically, my program is poised to make significant contributions. Job creation within the aviation education sector is just the beginning. The supply of skilled professionals to the broader aviation industry will foster economic growth. My graduates, having undergone comprehensive training, are expected to enhance airlines' operational efficiency, contributing to increased productivity and competitiveness within the aviation sector.

## My Model for Future Activities as a Commercial Pilot and Instructor:

My journey in the U.S. aviation sector is a carefully planned progression, marked by a commitment to excellence, continuous learning, and substantial contributions to industry growth.

In the initial phase, I will focus on integrating into the U.S. aviation landscape. I will

collaborate with established training centers, such as Alliance Aviation Center, in Florida, which is the largest independent aviation training center for commercial pilots in the United States. At Alliance Aviation Center (which has already issued a letter confirming their intend to hire me as a full-time Instructor), I will play a critical role as a Ground and Simulator Instructor of the company's aviation training program, teaching new aeronautical students who aspire to be airline pilots to cover the job demand in U.S. airlines. I will also seek employment opportunities with major airlines like Delta Air Lines, where I will start working as a pilot on January 16, 2024. Acquiring an in-depth understanding of the FAA regulatory framework and industry-specific requirements will be a priority to ensure seamless alignment with U.S. aviation standards.

Career development will unfold progressively, with positions secured with leading U.S. airlines. This phase will be characterized by exposure to diverse aircraft, routes, and operational scenarios. Simultaneously, I'll pursue advanced certifications and recurrent training to stay abreast of industry standards and technological advancements.

A natural transition will follow as I move into instructional roles. I'll undertake specialized instructor training programs, leveraging my prior teaching experience and aviation expertise. Actively contributing to developing and enhancing training programs within the employing airline will be a focal point during this phase.

My entrepreneurial aspirations emerge as I envision establishing my flight school. Leveraging my accumulated experience and industry connections, I aim to implement the comprehensive aviation training program developed earlier. Continued collaboration with airlines and industry stakeholders will remain integral to ensuring the program's relevance and alignment with evolving industry needs.

My long-term vision extends to advocacy and industry leadership. Engaging in industry associations, conferences, and regulatory forums will facilitate my contribution of insights, advocacy for advancements in aviation education, and staying abreast of emerging trends. Mentorship initiatives aimed at aspiring pilots and instructors will become a means of giving back to the industry and contributing to the development of the next generation of aviation professionals.

This model delineates my strategic and holistic progression from integration into the U.S. aviation sector to establishing an autonomous aviation training program. It underscores my dedication to excellence, continuous learning, and the enduring impact of my contributions to the growth and development of the aviation industry in the United States.

The United States is facing a significant shortage of pilots, impacting many airlines. The shortage of pilots is affecting significant airlines and smaller aviation businesses. For example, North American Aviation has reported a shortage of pilots and mechanics. In addition, many baby boomers have retired or are on their way to retirement, leaving a significant gap in the workforce. Boeing's 2022 Pilot and Technician Outlook indicates that the aviation industry must fill 2.1 million new jobs over the next 20 years to fully support commercial air travel recovery and meet rising long-term growth. The report also indicates that 602,000 pilots, 610,000 maintenance technicians, and 899,000 cabin crew members will be needed over the next two decades. In conclusion, the shortage of pilots in the United States is a significant challenge the aviation industry faces. The shortage has increased pilots' wages, and airlines are looking for innovative ways to recruit and train new pilots.

Aviation field professionals play a crucial role in the national economy and security of the United States. Commercial aviation drives 5% of U.S. GDP—the equivalent of $1.25 trillion in 2022. U.S. airlines operate 25,000 flights daily, carrying 2.3 million passengers to/from nearly 80 countries and more than 65,000 tons of cargo to/from more than 220 countries. Commercial pilots, trainers, and safety experts play a critical role in the aviation industry, ensuring the safety and efficiency of air travel. Their work is of utmost importance to the United States, as air transportation is vital to the country's economy, connecting people and goods worldwide.

My proposed endeavor is tailored to tackle the pressing challenges of the aviation industry in

the United States. With over 15 years of experience as a seasoned aviation professional, I bring a unique skill set to address the evolving needs of this dynamic sector. Having navigated the intricacies of aviation operations, I have gained a profound understanding of the industry's challenges and opportunities. My experience encompasses safety management, operational efficiency and regulatory compliance, allowing me to identify key pain points and design strategic solutions.

The aviation landscape is rapidly evolving, marked by technological advancements, regulatory changes, and an increasing demand for skilled professionals. My comprehensive experience equips me with the insights needed to develop innovative approaches aligned with the industry's trajectory.

In my years of service, I have consistently demonstrated a commitment to excellence, implementing best practices and ensuring adherence to the highest safety standards. This commitment will be the cornerstone of my proposed endeavor, where I aim to contribute significantly to elevating the overall operational efficiency and safety benchmarks of the U.S. aviation sector.

Moreover, my extensive network within the aviation community positions me to foster collaboration and partnerships essential for the success of this endeavor. Building on established relationships with industry stakeholders, regulatory bodies, and fellow professionals, I intend to create a cohesive and mutually beneficial environment that propels the U.S. aviation industry forward.

In summary, my proposed endeavor leverages a wealth of experience and expertise to address the challenges faced by the U.S. aviation industry. It is founded on a commitment to excellence, innovation, and collaboration, with the ultimate goal of fostering positive change and contributing to the sustained growth and success of the aviation sector in the United States.

My expertise aligns with the industry's need for innovative solutions. I aim to actively contribute to operational excellence, safety enhancements, and the integration of cutting-edge technologies within the U.S. aviation sector. My goal is to play a pivotal role in fostering a culture of continuous improvement, ensuring that the aviation industry remains at the forefront of global standards and practices.

Thank you for considering my application.

Respectfully,

Lester Eliazer Orellana Umanzor

EXHIBIT C

Learn more about **LSEG**

Aerospace & Defense

## Focus: United Airlines grapples with pilots avoiding the captain's chair

By Rajesh Kumar Singh

July 18, 2023 5:06 PM EDT · Updated 5 months ago

  



A United Airlines passenger jet lands at Newark Liberty International Airport, New Jersey, U.S. December 6, 2019. REUTERS/Chris Helgren/File Photo *Acquire Licensing Rights*

CHICAGO, July 18 (Reuters) - United Airlines (UAL.O) first officer Phil Anderson has turned down opportunities to be promoted to captain as he does not want the unpredictable schedule that comes with the bigger paycheck.

Anderson is one of many who have passed on that promotion at United, and analysts and union officials said a resulting shortage of captains - who function as head pilots - could cut the number of flights available to travelers by next summer. One industry official dubbed it the "no one wants to be a junior captain syndrome."

Some smaller regional carriers have already been forced to reduce their flights by as much as 20% due to staffing constraints, said Robert Mann, a former airline executive who now runs a consulting firm. If pilots refuse to take the captain's seat, Mann warned that airlines like United could face the same problem even as consumers are returning more to travel.

"You can't fly with two first officers," he said. "You have to have a captain."

Advertisement · Scroll to continue

Finding pilots willing to take career upgrades is not just a United problem.

At American Airlines (AAL.O), more than 7,000 pilots have chosen not to take a captain's job, according to union-supplied data. Dennis Tajer, a spokesman for American's pilots union, said the number of pilots declining promotions has at least doubled in the past seven years.

A first officer helps navigate and operate flights, but a captain is the pilot in command of the plane and is responsible for its safety. While both are union jobs, they fall in different categories and have different pay rates.

Advertisement · Scroll to continue

At United, bids for 978 captain vacancies, or about 50% of the vacancies posted, have gone unfilled in the past year, United pilot union data shows. In June, 96 of 198 openings went unfilled.

Currently, the Chicago-based carrier has about 5,900 captains and 7,500 first officers, according to its union data.

Airlines tend to start training captains after the summer travel rush.

United, scheduled to report earnings on Wednesday, has sought to encourage pilots to become junior captains with a new pilot deal that includes provisions such as premium pay, more days off, and restrictions on involuntary and some standby assignments. The agreement must still be finalized and ratified.

Advertisement · Scroll to continue

Feedback

**QUALITY OF LIFE**

Garth Thompson, United's pilot union head, said the deal would "go a long way" toward ensuring United is sufficiently staffed with captains for 2024 and beyond. But some pilots said it was too early to assess its impact even as they called the proposed changes big improvements.

United did not comment for this story, but CEO Scott Kirby on LinkedIn previously said the deal would deliver "meaningful" quality-of-life improvements for pilots.

Advertisement · Scroll to continue

Delta Air Lines (DAL.N) and American have tried to address work-life complaints with measures such as premium pay and restrictions on four- or five-day trips in new pilot contracts.

Mann said increased flight cancellations and delays at U.S. airlines are largely responsible for work-life complaints.

"It's not necessarily what's in the agreement, but what happens every day in the real world," Mann said. "The biggest complaints come with the least reliable schedule."

Multiple pilots at United told Reuters that senior first officers have been avoiding promotions as they do not want to surrender seniority in their current job category to become a junior captain and risk more disruption to their personal lives.

Under current work rules, pilots said they can be forced to involuntarily accept assignments on days off and that trips can be changed or extended "on a whim."

Seniority affords pilots some schedule certainty as it lets them choose and trade trips, and plan vacations. But a change in their job category or airline base or the equipment they fly can affect their seniority.

A captain's pay is better, but junior pilots, currently, face greater risks of being subjected to unpredictable flying schedules, more on-call duty and assignments on short notice.

Taking a captain's job would have boosted Anderson's pay by 40%, but the 48-year-old pilot said it would have been costly.

"If I did that, I would've ended up divorced and seeing my kids every other weekend," said the Indiana resident, who has three young children.

Top-of-the-scale hourly wages for a 737 United first officer, in the new contract, will range from about $231 to $232, compared with about $311 to $312 for the most junior captain in the same aircraft.

A failure to substantially improve work rules was a major reason why United pilots overwhelmingly rejected a deal last year.

Greg Sumner was among those who voted against the deal. The 50-year-old pilot has moved back to first officer's chair after spending two years as a junior captain.

Sumner said his time in the captain's seat was "rough" as he was often on standby and would receive phone calls from the crew scheduling team at "all hours of the night."

"The biggest takeaway from that time was fatigue," Sumner said. "I was tired all the time."

Reporting by Rajesh Kumar Singh in Chicago; Additional reporting by Allison Lampert in Montreal Editing by Ben Klayman and Matthew Lewis

Our Standards: **The Thomson Reuters Trust Principles.**

Acquire Licensing Rights ⬀

 **REUTERS**®

🔍   ☰

9:36 PM UTC



ANALYSIS
**Russia splashes $12 billion to keep aviation sector in the air**
9:59 PM UTC



Markets
**Wall St ends sharply higher, rebounding with a boost from chips**
2:21 AM UTC



Technology
**China import concerns spur US to launch semiconductor supply chain review**
2:04 AM UTC





## More from Reuters

The stocks that may outshine Magnificent 7 -analyst
(1:30) - December 20, 2023
Watch more videos





'Buy now, pay later' loans raise holiday debt risk
01:22



The stocks that may outshine Magnificent 7 -analyst
01:30

FedEx woes highlight global economic weakness -analyst
00:55



Wall Street tumbles as abrupt sell-off snaps rally



EXHIBIT D

# How Long Does it Take to Become a Pilot?

flyaeroguard.com/learn/how-to-become-a-pilot/how-long-does-it-take-to-become-a-pilot/



## How Long it Takes to Become a Pilot

The first step in starting a career, or even switching careers for some, is research and taking the time to thoroughly understand the career that you're looking at getting into.

Becoming a pilot can be a really exciting new adventure, and one of the more common questions that comes up during someone's research is understanding how long does it take to become a pilot and what does that process look like?

Well, that answer can vary depending on what type of pilot is being asked about. There are many types of pilots and stages of a career that a pilot goes through. The time it takes for each of those is different depending on the pilot career path they choose to take or even the type of flight school. We'll cover the pilot positions most commonly asked about.

## How Long it Takes to Become a Private Pilot

Becoming a private pilot is the first step in a student's pilot journey. Assuming a student has no previous experience, a student can become a private pilot in as little as **4-6 months**.

The time will vary depending on each student's aptitudes and determination, and whether they participate in full-time accelerated flight training or part-time flexible flight training.

Even though a student may not have their certificate for 6 months, they'll feel like a pilot right away as they take the controls with their instructor within the first week of training, and take their first solo flight around month 2.

A student's private pilot license curriculum will vary depending on their flight school and whether or not they do part 61 or part 141 private pilot license requirements, but all in all they should expect to have the PPL done in about 6 months.

## How Long it Takes to Become a Commercial Pilot

For those interested in pursuing flying as a career, after obtaining their Private Pilot License they will move onto the next steps of obtaining their instrument rating and then their Commercial Pilot License.

This is a process that may take approximately 3 – 4 months after their PPL is completed, bringing the total time to 7-10 months, depending on the path that they take.

However, be warned of the differences between a Commercial Pilot vs an Airline Pilot – they do not mean the same thing. While airline pilots are a type of commercial pilot, being a commercial pilot means you now have a CPL certificate from the FAA and can be hired and paid to fly.

An Airline Pilot will not only need this Commercial Pilot License, they'll also need an instrument rating and between 1000-1500 hours of flight experience.

## How Long it Takes to Become an Airline Transport Pilot

Most of the time when someone is asking "how long does it take to become a pilot?" they really mean an airline transport pilot working for the airlines flying passengers around the country.

To become an airline transport pilot, pilots will need their commercial pilot license and instrument rating, along with 1500 hours of flight time experience before they are eligible to gain their ATP certificate. The hour requirement can be reduced to 1,250 or even 1,000 hours depending on if someone has an appropriate college degree.

Starting from 0 experience and moving through PPL, IR, and ultimately that Commercial License can take 7-10 months, and gaining the 1500 hours needed after that can take anywhere from 1 – 3 years depending on the job chosen for building flight experience.

At AeroGuard, our Pilot Pathway Program is designed to navigate students through this path **in 2 years** from beginning to ATP eligibility.

The first 10-12 months is all about the training and getting the needed FAA certifications and ratings, including what's needed to become a CFI at AeroGuard.

The order in which someone receives these certificates and ratings are usually private pilot, instrument, commercial pilot single engine, commercial pilot multi-engine, certified flight instructor, certified flight instructor instrument, and then multi-engine instructor.

Within the AeroGuard Pathway Program, students then have the opportunity to work at AeroGuard as a CFI, or Certificated Flight Instructor, training the next generation of students and gaining their 1500 hours of flight time necessary. CFI ratings themselves are not required to become an airline transport pilot, however, for many, this is a manageable path to gaining 1500 hours by instructing others.

Other ways of building flight experience to 1500 hours are also available to Commercial Pilots looking to work for the airlines, which may vary in the number of jobs, flight time, as well as pay available to them to meet their career goals.

## How Long it Takes to Become a Pilot Captain at a Major Airline

The ultimate end goal for almost every student pilot out there is becoming a captain at a major airline like United, Delta, American, or Southwest.

Why? Well, the extremely lucrative pilot salary and outstanding benefits don't hurt!

So, how long does it take to become a pilot captain at a major airline? Well, let's take a look at what's possible.

We mentioned it'll take 2-3 years from 0 experience to become an airline transport pilot. This is when you'll look at beginning your career at a regional airline like SkyWest. Every time you begin at an airline, you'll start as a First Officer and have to work your way up, and how fast you do that will depend on pilot seniority.

Some first officers have upgraded to captain in around 2-3 years with their regional airline. Once they've worked at the regional airline as captain for an additional 2-5 years is generally when they will try to move over to the major airlines.

Again, once you move over to a major airline, you're starting again as a First Officer and again, pilot seniority plays a huge role. Some first officers have waited decades to become a captain while others can upgrade in just a few years, but we'll set an average range of 5-12 years from first officer to captain at a major airline. That means from 0 experience all the way to major airline captain, one can expect a timeline of 15+ years.

So what are you waiting for? The time to start is now.

# EXHIBIT E



  



# AirHelp Report: The impact of flight disruption on the economy and environment

Last updated on 26 September 2023

- **Disrupted flights cost the USA up to $34 billion, Europe up to $32 billion and Australia $1.5 billion in 2022, 11% more than in 2019, despite there being less traffic**

- **Over 650 million hours of passenger time was wasted in 2022 due to flight disruptions**



**London - 26 September 2023 -** AirHelp, the world's largest air passenger support organisation, today shares the results of its market report that explores the impact of last year's flight disruptions on the economy and the environment across Europe, the US and Australia. Flight disruptions were classified as cancellations and delays of more than 15 minutes.

In 2022, at least 200 million passengers were affected by delays and cancellations in the US, 330 million in Europe and 12 million in Australia, losing a total of 650 million hours of their time in delays and requiring 30 million overnight hotel stays.

## Economic impact

AirHelp investigated the economic impact of flight disruptions across four metrics: incremental operations time for airlines, value of time lost by passengers, spillover effects on other segments of the economy, and additional costs of accommodating flight cancellations. In 2022, flight disruptions generated an impact on the economy of $30-34 billion in the US, $27-32 billion in Europe and up to $1.5 billion in Australia - up to $67.5 billion in total and approximately 11% more than in 2019 despite there being less traffic.

Cost to passengers had the biggest impact, making up 37% of the total cost to the economy. This is due to the value of time and productivity lost by passengers due to delays, based on the hourly value of passengers' time, from aviation agencies' estimates.

Contributing 32% to the total economic impact was the cost to airlines, such as the cost for additional fuel, crew, and maintenance. Spillover costs (16%) with costs for food services, hospitality and retail, and cancellation costs (15%) like hotels and other arrangements for impacted passengers, also play a significant role.



time of delayed planes, as well as additional services used like taxis and hotels. The report discovered that flight disruptions generate an additional nine million tons of CO2 emissions, equal to 1.3% of the industry total. The added carbon footprint equates to annual emissions of approximately two million passenger cars and would require around 3,000 wind turbines running for a year or 300-350 million trees to offset.

Where passengers require hotel nights, meals and transportation due to cancelled and delayed flights, additional and preventable waste is generated. Up to 90,000 tons of waste per year comes as a result of hotel stays and meals for passengers affected by cancellations.

Beyond the environmental impact, flight disruptions also have a negative impact on human well-being - from stress, extended travel, loss of productivity, missed plans, and incurred costs. Noise pollution also contributes to the environmental impact of flight disruptions, particularly in densely populated areas and cities hosting airports with strict curfew policies. Flights with airborne delays will typically be authorised to land after a curfew.

**Room for improvement**

Across all three regions, costs to the airline and spillover costs are predicted to increase in line with the growing number of passengers booking flights and the costs of operations. Cancellations were unusually high in 2022 for Europe and Australia and are expected to improve moving forward, while in the US cancellations may worsen before improving.

This creates additional concerns for US passengers as, in Europe and the UK, the costs of post-cancellation arrangements like food, drink and accommodation, as well as rebooking, should be covered by airlines. However, in markets with less passenger protection - such



AirHelp CEO, Tomasz Pawliszyn comments: *"Flight disruptions are an inconvenience for passengers, airlines and airports, and the impact financially and environmentally has become a leading issue for the industry since the pandemic. To ensure passengers are better protected from disruptions and the financial consequences, airlines should improve their communications with passengers, particularly regarding air passenger rights. At AirHelp, we make our regional air passenger rights guides free to access and offer 24/7 online support for those who are facing disruption."*

[You can download the full report here](#).

## About AirHelp

AirHelp is the world's largest air passenger support organisation. Since its founding in 2013, the company has helped millions of travellers enforce compensation for delayed or cancelled flights, as well as in the event of denied boarding. In addition, AirHelp takes legal and political action to further strengthen the rights of air passengers worldwide. More information about AirHelp can be found at: [https://www.airhelp.com/en-gb/](https://www.airhelp.com/en-gb/)

## Press contacts

[press@airhelp.com](mailto:press@airhelp.com)

## Join the AirHelp Community

Pick up tips, tricks and good vibes from fellow travelers.





