# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| LESTER ELIAZER ORELLANA UMANZOR | ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No.   24-7956 |
| ALEJANDRO MAYORKAS, Director U.S. Citizenship and Immigration Services (USCIS; UR M. JADDOU, Secretary U.S. Department of Homeland Security; ANDREA QUARANTILLO, New York District Director, U.S. Citizenship and Immigration Services; MICHAEL BORGEN, Director USCIS New York Field Office | ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attached Rider "A"

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Felipe Alexandre, Esq.
> Alexandre Law Firm & Associates, P.C.
> 13620 38th Avneue, Suite 10F
> Flushing, NY 11354

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# RIDER "A" TO SUMMONS IN

Umanzor V. Mayorkas et al.

Full Caption:

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

_____

LESTER ELIAZER ORELLANA UMANZOR

                               Plaintiff/Petitioner           Docket No.: 24-7956

            vs.

ALEJANDRO MAYORKAS, Director
U.S. Citizenship and Immigration Services
(USCIS);
UR M. JADDOU, Secretary
U.S. Department of Homeland Security;
ANDREA QUARANTILLO, New York
District Director, U.S. Citizenship and
Immigration Services; MICHAEL BORGEN,
Director USCIS New York Field Office

                              Defendants/Respondents

_____

Named Defendants:

**ALEJANDRO MAYORKAS**

Director, U.S. Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-05252


**UR M. JADDOU**
Secretary, U.S. Department of Homeland Security

20 Massachusetts Ave NW
Washington, DC 20529


**ANDREA QUARANTILLO**
New York District Director, U.S. Citizenship and Immigration Services
26 Federal Plaza, 3rd Floor, Room 3-120
New York, NY 10278


**MICHAEL BORGEN**
Director, USCIS New York Field Office
26 Federal Plaza, 3rd Floor, Room 3-120
New York, NY 10278