Please tick this box if you are happy for us to send you future promotions and product updates

Subscribe

# Share it with your friends!

     

**AIRHELP HAS BEEN FEATURED IN:**

   The New York Times   

The Washington Post



AirHelp is a part of the Association of Passenger Rights Advocates (APRA) whose mission is to promote and protect passengers' rights.





KNOW YOUR RIGHTS

OUR PRODUCTS

SUPPORT

OUR COMPANY

OTHER

EN

Copyright © 2023 AirHelp

EXHIBIT F








Home > Latest > Latest news >

Flight disruption: the impact on the economy and environment


Global Health has changed.


# Flight disruption: the impact on the economy and environment

**Travel**

**26 Sep 2023**

**Megan Gaen**

**Share**

   



## Flight disruptions were classified as cancellations and delays of more than 15 minutes



Open the doors to
**Mayo Clinic for
your members.**

AirHelp, an air passenger support organisation, has shared the results of its market report that explores the impact of last year's flight disruptions on the economy and the environment across Europe, the US and Australia. Flight disruptions were classified

as cancellations and delays of more than 15
minutes.

In 2022, at least 200 million passengers were
affected by delays and cancellations in the US, 330
million in Europe and 12 million in Australia, losing
a total of 650 million hours of their time in delays
and requiring 30 million overnight hotel stays.

## Economic impact

The economic impact was investigated by AirHelp
using four metrics: incremental operations time for
airlines; value of time lost by passengers; spillover
effects on other segments of the economy; and
additional costs of accommodating flight
cancellations.

In 2022, flight disruptions generated an impact on
the economy of $30–34 billion in the US, $27–32
billion in Europe and up to $1.5 billion in Australia
– up to $67.5 billion in total and approximately 11
per cent more than in 2019 despite there being
less traffic.

Cost to passengers had the biggest impact, making
up 37 per cent of the total cost to the economy.
This is due to the value of time and productivity lost
by passengers due to delays, based on the hourly
value of passengers' time, from aviation agencies'
estimates.

Contributing 32 per cent to the total economic
impact was the cost to airlines, such as the cost for
additional fuel, crew, and maintenance. Spillover
costs (16 per cent) with costs for food services,
hospitality and retail, and cancellation costs (15
per cent) like hotels and other arrangements for
impacted passengers, also play a significant role.

## Sustainability impact

Disruptions carry a significant burden on the environment due to longer flying and taxiing time of delayed planes, as well as additional services used like taxis and hotels. The report discovered that flight disruptions generate an additional nine million tons of $CO_2$ emissions, equal to 1.3 per cent of the industry total. The added carbon footprint equates to annual emissions of approximately two million passenger cars and would require around 3,000 wind turbines running for a year or 300-350 million trees to offset.

Where passengers require hotel nights, meals and transportation due to cancelled and delayed flights, additional and preventable waste is generated. Up to 90,000 tons of waste per year comes as a result of hotel stays and meals for passengers affected by cancellations.

AirHelp CEO, Tomasz Pawliszyn said: "Flight disruptions are an inconvenience for passengers, airlines and airports, and the impact financially and environmentally has become a leading issue for the industry since the pandemic. To ensure passengers are better protected from disruptions and the financial consequences, airlines should improve their communications with passengers, particularly regarding air passenger rights."



Travel

**26 Sep 2023**

**Megan Gaen**

**Share**



## Keep on reading

**Mobile messaging and payments wanted by travellers**

**Major boost for air travel recovery during peak season**

**Hong Kong using free tickets to revitalise tourism industry after the pandemic**

**Greece international arrivals exceed pre-pandemic levels**



About Us

Contact

Privacy Policy

Terms

ITIC

© Voyageur Publishing & Events 2023

Air Ambulance

EXHIBIT G

**Spotlight** | China's Housing    Nigeria's Election    Crypto Spring

◄                                                                          ▸

**ECONOMY**

# North American Aviation Enters 2023 With Too Few Pilots and Mechanics

**March 6, 2023**



**Derek Costanza**
Partner, Aviation and Aerospace Practice at Oliver Wyman



**Geoff Murray**
Partner, Aviation and Aerospace Practice at Oliver Wyman



**Daniel Rye**
Partner, Aviation and Aerospace Practice at Oliver Wyman

In 2022, there were already too few commercial airline pilots in North America, leading to cutbacks in service to less popular and more rural destinations and a contraction of regional jet operations that had lost pilots to major airlines.

This year, there are also too few mechanics.

Oliver Wyman projects a gap in 2023 between the North American supply and demand for mechanics of more than 12,000. This

estimate takes into consideration the number of licensed and unlicensed labor working on aircraft and in repair shops as well as the anticipated demand for maintenance, repair, and overhaul (MRO) services. The gap represents about 14% of the total workforce of mechanics, which are often referred to as technicians in the industry because of the advanced, highly skilled nature of their work.

In fact, the aviation industry in North America enters 2023 with too few workers in many job categories, including air traffic controllers and ground crew. In the case of both pilots and mechanics, the gaps between supply and demand cannot be filled overnight because of the training required and a limited pool of prospective technician candidates.

## Industry Efforts to Close the Gaps

But, over the past year, airlines have been working hard to address the various shortages. For instance, besides cutting back on service, airlines also tried to lure pilot candidates by increasing salaries — significantly in the case of regional airlines — and providing faster paths to career advancement. Awareness of the impending, decade-long shortage itself also ended up helping attract pilot candidates, giving them new confidence in the potential for long-term job security in what has been at times a boom-and-bust industry.

While it will still be a complex balancing act for airlines for the rest of the decade, especially if projected demand materializes, the latest Oliver Wyman analysis suggests the pilot shortage will be less severe than expected. We now anticipate a peak shortfall in 2026 of about 24,000 pilots instead of a peak of close to 30,000 once predicted in the wake of COVID-19 early retirements. That still represents about 23% of the pilot workforce, so the problem is far from eliminated. By 2032, we expect that gap to narrow to about 17,000, or 15% of the workforce, which is about where it will stand this year and next.

> *Pilots and mechanics are also overwhelmingly male and white, meaning a large pool of potential female and minority candidates have been overlooked for decades.*

The improved outlook reflects a rise in the number of pilots seeking air transport pilot (ATP) certification — a license needed to fly a commercial airliner and eventually become a captain. In 2022, the Federal Aviation Administration (FAA) reported that more than 9,500 pilots qualified for an ATP certificate versus a little over 5,000 in 2021 and almost 7,000 in 2019.

## Higher Costs

Almost all the potential fixes involve higher operating costs for airlines. Carriers are also pushing up wages to retain and attract technicians, just as they did for pilots. That elevates wage levels for

all MRO providers and boosts expenditures on labor, one of aviation's highest operational costs. The industry is also trying to subsidize training for both pilots and mechanics where possible.

But there are other operational changes prompted by the shortages. To compensate for too few technicians, airlines can also be expected to keep more spare aircraft and parts on hand as a cushion, which will drive expenses higher. For consumers, the mechanic shortage is likely to lead to more delays, cancellations and fewer flights, although the direct impact will be less than it has been with pilots. Additionally, the higher costs are expected to push up air fares, assuming demand doesn't decline.

As the decade progresses, the mechanic supply gap widens. By 2027 — projected to be the worst year for the shortage — the shortfall could be over 40,000, depending in part on how quickly the industry moves to attract more technicians and the success of those efforts.

Since the COVID pandemic, aviation has endured a series of challenges — with workforce shortages being one of the most profound. When coupled with supply chain disruptions caused by COVID, the Russian invasion of Ukraine and other geopolitical unrest, it is easy to understand why operating costs are rising for the industry.

## Baby Boomer Retirements

The problems facing both pilots and mechanics are similar and involve three generations of workers — baby boomers, millennials and members of Generation Z. For both technicians and pilots, a large contingent of baby boomers has recently retired or is on its way to retirement, leaving a gaping hole in the workforces. Those gaps were further enlarged by a raft of early retirements and other employee departures during the COVID-19 pandemic.

For instance, as much as 35% of the current workforce of mechanics is 55 to 64 years old, putting more than one-third at or near retirement, according to a recent Oliver Wyman survey of MRO operations and government data. The average retirement age for a mechanic was 62 before the COVID-19 pandemic, based on Oliver Wyman's analysis. While the FAA requires pilots to retire at 65, there is no mandatory retirement age for mechanics.

On the recruitment side for both job categories, there haven't been enough millennial and Gen Z workers to fill the void, with a raft of reasons behind the insufficient numbers. For pilots, the military has been training fewer as the services look to unmanned drones, more advanced aircraft and missiles to take their place in combat zones.

In both job categories, there has been a questionable short-term value proposition between the amount of time and money required to get the necessary training and the entry-level salaries and working environment faced by new candidates. Neither job category

allows for hybrid work — these days a requisite element of employment for most Gen Z workers.

## How to Expand the Pool

### Related Reading

 **The Pilot Shortage Will Only Get Worse as the Decade Progresses**

 **Sustainable Aviation Fuel: A Catch-22 Making Emissions Cuts Tough**

 **Aviation's Recovery Isn't As Robust as Expected**

Pilots and mechanics are also overwhelmingly male and white, meaning a large pool of potential female and minority candidates have been overlooked for decades. For instance, only 2.6% of mechanics and 4.6% of airline pilots in the U.S. are women.

The improved outlook on pilots does show that aggressive action by airlines can help ease the pressures. Many of the solutions for pilot recruitment also apply to mechanics. Given the essential nature of both jobs, collaborating with regulators to modernize both

professions as well as subsidizing the training process for both more vigorously also need to be high up on the industry's to-do list this decade.

*Contributing to the research and data analysis on the shortages in pilots and mechanics were Rory Heilakka, Sam Sargent, Lindsay Grant, Livia Hayes, Scott Horowitz, and Jeff Green from Oliver Wyman.*

**INVESTMENT**      **RISK LEADERSHIP**      **STRATEGIC INNOVATION**



# Derek Costanza

**Partner, Aviation and Aerospace Practice at Oliver Wyman**

Derek Costanza is a partner in Oliver Wyman's Aviation and Aerospace practice where he has focused on cost transformation, operation improvements, and process redesign, among other things. He also does extensive work on issues affecting aviation's aftermarket.



## Geoff Murray

Partner, Aviation and Aerospace Practice at Oliver Wyman

Geoff Murray is a partner in Oliver Wyman's Aviation and Aerospace practice where he advises on aftermarket growth, organizational design, and mergers and acquisitions. He is a current commercial airline pilot and an original member of the Boeing T-45A Goshawk experimental flight test team.

### The Pilot Shortage Will Only Get Worse as the Decade Progresses

## Will Automation Solve the Ongoing Risk of Aviation Crew Fatigue?



## Daniel Rye

**Partner, Aviation and Aerospace Practice at Oliver Wyman**

Daniel Rye is a partner in Oliver Wyman's Aviation and Aerospace practice where he advises on strategy, operations, and analytical capabilities, with a focus on flight operations and crew management. He is a regular contributor to Oliver Wyman's annual flight operations industry report and oversees Oliver Wyman's pilot supply and demand forecast model.

# Related Stories

INVESTMENT       RISK LEADERSHIP       STRATEGIC INNOVATION



## What Ordinal NFTs Mean for Bitcoin

Jaymin Kim

**Director of Commercial Strategy at Marsh McLennan**



# Market Update: How Is the Global Economy Shaping Up?

Rupert Watson
**Head of Asset Allocation, International Ex-Pacific at Mercer**

Rachel Volynsky
**Chief Investment Officer at Mercer**

Cameron Systermans
**Head of Asset Allocation (Asia), Portfolio Manager at Mercer**

URL: https://www.brinknews.com/north-american-aviation-enters-2023-with-too-few-pilots-and-mechanics/

EXHIBIT H

**NEWS** · News

# Torrance flight school hopes to help alleviate pilot shortage – by launching new ones

Sling Pilot Academy is giving away 200 free flights and $500,000 in scholarships to encourage students to join the aviation workforce.



Natalie Gallo, a senior at West Hills High School, learns about a Sling aircraft from pilot Tyler Powell on Saturday, Mar. 11, 2023, at the Sling Pilot Academy in Torrance Airport. (Photo by Howard Freshman, Contributing Photographer)






By **TERESA LIU** | tliu@scng.com
PUBLISHED: March 11, 2023 at 5:02 p.m. | UPDATED: March 14, 2023 at
11:28 p.m.

More than 700 hundred people gathered at Torrance Airport on Saturday, March 11, to experience what it's like to be a pilot.

"A lot of people just don't realize what a good job being a pilot is," said Wayne Toddun, co-CEO of Sling Pilot Academy, located at 3401 Airport Drive in Torrance.

To cope with the worldwide pilot shortage, Toddun said the school is giving away 200 free flights to high school juniors and seniors and college students to encourage them to pursue pilot as a career. However, due to the weather on Saturday, the school will reschedule the flights at a future time. No date has been set yet.

The organizer had planned to give away only 100 flights, but tickets for the flights were snapped up so quickly that the organizer added 100 new ones.

Despite the pouring rain, participants began to show up as early as 8 am. They were given an introductory lesson to flying and received hands-on simulator flight training. Staff from SkyWest Airlines were present to answer questions from future young pilots, so were representatives from Women in Aviation, The Ninety-Nines, Professional Asian Pilot Association and Latino Pilot Association and other multicultural associations.

The organizer awarded two scholarships, each worth $18,000, to Cameron Criss from Cal State LA and Heaven Valenzulea from Marietta High School. Matt Liknaitzky, co-CEO of the flight school, said the students were chosen for the scholarships because of their interest and attitude in aviation, high GPAs, as well as their abilities and desire to go down the path to becoming a pilot.

The scholarships were taken from the $500,000 aviation workforce development grant that Sling received from the Federal Aviation Administration, which aims to inspire a more diverse pool of pilots and aviation maintenance technicians to join the next generation of aviation professionals. The school will use the grant to recruit and train local high school students as pilots and to teach teachers about careers in aviation.

Toddun said that right now is a "really good timing" to join the workforce, because "there's a lot of opportunities for pilots right now."

The global commercial aviation industry has faced a shortage of pilots since years before the pandemic. Its causes varied across regions of the world. A combination of aging pilot population and heavy use of early retirements have contributed to the pilot scarcity in North America.

As COVID-19 restrictions ease and air travel rebounds across the world, experts believe the pilot supply gap will only widen throughout the decade. For example, Oliver Wyman, a management consulting firm, predicts that North America will be short nearly 30,000 pilots by 2032.

Boeing's 2022 Pilot and Technician Outlook forecasts that the industry will need to fill 2.1 million new aviation jobs over the next 20 years to fully support commercial air travel recovery and meet rising long-term growth. According to Boeing, 602,000 pilots, 610,000 maintenance technicians and 899,000 cabin crew members will be needed over the next two decades.

"There's just such a big shortage, and it peaks in about eight years. So it's really good timing for people to get into it right now," Toddun said.

Despite the potential for a six-figure salary, the cost and years of training required to become an airline pilot have made many people hesitant about pursuing the profession. But Toddun said the return on investment is higher than professions such as a doctor.

The tuition cost for a nine-month program at Sling is around $70,000, Toddun said. Students also need to set aside around $7,000 for written exams and check rides, making the total cost of education at the academy to be under $80,000, he added.

In order to graduate from Sling, one needs to complete 280 hours of flying. After that, the student needs to fill 1,500 hours of flying as an instructor before they can move on to a job at a regional airline. The period as an instructor, which is like a paid internship, usually lasts around a year and a quarter to a year and a half, Toddun said.

"Now, within three years, they're going be earning over $200,000 a year, roughly, and once they get very experienced, so like if you get a job with a major airline flying what we call wide-bodies, so the big aircraft, then you could be earning anywhere from $380,000 a year up to $450,000 a year," he said.

According to the US Bureau of Labor Statistics, airline pilots, copilots and flight engineers made a median salary of $202,180 in 2021. The lowest 10 percent earned less than $100,110, while the highest 10 percent earned more than $208,000.

Commercial pilots take home an annual wage of $99, 640, on average. Most pilots begin their first job as first officers. The average first officer salary is around $72,392 in California and $64,810 in the US, as of February 2023, according to salary.com.

Some students at Sling made the mid-career shift to become a pilot due to economic consideration.

Riki Byrnes, 32, a certified flight instructor-instrument (CFII) at Sling, used to work as a flight attendant on Hawaiian Airlines, but he has always had an innate curiosity about what's happening in the cockpit.

"We will go open the cockpit, and I'm always asking all these questions, like, what's this? What's that?" said Byrnes, who's originally from Tokyo, Japan.

So when he was furloughed during the COVID-19 pandemic, Byrnes decided to follow his passion.

"I was like, maybe this is the best time to take my training," he said. Byrnes did some research and discovered Sling on Instagram. He decided to attend the school because it costed $20,000 less than other flight academies, Byrnes said.

Cindy Morris, 34, also a CFII at Sling, stumbled upon the career while completing her stewardess license to become a flight attendant in her native country of

Then in 2008, the economic crisis hit, making it difficult for airlines to operate. The European airlines were hit especially hard, Morris said. Therefore, Morris continued her studies to become an accountant. She moved to the US after completing her master's degree and decided to give pilot a shot on the side of her full-time accounting job.

"After getting my private pilot license and seeing how fun it was, I decided to continue this full time and make it a second career, in my 30s," she said.

To help alleviate the shortage, many major airlines, such as Delta, Southwest, United and American Airlines, no longer require their pilots to hold a four-year bachelor's degree. This change has opened the doors to those seeking an alternative career route or students working to make ends meet while spending years in college, Toddun said.

Janessa Larsuel, a 20-year-old from Long Beach, was pursuing an engineering degree at a college when she decided that the 9-to-5 lifestyle wasn't for her.

"I feel like in high school, when they're giving you career options, they give you such a small select group, and being a pilot isn't necessarily one of them," she said.

Larsuel started looking for careers that offer a more flexible schedule and landed on Sling.

There are a lot of career options in the airline industry, besides being a pilot, said Christian Walsh, a 30-year-old CFII at Sling, who's originally from Australia.

"If you work for an airline, there's a bazillion jobs apart from being a pilot. You could be a simulator instructor. You could work in any point of management there," he said.

 The Trust Project ∨

Taboola Feed

**Choosing a Flight School: Costs and What to Look for -**
Choosing a flight school is important to your future career as a pilot. You need a flight school that works with...

# EXHIBIT I



>> DON'T TAKE AWAY AIRLINE CREDIT CARDS — TELL CONGRESS TO PROTECT YOUR POINTS. LEARN MORE

Airlines for America®

# ECONOMIC IMPACT OF COMMERCIAL AVIATION



# COMMERCIAL AVIATION IS A CRITICAL ECONOMIC ENGINE AND HELPS DRIVE MORE

# THAN 10 MILLION AMERICAN JOBS.

Commercial aviation drives 5% of U.S. GDP—the equivalent of $1.25 trillion in 2022. Every day, U.S. airlines operate more than 25,000 flights carrying 2.5 million passengers to/from nearly 80 countries and more than 59,000 tons of cargo to/from more than 220 countries. As the aviation industry stabilizes and mounts a robust recovery, U.S. airlines are investing, innovating and growing so we can deliver for you.

# FEATURED DATA

17:55 EST

## U.S. Airline/Airport Operations



| 15,376 | 99.8% |
| Departed | Completion Factor |

| 41 | 22,553 |
| Canceled | Daily Scheduled |

| 90.3% | 87.9% |
| OTP (A14) | OTP (D0) |

### TOP 60 U.S. AIRPORTS: PERFORMANCE AS OF 17:55 EST ON DECEMBER 21



### RECENT U.S. AIRPORT PERFORMANCE



## Completion Factor: 99.6% (Average)

100%

50%

0%
09/22/2023                                    Yesterday

Dec 20
99.7%

## Canceled Flights: 6,991 (Total)

1,000

500

0
09/22/2023                                    Yesterday

Dec 20
66

Hover for specific date; modify date ranges by highlighting.

**ANUVU** Descriptions and definitions: All data provided by Anuvu – masFlight (Anuvu.com), Domestic and International flight departures for U.S. airlines (mainline and regional) to U.S. airports. Non-U.S. airlines are not included. Today's flight performance is cumulative throughout the day. D0 = Departed on or before schedule. A14 = Arrived within 15 minutes of schedule. OTP = On-Time Performance. Completion Factor (CF) = Percent of scheduled departures. Pending = departed, currently in flight. Avg TXO mins = Average taxi out time.



### Average Jet-Fuel Prices for U.S. Airlines Reached an All-Time High in 2022

*Average Systemwide Paid Price ($) of Jet Fuel per Gallon: U.S. Passenger and Cargo Airlines*

| Year | Price |
|------|-------|
| 2017 | 1.70 |
| 2018 | 2.16 |
| 2019 | 2.01 |
| 2020 | 1.43 |
| 2021 | 1.98 |
| 2022 | 3.37 |

## A4A Presentation: Industry Review and Outlook

DEC 20, 2023

**P D F  R E P O R T**



Change in Day-of-Week Travel Patterns Provides Evidence of
**Increased Leisure Mix for Air**

*Change (%) in TSA Checkpoint Passenger Volume: 2022 vs. 2017-2019*

(3.6)  (7.0)  (9.1)  (10.0)  (7.7)  (7.6)  (3.7)

## State of U.S. Aviation

D E C  2 1 ,  2 0 2 3

**P D F  R E P O R T**

# DAILY JET FUEL SPOT PRICES

## Jet Fuel Spot Prices Over 60 Days    Jet Fuel Spot Prices Over One Year

### Price for 21-Dec-2023: $2.44/gallon

Argus daily simple-average jet-fuel price for Chicago, Houston, Los Angeles, and New York



## Argus US Jet Fuel Index™



Copyright © 2023 Argus Media Limited. Citations of this price in speeches or press reports must acknowledge Argus Media as source and describe the price as "Argus US Jet Fuel Index." Any other use of this price or price history will require prior written consent of Argus Media. Argus, Argus logo, and Argus US Jet Fuel Index are trademarks of and used under license from Argus Media Limited.

# LATEST DATA

SORT BY                                                        ⌄



## State of U.S. Aviation

DEC 21, 2023

**PDF REPORT**



## A4A Presentation: Industry Review and Outlook

DEC 20, 2023

**PDF REPORT**



## U.S. Government-Imposed Taxes on Air Transportation

DEC 15, 2023

**DATA SPREADSHEET**



## U.S. Airline Mergers and Acquisitions

DEC 5, 2023

**STATISTICS & DATA**



## A4A Passenger Airline Cost Index (PACI)

OCT 23, 2023

**DATA SPREADSHEET**



## Aircraft Noise Exposure in the U.S.

OCT 18, 2023

**DATA/GRAPH**

**VIEW MORE**



BACK TO TOP



Work for A4A

Careers

Media Resources

Glossary

About A4A

Publications & Subscriptions

ATA e-Business Program

Privacy Statement



**SIGN UP FOR SMARTBRIEF**

EMAIL                                                                    >>

© 2023 Airlines for America (A4A). All rights reserved.

EXHIBIT J



# THE IMPORTANCE OF AIR TRANSPORT TO THE **UNITED STATES**



## The air transport sector makes a major contribution to the United States' economy

There are different ways of measuring air transport's impact on an economy. We look at three: the jobs and spending generated by airlines and their supply chain, the flows of trade, tourism and investment resulting from users of all airlines serving the country, and the city pair connections that make these flows possible. All provide a different but illuminating perspective on the importance of air transport.



Source: Oxford Economics [1]

### The air transport sector supports jobs...

Airlines, airport operators, airport on-site enterprises (restaurants and retail), aircraft manufacturers, and air navigation service providers employ 2.2 million people in the United States. In addition, by buying goods and services from local suppliers the sector supported another 1.7 million jobs. On top of this, the sector is estimated to support a further 1.3 million jobs through the wages it pays

its employees, some or all of which are subsequently spent on consumer goods and services. Foreign tourists arriving by air to the United States, who spend their money in the local economy, are estimated to support an additional 1.3 million jobs. In total 6.5 million jobs are supported by air transport and tourists arriving by air.

### ...and spending

The air transport industry, including airlines, and its supply

chain, are estimated to support US $641 billion of GDP in the United States. Spending by foreign tourists supports a further US $138 billion of the country's GDP, totaling to US $779 billion. In total, 4.2 percent of the country's GDP is supported by inputs to the air transport sector and foreign tourists arriving by air.

*For forecasts of the industry's GDP and jobs contribution over the next 20 years see page 4*


# Air transport facilitates flows of goods, investment and people



**US $211 bn**
FOREIGN TOURIST
EXPENDITURE



**US $7.8 trillion FDI**



**US $2.2 trillion EXPORTS**

Note: Data relate to all modes of transport. Foreign direct investment (FDI) figure represents cumulative inward stock at the end of 2017
Source: UNWTO, UNCTAD and World Bank [2]

The most important benefits from air transport go to passengers and shippers and the spillover impacts on their businesses. The value to passengers, shippers and the economy can be seen from the spending of foreign tourists and the value of exports (though note these figures include all modes of transport). A key economic flow, stimulated by good air transport connections, is foreign direct investment, creating productive assets that will generate a long-term flow of GDP.

**Top five international tourist arrivals (all modes of transport) by country of residence [3]**

1. Canada
2. Mexico
3. United Kingdom
4. Japan
5. China

**Top five busiest direct flights arrivals**

1. Canada
2. Mexico
3. United Kingdom
4. Japan
5. Dominican Republic

**Top five busiest air cargo routes**

1. People's Republic of China
2. United Kingdom
3. Japan
4. Republic of Korea
5. Germany

Source: UNWTO and IATA [2]

**Annual passenger flows by region (origin-destination, '000s)**



616,830

33,700

3,070

24,080

2,240

26,130

North America is the largest market for passenger flows to and from the United States, followed by Europe and Latin America. 617 million passengers arrived to the United States from North America (87.4 percent of total), 33.7 million passengers arrived from Europe (4.8 percent of the total) and 26.1 million passengers arrived from Latin America (3.7 percent).

Source: IATA Direct Data Solutions



# Air transport connects the United States to cities around the world

Air transport generates benefits to consumers and the wider economy by providing speedy connections between cities. These virtual bridges in the air enable the economic flows of goods, investments, people and ideas that are the fundamental drivers of economic growth.

**Map of the United States' air connectivity, by its largest markets (segment basis)** [4]



IATA's measure of how well a country is connected to economically important cities around the world is shown above. The map shows the United States'

connectivity at a regional level and how it has evolved. The United States' connections to the Middle East have grown the fastest over the last five years.

**Number of international city pairs direct service in the top ten countries by passenger numbers in the world**

- United States
- 53 People's Republic of China
- 41 Japan
- 67 United Kingdom
- 7 India
- 0 Indonesia
- 28 Spain
- 61 Germany
- 34 Brazil
- 32 France

**343** CITY PAIRS IN THE TOP 10 COUNTRIES BY PASSENGER NUMBERS



Source: IATA, Aviation Benefits Beyond Borders 2018 report

---

[4] The air connectivity scores reported are total destination weighted seats per 1000 people. IATA developed the Air Connectivity Indicator calculated based on the total route capacity (in terms of seats available) weighted by the destination airport's relative capacity (calculated as the ratio of seats available at that airport relative to the capacity at the airport with most available seats) divided by the population size of the country with a 0.15% of connectivity threshold in 2013.



# Ease of travel, visa openness, and trade facilitation are vitally important

If air transport's unique contribution is the bridges it creates between cities, then the flows of goods, people, investment and ideas that stimulate economic development must flow unimpeded to maximise their contribution to consumers and the wider economy. Here we measure how freely goods and people flow across borders.

### Passenger facilitation and visa openness

The United States' passenger facilitation (6.7/10) scores above the North American average (6.6/10). On the World Economic Forum's Travel & Tourism Competitiveness Index, the country ranks 122nd for visa openness. In all these scores, higher is better.



Passenger Facilitation Score [5]
**6.7/10**



Visa Requirements score [6]
**0.6/10**

### Measures of air cargo trade facilitation

The United States' facilitation of air cargo through its customs and borders regulations ranks 15th out of 124 countries in terms of the Air Trade Facilitation Index (ATFI) and 10th out of 135 countries in terms of the eFreight Friendliness Index (EFFI) globally [7].



Air Trade Facilitation Index (ATFI) score [5]
**9.1/10**



eFreight Friendliness Index (EFFI)
**3.8/10**

# Forecast scenarios for passenger traffic, jobs and GDP footprint [8]

Air transport market in the United States is forecast under the "current trends" scenario to grow by 62% in the next 20 years. This would result in an additional 531.6 million passenger journeys by 2037. If met, this increased demand would support approximately US $1.26 trillion of GDP and almost 8 million jobs.

| | | PASSENGERS | US $ GDP | JOBS |
|---|---|---|---|---|
| **2017** | | 860.8 m | $778.7 bn | 6.5 m |
| **2037** | Current Trends | 1,392.4 m | $1,259.6 bn | 8.1 m |
| | Upside | 1,505.7 m | $1,362.1 bn | 8.8 m |
| | Downside | 1,243.9 m | $1,125.3 bn | 7.2 m |

[1]  Source: Aviation Benefits Beyond Borders 2018 report (all currency is in the United States dollars at 2016 prices).

[2]  Data relates to 2017 or most recent.

[3]  Arrivals of non-resident tourists at national borders or in all types of accommodation establishments, by country of residence.

[4]  Passenger facilitation, one of the Air Transport Regulatory Competitiveness Indicators developed by IATA in 2016, looks at the ease of people moving around the globe and how the governments facilitate this process. It assesses the performance of economies on implementation of open skies agreements, advance passenger information and automatic border control systems and visa requirements.

[5]  Entry visa requirements for a tourism visit from worldwide source markets (10 = no visa required for visitors from all source markets, 0 = traditional visa required for visitors from every source market). Source: WEF, Travel & Tourism Competitiveness Report 2017.

[6]  The IATA Air Trade Facilitation Index (ATFI) measures the extent to which a country facilitates air cargo through its customs and borders processes and regulations. The IATA E-freight Friendliness Index (EFFI) assesses the actual penetration of electronic transactions and documents in air cargo shipments (Value of Air Cargo 2016 report).

[7]  Passengers are counted as departures, including connections. The passenger forecasts are based on the IATA 20-year passenger forecast (October 2018). Data on GDP and jobs 2017 are from Oxford Economics. GDP and jobs forecasts are from IATA Economics.

[8]  All data relates to 2018 or most recent unless stated otherwise.

**Terms and Conditions** for the use of this IATA Economics Report and its contents can be found here: http://www.iata.org/economics-terms By using this IATA Economics Report and its contents in any manner, you agree that the IATA Economics Report Terms and Conditions apply to you and agree to abide by them. If you do not accept these Terms and Conditions, do not use this report.

EXHIBIT K

From: **Delta@airlineapps.com**
Subject: **INVITATION TO INTERVIEW WITH DELTA AIR LINES**
Date: **Jul 21, 2023 at 12:01:49 PM**
To: **lesorellana7@yahoo.com**



**Jul 21, 2023**

**Lester ,**

The Delta Pilot Selection Team is pleased to invite you to visit our World Headquarters Campus in Atlanta to be considered for employment as a Delta Air Lines pilot!  To accept this invitation, please use this Interview Schedule Request Link. You will then receive an email confirmation with your scheduled date.  If you need to speak with one of our coordinators, you can contact them at 404-714-3231 Monday through Friday from 8:00 a.m. to 5:00 p.m. Eastern time.

This step is a one-day process that consists of a panel interview and taking the MMPI-2 test with a follow-up conversation with a psychologist.  If a conditional job offer is extended, please be prepared to show approved documentation if your FAA medical certificate includes a special issuance or statement of demonstrated ability. It is recommended that you avoid any non-prescription medications for at least 48 hours prior to your visit.

At your request, we will provide you with positive space round-trip air transportation via Delta mainline to Atlanta. When you call to make your appointment, please provide your preferred Delta mainline departure point. Our staff will make arrangements and contact you with the confirmed flight information. If it becomes necessary to amend your travel reservations, we will attempt to accommodate your needs but, depending on flight availability, that may not be possible.   You will be electronically ticketed and need only present your name, flight information, and picture ID at the kiosk or ticket counter at least 1 1/2 hours prior to departure. You will be responsible for your own lodging, food, and ground transportation in Atlanta. There are many hotels to choose from that are located near the Atlanta airport and most offer shuttle service to Delta's World Headquarters Campus which is on the north side of the airport.

Throughout the entire testing and interview process, you should be dressed in business attire and please note: NO electronic devices, including phones, tablets and laptop computers are permitted to be used OR seen during the entire time while you are on Delta's World Headquarters Campus!

Please ensure that your airlineapps.com application is current but DO NOT update your application within 2 BUSINESS DAYS prior to your scheduled interview date. A complete and current application is essential for the panel interview process and the interview team will compare your current application with our digital copy of your application from the day you were invited to interview. There should be no significant difference between these two applications. You will be required to sign this application affirming that the information you provided is complete and accurate. All information you provide on the application, during the interview, or in the documents you bring for review is subject to verification by Delta.

If you are unable to honor your interview commitment, please REPLY to this email IMMEDIATELY so we may attempt to provide this opportunity for a fellow candidate.  If you cancel an interview commitment within 14 days of the scheduled date, you may be required to wait up to 90 days for another interview opportunity. **If you do not respond to this invitation within 10 days we will assume that you are no longer**

**interested in a Delta interview.**

Congratulations on being selected for an interview and we look forward to seeing you in the near future!

Interview Schedule Request


Sincerely,

The Delta Pilot Selection Team


------------------------------------------------------------------

**What to Bring – All Candidates**


All Candidates are required to bring the following items for the interview, depending upon your individual flying history (civilian/military/both). Please read each paragraph below to determine if the instructions in that paragraph apply to you. For items you are asked to bring, unless otherwise stated, please provide the document "Originals" and "One Copy" to the receptionist in the Pilot Selection office when requested. Please separate and label the documents as to "Originals" or "Copies".


1. ALL original flight log books and military daily flight records (if applicable) detailing ALL flight hours, endorsements and evaluations. (Originals only)
2. College and university transcripts from ALL institutions attended. An official copy bearing a seal from the registrar's office in an unopened envelope is preferred. An official emailed and printed version is acceptable if it is sent directly to you. Please be prepared to show the email on request. Please do not have the email sent directly to Delta Pilot Selection.
3. Pilot certificates and FAA First Class Medical (Originals and one copy).
4. ATP certificate (Original and one copy) or one copy of valid ATP written exam results if you do not have an ATP certificate.
5. FCC Radio Operator's License (Original and one copy).
6. Current driver's license (Original and one copy - front and back).
7. Valid Passport (Original and one copy of the information page).
8. Completed information and consent forms attached to this letter.
9. If former military, ALL Forms DD214 (Member 4 copy) or active duty military orders if not discharged (One copy). Also includes DD214's covering all enlisted service. (if applicable)
10. Enlisted personnel Performance Reports or Evaluations for the period of enlisted service (if applicable)

**If you are currently or were formerly flying in a military capacity, we also require these items depending upon the branch(es) of service for which you are/were flying:**


Air Force

From: **Delta@airlineapps.com**
Subject: **Confirmation-Interview with Delta Air Lines**
Date: **Jul 21, 2023 at 1:22:01PM**
To: **lesorellana7@yahoo.com**



**Jul 21, 2023**

**NAME:** Lester Orellana Umanzor,

**SCHEDULED INTERVIEW DATE:** 10-04-2023

**Address: 1020 Delta Blvd.**

**Atlanta, GA 30354-1989**

**This is to confirm that you are scheduled to interview for a pilot position with Delta Air Lines!**

**Approximately two weeks prior to your interview, you will receive two emails. The first email will be a confirmation of your upcoming interview. This email will contain a checklist of all the items and documents you will need to bring with you. The second email will be your travel itinerary from Delta.com and will contain your flight arrangements to and from Atlanta.** If it becomes necessary to amend your travel reservations, we will attempt to accommodate your needs but, depending on flight availability, that may not be possible. If you have not received confirmation of your travel arrangements by the Friday prior to your interview date, please contact the Pilot Selection Team to confirm your travel plans. You will be electronically ticketed and need only present your name, flight information, and picture ID at the kiosk or ticket counter at least 1 1/2 hours prior to departure.

You will be responsible for your own lodging, food, and ground transportation in Atlanta. There are many hotels to choose from that are located near the Atlanta airport and most offer shuttle service to Delta's World Headquarters Campus which is on the north side of the airport.

Upon arrival for your interview, it will be necessary to present a valid photo ID for entry into Delta's World Headquarters Campus. Please check-in with the security personnel at Delta's main entrance gate on Airport

Loop Road to receive a visitor's pass. If arriving by private auto, parking is available behind the Ambassador Andrew J. Young building directly to the left of the main entrance. The Pilot Selection office is accessible from the main lobby of the 1020 Building and is clearly marked. **All applicants should be present in the Pilot Selection office no later than 6:45a.m.**

If you are unable to honor your interview commitment, please contact us as soon as possible so we may attempt to provide this opportunity for a fellow candidate. Please be aware that if you cancel an interview commitment within 14 days of the scheduled date, you may be required to wait 90 days for another interview opportunity. You may contact our scheduling team at (404) 714-3231.

We look forward to meeting you!

The Delta Pilot Selection Team

------------------------------------------------------------------

**What to Bring – All Candidates**

All Candidates are required to bring the following items for the interview, depending upon your individual flying history (civilian/ military/both). Please read each paragraph below to determine if the instructions in that paragraph apply to you. For items you are asked to bring, unless otherwise stated, please provide the document "Originals" and "One Copy" to the receptionist in the Pilot Selection office when requested. Please separate and label the documents as to "Originals" or "Copies".

Upon arrival to the Pilot Selection office, we will collect the items listed below. **Do not staple/bind/tab any of your documents or place them in page protectors.**

- **Completed Pilot Consent Form attached to this letter.**

## SET 1:

1. **ALL original flight log books** and military daily flight records (if applicable) detailing ALL flight hours, endorsements and evaluations. (Originals only)

2. If former military, ALL Forms DD214 (**Member 4 or Service 2 copy**) or active duty military orders if not discharged (One copy). Also includes DD214's covering all enlisted service (if applicable).

3. Enlisted Personnel Performance Reports or Evaluations for the period of enlisted service (if applicable).

4. College and university transcripts from ALL institutions attended. An official copy bearing a seal from the registrar's office in an unopened envelope *is preferred*. An official emailed and printed version is acceptable if is sent directly to you. Please be prepared to show the email on request. Please do not have the email sent directly to Delta Pilot Selection. Note: transcripts will not be returned.

**SET 2:**

1. ATP certificate (Original and one copy) or one copy of valid ATP written exam results if you do not have an ATP certificate. Do not redact any information.

2. FCC Radio Operator's License (Original and one copy). Do not redact any information.

3. Pilot certificates and FAA First Class Medical (Originals and one copy). Do not redact any information.

4. Current driver's license (Original and one copy - **front and back**). Do not redact any information.

5. Dual citizenship information (if applicable). Original and one copy. Do not redact any information.

6. **Valid Passport – signed** (Original and one copy of the information page). Do not redact any information.

**If you are currently or were formerly flying in a military capacity, we also require these items depending upon the branch(es) of service for which you are/were flying:**

**Air Force**

1. Form 942 ("Record of Evaluation") (One copy).

2. ALL Form 8s ("Certificate of Aircrew Qualification") (One copy).

3. USAF Aviation Record Management System "Flying History Report" (One copy).

4. Form 707 ("Officer Performance Report") for ALL evaluation periods (One copy).

**Army**

1. "Officer Evaluation Report" for ALL evaluation periods (One copy).

2. Form 759 ("Individual Flight Record and Flight Certificate") and other check ride evaluation forms (Originals only).

**From:** **Delta@airlineapps.com**
**Subject:** **Congratulations on your CJO!**
**Date:** **Oct 4, 2023 at 3:44:38 PM**
**To:** **lesorellana7@yahoo.com**



Delta Air Lines, Inc.
Post Office Box 20706
Atlanta, Georgia 30320-6001

Oct 04, 2023

Lester Orellana Umanzor
121 Mirin Ave
Roosevelt, NY 11575

Lester ,

Congratulations! The remainder of your interview was successful!

As a reminder, your application and all conditional job offer paperwork will be submitted for your background screening. Delta uses "Sterling" as a background check vendor so please be aware that you will receive a request for additional documentation from this company. Please check your email frequently and respond within 3 business days.

You will also receive an email from Delta's Talent Acquisition Team with a link to electronically accept your job offer as well as additional forms that need to be completed.

Upon the successful completion of all these processes, you will be contacted to establish a training class start date. The class date will be offered as soon as possible; however, if a start date is not assigned within six (6) months of the date of this letter, it may be reconsidered and become null and void.

Once again, congratulations on being selected to join the ranks of the world's most respected aviation professionals-- the Delta pilot group! Our people are our greatest asset, and we look forward to welcoming you into the Delta family.

If you have any further questions, please contact our Delta Pilot Selection office at (404) 715-6767 or via email at deltapilotonboarding@delta.com.

Sincerely,

Captain John Buxton

Pilot Manager, Pilot Selection

**From:** **Delta Talent Acquisition**
TalentAcquisitiondonotreply@delta.com
**Subject:** **Congratulations! You've received a Conditional Job Offer with Delta**
**Date:** Oct 5, 2023 at 2:16:23 PM
**To:** lesorellana7@yahoo.com

Hi Lester E,

We were pleased to extend a verbal Conditional Job Offer to join the Delta Air Lines, Inc. team! Below are the next steps we need from you to proceed with the hiring process. Please complete these steps as soon as possible as we are very much looking forward to you joining the team. Once these next steps are complete, we will then be able to proceed with any necessary pre-screening checks required.

1. **Review** your attached offer details (if your offer details were not already presented in person)
2. **Respond** to your Conditional Job Offer online by clicking here
3. **When prompted, complete** the voluntary race/gender/veteran/disability status self-identification questions after making your decision
4. Click this link to complete the Tax Credit Program Questionnaire. If the link does not work, please copy and paste this URL into your web browser instead: https://www.t4wotc.com/?sk=NAASR30110NAASR75138NAASR
   *The WOTC program is a Federal income tax credit available to employers for hiring individuals from certain hiring groups such as unemployed veterans and people receiving certain types of government assistance. The eligibility determination is based on this voluntary questionnaire provided to new hires as part of our onboarding process and will not affect your wages or taxes. The questionnaire is strictly confidential and administered by our independent tax advisors, Deloitte Tax, LLP. The results of the questionnaire are not shared with anyone and are kept strictly confidential only to be shared with the certifying government agency. Delta Air Lines, Inc. would be entitled to tax credits that reduce our income taxes, thereby lowering our overall costs of doing business. The survey normally takes 1-5 minutes.*
5. **Look** for a follow up email regarding next steps related to pre-screening, these are only required for some roles

Warm regards,

From: **Delta Talent Acquisition**
TalentAcquisitiondonotreply@delta.com
Subject: **Congratulations! Prepare for takeoff with Delta**
Date: Oct 6, 2023 at 11:24:57 AM
To: **lesorellana7@yahoo.com**

Congratulations on your conditional job offer with Delta Air Lines, Lester E! We are excited for you to join the family and to be at the forefront of our growth. Over the next few weeks, we will be finalizing your employment and preparing you for your first day at Delta. Expect to receive regular communications from us on how to prepare for your indoctrination class and what to expect in your career at Delta.



**Delta in the News:**
The new Delta A321neo narrowbody debuts in Boston, the first of many fuel-efficient planes with future routes coast to coast.
Click here to read more!

"I would like to thank our entire team for their outstanding work during a challenging operating environment for the industry as we work to restore our best-in-class reliability." said Delta CEO Ed Bastian.
Click here to read more!

Delta's partnership with Wheels Up offers a new pathway for fulltime employment through Propel's College Path Program.
Click here to read more!

We would like to extend you a warm welcome to the Delta family and please don't hesitate to reach out for any additional information or if you have a question.

Thank you,
Delta's Talent Team

- *If you have questions about pre-employment and compliance screenings, please email TA Pilot Hiring at TA.PilotHiring@delta.com*
- *If you have any questions about training dates, please email DeltaPilotOnBoarding@delta.com*
- *Make sure to complete your onboarding before your first day. If you have not received your onboarding email instructions, please contact TA.PilotHiring@delta.com*



Recruitment Notice

Unsubscribe

From: **Brown, Paul** paul.brown00@delta.com
Subject: **Delta Air Lines – Background Check**
Date: Oct 11, 2023 at 3:27:11 PM
To: lesorellana7@yahoo.com

Hello Lester,

My name is Paul Brown. I am a manager on the Delta Talent Acquisition team and support pilot hiring. Congratulations on the offer to become a pilot at Delta Air Lines. We look forward to getting you on-board and joining the family soon. I am touching base on the next step, which is the pre-employment process. You should have received a link from our background check vendor. The company's name is Sterling. I want to make sure the process is going smoothly for you and to see if you have any questions. Please let me know if you have not received a link from Sterling or if you are running into any issues.

Thank you!

Paul Brown
Talent Engagement Manager I Delta's Talent Team
M: 404-550-4170I Follow Delta on LinkedIn

From: **Delta Talent Acquisition**
TalentAcquisitiondonotreply@delta.com
Subject: **Keep connecting with Delta**
Date: Oct 18, 2023 at 5:22:45 PM
To: **lesorellana7@yahoo.com**

Connected we climb, Lester E.

Congratulations, you have completed another step in the process by clearing pre-employment. We are scheduling training classes currently, but it could take a bit of time before we are able to get you enrolled. Please know we are very excited about you joining the Delta family and are here should you have any questions.

We are also excited about the new heights we are reaching and others are taking note. That is why you'll see us in the news for everything from rebounding strongly to profitability, expanding our fleet and doing our part for a sustainable future. Don't miss out on the latest Delta updates.

Here's how to stay connected with us:

- Facebook
- Instagram
- LinkedIn
- Delta News Hub

# #PilotsMakingADifference

Customers tell us time and time again how much they appreciate when pilots reassure them during their flight experience. Safety is their first expectation and our No. 1 priority. As we navigate through storms and rough weather, please consider taking a few seconds to update our customers on what to expect and let them know that you will get them to the destinations safely. Thanks to these pilots for providing reassuring updates.

**Capt. David Boone and First Officer James Creech**
"The pilot was very clear and calming during our flight -- let us know when he anticipated rough air and kept us informed."

**Capt. Andy Lawrence and First Officer Dale Vanden Berg**
"Very professional staff, efficient, cordial, and very clear instruction. Pilot was both helpful and clear in preparing passengers for some turbulence and in doing so alleviated apprehension about the weather. All staff were available for face-to-face interaction including the pilot. Clean planes,

roomy, with helpful amenities."

**Capt. Dave Buck and First Officer Charles Hudson**
"The captain made several excellent announcements over the PA. He
introduced himself and the other pilot (classy!) then informed us of
possible weather during the flight. He pinpointed the area would be
approximately halfway to SAT. He also told us of a plan to avoid the worst
of it. Then at the halfway point (as advertised) the ride did indeed get
rougher. He made another announcement that was very understandable
and clear...thank you! I think he instructed the flight attendants to sit
down. Overall, I enjoyed the flight, and the pilots did an excellent job
communicating! Well done!"

Here's a warm welcome to the Delta family. Please don't hesitate to reach
out to TA.PilotHiring@delta.com for any additional information or if you
have a question.

Thank you,
Delta's Talent Team

Recruitment Notice

Unsubscribe

From: **PilotOnboarding** Deltapilotonboarding@delta.com
Subject: **January 16, 2024: Delta Air Lines Indoctrination**
Date: Dec 1, 2023 at 3:10:28 PM
To: **Undiscloded recipients** Undisclosed recipients:;

Hello and congratulations!

We are pleased to offer you a Pilot Indoctrination Class date of **Tuesday, January 16, 2024**.

Please review and **submit** the following **Training Commitment Questionnaire Link** by 10:00 AM EST, Monday, December 4, 2023.

Please read some important details and checklists below:

1. **If you have a military background; you must be retired, separated, or on Terminal Leave to start class and we need approved paperwork to confirm you for class.**
   - **Terminal Leave is the only form of Leave that we can allow you to start class.**
   - Please provide AF Form 988, DA Form 31, NAVCOMPT Form 3065, or equivalent if you will be on Terminal Leave via email.
2. **Yellow Fever proof will be required before class.**
   - The Fleet Commons team will be reaching out before class for you to upload your proof of vaccination.
3. **Please submit the below form with your Pre-Delta Flight Hours by day one of Indoc. This will be used to ensure you have accumulated sufficient flight time to satisfy the requirements of FAR 121.436 if awarded a Captain position on an AE.**
   - **Click here to submit**
4. **A Delta Air Lines Badge is required to enter security after your first day. In order to create your badge, you must submit an acceptable photo as soon as possible.**
   - Please submit no later than 2 weeks before class starts.

**Badge Photo and Uploading Requirements:**

- Type your name exactly as it is printed on your passport. (Example: Your name is John Smith but the **printed** name on your passport reads **John David Smith, III.** You will enter John David Smith, III for badging).
- **Business attire.**
- Your photo should be a passport style headshot in color. The photo should be taken above the shoulders with a white background (you can also stand against a white wall).
- Please remove all accessories including hats, Bluetooth, and headphones. Selfies or black and white photos will not be accepted.
- Photos should be emailed as an attachment in .jpg format. The file name should be your first and last name and scheduled class date. Include "Delta Pilot Selection" name in the body of the email and send to **ta.pilothiring@delta.com**.

From: **PilotOnboarding** Deltapilotonboarding@delta.com
Subject: ==**January 16, 2024**== **Indoc- Welcome!**
Date: **Dec 7, 2023 at 10:45:30 AM**
To: **Undisclosed recipients** Undisclosed recipients:;

Good morning,

==We are emailing to confirm that you are on the 1/16 roster, and we look forward to you joining the Delta Family!==

You will start to receive updates within the next few weeks regarding your Onboarding.

- Onboarding support will send your PPR information (please check spam) to complete setting up your account and password and establishing multi factor authentication.
  - *Please do not complete any other LMS courses that may be on your profile until day 1 of indoc.*
- Fleet Commons will send your detailed class itinerary shortly before class starts.
- Yellow Fever will be requested on day 1 of indoc during class.
- Pilot Selection/Onboarding will send travel Logistics.
- FlightOps, NH Bids will send your Aircraft/Base Bid one week before class.
- FlightOps Employee Engagement will send your Wing Ceremony details soon- this ceremony will be held on **Wednesday 1/24.**

Please let me know If you have any additional questions!


**Thank you,**

**Brittany Monnier**
**Delta Pilot Selection**
**Delta Air Lines, Inc.**
Email: <u>Deltapilotonboarding@delta.com</u>
**The Delta Pilot Selection Team**
 **A DELTA**

From: **Delta Talent Acquisition**
    TalentAcquisitiondonotreply@delta.com
Subject: **Your Delta Air Lines, Inc. start date is confirmed! See you soon!**
Date: Dec 7, 2023 at 2:47:16 PM
To: lesorellana7@yahoo.com
Cc: BRENDON.MORGAN@delta.com

Hi Lester E,

We are excited to share that your pre-employment screens have cleared and your start date is confirmed. We look forward to welcoming you to Delta Air Lines, Inc. on 01-16-2024!

You will receive additional onboarding information soon, so keep an eye on your inbox and spam folder.

Thank you,
Delta's Talent Team

**This is an automated response. Please do not reply to this email. If you need assistance, contact candidatecare@delta.com.**



Recruitment Notice

Unsubscribe

EXHIBIT L



DATE: December 19, 2023

Subject: CONFIRMATION OF EMPLOYMENT INTENT FOR MR. LESTER ELIAZER ORELLANA UMANZOR

Dear Officer,

I am pleased to confirm our intent to hire Mr. Lester Eliazer Orellana Umanzor as a full-time Instructor at Alliance Aviation. As the largest independent aviation training center for commercial pilots in the United States, we operate training facilities not only domestically but also internationally in locations such as Medellín, Colombia, and Cancún, Mexico. With over two decades of expertise in aviation training and FAA certification, Alliance Aviation offers a comprehensive curriculum that includes courses ranging from Airbus and Boeing type ratings to ATR type rating and ATP-CTP courses.

Mr. Orellana will undertake the following responsibilities as an Instructor within our organization:

1. Provide comprehensive theoretical knowledge to aspiring airline pilots.
2. Cover essential topics such as aviation regulations, meteorology, navigation, and aircraft systems.
3. Conduct simulated flight training sessions using our state-of-the-art simulator.
4. Replicate various scenarios and conditions to enhance pilots' practical skills.
5. Facilitate hands-on experience in a controlled environment to ensure students are well-prepared for real-world challenges.

We wish to emphasize Mr. Orellana's significant contributions, as his leadership and expertise will play a critical role in shaping the success of our aviation training programs. Moreover, we are pleased to inform you that Alliance Aviation is on the verge of certifying a new state-of-the-art simulator, expected to be fully operational by next month. This cutting-edge simulator, combined with Mr. Orellana's specialization, will further elevate our training capabilities and underscore our commitment to delivering unparalleled aviation education.

Should you have any inquiries or require additional information, please do not hesitate to contact us.

Respectfully,

FAA 4552444

Juan Carlos Tizon Quintana
*A320 Simulator Flight Instructor Coordinator*
1470 Lee Waggener Blvd Suite 103
Fort Lauderdale, FL 33315
+1(954)664-8907

EXHIBIT M

**spirit**

2800 Executive Way
Miramar, FL 33025

spirit.com

**Less Money. MORE GO.**

Date: 12/20/23

To Whom It May Concern:

Please accept this letter on behalf of Spirit Airlines. Lester Orellana Umanzor has been employed with Spirit Airlines, Inc. since 03/27/2023 as an Airline Pilot, also known as a First Officer.

As a First Officer, responsibilities include:

- Guarantee a safe and pleasant Spirit experience for all.
- Safely assist the Captain in operating the aircraft in accordance with all Federal Aviation Regulations (FARs) and company policies and procedures.
- Display a passion for customer service and for bringing a refreshing perspective to the airline industry.

Lester's role as an aviation professional defines who we are, ensuring safety & efficiency transporting our Guests to destinations in the U.S., Latin America, and the Caribbean in our modern fleet of Airbus aircrafts.

If you need any other information, please feel free to contact me at 954-470-0555.

Sincerely,

*Kimberly Maya*

Kimberly Maya

EXHIBIT N



# FINANCIAL EVALUATION OF REPOWERING THE FLEET OF A-37B VERSUS BUYING A-29

## BY:

**Paula María Hernández Martínez and Lester Eliazer Orellana Umanzor**

## ABSTRACT

In the "Cnel. Armando Escalón Espinal" Air Force Base, at La Lima, Cortés, there is the squadron of A-37B Dragonflys, those airplanes have the task of intercept illegal aircraft that flights over national airspace. however, the high cost of operation and the obsolete avionics of these aircraft difficult to meet this task efficiently. Therefore it is necessary to establish whether it is more feasible to invest in repowering the fleet of A-37B aircraft or purchase a new fleet of A-29 Super Tucano. Using a mixed research design, analyzing the technical and financial dimension of the aircrafs under study. Using for this purpose the present value calculations of an annuity and the equivalent annual cost employees in projects with different time horizons, where the results showed that the equivalent annual cost of repowering the fleet of A-37B is \$ -1.7 million versus \$ -4.6 million corresponding to the acquisition of the A-29, which leads to reject the null hypothesis, as the Dragonfly repowering costs are lower than the costs of acquiring the proposed aircraft, so it is recommended for the Honduran Air Force from the financial point of view, make the upgrading of the fleet of A-37B aircraft.

**Key words: Repowering, acquisition, A-37B aircraft, aircraft A-29, equivalent annual cost, present value of annuity.**

# EXHIBIT O

# Air Line Pilots Association, Int'l

**888-FLY-ALPA** . membership@alpa.org . www.alpa.org

| | |
|---|---|
| Name | **L. E. Orellana Umanzor** |
| Member Number | 2266489 |
| Classification | APPRENTICE MEMBER |
| Airline | SPA |
| Expires | December 31, 2023 |





**Scan the QR Code for FAQs.
Or visit www.alpa.org/faqs**

**ALPA Representation:** All members in good standing of the Air Line Pilots Association, International are entitled to the services of all Departments of that organization. In the event of an accident or any irregularity involving the pilot's professional status, a member should protect his/her interests and exercise his/her rights to advice and representation. • Following any accident, serious incident, or any event involving flight security, members are advised to make NO STATEMENT without first consulting with an ALPA Representative and/or attorney. Under the above circumstances, a member should make the following declaration: "Before making a statement or report of any kind, I wish to exercise my rights to consult with a representative, and/or attorney of the Air Line Pilots Association, International."

## ALPA WORLDWIDE ACCIDENT HOTLINE: (202) 797-4180

If the above number is busy or otherwise inoperable, please call (703) 892-4180.
Air Line Pilots Association, Int'l • 535 Herndon Parkway • Herndon, VA 20170
For membership assistance, call 1-888-FLY-ALPA
Affiliated with AFL-CIO, IFALPA, and CLC

EXHIBIT P



Log In




## About ALPA

➜ What We Do
➜ Our Pilot Groups
➜ Our History
➜ Our Leadership
➜ Diversity and Inclusion



# What We Do

The Air Line Pilots Association, International (ALPA) is the largest airline pilot union in the world and represents more than 77,000 pilots at 43 U.S. and Canadian airlines. Founded in 1931, the Association is chartered by the AFL-CIO and the Canadian Labour Congress. Known internationally as US-ALPA, it is a member of the International Federation of Air Line Pilot Associations.

ALPA provides three critical services to its members:

**Airline Safety and Security**: ALPA's founders chose "Schedule with Safety" as their motto, and that theme remains central to the union's work today. Over its history, ALPA has been a part of nearly every significant safety improvement in the airline industry. The Association has helped to make airline travel the safest mode of transportation in human history. More than 600 working airline pilots volunteer to serve on the local and national safety and security committees that help guide the Association's work. The union's aeronautics engineers and safety and security experts provide unparalleled independent analysis on emerging airline safety and security issues, as well as federal and industrial policies. ALPA is routinely granted "interested party" status in most major airline accidents, which means that ALPA accident investigators assist the National Transportation Safety Board and the Transportation Safety Board of Canada during on-site investigations and participate in associated public hearings. The union's commitment to unbiased, fact-based evaluation of airline safety and security issues has won the Association an unrivaled reputation for excellence throughout the airline industry.

**Representation**: Over the decades, ALPA pilot groups have negotiated scores of contracts with hundreds of airlines. Today, ALPA staff offers its members the finest financial analysis available, in-depth knowledge of the Railway Labor Act (the legislation that governs airline pilot contracts), and the legal experience to defend pilot contracts. By leveraging the combined resources of all union members, ALPA is able to bring unmatched expertise to bear on matters affecting its members' salary, benefits, and working conditions.

**Advocacy**: ALPA's staff and pilot volunteers consistently represent pilots' views to all



Log In

promote legislation that helps pilots and work to stop policies that harm pilot interests. National officers and pilot representatives are routinely called on to give their expert opinion before legislative committees and other influential governmental bodies.

At all levels of ALPA, pilots make decisions through the democratic process. All decisions start with our pilot groups. Each pilot group consists of all the pilots at a given airline. Pilot groups exercise considerable autonomy in governing their own internal affairs, such as negotiating contracts, enforcing those contracts, and discussing issues of concern with their companies.

Members of each ALPA carrier are represented by their Local Council status representatives, who make up each pilot group's Master Executive Council (MEC). Each pilot group consists of one or more Local Councils, which generally correspond with the pilots' major domiciles. These Local Council status representatives sit on ALPA's Board of Directors, the Association's highest governing body. The Local Council representatives elect the officers of the MEC, the chairmen of which comprise ALPA's Executive Board. ALPA's Executive Council, which bears fiduciary responsibility for the Association, includes both elected executive vice presidents and the national officers.

ALPA's national officers, the president, first vice president, the vice president–administration/secretary, and the vice president–finance/treasurer, guide the Association's work from its Washington, D.C., headquarters and nearby McLean, Va., offices.

 8     2    7

## ✈ ABOUT ALPA

Careers
Our History
Our Leadership
What We Do
Our Pilot Groups

## 📖 ADVOCACY

ALPA-PAC
Pilot Supply
Future of the Profession
5G Interference
Two Pilots on the Flight Deck
Global Competition
Flight Deck Barriers
Fly America Act
Cargo Fatigue
Also on Our Radar
Bankruptcy Reform



Log In

## 📰 NEWS & EVENTS

Air Line Pilot Magazine

Blog

Meetings & Training

News Room

## 📣 PILOT RESOURCES

5G Interference

ALPA Accident/Incident Hotline

ALPA Aeromedical

ALPA Mobile Apps

ALPA Insurance

ALPA Scholarship Program

Cleared to Dream

COVID-19 Resources

Furlough Support

FAA Airspace Restrictions

FastRead

Fee-for-Departure Resources

Furloughed Pilots Support Program

Jumpseat

Known Crewmember

Laser Illumination Reporting & Mitigation

Membership Forms

Pilots for Pilots

Pilot Peer Support

Security Briefings

Aviation Security Reporting

International Directory

Part 117 Regulations and Interpretations

USERRA Guide



Log In

Air Line Pilots Association, International, 7950 Jones Branch Drive, Suite 400S, McLean, VA 22102 | (703) 689-2270

Contact Us  |  ALPA Gear  |  Privacy/Terms  |  Login Help

© 2023 Air Line Pilots Association, International. All rights reserved.



EXHIBIT F

January 17, 2024

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

LESTER ELIAZER ORELLANA UMANZOR
c/o FELIPE ALEXANDRE
AG IMMIGRATION LAW GROUP PA
5550 PAINTED MIRAGE RD STE 320A25
LAS VEGAS, NV 89149



LIN2290240315

RE: LESTER ELIAZER ORELLANA UMANZOR
I-140, Immigrant Petition for Alien Worker



A242-055-313

## DECISION

Reference is made to this Immigrant Petition for Alien Worker (Form I-140 petition) filed by Lester Eliazer Orellana Umanzor, petitioning on his own behalf on June 3, 2022. This petition seeks to classify the beneficiary as an employment-based immigrant in accordance with Section 203(b)(2) of the Immigration and Nationality Act (INA). After consideration, it is the decision of U.S. Citizenship and Immigration Services (USCIS) to deny this Form I-140 petition.

Section 203(b)(2)(A) of the INA states, in part, that visas shall be made available to qualified immigrants who are members of the professions holding advanced degrees or their equivalent, or who, because of their exceptional ability in the sciences, arts, or business will substantially benefit prospectively the national economy, cultural or educational interests, or welfare of the United States and whose services in the sciences, arts, professions, or business are sought by a U.S. employer.

However, under Section 203(b)(2)(B) of the INA, the Secretary of Homeland Security may, when the Secretary deems it to be in the national interest, waive the requirement that an alien's services in the sciences, arts, professions, or business be sought by an employer in the United States.

The record indicates that the petitioner intends to work as a commercial pilot.

On September 8, 2022 USCIS issued a request for evidence (RFE) seeking further documentation of the three prong requirements of *Dhanasar*. While the RFE granted that the petitioner qualifies as a member of the professions holding an advanced degree, it did not address the petitioner's representation of exceptional ability, or discuss whether the position of commercial pilot qualifies as a profession as provided at Section 101(a)(32) of the Act and Title 8, Code of Federal Regulations, Section 204.5(k)(2). After additional review of the initial petition and the petitioner's response to the RFE, USCIS issued a Notice of Intent to Deny (NOID) on November 27, 2023. A response was received December 26, 2023, and has been incorporated into the record.

Section 101(a)(32) of the Act states that "the term 'profession' shall include but not be limited to architects, engineers, lawyers, physicians, surgeons, and teachers in elementary or secondary schools, colleges, academies, or seminaries."

Title 8, Code of Federal Regulations, Section 204.5(k)(2), defines "profession" as "one of the occupations listed in section 101(a)(32) of the Act, as well as any occupation for which a United States baccalaureate degree or its foreign equivalent is the minimum requirement for entry into the occupation."

Title 8, Code of Federal Regulations, Section 204.5(k)(4)(i) states in pertinent part ". . . The job offer portion of the individual labor certification, Schedule A application, or Pilot Program application must demonstrate that the job requires a professional holding an advanced degree or the equivalent or an alien of exceptional ability."

On the Form I-140, the petitioner provided his job title as Commercial Pilot and indicated the SOC code as 53-2011. USCIS reviewed the website of the O*Net Resource Center (onetonline.org), which is "...the nation's primary source of occupational information..." and was "...developed under the sponsorship of the U.S. Department of Labor/Employment and Training Administration (USDOL/ETA)..." See onetcenter.org/overview. The O*Net OnLine profile for SOC code 53-2011, viewed January 10, 2024, shows the job title not as Commercial Pilot, but instead shows for a different position titled "Airline Pilots, Copilots, and Flight Engineers". The profile for Airline Pilots, Copilots and Flight Engineers states that "Most of these occupations require a four-year bachelor's degree, but some do not." See onetonline.org/link/summary/53-2011.00.

The job title of Commercial Pilot, the job title submitted on Form I-140, reviewed in the O*Net OnLine database on January 10, 2024, shows a SOC code of 53-2012. The profile information that O*Net OnLine data base provides for the job title of Commercial Pilot and corresponding SOC code 53-2011 states that "Most occupations in this zone require training in vocational schools, related on-the-job experience, or an associate's degree." See onetonline.org/link/summary/53-2012.00.

Regardless of which job title or SOC code is in question, the petitioner has not show that his intended position qualifies for the second preference visa classification requested on the petition, and the petition shall be denied on those grounds.

## E21 Advanced Degree

Section 203(b)(2) of the Immigration and Nationality Act, as amended, provides for the allocation of immigrant visas to:

> qualified immigrants who are members of the professions holding advanced degrees or their equivalent or who because of their exceptional ability in the sciences, arts, or business, will substantially benefit prospectively the national economy, cultural or educational interests, or welfare of the United States and whose services in the sciences, arts, professions, or business are sought by an employer in the United States.

Title 8, Code of Federal Regulations, Section 204.5(k)(2) defines "advanced degree" as

> any United States academic or professional degree or a foreign equivalent degree above that of baccalaureate. A United States baccalaureate degree or a foreign equivalent degree followed by at least five years of progressive experience in the specialty shall be considered the equivalent of a master's degree. If a doctoral degree is customarily required by the specialty, the alien must have a United States doctorate or a foreign equivalent degree.

Title 8, Code of Federal Regulations, Section 204.5(k)(3)(i) states that:

> To show that the alien is a professional holding an advanced degree, the petition must be accompanied by:
>
>> (A) An official academic record showing that the alien has a United States advanced degree or a foreign equivalent degree; or
>> (B) An official academic record showing that the alien has a United States baccalaureate degree or a foreign equivalent degree, and evidence in the form of letters from current or former employer(s) showing that the alien has at least five years of progressive post-baccalaureate experience in the specialty.

The petitioner provided a copy of a Master's of Business Management from the Universidad Technologica Centro Americana in Honduras. The petitioner also submitted a bachelor's degree of Military Aviator Pilot from The Honduras Army and Air Force University.

In order to assess the equivalency of the petitioners foreign degree, USCIS has also reviewed the Electronic Database for Global Education (EDGE) database (www.aacrao.org/edge) on January 10, 2024. EDGE was created by the American Association of Collegiate Registrars and Admissions Officers (AACRAO). AACRAO's mission is to advance and support a richly diverse, globally interconnected community of higher education professionals as well as the institutions, organizations, and learners they serve through its resources, leadership, and advocacy. AACRAO EDGE utilizes the expertise of the International Education Standards Council (IESC) to review and update their recommendations. The Council is composed of professionals who have worked in higher education as well as private credential evaluation firms, to instill confidence that the recommendations presented are appropriate, thorough, and representative of the varied viewpoints held within higher education. https://www.aacrao.org/resources/AACRAO-International/about-edge.

In the section related to the Honduras educational system, EDGE provides that a master's degree in Honduras is comparable to a master's degree in the United States.

EDGE recommendations are not personal informed opinions, such as those from independent credentials evaluators; rather, EDGE relies on the IESC and a collaborative process by many experts. Therefore, USCIS views AACRAO's EDGE as has having greater weight when matters of equivalency arise.

As such, he has demonstrated that he is a professional holding an advanced degree or the foreign equivalent of a U.S. Baccalaureate degree plus at least five years of progressive, post-baccalaureate experience in the specialty.

While the petitioner has established that he qualifies for the second preference visa classification with the foreign equivalent of a U.S. Baccalaureate degree plus at least five years of progressive, post-baccalaureate experience in the specialty, he has nonetheless also asserted that he qualifies for the second preference visa classification due to his exceptional ability as a pilot and instructor in the field of aviation. Accordingly, we will discuss the petitioner's representation of exceptional ability below.

## E21 Exceptional Ability

INA Section 203(b)(2)(A) provides the following description of a noncitizen of "exceptional ability":

> [A noncitizen] who because of their exceptional ability in the sciences, arts, or business, will substantially benefit prospectively the national economy, cultural or educational interests, or welfare of the United States, and whose services in the sciences, arts, professions, or business are sought by an employer in the United States.

INA Section 203(b)(2)(C) notes the following regarding making a determination of "exceptional ability":

> In determining under subparagraph (A) whether an immigrant has exceptional ability, the possession of a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning or a license to practice or certification for a particular profession or occupation shall not by itself be considered sufficient evidence of such exceptional ability.

Title 8 Code of Federal Regulations (8 CFR) Section 204.5(k)(2) defines "exceptional ability" as:

> A degree of expertise significantly above that ordinarily encountered in the sciences, arts, or business.

Title 8 CFR Section 204.5(k)(3)(ii) outlines six criteria, at least three of which must be satisfied for an individual to establish exceptional ability. The criteria are outlined below.

> (A) An official academic record showing that the alien has a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning relating to the area of exceptional ability;

> (B) Evidence in the form of letter(s) from current or former employer(s) showing that the alien has at least ten years of full-time experience in the occupation for which he or she is being sought;

> (C) A license to practice the profession or certification for a particular profession or occupation;

> (D) Evidence that the alien has commanded a salary, or other remuneration for services, which demonstrates exceptional ability;

> (E) Evidence of membership in professional associations; or

> (F) Evidence of recognition for achievements and significant contributions to the industry or field by peers, governmental entities, or professional or business organizations.

Additionally, 8 CFR Section 204.5(k)(3)(iii) states, "If the above standards do not readily apply to the beneficiary's occupation, the petitioner may submit comparable evidence to establish the beneficiary's eligibility."

In reviewing this petition, USCIS will first consider the evidence in relation to the plain language of the above criteria. If the individual meets at least three criteria, USCIS will then consider the evidence in the context of a final merits determination. However, the fact that an individual meets the minimum requirement of providing required initial evidence does not, in itself, establish that the individual is an individual of exceptional ability.

## I. Part One: Analysis of Criteria

The evidence must show that the petitioner has fulfilled at least three of the six criteria listed in the regulations. USCIS will analyze the evidence submitted under each criterion below.

***An official academic record showing that the beneficiary has a degree, diploma, certificate, or similar award from a college, university, school, or other institution of learning relating to the area of exceptional ability***

The petitioner submitted a bachelor's degree of Military Aviator Pilot from The Honduras Army and Air Force University. As such, the evidence submitted meets this criterion.

***Evidence in the form of letter(s) from current or former employer(s) showing that the beneficiary has at least ten years of full-time experience in the occupation that the beneficiary seeks***

Title 8 CFR 204.5(g)(1) requires, in pertinent part, that

> Evidence relating to qualifying experience or training shall be in the form of letter(s) from current or former employer(s) or trainer(s) and shall include the name, address, and title of the writer, and a specific description of the duties performed by the alien or of the training received.

The petitioner submitted letters of experience from:

- Air Force of Honduras, different positions, December 07, 2005 - August 31, 2013
- Avianca, as a Captain, September 02, 2013 - September 07, 2018
- Alliance Air Aviation, as a Commander, November 2018 - July 27, 2021

The letter of experience from the Air Force of Honduras states the petitioner held different positions such as "Deputy Head of Human Resources, Deputy Head of Operations and Head of Civil Matters". Although they are with the Air Force, these positions are not in the field of exceptional ability the petitioner is claiming. Furthermore, none of the letters of experience detail the petitioner's job duties, or the training received. In response to the NOID, the petitioner submitted a letter of experience from Spirit Airlines as Airline Pilot and First Officer form March 27, 2023 to December 20, 2023. Therefore, the record does not show that the petitioner has at least 10 year of full-time experience as a commercial pilot. As such, this criterion has not been met.

***A license to practice the profession or certification for a particular profession or occupation***

The petitioner submitted a pilots license for Honduras and US as well as a pilot certification. As such, the evidence submitted meets this criterion.

***Evidence that the beneficiary has commanded a salary, or other remuneration for services, which demonstrates exceptional ability***

The petitioner submitted his tax statements and information from salaryexpert.com as evidence. The tax statements show he was paid 11,213,361 INR, while salaryexpert.com states the average salary for a pilot in India who has over 8 years of experience is 801,170 INR.



As stated above, none of the letters of experience detail the petitioner's job duties, or the training received. For this reason they do not provide sufficient detail for an accurate comparison of the commercial pilot position they're comparing the petitioner's job to here.

For instance, Captain Marlon Diaz Calix notes in his letter that the petitioner is not just a captain, but also "trained approximately 35 students". The petitioner did not provide details discussing what part of his income is derived from flight instructor work as opposed to simply flying as a commercial pilot, while the information from salaryexpert.com is only for a basic pilot. Additionally, the documentation states "salary estimates based on salary survey data collected directly from employers and anonymous employees in India, therefore it has not been verified. As such, the petitioner does not meet this criterion.

### Evidence of membership in professional associations

The petitioner submitted a membership information with the United States Pilots Association and Aircraft Owners and Pilots Association. In response to the NOID, the petitioner also submitted his membership card from Air Line Pilots Association. As such, the evidence submitted meets this criterion.

### Evidence of recognition for achievements and significant contributions to the industry or field by peers, governmental entities, or professional or business organizations

The petitioner submitted a total of eight letters of recommendation to demonstrate he meets this criterion. Brigadier General Jose Luis Sauceda Sierra states the petitioner:

> played a key role in planning and establishing the dispatch office through drafting the appropriate operating policies and designing the organization structure. His role was essential for ensuring flight safety, as well as the investigation of accidents of any kind.

The petitioner provided no documentation to support this statement. Simply going on record without supporting substantive evidence to support assertions, is not sufficient to meet the burden of proof in these proceedings. See *Matter of Treasure Craft of California*, 14 I&N Dec. 190 (BIA 1972). Furthermore, work of this nature be an essential job duty in the position he held as Deputy Head of Operations and Head of Civil Matters.

Juan Ramon Bautista Velasquez, Liaison officer of the Honduran armed forces before the national congress, speaks to the petitioner's master's thesis, "Financial Evaluation of Repowering the fleet of A-37B versus Buying A-29":

> The project was presented to the Honduran Air Force commander and later to the Congress, where it was decided to implement these changes in the aircrafts, which strengthened the national security system in Honduras.

In response to the NOID, the petitioner submitted the abstract for his thesis. However, the petitioner again failed to provide corroborating documentation to support the preceding statement regarding the implementation of the changes the petitioner outlined in his thesis. Simply going on record without supporting substantive evidence to support assertions, is not sufficient to meet the burden of proof in these proceedings. See *Matter of Treasure Craft of California*, 14 I&N Dec. 190 (BIA 1972).

These letters show that those who have worked with the petitioner have appreciated his performance in the planning roles he has worked, as well as his performance in the pilot and teaching positions he held, particularly while in the Honduran military. However, these letters do not show the petitioner has been recognized for specific achievements or contributions to the aviation industry, which extends beyond the petitioner's previous employers.



To satisfy the plain language of the criterion, the petitioner is required to demonstrate that he has been recognized by peers, governmental entities, or professional or business organizations for achievements and significant contributions. The evidence does not demonstrate that the petitioner has been recognized by peers, governmental entities, or professional or business organizations for achievements and significant contributions to the industry or field.

Letters of support alone generally may not be sufficient to meet this criterion. Letters, though not without weight, may not form the cornerstone of a successful exceptional ability claim. Where an opinion is not in accord with other information or is in any way questionable, USCIS is not required to accept that evidence, or may give less weight to it. USCIS may, in its discretion use such letters as advisory opinions submitted by expert witnesses. However, USCIS is ultimately responsible for making the final determination of the individual's eligibility. See *Matter of Caron International*, 19 I&N Dec. 791, 795 (Comm. 1988). Without documentation showing that the petitioner has been recognized by peers, governmental entities, or professional or business organizations for achievements and significant contributions to the industry or field, USCIS cannot conclude that the petitioner meets this criterion.

## II. Part Two: Final Merits Analysis

Upon review, USCIS finds that the petitioner has met at least three of the six criteria. Therefore, a final merits determination will be conducted to determine whether the petitioner is recognized as an individual of exceptional ability and possesses a degree of expertise significantly above that ordinarily encountered in the sciences, arts, or business.

Overall, the record shows that the petitioner has had a successful career in the aviation field and that that he holds multiple licenses and certificates. The petitioner submitted evidence that he was chosen to be on panels that investigate plane crashes. However, USCIS has examined the entire record and has determined that the petitioner does not have a degree of expertise significantly above that ordinarily encountered in the sciences, arts, or business.

The petitioner did not provide evidence to show he has any skills, certifications, or licenses that would not be commonly required to perform the work of a commercial pilot. The petitioner submitted membership information for the United States Pilots Association and Aircraft Owners and Pilots Association, however, as stated above, there is no documentation in the file to show how a membership demonstrates exceptional ability.

A review of membership information for the United States Pilots Association, at https://www.uspilots.org/ and viewed on November 14, 2023, shows that the only requirements for membership is payment of an annual fee of $20. A review of membership information for Aircraft Owners and Pilots Association at https://www.aopa.org/about and viewed on November 14, 2023, shows that the association is "hundreds of thousands strong" and the only requirement for membership is payment of an annual fee of $89. Membership in association that requires payment of an annual fee for membership may satisfy the plain language of the criterion at 8 CFR 204.5(k)(3)(ii)(E), but there is no documentation in the file to show how membership, or paying required fees to obtain that membership, demonstrate exceptional ability.

The petitioner also submitted multiple certificates for his time in the Honduran Air Force. While not all pilots may have these specific certifications and memberships, the petitioner has not submitted documentary evidence or persuasive argument to establish that these trainings equate to expertise significantly above other pilots, or that the petitioner's training and experience exceeds that of other pilots who also possess that same or similar certification.

Whenever any person makes an application for an immigration benefit, he shall bear the burden of proof to establish eligibility. Section 291 of the INA. That burden has not been met here. Therefore, USCIS does not find the petitioner to be an individual of exceptional ability.

However, the petitioner has established E21 advanced degree eligibility with his Master's of Business Management. Accordingly, following below is consideration of the petitioner's request to waive the job offer requirement as a matter of discretion in the national interest.

## National Interest Waiver

USCIS has designated *Matter of Dhanasar*, 26 I&N Dec. 884 (AAO 2016) ("*Dhanasar*") as a precedent decision. That decision rescinded the earlier precedent decision, *Matter of New York State Dep't of Transp.* ("*NYSDOT*"), 22 I&N Dec. 215 (Acting Assoc. Comm'r 1998), regarding national interest waivers under Section 203(b)(2)(B)(i) of the Immigration and Nationality Act, and introduced a new three-prong test for determining eligibility. Under *Dhanasar*, USCIS may grant a national interest waiver as a matter of discretion if the petitioner demonstrates by a preponderance of the evidence that:

- The beneficiary's proposed endeavor has both substantial merit and national importance;
- The beneficiary is well positioned to advance the proposed endeavor; and
- On balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification.

After the petitioner has established a beneficiary's eligibility for second preference classification under section 203(b)(2)(A) of the INA, USCIS may grant a national interest waiver if the petitioner demonstrates by a preponderance of the evidence that: (1) the foreign national's proposed endeavor has both substantial merit and national importance; (2) the foreign national is well positioned to advance the proposed endeavor; and (3), on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. *Matter of Dhanasar*, 26 I&N Dec. 884 (AAO 2016). If these three elements are satisfied, USCIS may approve the national interest waiver as a matter of discretion.

The first prong, substantial merit and national importance, focuses on the specific endeavor that the foreign national proposes to undertake. The endeavor's merit may be demonstrated in a range of areas such as business, entrepreneurialism, science, technology, culture, health, or education. To establish that an endeavor has substantial merit, the petitioner should provide a detailed description of the endeavor and why it is meritorious. In determining whether the proposed endeavor has national importance, USCIS considers its potential prospective impact.

The second prong shifts the focus from the proposed endeavor to the foreign national. To determine whether he or she is well positioned to advance the proposed endeavor, USCIS considers factors including, but not limited to: the individual's education, skills, knowledge and record of success in related or similar efforts; a model or plan for future activities; any progress towards achieving the proposed endeavor; and the interest of potential customers, users, investors, or other relevant entities or individuals.

The third prong requires the petitioner to demonstrate that, on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification. In performing this analysis, USCIS may evaluate factors such as: whether, in light of the nature of the foreign national's qualifications or the proposed endeavor, it would be impractical either for the foreign

national to secure a job offer or for the petitioner to obtain a labor certification; whether, even assuming that other qualified U.S. workers are available, the United States would still benefit from the foreign national's contributions; and whether the national interest in the foreign national's contributions is sufficiently urgent to warrant forgoing the labor certification process. In each case, the factor(s) considered must, taken together, indicate that on balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification.

If these three elements are satisfied, USCIS may approve the national interest waiver as a matter of discretion.

## Proposed Endeavor

In the letter of intent submitted with the initial evidence, the petitioner stated:

> As an instructor, I will develop flight curricula and teaching methods for ground training, conduct training flights in subjects including aircraft systems, operating procedures, emergency handling and problem analysis. I will train students to help them in the process of obtaining their pilot's license from the Federal Aviation Administration (FAA).

The petitioner's brief in response to the Request For Evidence (RFE) claims:

> My proposed endeavor is to work as a pilot and instructor, two essential roles in the aviation industry in the U.S. As a pilot, I will support the high demand for commercial and cargo flight operations that are currently struggling due to the lack of professionals. As in instructor, I will contribute significantly to alleviating the shortage of qualified pilots and expert pilot education by providing my extensive experience in the field

An occupation and the general work performed in that occupation (in this case, pilot and instructor) do not constitute an endeavor. The plain language of *Dhanasar* calls an endeavor an undertaking. The petitioner has have not explained what his specific undertaking in the United States is. Since the evidence of record describes a general occupation rather than an endeavor, the record fails to establish that the petitioner's specific undertaking is an endeavor that meets the requirements of the first prong of the *Dhanasar* framework.

## The Proposed Endeavor's Substantial Merit and National Importance

In the initial filing, the petitioner submitted background information on aviation and pilots.

The petitioner submitted with the initial filing background information about aviation and pilots. In response to the RFE, the petitioner submitted background information on ATR and pilot shortages. In response to the NOID, the petitioner submitted a statement from counsel, his letter of intent, and background information on pilots, training time, flight disruptions, the economic impact of commercial aviation and pilot shortages.

The record establishes that the airline industry has substantial merit. Additionally, being an instructor, teaching the next generation of pilots, has merit. Therefore, the petitioner has established that the proposed general work as a pilot and flight instructor is of substantial merit.

The petitioner's role as commercial pilot, endeavoring to continue his work with Alliance Aviation, appears to be localized and would be of most benefit to his current and future employers. The petitioner has submitted evidence that his employers and their customers have prospectively benefited from his work, but the record does not contain documentary evidence that demonstrates that the petitioner's proposed endeavor, rather than his employer's business operations,

will have potential prospective impact at the national or global level.

To evaluate whether the proposed endeavor satisfies the national importance requirement USCIS looks to evidence documenting the "potential prospective impact" of the petitioner's particular undertaking. The petitioner has not shown that the wider economic effects it is claiming are implications of his proposed endeavor to become a pilot. Because the petitioner has not provided sufficient information or evidence regarding any projected U.S. economic impact or job creation attributable to his future work, it has not shown that benefits to the regional or national economy resulting from his piloting work would reach the level of "substantial positive economic effects" contemplated by *Dhanasar*. Id. at 890.

The record does not show that the petitioner's proposed endeavor as an individual pilot and flight instructor stands to sufficiently extend beyond Alliance Aviation, their future clientele, or business partnership to impact his field or the airline industry more broadly at a level commensurate with national importance.

The RFE and NOID spoke to the shortage of pilots available nationwide. However, counsel's reply again referenced the shortage in terms of national importance. It is important to note that the shortage of pilots in the United States does not render his proposed endeavor nationally important under the *Dhanasar* framework. In fact, such shortages of qualified workers are directly addressed by the U.S. Department of Labor through the labor certification process. The assertions of counsel do not constitute evidence. *Matter of Obaigbena*, 19 I&N Dec. 533, 534 (BIA 1988); *Matter of Ramirez-Sanchez*, 17 I&N Dec. 503, 506 (Comm. 1980).

The documentary evidence submitted does not support the petitioner's statements that the proposed endeavor has substantial merit in an area such as business, entrepreneurialism, science, technology, culture, health, education, the arts, or social sciences. Therefore, the petitioner has not established that the proposed endeavor is of substantial merit.

The evidence submitted does not support the petitioner's statements that the proposed endeavor will have potential prospective impact, such as evidence that the endeavor:

- Will have broader implications, or national or global implications within a particular field;
- Has significant potential to employ U.S. workers;
- Will have substantial positive economic effects, particularly in an economically depressed area;
- Will broadly enhance societal welfare; or
- Will broadly enhance cultural or artistic enrichment.

Therefore, the petitioner has not established that the proposed endeavor is of national importance.

## Whether the Beneficiary is Well Positioned to Advance the Proposed Endeavor

The petitioner submitted the following to show he is well positioned to advance his endeavor:

- Pilot certification
- Military aviator pilot degree and pilot certification, Honduras Army and Air Force University
- Master's of Business Management, Universidad Technologica Centro Americana, Honduras
- Letters of experience
- Logbook of flight hours
- Pilots license for Honduras and US
- Tax statements
- Membership with United States Pilots Association and AOPA
- Four letters of recommendation
- Certificates of appreciation, recognition, and acknowledgment
- Certificates for completion of courses and trainings

- Letter of intent from Alliance Aviation, and information about Alliance Aviation

Additionally, in response to the RFE, the petitioner submitted four more letters of recommendation. In response to the NOID, the petitioner submitted the following:

- Email traffic from Delta Airlines regarding employment
- Intent to hire letter from Alliance Aviation
- Letter of experience from Spirit Airlines as Airline Pilot and First Officer form March 27, 2023 to December 20, 2023
- "Financial evaluation of repowering the fleet of A-37B versus buying A-29" paper co-authored by the petitioner
- Membership card from Air Line Pilots Association

The evidence shows that the petitioner has the educational background and experience necessary to be a commercial pilot and flight instructor. Additionally the petitioner submitted multiple certificates for courses attended in the field. However, education and background are not all that is needed to be well positioned. General assertions about the petitioner's work do not persuasively show that it would be beneficial to the U.S. to waive requirements of a job offer and thus waive the labor certification. The record lacks evidence of the petitioner's skills that sets him apart from other pilots or instructors.

The petitioner submitted multiple reports and articles in reference to pilots, aviation and the economy. The articles do not discuss the work of the petitioner or the impact he has had on the field. No evidence has been submitted to show the petitioner offers original innovations or that others use his specific strategies in the field as either a pilot or instructor. The evidence is insufficient because it does not establish that the petitioner has impacted the field of endeavor beyond his service to past employers.

The petitioner submitted a total of eight letters of recommendation. Captain Marlon Orlando Diaz Calix with Air India states:

In addition to flying commercial flights, he also participates as a trainer in Air India's internal training program, and thus far has trained approximately 35 pilots. Captain Orellana stands out among the crew not only for his leadership, but also for his remarkable expertise in pilot instruction.

Captain Alvaro Zaldana, Operation Manager with Avianca states the petitioner:

was always a top student of his class and he was the only one whose English was proficient, which was also one of his strengths while developing his career in the aviation industry. The same year he won a Scholarship to study aviation in the Army and Air Force University in Mexico.

Master Omri Alberto Amaya Carias, Head of Department of Aeronautical Sciences, Universidad Nacional Autonoma de Honduras states the petitioner contributed to the aviation field by:

taking part of the certification field of the first Aeronautical Instruction Center ...where he was later appointed as academic head, having the opportunity to develop new methodologies and experiences in established programs, innovating by making a mix of conventional methods in aviation schools and continuous improvement approach.

These contributions included the creation of academic curriculum for aeronautical programs as a private pilot, commercial pilot, with skills such as instrument flight, multi-engined aircraft and a specialization in human factors

These letters, while complimentary of the petitioner's personality, skills and teaching style, do

not sufficiently establish that the petitioner has had a substantial impact in the field of endeavor, beyond his service to past employers.

In response to the NOID, the petitioner submitted email traffic from Delta Airlines showing he accepted a position as a pilot and indicating that his start date with the employer is scheduled for January 16, 2024.

The petitioner has not provided any evidence to show that he has a model or plan for future success that extends beyond simply work in the position of commercial pilot and flight instructor, seemingly with Delta Airlines.

The evidence submitted does not support the petitioner's statements that, after consideration of the following non-exhaustive list of factors, among others, the petitioner is well positioned to advance the proposed endeavor:

- The individual's education, skills, knowledge, and record of success in related or similar efforts;
- A model or plan for future activities;
- Any progress towards achieving the proposed endeavor; or
- The interest of potential customers, users, investors or other relevant entities or individuals.

Therefore, the petitioner has not established that he is well positioned to advance the proposed endeavor.

### Whether, On Balance, It Would be Beneficial to the United States to Waive the Requirements of a Job Offer, and Thus of a Labor Certification



The petitioner provided no evidence to show how his position has job duties or requirements that could not be articulated on a labor certification. As the petitioner is about to start working for an employer in the United States, the record does not show that it would be impractical to require a job offer (since one has already been made) and labor certification. Nor does the record establish the urgency in providing a national interest waiver of the requirement of a job offer and a labor certification.

The evidence submitted does not support the petitioner's statements that, on balance, it would be beneficial to the United States to waive the requirements of a job offer, and thus of a labor certification. In balancing the analysis of the national interest in ensuring the admission of noncitizen workers will not adversely affect the job opportunities, wages, and working conditions of U.S. workers through the labor certification process, on the one hand, and on the other hand, national interest factors that may outweigh it, USCIS considers one or more of the following factors, among others:

- The impracticality of a labor certification;
- The benefit to the United States from the beneficiary's prospective contributions, even if other U.S. workers are also available; or
- The national interest in the individual's contributions is sufficiently urgent.
- Whether the beneficiary's endeavor may lead to potential creation of jobs; or
- Whether the beneficiary is self-employed in a manner that generally does not adversely affect U.S. workers.

Therefore, the petitioner has not established that, on balance, it would be beneficial to the United States to waive the requirements of a job offer, and thus of a labor certification.

The burden of proof in these proceedings rests solely with the petitioner. Section 291 of the INA, 8 U.S.C. § 1361. The petitioner has not sustained that burden.

In view of the above, the petition is denied.

If you disagree with this decision, you may appeal to the Administrative Appeals Office (AAO) by filing a Notice of Appeal or Motion (Form I-290B) within **33** days of the date of this decision. Alternatively, you may use Form I-290B to submit a motion to reopen or reconsider. For the latest information on filing location, fee, and other requirements, please review the Form I-290B instructions at http://www.uscis.gov/forms, call our USCIS Contact Center at 1-800-375-5283, or visit your local USCIS office. If USCIS does not receive a properly filed appeal, this decision will become final.

This decision does not prevent you from filing any petition or application in the future.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

Sincerely,

L. Miller
Director
Officer: 0032

EXHIBIT G

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | February 20, 2024 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-290B, Notice of Appeal or Motion | | A242055313 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| IOE0924379600 | February 15, 2024 | 1 of 1 |
| | | DATE OF BIRTH |

**PAYMENT INFORMATION:**

LESTER ELIAZER ORELLANA UMANZOR
C/O ALEXANDRE LAW FIRM PC
5550 PAINTED MIRAGE RD STE 380
LAS VEGAS, NV 89149

| | |
|---|---|
| Application/Petition Fee: | $675.00 |
| Total Amount Received: | $675.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

Department of Homeland Security
Vermont Service Center
38 River Rd
Essex Junction, VT 05479-0001

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 10/13/21


ALEXANDRE
LAW FIRM

February 27, 2024

U.S. Citizenship and Immigration Services

Administrative Appeals Office

5900 Capital Gateway Drive, MS 2090

Camp Springs, MD 20588-0009

**Re: Supplemental Brief, filed within 30 days in support of an Appeal to the AAO (I-290B), regarding the denial of Form I-140 – Immigrant Petition for Alien Worker**

| | |
|---|---|
| Petition Number: | LIN2290240315 |
| Alien Number: | A242-055-313 |
| Petitioner: | **LESTER ELIAZER ORELLANA UMANZOR** |

Dear Sir or Madam:

The purpose of this Brief is to accompany the notice of appeal already filed with the USCIS ("Service"), concerning the denial of the I-140 advanced degree or exceptional ability and National Interest Waiver petition filed by **Mr. Lester Eliazer Orellana Umanzor** ("Petitioner"), pursuant to Sections 203(b)(2)(A) and (B) of the Immigration and Nationality Act ("INA"), for the following reasons:

I. **Procedural History**

On September 8, 2022, the Service issued a Request for Evidence ("RFE") which was timely responded by the Petitioner. Subsequently, after Petitioner submitted his response to the RFE, on November 27, 2023, the Service issued a Notice of Intent do Deny ("NOID") which was also timely responded by the Petitioner. Finally, on January 17, 2024, the Service issued a denial decision. On February 14, 2024, the Petitioner filed a Notice of Appeal, and indicated the inclusion of an after-filed brief within 30 days.

ALEXANDRE LAW FIRM, P.C.
info@alexandrelaw.com | www.alexandrelaw.com

**NY OFFICE**
136-20 38th Ave, Ste 10f, Flushing, NY
(718) 305-1660

**LA OFFICE**
17870 Castleton Ave, Ste 250, City of Industry, CA
(626) 509-2126

**LAS VEGAS OFFICE**
5550 Painted Mirage Rd., Ste 380, Las Vegas, NV 89149
(725) 527-6956

## II.  The Evidentiary Standard is Preponderance of the Evidence

In the present Brief, the Petitioner will address each issue, and demonstrate the adjudicating officer improperly denied the I-140 Immigrant Petition for Alien Worker. The Petitioner posits that the adjudicating officer has imposed novel substantive and evidentiary requirements beyond those set forth in the regulations.

The review process for I-140 petitions was addressed by the Office of the Director in USCIS Policy Memorandum 602-0005.1, which states in page 4 *"USCIS officers are reminded that the standard of proof... is the 'preponderance of the evidence' standard.... Thus, if the petitioner submits relevant, probative, and credible evidence that leads USCIS to believe that the claim is 'more likely than not' or 'probably true', the petitioner has satisfied the standard of proof".* The Memo confirms "more likely than not" as "a greater than 50% chance of an occurrence taking place."

The Memo continues and states *"If a petitioner provides initial evidence... that is probative (does not merely cite the regulations) and credible, USCIS officers should objectively evaluate such initial evidence under a preponderance of the evidence standard to determine whether or not it is acceptable.... In other words, USCIS officers may not unilaterally impose novel substantive or evidentiary requirements beyond those set forth in the regulations ....".* See also *Love Korean Church v. Cher/off*, 549 F.3d 749, 758 (9th Cir. 2008).

As such, decisions respecting the approval of immigration petitions are governed by the "preponderance of the evidence" standard. Please refer to *Matter of Soo Hoo*, 11 I&N Dec. 151 (BIA 1965). To sustain approval, it *"demands only 51% certainty." Ethyl Corp. v. EPA*, 541 F.2d 1 (D.C. Cir. 1976). See also *National Lime Ass'n v. EPA*, 627 F.2d 416 (D.C. Cir. 1980).

Pursuant to 8 C.F.R. §103.2(b)(8), if there is insufficient evidence to meet the 51% standard, examiners should resolve their doubts by requesting clarifying evidence to afford the Petitioner the opportunity to explain and document its eligibility.

Moreover, the preponderance standard is not a high one: *"preponderance of the evidence is rock bottom at the fact-finding level of civil litigation". Matter of E-M*, 20 I. & N. Dec. 77, at 83 (BIA 1989), citing *Charlton v. FTC*, 543 F.2d 903,907 (D.C.Cir.1976). The BIA notes the preponderance standard is not actually explained in the law or regulations, but ultimately concludes that *"when something is to be established by a preponderance of the evidence, it is sufficient that the proof only establishes that it is probably true". Matter of E-M* at 79 -80. (BIA 1989). (Emphasis added).

BIA Member Lory Rosenberg, in *Matter of M-B-A-*, 23 I&N Dec. 474 at 484 (BIA 2002) notes that preponderance *"requires evidence of a greater than 50% chance that an event will occur,"* citing *INS v. Cardoza-Fonseca*, 480 U.S. 421, 431 (1987). She adds that preponderance *"simply requires the trier of fact to believe that the existence of a fact is more probable than its nonexistence before **he** may find in favor of the party who has the burden to persuade the **judge** of the fact's existence"*, citing In re Winship, 397 U.S. 358, 371-72 (1970) (Harlan, J., concurring). She concludes that *"**unlike** other standards of proof such as reasonable doubt or clear and convincing evidence, the preponderance standard allows both parties to share the risk of error in roughly equal fashion"*... citing Metropolitan Stevedore Co. v. Rambo, 521 U.S. 121, 137 (1997). (Emphasis added).

Thus, as will be demonstrated, and based upon the "New Analytical Framework" for adjudicating national interest waiver petitions affected by *Matter of Dhanasar*, 26 I&N Dec. 884 (AAO 2016), the adjudicating officer should not alter the regulations and impose a stricter standard of proof. Once the 50% threshold is crossed the case should be approved.

III. **Analysis of the Erroneous Decision Issued by the Service**

In the present case, the Service approved that the Petitioner qualifies for the requested classification as a member of the professions holding an advanced degree. Also, the Service recognized that the Petitioner's proposed endeavor has substantial merit.

Notwithstanding, with respect to the substantial merit, the Service understood that *"The record establishes that the airline industry has substantial merit. Additionally, being an instructor, teaching the next generation of pilots, has merit. Therefore, the petitioner has established that the proposed general work as a pilot and flight instructor is of substantial merit".* Service Denial Decision, page 9.

However, regarding the national importance of the Petitioner's proposed endeavor, the Service stated that:

> *"The evidence submitted does not support the petitioner's statements that the proposed endeavor will have potential prospective impact, such as evidence that the endeavor:*
> - *Will have broader implications, or national or global implications within a particular field;*
> - *Has significant potential to employ U.S. workers;*
> - *Will have substantial positive economic effects, particularly in an economically depressed area;*
> - *Will broadly enhance societal welfare; or*
> - *Will broadly enhance cultural or artistic enrichment.*
> *Therefore, the petitioner has not established that the proposed endeavor is of national importance".* Service Denial Decision, page 10.

For the second prong, the Service understood that:

> *"The evidence submitted does not support the petitioner's statements that, after consideration of the following non-exhaustive list of factors, among others, the petitioner is well positioned to advance the proposed endeavor:*
> - *The individual's education, skills, knowledge, and record of success in related or similar efforts;*
> - *A model or plan for future activities;*
> - *Any progress towards achieving the proposed endeavor; or*

- *The interest of potential customers, users, investors or other relevant entities or individuals.*

*Therefore, the petitioner has not established that he is well positioned to advance the proposed endeavor".* Service Denial Decision, page 12.

Regarding the third prong, the Service determined that:

*"The evidence submitted does not support the petitioner's statements that, on balance, it would be beneficial to the United States to waive the requirements of a job offer, and thus of a labor certification. In balancing the analysis of the national interest in ensuring the admission of noncitizen workers will not adversely affect the job opportunities, wages, and working conditions of U.S. workers through the labor certification process, on the one hand, and on the other hand, national interest factors that may outweigh it, USCIS considers one or more of the following factors, among others:*

- *The impractically of a labor certification;*
- *The benefit to the United States from the beneficiary's prospective contributions, even if other U.S. workers are also available; or*
- *The national interest in the individual's contributions is sufficiently urgent;*
- *Whether the beneficiary's endeavor may lead to potential creation of jobs; or*
- *Whether the beneficiary is self-employed in a manner that generally does not adversely affect U.S. workers.*

*Therefore, the petitioner has not established that, on balance, it would be beneficial to the United States to waive the requirements of a job offer, and thus of a labor certification".* Service Denial Decision, page 12.

Consequently, the National Interest Waiver petition was denied, as a *matter of discretion*.

Notwithstanding, it is our understanding that the Service did not apply the proper standard of proof in this case, instead imposing a stricter standard, to the detriment of the Petitioner. Consequently, the decision is against policy and is erroneous, whereas the Petitioner did in fact submit evidence demonstrating under the preponderance of the evidence standard that the proposed endeavor is of

national importance; the Petitioner is well positioned to advance the proposed endeavor; and, on balance it would be beneficial to the United States to waive the requirements of a job offer; and, as such, that he merits a National Interest Waiver.

Indeed, the Service did not give due regard to the following pieces of evidence:

- Petitioner's Professional Plan, which extensively describes his credentials, expertise, professional accomplishments, and allows concrete projections of the benefits he may offer to the U.S.;
- Evidence of the Petitioner's work in the field, in the United States, which demonstrates the benefits he is already producing in the country;
- Letters of Recommendation from experts in the field, which confirms the Petitioner's distinguished expertise, significant contributions and profitable tendencies in the Aviation Field;
- Evidence of the Petitioner's contributions to the field, especially his Master Thesis which was used by the government of Honduras to make crucial decisions about the purchase of fleets and which ended up saving the National Budget a considerable amount of money (around four million dollars);
- Industry Report and Articles, demonstrating the national importance and even global implications of the Petitioner's proposed endeavor as a commercial airline pilot and instructor;
- Evidence of the interest and need for the Petitioner's expertise in the U.S., as demonstrated by emails and letters from potential airline employers.

Effectively, through the evidence of record, the Petitioner has demonstrated under the preponderance of the evidence standard, that:

i. He is an accomplished commercial pilot and instructor with an extensive background in aviation and education. As such, there is no doubt that the Petitioner's proposed endeavor, as a commercial airline pilot and instructor, is not only meritorious, but nationally

important, when considered how many benefits he can generate to the economy and positively impact the aviation industry through his in depth expertise in the aviation field;

ii.   He is well positioned to advance his proposed endeavor as a commercial airline pilot and instructor;

iii.  On balance, it would be beneficial to the United States to waive the requirements of a job offer and thus of a labor certification process, provided that: the immediate benefits he can generate to the U.S. aviation industry, *outweighs the national interest of requiring a labor certification process*; the proven need and high demand for the Petitioner's expertise demonstrates the *national interest of his contributions is sufficiently urgent*; his proposed endeavor *does not adversely affect U.S. workers* because his expertise is unique, and not readily available in the market.

Therefore, following, we shall address the unrecognized prongs of Dhanasar, articulating Petitioner's fulfillment under the applicable evidentiary standard, while requesting this honorable AAO to proceed with a *de novo* review, giving due consideration to the evidence of record, that substantiate the Petitioner's eligibility for the National Interest Waiver in the present case.

IV.   **Statement of the National Interest Waiver Eligibility**

i.   **The Proposed Endeavor's National Importance**

As substantiated by the evidence of record, the Petitioner is an accomplished commercial airline pilot and instructor with an extensive background in aviation and education. As a seasoned commercial airline pilot, the Petitioner has accrued substantial expertise in flying various aircraft, ensuring compliance with aviation regulations, and prioritizing passenger safety. This hands-on experience forms the foundation of the proposed endeavor, which aims to contribute significantly to the U.S. aviation industry. Furthermore, the Petitioner's role as an instructor adds a distinctive dimension to the endeavor. Having trained and mentored aspiring pilots, the Petitioner possesses a nuanced understanding of the challenges faced by individuals entering the  aviation profession. This insight will be instrumental in developing initiatives that enhance new pilots' skills and address broader industry concerns.

In addressing the assertion that the Petitioner's contributions as an instructor at Alliance Aviation *"... appears to be localized and would be of most benefit to his current and future employers"* (Service Denial Decision, page 9), it is crucial to delve into the specifics of his role and the far-reaching impact of his endeavors. Alliance Aviation, a premier aviation training school, attracts aspiring pilots from around the globe. Contrary to the notion of localized impact, the graduates from this institution disperse across national and international aviation sectors, thereby magnifying the influence of the Petitioner's instructional contributions on a global scale. Furthermore, this assertion ignores the fact that Petitioner will use his instructional background to teach his colleagues in a Commercial Airline. Many of these pilots go on to fly a myriad of planes within the fleet, transporting passengers to thousands of destinations nationwide and worldwide, and many pilots advance their careers by lateral transfers to other airlines, thus further perpetuating the impact he will have made on the industry as a whole.

Considering the argument within the framework of the Dhanasar standard and Labor Certification shortage, the case unfolds as a multifaceted narrative. Beyond the immediate concerns of wait times and flight delays, a pivotal consideration is the escalating demand for experienced Captains in major airlines. The Petitioner's attainment of the prestigious rank of Captain in a mere seven years (half the customary time frame), coupled with a job offer from Delta Air Lines, underscores his exceptional standing in the field. The shortage of Captain positions, exemplified by a 50% deficit at United Airlines, accentuates the urgency of expediting the processing of individuals with the Petitioner's caliber and expertise. The denial decision failed to consider this important point previously raised by the Petitioner. Furthermore, the urgency of the contributions of Petitioner is a factor that the agency should have considered in deciding to waive the Labor Certification. As shown by the evidence, the urgency is dire indeed. See *In re Dhanasar*, 26 I&N Dec. 884, 891 (B.I.A. 2016) ("whether the national interest in the foreign national's contributions is sufficiently urgent to warrant forgoing the labor certification process".). The Service failed to consider this urgency and failed to explain why it didn't warrant forgoing the labor certification process in light of the evidence submitted.

Turning to the evidentiary landscape, the Petitioner's Master's Thesis, publications, and contributions to national projects substantiate the potential impact of his endeavors. His thesis was used by the government of Honduras to make crucial decisions about the purchase of fleets and which ended up saving the National Budget a considerable amount of money (around four million dollars). His instrumental role in establishing crucial offices on the national level, implementing safety protocols, devising cost-efficient methods for fueling aircraft fleets, and influencing governmental decisions through publications demonstrates a profound capacity to drive positive transformations in aviation practices.

The array of awards and recognitions, notably the Certificate of Recognition by the Mayor at the time of Kirtland, attests to the Petitioner's excellence in education, emphasizing his potential to leave a lasting imprint in the United States. The offer to serve as a flight instructor for Alliance Aviation, the largest independent aviation training center in the U.S., not only marks a personal triumph but also signifies a substantial contribution to the broader aviation community. As Alliance Aviation trains pilots who will eventually serve various carriers globally, the prospective impact encompasses a vast spectrum, benefiting the public, uniting families, and contributing significantly to the economy and interstate commerce. The vast impact of the Petitioner's contributions therefore will be undoubtedly felt by many outside of the walls of the employer.

In light of this comprehensive evidence, it becomes evident that the Petitioner's contributions transcend local confines and align closely with national interests, thereby warranting the favorable consideration of his petition. See *Rubin v. Miller*, 478 F. Supp. 3d 499, 506 (S.D.N.Y. 2020) ("defendant's decision denying plaintiff's EB-1 classification petition was arbitrary and capricious, where, in part, defendant overlooked "rather obvious facts" regarding the significance of plaintiff's contributions").

The Service denial decision also stated that *"To evaluate whether the proposed endeavor satisfies the national importance requirement USCIS looks to evidence documenting the 'potential prospective impact' of the petitioner's particular undertaking. The petitioner has not shown that the wider economic effects it is claiming are implications of his proposed endeavor to become a pilot. Because the petitioner has not provided sufficient information or evidence regarding any*

*projected U.S. economic impact or job creation attributable to his future work, it has not shown that benefits to the regional or national economy resulting from his piloting work would reach the level of 'substantial positive economics effects' contemplated by Dhanasar. Id. at 890".* Service denial decision, page 10.

However, the argument for the "potential prospective impact" of the Petitioner's particular undertaking is fortified by references to articles that illuminate key trends and challenges in the aviation industry:

**NOID Response, Exhibit C - Pilots' Reluctance to Assume Captain Roles**[1]**:** The article from Reuters, titled "Focus: United Airlines grapples with pilots avoiding the captain's chair," dated July 18, 2023, sheds light on the current industry dynamics of experienced pilots avoiding Captain positions. This reluctance is crucial, especially in major airlines such as United, grappling with many Captain positions remaining unfilled. The Petitioner's readiness and exceptional qualifications to step into such roles address this industry-wide challenge, thereby contributing to resolving a systemic issue.

**NOID Response, Exhibit D - Timeline to Attain Captaincy:** The article from flyaeroguard.com, titled "How long does it take to become a Pilot?", outlines the prolonged timeline required for pilots to ascend to the rank of Captain, often spanning 15 years or more. This underscores the significance of experienced individuals like the Petitioner who have achieved the rank of Captain in an expedited time frame. The Petitioner's ability to contribute at the highest levels much sooner than the industry norm is a testament to his exceptional skills and the potential to alleviate the shortage of qualified Captains.

**NOID Response, Exhibit E - Economic Impact of Cancelled Flights:** The reports from AirHelp[2] and itij.com[3] highlight the extensive economic repercussions of flight disruptions. The

---

[1] https://www.reuters.com/business/aerospace-defense/united-airlines-grapples-with-pilots-avoiding-captains-chair-2023-07-18/

[2] https://www.airhelp.com/en-int/press/airhelp-report-the-impact-of-flight-disruption-on-the-economy-and-environment/

[3] https://www.itij.com/latest/news/flight-disruption-impact-economy-and-environment

economic toll, estimated at $30-34 billion in the USA, underscores the urgency of addressing challenges within the aviation industry to minimize the impact on the economy. The potential reduction in flight disruptions can contribute significantly to economic stability by expediting the placement of highly qualified pilots like Petitioner.

In summary, these articles provide a broader context for the "potential prospective impact" and the national importance of the Petitioner's particular undertaking, emphasizing how his unique qualifications directly align with industry needs and challenges, ultimately benefiting the aviation sector and the broader U.S. economy.

In view of the above, the Petitioner trusts that the national importance of his endeavor has been established, which will substantially benefit the U.S. aviation industry, and that is already in progress, thus impacting the country's economic development and growth.

Therefore, the Petitioner requests the appraisal of the pieces of evidence presented to address this prong, available in the record, demonstrating that his proposed endeavor is clearly of national importance, when considered how much a professional with his expertise can contribute to the industry, regardless of a labor certification.

### ii. Whether the Beneficiary is Well-Positioned to Advance The Proposed Endeavor

Regarding the Prong 2, the Service denial decision stated that *"The record lacks evidence of the petitioner's skills that sets him apart from other pilots or instructors. (...) No evidence has been submitted to show the petitioner offers original innovations or that others use his specific strategies in the field as either a pilot or instructor. The evidence is insufficient because it does not establish that the petitioner has impacted the field of endeavor beyond his service to past employers"*. Service denial decision, page 11.

However, contrary to what the denial decision stated, the evidence in the case shows that the Petitioner has skills that unequivocally set him apart from other pilots and instructors, as well as that he offers original innovations or that others use his specific strategies in the field as either a

pilot or instructor, and that he has impacted the field of endeavor beyond his service to past employers.

The Petitioner has a bachelor's degree in aviation, which sets him apart from other pilots who did not obtain such a degree. In addition to a bachelor's degree in aviation, the Petitioner also has several course and training certificates in the field of aviation; professional licenses, including from the United States (FAA); membership in a professional association; and recognition from other prominent professionals in the field of aviation. This shows he is much further ahead of the curve than the vast majority of foreign national pilots aspiring to work in the United States and thus uniquely well-positioned to advance these important endeavors.

Other facts that also sets the petitioner apart from other pilots or instructors are the evidence demonstrating his recognition by government entities.

In 2009, the Petitioner's contribution in the Conference of Family Coexistence in Tegucigalpa, Honduras, was recognized by the State Secretary – Office of National Defense of the Republic of Honduras. Given his exceptional knowledge in aircraft operation, the Petitioner was appointed by the General Directorate for Civil Aviation of Tegucigalpa, Honduras, in the investigation mission of an aircraft accident in 2013.

Furthermore in 2011, the Petitioner's high level of training excellence for the International Flight Safety Officer Course at Kirtland Air Force Base in the U.S. was also recognized by Mr. Richard J. Berry, the mayor of Kirtland, New Mexico in the U.S. This recognition attests to the Petitioner's excellence in education, emphasizing his potential to leave a lasting imprint in the United States. He is not merely claiming that he will make these contributions in the U.S., but rather he is showing the Service that he has already made an impact in aviation education here and will continue to do so if allowed to reside here following the grant of his National Waiver petition.

While serving as a military pilot in Honduras Air Force, the Petitioner has received numerous recognition and certificates of honors due to his significant contribution to the institution:

- "Golden Wings" Honor Certificate
- "Bronze Flying Cross" Honor Certificate
- "Honorable Mention" Certificate in 2006 and 2007
- Diploma of Acknowledgement for:

  1. his valuable collaboration as an instructor during the courses ABAOR and CIAOR

  2. his valuable collaboration and dedication to the teaching process

  3. his valuable collaboration provided to the Naval Educative Center as Instructor of the Naval Command Training Academy (ECAMAN)

  4. his invaluable support rendered during the Aerial Performance

  5. his invaluable support rendered during the 39th OEA (Organization of American States) General Assembly San Pedro Sula, Honduras

  6. Officer of the Year 2010

  7. Officer of the Year 2012

  8. his participation in the first "FAH-USAF Crosstalk"

  9. his outstanding performance during the development of the Basic Course of Air Tactic Operations

  10. his valuable support and rendered service during the development of the Medical Brigade July 2012

  11. his outstanding participation during the training HONCOL

Additionally, the Petitioner has also demonstrated that he can offer original innovations in the field of aviation and that he has impacted the field of endeavor beyond his service to past employers. The Petitioner's Master's Thesis, which created a project to fuel aircraft fleets more efficiently, was used by the government of Honduras to make crucial decisions about the purchase of fleets and which ended up saving the National Budget a considerable amount of money (around four million dollars). This project was approved by the Honduran National Airforce and by the Honduran Congress, and resulted in the Honduran National Air Force electing to refuel the fleet in accordance to the scientific methods proposed by the Petitioner in his thesis and not by a new fleet of planes. This resulted in massive savings for the national budget and allowed the government to focus the savings on other endeavors, including combating drug trafficking. This

academic achievement strongly indicates the Petitioner's capacity to bring fresh perspectives and solutions to industry challenges.

The Petitioner's instrumental role in establishing crucial offices on the national level, implementing safety protocols, devising cost-efficient methods for fueling aircraft fleets, and influencing governmental decisions through publications demonstrates a profound capacity to drive positive transformations in aviation practices.

In this way, it is clear that the Petitioner is a pilot and instructor who has skills that set him apart from other pilots or instructors. It is also demonstrated that the Petitioner has impacted the field of endeavor beyond his services to past employers and that he can offer original innovations in the field of aviation.

### iii. On Balance, it Would be Beneficial to the United States to Waive the Requirements of a Job Offer and Thus of a Labor Certification

Considering the entire evidence, the Petitioner should receive the benefit of the waiver. As demonstrated, his prospective contributions would greatly benefit the United States without adversely affecting the available U.S. work supply, considering the Petitioner's knowledge and expertise as a commercial airline pilot and instructor.

As a seasoned commercial airline pilot, the Petitioner has accrued substantial expertise in flying various aircraft, ensuring compliance with aviation regulations, and prioritizing passenger safety. This hands-on experience forms the foundation of the proposed endeavor, which aims to contribute significantly to the U.S. aviation industry.

Furthermore, the Petitioner's role as an instructor adds a distinctive dimension to the endeavor. Having trained and mentored aspiring pilots, the Petitioner possesses a nuanced understanding of the challenges faced by individuals entering the aviation profession. This insight will be instrumental in developing initiatives that enhance new pilots' skills and address broader industry concerns. It should be noted that these skills and experiences as an instructor will not only be applied to his endeavor as a Flight Instructor, but also as a Commercial Airline pilot (and in the

near future, a Captain) as he will train and mentor pilots on a daily basis while promoting safety standards in the aviation industry.

**The Petitioner can continue to provide immediate economic benefits to the United States. By requiring the labor certification will prevent the Petitioner from benefiting the U.S. economy.**

The request to waive the requirement of a job offer, including the associated labor certification, rests on the premise that such a waiver would be unequivocally beneficial to the United States. A careful analysis of the Petitioner's profile, achievements, and prospective contributions supports the argument that the waiver would serve the national interest in several key aspects.

The Petitioner brings a wealth of experience and skills acquired over 15 years in the aviation industry. With a proven commercial airline pilot and instructor track record, the Petitioner's expertise is valuable and exceptional. By waiving the job offer requirement, the United States can immediately harness this wealth of experience, avoiding delays associated with a protracted labor certification process.

The Petitioner's background in the Honduran Air Force, where they set up crucial offices, drafted operating policies, and contributed to flight and aviation education, highlights the Petitioner's commitment to national security. The skills acquired in such a capacity can directly translate into enhancing aviation safety measures in the United States. The nation can benefit from an individual with a history of contributing to national security by expediting the Petitioner's entry.

The current landscape of the aviation industry, as evidenced by articles on pilots avoiding captain positions (**see NOID Response, Exhibit C**) and the prolonged timeline to become a captain (**see NOID Response, Exhibit D**), underscores the need for experienced professionals. The Petitioner's potential position as a Captain and the offer from Delta Air Lines Inc. emphasizes the demand for skilled aviators. By facilitating the Petitioner's swift entry into the workforce, the United States can address pilot shortages, mitigate flight disruptions, and bolster the economy, as illustrated by the economic effects of canceled flights.

The Petitioner's academic achievements, including a Master Thesis that proposed more efficient methods for fueling aircraft fleets **(see NOID Response, Exhibit N)**, demonstrate a commitment to advancing the industry. Waiving the job offer requirement enables the United States to benefit from the Petitioner's innovative thinking and contributions to fuel efficiency, aligning with global environmental goals.

The formal letter of intent from Alliance Aviation **(see NOID Response, Exhibit L)**, a prominent training center, which expressed intent to hire the Petitioner for a pivotal role as an instructor, signifies a strong alignment with industry values and recognition. The intent letter from Alliance Aviation also emphasizes the Petitioner's expertise and potential to shape the

future of aviation training, endorsing the Petitioner's capability to contribute significantly to the aviation sector in the U.S. By waiving the job offer requirement, the United States can integrate the Petitioner seamlessly into the aviation community, leveraging his affiliation for broader industry impact.

In the present case, there would be no particular reason to require a labor certification process considering the benefits that the Petitioner will generate in the future for the U.S. aviation field. Additionally, it would be detrimental to the national interest to require a labor certification because it would potentially prevent the U.S. from immediately benefiting from the Petitioner's contributions to the U.S. economy. Furthermore, the urgency of his contributions are an important factor when deciding to forego the Labor Certification requirement and the urgency here is dire. Dhanasar has allowed the Service to consider "whether the national interest in the foreign national's contributions is sufficiently urgent to warrant forgoing the labor certification process." *In re Dhanasar*, 26 I&N Dec. 884, 891 (B.I.A. 2016).

In conclusion, a comprehensive review of the Petitioner's profile and potential contributions reveals a compelling case for waiving the job offer requirement. The benefits encompass enhanced national security, improved aviation safety, economic stimulation through addressing pilot shortages, and access to innovative thinking in fuel efficiency. Considering the totality of the

Petitioner's qualifications, it becomes evident that such a waiver is beneficial for the continued growth and excellence of the U.S. aviation sector.

Therefore, the evidence demonstrates that, on balance, it would be beneficial to the United States to waive the requirement of a job offer, and thus, of a labor certification.

## V.  Conclusion, in Light of the Evidence of Record and Applicable Law or Policy

Following the USCIS last standards and criteria set by USCIS Policy Memorandums, as well as the Adjudicator's Field Manual and AAO precedents, the standard of proof applicable to this petition is the preponderance of the evidence standard. Under the preponderance of evidence

standard, a petitioner must establish that he or she, more likely than not, satisfies the qualifying elements.

In view of all the above, the Petitioner understands that the aforementioned factors meet the preponderance of the evidence standard. The entire evidence points in the same direction. The Petitioner's educational background, and outstanding professional record, is substantially corroborated by concrete and credible evidence. Additionally, the interest, and need, of the U.S. aviation industry, and the national economy at large, in engaging professionals with the Petitioner's expertise is concrete and evident.

As such, it remains established that the Petitioner has provided relevant, probative, and credible evidence demonstrating, in a more likely than not degree, the assertiveness of the facts sustaining the approval of the present petition. Within the Petitioner's evidence, there was nothing that could eventually lead to a reasonable doubt of the substantial merit and national importance of his proposed endeavor to the United States. Failure to consider all of these factors is a deviation of the Service's duties and calls for a remand. See *Scripps Coll. v. Jaddou*, 4:23CV3075, at *9 (D. Neb. Dec. 12, 2023) ("USCIS's denial of its I-140 petition must be reversed because it made internally inconsistent findings, imposed novel evidentiary requirements, disregarded relevant factors, and is not supported by substantial evidence.").

For the aforementioned reasons, the Service denial of this petition is contrary to law and policy, and unsupported by the evidence of record. Consequently, the Petitioner respectfully requests for the AAO to sustain this Appeal and give full consideration for **approval of the Form I-140 – Immigrant Petition for Alien Worker, granting him the National Interest Waiver, pursuant to the INA §203(b)(2)(B)**.

Respectfully,

Felipe Alexandre, Esq.
Alexandre Law Firm, P.C.

# EXHIBIT H



**U.S. Citizenship
and Immigration
Services**

LESTER ELIAZER ORELLANA UMANZOR
121 MIRIN AVE
ROOSEVELT NY 11575

DATE: AUG. 14, 2024              FILE #: A242 055 313
                                 I-290B RECEIPT #: IOE 09 243 79600

IN RE:      Petitioner:      LESTER ELIAZER ORELLANA UMANZOR
            Beneficiary:     SELF-PETITIONER

ON BEHALF OF PETITIONER:

FELIPE ALEXANDRE, ESQUIRE
ALEXANDRE LAW FIRM PC
5550 PAINTED MIRAGE RD STE 380
LAS VEGAS NV 89149

Enclosed is the non-precedent decision of the Administrative Appeals Office (AAO) for your case. If you
believe we incorrectly decided your case, you may file a motion requesting us to reconsider our decision, reopen
the proceeding, or both. The requirements for motions are located at 8 C.F.R. § 103.5. Motions must be filed
on a Form I-290B, Notice of Appeal or Motion, **within 33 days of the date of this decision**. This time period
includes three days added for service by mail.

The Form I-290B website (www.uscis.gov/i-290b) contains the latest information on fee, filing location, and
other requirements. **Please do not mail any motions directly to the AAO.**

If you have any further questions about your case, please call the USCIS Contact Center at (800) 375-5283.

Sincerely,

Susan Dibbins
Chief, Administrative Appeals Office



**U.S. Citizenship and Immigration Services**

In Re: 32675605                                       Date: AUG. 14, 2024

Appeal of Nebraska Service Center Decision

Form I-140, Immigrant Petition for Alien Worker (National Interest Waiver)

The Petitioner, a commercial pilot, seeks employment-based second preference (EB-2) immigrant classification as a member of the professions holding an advanced degree or as an individual of exceptional ability, as well as a national interest waiver of the job offer requirement attached to this classification. Immigration and Nationality Act (the Act) section 203(b)(2), 8 U.S.C. § 1153(b)(2).

The Director of the Nebraska Service Center denied the petition, concluding that although the Petitioner established his eligibility for the EB-2 classification as a member of the professions holding an advanced degree, he did not show that a waiver of the required job offer, and thus labor certification, would be in the national interest. This matter is now before us on appeal, which we review de novo. *Matter of Christo's, Inc.*, 26 I&N Dec. 537, 537 n.2 (AAO 2015). The Petitioner bears the burden of proof and must establish her eligibility by a preponderance of the evidence. *Matter of Chawathe*, 25 I&N Dec. 369, 375-76 (AAO 2010). Upon de novo review, we will dismiss the appeal.

## I. LAW

To be eligible for a national interest waiver, a petitioner must first establish eligibility for the underlying EB-2 visa classification, as an advanced degree professional or an individual of exceptional ability in the sciences, arts, or business. Section 203(b)(2)(A), (B) of the Act; 8 C.F.R. § 204.5(k)(1).

If a petitioner establishes eligibility for the underlying EB-2 classification, they must then demonstrate that they warrant a discretionary waiver of the job offer requirement "in the national interest." Section 203(b)(2)(B)(i) of the Act. While neither the statute nor the pertinent regulations define the term "national interest," *Matter of Dhanasar*, 26 I&N Dec. 884, 889 (AAO 2016), provides the framework for adjudicating national interest waiver petitions. *Dhanasar* states that U.S. Citizenship and Immigration Services (USCIS) may, as matter of discretion[1], grant a national interest waiver if the petitioner establishes that: (1) the proposed endeavor has both substantial merit and national importance; (2) they are well-positioned to advance their proposed endeavor; and (3) on balance, waiving the job offer and thus labor certification requirements would benefit the United States. *Id.*

---

[1] *See Flores v. Garland*, 72 F.4th 85, 88 (5th Cir. 2023) (joining the Ninth, Eleventh, and D.C. Circuit Courts in holding that USCIS' decision on a national interest waiver is discretionary in nature).

## II. EB-2 CLASSIFICATION

The record reflects that the Petitioner sought EB-2 classification below only as a person of exceptional ability, which requires him to first satisfy at least half of the six criteria at 8 C.F.R. § 204.5(k)(3)(ii). Although the Director found that he met at least three of the six regulatory criteria, the Director concluded, upon a final merits assessment, that he did not establish that he has a degree of expertise significantly above that ordinarily encountered in the field of aviation as a commercial airline pilot. 8 C.F.R. § 204.5(k)(2) (defining "exceptional ability"); *see also* 6 *USCIS Policy Manual* F.2, https://www.uscis.gov/policy-manual/volume-6-part-f-chapter-2 (discussing a two-part framework consisting of the regulatory criteria and a final merits determination). However, although he did not seek classification below as an advanced degree professional, the Director nonetheless concluded that the Petitioner is eligible for the classification because his foreign military pilot degree and a subsequent master's degree establish that he is a professional holding an advanced degree or the foreign equivalent of a U.S. bachelor's degree with five years of progressive post-degree experience in the specialty.

Upon de novo review, and as a preliminary matter, the record does not show that the Petitioner has a U.S. or foreign equivalent advanced degree, or that he has a U.S. bachelor's degree or a foreign equivalent degree. We thus withdraw the Director's determination to the contrary that the Petitioner qualifies for the EB-2 classification as a member of the professions holding an advanced degree.

To establish that the Petitioner holds a qualifying advanced degree for EB-2 classification purposes, his petition must be accompanied by an official academic record evidencing a U.S. advanced degree or a foreign equivalent degree. 8 C.F.R. § 204.5(k)(3)(i)(A). "Advanced degree" means a U.S. academic or professional degree or a foreign equivalent degree above that of a baccalaureate. 8 C.F.R. § 204.5(k)(2). A U.S. baccalaureate degree or a foreign equivalent degree followed by at least five years of progressive experience in the specialty shall be considered the equivalent of a master's degree. *Id.* The Petitioner therefore may alternatively present an official academic record evidencing a U.S. baccalaureate or a foreign equivalent degree, and evidence in the form of letters from current or former employer(s) showing at least five years of progressive post-degree experience in the specialty. 8 C.F.R. § 204.5(k)(3)(i)(B).

As evidence of his credentials, the Petitioner submitted a copy of his 2005 "Military Aviator Pilot" degree from Mexico and underlying transcript. But the degree certificate does not indicate what type of degree he was granted, including whether it is a bachelor's level degree as the Director concluded. Further, both the certificate and transcript clearly show that the Petitioner completed a 3-year program. He did not submit an independent academic evaluation or any other evidence demonstrating that this 3-year degree is equivalent to a U.S. bachelor's degree, which generally requires four years of university-level education. *See, e.g., Matter of Shah*, 17 I&N Dec. 244 (Reg'l Comm'r 1977). The Electronic Database for Global Education (EDGE), which we consider a reliable source of information on foreign credential equivalencies, further indicates that a 3-year degree from Mexico is comparable to only three years of university study in the United States.[2] Although the Petitioner generally refers to his 3-year pilot degree as a "bachelor's degree," his documentary evidence does not demonstrate

---

[2] *See* https://www.aacrao.org/edge/country/credentials/mexico (last accessed August 14, 2024). EDGE is a web-based resource for the evaluation of foreign educational credentials created by the American Association of Collegiate Registrars and Admissions Officers (AACRAO). AACRAO is a professional association of higher education admissions and registration professionals who represent academic institutions located in over 40 countries.

that it is in fact equivalent to a U.S. bachelor's degree. 8 C.F.R. § 204.5(k)(3)(i)(B).[3] The Petitioner also submitted a 2013 "Master in Business Management" diploma from the "Central American Technological University" in Honduras and asserted that he attended this university from 2007 to 2012 and completed a thesis for the program. However, the record does not contain an independent evaluation or official academic record for this diploma, such as a transcript, and we are unable to determine its claimed master's level U.S. equivalency. 8 C.F.R. § 204.5(k)(3)(i)(A). Therefore, considering the foregoing, and contrary to the Director's determination, the Petitioner has not established that he qualifies for the EB-2 classification as an advanced degree professional.

Although the Director also found that the Petitioner did not establish that he is a person of exceptional ability for EB-2 classification purposes, he does not challenge or address this finding on appeal. We therefore do not reach this issue here.

## III. NATIONAL INTEREST WAIVER

Without first establishing his eligibility for EB-2 classification, the Petitioner cannot qualify for a national interest waiver as a matter of discretion. Even if we were to consider the merits of this waiver, we agree with the Director's decision denying it because the Petitioner did not demonstrate his proposed endeavor is of national importance and thus did not meet *Dhanasar*'s first prong.

The Petitioner intends to continue to work as a commercial airline pilot in the United States and also plans to work as a flight instructor for Alliance Aviation, an aviation training center.

*Dhanasar*'s first prong, substantial merit and national importance, focuses on the specific endeavor that the individual proposes to undertake. *Matter of Dhanasar*, 26 I&N Dec. at 889. The endeavor's merit may be demonstrated in a range of areas such as business, entrepreneurialism, science, technology, culture, health, or education. In assessing whether the proposed endeavor has national importance, we consider its potential prospective impact. *Id.*

We agree with the Director that while the Petitioner's proposed work as a commercial pilot and flight instructor may have substantial merit, the record does not establish that it is of national importance because his documentary evidence does not show his proposed undertakings would have significant potential to employ U.S. workers, broadly impact the aviation field beyond his occupations, or otherwise have broader economic or societal implications rising to the level of national importance. On appeal, he does not submit any new evidence but alleges that the Director failed to apply the correct evidentiary standard and did not consider all the relevant evidence.

Under the preponderance of the evidence standard, we consider not only the quantity, but also the quality (including relevance, probative value, and credibility) of the evidence. *Matter of Chawathe*, 25 I&N Dec. at 375-76; *Matter of E-M-*, 20 I&N Dec. 77, 79-80 (Comm'r 1989). Here, the Director properly analyzed and weighed the Petitioner's documentation by a preponderance of the evidence to evaluate whether his proposed endeavor is of national importance as contemplated by *Dhanasar*.

---

[3] Absent evidence establishing that he has a U.S. bachelor's or foreign equivalent degree, no purpose would be served in addressing whether the Petitioner has the requisite five years of post-degree experience.

In asserting that his proposed endeavor has national importance, the Petitioner primarily refers to his academic credentials and professional experience, as indicated in his intent letter, professional plan, resume, and numerous support letters, as well as general market information included in the voluminous industry reports and articles pertaining to the aviation industry, alarming pilot shortage, and the importance of education in the field. He maintains that, given his expertise and extensive background, which he claims ideally align with the increasing demand for pilots and instructors, he will help fill the job shortage and provide high quality training to future pilots, which would in turn have a broader, substantial positive impact in the industry and this country. However, the Petitioner's reliance on his credentials and experience relate to the second prong of the *Dhanasar*, which specifically relates to whether he is well positioned to advance the proposed endeavor and "shifts the focus from the proposed endeavor to the foreign national." *Matter of Dhanasar*, 26 I&N Dec.at 890. For *Dhanasar's* first prong, at issue here, we consider the "potential prospective impact" of the proposed endeavor, rather than the importance of the specific field or industry in which he proposes to engage. *Id.* at 889. In doing so, we assess the evidence to determine whether the specific endeavor the Petitioner proposes to undertake has broader implications within the particular field or industry. *Id.* at 890. Although we acknowledge that the Petitioner's proposed endeavor as a commercial pilot and flight instructor could have a positive impact on his future customers and employers, he has not persuasively explained, and the evidence does not demonstrate, how being a pilot and instructor for various companies would have broader implications for the aviation industry and U.S. economy as he claims, beyond his own occupations and the companies' potential clientele.

The Petitioner also reiterates that his extensive experience and expertise in piloting skills and his plans to employ cutting-edge training methodology for future pilots indicate that his proposed endeavor has national importance. However, the record does not contain any competent evidence demonstrating that his pilot expertise and claimed innovative training methods were ever recognized or adopted by the aviation industry at large or otherwise made a significant economic or other impact. We note that in *Dhanasar*, the petitioner's work as a science teacher, while it was found to have substantial merit, did not qualify him under the first prong because the record did not show how that work would impact science education more broadly. *Id.* at 893.

In *Dhanasar*, we also noted that endeavors with "significant potential to employ U.S. workers" or those having "substantial positive economic effects, particularly in an economically depressed area" may have national importance. *Id.* The Petitioner, in his two-page letter of intent as well as a subsequent four-page professional plan, asserts that his endeavor as a pilot and flight instructor would broadly impact the national economy and help provide U.S. jobs by addressing the demand for pilots. However, he does not provide any detail or corroborating evidence on the claimed economic impact and hiring potential, such as financial or employment projections directly attributable to his proposed work. The record therefore does not reflect that the proposed endeavor would have positive economic effects at the level of national importance or that it has significant potential to employ U.S. workers.

The Petitioner continues to rely on the importance of the aviation industry and a shortage of pilots as evidence of the significance of his work by referencing various industry reports. However, as stated, the importance of an endeavor is determined by its specific potential prospective impact, not by the industry or occupation it involves. *Matter of Dhanasar*, 26 I&N Dec. at 889-890. The purpose of the national interest waiver thus is not to facilitate an individual's U.S. job search where there are job shortages. Anyone seeking such a waiver must demonstrate that "the specific endeavor" they propose

to undertake has national importance. *Id.* Further, as the Director determined, the claimed pilot shortage is not a relevant consideration here in assessing the issue of national importance as the U.S. Department of Labor directly addresses shortages of qualified workers through its labor certification process. *See id.* at 885; *see also* 20 C.F.R. § 656.1. Although the Petitioner generally asserts that the Director failed to consider "the urgency" created by the claimed shortage, he does not meaningfully address how this claimed urgency specifically relates to his proposed work and *Dhanasar*'s national importance prong, and the record does not otherwise show that there is an urgent national interest specifically in his proposed work as a pilot and a flight instructor.

Although the Petitioner's endeavor has merit, he has not established that being a well-qualified pilot and flight instructor has national importance as the record lacks sufficient probative evidence that his endeavor has broader national implications in the aviation industry beyond his employers and customers. Considering the foregoing, the Petitioner has not established the national importance of his proposed endeavor, and therefore has not established eligibility for a national interest waiver.

As the identified grounds for denial, the Petitioner's inability to establish his eligibility for the underlying EB-2 classification and satisfy *Dhanasar*'s first prong for a national interest waiver, are dispositive of this appeal, we decline to reach the remaining appeal arguments as to the second and third prongs of the framework. *See INS v. Bagamasbad*, 429 U.S. 24, 25 (1976) (stating that agencies are not required to reach issues that are unnecessary to the ultimate decision).

**ORDER:**     The appeal is dismissed.